UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., : : : : Plaintiffs, : : : Civil No. 3:02 CV 1107 (AVC) v. : THE DOW CHEMICAL COMPANY, UNION : CARBIDE CORPORATION, UNION CARBIDE : ASIA PACIFIC, INC., UNION CARBIDE : CUSTOMER SERVICES PTE. LTD., and DOW : CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., : : Defendants. : October 27, 2003 | |

MOTION OF DEFENDANTS UNION CARBIDE ASIA PACIFIC, INC.,
UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND
DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD. FOR A
PROTECTIVE ORDER TO STAY DISCOVERY AS AGAINST THEM PENDING
RESOLUTION OF THEIR PERSONAL JURISDICTION MOTIONS

Pursuant to Fed. R. Civ. P. 26(c), defendants, Union Carbide Asia Pacific, Inc. ("UCAP"), Union Carbide Customer Services Pte. Ltd. ("UCCS"), and Dow Chemical Pacific (Singapore) Pte. Ltd. ("Dow Singapore") (collectively, the "Foreign Defendants"), hereby move, by their attorneys, for a protective order to stay discovery as to each of them pending the Court's resolution of their pending motions to dismiss the First Amended complaint for lack of personal jurisdiction.  In support thereof, the Foreign Defendants aver as follows:

1.  On or about March 21, 2003, plaintiffs MM Global Services, Inc. ("MMGS"), MM Global Services Pte. Ltd. ("MMGS-S"), and Mega Visa Solutions (S) Pte. Ltd. ("MVS")

**NO TESTIMONY REQUIRED**

(collectively, "Plaintiffs") filed a First Amended Complaint that, *inter alia*, added UCAP, UCS, and Dow Singapore as defendants to this action.

2.  On May 30, 2003, UCAP, UCCS and Dow Singapore each moved to dismiss the First Amended Complaint for lack of personal jurisdiction.  The Foreign Defendants assert that plaintiffs have failed to allege even a *prima facie* basis for the Court to exercise jurisdiction over them.

3.  Those motions to dismiss are pending.

4.  The Foreign Defendants have, at the least, raised a substantial question of whether this Court can exercise jurisdiction over them.

5.  In fact, the Court has found that "the only contact that this case has to Connecticut is that it is the state where one of five named defendants is headquartered," and that, given the insubstantiality of any contacts with this forum, Singapore and Indian law apply to the contract and negligent misrepresentation claims, respectively.

6.  Furthermore, in the First Amended Complaint, Plaintiffs themselves characterize the Foreign Defendants as mere agents of Dow and UCC that operated *overseas* on behalf of their parent corporations.

7.  UCAP and UCCS are wholly-owned subsidiaries of original defendant Union Carbide Corporation ("UCC").  (First Am. Compl., ¶¶ 10, 11).

8.  Dow Singapore is a wholly-owned subsidiary of original defendant The Dow Chemical Company ("Dow").  (*Id.*, ¶¶ 13).

9.  UCCS and Dow Singapore are Singapore corporations that have their principal places of business there.  (*Id.*, ¶¶ 11, 13).

10. UCAP is a Delaware corporation that has its principal place of business in Singapore. (*Id.*, ¶¶ 10).

11. UCAP conducted its business from Singapore from 1988, when it was formed, until it ceased all operations in January 2002. Its business was to sell throughout the Asia-Pacific Rim products manufactured by UCC and UCC's international subsidiaries and affiliates. (Affidavit of Charles J. Hahn, ¶ 5, Exhibit "A" to the Memorandum of Law in Support of Union Carbide Asia Pacific, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, filed May 30, 2003).

12. UCCS conducted its business from July 10, 1993, when it was incorporated, until it ceased all major active operations in January 2002. Its business -- the trading of chemicals and plastics, and the manufacture of chemicals -- was conducted solely from Singapore. (Affidavit of Peter M. Jennings, ¶ 5, Exhibit "A" to the Memorandum of Law in Support of Union Carbide Customer Services Pte. Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction, filed May 30, 2003).

13. Dow Singapore was incorporated in 1992 in Singapore, and continues active operations to the present. It distributes industrial chemicals, plastics, and other chemical products that are manufactured primarily by various Dow entities. It sells those products in various geographic regions outside the United States, primarily Singapore, Malaysia, other Southeast Asian markets, and China. Dow Singapore also provides regional treasury and other management, operational and administrative services for various Dow entities in the Asia-Pacific region. (Declaration of Sam Ong, ¶¶ 4, 7, and 19, Exhibit "A" to the Memorandum of Law in

Support of Dow Chemical Pacific (Singapore) Pte. Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction, filed May 30, 2003).

14. On October 15, 2003, Plaintiffs served on the Foreign Defendants two sets of interrogatories and two sets of document requests seeking unduly burdensome discovery concerning claims that have been dismissed by the Court, and three claims that do remain in the case.

15. For the reasons explained more full in the accompanying Memorandum of Law, all discovery directed at the Foreign Defendants should be stayed until after the Court has ruled on their pending motions to dismiss the First Amended Complaint for lack of personal jurisdiction.

WHEREFORE, defendants Union Carbide Asia Pacific, Inc., Union Carbide Customer Services Pte. Ltd., and Dow Chemical Pacific (Singapore) Pte. Ltd. respectfully request that the Court grant this motion, and enter a protective order staying all discovery involving them until after the Court has ruled on their pending Motions to Dismiss for Lack of Personal Jurisdiction.

Respectfully submitted,

/s/ Craig A. Raabe
CRAIG A. RAABE (ct 04116)
EDWARD J. HEATH (ct 20992)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
(860) 275-8304

WILLIAM L. WEBBER (ct 18369)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 739-5798

MARK P. EDWARDS (ct 23890)
CHARLES J. REITMEYER
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5769

Attorneys for Defendants
The Dow Chemical Company,
Union Carbide Corporation,
Union Carbide Asia Pacific, Inc.,
Union Carbide Customer Services Pte. Ltd. and
Dow Chemical Pacific (Singapore) Pte. Ltd.

5

## CERTIFICATE OF SERVICE

Craig A. Raabe hereby certifies that he caused a copy of the Motion of Defendants Union Carbide Asia Pacific, Inc., Union Carbide Customer Services Pte. Ltd., and Dow Chemical Pacific (Singapore) Pte. Ltd. for Protective Order to Stay Discovery as Against Them Pending Resolution of Their Personal Jurisdiction Motions to be served this date upon the following:

Robert M. Langer, Esquire
Wiggin & Dana LLP
One City Place
185 Asylum Street
Hartford, CT  06103-3402
**(via hand delivery)**

Richard S. Taffet, Esquire
Thelen Reid & Priest LLP
875 Third Avenue
New York, New York  10022-6225
**(via overnight courier)**

Suzanne Wachstock, Esquire
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325
**(via first-class mail, postage prepaid)**

Dated:   October 27, 2003         /s/ Craig A. Raabe
                                  CRAIG A. RAABE