## IV. CONCLUSION

For the reasons set forth above, Defendants respectfully request that the Court grant their Motion for A Protective Order to Stay Discovery as Against Them Pending Resolution of Their Personal Jurisdiction Motions.

Respectfully submitted,

/s/ Craig A. Raabe
CRAIG A. RAABE (ct 04116)
EDWARD J. HEATH (ct 20992)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8304

WILLIAM L. WEBBER (ct 18369)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 739-5798

MARK P. EDWARDS (ct 23890)
CHARLES J. REITMEYER
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5769

Attorneys for Defendants
The Dow Chemical Company,
Union Carbide Corporation,
Union Carbide Asia Pacific, Inc.,
Union Carbide Customer Services Pte. Ltd., and
Dow Chemical Pacific (Singapore) Pte. Ltd.

16

## CERTIFICATE OF SERVICE

Craig A. Raabe hereby certifies that he caused a copy of the Memorandum of Law in Support of Motion of Defendants Union Carbide Asia Pacific, Inc., Union Carbide Customer Services Pte. Ltd., and Dow Chemical Pacific (Singapore) Pte. Ltd. for Protective Order to Stay Discovery as Against Them Pending Resolution of Their Personal Jurisdiction Motions to be served this date upon the following:

> Robert M. Langer, Esquire
> Wiggin & Dana LLP
> One City Place
> 185 Asylum Street
> Hartford, CT  06103-3402
> **(via hand delivery)**

> Richard S. Taffet, Esquire
> Thelen Reid & Priest LLP
> 875 Third Avenue
> New York, New York  10022-6225
> **(via overnight courier)**

> Suzanne Wachstock, Esquire
> Wiggin & Dana LLP
> 400 Atlantic Street
> P.O. Box 110325
> Stamford, CT  06911-0325
> **(via first-class mail, postage prepaid)**

Dated:  October 27, 2003

/s/ Craig A. Raabe
CRAIG A. RAABE