## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD.,** | : : : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **Civil No. 3:02 CV 1107 (AVC)** |
| **v.** | : | |
| **THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER  SERVICES PTE. LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,** | : : : : : : | |
| | : | |
| **Defendants.** | : | **October 28, 2003** |

## MOTION OF DEFENDANTS UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD. TO SUBSTITUTE THE ORIGINAL AFFIDAVIT OF WILLIAM L. WEBBER, DATED OCTOBER 27, 2003

Defendants, Union Carbide Asia Pacific, Inc. ("UCAP"), Union Carbide Customer

Services Pte. Ltd. ("UCCS"), and Dow Chemical Pacific (Singapore) Pte. Ltd. (collectively, the

"Foreign Defendants"), hereby move to replace the D. Conn. L. Civ. Rule 9(d)(2) Declaration of

William L. Webber, submitted to the Court on October 27, 2003, and substitute it with the

attached, original  L.R. 9(d)(2) Declaration of William L. Webber, dated October 27, 2003

("Webber Declaration").  This substitution is required because the original Webber Declaration

that is attached hereto was not available on the date of filing, necessitating the submission of a

copy.

**NO TESTIMONY REQUIRED**

WHEREFORE, Defendants, Union Carbide Asia Pacific, Inc., Union Carbide Customer Services Pte. Ltd., and Dow Chemical Pacific Pte. Ltd. move that the Court grant this Motion and substitute the original Webber Declaration.

Respectfully submitted,

  /s/ Edward J. Heath
CRAIG A. RAABE (ct 04116)
EDWARD J. HEATH (ct 20992)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
(860) 275-8304

WILLIAM L. WEBBER (ct 18369)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 739-5798

MARK P. EDWARDS (ct 23890)
CHARLES J. REITMEYER
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5769

Attorneys for Defendants
The Dow Chemical Company,
Union Carbide Corporation,
Union Carbide Asia Pacific, Inc.,
Union Carbide Customer Services Pte. Ltd. and
Dow Chemical Pacific (Singapore) Pte. Ltd.

## **CERTIFICATE OF SERVICE**

Edward J. Heath hereby certifies that he caused a copy of the foregoing motion of

Defendants Union Carbide Asia Pacific, Inc., Union Carbide Customer Services Pte. Ltd., and

Dow Chemical Pacific (Singapore) Pte. Ltd. to be served this date upon the following:

| | |
|---|---|
| Robert M. Langer, Esquire | Richard S. Taffet, Esquire |
| Wiggin & Dana LLP | Thelen Reid & Priest LLP |
| One City Place | 875 Third Avenue |
| 185 Asylum Street | New York, New York  10022-6225 |
| Hartford, CT  06103-3402 | **(via first-class mail, postage prepaid)** |
| **(via first-class mail, postage prepaid)** | |

Suzanne Wachstock, Esquire
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325
**(via first-class mail, postage prepaid)**


Dated:  October 28, 2003                  /s/ Edward J. Heath
                                          EDWARD J. HEATH