UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., : : : : Plaintiffs, : : v. : THE DOW CHEMICAL COMPANY, UNION : CARBIDE CORPORATION, UNION CARBIDE : ASIA PACIFIC, INC., UNION CARBIDE : CUSTOMER SERVICES PTE. LTD., and DOW : CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., : : Defendants. : | Civil No. 3:02 CV 1107 (AVC) October 28, 2003 |

**MOTION OF DEFENDANTS UNION CARBIDE ASIA PACIFIC, INC.,
UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL
PACIFIC (SINGAPORE) PTE. LTD. TO SUBSTITUTE THE ORIGINAL AFFIDAVIT
OF WILLIAM L. WEBBER, DATED OCTOBER 27, 2003**

Defendants, Union Carbide Asia Pacific, Inc. ("UCAP"), Union Carbide Customer Services Pte. Ltd. ("UCCS"), and Dow Chemical Pacific (Singapore) Pte. Ltd. (collectively, the "Foreign Defendants"), hereby move to replace the D. Conn. L. Civ. Rule 9(d)(2) Declaration of William L. Webber, submitted to the Court on October 27, 2003, and substitute it with the attached, original L.R. 9(d)(2) Declaration of William L. Webber, dated October 27, 2003 ("Webber Declaration"). This substitution is required because the original Webber Declaration that is attached hereto was not available on the date of filing, necessitating the submission of a copy.

November 7, 2003. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

NO TESTIMONY REQUIRED