UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC., MM GLOBAL : 
SERVICES PTE. LTD., and MEGA VISA :
SOLUTIONS (S) PTE. LTD., :
:
Plaintiffs, :
: Civil No. 3:02 CV 1107 (AVC)
v. :
:
THE DOW CHEMICAL COMPANY, UNION :
CARBIDE CORPORATION, UNION CARBIDE :
ASIA PACIFIC, INC., UNION CARBIDE :
CUSTOMER SERVICES PTE. LTD., and DOW :
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., :
:
Defendants. : October 27, 2003

### L.R. 9(d)(2) DECLARATION OF WILLIAM L. WEBBER

I, William L. Webber, hereby declare as follows:

1. I am counsel of record for the defendants in this action. I am submitting this declaration pursuant to L.R. 9(d)(2) regarding the Motion of Defendants Union Carbide Asia Pacific, Inc., Union Carbide Customer Services Pte. Ltd., and Dow Chemical Pacific (Singapore) Pte. Ltd. for a Protective Order to Stay Discovery as Against Them Pending Resolution of Their Personal Jurisdiction Motions.

2. That motion seeks to stay discovery against the three moving defendants until this Court resolves those defendants' pending motions to dismiss this action as to them for lack of personal jurisdiction. On October 23 and 24, 2003, I spoke and corresponded with plaintiffs' counsel, Richard S. Taffet, in a good faith effort to resolve

by agreement the issues raised by the motion without unnecessary intervention by the Court. We were not able to reach an agreement. Mr. Taffet informed me on October 24, 2003 that plaintiffs would not consent to the requested stay.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day of October 27, 2003.

*William L. Webber* (signature)

William L. Webber