UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 NOV 17 P 12: 18
US DISTRICT COURT
HARTFORD CT

MM GLOBAL SERVICES INC., MM GLOBAL
SERVICES PTE. LTD., and MEGAVISA
SOLUTIONS (S) PTE. LTD.,

      Plaintiffs,

-v-

THE DOW CHEMICAL COMPANY, and
UNION CARBIDE CORPORATION, UNION
CARBIDE ASIA PACIFIC, INC., UNION CARBIDE
CUSTOMER SERVICES PTE LTD. AND DOW
CHEMICAL PACIFIC (SINGAPORE) PRIVATE
LTD.

      Defendants.

3:02 CV 1107 (AVC)

November 17, 2003

## APPEARANCE

To the Clerk of this court and all parties of record, please enter my appearance in this case for plaintiffs MM Global Services, Inc., MM Global Services Pte. Ltd., and Megavisa Solutions (S) Pte. Ltd.

PLAINTIFFS
MM GLOBAL SERVICES INC., MM GLOBAL
SERVICES PTE. LTD., and MEGAVISA
SOLUTIONS (S) PTE. LTD.

By: *Steven B. Malech*
Steven B. Malech, ct16314
Wiggin & Dana LLP
One City Place
185 Asylum Street
Hartford, Connecticut 06103-3402
(860) 297-3700

## CERTIFICATE OF SERVICE

This is to certify that on this 17th day of November, 2003, a copy of the foregoing has been hand-delivered to the following:

Craig A. Raabe, Esq.
Edward J. Heath, Esq.
Elizabeth A. Fowler, Esq.
Robinson & Cole LLP
280 Trumbull Street, 28th Floor
Hartford, CT 06103

and sent via FedEx to the following:

Mark P. Edwards
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

William L. Webber
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

*Steven B. Malech*
Steven B. Malech

\15726\1\40903.1

2