UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., : <br> MM GLOBAL SERVICES PTE. LTD., : <br> And MEGA VISA SOLUTIONS (S) : <br> PTE. LTD. : <br>       Plaintiffs : <br> : <br> v. : <br> : <br> THE DOW CHEMICAL COMPANY and : <br> UNION CARBIDE CORPORATION : <br>       Defendants : <br> : | CIVIL NO. 3:02 CV 1107 (AVC) <br><br><br> November 25, 2003 |

## OMNIBUS MOTION FOR ADMISSION OF VISITING ATTORNEYS

Pursuant to D. Conn L. Civ. R. 2(d), the undersigned counsel hereby moves for the admissions *pro hac vice* of Andrew S. Marovitz, Christopher J. Kelly, Britt M. Miller, and Dana S. Douglas to represent the defendants in this action. Mr. Marovitz, Ms. Miller, and Ms. Douglas are members of the firm of Mayer, Brown, Rowe & Maw LLP, 190 S. LaSalle Street, Chicago, Illinois 60603. Mr. Kelly is a member of the firm of Mayer, Brown, Rowe & Maw LLP, 1909 K Street, N.W., Washington, D.C. 20006.

Each of the above-referenced attorneys are members in good standing of the bars of their admission and have been admitted to practice in front of numerous federal courts. None of the above-referenced attorneys have been denied admission or disciplined by this Court or any other

court. Each above-referenced attorney has submitted an Affidavit in Support of Motion for Admission *Pro Hac Vice*. *See* Exhibit A.

This motion is accompanied by payment to the Clerk of this Court of a fee of twenty-five dollars ($25.00) for each above-reference attorney.

DEFENDANTS,
THE DOW CHEMICAL COMPANY and
UNION CARBIDE CORPORATION

By _____
Craig A. Raabe ct 04116
Edward J. Heath ct 20992
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax: (860) 275-8299

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 25th day of November, 2003, to the following counsel of record:

Robert M. Langer
Suzanne E. Wachsstock
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT  06103-3402

Michael S. Elkin
Richard S. Taffet
Susan B. McInerney
Thelen Reid & Priest LLP
40 West 57th Street
New York, NY  10019-4097

_____
Craig A. Raabe

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., <br> MM GLOBAL SERVICES PTE. LTD., <br> And MEGA VISA SOLUTIONS (S) <br> PTE. LTD. <br>        Plaintiffs <br><br> v. <br><br> THE DOW CHEMICAL COMPANY and <br> UNION CARBIDE CORPORATION <br>        Defendants | : <br> : <br> : <br> : <br> : CIVIL NO. 3:02 CV 1107 (AVC) <br> : <br> : <br> : <br> : <br> : <br> : <br> : NOVEMBER 25, 2003 |

### AFFIDAVIT OF ANDREW S. MAROVITZ

I, Andrew S. Marovitz, being duly sworn, do hereby depose and say:

1. I am over the age of 18 and understand the obligations of an oath.

2. I am a member of the firm of Mayer, Brown, Rowe & Maw LLP, 190 S. LaSalle Street, Chicago, Illinois 60603, and my telephone number is (312) 701-7116.

3. I am a member in good standing of the Bar of the State of Illinois, to which I was admitted in 1989, and I am admitted to the United States Courts of Appeals for the Fourth, Seventh, Eighth, and District of Columbia Circuits and the United States District Courts for the Northern and Central Districts of Illinois.

4. I have not been denied admission or disciplined by this Court or any other court.

_____
Andrew S. Marovitz

Subscribed and sworn to this
24th day of November, 2003
before me

_____
Diane M. Williames
Notary Public
My commission expires

> Notarial Seal
> Diane M. Williames, Notary Public
> City Of Philadelphia, Philadelphia County
> My Commission Expires Feb. 26, 2006

Member, Pennsylvania Association Of Notaries

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC., :
MM GLOBAL SERVICES PTE. LTD., :
And MEGA VISA SOLUTIONS (S) :
PTE. LTD. :
      Plaintiffs :   CIVIL NO. 3:02 CV 1107 (AVC)
:
v. :
:
THE DOW CHEMICAL COMPANY and :
UNION CARBIDE CORPORATION :
      Defendants :
:   NOVEMBER 25, 2003

### AFFIDAVIT OF CHRISTOPHER J. KELLY

I, Christopher J. Kelly, being duly sworn, do hereby depose and say:

1. I am over the age of 18 and understand the obligations of an oath.

2. I am a member of the firm of Mayer, Brown, Rowe & Maw LLP, 1909 K Street, N.W., Washington, D.C. 20006, and my telephone number is (202) 263-3285.

3. I am a member in good standing of the Bars of the State of Illinois, to which I was admitted in 1983, and the District of Columbia, to which I was also admitted in 2001, and I am admitted to the United States Court of Appeals for the Fourth and Federal Circuits.

4. I have not been denied admission or disciplined by this Court or any other court.

_____
Christopher J. Kelly

Subscribed and sworn to this
24th day of November, 2003
before me

_____
Notary Public
My commission expires

Notarial Seal
Diane M. Williames, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Feb. 26, 2006

Member, Pennsylvania Association Of Notaries

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., : <br> MM GLOBAL SERVICES PTE. LTD., : <br> And MEGA VISA SOLUTIONS (S) : <br> PTE. LTD. : <br>         Plaintiffs : <br> : <br> v. : <br> : <br> THE DOW CHEMICAL COMPANY and : <br> UNION CARBIDE CORPORATION : <br>         Defendants : <br> : | CIVIL NO. 3:02 CV 1107 (AVC) <br><br><br><br> NOVEMBER 25, 2003 |

## AFFIDAVIT OF BRITT M. MILLER

I, Britt M. Miller, being duly sworn, do hereby depose and say:

1.  I am over the age of 18 and understand the obligations of an oath.

2.  I am a member of the firm of Mayer, Brown, Rowe & Maw LLP, 190 S. LaSalle Street, Chicago, Illinois 60603, and my telephone number is (312) 701-8663.

3.  I am a member in good standing of the Bar of the State of Illinois, to which I was admitted in 1998, and I am admitted to the United States Supreme Court and the United States Court of Appeals for the Seventh Circuit and the United States District Court for the Northern District of Illinois.

4.  I have not been denied admission or disciplined by this Court or any other court.

                                                                                                                               _____
                                                                                                                               Britt M. Miller

Subscribed and sworn to this
24th day of November, 2003
before me

_____
Diane M. Williames
Notary Public
My commission expires

Notarial Seal
Diane M. Williames, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Feb. 26, 2006

Member, Pennsylvania Association Of Notaries

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC., :
MM GLOBAL SERVICES PTE. LTD., :
And MEGA VISA SOLUTIONS (S) :
PTE. LTD. :
       Plaintiffs : CIVIL NO. 3:02 CV 1107 (AVC)
        :
v. :
        :
THE DOW CHEMICAL COMPANY and :
UNION CARBIDE CORPORATION :
       Defendants :
        : NOVEMBER 25, 2003

### AFFIDAVIT OF DANA S. DOUGLAS

I, Dana S. Douglas, being duly sworn, do hereby depose and say:

1. I am over the age of 18 and understand the obligations of an oath.

2. I am a member of the firm of Mayer, Brown, Rowe & Maw LLP, 190 S. LaSalle Street, Chicago, Illinois 60603, and my telephone number is (312) 701-7093.

3. I am a member in good standing of the Bar of the State of Illinois, to which I was admitted in 2002, and I am admitted to the United States Court of Appeals for the Third Circuit and the United States District Courts for the Northern District of Illinois and the District of Colorado.

4. I have not been denied admission or disciplined by this Court or any other court.

                                                                         _____
                                                                         Dana S. Douglas

Subscribed and sworn to this
24th day of November, 2003
before me
_____
Notary Public
My commission expires

Notarial Seal
Diane M. Williames, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Feb. 26, 2006

Member, Pennsylvania Association Of Notaries