UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., :<br><br>Plaintiffs, :<br><br>v. :<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., :<br><br>Defendants. : | Civil No. 3:02 CV 1107 (AVC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>November 25, 2003 |

### WITHDRAWAL OF APPEARANCE OF MARK P. EDWARDS

Pursuant to Rules 7 and 15 of the Local Rules of Civil Procedure for the United States District Court, the undersigned requests leave to withdraw his appearance, which was made pursuant to his admission *pro hac vice*, for all defendants in this action. Attorneys Craig A. Raabe and Edward J. Heath will continue to serve as counsel for all defendants.

_____
Mark P. Edwards (ct 23890)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
Tel.: (215) 963-5769

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 26th day of November, 2003, to the following counsel of record:

Robert M. Langer
Suzanne E. Wachsstock
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT  06103-3402

Michael S. Elkin
Richard S. Taffet
Susan B. McInerney
Thelen Reid & Priest LLP
40 West 57th Street
New York, NY  10019-4097

_____
Craig A. Raabe