UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC., MM GLOBAL : 
SERVICES PTE. LTD., and MEGA VISA :
SOLUTIONS (S) PTE. LTD., :
                          Plaintiffs, :
                                            : Civil No. 3:02 CV 1107 (AVC)
                        v. :

THE DOW CHEMICAL COMPANY, UNION :
CARBIDE CORPORATION, UNION CARBIDE :
ASIA PACIFIC, INC., UNION CARBIDE :
CUSTOMER SERVICES PTE. LTD., and DOW :
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., :
                          Defendants. : November 25, 2003

### WITHDRAWAL OF APPEARANCE OF WILLIAM L. WEBBER

Pursuant to Rules 7 and 15 of the Local Rules of Civil Procedure for the United States District Court, the undersigned requests leave to withdraw his appearance, which was made pursuant to his admission *pro hac vice*, for all defendants in this action. Attorneys Craig A. Raabe and Edward J. Heath will continue to serve as counsel for all defendants.

_____
William L. Webber (ct 18369)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 739-5798

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 26th day of November, 2003, to the following counsel of record:

Robert M. Langer
Suzanne E. Wachsstock
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103-3402

Michael S. Elkin
Richard S. Taffet
Susan B. McInerney
Thelen Reid & Priest LLP
40 West 57th Street
New York, NY 10019-4097

_____
Craig A. Raabe