## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES INC., MM GLOBAL
SERVICES PTE. LTD., and MEGAVISA
SOLUTIONS (S) PTE. LTD.,

         Plaintiffs,    :   Civil No. 302 CV 1107 (AVC)

      -v-

THE DOW CHEMICAL COMPANY, UNION
CARBIDE CORPORATION, UNION CARBIDE
ASIA PACIFIC, INC., UNION CARBIDE
CUSTOMER SERVICES PTE. LTD., and DOW
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,   :   December 4, 2003

         Defendants.    :

## PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S DECISION RE THE DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Plaintiffs MM Global Services, Inc. ("MMGS"), MM Global Services Pte. Ltd.

("MMGS-S"), and MegaVisa Solutions (S) Pte. Ltd. ("MVS"), hereby move pursuant to Local

Rule 7 for reconsideration of the Court's decision on the motions of defendants Union Carbide

Customer Services Pte. Ltd. ("UCCS") and Dow Chemical Pacific (Singapore) Pte. Ltd. ("Dow

Singapore") to dismiss for lack of personal jurisdiction.

In support of this motion, plaintiffs state as follows:

1. On March 24, 2003, plaintiffs filed and served a First Amended Complaint adding

UCCS and Dow Singapore as defendants, as well as defendant Union Carbide Asia Pacific, Inc.

("UCAP"). On April 23, 2003, UCCS and Dow Singapore, as well as UCAP, filed motions to

dismiss the First Amended Complaint for lack of personal jurisdiction. In opposition, plaintiffs

relied upon their pleading and the limited evidence that was available to them at that time (and as

of now, as well). Plaintiffs had and continue to have available to them only limited evidence

**ORAL ARGUMENT REQUESTED**

because discovery in this case, by order of the Court, was until recently restricted to issues of forum non conveniens and subject matter jurisdiction. Broader discovery has not yet proceeded, and no discovery of UCCS or Dow Singapore has been taken.

2.    By decision dated November 17, 2003, the Court granted the motions of UCCS and Dow Singapore to dismiss for lack of personal jurisdiction, and denied UCAP's motion. In so doing, the Court held that evidence submitted by plaintiffs showed that UCAP transacted business in Connecticut for purposes of § 12 of the Clayton Act, by making substantial purchases of products from Connecticut. The Court further held that the evidence submitted by plaintiffs established that UCCS made purchases from Connecticut, but that the evidence did not establish the extent of such purchases, and that no evidence was submitted concerning whether Dow Singapore made purchases from Connecticut or if it did, in what magnitude.

3.    For the reasons set forth in their memorandum of law in support of this motion, plaintiffs submit that the Court should reconsider its November 17, 2003 decision because:

(a)    The allegations of the First Amended Complaint and the evidence submitted by affidavit in oppostion to UCCS and Dow Singapore's motion to dismiss for lack of personal jurisdiction were not, as they must be, considered in a light most favorable to plaintiffs. If they had been, a conclusion would have been warranted that plaintiffs had made a prima facie showing that personal jurisdiction in this Court exists as respects UCCS and Dow Singapore.

(b)    Given the posture of this case, and the lack of any discovery concerning personal jurisdiction issues or UCCS and Dow Singapore, the November 17, 2003 decision should be stayed pending discovery concerning the extent of purchases made by UCCS and Dow Singapore in Connecticut, and either an evidentiary hearing or trial on such issues.

2

WHEREFORE, plaintiffs respectfully request that the Court grant this motion for reconsideration of the Court's November 17, 2003 decision granting the personal jurisdiction motions of UCCS and Dow Singapore.

THELEN REID & PRIEST LLP

By: _____
Richard S. Taffet (ct 10201)
875 Third Avenue
New York, New York  10022-6225
(212) 603-2000 (tel)
(212) 603-2001 (fax)

WIGGIN & DANA LLP
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct 17627)
One CityPlace
185 Asylum Street
Hartford, Connecticut  06103-3402
(860) 297-3724 (tel)
(860) 525-9380 (fax)

Attorneys for Plaintiffs MM Global Services Inc.,
MM Global Services Pte. Ltd. and MegaVisa
Solutions (s) Pte. Ltd.

3

## CERTIFICATE OF SERVICE

I, Paul A. Winick, hereby certify that I caused true and correct copies of the foregoing

Motion for Reconsideration of the Court's Decision Re the Defendants' Motion to Dismiss for

Lack of Personal Jurisdiction to be served this date on the following:

Craig A. Raabe, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103
(BY HAND)

Andrew S. Marovitz, Esq.
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, Illinois  60603
(BY HAND)

William L. Webber, Esq.
Morgan Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(BY U.S. MAIL)

Dated: December 4, 2003

_____
Paul A. Winick