UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., <br> MM GLOBAL SERVICES PTE. LTD., <br> And MEGA VISA SOLUTIONS (S) <br> PTE. LTD. <br> Plaintiffs <br><br> v. <br><br> THE DOW CHEMICAL COMPANY and <br> UNION CARBIDE CORPORATION <br> Defendants | : <br> : <br> : <br> : <br> : CIVIL NO. 3:02 CV 1107 (AVC) <br> : <br> : <br> : <br> : <br> : <br> : November 25, 2003 |

**OMNIBUS MOTION FOR ADMISSION OF VISITING ATTORNEYS**

Pursuant to D. Conn L. Civ. R. 2(d), the undersigned counsel hereby moves for the admissions *pro hac vice* of Andrew S. Marovitz, Christopher J. Kelly, Britt M. Miller, and Dana S. Douglas to represent the defendants in this action. Mr. Marovitz, Ms. Miller, and Ms. Douglas are members of the firm of Mayer, Brown, Rowe & Maw LLP, 190 S. LaSalle Street, Chicago, Illinois 60603. Mr. Kelly is a member of the firm of Mayer, Brown, Rowe & Maw LLP, 1909 K Street, N.W., Washington, D.C. 20006.

Each of the above-referenced attorneys are members in good standing of the bars of their admission and have been admitted to practice in front of numerous federal courts. None of the above-referenced attorneys have been denied admission or disciplined by this Court or any other

GRANTED. Alfred V. Covello, U.S.D.J.

December 4, 2003.
SO ORDERED.