136

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC., MM GLOBAL      :
SERVICES PTE. LTD., and MEGA VISA        :
SOLUTIONS (S) PTE. LTD.,                  :
                                          :
              Plaintiffs,                 :
                                          :       Civil No. 3:02 CV 1107 (AVC)
          v.                              :
                                          :
THE DOW CHEMICAL COMPANY, UNION          :
CARBIDE CORPORATION, UNION CARBIDE        :
ASIA PACIFIC, INC., UNION CARBIDE         :
CUSTOMER SERVICES PTE. LTD., and DOW      :
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,   :
                                          :
              Defendants.                 :       November 25, 2003

### WITHDRAWAL OF APPEARANCE OF MARK P. EDWARDS

Pursuant to Rules 7 and 15 of the Local Rules of Civil Procedure for the United States

District Court, the undersigned requests leave to withdraw his appearance, which was made

pursuant to his admission *pro hac vice*, for all defendants in this action. Attorneys Craig A.

Raabe and Edward J. Heath will continue to serve as counsel for all defendants.

_____
Mark P. Edwards (ct 23890)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
Tel.:  (215) 963-5769

GRANTED
Alfred V Covello U.S.D.J.
December 4  2003
SO ORDERED.