UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., : : : : | |
| Plaintiffs, : | |
| v. : | Civil No. 3:02 CV 1107 (AVC) |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., : : : : : : | |
| Defendants. : | November 25, 2003 |

### WITHDRAWAL OF APPEARANCE OF WILLIAM L. WEBBER

Pursuant to Rules 7 and 15 of the Local Rules of Civil Procedure for the United States District Court, the undersigned requests leave to withdraw his appearance, which was made pursuant to his admission *pro hac vice*, for all defendants in this action. Attorneys Craig A. Raabe and Edward J. Heath will continue to serve as counsel for all defendants.

William L. Webber (ct 18369)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: (202) 739-5798

GRANTED
Alfred V. Covello, USDJ
December 4, 2003.
SO ORDERED.