UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Revised Status Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

December 4, 2003

3:00 p.m.

RESCHEDULED FROM 11/18/03

CASE NO. **3:02CV1107 (AVC) MM Global Svcs, et al v. Dow Chemical Co., et al**

Mark P. Edwards
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103-2921

Michael S. Elkin
Thelen Reid & Priest
875 Third Ave.
New York, NY 10022-4097

Elizabeth A. Fowler
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Stephen B. Harris
Wiggin & Dana
One Century Tower
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832

Edward J. Heath
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Robert M. Langer
Wiggin & Dana
One Cityplace
185 Asylum St.
Hartford, CT 06103

Susan B. McInerney
Thelen Reid & Priest
875 Third Ave.
New York, NY 10022-4097

Craig A. Raabe
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Richard S. Taffet
Thelen Reid & Priest
875 Third Ave.
New York, NY 10022-4097

Suzanne Ellen Wachsstock
Wiggin & Dana
400 Atlantic St., 7th Fl.
PO Box 110325
Stamford, CT 06911-0325

William L. Webber
Morgan, Lewis & Bockius
1111 Pennsylvania Ave., NW
Washington, DC 20004

Andrew Marovitz
Mayer, Brown, Rowe & Maw, LLP
190 S. Lasalle Street
Chicago, IL 60603

BY ORDER OF THE COURT

KEVIN F. ROWE, CLERK