122

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC., MM GLOBAL  :
SERVICES PTE. LTD., and MEGA VISA    :
SOLUTIONS (S) PTE. LTD.,             :
                                     :
            Plaintiffs                :
                                     :   Civil No. 3:02 CV 1107 (AVC)
      v.                             :
THE DOW CHEMICAL COMPANY, UNION      :
CARBIDE CORPORATION, UNION CARBIDE   :
ASIA PACIFIC, INC., UNION CARBIDE    :
CUSTOMER SERVICES PTE. LTD., and DOW :
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., :
                                     :
            Defendants.               :   October 10, 2003

**DEFENDANTS' MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL
OF THE COURT'S ORDERS DENYING THE MOTIONS TO DISMISS THE FEDERAL
ANTITRUST CLAIM FOR LACK OF SUBJECT MATTER JURISDICTION**

Pursuant to 28 U.S.C. § 1292(b), defendants, The Dow Chemical Company ("Dow"),

Union Carbide Corporation ("UCC"), Union Carbide Asia Pacific, Inc. ("UCAP"), Union

Carbide Customer Services Pte. Ltd. ("UCCS"), and Dow Chemical Pacific (Singapore) Pte. Ltd.

("Dow Singapore") (collectively "Defendants"), hereby move for certification for interlocutory

appeal those portions of the Court's Orders of September 12 and 16, 2003 (the "Orders")

```
3:02cv1107 (AVC).  December 9, 2003.  The motion is denied
without prejudice to its refiling, if desired, after the
defendants have filed and served, and the court has ruled, on a
motion for reconsideration.  The motion for reconsideration
should press the same arguments as articulated in the instant
motion.  The court also requests the defendants to address
whether the amended complaint alleges with sufficient
particularity "substantial and reasonably foreseeable" effects
within the meaning of 15 U.S.C. § 6(a)(1).  In their response,
the plaintiffs must identify all known effects.
SO ORDERED.
```

Alfred V. Covello, U.S.D.J.