UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 DEC 23 P 12: 51
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., | : |
| Plaintiffs, | : 3:02 CV 1107 (AVC) |
| -v- | : |
| THE DOW CHEMICAL COMPANY, and UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE LTD. AND DOW CHEMICAL PACIFIC (SINGAPORE) PRIVATE LTD. | : |
| | : December 22, 2003 |
| Defendants. | : |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to D. Conn. L. Civ. R. 15, the undersigned respectfully moves to withdraw his appearance for the plaintiffs in the above-captioned matter.

The plaintiffs continue to be represented by Robert M. Langer and Steven B. Malech of this firm.

PLAINTIFFS
MM GLOBAL SERVICES INC., MM GLOBAL
SERVICES PTE, LTD., and MEGAVISA
SOLUTIONS (S) PTE. LTD.

By: _____
Stephen B. Harris, ct13125
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut 06508-1832
203.498.4400

NO ORAL ARGUMENT REQUESTED

NY #532652 v1

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of December, 2003, a copy of the foregoing has been mailed, by certified mail, to the following:

MM Global Services Inc.,
MM Global Services PTE. LTD.
Megavisa Solutions (S) PTE Ltd.
c/o Richard S. Taffet, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022-6225;

and has been mailed, postage prepaid, to the following:

Craig A. Raabe, Esq.
Edward J. Heath, Esq.
Elizabeth A. Fowler, Esq.
Robinson & Cole LLP
280 Trumbull Street, 28th Floor
Hartford, CT 06103

Mark P. Edwards
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

William L. Webber
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

_____
Stephen B. Harris

\15726\1\40903.1