UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., :<br>:<br>:<br>:<br>**Plaintiffs** :<br>: Civil No. 3:02 CV 1107 (AVC)<br>v. :<br>:<br>:<br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., :<br>:<br>:<br>:<br>:<br>:<br>Defendants.  :  December 23, 2003 | |

**DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER
DENYING THE MOTIONS TO DISMISS THE FEDERAL ANTITRUST CLAIM
FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendants The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc. hereby move pursuant to this Court's December 9 Order and Local Rule 7(c) for reconsideration of the Court's September 12 Order denying defendants' Fed. R. Civ. P. 12(b)(1) motions to dismiss plaintiffs' federal antitrust claim for lack of subject matter jurisdiction.

In support thereof, defendants state as follows:

1. The September 12 Order denied defendants' motions to dismiss plaintiffs' federal antitrust claim (Count I) for lack of subject matter jurisdiction.

2. Defendants' motions were based on the Foreign Trade Antitrust Improvements Act ("FTAIA"), 15 U.S.C. § 6a, and the limitations it places on the reach of the Sherman Act.

**ORAL ARGUMENT REQUESTED**

Defendants demonstrated in their motions that the Court lacks subject matter jurisdiction over plaintiffs' federal antitrust claim because the First Amended Complaint fails to properly allege that the parties' alleged resale price-fixing in India, which is the basis of the claim, actually had a "direct, substantial, and reasonably foreseeable effect" on United States domestic commerce, as required by the FTAIA.

3.      Based upon a standard not contained in the FTAIA or supported by the relevant case law, the Court found that it has subject matter jurisdiction over that claim, notwithstanding the fact that plaintiffs allege that the price-fixing was limited exclusively to products they sold in India to Indian end-user customers.

4.      Defendants promptly moved to certify the Court's ruling for interlocutory appeal to the Second Circuit. In response, this Court issued an Order on December 9 requesting that defendants file a motion for reconsideration that would raise the same arguments set forth in their certification motion and would address whether the Complaint alleges with sufficient particularity the effects required by the FTAIA.

5.      For reasons explained in defendants' accompanying Memorandum of Law, the Court should reconsider its Order and grant defendants' motion to dismiss Count I.

WHEREFORE, defendants The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc. respectfully request that the Court grant this motion for reconsideration and dismiss Count I of plaintiffs' First Amended Complaint.

Respectfully submitted,

_____/s/_____

| | |
|---|---|
| Craig A. Raabe (ct 04116)<br>Edward J. Heath (ct 20992)<br>ROBINSON & COLE LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>(860) 275-8304 | Andrew S. Marovitz (ct 25409)<br>MAYER, BROWN, ROWE & MAW LLP<br>190 S. La Salle Street<br>Chicago, IL 60603-3441<br>(312) 782-0600<br><br>Christopher J. Kelly (ct 25410)<br>MAYER, BROWN, ROWE & MAW LLP<br>1909 K Street<br>Washington, DC 20006-1157<br>(202) 263-3000 |

*Attorneys for Defendants The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that that a copy of the Defendants' Motion for Reconsideration of the Court's Order Denying the Motions to Dismiss the Federal Antitrust Claim for Lack of Subject Matter Jurisdiction was served on this 23rd day of December, 2003, as follows:

Robert M. Langer, Esquire
Wiggin & Dana LLP
One City Place
185 Asylum Street
Hartford, CT  06103-3402
**(via hand delivery)**

Richard S. Taffet, Esquire
Thelen Reid & Priest LLP
875 Third Avenue
New York, New York  10022-6225
**(via overnight courier)**

Suzanne Wachstock, Esquire
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325
**(via first-class mail, postage prepaid)**

/s/
CRAIG A. RAABE