**CERTIFICATE OF SERVICE**

This is to certify that that a copy of the Brief in Support of Defendants' Motion for Reconsideration of the Court's Order Denying the Motions to Dismiss the Federal Antitrust Claim for Lack of Subject Matter Jurisdiction was served on this 23rd day of December, 2003, as follows:

    Robert M. Langer, Esquire        Richard S. Taffet, Esquire
    Wiggin & Dana LLP               Thelen Reid & Priest LLP
    One City Place                       875 Third Avenue
    185 Asylum Street                New York, New York  10022-6225
    Hartford, CT  06103-3402       **(via overnight courier)**
    **(via hand delivery)**

    Suzanne Wachstock, Esquire
    Wiggin & Dana LLP
    400 Atlantic Street
    P.O. Box 110325
    Stamford, CT  06911-0325
    **(via first-class mail, postage prepaid)**

          /s/
        CRAIG A. RAABE