Exhibit

C

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

William L. Webber
202.739.5798
wwebber@morganlewis.com

February 19, 2003

**BY FACSIMILE**

Richard S. Taffet, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, New York 10022

Re: <u>MM Gobal Services, Inc. v. The Dow Chemical Company</u>

Dear Richard:

I am writing to memorialize the parties' obligations and stipulations resulting from our February 14, 2003 discovery conference with Judge Covello.

### A. Plaintiffs' Obligations and Stipulations

1. On February 20, 2003, plaintiffs will provide defendants with a schedule identifying the product order transactions that are at issue in this case on plaintiffs' contract claims. Although that schedule is being prepared initially as part of settlement discussions, the parties have stipulated, with the Court's approval, that the schedule can be used in this case for any purpose. In other words, the normal use restrictions for settlement communications (*e.g.*, Fed. R. Evid. 408) will not restrict the use of that schedule.

2. Plaintiffs have stipulated that all of their customers that pertain to this lawsuit are located in India.

3. For each of plaintiffs' tort claims, plaintiffs will identify the number of plaintiffs' customers that pertain to that tort claim. (This is expressly without prejudice to defendants seeking leave of Court for additional information about those customers if the listing of the number of customers is insufficient for defendants' discovery needs.)

Philadelphia  Washington  New York  Los Angeles  Miami  Harrisburg  Pittsburgh
Princeton  Northern Virginia  London  Brussels  Frankfurt  Tokyo

1-WA/1944389.1

Richard S. Taffet, Esq.  
February 19, 2003  
Page 2

**Morgan Lewis**  
COUNSELORS AT LAW

4. Plaintiffs will identify each place where plaintiffs' documents are kept in the ordinary course of business.

5. Plaintiffs will identify the banks into which plaintiffs have deposited plaintiffs' receipts from the sales of the products at issue in this case.

### B. Defendants' Obligations

1. Defendants will identify a person (or persons) knowledgeable concerning any changes in Dow and/or UCC data systems that made unavailable in the United States any records of transactions with plaintiffs that otherwise would have been accessible from the United States at the time this lawsuit was filed.

2. Defendants will produce Dow and UCC's written document retention policies.

3. Defendants will complete their privilege log pertaining to redacted documents. (Defendants' privilege log on documents without redactions already was sent to plaintiffs.)

4. Defendants will review at plaintiffs' counsel's New York offices the approximately 40 boxes of plaintiffs' documents from India. Defendants will designate a reasonable portion of those documents for copying, and plaintiffs will copy that portion for defendants at plaintiffs' expense.

If you believe that the obligations and stipulations resulting from the discovery conference should be described differently, please let me know.

Sincerely,

*[signature]*

William L. Webber

cc: Robert C. Langer, Esq.  
Craig A. Raabe, Esq.  
Mark P. Edwards, Esq.  
(each by fax)

1-WA/1944389.1