# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC.,
MM GLOBAL SERVICES PTE. LTD.,
And MEGA VISA SOLUTIONS (S)
PTE. LTD.,        Plaintiffs,

v.

THE DOW CHEMICAL COMPANY and
UNION CARBIDE CORPORATION,
        Defendants.

**APPEARANCE**

CASE NUMBER:  3:02 CV 1107 (AVC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

THE DOW CHEMICAL COMPANY and UNION CARBIDE CORPORATION and UNION CARBIDE ASIA PACIFIC, INC.

FILED 2003 DEC 30 P U.S. DISTRICT COURT HARTFORD, CT

| | |
|---|---|
| December 22, 2003 | *Dana S. Douglas* (Signature) |
| Date | Signature |
| ct25412 | Dana S. Douglas |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (312) 701-7093 | Mayer, Brown, Rowe & Maw LLP |
| | 190 S. LaSalle Street |
| Telephone Number | Address |
| (312) 706-8662 | Chicago, IL  60603 |
| Fax Number | |
| dsdouglas@maybrownrowe.com | |
| E-mail address | |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

United States District Court
District of Connecticut
Office of the Clerk
United States Courthouse
450 Main Street
Hartford, Connecticut  06103

*Dana S. Douglas*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24