# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

MM GLOBAL SVCS., ET AL.

DOW CHEMICAL CO., ET AL.

CASE NUMBER: 3:02 CV 1107

*FILED 2003 DEC 30 A [?]*
*U.S. DISTRICT COURT*
*HARTFORD, CT.*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, Dow Chemical Co.
Defendant, Union Carbide Corporation
Defendant, Union Carbide Asia Pacific, Inc.

| | |
|---|---|
| December 29, 2003 | *(signature)* Christopher J. Kelly |
| Date | Signature |
| ct25410 | Christopher J. Kelly |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 202.263.3285 | Mayer, Brown, Rowe & Maw LLP |
| Telephone Number | Address |
| 202.263.5285 | 1909 K Street, N.W. |
| Fax Number | Washington, D.C. 20006 |
| cjkelly@mayerbrownrowe.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached Service List

*(signature)* Christopher J. Kelly
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MM Global Svcs., et. al.
v.
Dow Chemical Co., et. al.
3:02 CV 1107

**SERVICE LIST**

Richard S. Taffet
Michael S. Elkin
Susan B. McInerney
Thelen Reid & Priest
875 Third Avenue
New York, NY  10022-4097

Craig A. Raabe
Edward J. Heath
Elizabeth A. Fowler
Robinson & Cole
280 Trumbull Street
Hartford, CT  06103-3597

Stephen B. Harris
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT  06508-1832

Robert M. Langer
Steven Bruce Malech
Wiggin & Dana
One Cityplace
185 Asylum Street
Hartford, CT  06103

Suzanne Ellen Wachsstock
Wiggin & Dana
400 Atlantic Street, 7th Floor
P.O. Box 110325
Stamford, CT  06911-0325