# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

MM GLOBAL SVCS., ET. AL.

DOW CHEMICAL CO., ET. AL.

CASE NUMBER: 3:02 CV 1107

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

   Defendant, Dow Chemical Co.
   Defendant, Union Carbide Corporation
   Defendant, Union Carbide Asia Pacific, Inc.

December 23, 2003
Date

ct25409
Connecticut Federal Bar Number

312.782.0600
Telephone Number

312.701.7711
Fax Number

amarovitz@mayerbrownrowe.com
E-mail address

_[signature]_
Signature

Andrew S. Marovitz
Print Clearly or Type Name

Mayer, Brown, Rowe & Maw LLP
Address
190 South LaSalle Street
Chicago, Illinois 60603

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:
   See attached Service List.

_[signature]_ Britt M. Miller
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MM Global Svcs., et. al.**
v.
**Dow Chemical Co., et. al.**
3:02 CV 1107

**SERVICE LIST**

Richard S. Taffet
Michael S. Elkin
Susan B. McInerney
Thelen Reid & Priest
875 Third Avenue
New York, NY 10022-4097

Craig A. Raabe
Edward J. Heath
Elizabeth A. Fowler
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Stephen B. Harris
Wiggin & Dana
One Century Tower
265 Church St., P.O. Box 1832
New Haven, CT 06508-1832

Robert M. Langer
Steven Bruce Malech
Wiggin & Dana
One Cityplace
185 Asylum St.
Hartford, CT 06103

Suzanne Ellen Wachsstock
Wiggin & Dana
400 Atlantic St., 7th Flr.
P.O. Box 110325
Stamford, CT 06911-0325