02CV1107 m wd apr

145

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES INC., MM GLOBAL :
SERVICES PTE. LTD., and MEGAVISA :
SOLUTIONS (S) PTE. LTD., :
:
                    Plaintiffs, :   3:02 CV 1107 (AVC)
                -v- :
:
THE DOW CHEMICAL COMPANY, and :
UNION CARBIDE CORPORATION, UNION :
CARBIDE ASIA PACIFIC, INC., UNION CARBIDE :
CUSTOMER SERVICES PTE LTD. AND DOW :
CHEMICAL PACIFIC (SINGAPORE) PRIVATE :
LTD. :
: December 22, 2003
                Defendants. :

### MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to D. Conn. L. Civ. R. 15, the undersigned respectfully moves to withdraw his appearance for the plaintiffs in the above-captioned matter.

The plaintiffs continue to be represented by Robert M. Langer and Steven B. Malech of this firm.

          PLAINTIFFS
          MM GLOBAL SERVICES INC., MM GLOBAL
          SERVICES PTE. LTD., and MEGAVISA
          SOLUTIONS (S) PTE. LTD.

          By: _____
          Stephen B. Harris, ct13125
          Wiggin & Dana LLP
          One Century Tower
          P.O. Box 1832
          New Haven, Connecticut 06508-1832
          203.498.4400

*Alfred V. Covello, U.S.D.J.*
GRANTED.
SO ORDERED.
December 31, 2003.

NO ORAL ARGUMENT REQUESTED                                              NY #532652 v1