UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil No. 3:02 CV 1107 (AVC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: December 31, 2003 |

**DEFENDANTS' MOTION FOR PARTIAL JUDGMENT
ON THE PLEADINGS PURSUANT TO FED R. CIV. P. 12(c)**

Defendants The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc. hereby move for judgment on the pleadings for defendants as to plaintiffs' first claim for relief, pursuant to Fed. R. Civ. P. 12(c). The plaintiffs do not, and cannot, established antitrust standing and, therefore, judgment should enter for the defendants on the plaintiffs' antitrust claim. The defendants have filed herewith a supporting memorandum of law.

WHEREFORE, defendants The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc. respectfully request that this Court grant judgment on the pleadings for defendants as to plaintiffs' first claim for relief pursuant to Fed. R. Civ. P. 12(c).

**ORAL ARGUMENT REQUESTED**

                                            Respectfully submitted,

                                            _____

| | |
|---|---|
| Craig A. Raabe (ct 04116) | Andrew S. Marovitz (ct 25409) |
| Edward J. Heath (ct 20992) | MAYER, BROWN, ROWE & MAW LLP |
| ROBINSON & COLE LLP | 190 S. La Salle Street |
| 280 Trumbull Street | Chicago, IL  60603-3441 |
| Hartford, CT  06103-3597 | (312) 782-0600 |
| (860) 275-8304 | |
| | Christopher J. Kelly (ct 25410) |
| | MAYER, BROWN, ROWE & MAW LLP |
| | 1909 K Street, N.W. |
| | Washington, DC  20006-1157 |
| | (202) 263-3000 |

*Attorneys for Defendants The Dow Chemical Company,*
*Union Carbide Corporation and Union Carbide Asia Pacific, Inc.*

## CERTIFICATE OF SERVICE

Craig A. Raabe hereby certifies that he caused a copy of the Defendants' Motion for Judgment on the Pleadings Pursuant to Rule 12(c) to be served this date upon the following:

| | |
|---|---|
| Robert M. Langer, Esquire<br>Wiggin & Dana LLP<br>One City Place<br>185 Asylum Street<br>Hartford, CT 06103-3402<br>**(via hand delivery)** | Richard S. Taffet, Esquire<br>Thelen Reid & Priest LLP<br>875 Third Avenue<br>New York, New York 10022-6225<br>**(via overnight courier)** |

Suzanne Wachstock, Esquire
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
**(via first-class mail, postage prepaid)**


Dated:  December 31, 2003

                                                   _____
                                                   CRAIG A. RAABE


**ORAL ARGUMENT REQUESTED**