UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., <br><br> **Plaintiffs,** <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. <br><br> **Defendants.** | : <br> : <br> : <br> : <br> : <br> : Civil No. 3:02 CV 1107 (AVC) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : December 31, 2003 |

**DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING THE UNITED
STATES SUPREME COURT'S DECISION IN
<u>F. HOFFMANN-LA ROCHE, LTD. V. EMPAGRAN, S.A.</u>**

Defendants The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc. hereby move for a stay of proceedings in this matter pending the United States Supreme Court's decision in *F. Hoffmann-La Roche, Ltd. v. Empagran, S.A.*, 2003 WL 22734815 (U.S. Dec. 15, 2003) (granting certiorari).  The *Empagran* decision will indicate whether *Kruman v. Christie's Int'l PLC*, 284 F.3d 384 (2d Cir. 2002), which this Court has followed in determining that it has subject matter jurisdiction over plaintiffs' federal antitrust claim, is good law.  A stay is therefore in the interests of the parties, of the federal courts, and of the public.  The defendants have filed herewith a supporting memorandum of law.

**ORAL ARGUMENT REQUESTED**

WHEREFORE, defendants The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc. respectfully request that this Court stay these proceedings until the Supreme Court decides *Empagran*.

                                                           Respectfully submitted,

                                                            _____

| | |
|---|---|
| Craig A. Raabe (ct 04116) | Andrew S. Marovitz (ct 25409) |
| Edward J. Heath (ct 20992) | Britt M. Miller (ct 25411) |
| ROBINSON & COLE LLP | Dana S. Douglas (ct 25412) |
| 280 Trumbull Street | MAYER, BROWN, ROWE & MAW LLP |
| Hartford, CT 06103-3597 | 190 S. La Salle Street |
| (860) 275-8304 | Chicago, IL 60603-3441 |
| | (312) 782-0600 |
| | |
| | Christopher J. Kelly (ct 25410) |
| | MAYER, BROWN, ROWE & MAW LLP |
| | 1909 K Street |
| | Washington, DC 20006-1157 |
| | (202) 263-3000 |

*Attorneys for Defendants The Dow Chemical Company,
Union Carbide Corporation and Union Carbide Asia Pacific, Inc.*

2

## CERTIFICATE OF SERVICE

Craig A. Raabe hereby certifies that he caused a copy of the Defendants' Motion To Stay Proceedings to be served this date upon the following:

| | |
|---|---|
| Robert M. Langer, Esquire<br>Wiggin & Dana LLP<br>One City Place<br>185 Asylum Street<br>Hartford, CT  06103-3402<br>**(via hand delivery)** | Richard S. Taffet, Esquire<br>Thelen Reid & Priest LLP<br>875 Third Avenue<br>New York, New York  10022-6225<br>**(via overnight courier)** |

Suzanne Wachstock, Esquire
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325
**(via first-class mail, postage prepaid)**


Dated:   December 31, 2003

_____
CRAIG A. RAABE

**ORAL ARGUMENT REQUESTED**