UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., | : <br> : <br> : <br> : |
| Plaintiffs, | : Civil No. 302 CV 1107 (AVC) |
| -v- | : |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., | : <br> : <br> : <br> : <br> : January 7, 2004 |
| Defendants. | : |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned counsel hereby moves for the admission pro hac vice of Alyson L. Redman to represent plaintiffs in this action. Ms. Redman is an associate of the firm of Thelen Reid & Priest LLP, 875 Third Avenue, New York, New York, 10022-6225, telephone (212) 603-2000.

Ms. Redman is a member in good standing of the bars of the Commonwealth of Virginia (admitted 1997), the District of Columbia (admitted 1999), and the State of New York (admitted 2001), and is admitted to the United States District Court for the Eastern District of Virginia. Upon information and belief, neither Ms. Redman nor any member of the firm she is associated with has been denied admission or disciplined in accordance with D. Conn. L. Civ. R. 83.2, or has been denied admission or disciplined by any other court.

Ms. Redman's Affidavit in Support of this Motion for Admission Pro Hac Vice is annexed hereto as Exhibit A.

This Motion is accompanied by payment to the Clerk of this Court of a fee of Twenty-five Dollars ($25.00) in accordance with D. Conn. L. Civ. R. 83.1(d)(2).

                        WIGGIN & DANA LLP

By: _____
Robert M. Langer (ct 06305)
One CityPlace
185 Asylum Street
Hartford, Connecticut 06103-3402
(860) 297-3724 (tel)
(860) 525-9380 (fax)

Attorneys for Plaintiffs MM Global Services Inc., MM Global Services Pte. Ltd. and MegaVisa Solutions (s) Pte. Ltd.

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of January, 2004, a copy of the foregoing Motion For Admission Pro Hac Vice has been mailed, postage prepaid, to the following:

Craig A. Raabe, Esq.  
Robinson & Cole LLP  
280 Trumbull Street  
Hartford, Connecticut 06103

Andrew S. Marovitz, Esq.  
Mayer, Brown, Rowe & Maw LLP  
190 South LaSalle Street  
Chicago, Illinois  60603

_____  
Robert M. Langer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES INC., MM GLOBAL  :
SERVICES PTE. LTD., and MEGAVISA     :
SOLUTIONS (S) PTE. LTD.,             :
                                     :
                  Plaintiffs,        :   Civil No. 302 CV 1107 (AVC)
           -v-                       :
                                     :
THE DOW CHEMICAL COMPANY, UNION      :
CARBIDE CORPORATION, UNION CARBIDE   :
ASIA PACIFIC, INC., UNION CARBIDE    :
CUSTOMER SERVICES PTE. LTD., and DOW :
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,:
                                     :
                  Defendants.        :

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )                    New York, New York

## AFFIDAVIT OF ALYSON L. REDMAN

ALYSON L. REDMAN, being duly sworn, deposes and states as follows:

1.  I am over the age of eighteen and understand the obligation of an oath.

2.  I am an associate of the firm of Thelen Reid & Priest LLP, 875 Third Avenue, New York, New York, 10022-6225, telephone (212) 603-2000.

3.  I am a member in good standing of the bars of the Commonwealth of Virginia (admitted 1997), the District of Columbia (admitted 1999), and the State of New York (admitted 2001).

4.  I am admitted to the United States District Court for the Eastern District of Virginia.

Ex. A

5. Neither I nor any member of the firm I am associated with has been denied admission or disciplined in accordance with D. Conn. L. Civ. R. 83.2, or has been denied admission or disciplined by any other court.

I swear that the foregoing is true and correct.

January 6, 2004

_____
Alyson L. Redman

Subscribed and sworn to before me
this 6th day of January, 2004.

_____
Notary Public

RUTH LEVINE
NOTARY PUBLIC, State of New York
No. 01LE7518025
Qualified in New York County
Commission Expires Aug. 18, 2007

2