UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., | : <br> : <br> : <br> : |
| Plaintiffs, | : Civil No. 302 CV 1107 (AVC) |
| -v- | : <br> : |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., | : <br> : <br> : <br> : <br> : January 7, 2004 |
| Defendants. | : |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned counsel hereby moves for the admission pro hac vice of Paul A. Winick to represent plaintiffs in this action. Mr. Winick is a member of the firm of Thelen Reid & Priest LLP, 875 Third Avenue, New York, New York, 10022-6225, telephone (212) 603-2000.

Mr. Winick is a member in good standing of the bar of the State of New York (admitted 1977), and is admitted to the United States District Courts for the Southern District of New York and the Eastern District of New York, the Second Circuit of the United States Court of Appeals, and the Fifth Circuit of the United States Court of Appeals. Upon information and belief, neither Mr. Winick nor any member of the firm he is associated with has been denied admission or disciplined in accordance with D. Conn. L. Civ. R. 83.2, or has been denied admission or disciplined by any other court.

Mr. Winick's Affidavit in Support of this Motion for Admission Pro Hac Vice is annexed hereto as Exhibit A.

This Motion is accompanied by payment to the Clerk of this Court of a fee of Twenty-five Dollars ($25.00) in accordance with D. Conn. L. Civ. R. 83.1(d)(2).

WIGGIN & DANA LLP

By: _____
Robert M. Langer (ct 06305)
One CityPlace
185 Asylum Street
Hartford, Connecticut  06103-3402
(860) 297-3724 (tel)
(860) 525-9380 (fax)

Attorneys for Plaintiffs MM Global Services Inc., MM Global Services Pte. Ltd. and MegaVisa Solutions (s) Pte. Ltd.

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of January, 2004, a copy of the foregoing Motion For Admission <u>Pro Hac Vice</u> has been mailed, postage prepaid, to the following:

| | |
|---|---|
| Craig A. Raabe, Esq.<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, Connecticut 06103 | Andrew S. Marovitz, Esq.<br>Mayer, Brown, Rowe & Maw LLP<br>190 South LaSalle Street<br>Chicago, Illinois 60603 |

_____
Robert M. Langer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., :<br><br>       Plaintiffs, :<br>    -v-        :<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., :<br><br>       Defendants. : | Civil No. 302 CV 1107 (AVC) |

STATE OF NEW YORK )
         ) ss:                    New York, New York
COUNTY OF NEW YORK )

## AFFIDAVIT OF PAUL A. WINICK

PAUL A. WINICK, being duly sworn, deposes and states as follows:

1. I am over the age of eighteen and understand the obligation of an oath.

2. I am a member of the firm of Thelen Reid & Priest LLP, 875 Third Avenue, New York, New York, 10022-6225, telephone (212) 603-2000.

3. I am a member in good standing of the bar of the State of New York (admitted 1977).

4. I am admitted to the United States District Courts for the Southern District of New York and the Eastern District of New York, the Second Circuit of the United States Court of Appeals, and the Fifth Circuit of the United States Court of Appeals.

Ex. A.

5.   Neither I nor any member of the firm I am associated with has been denied admission or disciplined in accordance with D. Conn. L. Civ. R. 83.2, or has been denied admission or disciplined by any other court.

I swear that the foregoing is true and correct.

January 6, 2004

Paul A. Winick

Subscribed and sworn to before me
this 6th day of January, 2004.

Notary Public

DAYLE B. LICHT
NOTARY PUBLIC, State of New York
No. 01-4635399
Qualified in Queens County
Commission Expires May 31, 2006

2