UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MM Global Services, Inc., et al

V.                              Case Number: 3:02CV1107(AVC)

Dow Chemical Company, et al

**Motion for Admission Pro Hac Vice**
Doc.# **157**

**ORDERED ACCORDINGLY.**

Dated at Hartford, Connecticut, January 7, 2004.

KEVIN F. ROWE, CLERK

By:     /S/ JW
         Jo-Ann Walker
         Deputy Clerk