UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MM Global Services, Inc., et al

V.                                Case Number: 3:02CV1107(AVC)

Dow Chemical Company, et al

**Motion for Admission Pro Hac Vice**
Doc.# **158**

**ORDERED ACCORDINGLY.**


Dated at Hartford, Connecticut, January 7, 2004.


KEVIN F. ROWE, CLERK

By:    /S/ JW
       Jo-Ann Walker
       Deputy Clerk