UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES INC., MM GLOBAL
SERVICES PTE. LTD., and MEGAVISA
SOLUTIONS (S) PTE. LTD.,

                              Plaintiffs,     :     Civil No. 302 CV 1107 (AVC)
                                -v-

THE DOW CHEMICAL COMPANY, UNION
CARBIDE CORPORATION, UNION CARBIDE
ASIA PACIFIC, INC., UNION CARBIDE
CUSTOMER SERVICES PTE. LTD., and DOW
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,   :     January 9, 2004

                             Defendants.

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION PAPERS REGARDING DEFENDANTS' MOTIONS
FOR RECONSIDERATION, FOR PARTIAL JUDGMENT
ON THE PLEADINGS, AND TO STAY PROCEEDINGS**

Pursuant to Local Rule 7(b), Plaintiffs MM Global Services Inc., MM Global Services Pte. Ltd. and MegaVisa Solutions (s) Pte. Ltd., hereby move for a twenty-three (23) day extention, up to and including February 6, 2004, for Plaintiffs to file their opposition papers to Defendants' Motion To Reconsider Order Denying Motions To Dismiss Federal Antitrust Claim For Lack of Subject Matter Jurisdiction, and for an eighteen (18) day extention, up to and including February 13, 2004, for Plaintiffs to file their opposition papers to Defendants' Motion For Partial Judgment On The Pleading Pursuant To Fed. R. Civ. P. 12(c) and Defendants' Motion To Stay Proceedings Pending The United States Supreme Court's Decision In *F. Hoffmann-LaRoche, Ltd. v. Empagran, S.A.* In support of this motion, Plaintiffs state the following:

1.  On December 24, 2003, Defendants filed a Motion To Reconsider Order Denying Motions to Dismiss Federal Antitrust Claim For Lack Of Subject Matter Jurisdiction.

2.  On January 5, 2003, Defendants filed a Motion For Partial Judgment On The Pleading Pursuant To Fed. R. Civ. P. 12(c).

3.  Also on January 5, 2003, Defendants filed a Motion To Stay Proceedings Pending The United States Supreme Court's Decision In *F. Hoffmann-LaRoche, Ltd. v. Empagran, S.A.*

4.  All three of Defendants' motions raise significant legal issues directed at the viability of Plaintiffs' federal antitrust claim.

5.  Plaintiffs need the additional time requested to review and respond to Defendants' motions and the factual and legal arguments presented therein, as well as to review and respond to the accompanying exhibits.

6.  This is Plaintiffs' first motion for an extension of time relating to these motions.

7.  Defendants are in agreement with the requested scheduling dates set forth in this motion.

WHEREFORE, Plaintiffs request that this motion be granted.

Respectfully submitted,

THELEN REID & PRIEST LLP

By: *Richard Taffet /RZR*
Richard S. Taffet (ct 10201)
875 Third Avenue
New York, New York 10022-6225
(212) 603-2000 (tel)
(212) 603-2001 (fax)

WIGGIN & DANA LLP
    Robert M. Langer (ct 06305)
    Suzanne E. Wachsstock (ct 17627)
    One CityPlace
    185 Asylum Street
    Hartford, Connecticut 06103-3402
    (860) 297-3724 (tel)
    (860) 525-9380 (fax)

Attorneys for Plaintiffs MM Global Services Inc., MM Global Services Pte. Ltd. and MegaVisa Solutions (s) Pte. Ltd.

## CERTIFICATE OF SERVICE

This is to certify that on this 9th day of January 2004, a copy of the foregoing has been hand-delivered to the following:

Craig A. Raabe, Esq.
Edward J. Heath, Esq.
Elizabeth A. Fowler, Esq.
Robinson & Cole LLP
280 Trumbull Street, 28th Floor
Hartford, CT 06103

and sent via FedEx to the following:

Mark P. Edwards
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

William L. Webber
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004

_____
Robert M. Langer