UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., | : |
| Plaintiffs, | : Civil No. 302 CV 1107 (AVC) |
| -v- | : |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., | : January 9, 2004 |
| Defendants. | : |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION PAPERS REGARDING DEFENDANTS' MOTIONS
FOR RECONSIDERATION, FOR PARTIAL JUDGMENT
ON THE PLEADINGS, AND TO STAY PROCEEDINGS**

Pursuant to Local Rule 7(b), Plaintiffs MM Global Services Inc., MM Global Services Pte. Ltd. and MegaVisa Solutions (s) Pte. Ltd., hereby move for a twenty-three (23) day extention, up to and including February 6, 2004, for Plaintiffs to file their opposition papers to Defendants' Motion To Reconsider Order Denying Motions To Dismiss Federal Antitrust Claim For Lack of Subject Matter Jurisdiction, and for an eighteen (18) day extention, up to and including February 13, 2004, for Plaintiffs to file their opposition papers to Defendants' Motion For Partial Judgment On The Pleading Pursuant To Fed. R. Civ. P. 12(c) and Defendants' Motion To Stay Proceedings Pending The United States Supreme Court's Decision In *F. Hoffmann-LaRoche, Ltd. v. Empagran, S.A.* In support of this motion, Plaintiffs state the following:

Alfred V. Covello, U.S.D.J.

January 12, 2004.
SO ORDERED.