UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
**THIRD AMENDED**
Follow-Up Status Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

**February 9, 2004**

**3:30 p.m.
Supersedes all previous calendar**

CASE NO. **3:02CV1107 (AVC) MM Global Svcs, et al v. Dow Chemical Co., et al**

| | |
|---|---|
| Michael S. Elkin<br>Thelen Reid & Priest<br>875 Third Ave.<br>New York, NY 10022-4097 | Craig A. Raabe<br>Robinson & Cole<br>280 Trumbull St.<br>Hartford, CT 06103-3597 |
| Elizabeth A. Fowler<br>Robinson & Cole<br>280 Trumbull St.<br>Hartford, CT 06103-3597 | Richard S. Taffet<br>Thelen Reid & Priest<br>875 Third Ave.<br>New York, NY 10022-4097 |
| Stephen B. Harris<br>Wiggin & Dana<br>One Century Tower<br>265 Church Street P.O. Box 1832<br>New Haven, CT 06508-1832 | Suzanne Ellen Wachsstock<br>Wiggin & Dana<br>400 Atlantic St., 7th Fl.<br>PO Box 110325<br>Stamford, CT 06911-0325 |
| Edward J. Heath<br>Robinson & Cole<br>280 Trumbull St.<br>Hartford, CT 06103-3597 | Andrew S. Marovitz<br>Mayer, Brown, Rowe & Maw, LLP<br>190 S. Lasalle Street<br>Chicago, IL 60603 |
| Robert M. Langer<br>Wiggin & Dana<br>One Cityplace<br>185 Asylum St.<br>Hartford, CT 06103 | Britt M. Miller<br>Mayer, Brown, Rowe & Maw, LLP<br>190 S. Lasalle Street<br>Chicago, IL 60603 |
| Steven Bruce Malech<br>Wiggin & Dana<br>One CityPlace<br>185 Asylum Street<br>Hartford, CT 06103 | Dana S. Douglas<br>Mayer, Brown, Rowe & Maw, LLP<br>190 S. Lasalle Street<br>Chicago, IL 60603 |
| Susan B. McInerney<br>Thelen Reid & Priest<br>875 Third Ave.<br>New York, NY 10022-4097 | Christopher J. Kelly<br>Mayer, Brown, Rowe & Maw, LLP<br>1909 K Street, NW<br>Washington, DC 20006 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK