# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MM Global Services, et al.

    v.

The Dow Chemical Co., et al.

APPEARANCE

**FILED**

CASE NUMBER: 3:02 CV 1107 (AVC)

2004 JAN 26 P 1: 36

U.S. DISTRICT COURT
HARTFORD, CT.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, MM Global Services Inc.
Plaintiff, MM Global Services Pte. Ltd.
Plaintiff, Megavisa Solutions (S) Pte. Ltd.

---

January 23, 2004
**Date**

ct21813
**Connecticut Federal Bar Number**

212-603-6756
**Telephone Number**

212-603-2001
**Fax Number**

pwinick@thelenreid.com
**E-mail address**

*Signature*

Paul A. Winick
**Print Clearly or Type Name**

Thelen Reid & Priest LLP
**Address**

875 Third Avenue
New York, NY 10022-6225

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached Service List.

*Paul Winick/azp*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MM Global Services, et al.

v.

The Dow Chemical Co., et al.
3:02 CV 1107 (AVC)

SERVICE LIST

Andrew S. Marovitz
Britt M. Miller
Dana S. Douglas
Mayer, Brown, Rowe & Maw LLP
190 S. La Salle Street
Chicago, IL 60603-3441

Christopher J. Kelly
Mayer, Brown, Rowe & Maw LLP
1909 K Street
Washington, D.C. 20006-1157

Craig A. Raabe
Edward J. Heath
Elizabeth A. Fowler
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597