02cv1107 calendar

164

Held
45 min

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
**THIRD AMENDED**
Follow-Up Status Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

**February 9, 2004**

**3:30 p.m.**
**Supersedes all previous calendars**

CASE NO. **3:02CV1107 (AVC) MM Global Svcs, et al v. Dow Chemical Co., et al**

Michael S. Elkin
Thelen Reid & Priest
875 Third Ave.
New York, NY 10022-4097

Elizabeth A. Fowler
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Stephen B. Harris
Wiggin & Dana
One Century Tower
265 Church Street P.O. Box 1832
New Haven, CT 06508-1832

Edward J. Heath
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Robert M. Langer
Wiggin & Dana
One Cityplace
185 Asylum St.
Hartford, CT 06103

Steven Bruce Malech
Wiggin & Dana
One CityPlace
185 Asylum Street
Hartford, CT 06103

Susan B. McInerney
Thelen Reid & Priest
875 Third Ave.
New York, NY 10022-4097

Craig A. Raabe
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Richard S. Taffet
Thelen Reid & Priest
875 Third Ave.
New York, NY 10022-4097

Suzanne Ellen Wachsstock
Wiggin & Dana
400 Atlantic St., 7th Fl.
PO Box 110325
Stamford, CT 06911-0325

Andrew S. Marovitz
Mayer, Brown, Rowe & Maw, LLP
190 S. Lasalle Street
Chicago, IL 60603

Britt M. Miller
Mayer, Brown, Rowe & Maw, LLP
190 S. Lasalle Street
Chicago, IL 60603

Dana S. Douglas
Mayer, Brown, Rowe & Maw, LLP
190 S. Lasalle Street
Chicago, IL 60603

Christopher J. Kelly
Mayer, Brown, Rowe & Maw, LLP
1909 K Street, NW
Washington, DC 20006

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK