UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD. and MEGA VISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiff, <br><br> -v- <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE LTD., , <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : 3:02 CV 1107 (AVC) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**DECLARATION OF RICHARD S. TAFFET IN SUPPORT
OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO RECONSIDER ORDER DENYING MOTIONS
TO DISMISS FEDERAL ANTITRUST CLAIM FOR
LACK OF SUBJECT MATTER JURISDICTION**

I, RICHARD S. TAFFET, hereby declare:

1. I am an attorney and member of the law firm of Thelen Reid & Priest LLP, counsel for plaintiffs in the above-captioned action. I submit this Declaration to put before the Court certain documents in support of Plaintiffs' Opposition to Defendants' Motion to Reconsider Order Denying Motions to Dismiss Federal Antitrust Claim for Lack of Subject Matter Jurisdiction.

2. Atttached hereto as Exhibit 1 is a true and correct copy of correspondence dated January 13, 2004 from Andrew S. Marovitz, Esq. to this Court.

3. Attached hereto as Exhibit 2 is a true and correct copy of the document produced by plaintiffs bearing the bates number M 45841.

4. Attached hereto as Exhibit 3 is a true and correct copy of the document produced by plaintiffs bearing the bates number M 44770 – 44772.

5. Attached hereto as Exhibit 4 is a true and correct copy of the document produced by plaintiffs bearing the bates number M 33647 – 33655.

6. Attached hereto as Exhibit 5 is a true and correct copy of the document produced by plaintiffs bearing the bates number M 1913 – 1916.

7. Attached hereto as Exhibit 6 is a true and correct copy of the document produced by plaintiffs bearing the bates number M 46359.

8. Attached hereto as Exhibit 7 is a true and correct copy of the document produced by defendants bearing the bates number DS 216409 – DS 216410.

9. Attached hereto as Exhibit 8 is a true and correct copy of the document produced by defendants bearing the bates number DS 217857 – 217858.

10. Attached hereto as Exhibit 9 is a true and correct copy of the document produced by defendants bearing the bates number DS 219685.

11. Attached hereto as Exhibit 10 is a true and correct copy of the document produced by plaintiffs bearing the bates number M 44785 – 44786.

12. Attached hereto as Exhibit 11 is a true and correct copy of the document produced by plaintiffs bearing the bates number M 46383 – 46384.

13. Attached hereto as Exhibit 12 is a true and correct copy of an email from defendants to plaintiffs, dated May 26, 1997.

14. Attached hereto as Exhibit 13 is a true and correct copy of the document produced by plaintiffs bearing the bates number M 33583.

15. Attached hereto as Exhibit 14 is a true and correct copy of the document produced by defendants bearing the bates number DS 208682.

16. Attached hereto as Exhibit 15 is a true and correct copy of the document produced by plaintiffs bearing the bates number M 3795.

17. Attached hereto as Exhibit 16 is a true and correct copy of the document produced by defendants bearing the bates number DI 4008002.

18. Attached hereto as Exhibit 17 is a true and correct copy of the document produced by plaintiffs bearing the bates number M 1343 – 1344.

19. Attached hereto as Exhibit 18 is a true and correct copy of the document produced by plaintiffs bearing the bates number M 4525 – 4526.

20. Attached hereto as Exhibit 19 is a true and correct copy of the document produced by plaintiffs bearing the bates number M 3130 – 3131.

21. Attached hereto as Exhibit 20 is a true and correct copy of the document produced by plaintiffs bearing the bates number M 4396 – 4399.

22. Attached hereto as Exhibit 21 is a true and correct copy of the document produced by plaintiffs bearing the bates number M 4395.

23. Attached hereto as Exhibit 22 is a true and correct copy of an email from defendants to plaintiffs, dated September 8, 1999.

24. Attached hereto as Exhibit 23 is a true and correct copy of the document produced by plaintiffs bearing the bates number M 46442 – M 46443.

25. Attached hereto as Exhibit 24 is a true and correct copy of the document produced by plaintiffs bearing bates number M 5491 – M 5492.

26. Attached hereto as Exhibit 25 is a true and correct copy of the document produced by plaintiffs bearing bates number M 5350 – M 5352.

27. Attached hereto as Exhibit 26 is a true and correct copy of the document produced by plaintiffs bearing bates number M 3620 – M3621.

28. Attached hereto as Exhibit 27 is a true and correct copy of the document produced by plaintiffs bearing bates number M 4522 – 4524.

29. Attached hereto as Exhibit 28 is a true and correct copy of the document produced by plaintiffs bearing bates number M 2821 – 2824.

30. Attached hereto as Exhibit 29 is a true and correct copy of the document produced by plaintiffs bearing bates number M 1457.

31. Attached hereto as Exhibit 30 is a true and correct copy of the document produced by plaintiffs bearing bates number M 2297 – 2298.

32. Attached hereto as Exhibit 31 is a true and correct copy of the document produced by plaintiffs bearing bates number M 1534 – 1541 and M 2400 – M 2401.

33. Attached hereto as Exhibit 32 is a true and correct copy of the document produced by plaintiffs bearing bates number M 2457 – 2459 and M 2468 – 2470.

34. Attached hereto as Exhibit 33 is a true and correct copy of the document produced by plaintiffs bearing bates number M 2886 – 2892.

35. Attached hereto as Exhibit 34 is a true and correct copy of the document produced by plaintiffs bearing bates number M 4368.

36 Attached hereto as Exhibit 35 is a true and correct copy of the document produced by plaintiffs bearing bates number M 4405.

37. Attached hereto as Exhibit 36 is a true and correct copy of the document produced by paintiffs bearing bates number M 1445 – 1446.

38. Attached hereto as Exhibit 37 is a true and correct copy of the document produced by Plaintiffs bearing bates number M 1254 – 1260.

39. Attached hereto as Exhibit 38 is a true and correct copy of the document produced by plaintiffs bearing bates number M 4585.

40. Attached hereto as Exhibit 39 is a true and correct copy of the document produced by plaintiffs bearing bates number M 4555 – M 4574.

41. Attached hereto as Exhibit 40 is a true and correct copy of the document produced by plaintiffs bearing bates numbers M 2390 – 2399, M 1233 – 1234, M 1235, M 1236, M 4049 – 4052, M 3979, M 3383 – M 3385, M 3507 – 3508 and M 0112.

42. Attached hereto as Exhibit 41 is a true and correct copy of the document produced by plaintiffs bearing bates number M 4400 – 4404, M 0090 – 0091, M 3637 – 3638, M 4359 – 4360, M 4619- 4620, M 4578 – 4584 and M 3235.

43. Attached hereto as Exhibit 42 is a true and correct copy of the document produced by plaintiffs bearing bates number M 4656 and M 0892 – 0894.

44. Attached hereto as Exhibit 43 is a true and correct copy of the document produced by plaintiffs bearing bates number M 3904 – 3905, M 3396, M 3899, M 3901, M 3389 – 3390, M 3463 – 3464, M 3826 – 3827, M 3820 – 3821, M 3622 – 3623 and M 5887 – M 5919.

45. Attached hereto as Exhibit 44 is a true and correct copy of the document produced by plaintiffs bearing bates number M 2746 – 2750, M 2761 – 2763 and M 2732 – 2738.

46.    Attached hereto as Exhibit 45 is a true and correct copy of the document produced by plaintiffs bearing bates number M 2655 – 2658, M 2683 – 2689, M 2368 – 2376, M 2292 – 2296, M 2673 – 2681 and M 2310 – 2331.

Dated: February 5, 2004

_____
RICHARD S. TAFFET