1



Mayer, Brown, Rowe & Maw LLP
190 South La Salle Street
Chicago, Illinois 60603-3441

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

Andrew S. Marovitz
Direct Tel (312) 701-7116
Direct Fax (312) 706-8651
amarovitz@mayerbrownrowe.com

January 13, 2004

**BY COURIER**

The Honorable Alfred V. Covello
United States District Court
450 Main Street
Hartford, CT   06103

Re:   *MM Global Services et al. v. The Dow Chemical
      Company et al.*, No. 3:02CV1107 (AVC)

Dear Judge Covello:

There have been several important developments -- both in antitrust law generally and in this
case specifically -- since our December 4 status conference. We write to share those
developments with the Court in anticipation of our January 16 conference, so that we can
proceed with the status conference as efficiently as possible. In that connection, we submit this
letter to propose a sequence that we believe will maximize judicial economy for the
consideration of the pending motions.

Shortly after our December status, the United States Supreme Court granted certiorari in *F.
Hoffmann-La Roche, Ltd. v. Empagran, S.A.*, 2003 WL 22734815 (U.S. Dec. 15, 2003). The
Court agreed to review the D.C. Circuit's holding that the Foreign Trade Antitrust Improvements
Act (the same "FTAIA" that Your Honor has construed in this case) permits plaintiffs who are
injured by some conduct's effect on foreign commerce to sue under the Sherman Act, so long as
the purportedly anticompetitive conduct also affected someone in the U.S., even if that someone
is *not the plaintiff* in the case. *Empagran S.A. v. F. Hoffman-LaRoche, Ltd.*, 315 F.3d 338, 341
(D.C. Cir. 2003).

Plaintiffs' suit here attempts to do exactly what is being reviewed in *Empagran*. Indeed, the
*Empagran* respondents' opposition to certiorari identified the *MM Global Services* case as
presenting basically the same international antitrust issues and defenses. *See* Respondents' Brief
in Opposition at 14 (Nov. 14, 2003) (found at http://www.goldsteinhowe.com/blog/files
/EmpagranBIO.pdf).[1] The three Plaintiffs before this Court (two of which are overseas
companies) allege that they were harmed as a result of a purported resale price maintenance

---

[1]      I am one of the counsel for defendant BASF Corporation in *Empagran*, and I would be pleased to apprise
this Court of any relevant developments there.

Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  Manchester  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete, Nader y Rojas, S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

Mayer, Brown, Rowe & Maw LLP

The Honorable Alfred V. Covello
January 13, 2004
Page 2

agreement for the sale of goods to customers *in India*. *Empagran* will establish the correct antitrust standard to be applied to conduct with such overseas effects and, concomitantly, the contours under Rule 26(b)(1) of "relevant" discovery on appropriate "claim(s) or defense(s) of any party." (Plaintiffs' October 15, 2003 discovery demands – which seek sweeping information regarding sales to end-users in the United States and around the world *without regard to the fact that Plaintiffs never had any relationship with any of those end-users* – are thus very much in jeopardy.)

A reversal in *Empagran*, simply put, would be fatal to Plaintiffs' antitrust case. The proper interpretation of the FTAIA – which already has been the subject of three motions before this Court in this case – will be declared authoritatively by the Supreme Court in a decision that is expected by June.

As a result of these significant developments, Defendants recently filed a Motion To Stay pending the Supreme Court's decision in *Empagran*. Plaintiffs requested (and Defendants agreed to) an extension for their Response, and the Motion currently is pending. Your Honor may already be aware that, since our last status, one other court recognized the import of *Empagran* and suspended disposition of its FTAIA case until the Supreme Court rules in *Empagran*. Order, *BHP New Zealand Ltd. v. UCAR Int'l, Inc.*, Nos. 01-3329, 01-3340, 01-3991 (3d Cir. Dec. 31, 2003) (attached).

Also pending before this Court are Defendants' Motion for Partial Judgment on the Pleadings and Defendants' Motion for Reconsideration of the Court's previous FTAIA ruling. Like a reversal of *Empagran*, a grant of either of these motions would require dismissal of Plaintiffs' antitrust claim. Defendants' Motion for Partial Judgment demonstrates that Plaintiffs lack standing and antitrust injury to raise their claims in US courts, and the Motion for Reconsideration identifies the key failings of Plaintiffs' pleadings under any reading of the FTAIA. The Supreme Court's resolution of *Empagran* almost certainly will bear in some way on the issues raised in these motions regarding the suitability of Sherman Act resolution of foreign antitrust disputes.

In light of these facts, we respectfully propose that this Court proceed with the pending motions[2] as follows:

*First*, we propose that the Court begin by considering Defendants' Stay Motion (Nos. 155-56, docketed 1.05.04) and, if it believes that a stay is warranted for the reasons described above and in the motion, that it stay the proceedings for the short period of time until the Supreme Court articulates the proper FTAIA standard in its forthcoming *Empagran* decision. If it grants the

---

[2]     There is a much more attenuated relationship between the issues to be decided in *Empagran* and Plaintiffs' pending Motion for Reconsideration of this Court's dismissal of Dow Chemical Pacific (Singapore) Pte. Ltd. and Union Carbide Customer Services Pte. Ltd. on grounds of personal jurisdiction.

Mayer, Brown, Rowe & Maw LLP

The Honorable Alfred V. Covello
January 13, 2004
Page 3

stay, then the Court could defer consideration of the motions listed below to determine whether any part of Plaintiffs' antitrust claims could survive a reversal in *Empagran.*

*Second,* we propose that the Court next consider Defendants' Motion for Reconsideration (No. 147, docketed 12.24.03). This motion focuses upon whether the Complaint properly alleges that Defendants' conduct had "direct, substantial, and reasonably foreseeable" effects on U.S. commerce, as required by the FTAIA. In their Response, Plaintiffs must "identify all known effects" within the meaning of the FTAIA. Order (Dec. 9, 2003). Plaintiffs' failure thus far to articulate legally cognizable effects, as required by this prong of the FTAIA, forecloses their claim under any standard, regardless whether the Supreme Court reverses in *Empagran* and thereby effectively overrules *Kruman v. Christie's International PLC,* 284 F.3d 384 (2d Cir. 2002).

*Third,* we propose that the Court consider Defendants' Motion for Partial Judgment on the Pleadings (Nos. 153-54, docketed 1.5.04) based upon lack of antitrust injury and standing, issues that are very much in dispute in *Empagran* and which likely will be clarified by the Supreme Court's opinion. Even before the Supreme Court granted certiorari in *Empagran,* the Second Circuit remanded the case in *Kruman* for further analysis: whether Plaintiffs suing under the FTAIA can satisfy basic antitrust injury and standing requirements. 284 F.3d at 403. That further analysis would need to be conducted here as well, if the case survives the other motions.

By proceeding in this fashion, the Court and the parties can avoid taking action – both on the pleadings and on disputed discovery issues – that will be negated by forthcoming, binding Supreme Court precedent on critical issues of subject matter jurisdiction, and by the other outstanding motions that warrant judgment in favor of Defendants on the antitrust claim.

We look forward to speaking with you about these matters on Friday morning.

Sincerely,

Andrew S. Marovitz

cc:   Richard S. Taffet, Esq.
      Robert C. Langer, Esq.
      Craig A. Raabe, Esq.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 01-3329, 01-3340 & 01-3991

BHP NEW ZEALAND LTD.;
NEW BHP STEEL PTY LTD.;
BHP STEEL (JLA) PTY LTD..;
BROKEN HILL PROPRIETARY COMPANY, LTD.,
**Appellants**

v.

UCAR INTERNATIONAL, INC.;
UCAR CARBON COMPANY, INC.;
SGL CARBON A.G.;
TOKAI CARBON CO., LTD.;
TOKAI CARBON U.S.A. INC.;
THE CARBIDE/GRAPHITE GROUP, INC.;
NIPPON CARBON CO., LTD.;
SEC CORPORATION

Before:  SLOVITER, NYGAARD, and ALARCÓN*, Circuit Judges

## O R D E R

After consideration of the responses of the parties, it is hereby ordered that disposition of this case will await the Supreme Court's decision in F. Hoffman-LaRoche, et al. v. Empagran S.A., et al., No. 03-724; in which certiorari was granted on December 15, 2003.

By the Court,

_/s/ Dolores K. Sloviter_
Circuit Judge

Date: December 31, 2003
cc: See Page Two

---

\*      Honorable Arthur L. Alarcón, United States Circuit Judge for the Ninth Circuit, sitting by designation.

# FACSIMILE COVER SHEET

Mayer, Brown, Rowe & Maw LLP
190 S. LaSalle Street
Chicago, Illinois 60603-3441

Main phone: (312) 782-0600
Main fax: (312) 701-7711

| | | | | |
|---|---|---|---|---|
| **M A Y E R** | | | | |
| **B R O W N** | | | | |
| **R O W E** | | | | |
| **& M A W** | | | | |

| FROM: | Andrew Marovitz | Date/time: | Tuesday, January 13, 2004 2:52:30 PM |
|---|---|---|---|
| Direct phone: | 312-701-7116 | Pages: | 05          ALL PAGES MUST BE NUMBERED |
| Direct fax: | 312-706-8651 | | |

**TO THE FOLLOWING:**

| Name | Company | Fax # | Phone # |
|---|---|---|---|
| Richard S. Taffet | Thelen Reid & Priest LLP | 1.212.603.2001 | |

**MESSAGE:**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS BY MAIL. THANK YOU.

IF YOU HAVE ANY TRANSMISSION DIFFICULTY,
PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (312) 701-7981

Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  Manchester  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete, Nader y Rojas, S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

2

[721] From: DICKY LEUNG at UCAP 11/17/98 3:27PM (902 bytes: 1 ln)
To: DAVID ADAMSON at UCCAPL, HEMAN LAM at UCASIAL, EDWARD CHAN at UCASIAL,
  EDDIE FUNG at UCASIAL, LIM MUN CHONG, JNLEE at UCCK, ALBERTO CUNANAN
  (CUNANAN.A) at UCPFE, ANDREW ROBERTSON at UCNZ, FOO.MC at UCCMSB, ALICE LAU
  UCCS, Wu K (Keith) at UCFC, THANABODYPATH.W at UCTHAI
cc Meadow SJ (Steve) at MSMAIL, KEEL.AT (Keel.AT (Tison)) at UCCK, VISA
Subject: EAM IN DRUM OR ISOTANK SALES POTENTIAL
------------------------------ Message Contents ------------------------------
Text item 1: Text_1

    FOLKS,

    UCC CAN PROVIDE EAM IN DRUM AND ISOTANK.  I NEED TO CONSOLIDATE SOME
    INFORMATION FOR THE COMING WORLDWIDE STARTEGY MEETING.  WILL YOU
    ADVISE ME YOUR CURRENT COMPETITIVE PRICING (USD/MT) AND SALES
    POTENTIAL (MT) BY NOV 20?

    THANKS AND RGDS,

    DLEUNG

M 45841

3

[201] From: DICKY LEUNG at UCAP 8/27/98 9:39PM (7560 bytes: 1 ln)
To: JOHN RENZENBRINK at UCCAPL, DAVID ADAMSON at UCCAPL, HEMAN LAM at UCASIAL,
   ALBERT WONG at UCASIAL, EDWARD CHAN at UCASIAL, VISA at UCAP, JNLEE at UCCK,
   ALBERTO CUNANAN (CUNANAN.A) at UCPFE, ANDREW ROBERTSON at UCNZ, FOO.MC at
   UCCMSB, ALICE LAU at UCCS, LIM MUN CHONG at UCAP, HSU.H (HAL HSU) at UCFC,
   THANABODYPATH.W at UCTHAI
Subject: IPA, Acetone, and Derivatives Update 8/2
-------------------------- Forwarded with Changes --------------------------
From: ucarb/northameri/callahkl at MSMAIL 8/26/98 8:36PM (9230 bytes: 250 ln)
To: DICKY LEUNG at UCAP
Subject: IPA, Acetone, and Derivatives Update 8/2
--------------------------- Message Contents ---------------------------

FYI

_____ Forward Header _____
Subject: IPA, Acetone, and Derivatives Update 8/2
Author:  ucarb/northameri/callahkl at MSMAIL
Date:    8/26/98 8:36 PM


Microsoft Mail v3.0 (MAPI 1.0 Transport) IPM.Microsoft Mail.Note
Fl  .: Callahan KL (Kathy)
To:  Carl Corrello
Subject:  IPA, Acetone, and Derivatives Update 8/26/98
Date: 1998-08-26 07:22
Priority: 3
Message ID: B3AC37B31F3CD2119CFF00805FEA976B
Conversation ID: IPA, Acetone, and Derivatives Update 8/26/98


--------------------------------------------------------------------------------

BUSINESS CONFIDENTIAL

Current as of close of business on 08/25/98

(As usual this guidance is directed to Sales and Customer Service personnel
for USA and Canada.  It is intended as information for the other world
regions; Regional LOB Managers, please continue to get specific direction
from Steve Meadow)

C  :all:

1)  INVENTORIES: We're generally in very good shape to support our
strategies. Exceptions: DIBK remains on the Critical Wire due to higher
demands than normal from common UCC/Eastman distributors (see below). We are
taking a planned maintenance shutdown at the Institute Acetone Derivatives
unit for September.  We will also run IPA at reduced rates due to planned
Olefins outages at Texas City during October. In both cases we have been
planning for these outages all year and have built inventory to satisfy
demand.

2)  DEMAND: On the whole US demand looks pretty good and through July we're
doing well vs. 1997.  IPA is 105% of LYTD; Derivatives is 102% of LYTD. Our
direct business is stronger than distributors so far. Distributor  IPA is
back up to 97% of LYTD; Derivative sales trail LYTD a bit.  Let's keep the
pressure on with all locations!

3)  PRICE INCREASES: The July 1 increases have held well.  Thanks to Sales
for your support and your selling efforts. None are planned for October 1.

4)  RAW MATERIALS: UCC's forecast for propylene is that it will be basically
flat for the remainder of 1998.

**M 44770**

5)   UPCOMING IMPORTANT DATES FOR THIS LOB:

September (all month): Acetone & Derivatives unit maintenance shutdown
October 1: Target date to be at zero inventories on MEK (see below)
October (several weeks) : Reduced rate IPA prod'n due to Olefins outages
November (first week) : SAP start-up  --  (As if any of us need reminding
:-))

IPA - U.S. and Pan Am demand still seems strong; Europe is a little soft.
Asia is weak.  Supply in the US appears balanced.  All producers have run
well lately.  The 7/1 3-cent price increase has held well.  We've seen signs
of slippage (1 cent)  in the Midwest distributor market in particular,
initiated by Exxon. I've heard few signs of weakness at direct accounts.
Please review your distributor business in particular to make sure we're
getting our share. As always, let's discuss new volume commitments before you
make them. Where we have differentials on special grades today, please
continue to sell the value and maintain them!

MIBK - We're gaining on our regain share goal as we're ahead of last year in
total and 95% LYTD via distributors. Thanks for your efforts.  Please keep
the pressure on and keep asking for the business.  Every order - combo or
fu . load - counts! Please stay attuned to your customers and keep your
reports coming.  We want to regain the share we've lost on MIBK via
distributors. Distributor bids in particular is an area for us to focus on.

The 7/1/98 2 cent increase appears to be holding up.  Recent history has
shown these increases weaken by the third month of the quarter.  Please keep
your ear to the ground. As I see it we should be addressing distributor
pricing from Shell, Celanese, and Eastman, and where geographically possible,
keeping a premium over JLM.

DIBK - We want  to grow sales and share. We have work underway to find
operating modes that increase our DIBK availability.  Some common UCC/Eastman
distributors have sought product from us recently.  Eastman appears to be
short on DIBK.  The  3 cent increase (they led) is solid. Please ask your
distributors what has changed with Eastman.  Please review any new sales
opportunities with me.

MAA (MIBC) - We did a great job of growing sales in 1997 and want to continue
that trend. Please stay close to your MAA customers and opportunities so we
c. leverage our strong supply position on this product.

ISOPHORONE - We've run very well and inventory is in very good shape around
the circuit.  We have built  the inventory to cover us through the shutdown.
Please make sure your distributors know that product is readily available.

Huls/ CREANOVA is handling direct business through their Coatings Raw
Materials sales force that sells Isophorone derivatives like IPDI. Bulk (38M
lbs); drums; and totes is being sold via Gulf Chemicals.  Keep me posted if
you hear of any activity of CREANOVA direct; they've approached a couple more
direct accounts lately. We want to secure our positions for 1999 and beyond
now - please review every piece of your Isophorone business and let's start
planning for upcoming negotiations.

Complementary Products:  YTD sales are 81% of LYTD which reflects our
decision announced in April to stop selling MEK in October.

MEK exit: As you know we will end re-selling MEK this year from all US
terminals.  We are closely monitoring inventories now to be as close to zero
inventories on 10/1/98 as we can.  If you have any concerns, please review
the situation with me.

M 44771

Product is available and inventories are at levels to support our combo strategies on Hexylene Glycol and Methyl Amyl Ketone.  Let's keep getting our share of these products.

PARTING WORDS: The song remains the same:  Our 1998 mission is to ...

* hold our price gains, especially on IPA
* keep the growth trends rising, especially on the derivatives
* regain share in MIBK

Thank you for your outstanding support in implementing the July 1 price increases and your work to help IPA, Acetone, and Derivatives have a prosperous year. Please keep the competitive information coming and stay in touch.

Kathy x2349

Kathy Callahan
203-794-2349

M 44772

**4**



**UNION CARBIDE ASIA PACIFIC INC**           8 Shenton Way #22-01
**ASIA PACIFIC HEADQUARTERS**        Temasek Tower, Singapore 068811
                                            Tel : 65-3229928 (Direct)
                                            Fax: 65-2210591

### Distribution List

| To | : | | |
|----|---|---|---|
| | | R. G. Neri, UCAP Singapore | - by email |
| | | J.C. Soviero, UCC | - by email |
| | | J F. Flynn, UCC | - by fax |
| | | Tison Keel, UCCK | - by email |
| | | Neal Wyhs, UCC | - by email |
| | | Mike Marinaccio, UCC | - by email |
| | | Tom White, UCC | - by email |
| | | Mary Vrabel, UCC | - by email |
| | | S.C. Zeynel, UCC | - by email |
| | | Beto Rivera, UCC | - by email |
| | | S. J. Meadow, UCC | - by email |
| | | P. E. Holahan, UCC | - by email |
| | | D. S. Tornow, UCC | - by email |
| | | F W. Jeffe, UCC | - by email |
| | | T.R. Dalton, UCC | - by email |
| | | Eduardo Fraga, UCC | - by email |
| | | Paul Pignone, UCC | - by email |
| | | Bassett M.R. UCC | - by email |
| | | Don Samaha, UCC | - by email |
| | | Larry Schwenk, UCC | - by email |
| | | Carla G. Kron, UCC | - by email |
| | | Granville Perkin/Udo Benesh, UC Geneva | - by email |
| | | Mariano Bravo,UC Latin America South Africa | - by email |
| | | Sanzio Zechin | - by email |
| | | William Sin, UCAP Singapore | - by email |
| | | Paul Ng, UCAP Singapore | - by email |
| | | L. Cheung, UCAP Singapore | - by email |
| | | A. Samtani, UCAP Singapore | - by email |
| | | M.W. Sprigg, UCAP Singapore | - by email |
| | | Leung C.O., UCAP Singapore | - by email |
| | | Mun Chong, UCAP Singapore | - by email |
| | | W. M. Cox/D. Adamson/J. Renzenbrink/J. White, UCCAPL | - by email |
| | | Bernard Miu/H. Lam, UCASIAL HK | - by email |
| | | Ajay Mittal/M.D. Kripalani, MegaVisa | - by email |
| | | T. Nagao/A Abe/Y Beppu, UCJKK | - by email |
| | | B. B. Park/J. N. Lee, UCCK | - by email |
| | | S. H. Lee/Ronnie Tan/M.C.Foo, UCCM | - by email |
| | | A. Robertson, UCNZL | - by email |
| | | Bobby Cristute/A. V. Cunanan/M. Cruz, UCPFE | - by email |
| | | Kamal Jain, UCCS | - by email |
| | | Alice Lau, UCCS | - by email |
| | | H. Hsu/N. Hsu/Alan Chuang, UCFC | - by email |
| | | Adisak R/Wisit Thanabodypath, UCTHAI | - by email |

| From | : | Dicky Leung, UCAP Singapore | Date: 11 January, 2001 |
|------|---|---|---|

Please find attached the UCAP SIM Sales Results for December 2000.
Regards

Dicky Leung

M 33647



## UCAP SIM SALES RESULTS

| DECEMBER 2000 TOTAL TRADING | | | |
|---|---|---|---|
| **For month of December** | MT | % LYR | % ABP |
| Sales Volume (MT) | 15,545.2 | 74.3 | 77.0 |
| Sales Value (US$M) | 13,115.5 | 88.9 | 100.2 |
| | | | |
| **YTD December** | MT | % LYR | % ABP |
| Sales Volume (MT) | 222,935.1 | 96.7 | 92.0 |
| Sales Value (US$M) | 176,284.0 | 115.6 | 112.2 |

| SALES TO UES | | | |
|---|---|---|---|
| **For month of December** | MT | % LYR | % ABP |
| Sales Volume (MT) | 1,906.3 | 78.0 | 55.5 |
| Sales Value (US$M) | 1,747.6 | 102.5 | 80.9 |
| | | | |
| **YTD December** | MT | % LYR | % ABP |
| Sales Volume (MT) | 35,967.6 | 99.3 | 84.1 |
| Sales Value (US$M) | 29,263.8 | 121.9 | 112.9 |

| TOTAL SALES (Total Trading + UES) | | | |
|---|---|---|---|
| **For month of December** | MT | % LYR | % ABP |
| Sales Volume (MT) | 17,451.5 | 74.7 | 73.5 |
| Sales Value (US$M) | 14,863.1 | 90.3 | 97.5 |
| | | | |
| **YTD December** | MT | % LYR | % ABP |
| Sales Volume (MT) | 258,902.7 | 97.0 | 90.8 |
| Sales Value (US$M) | 205,547.8 | 116.5 | 112.3 |

M 33648

# UCAP SIM SALES RESULTS

## TRADING SALES COMMENTS (UCAP)

December sales volume were slow and below plan at 74.3% LYR or 77.0% ABP due to the economy slowdown in Asia and our election of improving prices. Sales value was still high at 88.9% LYR or 100.2% ABP with strong average selling prices.

High oil prices and possible economy slowdown in USA raised the concern of Asia's economic growth in the near Term. Political uncertainty in Taiwan, Philippines and Thailand adversely affected economy and our sales in those countries.

Fortunately our sales in Korea, Japan and New Zealand were substantially above plan resulting from our shipment arrival.

December sales to UES were 1,906.3 MT, 78.0% LYR or 53.5% ABP.

January sales are forecasted to be 60% ABP or 63% LYR.

The whole year trading sales were 96.7% LYR or 92.0% ABP in volume. On the encouraging side, sales value was 115.6% LYR or 112.2% ABP with affiliates' effort of price improvement to offset the increased feedstock cost.

The sales progress and market share of OPTIMAL products were as follows:

| | MT | % ABP | % LYR | Current Market Share % | 1999 Market Share |
|---|---|---|---|---|---|
| BUAC | 16534 | 73 | 105 | 8 | 8 |
| BF | 2252 | 113 | 160 | 5 | 3 |
| BUCS | 31463 | 106 | 112 | 28 | 27 |
| BUCB | 6769 | 115 | 181 | 33 | 20 |
| BUOH | 39386 | 106 | 89 | 6 | 7 |
| BAM Trading & UES | 23939 | 82 | 84 | 6 | 8 |
| 2-EHAM (Trading & UES) | 4378 | 75 | 89 | 3 | 4 |

*ABP = Optimal Long Range Marketing Plan*

M 33649



## UCAP SIM SALES RESULTS



We take this opportunity to thank UCC for their support and affiliates' effort for the success in 2000 and look forward to good results and a challenging 2001.

## PRODUCT COMMENTS

### GLYCOL ETHERS

Sales for the group were 101 1% LYR or 89.5% ABP with strong BUCB and Brake Fluid sales.

BUCS sales were slightly slow down at 92.3%LYR or 83.6% ABP.    Pricing for the region was still firm at US$780-820/MT CIF.   Kyowa Hakko, Mitsubishi and BASF were tight of product.  BP and Equistar were active in Taiwan.

BUCB sales surged to 734.2% LYR or 180.1% ABP due to strong demand in Korea and the success of our re-distribution program. Our BUCS/BUCB sales ratio in 2000 was improved to 4.6:1, which is even better than our target of 5:1 for Optimal project.

CSAC sales slowed down to 64.8% LYR or 57.0% ABP due mainly to gradual product substitution by PM Acetate.  Prices were still firm at US$1,000/MT CIF.

Page 4

M 33650



## UCAP SIM SALES RESULTS

### ACETIC ESTERS

BUAC sales were extremely slow at 11.8% LYR or 16.1% ABP due mainly to the shipment delay to Korea and our election to maintain price to avoid margin loss. Our whole year sales were 104.7% LYR or 73.3% ABP.

### ACET/IPA/DER

Sales for the group were 96.3% LYR or 64.5% ABP with strong MIBC sales.

IPA sales were slow at 105.1% LYR or 60.1% ABP. High propylene cost made us very selective for concluding orders in the region. Nippon Petrochem and LCY maintained their low prices at US$550/MT CIF level.

MIBK sales were 132.2% LYR or 45.42% ABP due mainly the low base last year. Prices have softened to US$900-930/MT CIF in Philippines, Korea and Indonesia.

### OXO

Sales for the group were slow at 63.8% LYR or 88.4% ABP.

BUOH sales were 44.6% LYR or 77.5% ABP as a result of our intention of maintaining high price to cover manufacturing cost. Fortunately the whole year sales were 88.8% LYR or 106.4% ABP. Russia and BASF are the two most aggressive suppliers in the PRC market. Domestic BUOH producers in PRC were also increasing their production to fulfill the local demand.

### VAM

Sales were 98.0% LYR or 78.2%ABP. Demand has slowed down. Prices were stable at US$880-910/MT CIF level. Millennium was very active in Malaysia, Thailand and Indonesia markets. Celanese was still tight in the market.

### ACRYLATES

Sales for the group slowed to 53.3% LYR or 81.7% ABP

BAM sales were 54.4% LYR or 85.6% ABP. Prices were stable at US$890-920/MT CIF for South-East Asia but weak in Korea. Toagosei was very aggressive in Malaysia, India and PRC and FPC increased its export to PRC.

2-EHAM sales were 51.5% LYR or 156.7% ABP

Best regards
*Dicky Leung*

M 33651

# SALES REPORT FOR THE MONTH OF DECEMBER 2000
## CONSOLIDATED BY COUNTRY
### SIM - TRADING



| COUNTRY | YEAR TO DATE SALES | | | | | | CURRENT MONTH SALES | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NET | %AHP | %YHP | (SLSM) | %AHP | %YHP | NET | %AHP | %YHP | VALUE | %AHP | %YHP |
| AUSTRALIA | 18,207.8 | 103.4 | 107.1 | 1,405.6 | 112.4 | 115.7 | 738.0 | 48.9 | 51.0 | 743.8 | 61.1 | 58.0 |
| HONG KONG | 13,001.6 | 7.3 | 83.7 | 3,591.7 | 89.9 | 94.9 | 631.0 | 50.1 | 42.7 | 584.9 | 59.6 | 63.9 |
| INDONESIA | 21,410.3 | 143.5 | 150.7 | 866.1 | 202.0 | 196.8 | 1,140.4 | 102.0 | 93.0 | 853.9 | 139.2 | 115.2 |
| INDIA | 1,217.0 | 19.8 | 55.9 | 9,146 | 24.1 | 76.6 | 55.6 | 10.1 | 10.9 | 49.8 | 15.2 | 28.6 |
| JAPAN | 45,601.4 | 93.3 | 109.2 | 37,151.2 | 111.0 | 125.7 | 5,542.7 | 138.0 | 134.9 | 4,686.1 | 166.3 | |
| KOREA | 33,260.0 | 117.3 | 107.2 | 27,173.0 | 138.5 | 131.2 | 3,093.6 | 118.1 | 118.0 | 2,590.1 | 157.2 | 139.6 |
| MALAYSIA | 3,343.0 | 59.8 | 93.3 | 2,459.4 | 73.3 | 101.4 | 103.4 | 50.1 | 22.2 | 106.6 | 32.9 | 56.6 |
| NEW ZEALAND | 5,420.5 | 115.9 | 119.9 | 4,630.5 | 148.3 | 143.7 | 1,029.2 | 117.5 | 239.5 | 849.1 | 325.0 | 124.2 |
| PHILIPPINES | 9,799.7 | 81.1 | 81.8 | 8,344.2 | 104.5 | 102.3 | 232.2 | 27.9 | 23.0 | 220.6 | 33.1 | 32.2 |
| PRC | 19,499.4 | 102.6 | 78.1 | 12,881.5 | 127.1 | 110.9 | 309.7 | 9.6 | 19.5 | 420.9 | 49.9 | 27.6 |
| SINGAPORE | 10,498.6 | 76.0 | 95.0 | 7,922.9 | 93.0 | 107.7 | 133.6 | 16.2 | 11.9 | 124.5 | 17.9 | 20.7 |
| SRI LANKA | 115.3 | N/A | N/A | 115.8 | N/A | 165.5 | 0.0 | N/A | N/A | 0.0 | N/A | N/A |
| TAIWAN | 22,910.6 | 67.5 | 151.7 | 15,862.9 | 90.4 | 84.5 | 1,642.2 | 58.4 | 39.0 | 1,106.4 | 75.7 | 57.3 |
| THAILAND | 18,449.0 | 94.2 | 66.3 | 15,923.6 | 107.7 | 111.0 | 893.6 | 62.7 | 5.8 | 778.8 | 63.2 | 66.5 |
| **Grand Total:** | 222,935.1 | 92.0 | 96.7 | 176,284.0 | 112.2 | 115.6 | 15,545.2 | 74.3 | 77.0 | 13,115.5 | 100.2 | 88.9 |

1/10/01 11:27:51 AM

M 33652

## SALES REPORT FOR THE MONTH OF DECEMBER 2000
## CONSOLIDATED BY PRODUCT
## SIM - TRADING

| Sales112 | | | | | YEAR TO DATE SALES | | | | | CURRENT MONTH SALES | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPI DESC FAMILY | AIRPAID | ALL | %AIIP | | USM | %AIIP | %AIIB | ALL | | %AIIP | %AIIB | VALUE | %AIIP | %AIIB | %AIIB |
| ACETIC+ESTER | | | | | | | | | | | | | | | |
| HAC | 22,570.0 | 16,533.9 | 72.1 | | 11,601.9 | 104.7 | 121.3 | 102.8 | | 16.1 | 11.8 | 244.7 | 23.0 | 14.4 |
| EtAC | 1,000.0 | 173.2 | 17.1 | | 134.0 | 22.5 | 25.5 | 0.0 | | 0 | 0 | 0.0 | 0 | 0 |
| IPAC | | 12.7 | N/A | | 21.4 | N/A | N/A | 0.0 | | N/A | N/A | 0.0 | N/A | N/A |
| PaAC | 200.0 | 262.9 | 131.5 | | 476.6 | 104.2 | 104.3 | 27.6 | | 165.4 | 100.0 | 49.9 | 164.8 | 100.3 |
| PrAC | 1,900.0 | 1,008.9 | 53.1 | | 924.0 | 64.2 | 73.6 | 157.5 | | 90.5 | 91.9 | 144.9 | 113.5 | 100.3 |
| **SubTotal** | 25,670.0 | 17,991.6 | 70.1 | | 13,157.8 | 97.9 | 111.5 | 187.8 | | 22.8 | 17.5 | 439.4 | 34.4 | 21.0 |
| ETHANOL | | | | | | | | | | | | | | | |
| DFS | 150.0 | 111.4 | 80.9 | | 645.0 | 83.9 | 86.6 | 47.6 | | 146.2 | 104.9 | 72.7 | 124.6 | 80.4 |
| ETOH(STN) | | 1,290.3 | N/A | | 632.6 | N/A | N/A | 0.0 | | N/A | N/A | 0.0 | N/A | N/A |
| **SubTotal** | 350.0 | 1,601.8 | 457.7 | | 1,277.7 | 431.5 | 171.6 | 47.6 | | 146.2 | 104.9 | 72.7 | 124.6 | 80.4 |
| GLYCOL-ETHER | | | | | | | | | | | | | | | |
| HEJOT3 | 2,000.0 | 2,253.3 | 112.6 | | 1,891.1 | 160.2 | 149.4 | 684.7 | | 110.8 | 999.9 | 546.9 | 363.6 | 999.9 |
| HEJOT4 | 100.0 | 33.6 | 33.6 | | 40.2 | 200.0 | 172.7 | 0.0 | | 0 | N/A | 0.0 | 0 | N/A |
| DTO | | 156.7 | N/A | | 13.1 | N/A | N/A | 0.0 | | N/A | N/A | 0.0 | N/A | N/A |
| HCB | 5,900.0 | 6,769.0 | 114.7 | | 6,050.0 | 181.4 | 176.5 | 885.4 | | 180.1 | 734.2 | 896.4 | 191.5 | 648.3 |
| HCBAC | 80.0 | 74.3 | 92.8 | | 114.2 | 136.1 | 155.1 | 4.1 | | 61.2 | N/A | 5.9 | 68.3 | N/A |
| HCS | 29,600.0 | 31,461.2 | 106.3 | | 24,591.8 | 112.3 | 138.5 | 2,062.4 | | 83.6 | 92.3 | 1,636.6 | 111.5 | 101.9 |
| HCSAC | 400.0 | 75.8 | 18.9 | | 142.6 | 11.3 | 13.6 | 3.1 | | 9.4 | 2.7 | 5.7 | 12.4 | 3.8 |
| CBSV | 1,400.0 | 1,390.1 | 99.3 | | 1,749.5 | 79.9 | 87.9 | 34.1 | | 29.2 | 36.8 | 48.7 | 35.4 | 41.8 |
| CSAC | 19,450.0 | 18,108.8 | 93.1 | | 18,076.4 | 88.7 | 99.8 | 924.0 | | 57.0 | 64.8 | 933.3 | 67.7 | 71.8 |
| CSSV | 8,000.0 | 6,162.4 | 79.5 | | 5,977.6 | 82.4 | 87.7 | 648.0 | | 97.2 | 39.4 | 601.7 | 103.0 | 57.8 |
| ISHI KEEP | 4,000.0 | 4,919.7 | 123.0 | | 6,928.5 | 107.5 | 115.7 | 3.0 | | 104.1 | 79.7 | 498.2 | 114.0 | 81.7 |
| I:I | | | N/A | | 1.1 | N/A | N/A | 0.0 | | N/A | N/A | 0.0 | N/A | N/A |

M 33653



M 33654

| FAMILY | AMT(AH) | MT | %AHP | %LYR | UNIM | %AHP | %LYR | MT | %AHP | %LYR | VALUE | %AHP | %LYR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ...NIC-AC | 800.0 | 569.4 | 71.2 | 74.6 | 985.2 | 92.6 | 92.8 | 37.1 | 55.7 | 34.6 | 63.3 | 63.7 | 39.9 |
| RALDEHYDE | 2,000.0 | 1,467.8 | 73.4 | 80.0 | 860.4 | 75.7 | 84.8 | 0.0 | 0 | 0 | 0.0 | 0 | 0 |
| | 400.0 | 218.6 | 52.6 | 62.3 | 511.4 | 43.1 | 52.9 | 53.7 | 161.0 | 63.8 | 126.8 | 128.3 | N/A |
| SubTotal | 51,000.0 | 51,647.5 | 101.2 | 95.1 | 11,353.0 | 124.2 | 107.2 | 1,759.7 | 88.4 | 71.7 | 2,479.7 | 117.1 | 85.3 |
| SOLVENTS>> | | 167,212. | 94.7 | 93.8 | 114,326.7 | 112.0 | 112.9 | 11,218.8 | 76.3 | 98.0 | 9,598.2 | 95.2 | 83.3 |
| ...TYL | 51,000.0 | 43,827.4 | 85.9 | 110.6 | 31,820.3 | 118.8 | 147.8 | 3,323.4 | 78.2 | 98.0 | 2,720.3 | 121.8 | 133.4 |
| SubTotal | 51,000.0 | 43,827.4 | 85.9 | 110.6 | 31,820.3 | 118.8 | 147.8 | 3,323.4 | 78.2 | 98.0 | 2,720.3 | 121.8 | 133.4 |
| BUTLATE | 2,800.0 | 2,592.2 | 92.6 | 83.1 | 2,318.1 | 114.1 | 96.8 | 365.7 | 136.7 | 54.5 | 336.7 | 192.9 | 54.2 |
| EAM | 8,935.0 | 7,180.6 | 80.4 | 69.3 | 6,164.8 | 105.3 | 83.3 | 637.3 | 85.6 | 54.1 | 560.4 | 114.9 | 58.1 |
| | 3,000.0 | 2,122.5 | 70.8 | 74.5 | 1,655.1 | 66.5 | 78.7 | 0.0 | 0 | N/A | 0.0 | 0 | N/A |
| SubTotal | 14,735.0 | 11,895.3 | 80.7 | 72.9 | 10,115.0 | 97.7 | 85.2 | 1,003.0 | 81.7 | 54.1 | 887.0 | 102.6 | 56.6 |
| MONOMERS & DER.>> | | 55,722.6 | 84.8 | 99.6 | 41,955.2 | 112.9 | 125.5 | 4,326.4 | 79.0 | 82.0 | 3,607.3 | 116.5 | 100.0 |
| Grand Total: | 222,935.1 | | 92.0 | 96.7 | 176,284.0 | 112.2 | 115.6 | 15,545.2 | 77.0 | 74.3 | 13,115.5 | 106.2 | 88.9 |

CURRENT MONTH SALES

YEAR TO DATE SALES

1/10/01 11:29:09 AM

M 33655

5

Sharad Mirji

## Sharad Mirji

| | |
|---|---|
| **From:** | Samtani AP (Arjun) [samtana@ucarb.com] |
| **Sent:** | Friday, December 31, 1999 11:44 AM |
| **To:** | Lee A (Allan); Cruz BM (Babbette); Kim CG (Chang Gyoon); Dassanayake B (Banneheka); Chan E (Edward); Lam H (Heman); Josoprawiro E (Endang); Renzer JO (John); Ohike K (Kazuaki); Togi S (Shingo); Foo MC (Mun Chuan); Hsu N (Nora); W (Wilson); Deemangmee S (Suchet); Thanabodypath W (Wisit); 'sharad@megavisa.com'; 'andrewr@unionchemicals.co.nz' |
| **Subject:** | FW: Amines Quarterly Update |

ATT00009.html

| To : Allan Lee | Babbette |
|---|---|
| CG Kim | Dassanayake |
| Edward Chan | Heman Lam |
| Endang | John Renzenbrink |
| Andrew Robertson | Ohike-san |
| Togi-san | MC Foo |
| Nora Hsu | Suchet/ Wisit |
| Sharad Mirji (MM global) | |

RE : AMINES QUARTERLY UPDATE

Folks,

No surprises here.  The comments on EA are exactly in line with what I have circulated to you folks after my logistics meeting in Taft earlier Dec.

Regards
Arjun Samtani

MS EXCHANGE email address Samtani AP (Arjun)
INTERNET email address samtana@ucarb.com

---

**From:** Bromfield KS (Ken)
**Sent:** Thursday, December 30, 1999 3:54 AM
**To:** Samtani AP (Arjun); Foo W (Wilson); Ohike K (Kazuaki); Prin DJ (Dominique); Westin PH (Per); Bracho N (Nicolas); Bergonzi FP (Frank); E Copeland; Galyn Cagle; George Iwaskow; Rand Jones; Rich Stephens; Ron Fitzgerald; Amy Bollinger; Andrea Shelton; Bert Barton; Charlie Black; Christy Henley; Claudia Bratrude; Dave Dwyer; Diane Gottschalk; E Clark; Eddie Speir; F Schroeder; Frank Cashel; George Lafko; Gwen Gerety; Harry Short; Hector Valentin; Jack Meister; Jan Tucker; Jim Ashworth; Jo Ann Pichiarello; Keith Potter; Kevin Kilelee; Lora Crim; Marcia Mendez; Mark Faix; Mark McDonough; Mark Oliver; Michel Belanger; Mike Farr; Mike Reed; Nennette Richard-Jordan; Pam Pratt; Randy Dievendorf; Ricardo Duarte; Robert Guajardo; Roberto DeJesus; Ruth Griffiths; Stephane Zalatan; Steve Reynolds; Tom Harris; Viviana Hetherington; W Perry
**Cc:** Dillan KW (Kevin); Causey DC (Douglas); Mongrue DM (David); Burns D (David); Kirk JM (Mike); Melton RP (Pat); Bohnsack PW (Pete)
**Subject:** Amines Quarterly Update
**Importance:** High

General Comments:

In 1999, we were successfully able to increase our capacity utilization to an acceptable level.  In 2000, we are forecasting very strong demand for both ethyleneamines and ethanolamines (EA: 212MMlbs, EOA: 440MMlbs)

Now that our units are running close to capacity, the objective is to

M 1913

P.T.O.

Sharad Mirji

increase profitability by improving the customer/product portfolio and by incrementally pushing the units for a few extra pounds to support strategic and/or very profitable opportunities. As a business we are willing to accept the risk of committing to additional volume, but it must make sense from a profitability standpoint I will provide a list of floor prices by which to evaluate all potential opportunities at the end of January.

The $0.04/lb price increase on ethyleneamines in the USA was very successful. Beginning Jan 1, EA prices will go up at nearly every account. The price increase was well justified as demand is strong and raw material costs continue to rise. The successful USA price increase should indicate to all world regions that market conditions are appropriate to increase prices!

Unfortunately, the EOA price increase that we attempted was not successful. The feedback we received from customers was that we did not send a strong enough message to the market that we were serious about raising prices. We will continue to monitor market conditions over the next two months. If margins continue to be at historic lows, it is likely that we will attempt to raise prices prior to the second quarter. Please make customers aware of the strong ethanolamine demand and the rising costs which have deflated profit margins. The more information our customers have about current market conditions, the more likely they will be to support future price increases should they be warranted.

Our key objectives for 2000 are as follows:

-Maintain Market Share at Direct Accounts.
-Increase share of higher margin distributor volume.
-Drive for global account management with our global amines customers.
-Look for opportunities to improve profitability. (Where possible, we will rationalize low margin business for higher margin business)

In addition, with increased volume, the need for accurate forecasts is more critical than ever before! We no longer have the ability to handle large unforecasted swings in demand. I will provide a template to the US sales force and each world region which will outline the data that I will need to make sure that we can satisfy our worldwide demand on a monthly basis.

**Product Specific Updates**

**Ethyleneamines**

**DETA:**

**USA**
The demand for DETA remains very strong worldwide. Once again, UCC is very tight on DETA and will continue to be throughout 2000. For the past month, there has been a ten day lead time requirement for all DETA orders. This requirement is likely to continue through the first quarter. We should not look for spot opportunities at this time.

**Rest of World:**
We will be able to meet the ABP, but we probably can't take on much more volume, if any. We need to very tightly monitor sales in all regions to ensure that we do the best we can at selling the ABP/12 per month. We cannot handle a 1Q00 DETA sales plan that is significantly above the ABP.

LOB managers in each world region should consider price increases immediately, as we increased prices $0.04/lb in the USA effective January 1. Now that demand in Europe and Asia is returning to historic levels, it is imperative that we raise prices. If we need to strictly allocate product as the year progresses, priority will go to the regions with higher profit margins.

When managing to meet the ABP, LOB managers should prune the least profitable accounts from the portfolio in their region.

M 1914

Sharad Mirji
## EDA:

>From a volume standpoint, the 2000 outlook for EDA is quite good. The balance shows that we will sell all the EDA that we can produce. From a profitability standpoint, the outlook is not as pleasant. Profitability is down in the USA and far worse in all other world regions. The focus moving forward must be to improve the customer portfolio and INCREASE PRICES WORLDWIDE!!!!

## AEEA:

We were successful in gaining a major piece of business at Rhodia (as much as 3MMlbs of additional AEEA). Consequently we will be extremely tight on AEEA for 2000 and beyond. We should not look for spot AEEA opportunities.

In Europe and the rest of the world, we will sell only to customers where we have made previous commitments.

## AEP, AmineHH:

As our demand is near capacity for these products, we will only take on additional volume at prices at or approaching schedule.

## TETA, TEPA:

Demand continues to fall for these products as customers move away from them in favor of other amines. The chemistry related to making ethyleneamines requires us to move these "heavy" materials in order to make the most profitable EA mix. We will use price as required to get additional business if it makes sense to do so.

## HPA-X:

The HPA-X field tank is back in service at Taft. This will allow us to build inventory to help satisfy increased demand for HPA-X and associated blends. Negotiations for 2000 continue with our major customers, Lubrizol and Infineum. We are hopeful that we will gain additional HPA-X volume over 1999 levels. In the next report, I will update the final status of these negotiations and whether or not we will need to make up some volume. As always, we should continue to be looking for high margin opportunities.

## Piperazine:

At present, we can support the current demand for piperazine, but additional opportunities will have to be extremely profitable to warrant consideration.

## Ethanolamines

## MEA:

MEA appears to be tightening worldwide. Although BASF and Dow have recently increased their MEA capacities, there are some major worldwide potential demands that could tighten supply very quickly. One such opportunity has already surfaced. P&G has a demand of up to 60MMlbs which they have asked all major suppliers to bid. We have already seen evidence of prices rising due to the increased worldwide demand. MEA prices in Asia are up nearly $100/MT.

If our forecasts hold, UCC will be tight on MEA in 2000 due to a combination of new business, the premarketing plan for Optimal, and the MEA recycle project to make more DEA. We will continue to look for profitable MEA opportunities throughout 2000 and will push our manufacturing units to meet this demand if necessary.

## DEA:

M 1915

Shared Mktg

DEA will continue to be tight in 2000. However, for the first time in a long time UCC will be light on this product in 2000 due to an influx of new business (Goldschmidt, Rhodia) and an increased Far East demand to support the Optimal premarketing plan. We will continue to look for opportunities that offer increased profitability.

Please feel free to call with any questions or concerns.

With your help, I look forward to an excellent year!

Ken Bromfield
203-794-3372

M 1916

**6**

[5] From: VISA at UCAP 4/1/99 2:17PM (1489 bytes: 44 ln)
To: J.C. THOMAS at UCS-INDO
cc: JOHN RENZENBRINK at UCCAPL, Azsoth G (Geza) at MSMAIL, ARJUN SAMTANI at UCAP
Subject: ONGC - TEG TENDER
------------------------------ Message Contents ------------------------------

Apologise for the delay in replying. I had not received this message earlier as our cc mail system was down.

Jim, you are right. This will apply for MDEA also as long as customer is ONGC.

Thanks & regards,

ONGC        - SHARAD MIRJI

-------------------------End Text-------------------------

March 26, 1999

To: Sharad Mirji

Cc: M. Kripalani
    J. Renzenbrink
    G. Azoth
    A. Samtani

RE: ONGC - TEG TENDER

Sharad,

Thank you for your March 16, 1999 facsimilie regarding the above. We are pleased to hear that the government will allow ONGC to import raw materials totally duty free. Does this apply to MDEA as well?

Unfortunately, pricing of USD 900-950 CIF Net does not provide sufficient netback to UC USA. We are currently tight on TEG supply and as mentioned previously, would be looking for pricing in the range of USD 1050/CIF Net to match our current netback in the North American market. Also, the inspection requirement would have to be waived.

**M 46359**

7

**DS216409**

**From:** Jimenez EQ (Noli)
**Sent:** Thursday, May 13, 1999 5:30 AM
**To:** Cheung L (Lawrence); Foo FS (Foot Siong); Wong SM (Yvonne)
**Subject:** Re: MP Tel - biz.negotiation

\***Message delivered from cc:Mail\***

**From:**   e q jimenez at UCPFE
**cc:**   UCARB/SINGAPORE/CHEUNGL
**cc:**   UCARB/SINGAPORE/FOOFS
**cc:**   UCARB/SINGAPORE/WONGSM

\*To: VISA at UCAP
\*cc: ROMERO.M at UCPFE
\*cc: e q jimenez at UCPFE

Date: 5/12/99 7:22PM
Subject: Re: MP Tel - biz.negotiation
————————————————————————

    cc:md kripalani

    dear sushant,

    vinmar's offer is highly suspicious since prices in the u.s.are
    firming.our suspicion is backed up by customer's acceptance to claimed
    usd 625/mt on sight basis.it might be that either vinmar has increased
    price or can not supply.please try some more increase.

    regards

    noli

——————————————————— Reply Separator
————————————————————————
**Subject:** MP Tel - biz.negotiation
**Author:** VISA at UCAP
**Date:**   5/12/99 3:35 PM


12th.May,1999

To :  E Q Jimenez

cc :  L Cheung/F S Foo
      M Romero
cc :  M D Kripalani

Sub.:  M P Tel - biz negotiation

Dear Noli,

FYI, customer is looking for a price of USD 620/mt (same price as
last order) for both HD & LLD. The qty of HD and LLD will be
approx.100 & 200 mts respectively.

Understand Vinmar ( Equistar ) is offering MD at USD 625/mt with

DS 216410

agree to a price of USD 625/mt for both the products without any credit.

Please advise ASAP your comments and suggestions.

Thanks & regards,

Sushant P.

———————— End of text item ————————





8

# DS 217857

## Wong SM (Yvonne)

**From:** LeBrun LA (Lori)
**Sent:** Thursday, July 15, 1999 3:42 PM
**To:** Yee A (Alvin); Harborn JK (Ken); Ortiz AM (Angel)
**Cc:** Wong SM (Yvonne)
**Subject:** RE: 50122920/vyhh ws gr - s/o no 79141

Both orders mentioned below that are still in a "12" block are under John O'Keefe's code because that code is currently being used by our new rep, Angel Ortiz, who handles Mega/BDP, which is the customer for those orders.

Angel, pls see below msg. Alvin will reply as to how those orders should be handled (since the vyhh ws gr qty is encouraged to be ordered in full ctr-load qties--unless Alvin advises that Mega is the exception to the rule).

Thanks, Lori

**From:** Harborn JK (Ken)
**Sent:** Thursday, July 15, 1999 2:20 PM
**To:** Yee A (Alvin)
**Cc:** LeBrun LA (Lori)
**Subject:** RE: 50122920/vyhh ws gr - s/o no 79141

Alvin,
    I see the 20 foot container you approved. It has been placed on the warehouse for shipment. I found two other orders to UCC Singapore with only one pallet of VYHH-WS grade on each order. They are as follows:
SAP order-50123556 shipping the following --10 pallet VAGH, 5 pallet of VMCH and 1 pallet of VYHH-WS. Total is partial 40 foot container of 16 pallets. The order is on export block.
SAP order-50122905 shipping the following -- 2 pallets of VAGH, 5 pallets of VMCH and 1 pallet of VYHH-WS. Total is 8 pallets. Sounds like a 20 foot container. The order is on export block.
    Our plan to coordinate full containers out of the plant doesn't appear to be working.

Ken

**From:** Yee A (Alvin)
**Sent:** Thursday, July 15, 1999 1:38 PM
**To:** LeBrun LA (Lori); Chan J (Jessica)
**Cc:** Poh A (Albert); Rozil R (Rozie); Chan KW (Steven); Harborn JK (Ken)
**Subject:** RE: 50122920/vyhh ws gr - s/o no 79141

Lori:

Go ahead and release this for shipment. Albert, please do what you can to have our products shipped over in 40 ft containers. As we have discussed in the past we are not making a lot of money on VYHH-WS and must do what we can to cut costs wherever we can. We just don't have the luxury to use non-optimal shipping modes.

Thanks,
Alvin

**From:** Chan J (Jessica)
**Sent:** Thursday, July 15, 1999 5:03 AM
**To:** Yee A (Alvin); LeBrun LA (Lori)
**Cc:** Poh A (Albert); Rozli R (Rozie); Chan KW (Steven)
**Subject:** FW: 50122920/vyhh ws gr - s/o no 79141
**Importance:** High

Alvin,

This order is priced at a much higher price than the other countries and further we only need this kind of volume and therefore please help us to ship this order.

Best Regards,

*Jessica*

**DS 217858**

**From: Rozli R (Rozie)**
Sent:  Wednesday, July 14, 1999 6:48 PM
To:  Poh A (Albert); Chan J (Jessica); Chan KW (Steven)
Cc:  Yee A (Alvin); LeBrun LA (Lori)
Subject:  RE: 50122920/vyhh ws gr - s/o no 79141
Importance:  High

Albert / Jessica,

Pls confirm the qty increase per Lori's message below and inform Steven accrdgly.

Steven , once sales confirms, kindly inform Lori Lebrun.

rgds,
rozie

From:            LeBrun LA (Lori)
Sent:            Tuesday, July 13, 1999 11:23 PM
To:  Rozli R (Rozie)
Cc:  Poh A (Albert); Yee A (Alvin)
Subject:            50122920/vyhh ws gr

Per discussions between Albert Poh and Alvin Yee, I understand above product should only be ordered in 40' ctr qtles. Therefore, pls confirm we should increase order to 810 bags on 18 pallets.

Order holding pending your advice.

Thank you, Lori

9

DS 219685

**Wong SM (Yvonne)**

| | |
|---|---|
| From: | Jimenez EQ (Noli) |
| Sent: | Tuesday, August 10, 1999 3:35 AM |
| To: | Cheung L (Lawrence); Foo FS (Foot Siong); Wong SM (Yvonne) |
| Subject: | Re: SERVEL DGDK 3364 - EX NUC |

***Message delivered from cc:Mail***

From:   E Q JIMENEZ at UCPFE
cc:    UCARB/SINGAPORE/CHEUNGL
cc:    UCARB/SINGAPORE/FOOFS
cc:    UCARB/SINGAPORE/WONGSM

*To: VISA at UCAP

Date: 8/10/99 1:15PM
Subject: Re: SERVEL DGDK 3364 - EX NUC

--------------------------------------------------
    CC:MD KRIPALANI

    DEAR SUSHANT,

    SINCE JAPAN IS NEARER THEN WE SHOULD ACHIEVE USD 750/MT PREMIUM FOR
    NUC 3364.IF WE ARE TO MEET BOREALIS OFFERING THEN WE SHOULD SERVE OUT
    OF UCC AND HELP IN RAISE HER VARIABLE MARGIN.

    BOREALIS HAS BEGAN OFFERING 3366 IN BANGLADESH AT USD 750/MT.PLEASE
    SHOW PROOF THAT THEY ARE INDEED AT USD 700/MT AT SERVEL.

    REGARDS

    NOLI

--------------------------------- Reply Separator
Subject: SERVEL DGDK 3364 - EX NUC
Author:  SMTP:sushant@megavisa.com at MSMAIL
Date:    8/10/99 11:36 AM

Microsoft Mail v3.0 (MAPI 1.0 Transport) IPM.Microsoft Mail.Note
From: Sushant Paikray
To:  E Q Jimenez (E-mail)
Cc:  M D Kripalani (E-mail)
Subject:  SERVEL DGDK 3364 - EX NUC
Date: 1999-08-09 06:34
Priority: 3
Message ID: 91909A52A64ED311831600805FEDABD0

--------------------------------------------------

DEAR NOLI,

WE ARE NEGOTIATING 1 FCL 3364 BIZ WITH SERVEL AT USD 700/MT CIF. THIS PRICE
IS TO COMPETE WITH BOREALIS, WHO ARE ALSO AT THE SAME LEVEL.

WILL PLACE ORDER ACCORDINGLY AFTER WE CONCLUDE THE BIZ IN A FEW DAYS TIME.

THE ABOVE IS FYI.

REGARDS,

SUSHANT P.

---------------- End of text item ----------------

**10**

[866] From: DICKY LEUNG at UCAP 6/18/98 9:35AM (4520 bytes: 1 ln)
To: JOHN RENZENBRINK at UCCAPL, DAVID ADAMSON at UCCAPL, HEMAN LAM at UCASIAL,
    ALBERT WONG at UCASIAL, EDWARD CHAN at UCASIAL, VISA at UCAP, ANDREW ROBERTS
    at UCNZ, ALBERTO CUNANAN (CUNANAN.A) at UCPFE, FOO.MC at UCCMSB, ALICE LAU a
    UCCS, LIM MUN CHONG at UCAP, LIN.F (FRANK LIN) at UCFC, HSU.N (NORA HSU) at
    UCFC, THANABODYPATH.W at UCTHAI
Subject: Glycol Ether Business update
------------------------- Forwarded with Changes -------------------------
From: ucarb/northameri/tornowds at MSMAIL 6/18/98 2:45AM (4919 bytes: 133 ln)
cc: DICKY LEUNG at UCAP
Subject: Glycol Ether Business update
------------------------- Message Contents -------------------------


FYI

_____ Forward Header _____
Subject: Glycol Ether Business update
Author:  ucarb/northameri/tornowds at MSMAIL
Date:    6/18/98 2:45 AM


Microsoft Mail v3.0 (MAPI 1.0 Transport) IPM.Microsoft Mail.Note
From: Tornow DS (David)


Subject: Glycol Ether Business update
Date: 1998-06-17 13:46
Priority: 3
Message ID: 57CA5B4EEF05D2119A8700805FBE20B7
Conversation ID: Glycol Ether Business update


-------------------------------------------------------------------------

Sales volume for the Glycol Ether and Brake Fluids businesses is down around
the world.  Earnings for this line of business are ahead of last year, but
less than we'd planned.  Overall, not a great performance so far, and, still,
overall, not too bad.

In the Butyl Glycol Ether area, it looks like our $.03/lb. Butyl CELLOSOLVE
Solvent price increase for July 1 is going to work!  We need it to work, so
don't soft-peddle the increase:  All U.S. producers followed (Dow only up
$.025/lb., but they've been going their own way all year!), and we expect
b  a direct customers and distributors to take the full increase.  U.S.
volume is ahead of last year; sales in Asia are down significantly.  The
latter is a demand issue, not a sales issue.  On Butyl CARBITOL Solvent,
pricing is steady in the U.S. market, but volume is down.  We need customers
to fulfill commitments--folks like Reckitt & Colman and S.C. Johnson.  PPG
still needs to get back on track too.  And every pound of business you can
get at distributors needs to come our way.  We've promised the Directors this
business will grow in '98, and we still expect it will.

We knew Methyl CARBITOL Solvent business in the U.S. market would be down
this year since some of our former direct customers have been folded into the
Defense Fuel Supply bid won by Oxy (and Ashland).  And at the price the bid
was awarded, I'm glad Oxy/Ashland "won."  Now we need to take any other
business we can--it will be valuable.  Bring those opportunities to us--we
need them to mitigate the loss of volume in the fuel additive area.

CARBITOL Solvent is down so far this year in the U.S., only because S.C.
Johnson is behind last year.  This will come back.  If there is any area of
MAJOR disappointment, it's in the Butyl CELLOSOLVE and Butyl CARBITOL
Acetates, and in UCAR Ester EEP.  Sales volume continues to lag a
disappointing 1997 in the domestic market, and while you are waiting for more
details on what end-uses to target and what support will be provided, please

**M 44785**

go after EVERY opportunity you can--distributor or direct.  Let me know what you need from me to make it happen.

Thanks to strong demand from our UCLASAIANS (that's Union Carbide Latin America and South Africa--ians), our total BRAKE FLUIDS business is up.  U.S. demand is slow year-to-date, but we expect some specifically targeted businesses to bring us back big time.

Generally, pricing has been steady and quiet in the North American market over the past two months.  The initiative to increase Butyl CELLOSOLVE Solvent needs the continued strong commitment from the sales folks to work--it's not an easy sell, but remember, all our competitors jumped on the price increase quickly.  We not only need the increase, the industry does!

Thanks for your efforts so far this year.  Please continue to focus on the Higher Value glycol ethers, and let me know how you're doing.

Best Regards,
Dave Tornow

II

[584] From: UCARB/SINGAPORE/FOOW at MSMAIL 9/1/99 9:04AM (4215 bytes: 94 ln)
Priority: Urgent
To: VISA at UCAP, M A CRUZ at UCPFE, ALBERTO CUNANAN at UCPFE, PETER SMITH at
UCNZ
Subject: RE: Ethanolamines pricing
---------------------------------- Message Contents ---(------------------------
Microsoft Mail v3.0 (MAPI 1.0 Transport) IPM Microsoft Mail Note
From: Foo W (Wilson)
To:   Renzenbrink JO (John)
      Smith P (Peter)
      Josoprawiro E (Endang)
      Lee A (Allan)
      Thanabodypath W (Wisit)
      Hsu N (Nora)
      Chan E (Edward)
      Lam H (Heman)
      Cunanan A (Alberto)
      Cruz MA (MA)
      Foo MC (Mun Chuan)
      Sritanasan T (Taveewit)
      'Looi L (Lynda)'
      MegaVisa Bombay
      Kim CG (Chang Gyoon)
Cc.   Lee A (Amy)
      Seah C (Catherine)
Subject:  RE: Ethanolamines pricing
te: 1999-08-30 21:01
riority: 5
Message ID: 0868F96EC759D311A3C10008C75DE115
Conversation ID: Ethanolamines pricing

------------------------------------------------------------------------------

Folks,

It is confirmed. We will go for a price hike Oct 1 for US$50/MT for all EOA
grades. This hike will be an off schedule increase for all non-contractual
businesses. Please watch for competitors' responses since this round, we are
taking the lead. We'd like them to follow up with their price hikes but we DO
NOT WANT to lose any market share at this moment. If you see no indications
from the competitors to match our increase at any strategic account, be quick
to take actions to keep share.

If you will be drafting letters to announce the price increase, I'd like to
see them this time. There is need to vet the contents of our communications
to ensure we are in full compliance with existing regulations.

Thank you and I am counting on you to make this happen.

Rgds
Wilson Foo

      ----------
From: Foo W (Wilson)
Sent: Thursday, August 19, 1999 11:43 AM
To:  Renzenbrink JO (John); Smith P (Peter); Josoprawiro E (Endang); Lee A
(Allan); Thanabodypath W (Wisit); Hsu N (Nora); Chan E (Edward); Lam H
(Heman); Cunanan A (Alberto); Cruz MA (MA); Foo MC (Mun Chuan); Sritanasan T
(Taveewit); Looi L (Lynda); MegaVisa Bombay; Kim CG (Chang Gyoon)
Cc:  Lee A (Amy); Seah C (Catherine)
Subject: Ethanolamines pricing
Importance: High

Folks,

M 46383

It's time. We have come to the point where Ethanolamines is not covering even variable margin due mainly to Ethylene price increases that have persisted even into the 3rd quarter and will probably last till next year. When a business does not cover variable margin, we are looked upon as non-viable, expendable, etc. You know where that leads to.

I'd like all of you to look at increasing all your prices by US$50/MT effective 1st Oct 1999. We think that the timing is right as besides us, all US producers are hurting like mad. The Japanese have already announced a 8 yen per kg increase last month but it was not well received due partially to lack of support from other producers. For the short term, I am prepared to give up some businesses to stay clear of losses. All of you who are significantly above plan should take the lead in raising prices. And please, no last minute order placings to beat the dateline.

Same will apply to ex-stock regions who buy direct from UCC either by bulk or drums. Wisit, John, Peter, please take note.

On a case to case basis, we will consider the merits of holding prices at individual accounts, due to contractual agreements or due to competitive actions. At the end of Oct, we will do a review of our success if any. Just for your information, many of you believed that our last price hike of US$50/MT for DEA would be impossible. I am pleased to say that as of last month, we have succeeded in raising prices at 95% of our customers. Of course we walked away from the remaining 5% but it was worth it in view of the ortage of DEA and the increase in netbacks.

I seldom ask for your help in raising pricing because I seldom raise prices in the 2 years I have been on the LOB job. This time, I am seeking your cooperations to work towards making this exercise a success. Let it not be said that Dow bought an unprofitable business from Carbide. Thanking you in advance.

Rgds
Wilson Foo

M 46384

**12**

233] From: CATHERINE SEAH 5/26/97 2:57PM (6465 bytes: 1 ln)
To: VISA
Subject: AS/1567/97/CS -PIPERAZINE (TECH)
-------------------------------- Message Contents --------------------------------

REF: AS/1567/97/CS            26-MAY-97

TO:      SHARAD MIRJI          EMAIL

RE: PIPERAZINE (TECH)
======================

THIS IS FOR YOUR INFO. LET US STICK TO OUR PRICE OF $2.40/KT AND WATCH CLOSELY AKZO ACTIVITY.

REGARDS

ARJUN SARTANI

------------------------------- Forward Header -------------------------------
Subject: RE: AS/1550/97/CS -PIPERAZINE (TECH)
Author: UCARB/NORTHAMERI/DILLANKW at MSMAIL
    : 5/23/97 10:27 PM


Microsoft Mail v3.0 (MAPI 1.0 Transport) IPM.Microsoft Mail.Note
From: Dillan KW (Kevin)
To:  Seah C (Catherine)
Subject:  RE: AS/1550/97/CS -PIPERAZINE (TECH)
Date: 1997-05-23 09:15
Priority: 3
Message ID: 54ED2767D2D2D011B0DE00805FBE708D
Conversation ID: AS/1550/97/CS -PIPERAZINE (TECH)

--------------------------------------------------------------------------------

Arjun:

Thank you for this information, as well as your voice mail message on the subject.

I  ought you would say that our business is up versus 1996 but not versus 1995, as I could see that from looking back at some of our sales reports. However, if you are looking at this through the competition's eyes, it looks quite different I would say. I could see how Akzo could view this as UCC is taking share (versus last year) and therefore Akzo would lower their prices.

I think we need to be very careful here Arjun, and I agree with the suggestion you made in your voice mail message that we NOT meet Akzo's latest prices in India. Let's stay at $2.40/kg for now and let Akzo have some business.

Incidentally, Dave Dwyer met with an industry consultant this week to discuss the ethyleneamines market. It seems that UCC, BASF and Akzo see the size of the piperazine total market (including that going into hydroxyethyl piperazine for DABCO) at 10-11 kt, but we all differ greatly on the supply. UCC has supply at 13-14 kt, BASF has it at 19 kt and Akzo has it at 11 kt. Akzo must think piperazine is tight but they sure don't act like it! I think the differences in the supply side result from differing assumptions about how producers run their machines and the selectivity assumptions regarding their catalysts.

We'll talk more on this and other subjects next week, but I wanted you to know that I think we should hold at $2.40/kg as you suggested, at least for a while.

.evin

-----------------

From:  Seah C (Catherine)
Sent:  Thursday, May 22, 1997 4:51 AM
To:  Dillan KW (Kevin)
Subject:  AS/1550/97/CS -PIPERAZINE (TECH)

          ***Message delivered from cc:Mail***

From:    CATHERINE SEAH at UCAP
To:      UCARB/NORTHAMERI/DILLANKW

.*cc: RONNIE TAN at UCCMSB

Date: 5/22/97 3:47PM
Subject: AS/1550/97/CS -PIPERAZINE (TECH)
--------------------------------------------------------

      REF:  AS/1550/97/CS          22-MAY-97

      TO: KEVIN DILLAN     EMAIL

      CC: RONNIE TAN       EMAIL

      RE: PIPERAZINE (TECH)
      =======================

RE YOUR EMAIL.  YOU ARE RIGHT THAT OUR SALES OF 165T YTD APRIL
ARE QUITE GOOD AS COMPARED TO 1996.  HOWEVER, WE HAVE ONLY
MANAGED TO REGAIN OUR POSITION OF 1995 (OUR SALES 425T OR 47%
SHARE) AND THAT TOO WITHOUT DISTURBING THE PRICING AFTER Q4,
1995.

ATTACHED IS AN EMAIL FROM SHARAD WHICH SHOWS THAT AKZO
ACTIVITY WITH TWO OF THE CRITICAL CUSTOMER "FINE CHEMICALS"
AND MAGNUM.  OUR CURRENT CIF PRICE CONTINUES TO BE $2.40/KG
AND AKZO IS TALKING TO THEM AT $2.20/KG OR EVEN LOWER.  YOU
AND I NEED TO DECIDE AS TO HOW WE RESPOND.  I SUGGEST YOU AND
I TALK. I WILL GIVE IT A TRY TODAY (THURSDAY) ABOUT 11 AM YOUR
TIME.

INCIDENTALLY, THE SALES VALUE IN THE SALES REPORT IS ON A FAS
BASIS WHICH WORKS OUT TO ABOUT $2.00/KG.  IF YOU ADD FREIGHT
($225/MT), INSURANCE ($15/MT), COMMISSION, AND INTEREST IT
WORKS OUT ABOUT $2.40/KG.

REGARDS

ARJUN SAMTANI


---------------------------------------- Forward Header
-----------------------------------------------
Subject: PIPERAZINE (TECH)
Author:  ARJUN SAMTANI at UCAP
Date:    5/22/97 12:47 PM


May 20, 1997


TO   :    RONNIE TAN

CC   :    ARJUN SAMTANI

SUB  :    PIPERAZINE (TECH)
          ----------------------

Fine Chemicals is in the market for 3 FCLs of Piperazine (Tech) to be shipped in 3 lots, i.e. 1 FCL in June, 1 FCL in July and 1 FCL in August. They are willing to confirm 3 FCL order if we match Akzo's current price of USD 2.2/KG CIF with 120 days credit. Due to the L/C limit problem, customer may not be able to open 3 L/Cs, but can establish 1 L/C. For balance 2 FCLs, customer needs open credit.

Please advise your comments.

Similarly, Magnum Intermediates Ltd. wish to commit 6-8 FCLs to be shipped in a time span of 6 months and they can confirm these quantities if we give them a price of USD 2.00/KG, D/A 180 days (under no circumstances, customer is in a position to open L/C for any of the orders.) These terms customer is getting from Akzo currently. As you are aware, Magnum also imports NMP from Akzo. Hence they get preferencial treatment from Akzo.

During our teletalk sometime back, you informed us that you would not like to reduce Piperazine (Tech) prices further. Hence, we await your comments.

Th  ks & regards,

SHARAD MIRJI

------------------ End of text item ------------------

**13**



Discussion at MMG

Recent freight rates for FCL & LCL were discussed with Mr. Sanjiv Sanghvi. Sanjiv was of the opinion to club 2-3 consignments and plan for FCL size import by merging consignments of IPC & SP&P. This will help in reducting total freight charges and will serve our customers in procuring goods at lower prices.

We have also discussed possible documentation and other logistic expense for proposed import of new consignments of UCON Quenchants by Plastipeel.

We tried to work out possibie expenses in bringing NP-9 in either Isotanks or bulk consignments from Singapore or Texas City.

5) **Discussion with Mr. Dicky Leung – Product Director (SIM), UCAP**

I had appraised. Mr. Leung on current prices for VAM & BAM in India and recent contracts signed by our competitors. He categorically said that his seniors in UCC are not interested in offering bulk consignments at such low prices to MegaVisa for remarketing it to distributors. According to him, this leads to overall reduction of world prices of bulk commodity chemicals. Also, volumes in India are not justififed to consider special prices for India. Mr Leung has advised MegaVisa to import bulk consignments and redistribute products directly to endusers. This will make a better case for Dow Chemicals to look at MegaVisa in post-meager scenario.

He also requested to look at possible FCL market in India for the following chemicals: BUCB, DIBK, CSAC, CSSV, IPA, MIBK, BUAC, & BUCS. These products are being stored in bulk in Singapore and prices are competitive enough as all other affiliates are successfully marketing them in FCL lots.

NISHIT MEHTA
17-02-01

**14**

**DS 208682**

CONFIDENTIAL

Moti Kripalani
**From:** Richard Lloyd
**Sent:** Tuesday, November 23, 1999 9:57 AM
**To:** Jimenez EQ (Noli); Romero MR (Myrna); 'Megavisa-Moti Kripalani'; 'Doug Kirkman'; 'Richie Lloyd - RJ Plastics'
**Cc:** Cheung L (Lawrence); Foo FS (Foot Siong)
**Subject:** Re: FW: Profitability of Telecom

Dear team leader,

before i again raise prices i would appreciate you responding to my recent messages on new jan shipment prices and also prices for -3487 & hd dgda 7580 / dgdk3479.

/At 10:21 PM 11/22/99 -0500, Jimenez EQ (Noli) wrote:
> dear teammates, please note keith's email urging us to raise telecom
>compounds prices by another usd 100/mt due to poor contributions.i
>understand commodity lldpe/hdpe prices are currently at usd 750-800/mt.if
>such is the case then bj compounds must be at usd 1050-1100/mt levels. we
>seek your cooperation in maximizing prices to help the business. if you
>have concerns,let us know. best regards
>Noli Jimenez
>Tel.No.63-2-7508375
>Fax No.63-28122083
>Mobile No.63-917-8192568
>Email: jimeneeq@ucarb.com
>From: Lloyd KA (Keith)
>Sent: Saturday, November 20, 1999 1:05 AM
>To: Morales A (Angel); Cheung L (Lawrence); Foo FS (Foot Siong); Lafoy
>JH (Jean); Rutherford DC (Daniel); Tan H (Horace); Jimenez EQ (Noli) Cc:
> Rundlof LC (Christer); Neri RG (Ron); Yimoyines JP (John); Sorio AA
>(Aldo); Fisher EJ (Eugene)
>Subject: Profitability of Telecom
>Importance: High Attached are charts showing the good progress made to
>date. But we have a LONG way to go yet. Keep moving prices UP. I need
>another $100 asap.US and Canada going up $100/mt by Jan1 across the board.
>(Possibly a second US/Canada increase next year.) Hydrocarbons up another
>$100 for October.<<>>
> Attachment Converted: "D:\DATA\ATTACH\increasae.VM by region.xls"

**15**

## M D Kripalani

From:       "Poh A (Albert)" <poha@ucarb.com>
To:         "'Shrikant Naik'" <shrikant@megavisa.com>; "ananth" <chennai@megavisa.com>; "Moti
            Kripalani" <kripalani@megavisa.com>
Cc:         "Szczech F (Francis)" <szczecf@ucarb.com>
Sent:       Monday, April 30, 2001 11:58 AM
Subject:    RE: INDAL - VMCH

Dear all

We cannot keep dropping prices in India and further we have already announced a worldwide price increase.  Please help to maintain our price ie US$2.52/kg FAS and  enforce to customer on the premium of our product.


Thanks & Regards,
Albert Poh
----------
From: Shrikant Naik [SMTP:shrikant@megavisa.com]
Sent: Saturday, April 28, 2001 6:08 PM
To: albert
Cc: ananth; Moti Kripalani
Subject: INDAL - VMCH


Dear Albert,

As U may be aware that we have executed 4 FCL order ( 72000 lbs )
of INDAL ( Indian Aluminium Ltd ) with yr support.

INDAL is once again in the market for 4 FCLs till Dec'01.  We are
facing stiff competition from Wacker . They have offered very low prices (
to the tune of US$2.72 /kg Cif Mumbai by sea ). We need yr support to get
this business.

We need yr price support of US$2.40/kg , net FAS to Megavisa ( our
earlier net FAS was US$2.542 /kg ).

Pl advise.

best rgds

Shrikant Naik



Regards

Shrikant Naik
Business Manager
Megavisa Marketing & Solutions Ltd.
Mumbai . INDIA.
email : shrikant@megavisa.com <mailto:shrikant@megavisa.com>
Phone Direct: 0091 22 6901067
        Board: 0091 22 8527770  extn - 117
Fax : 0091 22 8527774

Pl visit our site megavisachem.com ( The @dge you need )

**M 3795**