**16**

| | |
|---|---|
| To: | Poh A (Albert) |
| From: | Shrikant Naik |
| Cc: | Gollerkeri S (Sharad); Moti Kripalani; ananth; Chan J (Jessica) |
| Bcc: | |
| Date: | 2001-05-04 00:42:22 |
| Subject: | Re: VYHH & VAGH for Aroma ( U R G E N T ) |

Dear Albert

Thank U very much for yr feedback.

best rgds

Shrikant Naik


----- Original Message -----
From: "Poh A (Albert)" <poha@ucarb.com>
To: "'Shrikant Naik'" <shrikant@megavisa.com>
Cc: "Gollerkeri S (Sharad)" <GOLLERKERI@dow.com>; "Moti Kripalani"
<kripalani@megavisa.com>; "ananth" <chennai@megavisa.com>; "Chan J
(Jessica)" <chanj@ucarb.com>
Sent: Friday, May 04, 2001 8:08 AM
Subject: RE: VYHH & VAGH for Aroma ( U R G E N T )


> Shrikant,
>
> We will only continue to support the business at the best price that we
are
> likely to fetch.  No more low prices with the announcement of worldwide
> price increase.  I will support this new order only for VYHH(WS) at
> US$1.98/kg FAS and VAGH at US$3.20/kg FAS.
>
> Best Regards,
> Albert Poh
> May 4th, 2001
> Dow Chemical Pacific (Singapore) Pte Ltd
> Email:poha@ucarb.com
> DID: 65-6609113
>
> ---------
> From:  Shrikant Naik [SMTP:shrikant@megavisa.com]
> Sent:  Thursday, May 03, 2001 2:44 PM
> To:  albert
> Cc:  sharad Gollerkeri; Moti Kripalani; ananth
> Subject:  VYHH & VAGH for Aroma ( U R G E N T )
>
>
> Dear Albert ,
>
> Aroma Agencies would like to procure 4 FCLs of VYHH & VAGH ( approx.
> 70 : 30  per FCL ) for immediate desp from May , June , July & Aug '01.
>
> As we are facing stiff comptn from Wacker & Solbin A  request U to
> advise the most competitive FAS price to finalise the order.
>

CONFIDENTIAL

DI4008002

```
>
> Thanks & Regards,
>
> Shrikant Naik
> Business Manager
> Megavisa Marketing & Solutions Ltd.
> Mumbai , INDIA.
> email : shrikant@megavisa.com <mailto:shrikant@megavisa.com>
> Phone: Direct: 0091 22 6901067
>          Board: 0091 22 8527770  extn - 117
> Fax : 009122 8527774
>
>
>
>
```

CONFIDENTIAL

DI4008003

**17**

[2] From: VISA at UCAP 9/7/99 11:07AM (3561 bytes: 14 ln)
To: White TF (Tom) at MSMAIL
cc: Leung D (Dicky) at MSMAIL, Meadow SJ (Steve) at MSMAIL,
    Marinaccio M (Michael) at MSMAIL
Subject: SIM PRODUCTS IN INDIA
-------------------------------------------- Message Contents ----------------------

September 7, 1999

TO    :    TOM WHITE

CC    :    DICKY LEUNG

      :    STEVE MEADOWS

      :    MICHAEL MARINACCIO

SUB.  :    SIM PRODUCTS IN INDIA
           --------------------------------

This refers to the recent meeting you had with MegaVisa people.

We are very happy to know that you want to increase the Solvent
business in India. We also feel the same and we have been trying
our best to increase the sales in India. We were partially
successful last year when we sold 5000 MT VAM and 1500 MT BAM in
bulk.

India is a very peculiar country with many small manufacturers
and consumers. Hence, we have to change our marketing strategy
depending upon the scenario for that particular product. In many
of the cases, selling through the trader could be the right
choice. Products like BUTANOL and BUTYL ACETATE could fall under
this category.

In order to formulate the marketing strategy for Solvents in
India, can you advise us which are the products we should focus
for immediate future?

Regarding C.J. Shah's case, you have suggested that we offer them
ISOBUTANOL or any other product in place of N-BUTANOL. However,
please note that customer is not interested in any of the other
products. He is very upset and we are finding it difficult to
resolve this issue.

ACRYLATES : We understand that Union Carbide is in the
process of finalising the TOLL Manufacturing Contract with BASF
in Malaysia and product will be available from mid-2000. Our
understanding was that this could be in the 2nd phase and product
will be available only by 2002/2003. In case it starts from mid-
2000, it is really advantageous for us due to the logistics.

ISOBUTANOL : We have sold many parcels (bulk) to Lubrizol India
Limited in the past and UCC's quality of IBA is well established
long back with Lubrizol. We are also aware that Sasol and
Celanese were trying to offer blended product of PAA & IBA.
However, it seems Lubrizol is not in favour of that. Hence, they
continue to buy two products, i.e. PAA & IBA separately.

MIBC : Lubrizol contract on annual basis and we have quoted this
year to them, but we lost to the local producer, i.e. NOCIL as
our price was high by USD 100/MT.

Lubrizol does not believe in price negotiations and they award
the full quantity to the lowest bidder. Hence, we have no
alternative, but to wait till next year.

FYI, we have supplied in 1995-96 their full requirement of 250 MT

M 1343

our price was the lowest that year.

PAA in Mining Industry : we tried our best in the Mining industry in India. However, no Mining Industry seems to be using this product. They are not aware of the application / benefit of PAA in the Mining Industry. We can defintely approach them once again after we get more details about the usage of PAA in the Mining Industry.

By copy to Dicky;
----------------
Understand that Tom White has suggested us to get some orders for BUTYL CELLOSOLVE at a price of USD 675/MT CIF Mumbai (in drums) from the major paint companies in India, especially Asian Paints (India) Limited. Please re-confirm on this with the quantities available so that we can approach customer accordingly.

We will keep you updated on the overall scenario in India from time to time.

Thanks & best regards,

SHARAD MIRJI
BUSINESS MANAGER - CHEMICALS

Internet E. Mail : sharad@megavisa.com
----------------------------

cc : Ajay Mittal / M. D. Kripalani

M 1344

18

[218] From: CATHERINE SEAH at UCAP 4/24/97 5:05PM (16482 bytes: 1 ln, 1 fl)
To: DILLAN.KW@X400# at MSMAIL
cc: RONNIE TAN at UCCMSB, VISA
Subject: AS/1459/97/CS - IAL - HPA/DETA (NEW CONTRACT)
----------------------------- Message Contents ----------------------------
Text item 1:

        REF:  AS/1459/97/CS          24-APR-97

        TO: KEVIN DILLAN    EMAIL

        CC: RONNIE TAN        EMAIL
            SHARAD MIRJI      EMAIL

        RE: IAL - HPA/DETA (NEW CONTRACT)
        =================================

        ATTACHED IS THE PRICING BREAKUP.  THE FINAL PRICE TO IAL IS
        $1700/MT CIF MADRAS WITH 180 DAYS D/A.  THIS TRANSLATES TO A
        FAS PRICE OF $1250/T, 90 DAYS CREDIT.

        REGARDS

   ((   ARJUN SAMTANI


_____ Forward Header _____
Subject: IAL - HPA/DETA (NEW CONTRACT)
Author:  ARJUN SAMTANI at UCAP
Date:    4/24/97 2:33 PM


April 21, 1997


TO   :   ARJUN SAMTANI

CC   :   RONNIE TAN

SUB  :   IAL - HPA/DETA NEW CONTRACT
         ---------------------------

We have received this order for 160 MT to be shipped in  Isotanks
at USD 1700/MT CNF Madras, D/A 180 days.

Attached, please find break-up of the pricing.

Unlike in Indofil's case, the customer is not going to open  L/C.

Currently, MM Global Houston gets 90 days credit (Nett 80  days)
from UCC for above account.  Therefore, in order to execute  this
order, MM Global should get additional 90 days credit from  UCC.
(MM Global Houston cannot finance for additional 90 days).  Hence
we have  not included the cost incurred for additional 90  days
credit in our break-up.  However, we know it will definitely cost
to UCC.

Hope this is clear. We now await your U/A.

Thanks & regards,


SHARAD MIRJI

                                                    M 4525

King Attn: Sanjiv Sanghvi

4/25/97 HPAWORK.XLS

## HPA/DETA - IAL - BREAK-UP OF PRICING

| SR. NO. | COST | ISOTANK (ISOTANK = APPROX. 20 MT) |
|---|---|---|
| 1 | FREIGHT | USD 365/MT |
| 2 | DOCUMENTATION CHARGES (USD 125/ PER SHIPMENT ) | USD 6/MT |
| 3 | LOSS OF APPROX. 10 DAYS INTEREST TO MMG HOUSTON DUE TO DIFFERENCE IN ACTUAL B/L DATE & DESPATCH OF GOODS FROM UCC WAREHOUSE | USD 5/MT |
| 4 | COST OF 90 DAYS ADDITIONAL CREDIT (180 TO CUSTOMER VS 90 DAYS FROM UCC) | USD34/MT |
| 5 | COMMISSION TO MEGA HOUSTON | USD 40/MT |
| | TOTAL : | USD450/MT |
| | CNF D/A 180 DAYS PRICE TOTAL : | USD 1700/MT |
| | FAS PRICE TO UCC (INCLUDES NETT 80 DAYS CREDIT TO MMG HOUSTON) | USD1250/MT |
| | OR | 57 CENTS/LB |

M 4526

**19**

[502] From: UCARB/SINGAP.RE/NGP at MSMAIL 8/11/99 4:08PM (3534 bytes: 102 ln)
cc: LIN LH (LI HSIANG) at UCFC, VISA at UCAP, VISA MADRAS at UCAP
Subject: FW: Rallis India/ Pendimethalin
-------------------- Message Contents --------------------
Microsoft Mail v3.0 (MAPI 1.0 Transport) IPM.Microsoft Mail.Note
From: Ng P (Paul)
To:   Ramachandran R (Ramesh - DBY)
Cc:   MegaVisa Madras
      MegaVisa Bombay
      Lin LH (Li Hsiang)
Subject: FW: Rallis India/ Pendimethalin
Date: 1999-08-11 02:55
Priority: 3
Message ID: 5CED5350074703118A410008C75DE16D
Conversation ID: Rallis India/ Pendimethalin

------------------------------------------------------------

(MegaVisa Madras: S.A. Kumar)
(MegaVisa Bombay: M.D. Kripalani/S.P. Naik)

Ramesh,

please kind following an e-mail from MegaVisa regarding their
meeting discussion with Rallis. Any comment please advise.

For S.A. Kumar, please verify again the pricing of DEK ex-Taiwan.
We need to make sure the pricing quote is at USD2.10/kg CIF
Mumbai level. This pricing is below our expectation. Also, please
make sure you maintain dialogue with Rallis so that we will be able
to supply them our DEK at competitive pricing.

Regards,
Paul Ng

- - - - - - - - - -
From:    MegaVisa Madras
Sent:    Monday, August 09, 1999 7:31 PM
To:      Ng P (Paul); Ramachandran R (Ramesh - DBY)
Subject: Rallis India/ Pendimethalin

***Message delivered from cc:Mail***

        VISA MADRAS at UCAP
        UCARB/SINGAPORE/NGP
        UCARB/NORTHAMERT RAMACHR

From:
To:
To:

follows:-

* Rallis put up their plant for manufacturing pendimethalin during end of 1998 and commenced production early 1999 (in-house technology).

* Installed capacity is 600 MT/Annum but currently running at 25% due to low market demand.

* Rallis is the only company in India who produce Pendimethalin

* January to date they have produced about 150 MTs of Pendimethalin and imported around 75 MTs of DEK from Taiwan in part shipments (from SIGFRIED, Taiwan at a price of USD 2.10/kg CIF Mumbai).

* Product being seasonal, they do not plan to produce any more for the year and will be in the market for DEK during Oct 99.

* Their Pesticides requires export registration hence they are currently focusing on obtaining export registration from various countries.

* They plan to expand their capacity to 1000 tonnes/annum during the year 2003.

* Their expected requirement of DEK for the year 2000 is around 300 MT/Annum; are willing to enter into a supply contract with UCC.

Please let us know if you need any additional information.

Thanks and kind regards,

S. Ananth Kumar.

----------------- End of text item ------------------

M 3131

20

| From: | Ng P (Paul) <ngp@ucarb.com> |
|---|---|
| To: | Lam H (Heman) <lamh@ucarb.com>; Wong A (Albert) <wonga@ucarb.com>; Chan A (Alfred) <chana@ucarb.com>; Zeng V (Vincent) <zengv@ucarb.com>; Poh A (Albert) <poha@ucarb.com>; Ong J (Jasmine) <ongj@ucarb.com>; Ang BK (Benny) <angbk@ucarb.com>; Thong J (James) <thongj@ucarb.com>; Fonseca RN (Rocque) <fonsecrn@ucarb.com>; Lin LH (Li Hsiang) <linlh@ucarb.com>; Song SH (Sung Heon) <songsh@ucarb.com>; Thanabodypath W (Wisit) <thanabw2@ucarb.com>; Saksriviturach P (Prarakit) <saksrip2@ucarb.com>; Uy JL (Jackson) <uyjl@ucarb.com>; Kumabe N (Naofumi) <KUMABEN@ucarb.com>; Iida Y (Yuka) <IIDAY@ucarb.com>; 'tonym@unionchemicals.co.nz' <tonym@unionchemicals.co.nz>; 'chennai@megavisa.com' <chennai@megavisa.com>; 'shrikant@megavisa.com' <shrikant@megavisa.com>; 'DassanayakeB@carbide.lanka.net' <DassanayakeB@carbide.lanka.net> |
| Cc: | Goh C (Clara) <gohc@ucarb.com> |
| Date: | Monday, June 26, 2000 4:07 PM |
| Subject: | CZ Price Increase |

(Megavisa Madras: S.A. Kumar)

Dear colleagues,

As promised, we had a conference call with Danbury last week on CZ which included price increase in one of the topics we discussed.

We will proceed with our announced price increase and move the minimum floor price up to USD5.45/kg CIF. This represents a USD0.20/kg

or USD0.25/kg price increase for our customers in this region.

This increase will apply for all countries, except Korea and Malaysia.

For Korea – because the price is already high, maintain it at USD6.50 –
USD7.00/kg CIF.  Therefore we do not plan to increase in Korea.

For Malaysia – because Hercules have only very little share here, less than
10% whereas Clariant, Akzo Nobel and UCC share the remaining 90%. Therefore we are seriously considering whether to raise price in Malaysia
or not.  For this country, we will review our position end Jun.

Other than above 2, please start preparing your customers for price increase
and ensure you feedback competitive activity if we start to lose sales and
business.

**M 4396**

6/27/00

Regards,
Paul Ng
> ----------
> From: Ng P (Paul)
> Sent: Thursday, June 08, 2000 11:49 AM
> To: Lam H (Heman); Wong A (Albert); Chan A (Alfred); Zeng V (Vincent);
> Poh A (Albert); Ong J (Jasmine); Ang BK (Benny); Thong J (James); Fonseca
> RN (Rocque); Lin LH (Li Hsiang); Song SH (Sung Heon); Thanabodypath W
> (Wisit); Saksriviturach P (Prarakit); Uy JL (Jackson); Kumabe N (Naofumi);
> Iida Y (Yuka); 'tonym@unionchemicals.co.nz'; 'chennai@megavisa.com';
> 'shrikant@megavisa.com'; 'DassanayakeB@carbide.lanka.net'
> Cc: Goh C (Clara)
> Subject: HEC Price Increase
>
> (Megavisa Madras: S.A. Kumar)
>
> Dear colleagues,
>
> I had a conference call with Danbury last night regarding various subjects
> on HEC.  This includes price increase.  Following is the summary:
>
> 1) USA price increase will be delayed by one month until Jul 1.  So
> far,
> market intelligence and feedback from customers do not indicate any
> price movement from Hercules.
>
> 2) For PANAM, we will selectively increase our price by country.
>
> 3) For Europe, we have sent out price increase letter and intend to
> increase
> price on Jul 1.
>
> 4) For Asia, we have indicated price increase to our
> customers/distributors
> and also confirm that Hercules have increased price to their
> distributors
> effective Jun 1 by about 5%.  How soon distributors will implement
> the
> price increase to the enduse market is still not confirmed yet.
>
> Our game plan remains that we will implement a price increase Jul 1 and
> raise the price by USD0.20 - USD0.25/kg, depending on countries.  There
> will be exception on countries like Korea and Japan because of already
> high
> price.  We do not need to implement this price increase.  Final decision
> will
> be informed by Jun 22.
>
> Regards,

**M 4397**

6/27/00

> Paul Ng
> ----------
> From: Ng P (Paul)
> Sent: Monday, May 29, 2000 1:53 PM
> To: Lam H (Heman); Wong A (Albert); Chan A (Alfred); Zeng V (Vincent);
> Poh A (Albert); Ong J (Jasmine); Fonseca RN (Rocque); Uy JL (Jackson)
> Subject: FW: Market Intelligence – Price Increase
>
> [Via Fax To: S.A. Kumar – Megavisa Madras
> S.P. Naik – Megavisa Bombay
> Tony Marinovich – Union Chemicals New Zealand
> B. Dassanayake – Union Carbide Sri Lanka]
>
> Dear colleagues,
>
> Would appreciate receiving your response latest by Jun 1.
>
> Thanks and regards,
> Joyce
> ----------
> From: Ng P (Paul)
> Sent: Thursday, May 11, 2000 10:12 AM
> To: Lam H (Heman); Wong A (Albert); Chan A (Alfred); Zeng V (Vincent);
> Poh A (Albert); Ong J (Jasmine); Ang BK (Benny); Thong J (James); Fonseca
> RN (Rocque); Lin LH (Li Hsiang); Song SH (Sung Heon); Thanabodypath W
> (Wisit); Saksriviturach P (Prarakit); Uy JL (Jackson); Kumabe N (Naofumi);
> Iida Y (Yuka); 'tonym@unionchemicals.co.nz'; 'chennai@megavisa.com';
> 'shrikant@megavisa.com'; 'DassanayakeB@carbide.lanka.net';
> 'FernandoP@carbide.lanka.net'
> Cc: Goh C (Clara)
> Subject: Market Intelligence – Price Increase
>
> (Megavisa Madras: S.A. Kumar)
>
> Dear colleagues,
>
> I have obtained from the market information about the fact that
> Hercules/Aqualon have annoucned a 5% price increase on their
> Natrosol product to this region, effective Jun 1. This is for the non
> oil field market. Please confirm this information from the market
> asap.
>
> In the meantime, you should be extremely careful in picking up
> new sales due to this because of our supply situation. Very soon,
> we will also follow this price increase and time frame should be
> something like Jul 1, or maybe as early as Jun 15, depending on
> your confirmation of Hercules/Aqualon price increase. The amount
> of increase will be in the range of 4% – 5% and we would like to
> target our floor price (excluding strategic accounts) now at
> USD5.45/kg after the increase.

6/27/00

M 4398

>
> Let's review this early Jun and if you have an objection to the price
> increase on Jun 15 timing, please inform.
>
> Regards,
> Paul Ng
>
>
>

M 4399

21

**M D Kripalani**

| | |
|---|---|
| **From:** | Ng P (Paul) [ngp@ucarb.com] |
| **Sent:** | Montag, 30. Oktober 2000 09:06 |
| **To:** | Lam H (Heman); Fonseca RN (Rocque); Renzenbrink JO (John); Todoroki T (Takanobu); Abe A (Atsushi); Lin LH (Li Hsiang); Park YJ (Young Jin); 'chennai@megavisa.com'; 'kripalani@megavisa.com' |
| **Cc:** | Ramachandran R (Ramesh - DBY) |
| **Subject:** | 2,4PDO |


ATT00014.html

(MegaVisa Chennai: S.A. Kumar)

Gentlemen,

We are being requested by Danbury to seriously consider a major price increase
on 2,4PDO effective Nov 1.  Please define for us by Nov 7:

<<...>>

If your current pricing is higher than USD4/kg, no need to fill in the "USD4/kg"
column, just fill in the other 2 columns.

I need this data to strategically determine what to recommend to Danbury on
2,4PDO business/price increase.  Thanks.

Regards,
Paul Ng

1

M 4395

22

**H G Jalani**

| | |
|---|---|
| From: | E Q JIMENEZ |
| Sent: | Wednesday, September 08, 1999 1:50 PM |
| To: | VISA |
| Cc: | Cheung L (Lawrence); Foo FS (Foot Siong); Wong SM (Yvonne); MMGLOBAL |
| Subject: | India Telecom Product Pricing |

    cc:sanjiv s

    dear ajay,moti & ashish,

    fyi!

    regards

    noli

_____ Forward Header _____
Subject: India Telecom Product Pricing
Author:  ucarb/northameri/fisherej at MSMAIL
Date:    9/7/99 11:10 PM


Microsoft Mail v3.0 (MAPI 1.0 Transport) IPM.Microsoft Mail.Note
From: Fisher EJ (Eugene)
To:   Cheung L (Lawrence)
      Foo FS (Foot Siong)
      Jimenez EQ (Noli)
Cc:   Lloyd H (Heath)
      Petsalis SP (Spyro)
      Yimoyines JP (John)
      Smith CM (Carol)
      Foo YM (Yan Ming)
Subject:  India Telecom Product Pricing
Date: 1999-09-07 10:07
Priority: 3
Message ID: B70DC255AF64D311B11000805FBE708D
Conversation ID: India Telecom Product Pricing

-----------------------------------------------------------------------

Effective immediately all telecom shipments to India will be halted due the
continuing declining differential between the sales price and manufacturing
cost.  We will process all orders at the current price that have goods issue
issued.  All other orders in the queue without goods issue are to be
canceled.  Pricing for jacketing and insulation has to be a minimum 800
USD/ton on a delivered basis to BDP in Houston in order for us to resume
Indian shipments.

This action is predicated on the steep increases we are seeing for C2H4 which
is now at .24 USD/pound.

This action has been agreed upon by Keith, Spiro, John, and myself.

Gene

23

[464] From: ARJUN SAMTANI 2/8/99 5:29PM (2264 bytes: 1 ln)
To: VISA
Subject: RE: AS/2934/99/ZH - EDA
------------------------------ Forwarded with Changes -----------------------
From: ucarb/northameri/dillankw at MSMAIL 2/6/99 10:09PM (1548 bytes: 55 ln)
To: ARJUN SAMTANI at UCAP
Subject: RE: AS/2934/99/ZH - EDA
------------------------ Message Contents -------------------------

            8-Feb-99

     Cc   :   Sharad Mirji/Moti Kripalani


     Let us go for it!!

     Suggest we keep a price difference of $50/MT as compared to
     Indofil.


        Thanks and Regards
        Arjun Samtanui
--------------------------------- Forward Header _____
Subject: RE: AS/2934/99/ZH - EDA
Author: ucarb/northameri/dillankw at MSMAIL
Date:    2/6/99 10:09 PM


Microsoft Mail v3.0 (MAPI 1.0 Transport) IPM.Microsoft Mail.Note
From: Dillan KW (Kevin)
To:   Samtani A (Arjun)
Cc:   Bohnsack PW (Pete)
Subject:  RE: AS/2934/99/ZH - EDA
Date: 1999-02-06 08:03
Priority: 3
Message ID: 0211031317BDD211B0FA00805FBE708D
Conversation ID: AS/2934/99/ZH - EDA


-------------------------------------------------------------------

Arjun:

We can accept this business.  Please keep me informed as to the success of
your negotiations.

Kevin


   ----------
From:  Samtani A (Arjun)
Date: 2/4/99 10:47AM
Subject: AS/2934/99/ZH - EDA
--------------------------------------------------

        Ref  :    AS/2934/99/zh
                                   4-Feb-99
        To   :    Kevin Dillan

        Re   :    EDA
        =============

        Kevin


        We have an opportunity in India to sell about 400MT of EDA
        in drums apart from Indofil. The price will be not as low as
        Indofil ($1250/MT) but will not be higher than $1300/MT. If


                                            M 46442

we succeed, this sale will be over and above the plan.
Please advise.

Thanks and Regards
Arjun Samtani

-------------- End of text item ---------------

M 46443

24



The Dow Chemical Company
Midland, Michigan 4867~

100 LARKIN
April 30, 2002

169769

Megavisa Solutions (S) Pte Ltd
3 Shenton Way/Shenton House, #07-04
Singapore SP 68805
Singapore

PRICE INCREASE: CARBOWAX PEGs 1450 to E8000 STANDARD &
SENTRY GRADES – USA

Dear Polyglycols Customer:

The Dow Chemical Company announces its **OFF LIST** price increase of Solid
CARBOWAX PEG 1450 to CARBOWAX PEG 8000 as follow: (All the list price
remain unchanged)

**Industrial Grade**
CARBOWAX PEG 1450, 3350, 4000,
4600 & 8000                                     + 3 cents/lb

**SENTRY NF GRADE**
CARBOWAX PEG 1450, 3350, 4000
4600 & 8000                                     + 5 cents/lb

This increase is effective **June 1, 2002** or as contracts allow.  All other terms and
conditions of sale remain the same.

Please contact your Dow sales representative with any questions you may have.
Thank you for your business; we look forward to servicing your needs in the
future.

Best regards,

Ben Poon
North American Marketing Manager
Global Polyglycols Business

Attachment                                                    M 5491

INDUSTRIAL POLYGLYCOLS/CARBOWAX

# CARBOWAX SOLID PEG (PEG 1450 TO 8000)
## (Granular and Powder)

### CONSUMER PRICE SCHEDULE
*Prices subject to change without notice.*

*Granular Grades*                                        *All prices are per pound*

| PRODUCT | EFF DATE | CL, TL, 40M LBS | 560-799 BAGS | 250-559 BAGS | 50-249 BAGS | 175/250 lb. Drum Surcharge |
|---|---|---|---|---|---|---|
| CBX PEG 1450 | 6-1-02 | 1.185 | 1.205 | 1.235 | 1.285 | .15 |
| CBX PEG 1450 SENTRY NF | 6-1-02 | 1.275 | 1.295 | 1.325 | 1.375 | .15 |
| CBX PEG 3350 | 6-1-02 | 1.230 | 1.25 | 1.28 | 1.33 | .15 |
| CBX 3350 SENTRY NF | 6-1-02 | 1.320 | 1.34 | 1.37 | 1.42 | .15 |
| CBX PEG 4000 | 6-1-02 | 1.230 | 1.25 | 1.28 | 1.33 | .15 |
| CBX PEG 4000 SENTRY NF | 6-1-02 | 1.320 | 1.34 | 1.37 | 1.42 | .15 |
| CBX PEG 4600 | 6-1-02 | 1.270 | 1.29 | 1.32 | 1.37 | .15 |
| CBX PEG 4600 SENTRY NF | 6-1-02 | 1.360 | 1.38 | 1.41 | 1.46 | .15 |
| CBX PEG 8000 | 6-1-02 | 1.300 | 1.32 | 1.35 | 1.40 | .15 |
| CBX 8000 SENTRY NF | 6-1-02 | 1.390 | 1.41 | 1.44 | 1.49 | .15 |

*Powder Grades*

| PRODUCT | EFF DATE | CL, TL, 40M LBS | 560-799 BAGS | 250-559 BAGS | 50-249 BAGS | 175/250 lb. Drum Surcharge |
|---|---|---|---|---|---|---|
| CBX PEG 3350 | 6-1-02 | 1.240 | 1.26 | 1.29 | 1.34 | .15 |
| CBX 3350 SENTRY NF | 6-1-02 | 1.330 | 1.35 | 1.38 | 1.43 | .15 |
| CBX PEG 4000 | 6-1-02 | 1.310 | 1.33 | 1.36 | 1.41 | .15 |
| CBX PEG 4000 SENTRY NF | 6-1-02 | 1.400 | 1.42 | 1.45 | 1.50 | .15 |
| CBX PEG 8000 | 6-1-02 | 1.310 | 1.33 | 1.36 | 1.41 | .15 |
| CBX 8000 SENTRY NF | 6-1-02 | 1.400 | 1.42 | 1.45 | 1.50 | .15 |

ALL THE ABOVE CARBOWAX SOLID PEG ARE PRODUCED IN TAFT, LA

Unit of sale:     Pounds
Unit of order:    Bulk - GAL, LB.
                  Package - BAG, LB

**Transportation Terms:**
CL/TL/MXLD - SA (SELLER ABSORBS FREIGHT)
40-799 BAGS - BA (BUYER ABSORBS FREIGHT)

**Zone Differential:**
Zone 1: ALL STATES EXCEPT THOSE IN ZONE 2 AND ZONE 3
Zone 2: .01/lb: AZ, CA, HAWAII, MARITIME CANADIAN PROVIDENCES
Zone 3: .04/lb: CO, ID, MT, ND, NM, NV, OR, SD, UT, WA WY, BRITISH COLUMBIA, ALBERTA, ALASKA, AND SASKATCHEWAN

**Payment Terms:** Net 30 days



DOW CHEMICAL U.S.A.                                    M 5492
An Operating Unit of The Dow Chemical Company
Midland, Michigan 48674

*Trademark of The Dow Chemical Company                05/10/02

25

Sent

Page 1 of 2

## Main Identity

| | |
|---|---|
| **From:** | "M D Kripalani" <kripalani@megavisa.com> |
| **To:** | "'Mitra, Ashish (P)'" <MITRA@dow.com> |
| **Cc:** | "Gollerkeri, Sharad" <GOLLERKERI@dow.com>; "Deo, Pramod" <DEO@dow.com>; "Marathe, Atul" <MARATHE1@dow.com>; "Mody, Arpana (A)" <AMody@dow.com>; "Desai, Moushumi (M)" <MDesai2@dow.com>; "Rozli, Rozie (R)" <rozlir@ucarb.com>; "Chia, Weng-Lock (WL)" <WLCHIA@dow.com>; "Leong, Julinda (J)" <leongj1@ucarb.com>; "Survase, Vaishali (VR)" <NVAISHALI@dow.com>; <megavisa@singnet.com.sg>; <chennai@megavisa.com>; <shrikant@megavisa.com>; <prashesh@megavisa.com>; <nishit@megavisa.com>; <moni@megavisa.com> |
| **Sent:** | Wednesday, May 30, 2001 1:34 PM |
| **Subject:** | RE: RE : MEGAVISA ORDERS THRU SINGAPORE / PERFORMANCE CHEMICALS |

To : Ashish Mitra,

cc : Sharad Gollerkeri
 Pramod Deo
 Atul Marathe
 Arpana Mody
     Moushumi Desai
     Rozie Rozli
     Weng-Lock Chia
     Julinda Leong
     Vaishali Survase

     Nishit Mehta
     Sanjiv Sanghvi
     S.A.Kumar/Shrikant Naik/Prashesh Desai
     Moni

Ashish,

Referring to your subject message please be advised that I have already advised Megavisa Singapore office to register orders on Rozie UCCS with cc. to concerned Sales person (Pramod/Sharad/Atul) at Dow Bombay with copy to you. As suggested by you, the Dow India Sales person in turn will get clearance from the Marketing Managers in Perf. Chemicals and advise Rozie to proceed.

Ashish, in most of the cases, we already have CIF approval from you. I personally feel Dow India personnel/you can give go ahead to Rozie without referring to Marketing Manager again for FAS prices, since in any case they (Dow Marketing Managers) have already approved CIF prices and between CIF and FAS factors are established nos. This will of course save time and the process will be speedy. I will discuss with you this, when you are back from you tour but in the meantime we/Megavisa Singpore will proceed as suggested by you.

Thanks and Best Regards,
Moti Kripalani
-----Original Message-----
From: Mitra, Ashish (P) [SMTP:MITRA@dow.com]
Sent: Friday, May 25, 2001 6:14 PM
To: 'Kripalani M D'
Cc: Gollerkeri, Sharad; Deo, Pramod; Marathe, Atul; Mody, Arpana (A); Desai, Moushumi (M); Rozli, Rozie (R); Chia, Weng-Lock (WL); Leong, Julinda (J); Survase, Vaishali (VR)
Subject: RE : MEGAVISA ORDERS THRU SINGAPORE / PERFORMANCE CCHEMICALS

**M 5350**

30/05/01

Page 1 of 2

**From:**    Leung D (Dicky) <leungd@ucarb.com>

**To:**    andrewr@unionchemicals.co.nz <andrewr@unionchemicals.co.nz>; Beppu,
Yozo <BEPPUY@ucarb.com>; Chan, Edward <chane1@ucarb.com>; Chuang,
Alan <chuanga@ucarb.com>; Cunanan, Alberto <cunanaav@ucarb.com>; Fung,
Eddie <funge@ucarb.com>; Kittisopaporn, Boonrat <kittisb@ucarb.com>;
kripalani@megavisa.com <kripalani@megavisa.com>; Lam, Heman
<lamh@ucarb.com>; Lee, Jae Neung <leejn@ucarb.com>; Lim, Mun Chong
<limmc@ucarb.com>; Renzenbrink, John <renzenjo@ucarb.com>; Sim, Alice
<sima@ucarb.com>; Yang, Ben <yangb@ucarb.com>

**Date:**    Thursday, March 29, 2001 4:31 PM

**Subject:** FW: Marketing Team Formation for Ethanol, Isopropanol and Acetone
Derivatives

FYI

----------

From: Gottschalk PE (Pat)
Sent: Friday, March 16, 2001 3:23 AM
To: Dicky Leung; Mariano Bravo; Marie-Josee Dery-Chauvette; Paul Pignone;
Tom Dalton
Cc: Proctor H (Henry); Nocturne DJ (Dominique); Schwenk LM (Larry); Wyhs NA
(Neal)
Subject: Marketing Team Formation for Ethanol, Isopropanol and Acetone
Derivatives
Importance: High

Welcome to the Ethanol, Isopropanol and Acetone Derivatives Global Marketing
Team! We have the full team named and I thought I would clarify who we will
be working with and begin to implement the Dow business model.

First the team:

Mariano Bravo - Latin America
Tom Dalton - North America (Ethanol and Diethyl Sulfate)
Marie-Josee Dery-Chauvette - Europe
Dicky Leung - Pacific
Paul Pignone - North America (IPA and Acetone Derivatives)

As we implement the Dow model, I am asking Paul and Tom to coordinate the
global sales plan to make sure that we don't try and sell the same pound
(tonne) twice during the transition. They will work with each of you as we
look at the feasibility of the 2001 volume plan.

Dom Nocturne will provide monthly ex-plant cash costs for all products. You
can get the supply chain costs from your regional contacts so you can
understand your delivered product costs to the region. This is a change

3/26/01

**M 5351**

Moti ,
Just to confirm you will advise your Singapore office on how to
issue indents to Rozie , with cc. to the concerned sales person
(Pramod/Sharad/Atul) and me. The Dow India sales person in turn
will get clearance from the resp. Marketing Managers in Perf.
Chemicals and advise Rozie to proceed. This looks to be a
practical way to handle , since there are many ·Mkt. Managers in
different locations/regions for Perf. Chemicals.


Best Regards,
Ashish P. Mitra
Chemicals & Performance Chemicals, Dow India
Tel : 91-22-5245830(extn 503)   Fax : 91-22-5246391    Mob : (91) 982
0000 332

M 5352

**26**

**M D Kripalani**

| | |
|---|---|
| **From:** | Marathe, Atul [MARATHE1@dow.com] |
| **Sent:** | Donnerstag, 14. Juni 2001 09:11 |
| **To:** | Shrikant Naik |
| **Cc:** | kripalani; Mitra, Ashish |
| **Subject:** | FW: MVS/SC/19/2001 - pt1 - FOSROC |


ATT00004.html

Dear Shrikant

This is again a classic case - where we have no track record/previous history of price approval. I will appreciate if you can send me a quick note for the price agreement ( CIF & FAS break-up with commission, freight details , etc ) for this order , as without which I can not take Marketing Manager's approval.

The Excel Spreadsheet ( as we had discussed ) will definitely come very  andy on such situations.......

Thanks.

ATUL -----Original Message-----
From: megavisa solutions [mailto:megavisa@singnet.com.sg]
Sent: Thursday, June 14, 2001 8:14 AM
To: Rozie
Cc: MARATHE ATUL; ASHISH MITRA; Lynette HCC
Subject: Fw: MVS/SC/19/2001 - pt1 - FOSROC


Rozie


As instructed by you, we are releasing PT1 order for the addl two drums required by the customer.   Pls process it urgently to enable us to arrange for air shpt by end this week/early next week.  Matter urgent pls.

.jds
mallika

======


MEGAVISA SOLUTIONS (SINGAPORE) PTE LTD

13/6/2001

HARD & SHIPPABLE

ORDER

Please register the following indent:-


| Our Ref | : | MVS/SC/19/2001 PT1 |
|---|---|---|
| Sold to | : | FOSROC CHEMICALS (INDIA) LTD |
| | | PLOT NO. 6204, GIDC ESTATE |
| | | P.B NO. 208 |
| | | ANKLESHWAR - 393 002 |

**M 3620**

1

DIST. BARUCH-GUJARAT
INDIA

| | | |
|---|---|---|
| Description of goods | : | POLYOX WSRN-301 |
| Quantity | : | APPROX 127 KGS |
| Price | : | USD 19.22/KG FAS |
| Payment Terms | : | 45 DAYS OPEN CREDIT |
| Country of origin | : | USA |
| Port of Loading | : | USA |
| Port of Discharge | : | MUMBAI AIRPORT |
| Shipment | : | IMMEDIATE (URGENT) |
| Shipping Marks | : | FOSROC CHEMICALS (INDIA) LIMITED MADE IN USA |

SPECIAL INSTRUCTIONS:-
====================

1. Pls send O/A
2. Pls organise shipment thru AFT Intl –

AFT INTL
149-09, 183RD STREET
JAMAICA, NY 11413
ATTN : MR KIRAN
TEL:
FAX : 718-2447100

Thanks and regards
MALLIKA

M 3621

2

27

TO: JSHCORP

Subject: Re[4]: IAL - 1998 REQUIREMENT
/------------------------- Forwarded with Changes -------------------------
From: ARJUN SAMTANI at UCAP 2/10/98 11:34AM (5227 bytes; 1 ln)
To: ucarb/northameri/dillankw at MSMAIL
Subject: Re[4]: IAL - 1998 REQUIREMENT
-------------------------- Message Contents --------------------------

    10-FEB-98

    SHARAD,

    PLEASE SEE ATTACHED EMAIL FROM KEVIN AND MY REPLY. LET US QUOTE
    $2000/MT.


    THANKS AND REGARDS
    ARJUN SAMTANI
    _____ Forward Header _____
    Subject: Re[4]: IAL - 1998 REQUIREMENT
    Author: ARJUN SAMTANI at UCAP
    Date:   2/10/98 11:34 AM


    10-FEB-98

    KEVIN

    THANKS. OUR CURRENT PRICE IS $1900/MT. WE WILL QUOTE $2000/MT AND
    OF COURSE WILL NOT GET THE BUSINESS.

    BEST REGARDS
    ARJUN SAMTANI
    _____ Reply Separator _____
    Subject: RE: Re[2]: IAL - 1998 REQUIREMENT
    Author: ucarb/northameri/dillankw at MSMAIL
    Date:   2/9/98 9:14 PM

Microsoft Mail v3.0 (MAPI 1.0 Transport) IPM.Microsoft Mail.Note
From: Dillan KW (Kevin)
To:   Samtani A (Arjun)
Subject: RE: Re[2]: IAL - 1998 REQUIREMENT
Date: 1998-02-09 07:11
Priority: 3
Message ID: F7B60640339FD111B0EE00005FBE708D
Conversation ID: Re[2]: IAL - 1998 REQUIREMENT

_____

Arjun:

What is our current price on PH-8079?  I assume it is $1900/mt CIF and that
we are simply trying to roll-over the price.  We should be increasing the
price from today's level by at least $100/mt, as we were successful in Europe
on getting an increase on PH-8079.

The netback to the USA is $1250/mt, which is below our variable cost.  It
makes no sense to continue the business at this price, unless we are really
long on HPA-X, which fortunately we are not.

Kevin

----------
From:  Samtani A (Arjun)                                    M 4522
Sent:  Monday, February 09, 1998 3:02 AM
To:    Dillan KW (Kevin)
Subject:  Re[2]: IAL - 1998 REQUIREMENT

***Message delivered from cc:Mail***

From:    ARJUN SAMTANI at UCAP
To:      ucarb/northameri/dillankw

Date: 2/9/98 2:58PM
Subject: Re[2]: IAL - 1998 REQUIREMENT
--------------------------------------------------------
          9-FEB-98

          KEVIN

          SORRY TO DISAPPOINT YOU BUT THIS RELATES TO IAL (CHEVRON SUB) FOR
          PM 8079. YOUR VIEW, PLEASE. FOR EDA $1900/CIF IS UNBELIEVABLE
          THOUGH WELCOME!!


          THANKS AND REGARDS
          ARJUN SAMTANI
_____ Reply Separator _____

Subject: RE: IAL - 1998 REQUIREMENT
Author:  ucarb/northameri/dillankw at MSMAIL
Date:    2/7/98 12:21 AM


Microsoft Mail v3.0 (MAPI 1.0 Transport) IPM.Microsoft Mail.Note
From: Dillan KW (Kevin)
To:  Samtani A (Arjun)
Subject:  RE: IAL - 1998 REQUIREMENT
Date: 1998-02-06 08:18
Priority: 3
Message ID: 39AC8B98549ED111B0EE00805FBE708D
Conversation ID: IAL - 1998 REQUIREMENT

-----------------------------------------------------------------
---

Arjun:

I assume this message is regarding the EDA requirement in India for India
Additives (fungicides).  If you are asking whether I'm O.K. with 1900/mt CIF

the answer is yes.  Of course I would always take a higher price!

I assume you are asking me this question in light of the message I sent
regarding the tightness of EDA in the marketplace.  If so, I don't see the
tightness affecting our plan for this account.

Kevin

-----------
From:  Samtani A (Arjun)
Sent:  Thursday, February 05, 1998 3:22 AM
To:  Dillan KW (Kevin)
Subject:  IAL - 1998 REQUIREMENT

          ***Message delivered from cc:Mail***
                                                        M 4523
From:    ARJUN SAMTANI at UCAP
To:      UCARB/NORTHAMERI/DILLANKW

Date: 2/5/98 3:18PM
Subject: IAL - 1998 REQUIREMENT

```
---------------------------------------------------------
```

5-FEB-98

KEVIN,

IF I RECALL CORRECTLY, WE DID DISCUSS THIS IN OUR LAST CONFERENCE
CALL. KEVIN ARE YOU STILL OK WITH THIS OR ARE THERE ANY FRESH
THOUGHTS?


BEST REGARDS
ARJUN SANTANI
_____ Forward Header
_____

Subject: IAL - 1998 REQUIREMENT
Author: VISA
Date:    2/4/98 1:11 PM


February 4, 1998

TO   :   ARJUN SANTANI

SUB  :   IAL
         1998 REQUIREMENT
         -----------------

The last date of submission of our offer is February 15, 1998 and
as per your advice, we are quoting them USD 1900/MT CIF Madras
D/A 180 days in Isotanks.

Arjun, I am still trying to find out what DOW CHEMICALS is going
to offer. In case I hear from them, I will let you know.

We hope we can go ahead. Please confirm.

Thanks & regards,

SHARAD MIRJI

--------------- End of text item ---------------
--------------- End of text item ---------------

M 4524

**28**

**Shrikant Naik**

| | |
|---|---|
| **From:** | "Ng P (Paul)" <ngp@ucarb.com> |
| **To:** | "Chan A (Alfred)" <chana@ucarb.com>; "Lam H (Heman)" <lamh@ucarb.com>; "Ong J (Jasmine)" <ongj@ucarb.com>; "Poh A (Albert)" <poha@ucarb.com>; "Thong J (James)" <thongj@ucarb.com>; "Ang BK (Benny)" <angbk@ucarb.com>; "Kumabe N (Naofumi)" <KUMABEN@ucarb.com>; "Ishino Y (Yutaka)" <ISHINOY@ucarb.com>; "Fonseca RN (Rocque)" <fonsecarn@ucarb.com>; "Lin LH (Li Hsiang)" <linlh@ucarb.com>; "Park YJ (Young Jin)" <parkyj@ucarb.com>; "Saksriviturach P (Prarakit)" <saksrip2@ucarb.com>; "Uy JL (Jackson)" <uyjl@ucarb.com>; <johns@unionchemicals.co.nz>; <chennai@megavisa.com>; <shrikant@megavisa.com> |
| **Cc:** | "Casazza JL (Jennifer)" <casazzjl@ucarb.com>; "Orens JD (Jeffrey)" <orensjd@ucarb.com> |
| **Sent:** | Monday, January 15, 2001 12:41 PM |
| **Subject:** | Polyox 2000 Sales Update By Market |

(Megavisa Chennai: S.A. Kumar)

Dear colleagues,

Per request from J.L. Casazza, can you please provide us with your year 2000 Polyox actual sales by market in the following table format? I have made some
modification on the table which include:

1) Estimate market share.

2) Growth rate.

2000 Actual Market Segment
MT USDM Estimate Market Share Percentage Growth Rate
Percentage
Adhesives
Fluorescent Lighting
Thermo Plastic
Paper
Personal Care
Others

For B.K. Ang, can you please provide Asia Pacific sales of Polyox to P&G through
Amerchol? I will request you to include these in the above table under Personal
Care.

Please send in this data by Jan 22, prior to Chinese New Year which will be a long
holiday in this region.

Regards,
Paul Ng
----------
From:  Casazza JL (Jennifer)
Sent:  Friday, January 12, 2001 10:49 PM
To:  Alicandu A (Alberto); Ng P (Paul); Mitter AB (Alex); Mayer PA (Patricia)
Cc:  Orens JD (Jeffrey)
Subject:  2000 sales update by market

Hi folks, it's that time of year again, where I'm sure we're all working on our end of the year reports.  For the purposes of updating our current POLYOX market position; need to request some 2000 data from you.  This data

1/16/01

M 2821

will also help us update our long range plan.
* Please provide to me your 2000 actual POLYOX sales, by market.
* Also, please advise our current market share % in your region, vs. direct competition, in each market.
* Unless otherwise advised, I will continue to use the market growth data for 01-05 that you all provided last May.  However, let me know if you now see any changes to the growth projected at that time.

Alex, in the past you've provided not only sales by market, but included key customers, which has been useful as we track sales to our largest WW customers.  Would appreciate it if you could do the same again.

Pat, can you get me the WW sales to P&G via Amerchol?

Also, as usual, it's important that you communicate any forecast or significant changes to volume on specific products, to insure our production and inventory matches up with customer needs.  In 2001, we will be working on reducing/refining our inventory, and on developing a product wheel. Thus, our ability to respond to surprises may not be as flexible as it has been in the past (but hopefully our ability to respond to plans will improve!).

Your response as soon as possible, but no later than Jan 30 would be appreciated.  As you might expect, I'd like to get this together before the merger madness begins, and certainly it will be needed for merger activities as well.

Thanks for you help!
Jennifer Casazza
POLYOX Product/Market Manager
Casazzjl@ucarb.com <Casazzjl@ucarb.com>
(203) 794-2878 phone
(203) 794-4885 fax

1/16/01

M 2820

JAN TO DEC 2000 ; POLYOX SALES.

## Polyox details

| Sr. No. | OUR REF. | CUSTOMER | PRODUCT | QTY KGS/LBS | QTY MT | TOTAL INVOICE | Application |
|---|---|---|---|---|---|---|---|
| 3 | SC/01/2000 | CARBORANDUM UNVE | POLYOX WSRN 80 | 140 | 0.064 | 1330 | Abrasive wheels |
| 7 | SC/09/2000 | CARBORANDUM UNVE | POLYOX WSRN-80 | 280 | 0.127 | 3080 | Abrasive wheels |
| 16 | SC/23/2000 | CARBORANDUM UNVE | POLYOX WSRN 80 | 420 | 0.191 | 4620 | Abrasive wheels |
| 6 | SC/08/2000 | MBT INDIA | POLYOX WSRN-301 | 420 | 0.191 | 2982 | Construcion |
| 15 | SC/22/2000 | FOSROC | POLYOX WSRN 301 | 140 | 0.064 | 1610 | Construcion |
| 1 | SC/16/2000-2 | GE LIGHTING | POLYOX 3000 | 980 | 0.445 | 9310 | Fluorescen tube |
| 2 | SC/03/2000 | GE LIGHTING | POLYOX WSRN 3000 | 980 | 0.445 | 8232 | Fluorescen tube |
| 10 | SC/16/2000-1 | GE LIGHTING | POLYOX 3000 | 980 | 0.445 | 9310 | Fluorescen tube |
| 11 | SC/18/2000 | GE LIGHTING | POLYOX 3000 | 560 | 0.254 | 5488 | Fluorescen tube |
| 14 | SC/20/2000 | MEGAVISA MARKETIN | POLYOX WSRN 3000 | 60 | 0.06 | 378 | Fluorescen tube |
| 23 | SC/31/2000 | GE LIGHTING | POLYOX WSRN -750 | 560 | 0.254 | 5152 | Razor blades |
| 4 | SC/06/2000 | MALHOTRA SHAVING | POLYOX COAGULAN | 560 | 0.254 | 5152 | Razor blades |
| 5 | SC/06/2000 | MALHOTRA SHAVING | POLYOX WSRN 750 | 1120 | 0.508 | 10640 | Razor blades |
| 8 | SC/15/2000 | MALHOTRA SHAVING | POLYOX COAGULAN | 1120 | 0.508 | 10640 | Razor blades |
| 9 | SC/15/2000 | MALHOTRA SHAVING | POLYOX COAGULAN | 1120 | 0.508 | 9184 | Razor blades |
| 12 | SC/19/2000-A | MALHOTRA SHAVING | POLYOX WSRN 750 | 1120 | 0.508 | 9184 | Razor blades |
| 13 | SC/19/2000-B | MALHOTRA SHAVING | POLYOX COAGULAN | 1120 | 0.508 | 4116 | Razor blades |
| 17 | SC/26/2000 | VIDYUT METALICS | POLYOX COAGULAN | 420 | 0.191 | 17136 | Razor blades |
| 18 | SC/25/2000 | VIDYUT METALICS | POLYOX COAGULAN | 2380 | 1.080 | 2576 | Razor blades |
| 19 | SC/28/2000 | MALHOTRA SHAVING | POLYOX WSRN 750 | 280 | 0.127 | 2576 | Razor blades |
| 20 | SC/28/2000 | MALHOTRA SHAVING | POLYOX COAGULAN | 280 | 0.127 | 2744 | Razor blades |
| 21 | SC/30/2000 | HARBANLAL &SONS | POLYOX WSRN 750 | 280 | 0.127 | 2744 | Razor blades |
| 22 | SC/30/2000 | HARBANLAL &SONS | POLYOX COAGULAN | 280 | 0.127 | 10976 | Razor blades |
| 24 | SC/32/2000 | VIDYUT METALICS | POLYOX COAGULAN | 1120 | 0.508 | | Razor blades |
| | | | Gr. Total | 13678.1 | 279.9029 | 1042273.1 | |

M 2822

| | lbs | kgs | value |
|---|---|---|---|
| abrasives | 140 | 0.064 | 1330 |
| | 280 | 0.127 | 3080 |
| | 420 | 0.191 | 4620 |
| A | 840 | 0.382 | 9030 |
| | | | |
| costruction | 420 | 0.191 | 2982 |
| | 140 | 0.064 | 1610 |
| B | 560 | 0.255 | 4592 |
| | | | |
| flugrescentTube | 980 | 0.445 | 9310 |
| | 980 | 0.445 | 8232 |
| | 980 | 0.445 | 9310 |
| | 560 | 0.254 | 5488 |
| | 140 | 0.06 | 378 |
| | 980 | 0.445 | 8232 |
| C | 4620 | 2.094 | 40950 |
| | | | |
| Razor Blade | 560 | 0.254 | 5152 |
| | 560 | 0.254 | 5152 |
| | 1120 | 0.508 | 10640 |
| | 1120 | 0.508 | 10640 |
| | 1120 | 0.508 | 9184 |
| | 1120 | 0.508 | 9184 |
| | 420 | 0.191 | 4116 |
| | 2380 | 1.08 | 17136 |
| | 280 | 0.127 | 2576 |
| | 280 | 0.127 | 2576 |
| | 280 | 0.127 | 2744 |
| | 280 | 0.127 | 2744 |
| | 1120 | 0.508 | 10976 |
| D | 10640 | 4.827 | 92820 |
| | | | |
| Gr.total | 16660 | 7.558 | 147392 |

INDIA POLYOX 2000 SALES

BY SPN
19/01/01

M 2823

**Polyox 2000 Sales Update by Market**

| Market | Volume (MT.) | Value (usd.) | ABP 2000 |
|---|---|---|---|
| Abrasives Wheels | 0.4 | 9.24 | 1 |
| Construction | 0.26 | 4.6 | 0 |
| Fluorescent tube | 2.09 | 41 | 3 |
| Razor Blade | 4.82 | 92.82 | 6 |
| Total | 7.57 | 147.66 | 10 |

29

**Subject: FW: DEG MARKET SURVEY**
 **Date:** Tue, 24 Aug 1999 00:33:28 -0400
 **From:** "Renzenbrink JO (John)" <renzenjo@ucarb.com>
 **To:** "'SHARAD MIRJI'" <mveplf@bom3.vsnl.net.in>

HELLO SHARAD.

# HELP!

I HATE TO DO THIS, HAVING BEEN ON THE RECEIVING END OF WHAT SEEMS TO BE TOO MANY OF THESE EMAILS, BUT I WILL BE IN TROUBLE WITH MY BOSS UNLESS I GET HIM SOME BASIC DATA ON MEG MARKET IN YOUR COUNTRY.

GEZA HAS TO PREPARE A PLAN TO PRESENT TO SOVIERO EARLY SEPTEMBER, SO I MUST HAVE THE DEG DATA TO HIM ASAP.

IF YOU DONT HAVE ALL THE DETAILS, PLEASE SEND WHAT YOU HAVE NOW, AND TRY TO FINISH IT OFF AS FAST AS YOU CAN.

PLEASE CALL ME IF YOU NEED TO DISCUSS ANY ISSUES.
THANKS VERY MUCH.
JOHN RENZENBRINK

DIRECT NUMBER 61-2-98160726 OR HANDPHONE 61-414-816072.

1 of 1

8 27 99 4 5

M 1457

**30**

[224] From: CATHERINE SEAH at UCAP 1/5/99 3:49PM (18678 bytes: 1 ln, 1 fl)
To: JOSOPRAWIRO.E (ENDANG JOSOPRAWIRO) at UCS-INDO, WILSON FOO at UCCS, VISA,
  CGKIM at UCCK, ALBERTO CUNANAN (CUNANAN.A) at UCPFE
Subject: SHIPPING FORECAST FOR EA - DEC 1998
-------------------------- Forwarded with Changes --------------------------
From: CATHERINE SEAH at UCAP 12/16/98 2:10PM (17855 bytes: 1 ln, 1 fl)
To: HEMAN LAM at UCASIAL, EDWARD CHAN at UCASIAL, JOSOPRAWIRO.E
  (ENDANG JOSOPRAWIRO) at UCS-INDO, WILSON FOO at UCCS, VISA, CGKIM at UCCK,
  FOO.MC at UCCMSB, ALBERTO CUNANAN (CUNANAN.A) at UCPFE, HSU.N (NORA HSU) at
  UCFC, JOHN RENZENBRINK at UCCAPL, THANABODYPATH.W (WISIT.T) at UCTHAI,
  SIRICHOOSUB.S (SUNEE.S) at UCTHAI
cc: ARJUN SAMTANI
Subject: SHIPPING FORECAST FOR EA - DEC 1998
-------------------------- Message Contents --------------------------
Text item  1: Text_1

     Folks,

     Appreciate your co-operation.  Need to send to Kevin Dillan the
     consolidated info by Jan 6.  Please let me have your input today.

     Thanks
     Catherine

_____ Forward Header _____
Subject: SHIPPING FORECAST FOR EA - DEC 1998
Author:  CATHERINE SEAH at UCAP
Date:    12/16/98 2:10 PM


     16-DEC-98

     TO:      HEMAN LAM/EDWARD CHAN          (HK/PRC)
              ENDANG J                       (IDO)
              WILSON FOO                      (SGP)
              SHARAD MIRJI
              C G KIM
              M C FOO
              ABET CUNANAN
              NORA HSU
              JOHN RENZENBRINK
              WISIT T/SUNEE S


     RE: SHIPPING FORECAST FOR EA - JAN 1999
     =========================================

     TEAM-MATES

     AS ADVISED EARLIER, WITH THE IMPLEMENTATION OF SAP, WE REQUIRE YOU TO
     PROVIDE US A 18-MONTH SHIPPING FORECAST EFFECTIVE JAN 1999.

     FOR YOUR PLANNING PURPOSES, I AM ATTACHING THE FORM.  PLS LET US HAVE YOU
     BEST GUESSTIMATES.  PLS INDICATE A "B" BESIDE PRODUCT NAME FOR BULK
     SHIPMENTS.

     YOU WILL CONTINUE TO PROVIDE THIS REPORT ON THE 2ND WORKDAY OF EACH MONTH
     YOUR JAN 1999 REPORT IS DUE HERE ON JAN 4.

     LOOK FORWARD TO YOUR CONTINUED SUPPORT AND CO-OPERATION.

     I WOULD ALSO LIKE TO TAKE THIS OPPORTUNITY TO WISH YOU AND YOUR FAMILY A
     MERRY X'MAS AND A HAPPY AND GOOD 1999.

M 2297

COUNTRY:    INDIA
SHIPPING FORECAST FOR ETHYLENAMINES (MT)
December 1998

| | SALES | ROLLING FORECAST | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dec-98 | Jan-99 | Feb-99 | Mar-99 | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | Jan-00 | Feb-00 | Mar-00 | Apr-00 | May-00 | Jun-00 |
| AEEA | | | | | | | | | | | | | | | | | | | |
| DETA CON | | | | 10.00 | | | 10.00 | 10.00 | 10.00 | | | | 10.00 | | | 10.00 | 10.00 | | 10.00 |
| DETA HP ** | 16.00 | | 16.00 | | | 16.00 | | | | 16.00 | | 16.00 | | | 16.00 | 16.00 | 16.00 | | 16.00 |
| EDA HP ** | | | | | | | | | | | | | | | | | | | |
| EDA UHP ** | | | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| HPA-X | | | | | | | | | | | | | | | | | | | |
| PIPERAZINE ANHYDROUS | | | 16.00 | 8.00 | 8.00 | 8.00 | 16.00 | 16.00 | 32.00 | 32.00 | 32.00 | 32.00 | 32.00 | 32.00 | 32.00 | 32.00 | 32.00 | 32.00 | 32.00 |
| PIPERAZINE 68% | 44.00 | 33.00 | 33.00 | 33.00 | 33.00 | 33.00 | 44.00 | 44.00 | 33.00 | 33.00 | 33.00 | 44.00 | 22.00 | 22.00 | 44.00 | 44.00 | 33.00 | 33.00 | 33.00 |
| PM 1969 | | | | | | | | | | | | | | | | | | | |
| PM 6079 | | | | 20.00 | | 20.00 | | 20.00 | | 20.00 | 20.00 | 20.00 | | 20.00 | | 20.00 | 20.00 | | 20.00 |
| TEPA | | | | | | | | | | | | | | | | | | | |
| TETA | | | | | | | | | | | | | | | | | | | |
| AMINE HH | | | | | | | | | | | | | | | | | | | |
| AEP | | | | | | | | | | | | | | | | | | | |
| PEHA | | | | | | | | | | | | | | | | | | | |
| TOTAL | 60.00 | 33.00 | 115.00 | 121.00 | 91.00 | 127.00 | 120.00 | 140.00 | 125.00 | 151.00 | 135.00 | 162.00 | 114.00 | 124.00 | 142.00 | 159.00 | 155.00 | 115.00 | 161.00 |

NOTE: *** Pls include (@ if this is a bulk shipment

1/6/98  OFFTX.XLS  FCFORM