**31**

**M D Kripalani**

| | |
|---|---|
| **From:** | M D Kripalani [kripalani@megavisa.com] |
| **Sent:** | Mittwoch, 7. März 2001 10:54 |
| **To:** | 'calcutta@megavisa.com'; 'delhi@megavisa.com'; 'venkatkumbham@yahoo.com'; 'niteen@megavisa.com' |
| **Subject:** | FW: Account Profiles - CRU - W&C Companies Databook 2000/2001 |

To : Anish,
    Rajat,
    Venkatesh
    Niteen

Please give your inputs in the prescribed format latest by 9th evening.

Regards,

M D Kripalani

Dear Moti-san

We have been asked to identify the key accounts in India and develop detailed account profiles for each of these major accounts. The format to be used is appended below. Appreciate your kind assistance to compile these and return the duly completed forms, immediately.

The Account Profile format is self explanatory as it comes with questions seeking your responses.

The blank CPT (Customer Partnership Team) Action format attempts to highlight some of the tactical issues that need to take place in the current year - this includes activities such as management visits and programs and projects that must take place during the current year. This document together with the Account Review document will be updated on an on-going basis whilst the Account Profile document is updated annually.

    <<Account Profile Format>>  <<BLANK CPT ACTION PLAN>>  <<ACCOUNT REVIEW FORMAT>>

If you need any clarification, please do not hesitate to contact me.
Sorry for the rush BUT that's becoming the way of life with Dow.

Thanks & regards
FSFoo

| Account Profile Format.doc | BLANK CPT ACTION PLAN.doc | ACCOUNT REVIEW FORMAT.doc |
|---|---|---|

1

M 1534

07.03.01

# Account Profile

### for

# Customer

### by

# F. S. Person

## Month 1999

M 1535

07.03.01

# Account Profiles
## General Format

### ACCOUNT BACKGROUND - EXECUTIVE SUMMARY

One page or less providing a background and an overview of the customer analyzed.

### 1. KEY PERSONNEL

Names and titles by location - decision maker, friend of DOW?

### 2. MANUFACTURING FACILITIES & CAPABILITIES (PROCESSES)

Brief description of capabilities, capacities and manufacturing locations.

### 3. BUSINESS SEGMENTS

What business segments are they participating in?

Table(s) showing current volumes and market shares by segment.

Verbiage describing any "alliances" with utilities.

### 4. SUPPLIERS AND MATERIALS USED

Table(s) with major products by supplier (by segment).

Verbiage could describe market perception of these products versus DOW's analogue.

Include any products for which DOW does not have analogues. e.g. hi-EVA, PP, and bi-modals.

Potential new suppliers and any special relationships.

How is their relationship with DOW - contentious, friendly, etc.?

### 5. TECHNICAL RESOURCES

R&D facilities, capabilities and strengths. Patent position and patent activities.

End-use activities.

LCR-February 1998          Union Carbide Corporation - Business Confidential          2

M 1536

07.03.01

## 6. SWOT ANALYSIS

How do we see their Strengths-Weaknesses-Opportunities-Threats by business and/or segment?

Anything about their competitive costs, e.g. depreciated equipment, new investments. etc..

How are they perceived by the end-user in the market place? Leader? Good service? Etc.?

## 7. PERCEIVED STRATEGIC DIRECTION AND GOALS

What are the short and long-term goals of the account?

What do we believe they will do short-term to realize these goals?

What actions have they taken in the market place that supports our perception?

How does their goals relate to DOW's in W&C market - conflicts?

## 8. CURRENCIES OTHER THAN PRICE

How do they like to do business with their suppliers, e.g. long-or short-term contracts. spot?

How do they view their product needs - specialties or commodities?

How do they view soft currencies, such as DTP, sidings, consignments, credit terms. etc.?

## 9. NEAR-TERM CONCERNS AND ISSUES

Competitive activities, contract issues, pricing activity, etc..

## 10. RECOMMENDATIONS AND OBJECTIVES

How best to deal with this account - management involvement, price, contracts, new technology. etc..

Provide critical objectives for the current year - less than 10.

## 11. ACTION PLAN - One page plan (The CPT plan) which is provided separately

As a separate page, provide an action plan showing - what is needed from various DOW functions - when it is needed and expected completion dates.

LCR-February 1998          Union Carbide Corporation - Business Confidential                    3

**M 1537**

07.03.01

Include product development efforts, management visits and dinners, customer entertainment, contract negotiations, technical meetings, seminars and anything else of importance that you can think off.

M 1538

07.03.01

| "ACCOUNT" CPT Action Plan | Target Date | Completion Date | Accountable Person(s) |
|---|---|---|---|
| Objectives: | | | |
| CPT Deliverables: | | | |
| Core Team Members: | | | |
| Sponsors: | | | |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |

M 1539

| Proj? 2001 | 2000 | 1999 | 1998 | 1997 |
|---|---|---|---|---|
| 11,400 MT | 3.5 MT | 3595 | 3578 | 2958 MT |
| **Finolex** # | # 4642 | # 2196180 | # 2515435 | # 27,43,150 |
| | | 1122 MT | 697 | 1304 |
| **Sterlite** # | 19,500 MT | # 698020 | # 437,300 | # 1289,440 |
| | | 1700 + 2873 | 68 + 44 | 2014 MT |
| **Birla Gr.** | | #1120640 + 1858865 | # 55760 + 54323 | # 1933575 |
| | 0.5 MT | 692 | 1013 | 944 MT |
| **UBL** | # 600 | # 418000 | # 681500 | # 857190 |
| | 183 MT | # 1097 MT | 1212 | 318 MT |
| **Nicco gr.** | | # 150,584 | # 780605 | # 930,815 | # 310537 |

112,06,40
185,88,65
29,795 05

34,27
94,80
19,04
147,5

55,760
+ 54,323
110,083
2873
+ 1700
4573

-68
-4
11

112,644
185,58

| | 775.500 | 725-750 | 725-750 | | | |
|---|---|---|---|---|---|---|
| Finolex — | 125 + 1000 | + 750 | +100 | = 1875 MT | ≈ | # 136,5625 |
| - Sterlite - | 500 + 1000 | + 600 | | = 2100 MT | ≈ | # 1547,500 |
| Nicco - | 750 + 500 | + 300 | | = 800 MT | ≈ | # 580000 |
| UBL - | 125 + 500 | + 400 | | = 1025 MT | ≈ | # 749,375 |
| Birla Gr. | 50 + 200 | + 500 | | = 750 MT | ≈ | # 546,350 |

| | 925-950 | | | LV | |
|---|---|---|---|---|---|
| | 850-950 | 850-960 | 1700-1725 | 975-1650 | 975-925 |
| Nicco - | 50 | 25 | | | 50 |
| Univ - | 50 | 25 | 50 | 100 |

8

**M 1540**

2 % 750          355500          387500          908°25

07.03.01

# Account Review
## F. S. Person

## 1. DOW Sales:

|  | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|
| DOW - MM# |  |  |  |  |  |  |
| DOW - $MM |  |  |  |  |  |  |
| Total - MM# |  |  |  |  |  |  |
| Total - $MM |  |  |  |  |  |  |

## 2. Supply Agreement:

| - Contract | Duration | Expiration | Dow Share |
|---|---|---|---|
|  |  |  |  |

## 3. Customer Strategy:

| 1. Profitability |  |
|---|---|
| 2. Market Share |  |
| 3. Growth |  |
| 4. Commodity |  |
| 5. Low Cost |  |
| 6. Product Breadth |  |
| 7. Differentiation |  |
| 8. Geography |  |
| 9. Other |  |

## 4. Key Issues:

| 1. |
|---|
| 2. |
| 3. |
| 4. |
| 5. |

M 1541

```
[700] From: CATHERINE SEAH 11/16/98 5:03PM (37711 bytes: 1 ln, 1 fl)
To: VISA
Subject: AMINES IMPORT DATA - INDIA
------------------------- Message Contents -------------------------
Text item  1: Text_1
```

*Copy given to AM*

```
   TO:        SHARAD MIRJI    EMAIL

   CC:        MOTI KRIPALANI  EMAIL
              AJAY MITTAL     EMAIL
              ARJUN SAMTANI   EMAIL

   RE: AMINES IMPORT DATA - INDIA
   ====================================

   SHARAD,

   WE HAVE REVIEWED YOUR DATA AND ATTACHED IS OUR PROPOSED FORMAT BY
   PRODUCT BY COUNTRY.  HOPE THIS IS ACCEPTABLE TO YOU AND YOU WILL
   UPDATE SUBSEQUENT MONTHS ACCORDINGLY (INSERT ROWS IF NECESSARY).

   REGARDS
   CATHERINE
```

amines import - india

| product/ source | port of discharge | customer | Jul-98 | | | Aug-98 | | |
|---|---|---|---|---|---|---|---|---|
| | | | date of clearance | Volume (MT) | cif price us$/mt | date of clearance | Volume (MT) | cif price us$/mt |
| **PIPERAZINE ANHYDROUS** | | | | | | | | |
| Belgium | Chennai | Aurobindo Pharma Ltd | Jul-09 | 15.20 | 3131 | | | |
| Belgium | Chennai | Aurobindo Pharma Ltd | Jul-24 | 15.20 | 3131 | | | |
| Belgium | Chennai | Dr Reddy's Labs Ltd | Jul-30 | 15.20 | 3131 | | | |
| | | *Total Belgium* | | 45.60 | | | | |
| Germany | Chennai | Dr Reddy's Labs Ltd | Jul-01 | 32.00 | 3266 | | | |
| Germany | Chennai | Dr Reddy's Labs Ltd | Jul-31 | 15.20 | 3131 | | | |
| Germany | Mumbai | Ranbaxy Labs Ltd | Jul-09 | 13.40 | 3466 | | | |
| | | *Total Germany* | | 60.60 | | | | |
| Japan | Chennai | Vorin Labs Ltd | Jul-10 | 5.76 | 2682 | | | |
| Japan | Chennai | Vorin Labs Ltd | Jul-15 | 11.52 | 2682 | | | |
| Japan | Chennai | Vorin Labs Ltd | Jul-27 | 11.52 | 2682 | | | |
| | | *Total Japan* | | 28.80 | | | | |
| Netherlands | Mumbai | Tamuk Pharma India Ltd | Jul-08 | 8.00 | 3415 | | | |
| Netherlands | Chennai | Siris Ltd | Jul-14 | 16.00 | 3212 | | | |
| Netherlands | Chennai | India Trading Corp/ Fleming Labs | Jul-20 | 8.00 | 3434 | | | |
| Netherlands | Mumbai | Ashok Agencies | Jul-21 | 6.40 | 3466 | | | |
| Netherlands | Chennai | Dr Reddy's Labs Ltd | Jul-22 | 32.00 | 3266 | | | |
| Netherlands | Chennai | Recon Ltd | Jul-27 | 8.00 | 3497 | | | |
| Netherlands | Mumbai | Mehta Pharmaceutical Inds. | Jul-27 | 4.00 | 3212 | | | |
| | | *Total Netherlands* | | 82.40 | | | | |
| U.K. | Chennai | Dr Reddy's Labs Ltd | Jul-24 | 15.20 | 3131 | | | |
| | | *Total U.K.* | | 15.20 | | | | |
| U.S.A | Chennai | Everest Organics Ltd | Jul-15 | 8.50 | 3466 | | | |
| U.S.A | Chennai | Everest Organics Ltd | Jul-30 | 8.50 | 3415 | | | |
| | | *Total U.S.A* | | 17.00 | | | | |
| | | **TOTAL PIPERAZINE ANHYDROUS** | | 249.60 | | | | |
| | | | Max Price | | 3497 | Max Price | | |
| | | | Min Price | | 2682 | Min Price | | |
| **EDA** | | | | | | | | |
| Japan | Mumbai | Indofil Chemicals Co | Jul-06 | 19.84 | 1273 | | | |
| Japan | Mumbai | Leo Chemoplast Pvt Ltd | Jul-06 | 7.20 | 1394 | | | |
| Japan | Mumbai | Indofil Chemicals Co | Jul-13 | 19.97 | 1273 | | | |
| Japan | Mumbai | Indofil Chemicals Co | Jul-16 | 19.60 | 1273 | | | |
| Japan | Mumbai | Indofil Chemicals Co | Jul-21 | 19.97 | 1273 | | | |
| Japan | Mumbai | Indofil Chemicals Co | Jul-27 | 19.58 | 1273 | | | |
| Japan | Mumbai | Indofil Chemicals Co | Jul-31 | 19.82 | 1273 | | | |
| | | *Total Japan* | | 125.98 | | | | |
| Sweden | Mumbai | Trident Industries | Jul-15 | 4.50 | 1590 | | | |
| Sweden | Mumbai | Noble Synthetics Ltd | Jul-16 | 5.04 | 1590 | | | |
| | | *Total Sweden* | | 9.54 | | | | |
| | | **TOTAL ETHYLENEDIAMINE (EDA)** | | 135.52 | | | | |
| | | | Max Price | | 1590 | Max Price | | |
| | | | Min Price | | 1273 | Min Price | | |
| **PIPERAZINE 65%** | | | | | | | | |
| Sweden | Mumbai | Gayatri Labs Pvt Ltd | Jul-20 | 10.39 | 2092 | | | |
| Sweden | Mumbai | Enzal Chemicals (India) Pvt Ltd | Jul-21 | 15.99 | 2100 | | | |
| | | *Total Sweden* | | 26.38 | | | | |
| | | **TOTAL PIPERAZINE 65%** | | 26.38 | | | | |
| | | | Max Price | | 2100 | Max Price | | |
| | | | Min Price | | 2092 | Min Price | | |
| **TETA** | | | | | | | | |
| Germany | Mumbai | Noble Synthetics Ltd | Jul-06 | 14.40 | 1594 | | | |
| | | *Total Germany* | | 14.40 | | | | |
| | | **TOTAL TRIETHYLENETETRAMINE (TETA)** | | 14.40 | | | | |
| | | | Max Price | | 1594 | Max Price | | |
| | | | Min Price | | 1594 | Min Price | | |
| **PEG 4000** | | | | | | | | |
| Germany | Mumbai | Hoechst Marion Roussel Ltd | Jul-01 | 2.00 | 2449 | | | |
| | | *Total Germany* | | 2.00 | | | | |
| | | **TOTAL PEG 4000** | | 2.00 | | | | |
| | | | Max Price | | 2449 | Max Price | | |
| | | | Min Price | | 2449 | Min Price | | |
| **PEG 6000** | | | | | | | | |
| Singapore | Mumbai | Johnson & Johnson Ltd | Jul-22 | 1.40 | 4062 | | | |
| | | *Total Singapore* | | 1.40 | | | | |
| U.S.A. | Mumbai | Johnson & Johnson Ltd | Jul-15 | 0.10 | 3053 | | | |
| | | *Total U.S.A* | | 0.10 | | | | |
| | | **TOTAL PEG 6000** | | 1.50 | | | | |
| | | | Max Price | | 4062 | Max Price | | |
| | | | Min Price | | 3053 | Min Price | | |
| | | **GRAND TOTAL** | | 429.40 | | | | |

**M 2401**

32

[1] From: VISA 2/10/99 10:27AM (62348 bytes: 9 ln, 1 fl)
To: CATHERINE SEAH
Subject: SHIPPING FORECAST FOR EA - FEB 1999
------------------------------ Message Contents ------------------------------
Text item  1:

        Attached is the Shipping Forecast for Ethyleneamines as of
        February, 1999.

        Apologise for delay in sending the same.

        Thanks & regards.


        SHARAD MIRJI

| | Feb |
|---|---|
| | 80 |
| | 18 |
| | 21 |
| | 20 |
| | 20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL | 21.60 | 106.80 | 146.00 | | | | 150 |

NOTE : ** Pls indicate (B) if this is a bulk shipment

2/10/99  02fd-ea.xls  FCT-FORM

M 2457

*(handwritten)* KIND ATTN : Ms. CATHERINE SEAH

**COUNTRY :**
SHIPPING FORECAST FOR ETHYLENAMINES (MT)
February 1999

| | SALES | ROLLING FORECAST | | | | | | | | | | | | | | | | |
| | Jan-99 | Feb-99 | Mar-99 | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | Jan-00 | Feb-00 | Mar-00 | Apr-00 | May-00 | Jun-00 | Jul-00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AEEA | | | | | | | | | | | | | | | | | | | |
| DETA COM | | | | | | | | | | | | | | | | | | | |
| DETA HP | | 16.00 | 16.00 | - | 16.00 | 16.00 | - | - | 16.00 | - | 16.00 | - | 16.00 | - | 16.00 | - | 16.00 | - | 16.00 |
| EDA HP (bulk) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| EDA HP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| EDA UHP | - | - | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | - | - | 80.00 | 80.00 | 80.00 |
| HPA-X | | | | | | | | | | | | | | | | | | | |
| PIPERAZINE ANHYDROUS | - | | 9.00 | 18.00 | 18.00 | 9.00 | 9.00 | 18.00 | 9.00 | 18.00 | 9.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 18.00 | 25.00 | 25.00 |
| PIPERAZINE 68% | 21.60 | 10.80 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 33.00 | 33.00 | 33.00 | 33.00 | 33.00 |
| PM 1969 | | 60.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | | | | | |
| PM 5079 | | 20.00 | - | 20.00 | - | 20.00 | - | 20.00 | - | 20.00 | - | 20.00 | - | 20.00 | - | 20.00 | - | 20.00 | - |
| TEPA | | | | | | | | | | | | | | | | | | | |
| TETA | | | | | | | | | | | | | | | | | | | |
| AMINE HH | | | | | | | | | | | | | | | | | | | |
| AEP | | | | | | | | | | | | | | | | | | • | |
| PEHA | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | 21.60 | 106.80 | 146.00 | 160.00 | 135.00 | 166.00 | 130.00 | 160.00 | 146.00 | 169.00 | 146.00 | 169.00 | 155.00 | 169.00 | 67.00 | 71.00 | 147.00 | 158.00 | 154.00 |

*NOTE : ** Pls indicate (B) if this is a bulk shipment*

2/1/099  02b-44.xls  PCT-FORM

M 2458

**COUNTRY :**
SHIPPING FORECAST FOR ETHYLENAMINES (MT)
February 1999

| | SALES | ROLLING FORECAST | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan-99 | Feb-99 | Mar-99 | Apr-99 | May-99 | Jun-99 | Jul-99 | Aug-99 | Sep-99 | Oct-99 | Nov-99 | Dec-99 | Jan-00 | Feb-00 | Mar-00 | Apr-00 | May-00 | Jun-00 | Jul-00 |
| AEEA | | | | | | | | | | | | | | | | | | | |
| DETA COM | | | | | | | | | | | | | | | | | | | |
| DETA HP | | 16 | 16 | | 16 | 16 | 16 | 16 | 16 | 16 | 16 | | 16 | | 16 | | 16 | | 16 |
| EDA HP (bulk) | — | — | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 40 | 40 | 60 | 60 | 60 | | | | | |
| EDA HP | — | — | | | | | | | | | | | | | | | | | |
| EDA UHP | | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | | | 20 | 20 | 20 |
| HPA-X | — | — | 9 | 9 | 18 | 9 | 9 | 9 | 9 | 18 | 9 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| PIPERAZINE ANHYDROUS | — | 108 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 33 | 33 | 33 | 23 | 33 |
| PIPERAZINE 68% | 21.6 | 60 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | | | | | |
| PM 1989 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | | | | | | | | |
| PM 6079 | | | | | | | | | | | | | | | | | | | |
| TEPA | | | | | | | | | | | | | | | | | | | |
| TETA | | | | | | | | | | | | | | | | | | | |
| AMINE HH | | | | | | | | | | | | | | | | | | | |
| AEP | | | | | | | | | | | | | | | | | | | |
| PEHA | | | | | | | | | | | | | | | | | | | |
| **TOTAL** | 21.6 | | | | | | | | | | | | | | | | | | |

NOTE : ** Pls indicate (B) if this is a bulk shipment

2/5/99  02FCT-EA.XLS  FCT-FORM

M 2459

**IPC SALES REPORT - TOTAL UCAP REGION (Including Japan)**
**for the PERIOD ended DECEMBER 1996**

### 4TH QUARTER 1996

| BY LOB | VOLUME | | | | VALUE | | | |
|---|---|---|---|---|---|---|---|---|
| | MT | % ABP | % LYR | % LQ | US$M | % ABP | % LYR | % LQ |
| Ethanolamines | 5,603.88 | 90.6% | 98.1% | 103.4% | 4,976.09 | 81.8% | 84.6% | 101.3% |
| Ethanolamines | 2,582.09 | 88.6% | 97.3% | 132.0% | 4,924.07 | 63.4% | 91.2% | 138.6% |
| Ethyleneamines | 748.32 | 98.0% | 110.8% | 112.0% | 934.18 | 91.2% | 103.5% | 108.8% |
| Carbowax & PEGs | 623.80 | 65.5% | 81.8% | 112.2% | 1,397.57 | 57.5% | 72.2% | 111.5% |
| Specialty Surfactants | 1,233.00 | 78.4% | 125.8% | 108.2% | 1,153.05 | 71.2% | 106.0% | 104.3% |
| Commodity Surfactants | 132.50 | 30.5% | 23.7% | 83.1% | 377.10 | 23.3% | 29.4% | 68.2% |
| Gas Treating (Ucarsol) | 434.64 | 70.1% | 60.1% | 97.9% | 798.72 | 57.3% | 59.1% | 77.7% |
| Ucons | 493.59 | 50.9% | 111.6% | 103.5% | 958.24 | 82.7% | 105.1% | 118.4% |
| Alkyl Alkanolamines | | | | | | | | |
| Heat Transfer Fluids | 3.80 | 50.9% | 16.8% | 404.3% | 12.17 | 69.6% | 38.7% | 605.5% |
| Deicers | | | | #DIV/0! | | | | #DIV/0! |
| TOTAL | 11,336.72 | 79.1% | 94.5% | 108.0% | 15,533.19 | 66.6% | 82.7% | 110.0% |

| BY COUNTRY | VOLUME | | | | VALUE | | | |
|---|---|---|---|---|---|---|---|---|
| | MT | % ABP | % LYR | % LQ | US$M | % ABP | % LYR | % LQ |
| Australia | 1,071.30 | 98.2% | 99.3% | 103.5% | 1,418.30 | 103.2% | 93.4% | 109.2% |
| Hong Kong | 529.47 | 128.2% | 106.3% | 99.0% | 792.82 | 127.0% | 92.0% | 94.2% |
| Indonesia | 368.49 | 33.7% | 70.8% | 104.1% | 384.52 | 22.1% | 51.7% | 83.4% |
| India | 65.56 | 7.6% | 12.2% | 12.1% | 103.29 | 6.3% | 14.7% | 18.5% |
| Korea | 888.49 | 64.1% | 96.3% | 163.3% | 1,261.49 | 55.7% | 68.4% | 112.0% |
| Malaysia | 444.87 | 87.1% | 58.1% | 158.8% | 486.67 | 71.6% | 46.4% | 163.6% |
| New Zealand | 403.96 | 133.3% | 113.3% | 94.7% | 371.57 | 91.7% | 83.9% | 81.8% |
| Philippines | 393.29 | 87.0% | 97.0% | 99.1% | 488.78 | 73.7% | 90.0% | 94.2% |
| PRC | 2,451.79 | 99.3% | 195.5% | 133.0% | 2,314.58 | 65.2% | 150.1% | 111.3% |
| Singapore | 989.15 | 94.3% | 100.5% | 167.0% | 1,438.24 | 88.1% | 95.4% | 233.1% |
| Sri Lanka | 20.45 | 72.4% | 83.0% | 144.3% | 19.44 | 34.1% | 53.4% | 100.5% |
| Taiwan | 1,223.89 | 86.7% | 86.0% | 86.0% | 1,316.57 | 68.6% | 70.7% | 86.1% |
| Thailand | 700.02 | 66.5% | 95.1% | 92.8% | 1,050.86 | 65.9% | 65.9% | 103.1% |
| Others | | #DIV/0! | | | | #DIV/0! | | |
| TOTAL (ex Japan) | 9,637.05 | 80.3% | 88.3% | 108.6% | 11,447.43 | 66.4% | 83.0% | 106.2% |
| Japan | 2,299.67 | 74.5% | 61.7% | 110.5% | 4,075.76 | 70.1% | 61.7% | 122.1% |
| TOTAL (incl Japan) | 11,336.72 | 79.1% | 94.5% | 109.0% | 15,533.19 | 66.6% | 82.7% | 110.0% |

### YEAR-TO-DATE

| BY LOB | VOLUME | | | VALUE | | |
|---|---|---|---|---|---|---|
| | MT | % ABP | % LYR | US$M | % ABP | % LYR |
| Ethanolamines | 21,495.40 | 88.0% | 102.1% | 20,290.23 | 84.6% | 91.3% |
| Ethanolamines | 9,344.85 | 62.7% | 66.5% | 18,190.08 | 58.7% | 64.3% |
| Ethyleneamines | 2,805.51 | 92.0% | 104.3% | 3,673.02 | 89.9% | 97.4% |
| Carbowax & PEGs | 2,478.64 | 65.6% | 73.5% | 6,069.87 | 62.8% | 68.8% |
| Specialty Surfactants | 5,146.33 | 81.6% | 98.7% | 4,613.18 | 74.3% | 81.0% |
| Commodity Surfactants | 1,373.59 | 75.8% | 73.4% | 5,632.67 | 82.1% | 69.6% |
| Gas Treating (Ucarsol) | 1,733.88 | 70.5% | 68.4% | 3,694.60 | 66.7% | 69.6% |
| Ucons | 1,732.38 | 78.5% | 92.2% | 3,232.52 | 72.7% | 83.1% |
| Alkyl Alkanolamines | | | | | | |
| Heat Transfer Fluids | 24.00 | 80.0% | 79.0% | 51.62 | 73.7% | 93.3% |
| Deicers | | #DIV/0! | | | #DIV/0! | |
| TOTAL | 46,134.56 | 78.0% | 88.3% | 65,647.99 | 71.0% | 77.7% |

| BY COUNTRY | VOLUME | | | VALUE | | |
|---|---|---|---|---|---|---|
| | MT | % ABP | % LYR | US$M | % ABP | % LYR |
| Australia | 4,346.50 | 88.0% | 101.4% | 5,699.20 | 103.7% | 96.5% |
| Hong Kong | 1,923.80 | 87.9% | 117.9% | 2,978.63 | 119.4% | 107.8% |
| Indonesia | 2,170.38 | 49.7% | 58.1% | 4,799.77 | 67.1% | 78.7% |
| India | 1,145.74 | 33.0% | 61.1% | 1,764.98 | 31.3% | 58.1% |
| Korea | 2,750.85 | 49.6% | 57.2% | 4,661.30 | 52.6% | 58.4% |
| Malaysia | 1,297.18 | 63.5% | 73.4% | 1,494.54 | 54.6% | 58.7% |
| New Zealand | 1,244.56 | 105.4% | 107.4% | 1,379.85 | 85.1% | 86.5% |
| Philippines | 1,638.62 | 88.2% | 113.4% | 2,205.67 | 83.1% | 84.3% |
| PRC | 8,619.39 | 87.3% | 129.7% | 8,749.74 | 61.8% | 92.3% |
| Singapore | 3,084.08 | 75.2% | 132.4% | 4,558.88 | 70.0% | 59.2% |
| Sri Lanka | 110.25 | 97.6% | 133.5% | 144.70 | 63.5% | 77.8% |
| Taiwan | 5,688.67 | 99.9% | 93.6% | 6,587.31 | 66.9% | 82.0% |
| Thailand | 2,865.68 | 85.9% | 92.3% | 4,344.27 | 88.8% | 87.9% |
| Others | 6.33 | #DIV/0! | 35.6% | 5.28 | #DIV/0! | 19.3% |
| TOTAL (ex Japan) | 36,782.11 | 77.4% | 89.4% | 49,395.30 | 70.6% | 77.3% |
| Japan | 9,352.45 | 80.2% | 84.0% | 16,252.09 | 72.6% | 78.9% |
| TOTAL (incl Japan) | 46,134.56 | 78.0% | 88.3% | 65,647.99 | 71.0% | 77.7% |

9654LOB.XLS  LOB (incl Japan)

1/12/98 10:23 AM

M 2468

**From:** Seah C (Catherine) <seahc@ucarb.com>
**To:** Lam H (Heman) <lamh@ucarb.com>; Chan E (Edward) <chane1@ucarb.com>; Lee A (Allan) <leea@ucarb.com>; Josoprawiro E (Endang) <josopre@ucarb.com>; Kim CG (Chang Gyoon) <kimcg@ucarb.com>; Foo MC (Mun Chuan) <foomc@ucarb.com>; Cruz BM (Babbette) <cruzbm@ucarb.com>; Hsu N (Nora) <hsun@ucarb.com>; Renzenbrink JO (John) <renzenjo@ucarb.com>; Thanabodypath W (Wisit) <thanabw2@ucarb.com>; Ohike K (Kazuaki) <OHIKEK@ucarb.com>; 'Sharad Mirji' <sharad@megavisa.com>
**Date:** Wednesday, September 29, 1999 4:24 PM
**Subject:** SHIPPING FORECASE FOR EA - OCT 1999

To:   Heman Lam/Edward Chan
      Allan Lee
      Endang Josoprawiro
      Sharad Mirji
      C G Kim
      M C Foo
      Babbette Cruz
      Nora Hsu
      John Renzenbrink
      Wisit Thanabodypath
      Ohike-san

### RE: SHIPPING FORECAST FOR EA - OCT 1999

Folks,

I am attaching the EA Forecast for Oct 1999 for your completion.

You will continue to provide a 18-month forecast for all EA products in the different modes, i.e. bulk, isotanks and drums.  **Pls note that when planning your 2000 forecast, it should be in line with the 2000 ABP.**

Please let be have your forecast by Oct 4.  Thanks.

<<10ea-fct>>
Regards
**Catherine Seah**

MS EXCHANGE email is Seah C (Catherine)
INTERNET email address seahc@ucarb.com
Fax No : (65) 225-1845
Tel No :  (65) 322-9989

10/4/99

M 2469

FINE AMINES SHIPPING FORECAST (ex USA) IN MT

OTHER 1999

COUNTRY: Austria

| Product | | Oct-1999 | Nov-1999 | Dec-1999 | Jan-2000 | Feb-2000 | Mar-2000 | Apr-2000 | May-2000 | Jun-2000 | Jul-2000 | Aug-2000 | Sep-2000 | Oct-2000 | Nov-2000 | Dec-2000 | Jan-2001 | Feb-2001 | Mar-2001 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AEEA | Bulk | | | | | | | | | | | | | | | | | | |
| | Isotank | | | | | | | | | | | | | | | | | | |
| | Drums | | | | | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | | | | | | | |
| DETA (COMM) | Bulk | | | | | | | | | | | | | | | | | | |
| | Isotank | | | | | | | | | | | | | | | | | | |
| | Drums | | | | | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | | | | | | | |
| DETA-HP | Bulk | | | | | | | | | | | | | | | | | | |
| | Isotank | | | | | | | | | | | | | | | | | | |
| | Drums | 15 | | 15 | 15 | 15 | 15 | | 15 | | 15 | | 15 | 15 | | | | | |
| | TOTAL | | | | | | | | | | | | | | | | | | |
| EDA-HP | Bulk | | | | | | | | | | | | | | | | | | |
| | Isotank | 140 | 80 | 60 | | 60 | 60 | 60 | | 80 | 80 | 100 | 100 | 120 | | | 40 | 60 | |
| | Drums | | | | | | | 40 | | | | 80 | 80 | 80 | | | | | |
| | TOTAL | | | | | | | | | | | | | | | | | | |
| EDA-UHP | Bulk | | | | | | | | | | | | | | | | | | |
| | Isotank | | | | | | | | | | | | | | | | | | |
| | Drums | | | | | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | | | | | | | |
| HPA-X | Bulk | | | | | | | | | | | | | | | | | | |
| | Isotank | | | | | | | | | | | | | | | | | | |
| | Drums | 16 | 16 | 16 | 16 | | | 16 | 16 | 16 | 32 | 16 | | 16 | | 16 | 16 | 16 | 32 |
| | TOTAL | | | | | | | | | | | | | | | | | | |
| HYDROUS | Bulk | | | | | | | | | | | | | | | | | | |
| | Isotank | | | | | | | | | | | | | | | | | | |
| | Drums | | | | | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | | | | | | | |
| PIP 98% | Bulk | | | | | | | | | | | | | | | | | | |
| | Isotank | | | | | | | | | | | | | | | | | | |
| | Drums | 44 | 44 | 33 | 33 | 33 | 33 | 44 | 33 | 44 | 33 | 33 | 44 | 44 | 44 | 33 | 33 | 44 | |
| | TOTAL | | | | | | | | | | | | | | | | | | |
| PM-1969 | Bulk | | | | | | | | | | | | | | | | | | |
| | Isotank | 80 | 40 | — | — | 40 | | 60 | | 40 | | 60 | 40 | 40 | 60 | | 40 | | 40 |
| | Drums | | | | | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | | | | | | | |
| PM-6079 | Bulk | | | | | | | | | | | | | | | | | | |
| | Isotank | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| | Drums | | | | | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | | | | | | | |
| TEPA | Bulk | | | | | | | | | | | | | | | | | | |
| | Isotank | | | | | | | | | | | | | | | | | | |
| | Drums | | | | | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | | | | | | | |
| TETA | Bulk | | | | | | | | | | | | | | | | | | |
| | Isotank | | | | | | | | | | | | | | | | | | |
| | Drums | | | | | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | | | | | | | |
| AMINE-HH | Bulk | | | | | | | | | | | | | | | | | | |
| | Isotank | | | | | | | | | | | | | | | | | | |
| | Drums | | | | | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | | | | | | | |
| AEP | Bulk | | | | | | | | | | | | | | | | | | |
| | Isotank | | | | | | | | | | | | | | | | | | |
| | Drums | | | | | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | | | | | | | |
| PEHA | Bulk | | | | | | | | | | | | | | | | | | |
| | Isotank | | | | | | | | | | | | | | | | | | |
| | Drums | | | | | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | | | | | | | |
| Grand Total | Bulk | | | | | | | | | | | | | | | | | | |
| | Isotank | | | | | | | | | | | | | | | | | | |
| | Drums | | | | | | | | | | | | | | | | | | |
| | TOTAL | | | | | | | | | | | | | | | | | | |

M 2470

33

[658] From: PAUL NG at UCAP 7/23/96 11:27AM (62883 bytes: 1 ln, 3 fl)
To: HEMAN LAM at UCASIAL, ALBERT WONG at UCASIAL, Chan A (Alfred) at UCASIAL,
 ZENG.V at UCGZCL, ALBERT POH at UCCS, Ong J (Jasmine) at UCCS, B.K.ANG at
 UCCMSB, JAMES THONG at UCCMSB, GARY HONSON at UCCAPL, ROCQUE FONSECA at
 UCCAPL, HSU.H (HAL HSU) at UCFC, Lin LH (Li Hsiang) at UCFC, SHSONG at UCCK,
 CGKIM at UCCK, YJPARK at UCCK, THANABODYPATH.W (WISIT.T) at UCTHAI,
 SAKSRIVITURACH.P (PRARAKIT.S) at UCTHAI, SUKSUPONSIRI.N (NONGNOOT.S) at
 UCTHAI, PETER SMITH (SMITH.P) at UCNZ, TONY MARINOVICH (MARINOVICH.T) at UCN
 JOHN SALMON (SALMON.J) at UCNZ, VISA, VISA MADRAS, JACKSON UY at UCPFE,
 BANDULA LIYANAGE (LIYANAGE.B) at UCLL, Matsumoto T (Tomio) at MSMAIL,
 Tayasu F (Fumio) at MSMAIL, Abe A (Atsushi) at MSMAIL, Nakagawa S (Shigeru)
 MSMAIL, Todoroki T (Takanobu) at MSMAIL, Kumabe N (Naofumi) at MSMAIL
Subject: 1999 ABP
----------------------------- Message Contents -----------------------
Text item 1: Text_1

          23 Jul 1998

          To :       H. Lam/A. Wong/A. Chan/V. Zeng
                     A. Poh/J. Ong
                     B.K. Ang/J. Thong
                     G.J. Honson/R. Fonseca
                     H. Hsu/L.H. Lin
                     S.H. Song/C.G. Kim/Y.J. Park
                     Wisit T./Prarakit S./Nongnoot S.
                     P. Smith/T. Marinovich/J. Salmon
                     M.D. Kripalani/S.A. Kumar/S.K. Dutta
                     J. Uy
                     B. Liyanage
                     T. Matsumoto/F Tayasu
                     A. Abe/S. Nakagawa/T. Todoroki
                     N. Kumabe

          Re :       1999 ABP

          Dear colleagues,

          It is about time we look into our 1999 ABP planning cycle.
          Dr. Joyce has sent out through his memo direction that we should
          minimize ABP planning process. Thus to make life simpler, I
          would like to suggest to you some recommended topdown volume for
          you to consider as 1999 ABP. Attached is the topdown volume (mt)
          by country by LOB (Control.xls). Please comment on whether you
          agree to this topdown volume or not. If you can accept a higher
          volume because of market situation, do not hesitate to come in
          with a higher volume than my suggested ones. We need every lb/kg
          we can sell on our products.

          On Amerchol, B.K. Ang will provide input to all affiliates except
          Japan of which Kumabe-san please provide me with your 1999 ABP
          volume and value.

          For Biocides, G.J. Honson will provide each country with
          breakdown except Japan of which T. Matsumoto should provide us
          with your 1999 ABP volume and value.

          For PXC products, I will provide topdown volume for all Asian
          countries except Japan since A. Abe is not yet familiar with our
          work process. Next year, Abe-san will provide topdown volume to
          all countries on PXC products.

          Your confirmation of acceptance or amendment to the topdown
          volume should be sent in to UCAP latest by Aug 28. The work
                                    -----------------

M 2886

process we will employ is as following:

1) UCAP provides template for affiliates to key in data (already established and attached - Aff.xls).

2) UCAP sends out topdown volume for affiliates to comment, accept or amend (by Aug 28).

3) UCAP endorse the revised volume per input from affiliates (by Sep 4).

4) Affiliates then generate their total country O&R based on approved volume and value (value developed by affiliate based on endorsed volume per step 3).

5) Affiliates then prepare the detailed 1999 ABP by product, both volume (mt) and value (USDM) and submit that using the template provided (Detail.xls).  This, I believe, needs to be completed by end Oct/early Nov 1998.

The affiliates in the region are quite familiar with this process.  Above is for UCJKK's better understanding of what has been the work process we employ in UCAP.  If UCJKK decides to develop their ABP starting from product details, this is still fine.  This means UCJKK can skip step 5 since your detailed ABP by product will have already been established during step 2 and 3 when you send in your amended ABP volume.

Regards,
Paul Ng

Note:  Please make sure you send in your input by template provided.  This will eliminate a lot of unnecessary retyping of numbers/input.

Regards,
Paul Ng

M 2887

Best 45

SP&P - 1998 ABP

| | AUS | HKG/PRC | IDO | IND | KOR | MAL | NZ | PHI | SGP | SRI | TAIWAN | THAI | TOTAL (EX JPN) | JPN | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CELLOSIZE (HEC)** | | | | | | | | | | | | | | | |
| MT | 170 | 320 | 450 | 180 | 140 | 400 | 45 | 75 | 250 | 20 | 210 | 480 | 2,740 | 450 | 3,190 |
| US$M | | | | | | | | | | | | | - | | - |
| **LANDERV** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | - | | - |
| US$M | | | | | | | | | | | | | - | | - |
| **LANOLIN** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | - | | - |
| US$M | | | | | | | | | | | | | - | | - |
| **MEG** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | - | | - |
| US$M | | | | | | | | | | | | | - | | - |
| **P-UCON** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | - | | - |
| US$M | | | | | | | | | | | | | - | | - |
| **PCAREOTHER** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | - | | - |
| US$M | | | | | | | | | | | | | - | | - |
| **PROMULGEN** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | - | | - |
| US$M | | | | | | | | | | | | | - | | - |
| **UCARE** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | - | | - |
| US$M | | | | | | | | | | | | | - | | - |
| **WSP** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | - | | - |
| US$M | | | | | | | | | | | | | - | | - |
| **TOTAL AMERCHOL** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | - | | - |
| US$M | | | | | | | | | | | | | - | | - |
| **BIOCIDE** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | - | | - |
| US$M | | | | | | | | | | | | | - | | - |
| **ENB** | | | | | | | | | | | | | | | |
| MT | | 160 | | 80 | 510 | | | | | | | 750 | | 800 | 1,550 |
| US$M | | | | | | | | | | | | | - | | - |
| **KETONE** | | | | | | | | | | | | | | | |
| MT | 5 | 1,500 | | 250 | 85 | | 1 | | | 70 | | 1,891 | | 50 | 1,941 |
| US$M | | | | | | | | | | | | | - | | - |
| **POLYOX** | | | | | | | | | | | | | | | |
| MT | 12 | 30 | 5 | 10 | 25 | 8 | 2 | | 1 | | 25 | 3 | 121 | 100 | 221 |
| US$M | | | | | | | | | | | | | - | | - |
| **RPM** | | | | | | | | | | | | | | | |
| MT | 20 | | | | | | | | | | | 20 | | | 20 |
| US$M | | | | | | | | | | | | | - | | - |
| **ACROLEIN DERIVATIVES** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |

7/28/98 11:53 AM

M 2888

**SP&P - 1998 ABP**

| | AUS | HKG/PRC | IDO | IND | KOR | MAL | NZL | PHL | SGP | SRI | TAL | THA | TOTAL (EX JPN) | JPN | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CARBOXYL** MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **COPOLYMER** MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **HYDROXYL** MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **RECMEDIA** MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **TOTAL SVR** MT | 200 | 1,218 | 110 | 500 | 2,100 | 180 | 22 | 70 | 230 | 18 | 350 | 200 | 5,198 | 2,065 | 7,263 |
| US$M | | | | | | | | | | | | | | | |
| **CAE** MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **PHOTOINT** MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **TONEDIOL** MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **TONEMONO** MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **TONEPOLY** MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **TONETRIOL** MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **XLINKER** MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **TOTAL PXC** MT | 50 | 30 | | 25 | 450 | | 2 | | 20 | | 400 | 5 | 982 | 1,800 | 2,782 |
| US$M | | | | | | | | | | | | | | | |
| **EPO** MT | | 500 | | | 30 | | 30 | | | | 100 | | 660 | 15 | 675 |
| US$M | | | | | | | | | | | | | | | |
| **OTHERS** MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **TOTAL SP&P OTHERS** MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **GRAND TOTAL** MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |

CONTROL.XLS

7/26/99  11:03 AM

M 2889

SP&P  - 1998 ABP

| | AUS | HKG/PRC | IDO | IND | KOR | MAL | NZL | PHI | SGP | SRI | TAI | THAI | TOTAL (EX JPN) | JPN | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CELLOSIZE (HEC)** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **LANDERV** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **LANOLIN** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **MEG** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **P-UCON** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **PCAREOTHER** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **PROMULGEN** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **UCARE** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **WSP** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **TOTAL AMERCHOL** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **BIOCIDE** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **ENB** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **KETONE** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **POLYOX** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **RPM** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |
| **ACROLEIN DERIVATIVES** | | | | | | | | | | | | | | | |
| MT | | | | | | | | | | | | | | | |
| US$M | | | | | | | | | | | | | | | |

M 2890

SP&P - 1998 ABP

| | AUS | HKG/PRC | IDO | IND | KOR | MAL | NZL | PHI | SGP | SRI | TAI | THA | TOTAL (EX JPN) | JPNS | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CARBOXYL** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |
| **COPOLYMER** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |
| **HYDROXYL** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |
| **RECMEDIA** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |
| **TOTAL SVR** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |
| **CAE** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |
| **PHOTOINT** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |
| **TONEDIOL** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |
| **TONEMONO** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |
| **TONEPOLY** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |
| **TONETRIOL** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |
| **XLINKER** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |
| **TOTAL PXC** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |
| **EPO** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |
| **OTHERS** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |
| **TOTAL SP&P OTHERS** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |
| **GRAND TOTAL** MT | | | | | | | | | | | | | | | |
| USSM | | | | | | | | | | | | | | | |

M 2891

| SP&P - 1998 ABP | | | |
|---|---|---|---|
| COUNTRY : | | | |
| | | | |
| | | | |
| PRODUCT GROUP | PRODUCT NAME | VOLUME MT | VALUE US$M |

M 2892

34

[249] From: ARJUN SAMTANI 1/7/99 12:28PM (835 bytes: 1 ln)
To: VISA
Subject: AS/2888/99/ZH   INDOFIL
---------------------------- Message Contents ----------------------------

Ref    :    AS/2888/99/zh         7-Jan-99

To     :    Sharad Mirji

Cc     :    Moti Kripalani
            Ajay Mittal

Re     :    INDOFIL
            ==================

Sharad,

I had a conference call with Danbury last night. We
definitely need the 1000MT business with Indofil. I am
willing to be more flexible on price/terms if need be.
Please revert back to me ASAP next week. I would like to
decide by Jan 13 if possible.


Best Regards
Arjun Samtani

M 4368

**35**

[674] From: RONNIE TAN at UCCMSB 12/24/97 2:44PM (1649 bytes: 1 ln)
To: M A CRUZ at UCPFE, SIRICHOOSUB.S at UCTHAI, SRITANASAN.T at UCTHAI,
    THANABODYPATH.W at UCTHAI, HEMAN LAM at UCASIAL, EDWARD CHAN at UCASIAL,
    EDDIE FUNG at UCASIAL, HSU.N (NORA HSU) at UCFC, SHSONG at UCCK, CGKIM at
    UCCK, JAMES THONG, VISA at UCAP, JOSOPRAWIRO.E at UCS-INDO, JOHN RENZENBRI
    at UCCAPL, ZENG.V at UCGZCL, BANDULA LIYANAGE at UCLL, DASSANAYAKE B.M. at
    UCLL, ALBERTO CUNANAN at UCPFE, WILSON FOO at UCCS, PETER SMITH at UCNZ,
    TONY MARINOVICH at UCNZ, JOHN SALMON at UCNZ
Subject: CALL REPORTS/KEY CUSTOMERS
------------------------------ Message Contents ------------------------------
Folks,


The Danbury Managers would like to be more aware of what is happening at
our key customers and would like have more information on a regular
basis rather than the occasional e-mails.
Therefore starting January 1998, I would like all of you to make a
report of call on your key customers  each time you call on  them
( both local and MNC's eg Colgate/Unilever/P & G & others etc) and to
be sent to me for Carbowax Pegs,Specialty Surfactants and Commodity
Surfactants & Sentry Products.

I do not require a lengthy report of call: just a couple of lines to
report key items or issues discussed and action items to be taken ( if
any) in the following format:-

  - Date

  - Name of company

  - Present  ( attendees at the meeting) ____

Key Items discussed
-------------------
  -
  -                    -
  -
etc

Action items
------------
  -
  \
etc



rgds,
R.Tan

36

[911] From: DICKY LEUNG at UCAP 10/23/98 9:32AM (5410 bytes: 1 ln)
To: JOHN RENZENBRINK at UCCAPL, DAVID ADAMSON at UCCAPL, HEMAN LAM at UCASIAL,
   ALBERT WONG at UCASIAL, EDWARD CHAN at UCASIAL, VISA, JNLEE at UCCK,
   LIM MUN CHONG, ALBERTO CUNANAN (CUNANAN.A) at UCPFE, ANDREW ROBERTSON at UCP
   FOO.MC at UCCMSB, ALICE LAU at UCCS, Wu K (Keith) at UCFC, THANABODYPATH.W a
   UCTHAI
Subject: Glycol Ether/Brake Fluid Update
--------------------------- Forwarded with Changes -------------------------
From: ucarb/northameri/tornowds at MSMAIL 10/23/98 1:29AM (5813 bytes: 146 ln)
To: DICKY LEUNG at UCAP
Subject: Glycol Ether/Brake Fluid Update
--------------------------- Message Contents -------------------------

FYI

                              Forward Header
--------------------------------------------------------------------------
Subject: Glycol Ether/Brake Fluid Update
Author: ucarb/northameri/tornowds at MSMAIL
Date:   10/23/98 1:29 AM


Microsoft Mail v3.0 (MAPI 1.0 Transport) IPM.Microsoft.Mail.Note
       : Tornow DS (David)
       n
Subject: Glycol Ether/Brake Fluid Update
Date: 1998-10-22 12:21
Priority: 3
Message ID: 9122C44C1869D2119A8E00805FBE20B7
Conversation ID: Glycol Ether/Brake Fluid Update

--------------------------------------------------------------------------

The Glycol Ethers and Brake Fluids business continued its improvement vs.
last year in September.  U.S. Area volume is up to 98% of '97 YTD; Ex-U.S.
Area volume is at 90% of last year to date.  Our Earl of EBIT (Tom Dalton)
reports that earnings for the business are significantly ahead of last year,
benefiting from lower raw material costs and well-controlled manufacturing
costs.

The outlook for the last quarter of the year is favorable relative to last
ye .  Asian sales are picking up steam; The UCLASA region is growing fast;
ar  October volume is looking strong in the US.  Europe reports a slackening
o. emand in recent weeks, and lots of competitive activity due to slow
demand from Russia and parts of Eastern Europe in particular.  Overall,
volume should come close to last year's levels in spite of some economic
turmoil, and earnings will meet or exceed planned levels.

Butyl Glycol Ethers demand and our sales in North America continue to be
ahead of last year, especially on Butyl CELLOSOLVE Solvent.  We trail in Asia
versus last year, but Dicky and his troops are catching up fast.  U.S.
pricing continues under pressure--Dow's net/net program, and confusion at
Equistar (formerly Oxy) leading to some surprising price movement at some
accounts.  In Europe, Equistar imports are causing weakness, at a time when
US$ equivalent prices should be on the upswing with a stronger DM.  We are
raising prices in Asia--currency related moves that should be successful.

Methyl CARBITOL Solvent is the key to success in the Methyls segment.  U.S.
sales are down due to the government's rolling some of our former direct
business into their annual contract with Ashland/Oxy.  European sales have
improved 24% over last year.  As the North American sale force knows, we are
being competitive (okay, aggressive) on supports with distributors to make up
ground.  And this is working.

SC Johnson is the key to our CARBITOL Solvent business.  Pam Pratt has

ompleted a successful negotiation with SCJ which gives us an overall 80% share of their glycol ether requirements for the next two years--this will help.  We'll finish 1998 at volume levels close to last year in the U.S., and ahead in other parts of the world.

Three of our higher value glycol ethers need some attention in the U.S. Overseas, our sales of Butyl CARBITOL Acetate, Butyl CELLOSOLVE Acetate, and UCAR Ester EEP are ahead of last year by significant amounts.  In the U.S., we continue to lag.  BADLY.  In September, sales improved vs. LY; we need that momentum to continue.  Thanks to Dennis Finnegan for bringing in 250M lbs. of new BuCsAc at Gage products; to Tom Harris, whose dogged pursuit of the Dexter business has yielded a return of EEP and BuCbAc business; to Randy Dievendorf, for new EEP business through Ashland; and to Jack Meister and Charlie Black for pushing hard at Chemcentral and Ashland HQ.

I'll have another e-mail to you shortly concerning the new BuCbAc and BuCsAc literature, and plans to help create some demand.  Please keep pressing hard at distributors for more business--that's where the most busines is uncommitted.  For some of the larger coatings accounts, we'll be aggressive during our negotiations for 1999 business.

Our worldwide Brake Fluids business is ahead of last year by 5%, thanks largely to great work done in the UCLASA region to grow our share.   U.S. sales are behind LY by some 1MM lbs. in total (93%), but these are forecasted to actually exceed LY by the end of this year.

I will remain chained to my desk for the next two weeks as SAP cutover approaches.  Please call me if you need help focusing on the customers and making our sales grow as we need them to.  Thanks for your help so far, too.

Dave Tornow (Prince of Pounds)

M 1446