**37**

[631] From: UCARB/SINGAPORE/LEUNGD at MSMAIL 9/28/99 9:21AM (58126 bytes
, 2 fl)
To: ANDREW ROBERTSON at UCNZ, VISA at UCAP, ALBERTO CUNANAN at UCPFE
Subject: FW: 9.27.99: October 1, 99 Oxo Increases
----------------------------- Message Contents ---------------
Text item 1:

Microsoft Mail v3.0 (MAPI 1.0 TransportA) IPM.Microsoft Mail.Note
From: Leung D (Dicky)
To: Adamson, David
    Beppu, Yozo
    Chan, Edward
    Cunanan A (Alberto)
    Foo, Mun Chuan
    Lam, Heman
    Lee, Jaë Neung
    Lim, Mun Chong
    MegaVisa Bombay
    Renzenbrink, John
    Robertson A (Andrew)
    Sim, Alice
    Thanabodypath, Wisit
    Wu, Keith
Subject: FW: 9.27.99: October 1, 99 Oxo Increases
Date: 1999-09-27 20:14
Priority: 3
Message ID: CC377CA39F74D31184A80008C75DE16D
Attachments:
    OXO4Q9~1.XLS
    10199I~1.DOC

----------------------------------------------------------------

Folks,

Please find the attached msmail for your reference.  We found BASF/ Celanese
were following the USD110/MT price increase on BUOH very well.

Keep selling but keep your selling prices high,

Dicky Leung
MS cIL ADDRESS: LEUNG D (DICKY)

----------
From:  Holahan PE (Patricia)
Sent:  Tuesday, September 28, 1999 12:02 AM
To:  Morales A (Angel); Copeland EC (Rick); Cagle GV (Galyn); Iwaskow GM
(George); Jones RC (Rand); Stephens R (Rich); Bodnar WJ (Bill); Hurray CA
(Carol); Fields CS (Carolyn); Henderson CE (Cynthia); Tyson DJ (Donna);
Schultz JK (Joni); Lively NB (Nancy); Gelfand TI (Teri); Keel AT (Tison
A (Atsushi); Leung D (Dicky); Perkin G (Granville); Stokoe JE (John); Bravo M
(Mariano); Fatoux P (Patrick); White TF (Tom); Papa TD (Tony - Canada); Beppu
Y (Yozo); Mueller WH (Bill - HCC); Bergonzi FP (Frank); Batt JM (Jim); Flynn
JF (Jim); Grospitz LH (Linton); Mencia LF (Luis); Marinaccio M (Michael)
Williams ME (Michael); Casey MM (Mike); Wyhs NA (Neal); Calder RS (Robert)
Fitzgerald RF (Ron); Glantzberg WD (Bill); Shelton AT (Andrea); Barton BK
(Bert); Black CP (Charlie); Kantor DC (David); Finnegan DR (Dennis); Clark GT
(Ted); Speir EJ (Eddie); Schroeder FB (Buster); Cashel FJ (Frank); Gerety GA
(Gwen); Short HM (Harry); Meister JS (Jack); Tucker JL (Jan); Bates JD
(Jeff); Ashworth JL (Jim); Pichiarello JV (Co Ann); Potter KA (Keith);
Kilelee KE (Kevin); Crim LM (Lora); Mendez M (Marcia); Oliver MC (Mark); Reed
MA (Mike); Pacala NO (Nadine); Richard-Jordan NL (Nennette); Pratt PK (Pam)
Dievendorf RR (Randy); Lipinsky RH (Reed); Guajardo RS (Robert); DeJesus R
(Roberto); Griffiths RV (Ruth); Reynolds ST (Steve); Harris T (Tom); Perry WP

Acosta G (Giovanna); Rivera GL (Beto); Vrabel ME (Mary); Kava
cy); Batt JM (Jim); Holahan PE (Patricia)
Chu AH (Andy); Cox IB (Blair - SC); Moore JD (Danny); Mille DJ
Aow DS (David); Fysh DH (Don); Canfield DC (Doug); Logsdon JE (Jack
rris JD (JD); Bryant JP (John); Doescher ML (Marilyn); Vrabel ME (Ma
Dicks SC (Sheralee); Lewis TL (Tom); Hoffmann U (Ulf); Fraga EA (Eduar
Jeffe FW (Frank); Pignone PG (Paul); Meadow SJ (Steve); Dalton TR (Tom
Subject:  9.27.99: October 1, 99 Oxo Increases

[[ OXO4Q9~1.XLS : 291 In OXO4Q9~1.XLS ]]
[[ 10199I~1.DOC : 292 In 10199I~1.DOC ]]


Thanks to many of you who have helped clarify what the competitors hav
announced. We need to make two changes.  The UCAR Filmer IBT increase
be rescinded and the Propionic will be decreased from $.04 to $.03/lb.
 Letters to Customers and Distributors are going out today; a copy is
above. Also above is the updated version of my "North American" price
increase grid.  At this point we have enough evidence to presume that
increases will be competitive.

See below if you have Propionic price problems vis a vis Celanese -- w
tr  to ignore them ... see the rationale below.

Also see below if you are still trying to sell the C5 increases (alcoh
acids, aldehydes). I provided supplemental rationale that should help
careful not to sell these simply on cost increases.


P.E. (Pat) Holahan
Danbury  203-794-2669


----------
From:  Holahan PE (Patricia)
Sent:  Friday, September 24, 1999 1:31 PM
Subject:  9.24.99: HELP October 1, 99 Oxo Increases


Thanks to info from a few more of you we have more info now, but still
big discrepancies.


Ne  conclusions:
* The oxo alcohols look solid at $.05/lb
* Looks like Eastman did go up on 2EH acid and they went $.05 (we went
* We'll rescind IBT increase next week after the rest of the increases
clarified, at this point I think that is my only revision, except not
about the full $.04 on pr acid
* Prop acid. Think East went up $.03 (we went $.04), and there are
conflicting reports about Celanese, including some that claim they wil
no increase. Please continue to report all evidence of any competitor
increase on propionic including East, Cel, BASF and BP
* Let me state in advance that we have no intention to follow any pric
from Celanese on propionic acid. DO tell this to customers as well. I
important that they understand this and why.  Celanese produces a mea
15MMlbs per year, no more. That is less than many of the big customers
entire requirement. Celanese will not be able to spread their volume
effectively over many accounts. If they choose to tier price at a lowe
level, so be it. We will need to keep an eye on Eastman, as they are
larger and they represent a real threat to us. In this light, if we de
clearly that Eastman went up $.03, instead of our $.04/lb we will rev
that level.  On Celanese it is important to understand and explain to
customers that Celanese does not have a strong or strategic prop in
business. They produce prop acid as a by-product to acetic acid. Pa
This is using the old butane oxidation route for acetic, not methanol

M 1255

ation. Because this process is one that they will not expand for
they are capped at 15MMlbs. Their similar, but smaller plant
con AL is being bul-dozed and replaced with methanol carbonlatio
not make prop acid from ethylene as does UCC, Eastman, and et a
SF with their old Reppe route that they practice in Germany.
make it from hydrocarbons, all of which are moving up. Bottom l is
Celanese has a little by-product business that they don't pay to muc
attention to. They found themselves with a containment problem Se
and in effort to move a few rail cars (10) they have perhaps ma d
that we feels makes no sense for us to follow.  Incidently, we
ignore BASF and BP as far as price announcements for the US mar
report them.

P.E. (Pat) Holahan
Danbury  203-794-2669

----------

M 1256

m   2: OXO4Q9~1.XLS 9/27/99 20:14

M 1257

.m  3: 10199I~1.DOC 9/27/99 20:14

M.

M 1258

|  | UCC | Eastman | Celanese | Shell | BASF | BP | Aristech |
|---|---|---|---|---|---|---|---|
| Butanol | 0.05 | 0.05[1] | 0.05 | 0.05 | 0.05 | | |
| Isobutanol | 0.05 | 0.05[1] | 0.05 | 0.05 | 0.05 | | |
| 2Ethylhexanol | 0.05 | 0.05[1] | 0.05[3] | 0.05 | 0.05 | | 0.05[3] |
| Propanol | 0.05 | 0.05[1] | 0.05 | | | | |
| Propionaldehyde | 0.05 | 0.05[1] | 0.05 | | | | |
| Butyraldehyde | 0.05 | 0.05[1] | 0.05 | | | | |
| 2EH Acid | 0.04 | 0.05[5] | (note 8) | | | | |
| Propionic Acid | 0.03[11] | 0.03[1] | 0.03[4] | | (note 6) | (note 7) | |
| Valeric Acid | 0.04 | | (note 8) | | | | |
| Isopentanoic Acid | 0.04 | | | | | | |
| Valderaldehyde | 0.03 | | | | | | |
| Primary Amyl Alcohol | 0.03 | | | | | | |
| n-Pentanol | 0.03 | | | | | | |
| 2 Methyl Butanol | 0.03 | | | | | | |
| UCAR Filmer IBT | 0.00[10] | 0.00[2] | | | | | |

Notes (1) Quite a few reports, plus saw cc of the Eastman fax
(2) Several reports of no increase, info looks accurate
(3) One report, they market only selectively in US
(4) One increase report only CC/C, Cedar & Ashland say no increase; need more info
(5) The Eastman fax says $.05, but several oral reports also say $.04, maybe they are revising to meet UCC
(6) BASF is small importer to USA: CC/Char no increase USA?, CMR says yes for Eur
(7) BP is small importer to USA, price announcements unknown
(8) Cel is very small importer to USA, price announcements unknown, Ash

M 1259



HQ says no
increase??
(9) One report,
Ashland direct
basis, resins
group
(10) UCC
originally
announced
$.03/lb off sched,
rescinded to
meet competition
(11) UCC
originally
announced
$.04/lb off sched,
reduced to $.03
to meet
competition

M 1260

38

**UNION CARBIDE CORPORATION**
39 Old Ridgebury Road, Danbury, CT 06817-0001
Marketing Communications

James P. Haman                                    (203)794-2825
Manager                                    FAX:  (203)794-3170

3 January 1997

To:    A. Arora
       MegaVista
       Fax 91-22-493-1415
Cc:    E.Q. Jimenez
       Fax 632 817 0785
Re:    Literature, Photos, Shipping Box for W&C India

Ashish,

        Sorry for the delay in responding to all of the faxes in the past.  There are so
many people working on this project it is hard to keep track of everything.

        I am shipping out today (Friday) 5 photographs for you to use in the booth.
They are both informative and decorative for the back wall.  You will have to frame
them or use velcro to attach to the walls.

        The literature order went to our storage house today.  I believe they will
send the shipment out on Tuesday of next week (7 Jan) and it should arrive early
the week of the 13th.

        The scaled down model of the UNICLEAN shipping box is being handled by
someone in Weston Canal who is currently still on vacation.  I will let you know
when to expect it and the bag liners also.

        All shipments are being sent by Airborne Express Overnight.  You might
alert their local office to expect and expedite the shipments.

Through forwarder
R.O. Rogers.
To facilitate clearance & customs

Regards and Happy New Year,

Jim Haman

M 4585

**39**

**M D Kripalani**

| | |
|---|---|
| From: | Jimenez EQ (Noli) [jimeneeq@ucarb.com] |
| Sent: | Mittwoch, 29. November 2000 07:37 |
| To: | 'Richie Lloyd - RJ Plastics'; 'Megavisa Singapore'; 'Megavisa-Moti Kripalani' |
| Cc: | 'Megavisa-Niteen Nagine'; 'Megavisa-Monachan P'; 'Megavisa Calcutta'; 'Megavisa New Delhi' |
| Subject: | RCRM Action |

ATT00004.html     Dist Policy and Checklist 1.pp...     To: Sanjiv S.

Dear Folks,

I am not sure if you have received attached Responsible Care Distributor/Reseller Policy and Self Assessment Form.

<<Dist Policy and Checklist 1.ppt>>

Please review them & provide me copy of your response to the self-assessment form.

By the way,Are you providing MSDSs and its' upadted versions to your customers? Please confirm.

Thanks/Regards
Noli

1

M 4555



# UNION CARBIDE CORPORATION

## Responsible Care®
## Distributor/Reseller Policy

As a member of the U.S. Chemical Manufacturers Association (CMA), and other similar organizations outside of the U.S., Union Carbide Corporation is committed to the Responsible Care® initiative.

This means we will work with out distributors/resellers to foster the safe storage, handling, distribution, use, recycle and disposal of chemical products so as to improve safety and minimize adverse effects on human health and the environment.

As your supplier, we need to understand how we can support your efforts to improve your safety, health and environmental programs. We pledge our support in helping you better understand and implement the safe handling of our products.

We request you review your current distribution practices and identify actions you can take to reduce risks associated with the ongoing distribution/resale of chemical products received from us. Our objective is the continuous improvement of the handling of chemical products.

M 4556



---

## OUR COMMITMENT TO YOU, THE DISTRIBUTOR/RESELLER

**WE SHALL:**

1) Supply chemical products and provide services in a manner which protects people and the environment.

2) Provide information which we believe to be vital to the safe handling, use and disposal of our products prior to or accompanying the initial shipments (including samples). This information may include, but is not limited to, that listed in Note (1) (see page 30.

3) Meet or exceed all legal requirements (including training and certification) related to the supply of chemicals and chemical products such as, but not limited to, that listed in Note (2).

4) Select distributors, carriers, warehouses, terminals and other distribution service suppliers based, in part, on their safety, health and environmental performance.

5) Ensure that products received from us are in containers selected, maintained, filled, secured, marked, stored, inspected and transported in compliance with legal requirements.

6) Have written, up-to-date transportation and site emergency response plans in place and tested for responding to chemical release, fire and other related emergencies.

7) Work with you to improve the safe and environmentally secure distribution of our chemical products, including a periodic review and evaluation of performance of our distributors, carriers, and other contract services in meeting these commitments and expectations.

**M 4557**



## OUR EXPECTATIONS OF YOU, THE DISTRIBUTOR/RESELLER

### WE EXPECT YOU TO:

1) Read and understand Union Carbide's MSDS, precautionary labels, and supplementary information containing safety, health and environmental hazard information regarding our products. Information should be incorporated into distributor's reseller's personnel safety programs.

2) Receive, store, handle, repackage, ship, use and insure disposal of our chemical products in a manner which protects people and the environment.

3) Effectively maintain, manage and communicate all chemical product health, safety and environmental hazard information received from us to your employees (permanent and part-time), contractors, customers and waste handlers. This information may include, but is not limited to, that listed in Note (1).

4) Meet or exceed all legal requirements (including training and certification) related to the receipt, storage, handling repackaging, shipping, use and disposal of our chemicals and chemical products such as, but not limited to, that listed in Note (2).

5) Select suppliers, carriers, sub-distributors, resellers and other distribution service suppliers based, in part, on their safety, health and environmental performance.

6) Ensure that products shipped by you are in containers selected, maintained, filled, secured, marked, stored, inspected and transported in compliance with our MSDS, shipping labels and relevant local and national acts and regulations.

7) Sell only to customers, resellers and sub-distributors believed to be responsible users.

8) Respond to requests for information and assistance, including emergency support from any point in the distribution chain on a 24-hour basis.

9) Notify us of incidents (i.e. spills, injuries) associated with the receipt, storage, repackaging, handling or reshipment of our products, and of the corrective actions taken to prevent reoccurrence.

10) Report to Union Carbide all observations/incidents of questionable practices and/or misuses on the part of customers, resellers, sub-distributors, shippers and waste handlers. Examples of these may include, but are not limited to, those in Note (3).

11) Report to Union Carbide any new uses for our products particularly, but not limited to, applications listed in Note (4).

12) Have written, up-to-date transportation and site emergency response plans in place and tested for responding to chemical release, fire and other related emergencies.

13) Ensure that sound waste management policies and procedures are in place.

14) Have adequate insurance to cover potential claims due to product liability, fire and environmental damage.

15) Work with us to improve the safe and environmentally secure distribution of our chemical products including a periodic review and evaluation of performance against these commitments and expectations.

-2-

M 4558



**NOTE 1.**  **CHEMICAL PRODUCT HAZARD INFORMATION**

- Material Safety Data Sheets and Product Labelling Information
- Information on our product-specific recommended practices and equipment for the safe receipt, storage, handling, transportation and use of our product, including disposal of any generated wastes (including containers)
- Supplementary information which the supplier believes to be vital to the health and safety of the end-user.

**NOTE 2.**  **SOME APPLICABLE ACTS AND REGULATIONS**

- OCCUPATIONAL HEALTH AND SAFETY ACTS AND REGULATIONS;
- Transportation acts and regulations;
- Hazardous products and materials acts and regulations;
- Consumer protection laws and regulations;
- Environmental management and protection acts and regulations;
- Fire and building codes.

**NOTE 3.**  **EXAMPLES OF QUESTIONABLE PRACTICES**

- Disregard of warnings or precautions on sample and drum labels, bulk tags, MSDS or supplemental product safety information.
- Employees working in conditions which could lead to overexposure.
- Signs of employee overexposure (rashes, dizziness, etc).
- Deletion or alteration of labels on full or partially full containers.
- Infractions of fire and building codes.
- Careless handling practices such as unattended spills, scattered pails or drums, haphazard loading or unloading, reckless forklift operation, open or unmarked containers, excessive environmental exposure.
- Failure to warn employees and customers of product hazards.
- Use of flammable products near an ignition source.
- Improper use of Union Carbide chemicals.

**NOTE 4.**  **SENSITIVE APPLICATIONS**

- Medical devices
- Drugs
- Cosmetics
- Food or Feed Contact or additives
- Personal Hygiene
- Potable water
- Sterilants

**M 4559**



# UNION CARBIDE CORPORATION

**Responsible Care®**
## CHEMICAL DISTRIBUTOR/RESELLER
## Self-Assessment

**Name of Distributor/Reseller:**
    **Address:** *[illegible]*

**Phone No.**

**Assessment Completed By:**
    **Job Title:** *[illegible]*

**Date:**

**DISTRIBUTOR/RESELLER OPERATIONS:** (indicate all that apply)

✓ Site is owned by distributor/reseller
  Site is contracted by distributor/reseller
  Marine loading/offloading
  Tank Car loading/offloading
  Tank Truck loading/offloading
  Blending or formulating

  Packaged goods loading/offloading
  Pipeline distribution to customers
  Packaging
  Custom manufacturing
  Other/Specify:

| | OBSERVED STATUS* | ACTION REQUIRED |
|---|---|---|
| **GENERAL** | | |
| **1A.** The distribution/reseller has written policies, standards and procedures which govern all aspects of safe distribution of chemicals, chemical products and services. | PP | ☐ |
| **1B.** The policies, standards and procedures meet or exceed all applicable laws and regulations. | PP | ☐ |
| **1C.** Responsibilities for generating, implementation, auditing and updating these policies/standards/procedures are clearly defined. | PP | ☐ |
| **1D.** Chemicals, chemical products and services are only distributed in accordance with these responsible policies, standards and procedures. | PP | ☐ |
| **MANAGEMENT OF RISK** | | |
| **2A.** A program is in place to identify hazards associated with storage and handling of chemicals supplied. | PP | ☐ |
| **2B.** A program is in place to monitor the distributor's/reseller's safety, health and environmental performance with the objective of identifying and minimizing actual or potential occupational health and safety problems. | PP | ☐ |
| **2C.** Standards are established for the proper siting and ongoing security of distributor's/reseller's facilities. | PP | ☐ |
| **2D.** Standards and procedures are established for bulk and packaged storage which addresses:<br>  - spill containment<br>  - product segregation<br>  - container and container management<br>  - packaging and labeling<br>  - vehicle uses | PP | ☐ |

**\*OBSERVED STATUS**

| | | | | |
|---|---|---|---|---|
| N/A = | NOT APPLICABLE | PP | = | PRACTICE IN PLACE |
| DP = | DEVELOPING PLAN | RI | = | RE-EVALUATING IMPLEMENTATION |
| IA = | IMPLEMENTING ACTION | | | |

-4-

**M 4560**



|  | OBSERVED STATUS* | ACTION REQUIRED |
|---|---|---|

**MANAGEMENT OF RISK (continued)**

2E.    Hazard information and appropriate training is provided to distributor/reseller and contractor's employees regarding the:
- handling of chemicals
- cleaning of tanks and drums
- management of self-generated waste
- management of empty containers
- transfer of products
- packaging of products

Observed Status: PP | Action Required: ☐

2F.    Standards and procedures are in place for the appropriate selection of carriers and routes for chemicals and chemical products.  PP | ☐

2G.    Standards and procedures exist for the regular auditing and updating of the risk management program.  PP | ☐

2H. ·    A community awareness program is in place for each distributor operational location based on regulatory need-to-know requirements.  NA | ☐

2I.    An emergency response program is in place for each distributor/reseller · ? operational location.  PP | ☐

2J.    An up-to-date off-site response plan is in place - complete with 24-hour ? emergency telephone number.  PP | ☐

2K.    Records are kept of all incidents/observations regarding misuses or ? questionable practices on the part of customers, resellers, shippers, sub-distributors and waste handlers.  PP | ☐

2L.    Standards exist for the selection of resellers and sub-distributors who are believed to be responsible and capable users and handlers.  PP + DP | ☐

**COMMUNICATION**

3A.    Procedures are in place to generate and provide up-to-date Material Safety Data Sheets (MSDS's) and ensure their receipt by the customer preceding or accompanying shipments for:
- all products
- all commercial samples

Observed Status: PP | ☐

3B.    Information consistent with the MSDS and other pertinent information is ? provided to customers and other product users/handlers on:
- disposal of waste product    — ?
- disposal of empty containers — ·

Observed Status: PP | ☐

3C.    All appropriate information is provided to the customer to address vital areas of end-user health and safety.  PP | ☐

3D.    Vital health and safety information is communicated toll end-users as a – ? condition of sale                                    3E.  NA | ☐

Procedures are in place to provide product health, safety, environmental and – ? hazard information to shippers, resellers, sub-distributors and contracts.  PPP | ☐

3F.    Procedures are in place to report to Union Carbide observations/incidents or misuses or questionable  PP | ☐

☐ | ☐

☐ | ☐

☐ | ☐

☐ | ☐

**\*OBSERVED STATUS**

| N/A | = | NOT APPLICABLE | PP | = | PRACTICE IN PLACE |
|---|---|---|---|---|---|
| DP | = | DEVELOPING PLAN | RI | = | RE-EVALUATING IMPLEMENTATION |
| IA | = | IMPLEMENTING ACTION | | | |

M 4561



|  | OBSERVED STATUS* | ACTION REQUIRED |
|---|---|---|

**PARTICIPATION**

5A.    The distributor/reseller works actively to interact with selected organizations, governments and communities to speak on behalf of responsible chemical distribution policy and practices

| | PP | ☐ |
|---|---|---|

5B.    The distributor/reseller interacts with community groups to raise awareness of existing practices and planned improvements in chemical distribution activities.

| | N/A | ☐ |
|---|---|---|

5C.    The distributor/reseller informs and updates its employees on chemical distribution and standards and encourages them to improve the perception of chemical distribution.

| | PP | ☐ |
|---|---|---|

5D.    The distributor/reseller influences the establishment of chemical distribution public policies, standards and regulations that reflect changing environmental community, governmental industry and distribution activities.

| | PP | ☐ |
|---|---|---|

**SUB-DISTRIBUTION**

6A.    The distributor/reseller has a policy that clearly establishes the responsible distribution standards as they apply to sub-distribution

| | N/A | ☐ |
|---|---|---|

6B.    The distributor/reseller has criteria for the selection of sub-distributors which is based on established responsible distribution criteria.

| | N/A | ☐ |
|---|---|---|

6C.    The distributor/reseller regularly assesses the performance of and assists

| | N/A | ☐ |
|---|---|---|

**\*OBSERVED STATUS**

| N/A | = | NOT APPLICABLE | PP | = | PRACTICE IN PLACE |
|---|---|---|---|---|---|
| DP | = | DEVELOPING PLAN | RI | = | RE-EVALUATING IMPLEMENTATION |
| IA | = | IMPLEMENTING ACTION | | | |

-6-

M 4562



|  | YES | NO |
|---|---|---|

### ACTION REQUIRED

1.   Have you identified any additional Responsible Care® assessment requirements?  If yes, please reference or attach to this form.

2. . A)   Have you identified follow-up actions you will address as a result of the self-assessment?  If yes, please continue B) and C)

    B)  Have you assigned responsible persons and dates to complete identified actions?

    C)  Have you assigned a responsible person to review the identified actions are completed as scheduled

*3.    Retain this completed self-assessment form for your files.  Do not return to Union Carbide Corporation.  Union Carbide does reserve the right to review copies of the self-assessment and associated action plans upon request.*

**This document is meant to serve as a guide to assist in the implementation of applicable codes of practice**

**M 4563**

**M D Kripalani**

From:           Poh, Albert (A) [APoh@dow.com]
Sent:           Mittwoch, 13. Juni 2001 20:00
To:             Rozli, Rozie (R)
Cc:             Mitra, Ashish (P); Szczech, Francis (F); 'megavisa.mad@elnet.ems.vsnl.net.in'; 'kripalani@megavisa.com'
Subject:        RE: Prcies for VMCH orders


Thanks for input. We will look out for it.

Best regards,
Albert Poh.

> ——Original Message——
> From:        Rozli, Rozie (R)
> Sent: Wednesday, June 13, 2001 6:45 PM
> To:    Poh, Albert (A)
> Cc:    Mitra, Ashish (P); Szczech, Francis (F);
> 'megavisa.mad@elnet.ems.vsnl.net.in'; 'kripalani@megavisa.com'
> Subject:        RE: Prcies for VMCH orders
>
> Albert,
>
> I am still pending to enter 2 more migrated orders from BPCS into Diamond
> system . The order is still pending for the GMID to be set up by the
> coding team. Once GMID is set up and orders are entered, I'll trigger them
> to you and Jessica for releasing of price block issue.
>
> Hope this clarifies
>
> Rgds,
> Rozie.
>
>         ——Original Message——
>         From:    Poh, Albert (A)
>         Sent:    Tuesday, June 12, 2001 9:23 PM
>         To:      Rozli, Rozie (R)
>         Cc:      Mitra, Ashish (P); Szczech, Francis (F);
> 'megavisa.mad@elnet.ems.vsnl.net.in'; 'kripalani@megavisa.com'
>         Subject:        RE: Prcies for VMCH orders
>
>
>         Rozie,
>
>         any more orders that are being migrated? We need to sound people out
> upfront when we foresee a situation like this and not to be chased around
> for an answer.
>
>         Thanks.
>         Albert Poh.
>
>
>                 ——Original Message——
>                 From:    Rozli, Rozie (R)
>                 Sent:    Wednesday, June 13, 2001 9:00 AM
>                 To:      Poh, Albert (A)
>                 Cc:      Mitra, Ashish (P); Szczech, Francis (F);
> 'megavisa.mad@elnet.ems.vsnl.net.in'; 'kripalani@megavisa.com'
>                 Subject:        RE: Prcies for VMCH orders
>
>                 albert,

1

M 4564

> 
> 
>               Pls take note that below orders are the migrated orders from
> BPCS to Diamond System.
>               You have approved on the orders below. Kindly see below for
> more details. Appreciate if you could check with me first on the orders
> that are entered in Diamond system to avoid confusion to customers.
> 
> 
> 
>          Rgds,
>          Rozie
> 
> 
>               -----Original Message-----
>          From:   Poh, Albert (A)
>          Sent:   Tuesday, June 12, 2001 6:47 AM
>          To:     'megavisa.mad@elnet.ems.vsnl.net.in';
> 'kripalani@megavisa.com'
>          Cc:     Rozli, Rozie (R); Mitra, Ashish (P);
> Szczech, Francis (F)
>          Subject:      Prces for VMCH orders
> 
> 
> 
>               We have received various orders for VMCH at
> different prices as follows:-
> 
>               1.)order no. 94 94037037          at USD2.65/kg FAS
> net ( MVS/SVR/01/2001)
> 
>               2.)order nos.94 94037039/40/41 at USD2.54/kg FAS net
> ( MVS/SVR/11/2001- pt 2/3/4)
> 
>               3.)order no.94 94037130          at USD2.58/kg FAS
> net (Mvs/svr/13/2001)
> 
>               Please explain these price variations. Our floor _
> price for VMCH should now be at USD1.25/lb or USD2.756/kg FAS net.
> 
>          Best Regards,
>          Albert Poh
>          Dow Chemical Pacific (Singapore) Pte Ltd
>          Tel: 65-830 4656
>          Fax: 65-834 0320
>          Email: APoh@dow.com
> 
> 

2

M 4565

**M D Kripalani**

| | |
|---|---|
| **From:** | Shrikant Naik [shrikant@megavisa.com] |
| **Sent:** | Mittwoch, 13. Juni 2001 13:43 |
| **To:** | Moti Kripalani |
| **Subject:** | Fw: Excel Spreadsheet of Prices |

Dear Kripalani,

I give below my views on Atul's msg.

It will be better if we can share last transaction details as and when we go to DOW for price approval on case to case basis ( order to order basis ).

It will be laborious to work on past data ( for 12 - 18 months ) which is time consuming also.
I am sure DOW is interested in the price mehtodology / past order details such as  price ( CIF & FAS ) / Volume etc which will be easier for them to obtain from last transaction & can be discussed as hwen reqd.

Can we discuss this ?

rgds

Shrikant Naik

----- Original Message -----
From: "Marathe, Atul" <MARATHE1@dow.com>
To: "Nishit Mehta" <nishit@megavisa.com>; "Shrikant Naik"
<shrikant@megavisa.com>
Cc: "kripalani" <kripalani@megavisa.com>; "Mitra, Ashish" <MITRA@dow.com>
Sent: Wednesday, June 13, 2001 12:10 PM
Subject: FW: Excel Spreadsheet of Prices

> Dear Nishit & Shrikant
>
> Today during our meeting with Moti & Ajay - we discussed this again. We
> agreed the below suggested is the best way to empower all of us for some
> basic price levels for each customers. This will save us time as well.
>
> I suggest you send the spreadsheet based on your last 12 to 18 months
> transactions.
>
> Thanks.
>
> ATUL
>
> > -----Original Message-----
> > From: Marathe, Atul
> > Sent: Monday, June 04, 2001 5:16 PM
> > To: 'Nishit Mehta'
> > Subject: Excel Spreadsheet of Prices
> > Importance: High
> >
> > Dear Nishit
> >
> > This has reference to our telecon of date. Considering we need to
approve
> > prices for the orders placed by you from Singapore & occasionally it can

1

M 4566

· be delayed if we are traveling. I suggest you prepare an excel spread
> sheet indicating : product & grade , purchasing customer , last purchase
· > quantity , date & price ( both CIF & FAS ). This I will get it approved
by
> > the Marketing Manager as our standard guideline.
> >
> > Thanks.
> >
> > ATUL
>
>

M 4567

3

## LOW SUPPLY, HIGH DEMAND

## BRING SKYROCKETING RAW MATERIAL COSTS

*As follow-up to Bill Joyce's recent letter to Carbiders, this is the first in a series of Employee News Bulletins to provide more information about the current raw materials situation and the actions being taken to tactically manage UCC's businesses.*

DANBURY, Jan. 9 -- In the last few months, natural gas inventories fell to unexpectedly low levels as we entered the winter home-heating season. As a result, escalating natural gas and other feedstock costs have skyrocketed to unprecedented levels in North America. While we enjoyed some dramatically low fuel costs in the late 90s, poor returns discouraged new natural gas production. At the same time, demand from all natural gas applications -- from petrochemicals to electrical generation to home heating use -- continued to expand. For example, environmental regulations and pressures caused a move away from coal and other fuels to natural gas for electrical power generation.

With little additional supply, we now face shortages and the resultant price escalations. At the end of November, natural gas inventories were 21 percent lower than one year ago, while consumption over that period increased 3 percent. The November 2000 single-month consumption figure was up 8 percent over 1999.

Understandably, availability of ethane and propane, which are extracted from natural gas streams, also has become a problem and their prices have soared. Between the end of 1999 and the end of 2000, we saw the following increases in published prices for key raw material costs:

| Raw Material | Dec. 1999 | Dec. 29, 2000 |
|---|---|---|
| Natural gas (spot) | $2.16/MM BTU | $9.78/MM BTU |
| Ethane (contract purity) | 30.1¢/gal. | 56.75¢/gal. |
| Propane (spot) | 42.7¢/gal. | 87.5¢/gal. |
| Crude oil (WTI) | $26.04/BBL | $26.83/BBL |
| Naphtha (spot) | 58.0¢/gal. | 81.0¢/gal. |
| Purchased ethylene (spot) | 23.0¢/lb. | 32.0¢/lb. |

With crude oil prices down from recent highs at the same time natural gas prices have spiked, petrochemical producers who crack more "heavies" (i.e., naphtha, gas oil) are in a somewhat more favorable cost position than those who primarily crack "lights" (i.e., ethane, propane). However, since all U. S. Gulf Coast producers crack both heavies and lights, everyone is suffering in this environment. No one is making acceptable returns.

We anticipate supplies of natural gas, ethane and propane will remain tight through most of the winter.

M 4568

At this time, it is impossible to anticipate when energy and raw material costs will return to more stable, affordable prices.

Up: 1/9/01; Down: 1/16/01

M 4569



*Sent through Courier*

| | |
|---|---|
| **From:** | M D Kripalani [kripalani@megavisa.com] |
| **Sent:** | Mittwoch, 29. November 2000 17:06 |
| **To:** | E Q Jimenez (E-mail); 'megavisa@singnet.com.sg'; Niteen Naginee (E-mail) |
| **Subject:** | RCRM Action |

To : E.Q.Jimenez
  Sanjiv Sanghvi
  Niteen Nagine

Dear Noli-san,

Thanks for your message of 29th Nov. with attachments.

These forms were not received by us earlier and response forms duly filled is being sent separately.

By the way, we confirm that we are providing MSDSs to our customers.

Thanks and Regards,
Moti Kripalani
Megavisa Marketing & Solutions ltd.
kripalani@megavisa.com
Direct  Phone # 852 8658
Board Phone # 852 7770 / 71/ 72

1

M 4570



# UNION CARBIDE CORPORATION

> **Responsible Care®**
> ## CHEMICAL DISTRIBUTOR/RESELLER
> ## Self-Assessment

**Name of Distributor/Reseller:** Megavisa Marketing & Solutions Ltd.       **Phone No.** 91 8527 70/71/72
**Address:** 5th floor C Wing Twin Arcade,Military Rd, Marol Maroshi
Andheri (E)
Mumbai 59
**Assessment Completed By:** MOTI D. KRIPALANI       **Date:** 04.12.2000
**Job Title:** SR.VICE PRESIDENT

**DISTRIBUTOR/RESELLER OPERATIONS:** (indicate all that apply)

Site is owned by distributor/reseller
Site is contracted by distributor/reseller
Marine loading/offloading
Tank Car loading/offloading
Tank Truck loading/offloading
Blending or formulating

Packaged goods loading/offloading
Pipeline distribution to customers
Packaging
Custom manufacturing
Other/Specify:

|  | OBSERVED STATUS* | ACTION REQUIRED |
|---|---|---|
| **GENERAL** | | |
| 1A.    The distribution/reseller has written policies, standards and procedures which govern all aspects of safe distribution of chemicals, chemical products and services. | Pp | ☐ |
| 1B.    The policies, standards and procedures meet or exceed all applicable laws and regulations. | PP | ☐ |
| 1C.    Responsibilities for generating, implementation, auditing and updating these policies/standards/procedures are clearly defined. | PP | ☐ |
| 1D.    Chemicals, chemical products and services are only distributed in accordance with these responsible policies, standards and procedures. | PP | ☐ |
| **MANAGEMENT OF RISK** | | |
| 2A.    A program is in place to identify hazards associated with storage and handling of chemicals supplied. | Pp | ☐ |
| 2B.    A program is in place to monitor the distributor's/reseller's safety, health and environmental performance with the objective of identifying and minimizing actual or potential occupational health and safety problems. | PP | ☐ |
| 2C.    Standards are established for the proper siting and ongoing security of distributor's/reseller's facilities. | PP | ☐ |
| 2D.    Standards and procedures are established for bulk and packaged storage which addresses:<br>- spill containment<br>- product segregation<br>- container and container management<br>- packaging and labeling<br>- vehicle uses | PP | ☐ |

**\*OBSERVED STATUS**

N/A = NOT APPLICABLE       PP = PRACTICE IN PLACE
DP = DEVELOPING PLAN       RI = RE-EVALUATING IMPLEMENTATION
IA = IMPLEMENTING ACTION

-4-

M 4571



UNION
CARBIDE

| | OBSERVED STATUS* | ACTION REQUIRED |
|---|---|---|

## MANAGEMENT OF RISK (continued)

2E.    Hazard information and appropriate training is provided to distributor/reseller and contractor's employees regarding the:
- handling of chemicals
- cleaning of tanks and drums
- management of self-generated waste
- management of empty containers
- transfer of products
- packaging of products

| | Observed Status | Action Required |
|---|---|---|
| 2E. | PP | ☐ |
| 2F. Standards and procedures are in place for the appropriate selection of carriers and routes for chemicals and chemical products. | PP | ☐ |
| 2G. Standards and procedures exist for the regular auditing and updating of the risk management program. | PP | ☐ |
| 2H. A community awareness program is in place for each distributor operational location based on regulatory need-to-know requirements. | NA | ☐ |
| 2I. An emergency response program is in place for each distributor/reseller operational location. | PP | ☐ |
| 2J. An up-to-date off-site response plan is in place - complete with 24-hour emergency telephone number. | PP | ☐ |
| 2K. Records are kept of all incidents/observations regarding misuses or questionable practices on the part of customers, resellers, shippers, sub-distributors and waste handlers. | PP | ☐ |
| 2L. Standards exist for the selection of resellers and sub-distributors who are believed to be responsible and capable users and handlers. | DP | ☐ |

## COMMUNICATION

3A.    Procedures are in place to generate and provide up-to-date Material Safety Data Sheets (MSDS's) and ensure their receipt by the customer preceding or accompanying shipments for:
- all products
- all commercial samples

| | Observed Status | Action Required |
|---|---|---|
| 3A. | PP | ☐ |
| 3B. Information consistent with the MSDS and other pertinent information is provided to customers and other product users/handlers on:<br>- disposal of waste product<br>- disposal of empty containers | PP | ☐ |
| 3C. All appropriate information is provided to the customer to address vital areas of end-user health and safety. | PP | ☐ |
| 3D. Vital health and safety information is communicated toll end-users as a condition of sale                    3E. | NA | ☐ |
| Procedures are in place to provide product health, safety, environmental and hazard information to shippers, resellers, sub-distributors and contracts. | PP | ☐ |
| 3F. Procedures are in place to report to Union Carbide observations/incidents or misuses or questionable | PP | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

*OBSERVED STATUS

| N/A | = | NOT APPLICABLE | PP | = | PRACTICE IN PLACE |
|---|---|---|---|---|---|
| DP | = | DEVELOPING PLAN | RI | = | RE-EVALUATING IMPLEMENTATION |
| IA | = | IMPLEMENTING ACTION | | | |

-5-

**M 4572**



|  | OBSERVED STATUS* | ACTION REQUIRED |
|---|---|---|

**PARTICIPATION**

5A.    The distributor/reseller works actively to interact with selected organizations, governments and communities to speak on behalf of responsible chemical distribution policy and practices — PP — ☐

5B.    The distributor/reseller interacts with community groups to raise awareness of existing practices and planned improvements in chemical distribution activities. — NA — ☐

5C.    The distributor/reseller informs and updates its employees on chemical distribution and standards and encourages them to improve the perception of chemical distribution. — PP — ☐

5D.    The distributor/reseller influences the establishment of chemical distribution public policies, standards and regulations that reflect changing environmental community, governmental industry and distribution activities. — PP — ☐

**SUB-DISTRIBUTION**

6A.    The distributor/reseller has a policy that clearly establishes the responsible distribution standards as they apply to sub-distribution — NA — ☐

6B.    The distributor/reseller has criteria for the selection of sub-distributors which is based on established responsible distribution criteria. — NA — ☐

6C. –  The distributor/reseller regularly assesses the performance of and assists — NA — ☐

**\*OBSERVED STATUS**

| N/A | = | NOT APPLICABLE | PP | = | PRACTICE IN PLACE |
|---|---|---|---|---|---|
| DP | = | DEVELOPING PLAN | RI | = | RE-EVALUATING IMPLEMENTATION |
| IA | = | IMPLEMENTING ACTION | | | |

M 4573

UNION
CARBID
E

|  | YES | NO |
|---|---|---|

**ACTION REQUIRED**

1.   Have you identified any additional Responsible Care® assessment
requirements? If yes, please reference or attach to this form.    ☐    ☒

2.   A)   Have you identified follow-up actions you will address as a result
of the self-assessment? If yes, please continue B) and C)    ☐    ☒
          B)  Have you assigned responsible persons and dates to
          complete identified actions?    ☐    ☐
          C)  Have you assigned a responsible person to review the
          identified actions are completed as scheduled    ☐    ☐

3.   Retain this completed self-assessment form for your files.  Do not
return to Union Carbide Corporation.  Union Carbide does reserve the
right to review copies of the self-assessment and associated action plans
upon request.

This document is meant to serve as a guide to assist in the implementation of applicable codes of practice.

**M 4574**