**40**

**UNION CARBIDE**

**UNION CARBIDE CORPORATION** 39 OLD RIDGEBURY ROAD, DANBURY, CT 06817-0001

May 25, 2000

To:    See Attached Distribution List

Re:    <u>New Product Launch: TERGITOL® XDLW</u>

Two years ago we introduced the concept of *Solutions in a drum*™ to the specialty surfactants market. We've committed to provide solutions to surface chemistry challenges. And we've delivered on that commitment! We're about to solve more surface chemistry challenges with the launch of the newest product in the TRITON® and TERGITOL specialty surfactants family.... TERGITOL XDLW.

The TERGITOL X-series surfactants, XJ, XD and XH, are EO/PO copolymers. The molecules provide excellent steric stabilization for emulsions and dispersions in applications such as emulsion polymerization and pigment solutions. Their very low CMC values contribute to exceptional efficiency at very low levels. But in spite of the benefits customers have found in the TERGITOL X-Series products, TERGITOL XD is characterized by one distinct short-coming: it is a solid at room temperature! Customers repeatedly indicate dissatisfaction with the handling and processing properties, particularly the necessity for melting out drums of the surfactant prior to use.

In the spirit of *Solutions in a drum,* we are launching TERGITOL XDLW, a high efficiency steric stabilizer that is a <u>liquid at room temperature</u>. High molecular weight EO/PO copolymers with EO/PO ratios appropriate for our target applications generally cannot be solubilized in water at concentrations above about 20%. So the breakthrough represented by new TERGITOL XDLW reflects an ingenious development by our R&D staff that enables high solids content in a liquid solution! The new product contains 75% TERGITOL XD in a proprietary water/secondary surfactant blend. Because we believe a <u>liquid</u> blend of high molecular weight EO/PO copolymers is unique within the range of EO/PO ratios important to our markets, we have elected <u>to maintain the exact composition of TERGITOL XDLW as proprietary information</u> while we investigate the potential patentability.

Attached you will find an internal, confidential product launch information package for TERGITOL XDLW. Key features and benefits, target markets and applications, competitive products to displace, and price schedule are all covered. Please call me or send me an e-mail if you need any additional information or if you have questions.

The internal information package is only one piece of our launch strategy. TERGITOL XDLW is a great new product specifically designed to fill an unmet market need. Accordingly, we have prepared a high visibility, <u>external</u> launch program to generate interest and sample requests. A targeted information package will be mailed this week to over 1000 potential customers, worldwide. Your copy of this TERGITOL XDLW customer information package is attached.

Please note that the mass-mailed communications package contains not only information about the new product, but also a convenient menu-driven CD oriented to the paints and coatings, emulsion polymerization, and adhesives markets, as well as to markets such as pigments and colorants that require high efficiency steric stabilizers. Additional copies of the CD are available for customers and distributors; the literature order number for the CD is UC 2039.

**M 2390**

-2-

The launch of TERGITOL XDLW represents an excellent team effort involving many people.  Sales representatives identified the unmet market need, R&D provided the technical breakthrough necessary to meet the market need, plant and logistics personnel provided essential assistance getting the product into SAP and producing the surfactant, and a host of other people in support groups like marketing communications and HSE contributed their special skills.  My thanks for an excellent team effort getting the product launched.  Now let's all work together to make TERGITOL XDLW a growth success!

Very truly yours,

Hazel A. B. Kreuz
Marketing Manager

**BUSINESS CONFIDENTIAL**

**TERGITOL® XDLW Product Launch Information Package**

FOR INTERNAL USE ONLY

M 2392

**BUSINESS CONFIDENTIAL**

**TERGITOL® XDLW Internal Product Launch Information**

*Attachment 1: What are the key features and benefits of TERGITOL XDLW?*

| TERGITOL XDLW Feature | Customer Benefit(s) |
|---|---|
| 1. Liquid at room temperature | • Eliminates the cost and safety issues associated with "melting out" solid surfactants, without sacrificing high efficiency<br>• Increases the customer's throughput potential by eliminating a timely process step<br>• Improves the customer's formulated product consistency by avoiding surfactant performance inconsistencies attributable to the "melt out" process |
| 2. Rapid dissolution in water | • Increase the customer's throughput rate by reducing processing time associated with surfactant addition |
| 3. Excellent steric stabilization and emulsification properties | • Maintains highly stable emulsions and dispersions<br>• Consistent emulsion/dispersion performance from batch-to-batch |
| 4. Superior wetting compared to alternative EO/PO copolymers | • Reduces or eliminates the need for a secondary surfactant for wetting in the emulsion/dispersion formulation |
| 5. High efficiency at very low concentrations | • Low concentration required for stabilization translates to low cost<br>• Low surfactant concentration minimizes detrimental impact on the formulated product, e.g. water resistance |
| 6. No VOC | • No regulatory issues |
| 7. No odor | • Reduced health and safety issues |

M 2393

**BUSINESS CONFIDENTIAL**

**TERGITOL® XDLW Internal Product Launch Information**

_Attachment 2: What are the target markets/applications?_

Although there are undoubtedly additional applications that will benefit from the excellent emulsification and dispersion properties of TEGITOL XDLW, initially targeting pigment, ink and paint producers and emulsion polymerization houses is an optimum strategy.

| Target market | Application | Examples |
|---|---|---|
| 1. Pigments, dyestuffs & printing Inks | • Small hydrophobic or hydrophilic particle stabilization | • One test market customer achieved excellent performance stabilizing highly hydrophobic carbon black particles in solutions for automotive industry colorants<br>• Another test market customer stabilizing hydrophilic pigments for dyes and paints has committed to convert their entire product line to TERGITOL XDLW based on its excellent performance and superior handling characteristics |
| 2. Emulsion polymerization | • Stabilization of small particles in the emulsion polymerization process | • EP houses commonly use high mole NPE, OPE and SAE for steric stabilization. Particularly in applications of hydrophobic polymers, such as styrene-butadiene, styrene, styrene-acrylics and acrylics, TERGITOL XDLW should provide high efficiency steric stabilization at low concentrations |
| 3. Paints and coatings | • Formulation | • Blending solvent or water reducible resins with latexes also requires the use of steric stabilizers. TERGITOL XDLW is ideally suited for this application because it is more hydrophobic than conventional high mole ethoxylates currently used. |

M 2394

**BUSINESS CONFIDENTIAL**
**TERGITOL® XDLW Internal Product Launch Information**

### *Attachment 3: What competitive products should be targeted?*

TERGITOL XDLW is a key piece of our share growth strategy for the markets to which it is targeted. Customers who are now using TERGITOL XD and competitive products should be able to easily switch to TERGITOL XDLW with little or no process adjustments. Some customers may notice a slightly higher foaming profile than they have experienced with their incumbent surfactant. R&D scientists Kara Weber and Fred Giles can be contacted for recommendations on how to apply TERGITOL XDLW in applications where the foaming profile has the potential to cause process difficulties.

Currently, the pigments, dyes, printing ink, emulsion polymerization and paints and coatings markets apply a variety of surfactants to address steric stabilization challenges. But competitive surfactants are characterized by the same high pour point as TERGITOL XD, and are therefore plagued with the same handling difficulties. We should aggressively pursue opportunities based on the ability of TERGITOL XDLW to alleviate the costly and cumbersome handling and processing issues of competitive products.

#### *Which competitive products should be targeted?*
Key competitive products to target are:
- **BASF Pluronic P-65, P-75, P-84 and P-85**
- **Stepan Toximul 8320**
- **BASF Tetronic 904 (a perfect performance match!)**
- **Antarox WA-1**

There are many other surfactants that can be replaced with TERGITOL XDLW, as well.

#### *Are all other EO/PO copolymers targets for replacements?*
No! Be aware that there are numerous EO/PO copolymers on the market that <u>are</u> liquids at room temperature, for example BASF Pluronic L-61 through L-64. They do not present a competitive opportunity for TERGITOL XDLW, however, because although they exhibit good emulsification properties, they are significantly lower molecular weight molecules and have significantly different EO/PO ratios making them inappropriate for steric stabilization based on lower cloud point and molecular size limitations.

#### *How do I identify additional competitive product replacement opportunities?*
In general:
- ✓ Look for applications in which the cloud point requirement is between 60 and 80 °C.
- ✓ When identifying target competitive EO/PO surfactants that are conventional copolymers, look for molecules with EO content between 40 and 60% and a molecular weight between 2000 and 4000.
- ✓ To replace incumbent ethylene diamine EO/PO copolymers (like BASF's Tetronics), look for molecules with molecular weights between 4000 and 8000, and EO content between 40% and 60%.
- ✓ High mole ethoxylates are also candidates to replace where they are being used as steric stabilizers.
- ✓ R&D can help by answering questions about the applicability of TERGITOL XDLW to a particular application and the appropriateness of substitution for a particular competitive surfactant.

#### *Should I try to switch TERGITOL XD customers to TERGITOL XDLW?*
TERGITOL XDLW represents a TERGITOL X-series product line extension. At this point in time we are continuing to offer TERGITOL XD. However, existing TERGITOL XD customers should be introduced to TERGITOL XDLW and encouraged to switch to the new product. If possible, it would be advantageous to our business to be able to replace TERGITOL XD with TERGITOL XDLW. We will monitor sales of both products to project the ability to do so.

M 2395

BUSINESS CONFIDENTIAL

TERGITOL® XDLW Internal Product Launch Information

*Attachment 4: How much does TERGITOL XDLW cost?*

TERGITOL XDLW is less expensive on a "per pound" basis than TERGITOL XD, reflecting the fact that it contains 90% surfactant actives instead of 100% surfactant actives. Customers who are switching from TERGITOL XD or a competitive surfactant to TERGITOL XDLW should expect comparable or improved profitability using this new product. Use of TERGITOL XD should eliminate the handling and processing costs currently incurred where surfactants that are solids at room temperature must be melted out before use. Some customers are currently using either TERGITOL XD or a competitive surfactant in a formulated system that requires a second surfactant to achieve the required wetting characteristics. In those cases, the improved wetting characteristics of TERGITOL XDLW may facilitate additional cost savings by substituting TERGITOL XDLW for both of the incumbent surfactants.

The price schedule for TERGITOL XDLW is:

| PRODUCT | FREIGHT TERMS | | TC-20,000 Gal. TT-44,000 Lb. Minimum | TT-3,000 Gal. to 43,999 Lb. Limit 75 mL. | CL/TL-85N or 27M# Minimum | 40-64 Drums | 20-39 Drums | 12-19 Drums | 4-11 Drums | 1-3 Drums |
|---|---|---|---|---|---|---|---|---|---|---|
| TERGITOL(R) XDLW Surfactant EFF Date: 4/1/00 | Seller | Lb | 0.92 | 0.935 | 1.02 | 1.05 | 1.07 | 1.12 | 1.17 | 1.27 |
| | Buyer | | | | | | | | | |

**BUSINESS CONFIDENTIAL**
**TERGITOL® XDLW Internal Product Launch Information**

*Attachment 5: TERGITOL XDLW customer information mass mailing*

Contents:

1. TERGITOL XDLW product information mass mailer with enclosed TRITON® and TERGITOL® surfactant selection CD

2. Mailing list of mass mailer recipients

3. Copy of press release issued May 18, 2000

4. Copy of the TERGITOL XDLW literature

**M 2397**

| # | Name | Company | Mailing1 | Mail_City | State | Zip | Country |
|---|------|---------|----------|-----------|-------|-----|---------|
| 1 | | | | | | | |
| 2 | Aswin Handrawan | PT. Prakarsa Pelita Paints | Jl. Lingkar Barat, Ruko Inter Kota Indah Blok 3G, Duri Kosambi | Jakarta | | 11710 | Indonesia |
| 3 | Henry Suzany E. | PT. Warna Indah Samalex | Komplek Gunung Sahari Sentari Indah Blok D No. 4 | Jakarta | | 14430 | Indonesia |
| 4 | Bakti Mulliana Djaja | C.V. Mowilex | Jl. Daan Mogot Raya Km. 10 Kecamatan Cengkareng | Jakarta | | 15158 | Indonesia |
| 5 | Wira Setyo | PT. Supra Teknindo | | Tangerang | | 15158 | Indonesia |
| 6 | Samuel Polisario | PT. Danapaints Indonesia | Jl. Pemuda - Pulogadung | Jakarta | | 13010 | Indonesia |
| 7 | Darsan Chio | PT. Danapaints Indonesia | Jl. Pemuda - Pulogadung | Jakarta | | 13010 | Indonesia |
| 8 | Pudji Dwi Kurnianto | PT. Danapaints Indonesia | Jl. Pemuda - Pulogadung | Jakarta | | 13010 | Indonesia |
| 9 | Mr. Emmywati | PT. Atlantic Ocean Paint | Jl. Petemon Kali 59 | Surabaya | East Java | 60262 | Indonesia |
| 10 | T. Panca | PT. Nipsea Paint and Chemicals Co., Ltd. | Jl. Ancol Barat / A5 / C No. 12 | Jakarta | | 14430 | Indonesia |
| 11 | Boediono Loekito | PT. United Chemicals Inter Aneka | Jl. Kesehatan No. 21 | Jakarta | | 10160 | Indonesia |
| 12 | Hernanto Tanoto | PT. Avia Avian | Jl. Raya Surabaya - Sidoarjo Km. 19 Desa Wadungasih Buduran | Sidoarjo | | 61256 | Indonesia |
| 13 | H. Agus Mulyono | PT. Tunggal Djaja Indah | | Sidoarjo | | 61258 | Indonesia |
| 14 | Pedro Lisdianto | Mataram Paint Co. Ltd | Jl. Dinoyo No. 11-19 | Surabaya | East Java | 60285 | Indonesia |
| 15 | Yenny Patty | PT. Bina Adidaya | Jl. Yos Sudarso Kav. 85, Sunter Jaya | Jakarta | | 14350 | Indonesia |
| 16 | Ms. Aswadi | PT. Bina Adidaya | Jl. Yos Sudarso Kav. 85, Sunter Jaya | Jakarta | | 14350 | Indonesia |
| 17 | Rietna Trismawati M. | PT. Indowira Putra Paint Factory | Jl. Industri No. 6 Leuwigajah, Cimahi | Jakarta | | 11710 | Indonesia |
| 18 | Roni Warman | PT. Tunas Sumber Idea Kreasi Kimia | Wisma SSK 4th Fl, Jl. Daan Mogot No. 11 | Bandung | West Java | 40533 | Indonesia |
| 19 | Wijanto | PT. Timkesarra Sejahtera Abadi | Jl. Holis No. 288 B | Jakarta | | 11710 | Indonesia |
| 20 | Andy S. Susatio | PT. Timkesarra Sejahtera Abadi | Jl. Holis No. 288 B | Bandung | West Java | 40212 | Indonesia |
| 21 | Lim Hong Seng | PT. San Central Indah | Jl. Holis No. 288 B | Bandung | West Java | 40212 | Indonesia |
| 22 | Hanny Ranardjo | PT. Rohm & Haas Indonesia | Jl. Sukania 83 | Bandung | West Java | 40111 | Indonesia |
| 23 | Hanny Ranardjo | PT. Rohm & Haas Indonesia | Jl. Sukania 83 | Bandung | West Java | 40111 | Indonesia |
| 24 | Soedjono Kartono Titra | PT. National Starch and Chemical | Kawasan Industri Estate Cilegon, Jl. Raya Anyer | Cilegon | West Java | 42401 | Indonesia |
| 25 | Ta Yoke Kiat | PT. National Starch and Chemical | Jl. Rembang Industri Raya no. 28 PIER | Pasuruan | East Java | 67132 | Indonesia |
| 26 | Agus Wiharyanto | Foseroc Indonesia | Jl. Rembang Industri Raya no. 28 PIER | Pasuruan | East Java | 67132 | Indonesia |
| 27 | Pia Rose | C.V. Incote | Jl. Rembang Industri Raya no. 28 PIER | Pasuruan | East Java | 67132 | Indonesia |
| 28 | Johny Rachmanto | PT. Dai-Ichi Kimia Raya | Jl. Raya Bekasi Km. 28.5 | Bekasi | | 17850 | Indonesia |
| 29 | Mr. Kamaludin | PT. Stockhausen Asia | Jl. Tanah Abang II No. 7 | Lippo City Bekasi | | 17133 | Indonesia |
| 30 | Sahid Sofian | PT. Sandoz Indonesia | Jl. Raya Narogong Km 28.5 Desa Kilansungan RTT RW 1 | Bekasi | | 17850 | Indonesia |
| 31 | Sahid Sofian | PT. Ecolab Indonesia | MERUYA Jl. Intercon Plaza Blok F No. 21 | Kerawang Barat | West Java | 14240 | Indonesia |
| 32 | Pantwi Munir | PT. Clariant Indonesia | Jl. Jababeka V Block I / I Cikarang Industrial Estate | Bekasi | West Java | 17530 | Indonesia |
| 33 | Erdang Supriyadi | PT. Union Carbide Indonesia | Kawasan Industri Jababeka Jl. Jababeka XII Kav. V37 | Bekasi | West Java | 17530 | Indonesia |
| 34 | Ms. Haryani | PT. Bina Guna Kimia | Gatot Subroto Km. 4, Jl. Kalisabi No. 1 Kec. Jatiuwung | Tangerang | | 15138 | Indonesia |
| 35 | Nelson Ubomo | PT. Trifunggal Multichemicals | Jl. Raya Jakarta Bogor Km. 29.3 | Cimanggis - Depok | | 16950 | Indonesia |
| 36 | Luciana Effendi | PT. Bersama Bakat | Wisma Kodel 10th Fl, Jl. H.R. Rasuna Said Kav. B-4 | Jakarta | | 13820 | Indonesia |
| 37 | Njawawi Tanto | PT. Pendekar Kimia Perkasa | Jl. Tanah Abang II No. 7 | Bogor | | 16820 | Indonesia |
| 38 | Laura Revina Sari | PT. Servo Indonesia | Jl. Raya Narogong Km 28.5 Desa Kilansungan RTT RW 1 | Jakarta | | 11520 | Indonesia |
| 39 | Ms. Eli | PT. Servo Indonesia | Jl. Anyer 9 No. 4 | Bekasi | | 11530 | Indonesia |
| 40 | Safiul Anam | PT. Eternal Buana Chemical Industries | Jl. Jababeka Raya Blok R Kav. 2k/2n, Kawasan Industri Cikarang | Bekasi | | 17530 | Indonesia |
| 41 | Yusuf Sugiharto | PT. Lucky Rejeki | Menara BTN 14th Fl, Jl. Gajah Mada No. 1 | Jakarta | | 10130 | Indonesia |
| 42 | K. Taidgawa | Sanyo Trading Co., Ltd. (Tokyo) | 2-11, Kanda Nishikicho, Chiyoda-Ku | Tokyo | | | Japan |
| 43 | T. Nojima | Sanyo Trading Co., Ltd. (Osaka) | Shin-Asahi Bldg., 12F, 3-18, Nakanishima 2-chome, Kitaku | Osaka | | | Japan |
| 44 | Chan Hun Kim | Korea Chemical Co., Ltd. | Chonju Industrial Complex No.3 | Chon-Buk | | 565-904 | Korea |
| 45 | Eun Jong Lee | Kumgo Chemical Ind. Co., Ltd. | #294, Dohwa-Dong, Mahan-Gu | Dungpo-Dong | | 435-030 | Korea |
| 46 | S. Jain | Dunhan Paint & Ink Co., Ltd. | 615, Paedal-Dong, Mahan-Gu | Ansan City | | 435-030 | Korea |
| 47 | J. A. Hyon Koo | Samhwa Paints Ind. Co., Ltd. | 677, Sungpok-Dong | Anyang City | | 430-030 | Korea |
| 48 | Dr. Ibrahim | ICI Paints (M) S/B | Lot 5827 Kawasan Perindustrian Nilai 71800 Nilai | Kyonggi-Do | | 425-838 | Korea |
| 49 | Yong Chee Seng | ICI Paints (M) S/B | Lot 5827 Kawasan Perindustrian Nilai 71800 Nilai | Nilai | Negeri Sembilan | | Malaysia |
| 50 | Tong Woo Lam | Reverlex (M) S/B | Lot 5827 Kawasan Perindustrian Nilai 71800 Nilai | Nilai | Negeri Sembilan | | Malaysia |
| 51 | Kwan Swee Koong | Ridgewoode Chemicals & Resin S/B | 1/2, Mile, Jalan Batu Pahat 86009 Kluang | Kluang | Johor | | Malaysia |
| 52 | Ng Siew Ten | Jotun Paints | No. 6, Jalan Pelabur 23/1 40000 Shah Alam | Shah Alam | Selangor | | Malaysia |
| 53 | Leong Wai Khoon | Nippon Paint (M) S/B | P.O. Box 7050 40770 | Shah Alam | Selangor | | Malaysia |
| 54 | Chan Own Chin | Berger International | Lot 6107, Jln Hati Selatan Off 5 1/2 Mile Jalan Menu 41050 | Klang | Selangor | | Malaysia |
| 55 | MEL GO | PACIFIC PAINT & OIL MFG. INC. | 292 D. TUASON STREET | SAN FRANCISCO DEL MONTE | | | Philippines |
| 56 | MICHAEL SY | SYOWIN COATINGS & WIRES INC. | 193 JOY STREET | GRACE VILLAGE | | | Philippines |
| 57 | GERRY SY | GLOBESCO, INC. | 192 STO. DOMINGO AVENUE | QUEZON CITY | | | Philippines |
| 58 | Ellen Dela Cruz | WELBEST MANUFACTURING INC. | AMANG RODRIGUEZ AVENUE | QUEZON CITY | | | Philippines |
| 59 | Fiery David | CHARTER CHEMICAL & COATING CORP. | MERCEDEZ AVENUE | PASIG CITY | | | Philippines |
| 60 | JONNY | ROOSEVELT CHEMICAL CORP. | F. MANALO AVENUE | PASIG CITY | | | Philippines |
| 61 | JOSE SY CO | NIPPON PAINT (M) S/B | E. RODRIGUEZ JR. AVENUE | PASIG CITY | | | Philippines |
| 62 | GREGORIO JACOB | R.I. CHEMICAL CORP. | E. RODRIGUEZ JR. AVENUE | PASIG CITY | | | Philippines |
| 63 | MEL SOTELO | H.B. FULLER (PHIL), INC. | 11 GYRO STREET | LIGHT INDUSTRY & SCIENCE PARK | | | CABUYAO, LAGUNA Philippines |

Gayle Cole

6/21/2000

**M 2398**

| # | Name | Company | Mailing | | | |
|---|------|---------|---------|---|---|---|
| 64 | GERRY GLASSL | QUALTECH CHEMICAL CORP. | 160 CONGRESSIONAL AVENUE | PROJECT 8 | QUEZON CITY | Philippines |
| 65 | DONY OLIVEROS | DIAL INDUSTRIES INC. | 65 INDUSTRIA AVENUE | BAGUMBAYAN | QUEZON CITY | 1110 Philippines |
| 66 | DONY OLIVEROS | ROHM & HAAS PHILIPPINES INC. | AGUILAR AVENUE (CAA ROAD) | PAMPLONA | LAS PINAS CITY | 1110 Philippines |
| 67 | Tess Abruel | ADCOCK RESEARCH PAINTS | 681 GREGORIO BOBA AVENUE | MUZON | TAYTAY, RIZAL | Philippines |
| 68 | Salvador Esmejarda Jr. | TNC CHEMICALS PHIL, INC. | 5F COUNTRY SPACE 1 | GEN. GIL PUYAT AVE, SALCEDO VILLAGE | MAKATI CITY | Philippines |
| 69 | Charito Ching | NIPPON PAINT PHIL. INC. | HALOGARAM STREET | LIGHT INDUSTRY & SCIENCE PARK | CABUYAO, LAGUNA | 4025 Philippines |
| 70 | VENSON RAMOS | BASF PHILIPPINES INC. | PHASE 1 CARMEL RAY INDUSTRIAL PARK 1 | CANLUBANG | CABUYAO, LAGUNA | 4025 Philippines |
| 71 | ARLEEN FRAGINAL | DUTCH BOY PHILS. INC. | FIRST STREET | BARRIO LANGKAAN, DASMARIÑAS | CAVITE CITY | Philippines |
| 72 | Elizabeth Ong | CENTURY CHEMICAL CORPORATION | 48 TOCTOCAN STREET | SAN FRANCISCO DEL MONTE | QUEZON CITY | Philippines |
| 73 | M. DANDA GONZALES | CCPRD CHEMICAL CORPORATION | 14 ARAYAT STREET | MANDALUYONG CITY | MANDALUYONG CITY | Philippines |
| 74 | Wee Chong Teik | National Starch & Chemical (Guangdong) Ltd. | Nancha 5th Industrial Base Humen | Dong Guan | Guangdong | 523932 China |
| 75 | John Liu | H.B. Fuller (China) Adhesives Ltd. | 10 Bihua Street, Jimao Road South | Guang Zhou | Guangdong | 510730 China |
| 76 | Wang De Mo | Bauhinia Paints Manufacturing Holding Co., Ltd. | Cheng Jiang Town | Hui Yang | Guangdong | 516256 China |
| 77 | Frank Zhang | ICI Swire Paints (China) Ltd. | Economic & Technological Zone | Guang Zhou | Guangdong | 510730 China |
| 78 | Khor Shuang Wei | Tikkurila CPS (SEA) pte Ltd | No 4 Tuas Link 1 | Singapore | Singapore | 638593 Singapore |
| 79 | M. Jonathan | Coatex Bros (S) Pte Ltd | 19 International Road | Singapore | Singapore | 629228 Singapore |
| 80 | Mr. Ong | Flint Ink & Chemical (M) Pte Ltd | 39-5F Pandan Loop, Pandan Light Industries Park | Singapore | Singapore | 128424 Singapore |
| 81 | | Stora | Soon Lee Street 1 | Singapore | Singapore | 627606 Singapore |
| 82 | Andrew Wee | Leo-Marcion Pacific Packaging Pte Ltd | 25J Sungei Kadut Street 1 | Singapore | Singapore | 729333 Singapore |
| 83 | Mr. Tan | Toyochem Inc Pte Ltd | 31 Tuas Ave 2 | Singapore | Singapore | 639462 Singapore |
| 84 | | Toyoink Pan Pacific Pte Ltd | 31 Tuas Ave 2 | Singapore | Singapore | 639462 Singapore |
| 85 | A.H.M. Mubark | Delmege Forsyth Co (Paints) Ltd | 81, Kollabewila | Moratuwa | Sri Lanka | Sri Lanka |
| 86 | R.S.K. Nawaratna | Care Products PVT Ltd | 99, Parakrama Road | Peliyagoda | Sri Lanka | Sri Lanka |
| 87 | Suresh Athureliya | Lankem Ceylon Ltd | Horn Castle Estate, Minuwangoda Road | Minuwangoda | Sri Lanka | Sri Lanka |
| 88 | M. Mirwar | S&D Associates | 20, Sri Gnanendra Mawatha | Kaluwana | Ja-Ela | Sri Lanka |
| 89 | Mr. Rajahewabowala | Masons Paint Industries | 76, Welampola Road | Nawala Road | Panadura | 034-32382 Sri Lanka |
| 90 | | Silicone Coatings PVT Ltd | 18A, Nawala Road | Nawala | | 890112 Sri Lanka |
| 91 | Asoka Dassanayake | Antel Chemical Ltd | 170, Madampitiya Road | Piliyandala | | 614980 Sri Lanka |
| 92 | Nimal Madanayake | Ceytron (Lanka) & Co | 6Y1, Sri Dharmarama Road | Ratmalana | | 72574D Sri Lanka |
| 93 | Dayantha De Silva | Care Products PVT Ltd | 99, Parakrama Road | Peliyagoda | | 911482 Sri Lanka |
| 94 | K.U.Sumarasena | S&D Associates | 11/02, Old Kottawa Road | Mirihana | Nugegoda | 823541 Sri Lanka |
| 95 | James C.M. CHOU | Deto Surfaces (PVT) Ltd | 19/8, Dematagoda Place | Colombo | Colombo | 697916 Sri Lanka |
| 96 | Jack CHAN | BIG SUN CHEMICAL CORP. | 7F, NO.8 LN.86, CHUNGSHAN N. RD. SEC.3 | TAIPEI | | 104 TAIWAN |
| 97 | | SHUN CHIA INDUSTRIAL CO., LTD. | 255/2 Bangpoo Industrial Estate Soi 3, Sukumvit Road | Sammutprakarn | | 10540 Thailand |
| 98 | Mr. Chiayapom | YU SENG ENTERPRISE CO., LTD. | 7F, NO.177 FU-HSING S. RD. SEC.2 | TAIPEI | | 104 TAIWAN |
| 99 | George C. M. Cheng | PHARMA-JP ENTERPRISE CO., LTD. | 5F-4, NO.271, SEC.4, PA-TEH RD. | TAIPEI | | 104 TAIWAN |
| 100 | Tien Fu Feng | ETERNAL CHEMICAL CO., LTD. | 5F-2, NO.80, MINCHUAN W. RD. | TAIPEI | | 104 TAIWAN |
| 101 | James Lin | ETERNAL CHEMICAL CO., LTD. | 22, CHANG-HSING RD., HOU-HSIANG TSUN | KAOHSIUNG HSIEN | | KAOHSIUNG HSIEN |
| 102 | Mr. Suhum | UCPC | 22, CHANG-HSING RD., HOU-HSIANG TSUN | KAOHSIUNG HSIEN | | KAOHSIUNG HSIEN |
| 103 | Mrs. Jarunt | Allied Chemical International Co., Ltd | 5F, 217 NANKING E. RD. SEC.3 | TAIPEI | | 104 TAIWAN |
| 104 | Mr. Chiayapom | B.N.Brothers LP | 169 Soi 5, Thai Seri 2 Moo 5 suksawad Road | Sammutprakarn | | 10240 Thailand |
| 105 | Ms. Sureena | Delta Chemical Co., Ltd | 55 Theinratchamit Road, Huay Kwang | Bangkok | | 10320 Thailand |
| 106 | U.R. Throngsuk | Stan Pro Trading Co., Ltd | 3055 Sukumvit 109 | Sammutprakarn | | 10260 Thailand |
| 107 | A. Lakdawala | TOA Chemical Industries Limited | 31/1 Abngma-Trad Highway, KM 23, Bangsadoong | Sammutprakarn | | 10260 Thailand |
| 108 | Z.A. Lakdawala | U.R. Chemical Co.,Ltd | 81 Moo 11, Soi Thanasit, Theparak KM 14.5, Banglee | Sammutprakarn | | 10540 Thailand |
| 109 | V.D. Mehta | Hindustan Inks & Resins Ltd | 118, Apollo Estate, Mogra Lane | Mumbai | Maharashtra | 400 069 India |
| 110 | Dr. Petkar | Orient Paints | Mittal Indl. Estate, Bldg. 5/8, Gate No.49 | Mumbai | Maharashtra | 400 069 India |
| 111 | U.K. Khandapankar | Colour-Chem India Ltd. | Bombay-Agra Road | Thane | Maharashtra | 400 607 India |
| 112 | Y. Mani | Clariant (India) Ltd. | Koshet | Koshet | Thane | Maharashtra | 400 607 India |
| 113 | R.K. Inamdar | Koshet | 182, Wallasley Road | Pune | Maharashtra | 400 607 India |
| 114 | B. Trockler | Clariant (India) Ltd. | L.B.S. Marg | Mumbai | Maharashtra | 400 078 India |
| 115 | S. Ghosh | Asian Paints Inds. Ltd. | 14&15, Swarnamoyee Road | West Bengal | West Bengal | 711 103 India |
| 116 | M.B. Guna | Berger Paints (India) Ltd. | Danesh Shaikh Lane | West Bengal | West Bengal | 711 109 India |
| 117 | S. Singh | Shalimar Paints (India) Ltd. | 18-22, Jalni Arcade 14th Road | Mumbai | Maharashtra | 400 052 India |
| 118 | M.B. Parikh | Rohm & Hass (India) Ltd. | Ramakrisna Mandir Road, Dr. M. Vasanji Rd. | Mumbai | Maharashtra | 400 069 India |
| 119 | Rajendra V. Patel | Pidilite Inds. Ltd. | 114, Mittal Chambers | Mumbai | Maharashtra | 400 021 India |
| 120 | Dr. Khanolkar | Talloi-Made Polymers (India) Pvt. Ltd. | Nirmal House, Gautama Kadam Marg | Mumbai | Maharashtra | 400 013 India |
| 121 | Dr. Ramachandran | Goodlass Nerolac Paints (India) Ltd. | A-102, Vivarin Indl. Estate | Mumbai | Maharashtra | 400 063 India |

M 2399

**M D Kripalani**

| | |
|---|---|
| **From:** | Leung D (Dicky) [leungd@ucarb.com] |
| **Sent:** | Mittwoch, 18. Oktober 2000 06:37 |
| **To:** | Adamson, David; andrewr@unionchemicals.co.nz; Beppu, Yozo; Chan, Edward; Chuang, Alan; Cunanan, Alberto; Foo, Mun Chuan; kripalani@megavisa.com; Lam, Heman; Lee, Jae Neung; Lim, Mun Chong; Renzenbrink, John; Sim, Alice; Thanabodypath, Wisit |
| **Subject:** | FW: MAK Withdrawal Announcement |

📄 MAK Withdrawl Letter.doc     📄 MAK Direct Cust Withdrawal Lett...     📄 MAK Alternatives UCAR n-Buty...     **All,**

Please find the attached email for your reference and action. We picked up the news from the market. Eastman has been selling about 2000MT A MAK in Taiwan at the price over USD2000/MT CIF. It seems the market for MAK is quite big. Will you spend some effort to promote our Butyl Propionate.

Thanks and regards,

D Leung

———————
From:    Pignone PG (Paul)
Sent:    Monday, October 16, 2000 5:32 PM
To:      Mencia LF (Luis); Brown P (Phyllis); Applegate KW (Ken); Bodnar WJ (Bill); Casey MM (Mike); Glantzberg WD (Bill); Copeland; Galyn Cagle; George Iwaskow; Rand Jones; Rich Stephens; Ron Fitzgerald; A Golab; Andrea Shelton; Bert Barton; Charlie Black; Dave Dwyer; David Kantor; E Clark; Eddie Speir; F Schroeder; Frank Cashel; Giovanna Acosta; Gwen Gerety; Hector Valentin; Jack Meister; Jan Tucker; Jeff Koncal; Jim Ashworth; Jo Ann Pichiarello; Keith Potter; Kevin Kilelee; Lora Crim; Marcia Mendez; Mark Faix: Mark Oliver; Mike Farr; Mike Reed; Nennette Richard-Jordan; Pam Pratt; Randy Dievendorf; Reed Lipinsky; Robert Guajardo; Roberto DeJesus; Ruth Griffiths; Stephane Zalatan; Steve Reynolds; T Papa; Tom Harris; Viviana Hetherington; W Perry
Cc:      Tornow DS (David); Wyhs NA (Neal); Flynn JF (Jim); Gottschalk PE (Pat); Batt JM (Jim); Bergonzi FP (Frank); Nelson RF (Robert); Holahan PE Patricia); Dalton TR (Tom); A Cox; Brian Keen; Dominique Nocturne; Jack Logsdon; Jere Johnston; Michael Miller; Michael Spratt; Nate Bedee; R Decrease; Raymon Greenhouse; Roy Meadows; Sharon Dickson: Steve Meadow; Steven Markovich; Todd Williams; Walker
Subject:     MAK Withdrawal Announcement
Importance:  High

NAM Sales,

Enclosed for your information and use are the direct and distributor MAK withdrawal announcement letters effective January 16. 2001 that will be mailed from Danbury tomorrow, Tues 10/17/00. I have also enclosed a copy of the MAK replacement(UCAR n-Butyl Propionate) literature that will be enclosed with the announcement letter. Please take some time to read this document, so that you can better assist your customers in replacing MAK. If you have any technical questions regarding UCAR Butyl Propionate as a replacement for MAK, please contact our 1-800-SOLVENT line, Dave Darr. or Dave Tornow (yes I used Dave Tornow's name and technical assistance in the same sentence).

1

**M 1233**

90% of our MAK business is currently moved through the distributor channel, it may be difficult to get to the end use customer. Please encourage your distributors to not take the easy road out and order MAK from Eastman, but to look at this opportunity to bring value to their customers by lowering their costs, their odor (in the plant, not the body) and by reducing the use of one less HAPs solvent.

Please begin notifying customers and distributors ASAP. Although the letter specifies an effective date of January 16, 2001, the date is an estimate based on our current inventory. For those of you wondering, the distributor agreement states that we must give 90 day written notice to remove a product from our Schedule B; thus the January 16th date.

Please call me if you have any questions.

<<MAK Withdrawl Letter.doc>> <<MAK Direct Cust Withdrawl Letter.doc>> <<MAK Alternatives - UCAR n-Butyl Propionate>>

Regards,
Paul G. Pignone
EX: 5477

2

M 1234

October 16, 2000

Dear Distributor:

I regret to inform you that effective January 16, 2001, Union Carbide Corporation will no longer re-sell **Methyl Amyl Ketone (MAK)**.

I thank you for your support of Union Carbide's MAK business over the years. This decision has been made following a comprehensive study of our resale businesses nationwide, and finding that the resources and activities needed to maintain MAK in our portfolio can no longer be justified. The few remaining resale products in UCC's solvent portfolio are unaffected by this action.

We anticipate that supply of MAK is more than enough to cover demand in 2001 and beyond. However, we highly recommend that consumers of MAK consider replacing it with a lower cost and lower odor solvent: **UCAR® n-Butyl Propionate**. Details concerning this non-HAPs replacement recommendation are enclosed for your reference. Samples for evaluation are available upon request. The UCAR n-Butyl Propionate schedule price is $.68/lb., freight for the account of seller, for bulk TT (44M lbs. min.) shipments and the product is available in drums if needed.

We apologize for any inconvenience this decision may cause. Your Union Carbide sales representative is prepared to discuss in depth this change with you. Thank you for your continued business.

Very truly yours,

Paul G. Pignone
Business Manager
IPA, & Acetone Derivatives

**M 1235**

October 16, 2000

Dear Customer:

I regret to inform you that effective January 16, 2001, Union Carbide Corporation will no longer re-sell **Methyl Amyl Ketone (MAK)**.

I thank you for your support of Union Carbide's MAK business over the years. This decision has been made following a comprehensive study of our resale businesses nationwide, and finding that the resources and activities needed to maintain MAK in our portfolio can no longer be justified. The few remaining resale products in UCC's solvent portfolio are unaffected by this action.

We anticipate that supply of MAK is more than enough to cover demand in 2001 and beyond. However, we highly recommend that consumers of MAK consider replacing it with a lower cost and lower odor solvent: **UCAR® n-Butyl Propionate.** Details concerning this non-HAPs replacement recommendation are enclosed for your reference. Samples for evaluation are available upon request. The UCAR n-Butyl Propionate schedule price is $.68/lb., freight for the account of seller, for bulk TT (44M lbs. min.) shipments; and the product is available in drums if needed.

We apologize for any inconvenience this decision may cause. Your Union Carbide sales representative is prepared to discuss in depth this change with you. Thank you for your continued business.

Very truly yours,


Paul G. Pignone
Business Manager
IPA, & Acetone Derivatives



**M 1236**



# Facsimile Cover Sheet

**Union Carbide Corporation**
Technical Center
South Charleston, WV 25303

**To:**
    **Company:** INDIAN ADDITIVES LTD.
    **Fax:** 91-44-5941901

**From:**    Richard G. Carter
    Senior Development Scientist
    Amines Technology

    **Phone:** 304-747-5563
    **Fax:** 304-747-3632
    **e-mail:** carterrg@ucarb.com
    **Date:** November 8, 1999
    **Pages including this cover page:** 5

Here is the Statistical Quality Control report for PM-6079 shipped during the period from June 1998 through September 1999. This period includes twenty data points typically needed for meaningful statistical analysis and shows how the current quarter's shipments compare to those made previously.

The data are reported in a format similar to the last report we sent you. The charts are conventional "X" and "R-Bar" charts showing the variation between shipments for Total Nitrogen and N3 Content. There are also tables for each data set summarizing the statistical analysis information.

I hope this information and data continue to meet your needs. We will prepare updated reports for you as soon as possible following the end of the next calendar quarter in which shipments are made to your location. If you have additional needs or questions or if you would like us to change the format in any way, please let me know.

C: Sharad Mirji, MegaVisa Bombay (91-22-8527774)

M 4049





# PM 6079 Total Nitrogen, Wt%

*Summary Statistics*

| Control Chart Statistics | X Bar m Chart | Range Chart |
|---|---|---|
| Center Line | 34.99 | 0.71 |
| LCL | 32.85 | 0 |
| UCL | 37.33 | 2.31 |

| Population Statistics | | σ_RBar |
|---|---|---|
| Mean | 34.99 | |
| Std Dev (σ) | 0.78 | 0.62 |
| High | 37.4 | σ_RBar/σ |
| Low | 34.0 | Ratio |
| # of Points | 20 | 79.9% |

| Subgrouping Methods | |
|---|---|
| Subgroup Size (n) | 1 |
| Individuals / Moving Range | |

| Process Capability | | |
|---|---|---|
| Overall C_p | #N/A | |
| C_pk | 0.53 | |
| C_pm | #N/A | |
| | Lower | Upper |
| Spec | 34.0 | #N/A |
| C_p | 0.53 | #N/A |
| Sigma Based on R Bar | | |

| Control Limits | |
|---|---|
| Based on | II Variance |
| Placed At | 3 Sigma |
| Source: Calculated from Data | |

Data Date Span.    6/12/98 to 9/30/99

Report Date / Time: 8-Nov-99 09:33

Input File: Raw Data for SQC 6-98 - 9-99.xls

Output File: SPC_1.XLS







# PM 6079 N3, Wt%

*Summary Statistics*

| Control Chart Statistics | X Bar Chart | Range Chart |
|---|---|---|
| Center Line | 20.04 | 1.19 |
| LCL | 17.32 | 0 |
| UCL | 22.76 | 3.88 |

| Population Statistics | | σ_RBar |
|---|---|---|
| Mean | 20.04 | |
| Std Dev (σ) | 0.91 | 1.05 |
| High | 21.6 | σ_RBar/σ |
| Low | 18.1 | Ratio |
| # of Points | 20 | 115.7% |

| Subgrouping Methods | |
|---|---|
| Subgroup Size (n) | 1 |
| Individuals / Moving Range | |

| Process Capability | |
|---|---|
| Overall $C_p$ | 0.64 |
| $C_{pk}$ | 0.62 |
| $C_{pm}$ | #N/A |

| Control Limits | |
|---|---|
| Based on | II Variance |
| Placed At | 3 Sigma |
| Source: Calculated from Data | |

| | Lower | Upper |
|---|---|---|
| Spec | 18.0 | 22.0 |
| $C_p$ | 0.65 | 0.62 |
| Sigma Based on R Bar | | |

Data Date Span:    6/12/98 to 9/30/99
Report Date / Time: 8-Nov-99 09:33

Input File: Raw Data for SQC 6-98 - 9-99.xls
Output File: SPC_1.XLS

[SIG]    on RONNIE TAN at UCCMSB 3/31/97 9:48AM (1806 bytes: 1 ln)
To: VISA at UCAP
Subject: RE: HPA/DETA BLEND ( PM 6079)
------------------------------------- Message Contents ----------------------------

SHARAD,

THIS IS THE REPLY FROM DOCK CARTER.I HOPE THIS ANSWERS YR QUESTION
AND YOU WILL BE ABLE TO RSEPOND TO IAL APPROPRIATELY.


RGDS,
R.TAN




Microsoft Mail v3.0 (MAPI 1.0 Transport) IPM.Microsoft Mail.Note
From: Carter RG (Dick)
To:   TANR
      DILLANKW
Subject: RE: HPA/DETA BLEND ( PM 6079)
Date: 1997-03-27 12:46
Priority: R
Message ID: 0BB7ECC79DA6D011B74200805F52D607
Conversation ID: HPA/DETA BLEND ( PM 6079)

------------------------------------------------------------------

Ronnie,

By actual analysis, our blend of 80/20 HPA-X/DETA (PM 6079) has averaged
35% Total Nitrogen over the past three years.  The values range from 34%
to 35.8%.  Our current specification requires 34% minimum.

I hope this covers your question.

Best regards,

Dick


  ----------
From:  TANR
Sent:  Wednesday, March 26, 1997 5:53 AM
To:    CARTERRG: DILLANKW
Subject:  HPA/DETA BLEND ( PM 6079)

         ***Message delivered from cc:Mail***

From:    RONNIE TAN at UCCMSB
To:      UCC/SCTWV03/CARTERRG
cc:      UCC/DBYCT02/DILLANKW

Date: 3/26/97 4:59PM
Subject: HPA/DETA BLEND ( PM 6079)
-----------------------------------------------------
DICK,

WE HAVE BEEN ASKED BY INDIAN ADDITIVES WHAT IS THE TOTAL NITROGEN
CONTENT(
BY WT) IN OUR HPA/DETA BLEND .THEY WERE LOOKING AT MIN 34.5-35/5& LEVELS.
CAN YOU COMMENT ON THIS.

RGDS,
R.TAN

    --------------- End of text item ---------------

M 3979



**MegaVisa**

1|3

August 1, 2000

No. of pages : 1+2

To :  Ms Saroj, Technova Imaging.

Fax # 7412747

Sub :  TRITON DF-12 Surfactants.

Ref : Our inv # MMG/IP/35/2000

Please refer to attached mail received from M/s Union Carbide Corporation w.r.t. your query on appearance of subject material. Hope details self-explanatory & please do not hesitate to contact undersigned for any additional information or assistance.

Thanks & kind regards,

NISHIT MEHTA
Product Manager

E. Mail : nishit@megavisa.com

MEGAVISA MARKETING & SOLUTIONS LTD.
Tel. No.: 91-22-8528657 (Direct)
91-22-8527770 / 1 / 2 (Board)
Fax No.: 91-22-8527774
Mobile # 91-9821061353

# MegaVisa Marketing & Solutions Limited

M 3383

*(Formerly  : Megavisa Engineering & Petrochemicals Ltd.)*
**Regd. Office & H.O. :** Twin Arcade, 'C' Wing, 5th Floor, Military Road, Off. Marol-Maroshi, Andheri (East), Mumbai - 400 059. INDIA.
**Tel.:**+91-22-852 7770/71/72   **Fax:** +91-22-852 7774  **e-mail:** info@megavisa.com **Web site:** www.megavisa.com

**BRANCHES :** New Delhi, Calcutta, Chennai & Hyderabad



2|3

**UNION CARBIDE CORPORATION**
P.O. BOX 8361, SOUTH CHARLESTON, WV 25303

July 31, 2000

Re: Triton® DF-12 Surfactant

To Whom It May Concern:

This letter is in response to your query to Mr. Andrew Yen regarding Triton® DF-12 Surfactant haze. It is not unusual for Triton® DF-12 Surfactant to appear hazy at ambient temperature or when warmed. The appearance specification for this product is "at 30°C" due to the relatively high solidification temperature (16°C pour point) of this product. A passing appearance specification is "Substantially free from visible foreign matter" and does not include a description of liquid clarity because of the residual haze that may be present.

The difference in haze is due to normal manufacturing variability and the relatively high pour point for this product. A hazy batch should not be interpreted as "off-spec" or exhibiting diminished product performance. Bear in mind that as a low foam surfactant, Triton® DF-12 has a relatively low cloud point (13-19°C) and some aqueous formulations may appear cloudy at ambient temperatures.

The attached sheet lists the current product specifications for Triton® DF-12 Surfactant. If you need any additional information or assistance, please contact me at 304-747-4417 or 304-747-4687 (fax) or aguilada@ucarb.com (e-mail.).

Sincerely,

*Daniel G. Aguilar*

Daniel A. Aguilar
Tergitol® and Triton® Surfactants

cc: A. Yen

| Post-It® Fax Note | 7671 | Date 1 3 4 | # of pages ▶ 2 |
|---|---|---|---|
| To NISHIT | | From ANDREW YEN | |
| Co./Dept. MEGA – VISA | | Co. U CAP T/C | |
| Phone # | | Phone # | |
| Fax # 91-22-852-7773 | | Fax # 65-7776249 | |

**M 3384**

. 2000 10:38   21 UCAPTC 65 7776249   UNION CARBIDE     NO. 4284   P. 003/003



## Product Specification    UNION CARBIDE

## TRITON(TM) DF-12 SURFACTANT

**Spec Number:** 1-40F.DF12-1f                    **Date:** 05/17/1999

| Characteristic | Method | UOM | Tolerance |
|---|---|---|---|
| Appearance at 30C | 1B-40F.-1.29 | NoUnit | Pass |
| Cloud Point 1% Aq | 1B-40F.-1.32 | deg C | 13 – 19 |
| Color | 1B-40F.-1.33 | GardCo | 0 - 2 |
| pH-5% aqueous | 1B-40F.-1.31 | NoUnit | 4.0 - 8.0 |
| Water | 1B-40F.-1.34 | wt% | 0.0 - 1.0 |

This specification is in effect as of the date appearing hereon, but is subject to change without notice. For additional information regarding this product or for information concerning current specifications, please contact your nearest Union Carbide Sales Office.

Union Carbide™ is a registered trademark of Union Carbide Corporation.

Print Date: 7/31/00  11:44 AM

M 3385

From:  Wong SM (Yvonne)
Sent:  Friday, December 18, 1998 6:46 AM
To:  Scherff RR (Rae)
Subject:  RE: IPDC/33

        ***Message delivered from cc:Mail***

From:    Wong SM (Yvonne) at UCCS
To:      UCARB/NORTHAMERI/SCHERFRR

Date: 12/18/98 4:28PM
Subject: RE: IPDC/33
--------------------------------------------------
-------------------------- Forwarded with Changes
--------------------------
From: UCARB/NORTHAMERI/SCHERFRR at MSMAIL
Date: 12/16/98 1:05AM
To: WONG SM (YVONNE) at UCCS
Subject: RE: IPDC/33
--------------------------------------------------------------------------
----


-------------- End of text item ---------------


    Hi Rae,

        have checked with MM Global regarding the SQC. Please check with
Dick Carter or Kevin Dillan. I think they should know what's all
about. Upon receiving, please fax a copy to me @ 65-2688179 ASAP


    Regards,

    Yvonne
    18 dec 98


_____ Forward Header
_____
Subject: RE: IPDC/33
Author:  UCARB/NORTHAMERI/SCHERFRR at MSMAIL
Date:    12/16/98 1:05 AM


Microsoft Mail v3.0 (MAPI 1.0 Transport) IPM.Microsoft Mail.Note
From: Scherff RR (Rae)
To:  Wong SM (Yvonne)
Subject:  RE: IPDC/33
Date: 1998-12-15 10:07
Priority: 3
Message ID: 0DE41B316B93D211AD2800805FBEC631
Conversation ID: IPDC/33


--------------------------------------------------------------------
---

Hi Yvonne,                                              **M 3507**

I checked with the people at our literature desk, and they have never heard
of such a thing. Perhaps they want a specification sheet? If you discover
from them what data they need, let me know. Maybe we call this chart

_ching else.

Regards,
Rae

----------
From:  Wong SM (Yvonne)
Sent:  Tuesday, December 15, 1998 9:03 AM
To:  Scherff RR (Rae)
Subject:  IPDC/33

        ***Message delivered from cc:Mail***

From:     Wong SM (Yvonne) at UCCS
To:       UCARB/NORTHAMERI/SCHERFRR

Date: 12/15/98 4:24PM
Subject: IPDC/33
--------------------------------------------------

     CEBA REF : 56929
     SAP  REF : 5000-6451


     Hi Rae,

        Customer has requested for a copy of the "Statistical Quality
Control Chart" (sounds foreign right?). Please advise if it possible
to obtain this piece of data. If possible, pls fax a copy to me. They
has also informed that they will need it for custom clearance
purposes. Appreciate your advise.

     Thanks & Regards,

     Yvonne
     15 dec 98

--------------- End of text item ---------------

--------------- End of text item ---------------

M 3508

[315] From: V K MOORTHY at UCAP 1/15/99 4:18PM (2642 bytes: 1 ln)
To: Nagae T (Toshiyasu) at MSMAIL, Abe A (Atsushi) at MSMAIL, BILL COX at
    UCCAPL, DAVID ADAMSON at UCCAPL, JOHN RENZENBRINK at UCCAPL, BERNARD MIU at
    UCASIAL, HEMAN LAM at UCASIAL, EDWARD CHAN at UCASIAL, BBPARK at UCCK, JNLEE
    at UCCK, S.H.LEE at UCCMSB, RONNIE TAN at UCCMSB, FOO.MC at UCCMSB,
    MARIO TONGSON at UCPFE, ALBERTO CUNANAN (CUNANAN.A) at UCPFE, ALICE LAU at
    UCCS, M A CRUZ at UCPFE, PAUL FERNANDO (FERNANDO.P) at UCLL, BANDULA LIYANAG
    (LIYANAGE.B) at UCLL, HSU.H (HAL HSU) at UCFC, Wu K (Keith) at UCFC, HSU.N
    (NORA HSU) at UCFC, THANABODYPATH.W (WISIT.T) at UCTHAI, VISA, Beppu Y (Yozo
    at MSMAIL, ANDREW ROBERTSON at UCNZ, RUGWONGPRAYOON.A (ADISAK.R) at UCTHAI,
    LIM MUN CHONG
cc: NERI.RG (Neri RG (Ron)), DICKY LEUNG, KEEL.AT (Keel AT (Tison)) at UCCK,
    Wyhs NA (Neal) at MSMAIL, Marinaccio M (Michael) at MSMAIL
Subject: 1998 Sales
----------------------------- Message Contents -----------------------------
Text item 1: Text_1

15 January, 1998

To:   T. Nagae/A Abe/Y Beppu, UCJKK
      W. M. Cox/D. Adamson/J. Renzenbrink, UCCAPL
      Bernard Miu/H. Lam/Edward Chan,UCASIAL HK
      B. B. Park/J. N. Lee, UCCK
      S. H. Lee/Ronnie Tan/M.C.Foo, UCCM
      A. Robertson, UCNZL
      M. M. Tongson/A. V. Cunanan/M. Cruz, UCPFE
      Lim Mun Chong, UCAP
      Alice Lau, UCCS
      P. C. H. Fernando/B. Liyanage, UCLL
      H. Hsu/Keith Wu/N. Hsu, UCFC
      Adisak R/Wisit Thanabodypath, UCTHAI
      A. Mittal/M.D.Kripalani/S.D. Mirji, VISA

cc:   RG Neri
      Dicky Leung
      AT Keel
      NA Wyhs
      MM Marinaccio


Folks,

I wish to congratulate you all for ending 1998 with a total sales
volume of 214,408 MT equivalent to about 90% of last year.  This is a
much greater performance than anticipated in early 1998 when the Asian
economic crisis hit us hard.

Some of the countries like Indonesia, Korea and Thailand worst
affected by the crisis suffered in volume loss but this was offset by
excellent sales performance in PRC, India and Singapore.  Special
kudos to all members of SIM who worked extremely hard as a team in
this toughest crisis, ably supported by Danbury.

We now move into 1999 and the new millennium.  Greater challenges lie
ahead for all of you.  I consider myself extremely lucky to be
associated with such a wonderful, dedicated team of excellent people.

Good luck to all of you.

Best regards
VK Moorthy

M 0112