**41**

144] From: UCARB/SINGAPORE/FOOW at MSMAIL 7/29/99 6:05PM [15011 bytes: 85 ln.]
To: TONY MARINOVICH at UCNZ, VISA at UCAP, LIU.S at UCGZCL     rec/Gene
Subject: RE: Danbury meeting schedule and South C
------------------------------ Message Contents ----------------------------
Text item 1:

Microsoft Mail v3.0 (MAPI 1.0 TransportA) IPM.Microsoft Mail.Note
From: Foo W (Wilson)
To:  Griffin GL (Glen)
     Lee A (Allan)
     Foo YM (Yan Ming)
     'Foo MC (Mun Chuan)'
     Togi S (Shingo)
     Sritanasan T (Taveewit)
     Liu S (Steven)
     MegaVisa Bombay ←
     Marinovich T (Tony)
     Tong PT (Patrick)
Subject:  RE: Danbury meeting schedule and South Charleston Product training
     schedule
Date: 1999-07-29 04:18
Priority: 3
Message ID: 684E9ABC6545D311A3BF0008C75DE115
Conversation ID: Danbury meeting schedule and South Charleston Product trainin
Attachments:
     TECHNI~1.DOC

------------------------------------------------------------------------

Guys,

As promised, I am sending you a format for tabling your technical problems.
Please see attached. You are encouraged to bring more problems to the
training.


Rdgs
Wilson Foo
[[ TECHNI~1.DOC : 2354 In TECHNI~1.DOC ]]


   -(------
From: Foo W (Wilson)
Sent: Wednesday, July 28, 1999 12:13 PM
To:  Griffin GL (Glen); Lee A (Allan); Foo YM (Yan Ming); Foo MC (Mun Chuan);
Togi S (Shingo); Sritanasan T (Taveewit); Liu S (Steven); MegaVisa Bombay;
Marinovich T (Tony); Tong PT (Patrick)
Subject:  Danbury meeting schedule and South Charleston Product training
schedule

Folks,                                                          M 4400

Sorry you have not heard from me about your trip for a long time. Nothing has
been forgotten. Please see attached name list and itinerary together with the
Danbury Meeting Schedule plus South Charleston Meeting Schedule. I have seen
all your flight details and even queried some of them. Everything looks good
now and all your hotels and transportation needs have been booked. The
flights for Houston - New Orleans (Taft) - Houston has been booked for some
of you. A few are leaving direct from New Orleans. Some more information for
you:

1.  Safety. Stick to the group except for your flights in and out of the
country. Crime rate is down a lot in the US but please don't wonder off
on your own. If you are going out, do so in a small group.

Visa. Please get your necessary visas arranged and travel with sufficient validity of passport.

3. Dress code. With the exception of Danbury and HCC where the dress code is Business Smart, all other events are casual dress.

4. A tour has been suggested by Lori LeBraun for your weekend in Houston. Those interested, please sign up with her directly. (see Lori's email)

5. Please pay for all expenses and claim under the special account set up at FSC. Lendy will be tracking these expenses for reimbursement from Optimal. Tours, excursion and other incidentals are under trainees' own account.

6. A special request came in from your trainers in SCTC who wants to know about specific technical questions before you come. Please take some time to look at your work area. Write down some of the technical problems you face and bring them to South Charleston. I'd really prefer for you to do this in a fixed format I will be sending out to you. This is make your training more worthwhile.

Now, I only owe you the format for technical problem and schedule for Taft visit. So enjoy yourself guys and remember that you are visitors and representatives of UCAP - don't do anything I wouldn't do, which really doesn't leave much.

Rgds
Wilson Foo

<<File: train1.doc>><<File: S Charleston Training Schedule.doc>><<File: Danbury Schedule.doc>><<File: visit to Houston weekend of 820.....txt>>

M 4401

PRODUCT TRAINING/
ORIENTATION PROGRAM
*MONDAY, JANUARY 16, 1999*
DANBURY, CT, USA
MAIN MTG. ROOM - N1-810
BREAKOUT ROOM: N1 MTG RM #1
D   R   A   F   T
A G E N D A

| | |
|---|---|
| 8:00-8:30 AM | Welcome & Introductions/Housekeeping (Arjun Samtani) |
| 8:30-9:00 AM | Orientation and Training Objectives: (Arjun Samtani)<br>• Agenda<br>• Logistics |
| 9:00-10:00 AM | D. C. Causey (Director, Amines) |
| 10:00-10:15 AM | B   R   E   A _ K |
| 10:15-10:45 AM | R. D. Dickson (VP, IPC) |
| 10:45-11:45 AM | K. B. Spall (Director, Alkoxylates) |
| 11:45 AM -1:00 PM | L   U   N   C   H (Collect air tickets for Houston – New Orleans – Houston from Corporate Travel Agency Level 2) |
| 1:00 - 2:00 PM | R. N. Davies (Gas Treating, Alkyl Alkanolamines) |
| 2:00 - 3:00 PM | J. B. White (Specialties and Commodity Surfactants) |
| 3:00 - 3:15 PM | B   R   E   A   K |
| 3:15 - 3:45 PM | J. K. Hartjen (Carbowax PEGs) |
| 3:45 - 4:30 PM | K. W. Dillan (Ethyleneamines and Ethanolamines) |
| 4:30 - 5:00 PM | Wrap-up Session (Group photo session) |
| 5:00 - 5:30 PM | Tour of HQ (Optional) |
| 6:00 PM | Dinner - Hosted by R. D. Dickson |

**M 4402**

AGENDA
UCAP Sales Training
8/17-20/99, So. Charleston, WV

**Tuesday, 8/17**

Airport to hotel (Marriott)     12:30PM
Hotel to the Tech. Center      2:00

Safety Video

2:30 to 5:00 PM        -Presentations by the sales group
(EACH SALES PERSON WILL TALK ABOUT THE SIZE OF HIS/HER MARKET, COMPETITORS,
CUSTOMERS, PROBLEMS, QUESTIONS, ETC.)

5:00 to 5:30        -Discussions
5:30              -Return to the hotel

Evening?

**Wednesday, 8/18**

7:30 AM           -Hotel to the Tech Center
8:00-12:00        -Ethanol Amines

12:00 Noon - 1:00 PM    -Lunch

1:00-5:00          -Ethylene Amines

5:15              -Return to the hotel

6:30PM            -Dinner with trainers and?

**Thursda, 8/19**

7:30 AM           -Hotel to the Tech. Center
8:00-12:00        -Surfactants

12:00 Noon - 1:00 PM    -Lunch

1:00-5:00          - Surfactants
5:15              -Return to the hotel
Evening?

**Friday, 8/20**

8:00AM            -Hotel to the Tech Center
8:30-10:00         -AA
10:00-12:00        -PEGs

12:00 Noon - 1:00 PM    -Lunch

1:00-4:00          - PEGs

4:30              -Depart for the airport

M 4403

TRAIN 1.DOC

## JPC UCAP Affiliate sales folks Product Training and Orientation programme

### Trainees

| | |
|---|---|
| Australia | Glen Griffin |
| New Zealand (Union Chemicals) | Tony Marinovich |
| Singapore | Allan Lee Eng Wah |
| | Foo Yan Ming |
| Malaysia | Foo Mun Chuan |
| Thailand | Sritanasan Taveewit |
| PRC | Steven Liu Hao |
| Japan | Shingo Togi |
| India (Megavisa) | Moti Kripalani |
| | Nishit Mehta |
| Danbury | Patrick Tong (only for S Charleston and Taft programmes) |

**Aug 15** — Arrival New York/transfer to Danbury. Stay Ethan Allen Inn. (The hotel has complementary transfers to Corporate Centre)

**Aug 16** — Meeting with Danbury folks (Duane Dickson, Doug Causey, Ken Spall, (Working sessions with Kevin Dillan, Jim White, Jay Hartjens, Ralph Davies, etc) Dinner hosted by Duane Dickson

**Aug 17** — Move to South Charleston USAir 522 ETD La Guardia 0916, ETA Pittsburg 1045 Connect USAir 279 ETD Pittsburg 1130 ETA South Charleston 1215 Check in Charleston Marriott Town Centre - see attached excel file for hotel info and confirmation numbers. Introduction to Technology Managers (business and problem highlights)

**Aug 18-20** — Product training (EOA, EA, Carbowax, Surfactants)

**Aug 20** — Move to Houston on USAir 3342 ETD South Charleston 1830 ETA Charlotte 1947 connecting on USAir 1463 Etd Charlotte 2045 ETA Houston Intercontinental Airport 2208. Check in Houston Marriot North at Greenspoint.

**Aug 21-22** — Weekend in Houston

**Aug 23** — Visit to HCC. Lunch and proceed to Hobby Airport for 3pm flight to Taft on SouthWest Airlines SW611. Check in Airport Hilton New Orleans.

**Aug 24** — Pickup at Hotel. Proceed to Taft plant. Lunch and return to Houston. Training programme ends here. Trainees to arrange for own flight back.

## Price Implementation
### Before, During & After

- **Preparation for price increase activity**

  (1) Secure and fully understand all rationale behind each price increase. Business managers will supply this detail. (See the attached example)
  (2) Ensure your mailing lists and contact lists are up to date.
  (3) Plan how you will communicate.
  - Prioritize your customers by size and number of different product lines they buy.
  - Try to visualize reaction at each account.
  - Decide who will get letters only, and who will have direct contact (in person or phone).
  - Determine the proper contact(s) in each organization and how you will structure your call.
  - Plan, organize, and schedule your calls accordingly.

- **Types of reactions that might be encountered**
  - Keep in mind it is the natural tendency of a buyer to resist price increases. It's his job.
  - "Your price is too high."
  - "I can't implement that price change because our customer's prices are locked in."
  - Change of customer's order pattern due to pre-buy or done deliberately to cause the perception business is being lost.
  - "What are my options under our contract?"
  - "I need a more detailed letter to justify this price increase internally."
  - "Your competition isn't doing that."
  - "What do you think pricing activity will look like for the next 12 months?"
  - "My budget (or company performance, or state of my industry) will not allow a price increase."
  - "Why is it that UCC is typically the first producer to increase prices and the last to decrease prices?"
  - "You keep talking about UCC's eroded margins and subsequent poor profits. I have my own business to run. Why should I be concerned about your problem?"

- **Preparation for and reaction to these types of responses**

  Basic techniques are still the best:
  - Listen carefully
  - Paraphrase questions back to ensure questioner knows you heard them and understood what they said.
  - Probe for further understanding and ask open-ended questions (those that start with who, why, when, how, and cannot be answered with a yes or no). The best reaction is to paraphrase and tack on an open-ended question.
  - Keep in mind one of the key elements of your responsibility in the pricing process is to notify your contacts of the pricing change detail and the rationalization behind it. On the first round of contacts, set the stage and gather information.
  - While some questions or statements can be dealt with on the spot, it is often better to probe for detail (use all your contacts), and then work with proper UCC management to formulate

**M 0090**

2

a response.  This also allows time for additional thought process and other collective input.
- Remember, the first contacts are very important.  Preparation, information gathering, and posturing are key.  Preparation gives better chances of success, and posturing (a firm signal of intent) enhances our position should further negotiations be needed.


- **Follow-up needed**

    Learn as much about customer concerns and competitive activity as possible.  Feed it back to appropriate management promptly.
    - Watch customer order patterns.  If they change, find out why.  Test the water by asking when we might get our next order.
    - Organize and prioritize your response activity to customers where needed after the first round of contacts.
    - Watch for articles in the press that may further support our position and share with customers.
    - Feedback to Business Managers is essential.  Keep them posted as information is received.


JJH:km

**Megavisa**

| | |
|---|---|
| **From:** | UCARB/SINGAPORE/SAMTANA |
| **Sent:** | Wednesday, May 12, 1999 4:38 PM |
| **To:** | MMGLOBAL; LIU.S; ALBERTO CUNANAN; SIRICHOOSUB.S; FOO.MC; JOSOPRAWIRO.E |
| **Cc:** | VISA; BOBBY CRISTUTA; MARIO TONGSON; THANABODYPATH.W; RUGWONGPRAYOON.A; RONNIE TAN; S.H.LEE; HENRY MANAPA; PULUNG PERANGINANGIN; ANDREW ROBERTSON |
| **Subject:** | IPC PRODUCT TRAINING AND ORIENTATION IN |

```
Microsoft Mail v3.0 (MAPI 1.0 Transport) IPM.Microsoft Mail.Note
From: Samtani AP (Arjun)
To:  Griffin GL (Glen)
     Josoprawiro E (Endang)
     Lee A (Allan)
     Foo MC (Mun Chuan)
     Sirichoosum S (Sunee)
     Cunanan A (Alberto)
     Togi S (Shingo)
     Liu S (Steven)
     MM Global - Singapore
Cc:  Cox WM (Bill)
     Robertson A (Andrew)
     Peranginangin P (Pulung)
     Manapa H (Henry)
     Lee SH (Swee Hua)
     Tan R (Hock Heng Ronnie)
     Rugwongprayoon A (Adisak)
     Thanabodypath W (Wisit)
     Tongson M (Mario)
     Cristuta B (Bobby)
     Nagae T (Toshiyasu)
     Miu B (Bernard)
     Lam H (Heman)
     MegaVisa Bombay
Subject: IPC PRODUCT TRAINING AND ORIENTATION IN U.S
Date: 1999-05-11 21:10
Priority: 3
Message ID: 7B6FF2FE9D03D311849A0008C75DE16D
Conversation ID: IPC PRODUCT TRAINING AND ORIENTATION IN U.S

--------------------------------------------------------------------------


12 May 1999

To : Glen Griffin Cc : William Cox
 Endang Josoprawiro  Pulang Peranginangin/Henry Manapa
 Allan Lee
 Foo Mun Chuan  SH Lee/ Ronnie Tan
 Sunee Sirichoosum  Adisak Rugwongprayoon/Wisit
 Alberto Cunanan  Mario Tongson/Bobby Cristuta
 Shingo Togi  T Nagae
 Steven Liu  Bernard Miu/Heman Lam
 Paresh Zaveri (MM Global)  Ajay Mittal (Megavisa Bombay)
    Andrew Robertson
```

RE : IPC PRODUCT TRAINING AND ORIENTATION IN U.S.

**M 3637**

Folks,

You have been nominated to attend an IPC Product Training and Orientation programme in the U.S. Please block off your calendars for the dates Aug 15 thru Aug 25. The programme will begin in Danbury with a business meeting and a dinner hosted by Duane Dickson followed by 3 days in South Charleston for

product training on EA, EOA, Carbowax and Surfactants. Thereafter, you will visit HCC and Taft. Over the next few weeks, we will be sending you more details as they become available.

By copy to Andrew Robertson, please inform your choice for the trainee from NZ. Thank you.


Regards
Arjun Samtani

MS EXCHANGE email address Samtani AP (Arjun)
INTERNET email address samtana@ucarb.com

M 3638

2

**Megavisa**

From:       UCARB/SINGAPORE/FOOW
Sent:       Friday, May 28, 1999 12:30 AM
To:         MMGLOBAL; LIU.S; SIRICHOOSUB.S; FOO.MC; TONY MARINOVICH
Cc:         RUGWONGPRAYOON.A; S.H.LEE; ANDREW ROBERTSON
Subject:    U.S Training and Orientation



TRAIN.DOC

```
Microsoft Mail v3.0 (MAPI 1.0 TransportA) IPM.Microsoft Mail.Note
From: Foo W (Wilson)
To:  Griffin GL (Glen)
     Marinovich T (Tony)
     Lee A (Allan)
     Foo YM (Yan Ming)
     Foo MC (Mun Chuan)
     Sirichoosum S (Sunee)
     Liu S (Steven)
     MM Global - Singapore
     Togi S (Shingo)
Cc:  Samtani AP (Arjun)
     Cox WM (Bill)
     Robertson A (Andrew)
     Lee SH (Swee Hua)
     Miu B (Bernard)
     Rugwongprayoon A (Adisak)
Subject:  U.S Training and Orientation
Date: 1999-05-27 05:19
Priority: 3
Message ID: B374B2FDE111D311A3BE0008C75DE115
Conversation ID: U.S Training and Orientation
Attachments:
     TRAIN.DOC

-----------------------------------------------------------------------

Folks and Paresh,

Please see attached file on your training programmes. As most of the events
are already confirmed, you may go ahead to book your flights. Leave the
Houston-Taft-Houston flights out. I will try to arrange that from Danbury
side and have it charged to your credit cards. At a later stage, we will be
sending out more details as well as requests for your personal particulars
for hotel bookings, etc. Have a fruitful and meaningful trip.

Rgds
Wilson Foo

[[ TRAIN.DOC : 2577 In TRAIN.DOC ]]
```

M 4359

1

**IPC UCAP Affiliate sales folks Product Training and Orientation programme**

Trainees

| | |
|---|---|
| Australia | Glen Griffin |
| New Zealand (Union Chemicals) | Tony Marinovich |
| Singapore | Allan Lee |
| | Foo Yan Ming |
| Malaysia | Foo Mun Chuan |
| Thailand | Sunee Sirichoosum |
| Philippines | Alberto Cunanan |
| PRC | Steven Liu Hao |
| Japan | Shingo Togi |
| India (Megavisa) | Paresh Zaveri |

| | |
|---|---|
| Aug 15 | Arrival New York/transfer to Danbury. Stay Danbury Hilton/Ethan Allen |
| Aug 16 | Meeting with Danbury folks (Duane Dickson, Doug Causey, Ken Spall, (Working sessions with Kevin Dillan, Jim White, Jay Hartjens, Ralph Davies, etc) Dinner hosted by Duane Dickson |
| Aug 17 Pittsburg | Move to South Charleston USAir 522 ETD La Guardia 0916, ETA 1045 Connect USAir 279 ETD Pittsburg 1130 ETA South Charleston 1215 Check in Marriott or Charleston House. Introduction to Technology Managers (business and problem highlights) |
| Aug 18-20 | Product training (EOA, EA, Carbowax, Surfactants AA)) |
| Aug 20 | Move to Houston on USAir 3342 ETD South Charleston 1830 ETA Charlotte 1947 connecting on USAir 1463 Etd Charlotte 2045 ETA Houston Intercontinental Airport 2208. Check in Chatham Inn |
| Aug 21-22 | Weekend in Houston |
| Aug 23 | Visit to HCC. Lunch and proceed to Hobby Airport for flight to Taft on SouthWest Airlines (hourly shuttle). Check in Hilton Hotel at airport. |
| Aug 24 | Pickup at Hotel. Proceed to Taft plant. Lunch and return to Houston. Training programme ends here. Trainees to arrange for own flight back. |

M 4360

```
[471] From: UCARB/SINGAPORE/TANM at MSMAIL 6/9/99 3:20PM (2359.bytes: 64 ln)
To: WU K (KEITH) at UCFC, THANABODYPATH.W at UCTHAI, JNLEE at UCCK, FOO.MC at
    UCCMSB, ALBERTO CUNANAN at UCPFE, VISA at UCAP, ANDREW ROBERTSON at UCNZ
cc: MARIO TONGSON at UCPFE, RUGWONGPRAYOON.A at UCTHAI, BBPARK at UCCK, S.H.LE
    at UCCMSB, HSU.H at UCFC
Subject: Key Take Away Messages from SIM Worldwid
---------------------------- Message Contents ----------------------------
Microsoft Mail v3.0 (MAPI 1.0 Transport) IPM.Microsoft Mail.Note
From: Tan M (Molly)
To:  Robertson A (Andrew)
     MegaVisa Bombay
     Adamson, David
     Chan, Edward
     Cunanan A (Alberto)
     Foo MC (Mun Chuan)
     Lam, Heman
     Lee JN (Jae Neung)
     Lim, Mun Chong
     Renzenbrink, John
     Sim, Alice
     Thanabodypath W (Wisit)
     Wu K (Keith)
Cc:  Neri RG (Ron)
     White TF (Tom)
     Meadow SJ (Steve)
     Cox, W
     Hsu H (Hal)
     Lee SH (Swee Hua)
     Miu, Bernard
     Nagae, Toshiyasu
     Park BB (Bun Bin)
     Rugwongprayoon A (Adisak)
     Tongson M (Mario)
Subject:  Key Take Away Messages from SIM Worldwide Strategy Meeting
Date: 1999-06-09 01:29
Priority: 3
Message ID: 871AB5EFF814D31184A00008C75DB16D
Conversation ID: Key Take Away Messages from SIM Worldwide Strategy Meeting

----------------------------------------------------------------------------

I recently participated in the Worldwide Strategy Meeting in Danbury.

The following are key take away messages for Solvents Business:

  -   Achieve volume growth  targets now set at 8%.
  -   Sell the whole product line.
  -   Support upward price trend.

Variable Margin Improvement!!

  -   Our UCAP YTD May S&I sales were 106.1% ABP or 152.8% LYR.  We were well
ahead of volume target as a  whole but we were still 76% ABP for BuAc and
90% ABP for BuCs respectively. Please try harder.

  -   We need to sell the whole product line, especially for the "Boutique"
products, which are relatively small volume but high margin.

  -   SIM EBIT was behind plan.  Feedstock costs are going up.  Fortunately
economic outlook is much better and demand is picking up strongly.  We need
to initiate price increase or follow other competitors' upward price
initiative.

Keep selling and keep your selling prices high!          M 4619
```

Regards
D. Leung
Best regards
Molly Tan
EMail address: TAN M
Tel. 65-3229919

M 4620



UNION CARBIDE CORPORATION                     39 Old Ridgebury Road, Danbury, CT  06817

J. P. Yunyynes                                                            (2 X9) 794-3159
Vice President-General Manager                                            Fax (2 X9) 794-2984

To:  L. Cheung                                    January 23, 2001
     L. C. Du
     A. Morales
     J. LaFoy
     K. A. Lloyd
     L. C. Rundlof
     D. C. Rutherford
     A. Sorio
     G. G. Waag


     Attached please find a revised version of the Discussion Points
regarding the industries need for price increases.  Use it as your
script along with Bill Joyce's talking points.   Don't get overly
concerned with grammatical issues – their Talking Points.   These
may have more validity in North and South America today, but we
live in a energy world.  There will be equilibration.  Energy will be
more expensive worldwide.  To me 5 points need to be hammered
home:

   1)  Global energy dynamics have changed – what was $12 oil
       and $1.80 gas, are now projected to be $26-30/barrel oil
       and $5-6/MM BTU gas.  Petrochemical prices must adjust
       if they are going to compete in the world of energy for
       feedstocks.

   2)  No petrochemical supplier can escape this.  This is not a
       Union Carbide problem nor is it a U.S. problem.  Right
       now it is exaggerated in the U.S. due to a cold winter and
       shortage of natural gas, but energy values will equilibrate,
       and equilibrate at higher levels.


                                                          M 4578

## Discussion Points – Regarding Industries Need for Price Increases

Premises

- Customer Name and UCC value the relationship that we have and would prefer to continue to work with each other.
- Customer Name and UCC both have long-term financial metrics. Shortfalls can be justified to management during short periods of market disruption, but metrics must be met over a cycle or shareholders will be discontent and seek to gain more value by deploying their capital elsewhere.
  - Note that there are structural changes within our industries and within many other companies because financial metrics have not been met.
- Financial metrics probably common to both of us are:
  - A return to shareholders that exceeds their alternatives
  - A return that exceeds the cost of capital
  - Generating, not destroying, value
- A value chain where some components are profitable and others aren't is unstable – it creates value chain pressures that will lead to changes over time.  We (UCC and customer) are members of an unstable value chain.
- Compound pricing, as well as cable pricing has been declining over the past few years.  We have all instituted successful cost saving programs to stay competitive and financially sound.  It is increasingly difficult to save our way to prosperity.

1

## W&C Compound Industry Situation

Since early 1999 wire and cable compound businesses have not met their metrics.

There are three reasons for this, two of these are more obvious and direct, competitive activity and feedstocks. And a third one more related to practices in your industry.

- The industry practice of offering long term constant or deescalating cable prices to meet productivity targets, leaves no room for an increase in cable prices and results in downward pressure on compound prices.
- Consolidation of utilities and telcos that have led to fewer invitations to bid, bigger bids, more at risk with each bid and therefore, fierce price competition.

## What Do We Know

The situation at our end has gone from bad (1999) to worse (mid-2000) to intolerable (now - we are in the red). The pricing offered in wire and cable compounds is unsustainable – it doesn't offer any return – in fact, it creates a bottom line loss.

More importantly – over the long term we believe that due to the dynamics of your marketplace and the new world of feedstocks, current pricing will not offer a suitable return for investment (ie, exceed cost of capital) in wire and cable compounding.

Why do we conclude that the long-term return will not exceed the cost of capital? Let's go back to how we got here ....

*2*

|  | Stable Feedstock Period 1995 – 1998 |
|---|---|
| Feedstocks: | |
| Oil | $12/barrel |
| Nat. Gas | $1.80/MM BTU |
| Ethane | 18¢/gal. |
| Naphtha | $170/ton |

Based on these feedstock costs ethylene was priced between 14-20¢/lbs. driven by supply and demand.  More importantly, the cost of producing ethylene was less than the market price.  Selling ethylene returned a positive margin.

Polyethylene on a chain and value added basis was profitable. Value added investment in compounds was justifiable.  More recently:

|  | Year End Dec. 1999 | Year End Dec. 2000 | |
|---|---|---|---|
| Oil | $20 | $29 | (High 36) |
| Nat. Gas | 2.20/MM BTU | 9.80/MM BTU | |
| Naphtha | $250/tonne | $350/tonne | |
| Ethane | 30¢/gal. | 60¢/gal. | |
| Ethylene | 23¢/lb. | 32¢/lb. | |

Ratio:  December 31, 2000 to the stable period.

Oil 2.4; Nat. Gas 6.0; Naphtha 2.3; Ethane 3.3; Ethylene 1.9. Note that ethylene has had the least upward movement.  The margin on ethylene has been squeezed due to oversupply.  Recently the cost of producing ethylene from ethane has sometimes exceeded the price in the market.  Witness:  US Gulf Coast lights crackers now running at 68% of capacity.

3

## Observations / Thoughts

1. All feedstocks have risen dramatically – but not equally.  Natural Gas at 9.80 = $55/barrel oil on a MM BTU basis – So one would expect some equilibration --

   Recently gas slipped to 6.80 = $39 oil:  Equilibration?

   OPEC cutting supplies – oil now near S30.

   However, this is not $1.80 natural gas

   This is not $12 oil

   The 1995-1998 levels are not projected to return by any forecasters.

2. Feedstocks will bounce around but they will equilibrate at higher levels than the 1995-1998 levels; the base of today's petrochemical pricing.

3. Ethylene price has not risen along with everything else – raw materials especially gas/ethane are in tight supply – ethylene has been long.

4. There is no margin in ethylene – there is no margin in polyethylene – there is no margin in wire and cable compounds.

   - No chain margin.  These products need to be priced to reflect the energy cost push in order to compete for feedstocks and remain economically viable.

5. Ethylene units in North America are down.  Light crackers in U.S. are operating at 68% capacity.  This is an industry that normally runs near 95% of nameplate.  A tight market situation my result in a very short period of time, unless pricing adjustments are made:

   - Producers cannot afford to buy ethane at today's prices and run their crackers for profit.

   - Polyethylene units are also being shut down in our industry.

   - A wire and cable compounder is reportedly going out of the business.

4

<u>Conclusion</u>

- All this to say that our industry needs increases – without them ethylene, polyethylene, compounding businesses are not sustainable – reinvestment won't occur – suppliers will drop out – demand will turn around – product will be short and supply, not pricing, will be the concern in our business.

- Cable makers must stop offering fixed pricing – we're in a chain squeeze right now but it can get worse – particularly if your industry doesn't allow our industry to return to profitability.

<u>Value Chain</u>  (Note to Sales – suggest you draw this)



Tremendous Value Chain Squeeze – why?

- Look at how energy effects every part of this chain

- Capacity expansions in your industry lead to pricing pressure.

- Today there is over capacity of ethylene, however, expansion in ethylene capacity takes 4 years from decision.  Short term – crackers are down.  Long term – there are no expansions contemplated in this environment.

- Consolidations along the chain.

Enormous squeeze on our side of the chain due to new energy scenario and declining prices – it will stabilize.  The margin squeeze

· 5

**M 4583**

will come your way. Your industry must get its prices    up, and move away from fixed pricing.

- UCC is not backing away from the wire and cable business. We want our customers to understand and accept that they can only be healthy if we are healthy – our industry is hurting – broader than wire and cable – broader than UCC – broader than North America – short term pain is enormous, we are dealing with it. Long term supply to you and adequate returns to us is our goal.

- Only an increase of 20¢/lb. would return us to the acceptable profitability we need if the late December–early January situation is long term. We see it as a spike, but do not envision a $12 oil, $1.80 gas world.  Currently, $5 gas and $25 oil are forecast for the next year or so. Long term profitability and stability is what we are seeking. We estimate that 6¢/lb is the correct increase when cost cutting measures that we are working on are coupled with the feedstock environment we envision. This will not solve the current short term margin problem but should give us acceptable long-term profitability.

- We appreciate Customer Name business and intend to be here with you as you grow and prosper. We don't want to be in a continuous margin squeeze with you and ask for your support and efforts to help us by helping yourselves.

6

*Taxes have been sent to all. MGT 14/9*

September 14, 1998

TO : E Q Jimenez       Fax # 006328170785

CC : L. Cheung         *fax 0065 2210591/2*

CC : F.S. Foo

Dear Noli,

As indicated earlier Ajay and myself visited UCC Danbury : We had a brief courtesy meeting with Wire and Cable Manager's namely, Gene Fisher, Keith Lloyd, Grace Waag.

In short the following points were discussed :

Grace indicated that we should increase our Power sales and should target to have 50% Av market share. We also briefed her about local competition for XLPE compounds from Oswal, who normally matches the landed prices for imported products. Grace also felt, once we have somebody like Agarwal on Power Cables, he can meet Ram at an appropriate time in Singapore to interact with him on Power Compounds.

Keith was happy about Finolex order and assured he will give all support required. We informed Keith about Reliance having started making Telecom Compounds and he advised us to be very watchful on their activities and keep the concerned persons informed from time to time.

Gene once again reiterated that nobody from UCC or UCAP can visit India due to legal problems.

Keith had received a report from Lawrence on Indian Customer's visit to Singapore and was happy about it and suggested that such meetings can be organised at regular intervals.

This is for your information.

Best Regards,

M..D. Kriplani

**M 3235**