**42**

**Navaz Damania**

From: "Ajay Mittal" <mittal@megavisa.com>
To: <yimoyijp@ucarb.com>
Cc: "lawrence cheung" <cheungl@ucarb.com>
Sent: Saturday, April 15, 2000 2:45 AM

Dear John,
I would like to clerify our position on the legal action taken by Finolex and the misunderstanding it has created amongst us. As per my understanding from our Lawyers, Finolex has no case against Carbide, they can only fight against Megavisa or MM Global. We in turn, right from the begning had no intention to do anything which will be detramental to our relationship. We are meeting Finolex on 18th for an out of court settelment, and with the support of Carbide, we hope this issue will be put to rest once and for all. Hope this clears all the doubts and misunderstandings, if any in our minds.If you have any more questions on this entire issue of non shipments to Indian customers, I will be glad to answer them.

Regards,
Ajay Mittal
mittal@megavisa.com

20-Apr-02

M 4656

# MegaVisa Engineering & Petrochemicals Ltd.

**Committed to Excellence**

5th Floor, Twin Arcade, 'C' Wing,
Military Road, Marol-Maroshi, Andheri (E), Mumbai -400 059.
Tel : (22) 852 77 70-71-72 • Fax : (22) 852 77 74
E-mail : megavisa@vsnl.com • Visit us at : www.megavisa.com.



October 6, 1999

TO      :   DICKY LEUNG

FAX #       0065-2210591

SUB  :   <u>500 MT N-BUTANOL FOR C. J. SHAH & CO.</u>

Further to customer's letter to you showing their anguish on us for not honouring their commitment, they have written one more letter to Tom White, Bill Joyce, James Flynn and other people at UCC. We are herewith faxing the same for your kind review and comments.

Thanks & regards,

SHARAD MIRJI

cc : M. D. Kripalani

M 0892

Regional Offices : Delhi, Calcutta, Chennai & Hyderabad

# C. J. Shah & Co.

105, Bajaj Bhawan, 10th Floor, Nariman Point, Mumbai - 400 021.
Phones : 282 69 69 (6 Lines)

Fax : 91-22-202 87 16
91-22-288 27 89

To: UNION CARBIDE,
USA
Attn. MR. TOM WHITE
Fax No. 001-2037943133

Ref. No. B/99-00/9
Date 01-10-99

**FAX TRANSMISSION**

From: APURVA SHAH
Pg. No. 1 Total Pgs. 2

**RE: NORMAL BUTANOL 500 TONS**

WE WISH TO DRAW YOUR KIND ATTENTION TO OUR FAX DATED SEPT.17, 1999 A COPY OF WHICH IS ONCE AGAIN FAXED HEREWITH FOR YOUR READY REFERENCE.

WE VERY MUCH REGRET THAT A COMPANY LIKE UNION CARBIDE OF INTERNATIONAL REPUTE HAVE NO COURTESY TO EVEN RESPOND TO OUR SAID FAX.

AS ALREADY EXPLAINED IN OUR FAX REFERRED TO ABOVE, WE HAVE ALREADY SOLD THE MATERIAL TO OUR CUSTOMERS BASED ON THE CONFIRMATION GIVEN BY MEGAVISA ENGG., THAT THE MATERIAL WILL BE SHIPPED BY END-MAY/EARLY-JUNE,1999, AND TILL DATE WE COULD NOT SUPPLY THEM THE MATERIAL DUE TO NON-SHIPMENT OF THE MATERIAL AND ARE THREATENING US THAT THEY WILL TAKE US TO COURT OF LAW FOR NOT PROVIDING THE MATERIAL AS PER CONTRACT SIGNED WITH THEM. THIS HAS PUT US INTO LOT OF MENTAL TORTURE AND BAD IMPRESSION IN THE MARKET.

WE, THEREFORE, ONCE AGAIN REQUEST YOU TO USE YOUR GOOD OFFICES AND GIVE US THE SHIPPING SCHEDULE FOR OUR 500 TONS NORMAL BUTANOL IMMEDIATELY OTHERWISE WE WILL BE FORCED TO TAKE UP THE MATTER WITH THE USA CONSULATE AND REVEAL TO THEM THAT COMPANY LIKE UNION CARBIDE OF INTERNATIONAL FAME IS BACKING OUT FROM THEIR COMMITMENT UNDER FALSE PRETEXT. WE WILL BE ALSO FORCED TO REVEAL THESE FACTS TO EASTMAN CHEMICALS,USA, ELF ATOCHEM, FRANCE, DUPONT,USA,DOW CHEMICALS E WHOM WE ARE REPRESENTING IN INDIA INCLUDING THE PRESS AND ALSO YOUR CUSTOMERS VIZ. LUBRIZOL(I) & PIDLITE IND. ETC.AS THIS IS NOT PROPER BUSINESS ETHIC.
WE ARE VERY SORRY FOR USING SUCH HARSH LANGUAGE AS WE ARE UNDER TREMENDOUS PRESSURE FROM OUR CUSTOMERS WHOM WE SOLD THIS MATERIAL AND ALL THE EFFORTS MADE BY US SINCE LAST OVER FOUR MONTHS YIELDED NO RESULT.

HOPING TO GET A POSITIVE RESPONSE FROM YOU AT THE EARLIEST.

THANKS/REGARDS

APURVA SHAH

M 0893

M 0894