**43**

[293] From: Y.M.FOO at UCCS 9/9/98 9:04AM (3623 bytes: 107 ln)
To: MMGLOBAL at UCAP
cc: VISA at UCAP, FSFOO (FOO.FS) at UCAP, ROMERO.M at UCPFE, E Q JIMENEZ at
   UCPFE, Wong SM (Yvonne), ROZIE
Subject: Re[2]: MMG/WC/90/98 - RPG CABLES
------------------------------ Message Contents -----------------------------
       DEAR PARESH,

       PLS GUIDE YOUR INDIA SALES FOLKS & MMG S'PORE TEAM TO COMPLY WITH
       UCAP W&C PRICING APPROVAL PROCESS. THIS COULD HELP MAKE OUR WORK
       PROCESS MORE EFFICIENT.

       INCIDENTALLY, I FOUND THAT IT IS UNNECESSARY FOR RAJESH TO INDICATE
       LOADING PORT AS S'PORE (MARKED ### IN YOUR P/O BELOW). WE ALL KNOW
       THAT NON OF OUR PRODUCT IS LOADED AT S'PORE. IF YOUR CUSTOMER'S L/C
       INDICATED THE SAME, ADVISE THEM TO REMOVE THIS IN FUTURE AS THIS
       COULD HELP YOU TO MINIMISE A POSSIBILITY OF L/C DISCREPANCY. JUST MY
       ADVICE.

       RGDS,
       YM FOO...SEP 09
       ---------------

   cc:paresh z/vasanthi/rajesh
       a mittal
       md kripalani/a arora/sushant p/ajay w

   dear yvonne,

   sorry i am unable to u/a pricing because i have not received advice on
   nett price details yet.

   by copy mm global/megavisa,you need to look at your work
   process.megavisa's price detail advice should be coming first before
   mm global's order entry.

   regards

   noli

_____ Reply Separator _____
Subject: MMG/WC/90/98 - RPG CABLES
Author:  Wong SM (Yvonne) at UCCS
Date:    9/8/98 4:35 PM


       Dear Noli,

       Appreciate your u/a to enter order.

       Thanx & Regards,

       Yvonne
       8 sept 98
       ******************************************************

   08/09/98

                        HARD & SHIPPABLE ORDER


   Please register the following indent :            **M 3904**


   Our Ref.                    :        MMG/WC/90/98

Ship to : RPG Cables Ltd,
(Unit Asian Cables And Industries)
Ceat Mahal 463,
Dr.Annie Besant Road,
Mumbai 25

Description of goods : HDPE Insulation Compound
DGDK - 3364

Quantity : 80 MT

Price : USD698.00/MT CNF

Commission : USD20.00/MT

Payment terms : 30 Days Open Credit

Country of Origin : Japan

Shipment : Immediate

Port of Loading : Any Japanese / Singapore Port ###

Port of Discharge : Chennai Port

Shipping Marks : RPG Cables Ltd, India
Made in Japan

Special Instructions :

1] Annexure for Japan will follow.


Thanks & Regards
Rajesh

M 3905

**Megavisa**

| | |
|---|---|
| **From:** | E Q JIMENEZ |
| **Sent:** | Tuesday, August 04, 1998 10:44 PM |
| **To:** | MMGLOBAL |
| **Cc:** | FAX2 VISA; FSFOO; Y.M.FOO; ROZIE; Wong SM (Yvonne); ROMERO.M |
| **Subject:** | Re: Swithching WC/42 for WC/74 & WC/78 |

cc:mc ripalani/a arora/sushant p/ajay w
va: inthi

dear | :resh,

confii a u/a to your proposal.

. regarc :

noli

_____ Reply Separator _____
Subject: Sv .tching WC/42 for WC/74 & WC/78
Author: MM GLOBAL at UCAP
Date:     8/ 4/98 3:05 PM

4th Au just 1998

Dear N )li,

MegaVi ;a system is down hence I am sending you this mail.

We had place order WC/42, (customer : Central Cables) for 8.5 tons
each ( : DFDA 5330 & 5340. due to some LC problems the order was
cancel ed after the material was allocated & Container was picked up
by Fri :z.

The o: ler was finalised USD 1002 nett.(WC/42) for which we have now
alread y paid USD 16032.

. We no propose to send this container for orders WC/74 & WC/78 which
is al: ) for DFDA 8530 & DFDA 8540. However the price is finalised as
USD 1( /5.

Please advise.

Tnank: & Regards

Paresl Zaveri

**M 3396**

1

```
[680] From: E Q JIMENEZ at UCPFE 8/13/98 11:26AM (1641 bytes: 1 ln)
To: Wong SM (Yvonne) at UCCS
cc: ROZIE at UCCS, FSFOO (FOO.FS) at UCAP, MMGLOBAL at UCAP, VISACORP at UCAP
  ROMERO.M, Y.M.FOO at UCCS
Subject: Requesting your UA for W/C 77
------------------------- Forwarded with Changes ------------------------
From: MMGLOBAL at UCAP 8/11/98 12:30PM (895 bytes: 1 ln)
To: E Q JIMENEZ at UCPFE
cc: Y.M.FOO (FOO.YM) at UCCS, ROZIE at UCCS, VISACORP at UCAP
Subject: Requesting your UA for W/C 77
----------------------------- Message Contents ------------------------------
```

    cc:paresh z
       a arora/sushant p

    dear yvonne,

    confirm u/a to order entry for below order.

    thanks/regards

    noli

```
_____ Forward Header _____
Subject: Requesting your UA for W/C 77
Author:  MMGLOBAL at UCAP
Date:    8/11/98 12:30 PM
```

    Dear Noli,

    As per our telecon i am sending you the deatils of pricing for W/C 77,
    Nicco Telelink for 255 MT of DHDA 8880 & 357 MT of DFDD 0588.

```
    CIF Price : usd 698
    Insurence : usd   2
    Freight   : usd 100
    --------------------
    Nett Price: usd 596
    Less C3   : usd  18
    --------------------
    FAS Price : usd 578
```

    I look forward to your U/A.

    Thanks & Regards

    Paresh Zaveri

M 3899

```
        From: E Q JIMENEZ at UCPFE 8/13/98 11:22AM (1733 bytes: 1 ln)
    Wong SM (Yvonne) at UCCS
  c: MMGLOBAL at UCAP, FSFOO (FOO.FS) at UCAP, ROMERO.M, VISACORP at UCAP
Subject: Nicco Corporation
------------------------- Forwarded with Changes ---------------------
From: VISACORP at UCAP 8/12/98 5:29PM (883 bytes: 35 ln)
To: E Q JIMENEZ at UCPFE
Receipt Requested
cc: LAWRENCE CHEUNG, ROMERO.M at UCPFE
Subject: Nicco Corporation
------------------------- Message Contents ---------------------
```

cc:paresh z
    a arora

dear yvonne,

you may proceed to enter order once received.

thanks/regards

noli

_____ Forward Header _____

Subject: Nicco Corporation
Author:  VISACORP at UCAP
Date:    8/12/98 5:29 PM


12th August, 1998

To   :   E Q jimenez

Cc   :    L. Cheung / F SFoo
     :    Myrna Romero
     :    M D Kripalani / Sushant Paikray / Ajay W

Sub :  Nicco Corporation Ltd.

Dear Noli,


Pleased  to inform you that we have concluded 95 MT  Aspell  HFDE
4201 biz. with Nicco.  FYI,  this  biz has been concluded at USD 940/MT.

The pricing is as below :


```
UCCS CIF price :  USD 940/MT
Less Insurance :      3
------------------------------
Net price      :  USD 937/MT
Less C3        :      27
------------------------------
FAS Nett       :  USD 910/MT
==============================
```

By copy, Paresh, please place the order on UCCS.

Thanks & regards,


Ashish Arora                                          **M 3901**

## Megavisa

| | |
|---|---|
| From: | E Q JIMENEZ |
| Sent: | Wednesday, September 09, 1998 12:29 AM |
| To: | Wong SM (Yvonne) |
| Cc: | MMGLOBAL; VISA; FSFOO; ROMERO.M; Y.M.FOO |
| Subject: | Re: MMG/WC/90/98 - RPG CABLES |

cc:rajesh z/vasanthi/rajesh
a i ttal
mi ripalani/a arora/sushant p/ajay w

dear vonne,

sorry i am unable to u/a pricing because i have not received advice on
nett price details yet.

by copy mm global/megavisa,you need to look at your work
process.megavisa's price detail advice should be coming first before
mm global's order entry.

regards

noli

_____ Reply Separator _____
Subject: MMG/WC/90/98 - RPG CABLES
Author: Wong SM (Yvonne) at UCCS
Date: 9/8/98 4:35 PM

Dear Noli,

Appreciate your u/a to enter order.

Thanx & Regards,

Yvonne
8 Sept 98
*******************************************************

08/09/98

HARD & SHIPPABLE ORDER

Please register the following indent :

Our Ref.                    :        MMG/WC/90/98

Ship to                     :        RPG Cables Ltd,
                                     (Unit Asian Cables And Industries)
                                     Ceat Mahal 463,
                                     Dr.Annie Besant Road,
                                     Mumbai 25

Description of goods        :        HDPE Insulation Compound
                                     DGDK - 3364

Quantity                    :        80 MT

Price                       :        USD698.00/MT CNF

:

**M 3389**

| | | |
|---|---|---|
| Commission | : | USD20.00/MT |
| Payment terms | : | 30 Days Open Credit |
| Country of Origin | : | Japan |
| Shipment | : | Immediate |
| Port of Loading | : | Any Japanese / Singapore Port |
| Port of Discharge | : | Chennai Port |
| Shipping Marks | : | RPG Cables Ltd, India<br>Made in Japan |

Special Instructions :

1] Annexure for Japan will follow.


Thanks & Regards
Rajesh.

2

**M 3390**

**Megavisa**

| | |
|---|---|
| From: | E Q JIMENEZ |
| Sent: | Monday, February 22, 1999 4:55 PM |
| To: | MMGLOBAL |
| Cc: | FSFOO; Wong SM (Yvonne); Smith JC (Judith) |
| Subject: | FW: India orders on hold |

cc:paresh z

dear sanjiv,

please be reminded that mm global/bdp must seek prior ucap/uccs u/a
first on any action to be taken concerning hard orders.

thanks/regards

noli

_____ Forward Header _____
Subject: FW: India orders on hold
Author:  FSFOO at UCAP
Date:    2/19/99 11:55 AM


Noli-san

FYI

Rgds
FSFoo

_____ Forward Header _____
Subject: FW: India orders on hold
Author:  ucarb/northameri/smithjc at MSMAIL
Date:    2/19/99 1:33 AM


Microsoft Mail v3.0 (MAPI 1.0 Transport) IPM.Microsoft Mail.Note
From: Smith JC (Judith)
To:   Foo FS (Fook Seong)
Subject:  FW: India orders on hold
Date: 1999-02-18 11:19
Priority: 3
Message ID: 1467F1F74CC7D211A34A00805FBE46F7
Conversation ID: India orders on hold


--------------------------------------------------------------------

F.Y.I.
Judy
Judith C. Smith
Customer Service - Weston Canal Center
Somerset NJ  08875
732-271-7833  fax 732-271-7628


    ----------
From:  Smith JC (Judith)
Sent:  Thursday, February 18, 1999 12:17 PM
To:  Wong SM (Yvonne)
Cc:  Smith CM (Carol)
Subject:  India orders on hold

Yvonne:
BDP called on 2/18/99 and stated that MM Global had advised them to hold

1

M 3463

orders listed below:
I told them that this information needs to come from your office in order
for me to respond.
5009589
5009593 and
50034029

Please advise asap.  Order 5009589 is due to cut-off 2/19/99.
Judy
Judith C. Smith
Customer Service - Weston Canal Center
Somerset NJ  08875
732-271-7833  fax 732-271-7628

2

M 3464

Patil

| | |
|---|---|
| **From:** | "Mara he, Atul" <MARATHE1@dow.com> |
| **To:** | "mega visa solutions" <megavisa@singnet.com.sg>; "Christina" <skyeo@dow.com>; "Rozli, Rozie" <rozlir@dow "patil" <patil@megavisa.com> |
| **Cc:** | "Des؛. Moushumi" <MDesai2@dow.com> |
| **Sent:** | Mond؛y, October 22, 2001 11:03 AM |
| **Subject:** | RE: N VS/IPDC/55/2001 PT1 GTZ (INDIA) PVT. LTD. |

price is approved

Patil - please advi e CIF breakup.

Thanks.


*ATUL* -----Origir al Message-----
**From:** megavisa olutions [mailto:megavisa@singnet.com.sg]
**Sent:** Friday, Oct ber 19, 2001 12:32 PM
**To:** Yeo christina
**Cc:** ASHISH MITR؛; MARATHE ATUL; Rozie
**Subject:** Re: MV /IPDC/55/2001 PT1 GTZ (INDIA) PVT. LTD.

Christin ؛

It's a p؛ t of MVS/IPDC/55/2001 order  (Ref our email to Rozie on this).  We need this mtrl urgently.  Hence, pls p asap.

rgds
mallika
====== =======


MEGA\ ISA SOLUTIONS (SINGAPORE) PTE LTD


9/10/2001

### *HARD & SHIPPABLE ORDER*

Ilease register the following indent:-

| | | |
|---|---|---|
| Iur Ref | : | MVS/IPDC/55/2001 PT1 |
| iold to | : | GTZ (INDIA) PVT. LTD.<br>9, BRABOURNE ROAD<br>P.O.BOX NO. 152<br>KOLKATA 700 001<br>INDIA |
| Iescription of goods | : | 1. TRITON QS-15 SURFACTANT |
| Iuantity | : | APPROX 426 KGS (2 DRUMS) |
| Irice | : | 1. USD  6.00/KG FAS |
| Iayment Terms | : | 90 DAYS OPEN CREDIT |
| Iountry of origin | : | USA |
| Iort of Loading | : | SINGAPORE |
| Iort of Discharge | : | KOLKATA/HALDIA PORT |
| Ihipment | : | IMMEDIATE |

**M 3826**

IPECIAL INSTRUCTIONS:-
====================

hanks and regards
MALLIKA

M 3827

Patil

13

From:       "Marathe, Atul" <MARATHE1@dow.com>
To:         "Sum, Jovin (J)" <sumj@dow.com>
Cc:         "'megavisa solutions'" <megavisa@singnet.com.sg>; "Desai, Moushumi" <MDesai2@dow.com>; "patil"
            <patil@megavisa.com>
Sent:       Monday, January 28, 2002 6:11 PM
Subject:    RE: MVS/IPDC/01/2002 - TORRENT

The price is approved.

Thanks.

*ATUL* -----Original Message-----
**From:** Mitra, Ashish (P)
**Sent:** Thursday, January 24, 2002 11:06 AM
**To:** Marathe, Atul; Sum, Jovin (J)
**Cc:** Deo, Pramod; 'megavisa solutions'
**Subject:** RE: MVS/IPDC/01/2002 - TORRENT

Polyox is handled by Atul.

*Best Regards,*
**Ashish P. Mitra**
Performance Chem. & Chemicals, Dow India
*Tel : 91-22-55 8503    Fax : 91-22-5246391    Mob : (91) 982 0000 332*

-----Original Message-----
**From:** megavisa solutions [mailto:megavisa@singnet.com.sg]
**Sent:** Wednesday, January 23, 2002 3:24 PM
**To:** jovin sum (Jovin)
**Cc:** ASHISH MITRA; PRAMOD DEO
**Subject:** Re: MVS/IPDC/01/2002 - TORRENT

MEGAVISA SOLUTIONS

23/01/2002

### HARD & SHIPPABLE ORDER

Please register the following indent:-

| | | |
|---|---|---|
| Our Ref | : | MVS/IPDC/01/2002 |
| Sold to | : | TORRENT PHARMACEUTICALS LIMITED<br>TORRENT HOUSE<br>OFF: ASHRAM ROAD<br>AHMEDABAD 380 009<br>VILLAGE BHAT<br>DIST. GANDHI NAGAR<br>GUJARAT, INDIA |
| SHIP TO | : | TORRENT PHARMACEUTICALS LTD<br>AHMEDABAD - MEHSANA HIGHWAY<br>TALUKA KADI<br>DIST. MEHSANA<br>GUJARAT - STATE |
| Description of goods | : | SENTRY POLYOX WSRN 303 NF GRADE |
| Quantity | : | 63.5 KGS (1 DRUM) |
| Price | : | USD 32.5/KG  FAS |
| Payment | : | 90 DAYS OPEN CREDIT |
| Country of origin | : | USA |

**M 3820**

Port of Discharge        :  MUMBAI AIRPORT

Shipment                 :  IMMEDIATE

SPECIAL INSTRUCTIONSz:
=====================

1. Pls send O/A
2. Pls organise shipment thru' AFT INTL:-

AFT INTL
149-09, 183RD STREET
JAMAICA, NY 11413
ATTN: MR. KIRAN
TEL : 718 - 244 7100
FAX : 718- 244 7070


Thanks and regards
MALLIKA

CIF BREAKUP
===========
                        USD/KG
     --              -----------
CIF          :     40.0/KG
DOC          :     2.00
INS          :     0.20
FRT          :     3.80
COMN.        :     1.50
                   -----------
CIF          :     32.50/KG
                   =====

M 3821

**M D Kripalani**

| | |
|---|---|
| **From:** | Samtani, Arjun (AP) [samtana@dow.com] |
| **Sent:** | Mittwoch, 13. Juni 2001 07:18 |
| **To:** | 'Nishit Mehta' |
| **Cc:** | 'megavisa@singnet.com.sg'; Rozli, Rozie (R); Seah, Catherine (C); 'Moti Kripalani'; Deo, Pramod |
| **Subject:** | RE: Lubrizol India - HPA Polyamine Bottoms |


ATT00008.html

Nishit

You have my UA.  Please go ahead and place the order.

Rgds
Arjun
Tel : 65-7700-260
ax : 65-777-1269
email : samtana@dow.com

-----Original Message-----
From: Nishit Mehta [mailto:nishit@megavisa.com]
Sent: Tuesday, June 12, 2001 2:55 PM
To: ARJUN SAMTANI
Cc: Dow - Pramod Deo; M D Kripalani
Subject: Lubrizol India - HPA Polyamine Bottoms


To : Mr. Arjun Samtani

CC : Mr. Pramod Deo, Mr. M. D. Kripalani


Lubrizol has approached us for possible revival of their order of the year
1999 for immediate shipment of 1 isotank.


For your information from our order (MVS/IPDC/51/1999) small quantity is
still balance so 1 isotank can be supplied. Price agreed at that time was
USD 1750/ MT CIF isotanks. Also customer will not have any problem if we
load product from Europe.


Our current year order for the subject product with other customer is at
little lesser price, I presume we should be in a position to offer atleast 1
isotank at price mentioned above.


Await your UA so as to confirm the same with the customer.

Thanks & kind regards,

NISHIT MEHTA
Business Manager

E. Mail : nishit@megavisa.com <mailto:nishit@megavisa.com>

1

**M 3622**

**MEGAVISA MARKETING & SOLUTIONS LTD.**
Tel. No.: 91-22-8528657 (Direct)
          91-22-8527770 / 1 / 2 (Board), Ext : 119
Fax No.: 91-22-8527774
Mobile # 91-9821061353

ma

M 3623

2