# THE MAJOR CHANGES

## JULY 1984 : C&P TRADING DIVISION FORMED IN UCIL (7 PEOPLE)

### DECEMBER 1984 : BHOPAL TRAGEDY

## NOV 1987 :

- SPIN OFF FROM UCIL
- VISA FORMED
- TRADING BUSINESS CONTINUED AND GROWN
- NO UCIL ROLE IN TRADING

## JULY 1993 :

- UCC DISTANCING FROM VISA
- BUSINESS WITH INDIA TO BE ROUTED THRU MEGA GLOBAL SERVICES INC. (MGS), HOUSTON
- VISA ROLE CONTINUES
- UCC TRADING BIZ IN INDIA CONTINUES GROWING

M 5887

## THE CHANGE IN THE INI.A
## CHANNEL OF MARKETING/DISTRIBUTION

- NOT MARKET RELATED. NOT DESIRED BY VISA

- EXTERNAL REASONS -- BHOPAL RELATED

- UCC&P'S LEGAL REQUIREMENT TO DISTANCE FROM INDIA BY DISCONTINUING AGENCY ARRANGEMENT IN INDIA

- VISA WILLINGLY ACCEPTED TO HELP U C C & P MEET SUCH REQUIREMENT BY HAVING A RELIABLE FRONT-PARTY AS A CONDUIT IN USA

MEGA GLOBAL SERVICES (MGS) WAS INCORPORATED IN HOUSTON IN MARCH 1993 FOR THIS PURPOSE

M 5888

## THE NEW ARRANGEMENT

1. VISA AGENCY IS TERMINATED EFFECTIVE JULY 5.

2. MEGA GLOBAL SERVICES INC., HOUSTON, (MGS) IS APPOINTED AS UCC&P'S NON-EXCLUSIVE DISTRIBUTOR/ RESELLER FOR INDIA.

3. BOTH VISA AND MGS ARE OWNED BY THE MITTAL GROUP, BOMBAY

M 5889

4. VISA IS EXCLUSIVE DISTRIBUTOR OF MGS IN INDIA

FOR PETROCHEMICALS TRADING. MGS WILL SELL

UCC&P PRODUCTS ONLY TO INDIA THROUGH VISA.

THEY WILL NOT SELL UCC&P PRODUCTS IN THE USA

DOMESTIC MARKET OR TO ANY COUNTRY OTHER THAN

INDIA. THIS WILL BE MONITORED ON A MONTHLY BASIS

UNDER ADVICE TO UCAP AND MGS AGENCY WILL STAND

TO BE TERMINATED UPON ANY WILFUL DEVIATION FROM

THIS CONDITION.

5. VISA VERY MUCH RETAINS THEIR SEPERATE ENTITY,

IDENTITY AND CHARACTER.

M 5890

6. VISA WILL CONTINUE TO EXPLOIT THE INDIAN MARKET

FOR UCC&P PRODUCTS. VISA WILL DO THE MARKETING

AS BEFORE. ONLY THE INVOICING AND DOCUMENTATION

WILL BE ROUTED THROUGH MGS, UNDER VISA'S GUIDANCE

THUS VISA'S RESPONSIBILITY IS ACTUALLY INCREASED

FURTHER.

M 5891

# VISA AT PRESENT

- VISA IS OWNED BY :

|  | SHARE OF EQUITY |
|---|---|
| AJAY MITTAL AND HIS GROUP COMPANIES | 89.5% |
| VISA EMPLOYEES | 10.5% |

- BOARD OF VISA DIRECTORS:

AJAY MITTAL - CHAIRMAN
NAVIN CHANDRA - MANAGING DIRECTOR
DR.H.R. ALIMCHANDANI) 
(EX-CARBIDER) )
ANIL MITTAL ) - DIRECTORS
SUNIL MITTAL )

- VISA'S PERSONNEL STRENGTH

|  | 1987 | 1993 | 1994 |
|---|---|---|---|
| SALES | 4 | 15 | 17 |
| SUPPORT | 3 | 12 | 13 |
| TOTAL | 7 | 27 | 30 |

M 5892

- VISA'S  SALES PERSONNEL, 1993:

|  | NO. |
|---|---|
| M.S./M. TECH | 5 |
| CHEMICAL ENGINEERS | 4 |
| CHEMISTRY GRADUATES | 6 |
|  | 15 |

- COMBINED DURATION OF SERVICE/
  EXPERIENCE WITH/FOR UNION CARBIDE } 190 YEARS

  AVERAGE AGE OF THE GROUP    36 YEARS

M 5893



M 5894

## HIGHLIGHTS
## IPD CHEMICALS

1. CUSTOMER AND PRODUCTS BASE WIDENED
   10 - 25      6 - 16

2. ESTABLISHED REGULAR DEMAND AND CUSTOMER

   BASE FOR GLYCOL ETHERS, BUT SUPPLIES

   BECAME ERRATIC AND PRICES UNCOMPETITIVE

3. BREAKTHROUGH ON TEG WITH ONGC

   LACK OF CONSISTENT FOCUS ON MARKETING.

   OPPORTUNISTIC

   LARGE IMPORT DEMAND > USD 300 MM PER YEAR

M 5895



## POLYOLEFINS

1. UCC/NUC UNABLE TO COMPETE IN THE INDIAN MARKET

2. NOT GETTING UTILITY GRADES

3. SALES EX-YUGOSLAVIA CUT OFF SINCE 1992

4. SABIC, MOBIL, KOREANS AGGRESSIVE

5. AIM:

   - TO TAKE UTILITIES IN HOPPER CARS AT HOUSTON

   - REACH A MIN. SALES LEVEL OF USD 2 MM BY 1994-95

   - MARKET SEGMENTATION TO SELL SEMI-SPECIALITIES

M 5897



M 5898

## WIRE AND CABLE SALES HIGHLIGHTS

1. COVERING ALL W/C CUSTOMERS

2. BJ COMPOUND IMPORTS DISCONTINUED DUE LOCAL COMPOUNDING EXCESS CAPACITY. SOME PICK UP NOW DUE LOWER CUSTOMS DUTY.

3. INDUSTRY SLUMP IN 1990-91. DEMAND PICK-UP NOW. 15% GROWTH IN TELECOM.

4. VERY AGRESSIVE COMPETITION FROM NESTE

5. INTRODUCED SILINK AND FRLS

6. AIM: CROSS $ 2 MM SALES IN 1994

M 5899



M 5900

# HIGHLIGHTS
## SPECIALTY CHEMICALS

1. GROWTH IN SALES VALUE

   1993/1987          : 147%

2. SALES TARGET, 1995    : $ 2.75 MM

3. PROCURED MAJOR ORDERS FOR MDEA FROM ONGC

4. 70% MARKET SHARE IN SPECIALTY SILANE MARKET

5. STOCK-N-SELL ACTIVITY COMMENCED IN 1992

6. PRODUCING LOCALLY PLASTICS PROCESSING AID 'VISAFLO' BASED ON UCC PA-1/D-55. WE BELIEVE WE ARE ONE OF THE VERY FEW QUALITY PRODUCERS OUTSIDE USA.

7. AIM : VALUE ADDITION, BLENDING, MANUFACTURING

M 5901



## HIGHLIGHTS
## COATING RESINS

1. GROWTH IN SALES VALUE
   1993/1987                236%

2. MARKET SHARE 1993,              %
   FLEXIBLE PACKAGING             65
   PRINTING INKS                  70
   MAGNETIC COATINGS              80

3. STARTED STOCK-N-SELL IN 1991. MANY CUSTOMERS
   DEPEND ON LOCAL SUPPLY IN SMALL QTY.
   REACHING REMOTE AREAS OF INDIA.

4. AIM : MAINTAIN OVERALL MARKET SHARE AT 75% MIN.

M 5903



M 5904

# THE M.G. MITTAL GROUP
## (50 YEARS)

- REAL ESTATE, OVER 3000 BLDNGS, CURRENT PROJECT USD 35 MM TOWNSHIP

- TRAVEL, TOURISM, HOTELS

- PAPER MILL 36000 TPA

- FINANCIAL SERVICES: LEASING, CONSUMER & PROJECT FINANCING

- SAFE DEPOSIT VAULTS (LARGEST CHAIN IN INDIA)

- MEGA MEDITEX LTD., 25 MM PCS LATEX EXAM GLOVES, EXPORT TO USA

- MEGA GLOBAL SERVICES LTD. GLOBAL TRADING & MANUFACTURING

- VISA PETROCHEMICALS PVT. LTD.

  PETROCHEMICALS TRADING, MFNG.

ANNUAL TURNOVER  >  USD 400 MM

M 5905

22



MITTAL GROUP

VISA PETROCHEMICALS

ASSIST VISA IN
UCC&P TRADING IN
INDIA

MEGA GLOBAL SERVICES LTD.
BOMBAY

M & M GLOBAL SERVICES INC.)
SINGAPORE

MEGA GLOBAL SERVICES INC.)
HOUSTON
(MR. MINOO MEHTA-DIRECTOR)

M 5906

* IN SYNERGY WITH THE PROGRESSIVE MITTAL GROUP, VISA'S RESOURCES HAVE GAINED STRENGTH

* WE NOW WANT TO TAKE A QUANTUM JUMP BY

- SUBSTANTIAL INCREASE IN PETROCHEMICALS TRADING, WAREHOUSING, TANK-FARMING ETC.
- VALUE-ADDITION
- GRASS-ROOT PRODUCTION
- EXPORTS
- TECHNOLOGY TRANSFER

* WE LOOK FORWARD TO SUPPORT FROM UCAP AND UCC&P ON THE ABOVE ACTIVITIES AND TO SUGGEST SMALL-MEDIUM MANUFACTURING PROJECTS UPTO USD 100 MM. IF NECESSARY, WE CAN EXAMINE PUTTING UP THE PROJECT OUTSIDE INDIA

M 5907

24

# SOME IMPORTANT FEATURES OF THE
## NEW DISTRIBUTION CHAIN

1. ALL ORDERS ENTERED BY VISA WITH UCC&P AND ALL THE INCOMPLETE BUSINESS AS OF JULY 5, WILL BE DULY EXECUTED BY UCC&P AS PER THE PREVIOUS PRACTICE AND TERMS AND CONDITIONS OF SUCH ORDERS. ALSO COMMISSION ACCRUED ON SUCH ORDERS WILL BE PASSED ON TO VISA AS USUAL.

2. ALL FRESH ORDERS EFFECTIVE JULY 6, WILL BE ROUTED THROUGH MGS I.E. VISA WILL PLACE ORDERS ON MGS AND MGS WILL PLACE ORDERS ON UCC&P WHO WILL INVOICE MGS.

M 5908

25

3. THOUGH SALES TO MGS WILL BE A DOMESTIC SALE FOR UCC&P, THESE ARE TO BE SUITABLY PLANNED TREATED AND AFFECTED AS INTERNATIONAL SALES.

4. VISA WILL CONTINUE NEGOTIATING PRICES ETC. WITH UCAP WHO WILL ADVISE UCC. VISA WILL PLACE ORDERS ON MGS WHO IN TURN WILL PLACE ORDERS ON UCC. UCC WILL INVOICE MGS ON THE AGREED TERMS AND NET PRICES.

IN MOST CASES, PARTICULARLY IN THE FIRST FEW MONTHS TO FACILITATE SMOOTH OPERATION, UCC WILL CONTINUE USING THEIR EXISTING F&F AGENTS AND EXECUTE ORDERS ON THE BASIS OF "SHIPPED TO INDIA" AND "SOLD TO MGS, HOUSTON".

M 5909

26

MGS WILL FULLY EQUIP THEMSELVES AND BE WILLING TO TAKE POSITION ON THE MATERIAL IN USA ON FAS BASIS, AS AND WHEN SUITABLE TO UCC&P. MGS MAY ALSO BUY IN BULK EX-HOUSTON. THIS IS PARTICULARLY APPLICABLE FOR COMMODITIES.

WHEN REQUIRED, MGS SINGAPORE MAY ALSO DRAW MATERIAL FROM UCAP SINGAPORE OR OTHER LOCATIONS IN THE FAR EAST.

MGS WILL PAY UCC THROUGH CHEQUE ON AGREED PAYMENT TERMS. UCC WILL NOT HAVE ANY LC'S FROM INDIA.

THIS WILL GREATLY SIMPLIFY AND REDUCE UCC WORKLOAD AND THEIR COSTS.

ON THE OTHER HAND, IN MEETING UCC'S DISTRIBUTION REQUIREMENT FOR INDIA, VISA'S ADMINISTRATION AND DISTRIBUTION COST WILL INCREASE AND THE AVAILABLE MARGIN WILL BE SHARED BY MGS.

M 5910

9. VISA IS TRAINING MGS IN HANDLING C&P PRODUCTS AND EXECUTING ORDERS FOR UCC&P PRODUCTS. VISA AND MGS WILL ALSO TAKE NECESSARY MEASURES TO FOLLOW UCC&P SAFETY STANDARDS AND PRACTICE. MGS HOUSTON WILL BE LOCALLY AVAILABLE DAY AND NIGHT TO ASSIST AND SERVICE UCC&P PRODUCTS DISTRIBUTION.

10. THOUGH VISA WILL NOT BE A UCC AGENT ANYMORE (FORMALLY ONLY)

   VISA WILL CONTINUE:

   - DOING MARKET DEVELOPMENT WORK AS MAY BE DESIRED BY UCC&P

   - SENDING ALL MARKET INFO ON VARIOUS PRODUCT-GROUPS TO UCAP/UCC&P AS AT PRESENT

M 5911

27

## SPECIALTY CHEMICALS
## OSI PRODUCTS - GROUP

- ROUTING OF ORDERS AS MENTIONED THUS FAR WILL NOT BE APPLICABLE FOR THE OSI PRODUCTS

- THERE WILL BE NO FRESH ORDERS AND LCS ON UCC&P AFTER JULY 5. UCC&P WILL EXECUTE ALL PENDING ORDERS AS USUAL, AND PASS ON THE COMMISSIONS TO VISA.

- VISA WILL CONDUCT FRESH BUSINESS WITH OSI SPECIALITIES, INC.

M 5912



ROUTING FOR INDENT SALE

29

M 5913



ROUTING FOR INDENT SALE

M 5914

31

11. IN TURN VISA EXPECTS AND REQUESTS UCAP/UCC&P FOR THEIR CONTINUED SUPPORT ON.

- COMPETITIVE SUPPLIES ON REGULAR BASIS

- INCREASED QUANTITIES

- PASSING ON OTHER INQUIRIES FROM INDIA TO MEGA/VISA

- TECHNICAL BACK UP AND TRAINING

- NOT TO MAKE ANY "UNKIND CUT" ON MARGINS OF VISA/MEGA.

M 5915

## OUR BUSINESS PROPOSAL

❋ India presents a large growing market for W/C and other UCC products.

❋ The domestic production and hence competition in telecom compounds is increasing. Many world players are coming in and we may soon see local production for Power segment too.

❋ We should also not ignore the Borealis JV with ADNOC in Abu Dhabi slated to start in the Year 2000, where they may take up production of W/C Compounds. Recent BOREALIS-NOVA Tie-up may also make them more aggressive in India.

M 5916

❊ The logistics of supply ex-USA is unfavourable. Shortly, supplies ex Japan or Europe will also become uncompetitive.

❊ We seem to be reaching a sales plateau soon.

❊ Therefore to achieve and maintain a reasonable share of India's market, we must soon have a local project to produce say 50,000 MT/yr of various W/C compounds as well as some other products.

❊ Besides meeting India's growing demand, the project can also provide complimentary support to other UCC markets in the SEAR.

❊ But a quick decision and action is crucial.

M 5917

# INDIA PROPOSED MANUFACTURING ACTIVITY

## OBJECTIVES

- Take advantage of India's large growing market. Improve Profitability

- Maintain UCC's market leadership in strategic products.

- Remain logistically competitive. Besides meeting India's growing demand, provide synergistic support to other UCC markets in the Far East.

M 5918

# REQUIREMENTS

- Safe from legal, environment and political considerations.

- Management and marketing control

- Technology Protection

- Economically Competitive Operation. Good ROI.

- Easy Repatriation of profits.

- Reliable equity partner, resources and training, Long Term Commitment.

- All these requirements will be met satisfactorily. MegaVisa is willing to invest and become UCC's small partner in the JV and organize all other work connected with the Project.

M 5919