**44**

**M D Kripalani**

From: Jimenez EQ (Noli) [jimeneeq@ucarb.com]
Sent: Dienstag, 3. Oktober 2000 20:01
To: Megavisa-Moti Kripalani
Subject: 2001 ABP


2001 UCAP ABP -
India.xls

Dear Moti,

As requested, please find India's ABP volume for 2001. One key assumption which is very critical in meeting or exceeding the ABP is the amendment of DOT's jelly filled cable specs to include 14 days preconditioning when conducting the OIT test.

<<2001 UCAP ABP - India>>

Regards
Noli

----------
> From:      M D Kripalani[SMTP:kripalani@megavisa.com]
> Sent: Tuesday, October 03, 2000 1:32 PM
> To:   E Q Jimenez (E-mail)
>
> To : E.Q.Jimenez
>
>
> Dear Noli,
>
> We have received our ABP figures from other LOBs.
>
> Would appreciate if you will keep us posted on ABP figures for India,
> because, I have to develop internal targets also.
>
>
> Thanks and Regards,
> Moti.Kripalani
> Megavisa Marketing & Solutions ltd.
> kripalani@megavisa.com
>  Direct  Phone # 852 8658
> Board Phone  # 852 7770 / 71/ 72
>

1

M 2746

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2001 ABP | | WIRE & CABLE | | COUNTRY: INDIA | | | | | | | |
| 2 | | | | | | | | | | | | |
| 3 | | | | Product Grade | 2000 ABP | YTD/08 | Value | Unit Price | 2000 LYF | 2001 ABP | Unit Price | Total |
| 4 | Flame Retardant | | | | | | | | | | | |
| 5 | 1253 | UCC | FR | DFDA-1472 NT | | | | #DIV/0! | | | | |
| 6 | 1254 | UCC | FR | DFDA-1638 NT | | | | #DIV/0! | | | | |
| 7 | 1255 | UCC | FR | DFDA-1642 BK | | | | #DIV/0! | | | | |
| 8 | 1254 | UCC | FR | DFDA-1642 NT | | | | #DIV/0! | | | | |
| 9 | 1253 | UCC | FR | DFDA-5400 NT | | | | #DIV/0! | | | | |
| 10 | 1253 | UCC | FR | DFDA-5401 NT | | | | #DIV/0! | | | | |
| 11 | 1253 | UCC | FR | DFDA-6530 NT | | | | #DIV/0! | | | | |
| 12 | 1255 | UCC | FR | DFDC-1638 BK | | | | #DIV/0! | | | | |
| 13 | | EUR | FR | DFDE-1638 NT | | | | #DIV/0! | | | | |
| 14 | 1254 | UCC | FR | DGDA-1412 NT | | | | #DIV/0! | | | | |
| 15 | 1255 | UCC | FR | DQDC-1388 BK | | | | #DIV/0! | | | | |
| 16 | 1255 | UCC | FR | HFDA-1393 BK | | | | #DIV/0! | | | | |
| 17 | 1253 | UCC | FR | HFDA-1544 NT | | | | #DIV/0! | | | | |
| 18 | 1253 | UCC | FR | HFDA-6522 NT | | | | #DIV/0! | | | | |
| 19 | 1253 | UCC | FR | HFDA-6525 NT | | | | #DIV/0! | | | | |
| 20 | 1253 | UCC | FR | HFDB-1448 NT | | | | #DIV/0! | | | | |
| 21 | 1253 | UCC | FR | HFDD-1441 NT | | | | #DIV/0! | | | | |
| 22 | | NUC | FR | NUC-9719 | | | | #DIV/0! | | | | |
| 23 | | | | TOTAL FR | | | | | | | #DIV/0! | |
| 24 | | | | | | | | | | | | |
| 25 | Low Voltage | | | | | | | | | | | |
| 26 | 1268 | UCC | LV | DFDA-5410 BK | | | | #DIV/0! | | | | |
| 27 | 1268 | UCC | LV | DFDA-5430 NT | 57 | 19 | 19'666 | 1'030 | 65 | 32 | 1'050 | 33'600 |
| 28 | 1268 | UCC | LV | DFDA-5440 NT | 57 | 16 | 16'633 | 1'033 | 65 | 32 | 1'050 | 33'600 |
| 29 | 1268 | UCC | LV | DFDA-5451 NT | | | | #DIV/0! | | | | |
| 30 | 1268 | UCC | LV | DFDA-5481 NT | | | | #DIV/0! | | | | |
| 31 | 1268 | UCC | LV | DFDB-5410 BK | | | | #DIV/0! | 9 | | | |
| 32 | 1268 | UCC | LV | DFDB-5480 NT | | 2 | 2'362 | 2'362 | 2 | 4 | 1'200 | 4'800 |
| 33 | 1268 | UCC | LV | DGDB-5457 NT | | | | #DIV/0! | | | | |
| 34 | 1268 | UCC | LV | HFDA-5630 BK | 23 | 8 | 11'880 | 1'455 | 16 | 16 | 1'400 | 22'400 |
| 35 | 1269 | UCC | LV | HFDB-5620 YL | | | | #DIV/0! | | | | |
| 36 | 1269 | UCC | LV | HFDB-5620 YL 210 | | | | #DIV/0! | | | | |
| 37 | | | | TOTAL LV | 137 | 45 | 50'540 | 1'114 | 157 | 84 | 1'124 | 94'400 |
| 38 | | | | | | | | | | | | |
| 39 | High Voltage Insulation | | | | | | | | | | | |
| 40 | | NUC | HV XLPE | HFDA-4201 SC | | | | #DIV/0! | | | | |
| 41 | 1276 | UCC | HV XLPE | HFDE-4201 SC | | | | #DIV/0! | | | | |
| 42 | | NUC | HV XLPE | HFDJ-4201 S | | | | #DIV/0! | | | | |

M 2747

|    | A | B | C | D | E | F | G | H | I | J | K | L |
|----|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 |  | NUC | HV XLPE | NUCV-9253 S |  |  |  | #DIV/0! |  |  |  |  |
| 44 |  | NUC | HV XLPE | NUCV-9253 |  |  |  | #DIV/0! |  |  |  |  |
| 45 |  |  |  | SUB-TOTAL |  |  |  | #DIV/0! |  |  | #DIV/0! |  |
| 46 |  |  |  |  |  |  |  |  |  |  |  |  |
| 47 | Medium Voltage Insulation |  |  |  |  |  |  |  |  |  |  |  |
| 48 | 1278 | UCC | MV INS | DFDA-4850 |  |  |  | #DIV/0! |  |  |  |  |
| 49 | 1278 | UCC | MV INS | DFDA-6451 NT | 140 | 126 | 134'875 | 1'070 | 140 | 140 | 1'050 | 147'000 |
| 50 | 1276 | UCC | MV XLPE | HFDA-4202 EC |  |  |  | #DIV/0! |  |  |  |  |
| 51 | 1276 | UCC | MV XLPE | HFDA-4202 NT |  |  |  | #DIV/0! |  |  |  |  |
| 52 | 1276 | UCC | MV XLPE | HFDB-4202 EC |  |  |  | #DIV/0! |  |  |  |  |
| 53 | 1276 | UCC | MV XLPE | HFDB-4202 NT |  |  |  | #DIV/0! |  |  |  |  |
| 54 |  | NUC | MV XLPE | HFDA-4201 EC |  |  |  | #DIV/0! |  |  |  |  |
| 55 | 1276 | UCC | MV XLPE | HFDE-4201 EC |  |  |  | #DIV/0! |  |  |  |  |
| 56 |  | NUC | MV XLPE | HFDJ-4201 | | 10 | 10470 | 1'047 | 10 |  |  |  |
| 57 |  | NUC | MV XLPE | HFDJ-4201 SMI3 |  |  |  | #DIV/0! |  |  |  |  |
| 58 | 1276 | UCC | MV XLPE | HFDE-4201 NT |  |  |  | #DIV/0! |  |  |  |  |
| 59 | 1276 | UCC | MV XLPE | HFDG-4201 |  |  |  | #DIV/0! |  | 60 | 950 | 57'000 |
| 60 |  | NUC | MV XLPE | HFDG-4201 |  |  |  | #DIV/0! |  |  |  |  |
| 61 |  | NUC | MV INS | NUCV-9241 |  |  |  | #DIV/0! |  |  |  |  |
| 62 |  | NUC | MV BR | NUC-9025 |  |  |  | #DIV/0! |  |  |  |  |
| 63 |  |  |  | SUB-TOTAL | 140 | 136 | 145'345 | 1'069 | 150 | 200 | 1'020 | 204'000 |
| 64 |  |  |  |  |  |  |  |  |  |  |  |  |
| 65 | High Voltage Semicon |  |  |  |  |  |  |  |  |  |  |  |
| 66 | 1275 | UCC | HV SC | HFDA-0801 BK |  |  |  | #DIV/0! |  |  |  |  |
| 67 | 1275 | UCC | HV SC | HFDA-0801BK |  |  |  | #DIV/0! |  |  |  |  |
| 68 | 1275 | UCC | HV SC | HFDA-0802 BK |  |  |  | #DIV/0! |  |  |  |  |
| 69 |  | NUC | HV SC | NUC-9511 |  |  |  | #DIV/0! |  |  |  |  |
| 70 |  | NUC | HV SC | NUCV-9563 |  | 1 |  |  | 1 |  |  |  |
| 71 |  | NUC | HV SC | NUCV-9587 |  |  |  | #DIV/0! |  |  |  |  |
| 72 |  | NUC | HV SC | WV-563 |  |  |  | #DIV/0! |  |  |  |  |
| 73 |  | NUC | HV SC | WF-587 |  |  |  | #DIV/0! |  |  |  |  |
| 74 |  |  |  | SUB-TOTAL |  | 1 |  |  | 1 |  | #DIV/0! |  |
| 75 |  |  |  |  |  |  |  |  |  |  |  |  |
| 76 | Medium Voltage Semicon |  |  |  |  |  |  |  |  |  |  |  |
| 77 | 1275 | UCC | MV SC | HFDA-0580 BK |  |  |  | #DIV/0! |  |  |  |  |
| 78 | 1275 | UCC | MV SC | HFDA-0581 BK |  |  |  | #DIV/0! |  |  |  |  |
| 79 | 1275 | UCC | MV SC | HFDA-0586 BK |  |  |  | #DIV/0! |  | 20 | 1'650 | 33'000 |
| 80 | 1275 | UCC | MV SC | HFDA-0692 BK |  |  |  | #DIV/0! |  |  |  |  |
| 81 | 1275 | UCC | MV SC | HFDA-0693 BK |  |  |  | #DIV/0! |  |  |  |  |
| 82 | 1275 | UCC | MV SC | HFDA-0792 BK |  |  |  | #DIV/0! |  |  |  |  |
| 83 | 1275 | UCC | MV SC | HFDB-0586 BK |  |  |  | #DIV/0! |  |  |  |  |
| 84 | 1275 | UCC | MV SC | HFDC-0692 BK |  |  |  | #DIV/0! |  |  |  |  |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | 1275 | UCC | MV SC | HFDG-0692 BK | | | | #DIV/0! | | | | |
| 86 | | NUC | MV SC | NUCV-9574 | | | | #DIV/0! | | | | |
| 87 | | NUC | MV SC | NUCV-9583 | | | | #DIV/0! | | | | |
| 88 | | NUC | MV SC | NUCV-9587 | | | | #DIV/0! | | | | |
| 89 | | | | | | | | | | | | |
| 90 | | | | SUB-TOTAL | | | | #DIV/0! | | 20 | 1'650 | 33'000 |
| 91 | | | | | | | | | | | | |
| 92 | OC | | | | | | | | | | | |
| 93 | 1280 | UCC | OC | HFDA-9217 BK | | | | #DIV/0! | | | | |
| 94 | | NUC | OC | NUCV-9210 | | | | #DIV/0! | | | | |
| 95 | | NUC | OC | NUCV-9211 | | | | #DIV/0! | | | | |
| 96 | | NUC | OC | NUCV-9215 | | | | #DIV/0! | | | | |
| 97 | | NUC | OC | NUCV-9216 | | | | #DIV/0! | | | | |
| 98 | | NUC | OC | NUCV-9217 | | | | #DIV/0! | | | | |
| 99 | | | | SUB-TOTAL | | | | #DIV/0! | | | #DIV/0! | |
| 100 | | | | | | | | | | | | |
| 101 | POWER - Others | | | | | | | | | | | |
| 102 | 1263 | UCC | PURGE | DFDB-0964 NT | | | | #DIV/0! | | | | |
| 103 | | NUC | PURGE | DFD-0964 | | | | #DIV/0! | | | | |
| 104 | | NUC | Base Resin | NUC-9025 | | | | #DIV/0! | | | | |
| 105 | | NUC | | NUC-9105 | | | | #DIV/0! | | | | |
| 106 | | | | SUB-TOTAL | | | | #DIV/0! | | | #DIV/0! | |
| 107 | | | | | | | | | | | | |
| 108 | | | | TOTAL POWER | 140 | 137 | 145'345 | 1'061 | 151 | 220 | 1'077 | 237'000 |
| 109 | | | | | | | | | | | | |
| 110 | Jacketing | | | | | | | | | | | |
| 111 | 1286 | UCC | JACKETING | DFDB-0588 BK | | | | #DIV/0! | | | | |
| 112 | 1286 | UCC | JACKETING | DFDD-0588 BK | | | | #DIV/0! | | | | |
| 113 | 1286 | NUC | JACKETING | DFDJ-0588 | | | | #DIV/0! | | | | |
| 114 | 1286 | UCC | JACKETING | DFDG-6059 BK | 6'260 | | | #DIV/0! | | | | |
| 115 | | NUC | JACKETING | DFDJ-6059 | | | | #DIV/0! | | | | |
| 116 | 1286 | UCC | JACKETING | DFDK-6059 bk | | | | #DIV/0! | | | | |
| 117 | 1285 | UCC | JACKETING | DGDA-6318 | | | | #DIV/0! | | | | |
| 118 | 1288 | UCC | JACKETING | DGDA-7580 BK | | | | #DIV/0! | | | | |
| 119 | 1288 | UCC | JACKETING | DGDA-7583 NT | | | | #DIV/0! | | | | |
| 120 | 1285 | UCC | JACKETING | DGDA-8479 BK | | | | #DIV/0! | | | | |
| 121 | 1285 | UCC | JACKETING | DGDJ-3479 BK | | | | #DIV/0! | | | | |
| 122 | 1285 | UCC. | JACKETING | DGDK-3479 BK | | 68 | 60'520 | 890 | 68 | | | |
| 123 | 1290 | UCC | JACKETING | DHDA-6542 NT | | | | #DIV/0! | | | | |
| 124 | 1285 | UCC | JACKETING | DHDA-6548 BK | | | | #DIV/0! | | | | |
| 125 | 1277 | UCC | JACKETING | DHDA-7707 BK | 105 | 82 | 137'291 | 1'674 | 105 | 105 | 1'600 | 168'000 |
| 126 | 1285 | UCC | JACKETING | DHDA-8864 BK | | | | #DIV/0! | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 127 | 1285 | UCC | JACKETING | DHDA-8864 NT | | | | #DIV/0! | | | | |
| 128 | | NUC | JACKETING | NUC-9104 | | | | #DIV/0! | | | | |
| 129 | | | | SUB-TOTAL | 6'365 | 150 | 197'811 | 1'319 | 173 | 105 | 1'600 | 168'000 |
| 130 | | | | | | | | | | | | |
| 131 | Telecom Insulation - Foam | | | | | | | | | | | |
| 132 | 1291 | UCC | TEL INS-F | DFD-4960 NT | | | | #DIV/0! | | | | |
| 133 | | NUC | TEL INS-F | DFDJ-4960 | | | | #DIV/0! | 4 | 5 | 1'750 | 8'750 |
| 134 | 1289 | UCC | TEL INS-F | DFNA-0012 NT | | 1 | 1'658 | 1'658 | 2 | 2 | 1'600 | 3'200 |
| 135 | 1289 | UCC | TEL INS-F | DFNA-0078 NT | | | | #DIV/0! | | | | |
| 136 | 1287 | UCC | TEL INS-F | DGDA-3485 NT | | 5 | 6'500 | 1'300 | 5 | 100 | 1'200 | 120'000 |
| 137 | | NUC | TEL INS-F | DFDJ-3485 | | 1 | 874 | 1'748 | 1 | 100 | 1'200 | 120'000 |
| 138 | 1289 | UCC | TEL INS-F | DGDA-6944 NT | 28 | 12 | 12'024 | 1'002 | 28 | 31 | 1'000 | 31'000 |
| 139 | 1287 | UCC | TEL INS-F | DHDA-8885 NT | | | | #DIV/0! | | | | |
| 140 | 1289 | UCC | TEL INS-F | Utility1253 | | 4 | 4'698 | 1'175 | 9 | 10 | 1'150 | 11'500 |
| 141 | | NUC | TEL INS-F | WN-866 | | | | #DIV/0! | | | | |
| 142 | | NUC | TEL INS-F | NUC-9861 | | 6 | 15'966 | 2'661 | 6 | 8 | 2400 | 19'200 |
| 143 | | | | SUB-TOTAL | 28 | 29 | 41'720 | 1'464 | 55 | 256 | 1'225 | 313'650 |
| 144 | | | | | | | | | | | | |
| 145 | Telecom Insulation - Solid | | | | | | | | | | | |
| 146 | 1287 | UCC | TEL INS-S | DFDA-7540 NT | | | | #DIV/0! | | | | |
| 147 | | NUC | TEL INS-S | DFDJ-7540 | | | | #DIV/0! | | | | |
| 148 | 1291 | UCC | TEL INS-S | DFDB-6005 NT | | | | #DIV/0! | | | | |
| 149 | | NUC | TEL INS-S | DFD-2005 | | | | #DIV/0! | | | | |
| 150 | | NUC | TEL INS-S | DFD-6005 | | | | #DIV/0! | | | | |
| 151 | 1287 | UCC | TEL INS-S | DGDA-3487 NT | | | | #DIV/0! | | | | |
| 152 | 1287 | UCC | TEL INS-S | DGDK-3364 NT | 2'000 | 9 | -20'276 | -2'253 | 9 | 1'825 | 900 | 1'642'500 |
| 153 | | NUC | TEL INS-S | DGDK-3364 NT | 1'130 | 752 | 689'584 | 917 | 784 | 1'000 | 900 | 900'000 |
| 154 | | NUC | TEL INS-S | DGDN-3364 NT | | | | #DIV/0! | | | | |
| 155 | 1287 | UCC | TEL INS-S | DGDL-3364 NT | | | | #DIV/0! | | | | |
| 156 | 1287 | UCC | TEL INS-S | DGDO-3364 NT | | | | #DIV/0! | | | | |
| 157 | | NUC | TEL INS-S | NUCG-4141 | | | | #DIV/0! | | | | |
| 158 | 1287 | UCC | TEL INS-S | DHDA-8880 NT | 200 | 183 | 137'342 | 751 | 183 | | | |
| 159 | | NUC | TEL INS-S | Y-2000 | | | | #DIV/0! | | | | |
| 160 | | | | SUB-TOTAL | 3'330 | 944 | 806'650 | 855 | 976 | 2'825 | 900 | 2'542'500 |
| 161 | Telecom - Others | | | | | | | | | | | |
| 162 | | NUC | | GA-004 | | | | #DIV/0! | | | | |
| 163 | | NUC | | WG-306 | | | | #DIV/0! | | | | |
| 164 | | | | SUB-TOTAL | | | | #DIV/0! | | #DIV/0! | | |
| 165 | | | | | | | | | | | | |
| 166 | | | | TOTAL TELECOM | 9'723 | 1'123 | 1'046'181 | 932 | 1'204 | 3'186 | 949 | 3'024'150 |
| 167 | | | | | | | | | | | | |
| 168 | | | | TOTAL W&C | 10'000 | 1'305 | 1'242'066 | 952 | 1'512 | 3'490 | 961 | 3'355'550 |

M 2750



**UNION CARBIDE ASIA PACIFIC INC**
ASIA PACIFIC HEADQUARTERS

8 Shenton Way
#22-01 Treasury Building
Singapore 068811
Direct Tel: (65) 322-9931
Fax: (65) 221-0591

## FACSIMILE TRANSMISSION

No. of pages inclusive of this page: 3

| | | | |
|---|---|---|---|
| Date | : | 30 August 1996 | |
| To | : | H. Lam/A. Wong/F. Yim | Hong Kong (Fax: 261 3083) |
| | | J. Wu | Indonesia |
| | | H. Manapa/Endang J. | Malaysia |
| | | J. Thong | Australia |
| | | R. Fonseca/J. Renzenbrink | Taiwan |
| | | H. Hsu/N. Hsu/F. Lin | Korea |
| | | S.H. Song/S.H. Choi/C.G. Kim | Thailand |
| | | Nongnoot S./Preeyaporn T./Wisit T. | New Zealand |
| | | P. Smith/T. Marinovich/J. Salmon | VISACORP |
| | | S.A. Kumar/V.N. Khare | Philippines |
| | | J. Uy | Sri Lanka |
| | | B. Liyanage | |
| Cc | : | T.C. Soon/C. Goh/G.M. Ho | UCAPTC |
| | | G.J. Honson | Australia |
| | | B.K. Ang | Malaysia |
| | | A. Poh | (Fax: 261 3083) |
| From | : | Paul Ng | |
| Re | : | **1997 ABP** | |

Dear colleagues,

it is about time we look at our budgeting cycle again for 1997 ABP. In general, our direction is as following:

### Coatings Materials

- increase your CELLOSIZE share by regaining lost business and getting new business from competitors.
- SVR share should maintain with no loss on multinational accounts.
- PXC sales should increase by minimum 15%.
- EPO sales should maintain at 1996 level.

...2/-

**UNION CARBIDE ASIA PACIFIC INC**

*Specification Chemicals*

- for Biocides, we should target to have a 20% growth over 1996.
- for Industrial Glutaraldehyde, maintain business.
- for ENB, achieve minimum 700MT.
- for 2,4PDOs, maintain our dominant position in each country/market.

*Performance Polymers*

- for Polyox, we should expect to increase sales in new applications and maintain business with current applications.
- for PVA resins:
  - we should explore technical approval for gum base application.
  - for LPA applications, continue to follow UCC policy of alignment with key unsaturated polyester producers.

*Amerchol*

- expect minimum 10 - 15% growth in value over 1996 and volume growth of about 10%.

In summary, I have attached for your information a proposed 1997 ABP by country by LOBs.

For Biocides and Amerchol products, G.J. Honson and B.K. Ang should provide me with the numbers.

Please review this proposed 1997 ABP and send back to me any amendment you would like to see, latest by September 20.

For B.K. Ang, G.J. Honson, you can either provide our sales team with top down numbers or collect your input from the countries and consolidate. Nevertheless, I need this input latest by September 20.

Thank you very much to an excellent 1996. We anticipate our sales will reach USD71MM by year end, which represents 14% growth over previous year.

Best regards,

*Paul Ng*

Encl.

M 2762

SP&P 1997 PROPOSED ABP

| | HK/PRC | S'PORE | INDO | MAL | AUST | TAIWAN | KOREA | THAI | NZ | INDIA | PHIL | SRIL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CELLOSIZE | 300 | 240 | 480 | 380 | 170 | 160 | 160 | 600 | 40 | 100 | 185 | 20 | 2835 |
| IND. GLUT. | 10 | - | - | - | 20 | - | 15 | 10 | 10 | 120 10 | - | - | 80 |
| BIOCIDES | | | | DATA TO BE PROVIDED BY G.J. HONSON | | | | | | 80 | | | 0 |
| KETONE | 1360 | - | - | - | 3 | - | 80 | - | 1 | 76 120 | - | - | 1600 |
| ENB | - | - | - | - | - | 1 | 700 | - | - | - | - | - | 700 |
| POLYOX | 4 | 2 | 1.5 | 2 | 15 | 50 | 30 | 3 | 1.5 | 9 | 2 | - | 120 |
| PVA | 1 | - | - | - | 2 | - | 5 | - | - | 2 | - | - | 10 |
| AMERCHOL | | DATA TO BE PROVIDED BY B.K. ANG | | | | | | | | 2 | | | 0 |
| SVR | 860 | 290 | 250 | 230 | 400 | 420 | 2580 | 300 | 20 | 4 510? 680 | 80 | 10 | 5950 |
| PXC | 20 | 10 | - | - | 78 | 230 | 725 | 5 | 4 | 28 30 | - | - | 1100 |
| EPO | 950 | - | - | - | - | - | 15 | 535 | - | - | - | - | 1500 |
| TOTAL | | | | | | | | | | | | | |

Page 1 of

From: "M D Kripalani" <kripalani@megavisa.com>
To: <prashesh@megavisa.com>
Sent: Wednesday, November 01, 2000 12:26 PM
Attach: Control 2001 ABP.xls
Subject: FW: 2001 Suggested ABP - Amendment

-----Original Message-----
From: ngp@ucarb.com [SMTP:ngp@ucarb.com]
Sent: Friday, September 15, 2000 1:24 PM
To: kripalani@megavisa.com; Lam H (Heman); Wong A (Albert); Chan A (Alfred); Zeng V (Vincent); Ong J (Jasmine); Thong J (James); Fonseca RN (Rocque); Griffin GL (Glen); Lin LH (Li Hsiang); Chen N (Nelson); Kim CG (Chang Gyoon); Park YJ (Young Jin); Song SH (Sung Heon); Thanabodypath W (Wisit); Saksriviturach P (Prarakit); Suksuponsiri N (Nongnoot); Bunjongwut S (Sakul); Uy JL (Jackson); Nakagawa S (Shigeru); Ishino Y (Yutaka); Kumabe N (Naofumi); Todoroki T (Takanobu); Tsunoda H (Haruhisa); Demizu T (Tatsuyoshi); 'peters@unionchemicals.co.nz'; 'tonym@unionchemicals.co.nz'; 'johns@unionchemicals.co.nz'; 'kripalani@megavisa.com'; 'shrikant@megavisa.com'; 'chennai@megavisa.com'; 'DassanayakeB@carbide.lanka.net'
Cc: Ang BK (Benny); Honson GJ (Gary); Abe A (Atsushi); Poh A (Albert)
Subject: 2001 Suggested ABP - Amendment

(MegaVisa Madras: S.A. Kumar)

<<Control 2001 ABP>>
Dear colleagues,

Please note that we have amended the Ketones row
Apologize for any inconvenience caused.

Thanks and regards,
Joyce
>
> From: Ng P (Paul)
> Sent: Friday, September 15, 2000 2:04 PM
> To: Lam H (Heman); Wong A (Albert); Chan A (Alfred); Zeng V (Vincent);
> Ong J (Jasmine); Thong J (James); Fonseca RN (Rocque); Griffin GL (Glen);
> Lin LH (Li Hsiang); Chen N (Nelson); Kim CG (Chang Gyoon); Park YJ (Young
> Jin); Song SH (Sung Heon); Thanabodypath W (Wisit); Saksriviturach P
> (Prarakit); Suksuponsiri N (Nongnoot); Bunjongwut S (Sakul); Uy JL
> (Jackson); Nakagawa S (Shigeru); Ishino Y (Yutaka); Kumabe N (Naofumi);
> Todoroki T (Takanobu); Tsunoda H (Haruhisa); Demizu T (Tatsuyoshi);
> 'peters@unionchemicals.co.nz'; 'tonym@unionchemicals.co.nz';
> 'johns@unionchemicals.co.nz'; 'kripalani@megavisa.com';
> 'chennai@megavisa.com'; 'shrikant@megavisa.com';
> 'DassanayakeB@carbide.lanka.net'
> Cc: Ang BK (Benny); Honson GJ (Gary); Abe A (Atsushi); Poh A (Albert)
> Subject: 2001 Suggested ABP
> Importance: High
>
> (MegaVisa Madras: S.A. Kumar)
>
> Dear colleagues,
>
> Please find attached the 2001 suggested ABP by country by LOB,
> except Amerchol. Please review this and confirm acceptance asap.
> If you accept the volume, please develop the sales value. I believe
> the due date for affiliate submission to UCAP is Sep 25 on volume/

M 2732

09-Jul-0

value

For B K. Ang, since your submission is still not in, you should send your Amerchol ABP to affiliates asap. This should be no later than Sep 1? Monday.

Regards,
Paul N g

Page 1 of 1

SP&P - 2001 Proposed ABP (MT)

| | | AUS | HKG/PRC | IDO | IND | KOR | MAL | NZL | PHI | SGP | SRI | TAI | THA. | TOTAL (EX JPN) | JPN | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CELLOSIZE (HEC) | MT | 130.00 | 530.00 | 650.00 | 120.00 | 180.00 | 230.00 | 20.00 | 70.00 | 160.00 | 20.00 | 280.00 | 460.00 | 2,870.00 | 300.00 | 3,170.00 |
| | USSM | | | | | | | | | | | | | | | |
| TOTAL AMERCHOL | MT | | | | | | | | | | | | | | 410.00 | 410.00 |
| | USSM | | | | | | | | | | | | | | | |
| BIOCIDE | MT | 25.00 | 480.00 | 90.00 | 65.00 | 250.00 | 55.00 | 50.00 | 25.00 | 250.00 | 2.00 | 200.00 | 285.00 | 1,977.00 | 770.00 | 2,747.00 |
| | USSM | | | | | | | | | | | | | | | |
| ENB | MT | - | 100.00 | - | - | 600.00 | - | - | - | - | - | - | - | 700.00 | 600.00 | 1,300.00 |
| | USSM | | | | | | | | | | | | | | | |
| KETONE | MT | | | | | | | | | | | | | | 180.00 | 180.00 |
| | USSM | | | | | | | | | | | | | | | |
| POLYOX | MT | 40.00 | 25.00 | 5.00 | 10.00 | 30.00 | 2.00 | 2.00 | 1.00 | 2.00 | - | 30.00 | 3.00 | 150.00 | 100.00 | 250.00 |
| | USSM | | | | | | | | | | | | | | | |
| RPM | MT | | | | | | | | | | | | | | | |
| | USSM | | | | | | | | | | | | | | | |
| ACROLEIN DERIVATIVES | MT | | | | | | | | | | | | | | | |
| | USSM | | | | | | | | | | | | | | | |
| TOTAL SVR | MT | 130.00 | 1,330.00 | 190.00 | 570.00 | 2,300.00 | 200.00 | 15.00 | 80.00 | 250.00 | 25.00 | 700.00 | 260.00 | 6,050.00 | 1,780.00 | 7,810.00 |
| | USSM | | | | | | | | | | | | | | | |
| TOTAL PXC | MT | 52.00 | 70.00 | - | 25.00 | 1,424.00 | - | 3.00 | - | 8.00 | - | 430.00 | 5.00 | 2,017.00 | 1,973.00 | 3,990.00 |
| | USSM | | | | | | | | | | | | | | | |
| EPO | MT | - | 400.00 | - | - | 30.00 | - | 75.00 | - | - | - | - | 200.00 | 705.00 | 45.00 | 750.00 |
| | USSM | | | | | | | | | | | | | | | |
| GRAND TOTAL | MT | 377.00 | 2,935.00 | 935.00 | 790.00 | 4,814.00 | 487.00 | 165.00 | 176.00 | 670.00 | 47.00 | 1,640.00 | 1,233.00 | 14,469.00 | 6,138.00 | 20,607.00 |
| | USSM | | | | | | | | | | | | | | | |

M 2734

Control 2001 ABP  
09-07-02 4:43 PM

SP&P - 2001 Proposed ABP (MT)

| | AUS | HKG/PRC | IDO | IND | KOR | MAL | NZL | PHI | SGP | SRI | TAI | THA | TOTAL (EX JPN) | JPN | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CELLOSIZE (HEC)** | | | | | | | | | | | | | | | |
| MT | 130.0 | 530.00 | 650.00 | 120.00 | 180.00 | 230.00 | 20.01 | 80.00 | 160.00 | 20.00 | 260.00 | 480.00 | 2,860.01 | 300.00 | 3,160.01 |
| USSM | 700.0 | 2,850.00 | 3,343.00 | 720.00 | 1,175.00 | 1,309.00 | 111.26 | 450.00 | 918.30 | 118.00 | 1,415.00 | 2,920.00 | 18,066.56 | 2,643.06 | 18,709.62 |
| **TOTAL AMERCHOL** | | | | | | | | | | | | | | | |
| MT | 111.0 | 345.00 | 55.50 | 4.00 | 88.00 | 4.00 | - | 30.00 | 42.00 | 6.00 | 51.00 | 169.50 | 904.00 | 420.50 | 1,324.60 |
| USSM | 612.0 | 5,538.85 | 365.33 | 38.84 | 949.52 | 12.40 | - | 290.00 | 491.06 | 32.86 | 781.50 | 3,282.29 | 12,696.55 | 7,393.37 | 20,089.92 |
| **BIOCIDE** | | | | | | | | | | | | | | | |
| MT | | 480.00 | 90.00 | 69.00 | 250.00 | 45.00 | 50.00 | 25.00 | 250.00 | 2.00 | 175.00 | 267.00 | 1,928.20 | 960.00 | 2,888.20 |
| USSM | | 1,350.00 | 261.00 | 144.00 | 570.00 | 138.00 | 150.00 | 95.00 | 705.00 | 8.00 | 631.90 | 857.00 | 5,763.90 | 4,611.63 | 10,375.53 |
| **LHR** | | | | | | | | | | | | | | | |
| MT | | 100.00 | - | - | 600.00 | - | - | - | - | - | - | - | 700.00 | 600.00 | 1,300.00 |
| USSM | | 250.00 | - | - | 1,200.00 | - | - | - | - | - | - | - | 1,450.00 | 1,302.00 | 2,752.00 |
| **KETONE** | | | | | | | | | | | | | | | |
| MT | | 1,300.00 | - | 200.00 | 100.00 | - | 0.60 | - | - | - | 160.00 | - | 1,760.60 | 180.00 | 1,940.60 |
| USSM | | 3,675.00 | - | 700.00 | 300.00 | - | 4.87 | - | - | - | 568.00 | - | 5,247.87 | 1,006.62 | 6,254.49 |
| **POLYOX** | | | | | | | | | | | | | | | |
| MT | 40.0 | 25.00 | 5.00 | 10.00 | 30.00 | 2.00 | 2.73 | 1.00 | 2.00 | - | 25.00 | 3.00 | 145.73 | 100.00 | 245.73 |
| USSM | 400.0 | 276.00 | 80.00 | 150.00 | 250.00 | 38.08 | 37.59 | 11.00 | 27.00 | - | 195.00 | 57.00 | 1,551.67 | 1,176.75 | 2,728.42 |
| **PPM** | | | | | | | | | | | | | | | |
| MT | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| USSM | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **ACROLEIN DERIVATIVES** | | | | | | | | | | | | | | | |
| MT | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| USSM | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL SVR** | | | | | | | | | | | | | | | |
| MT | 130.0 | 1,330.00 | 200.00 | 570.00 | 2,300.00 | 200.00 | 15.00 | 80.00 | 250.00 | 25.00 | 700.00 | 260.00 | 6,060.00 | 1,760.00 | 7,820.00 |
| USSM | 502.0 | 4,425.00 | 656.00 | 1,617.87 | 7,562.00 | 738.50 | 64.88 | 320.00 | 996.60 | 81.00 | 1,532.00 | 980.55 | 19,574.40 | 7,124.55 | 26,698.95 |
| **TOTAL PXC** | | | | | | | | | | | | | | | |
| MT | 52.0 | 70.00 | - | 25.00 | 1,424.00 | - | 4.84 | - | 8.00 | - | 430.00 | 5.00 | 2,018.84 | 1,973.00 | 3,991.84 |
| USSM | 269.0 | 410.00 | - | 76.00 | 4,720.00 | - | 34.26 | - | 39.60 | - | 1,135.00 | 29.00 | 6,703.86 | 9,558.94 | 16,262.80 |
| **EPO** | | | | | | | | | | | | | | | |
| MT | | 400.00 | - | - | 30.00 | - | 75.00 | - | - | - | - | 200.00 | 705.00 | 45.00 | 750.00 |
| USSM | | 405.00 | - | - | 54.00 | - | 71.25 | - | - | - | - | 194.51 | 724.76 | 127.60 | 852.36 |
| **GRAND TOTAL** | | | | | | | | | | | | | | | |
| MT | 635.0 | 4,576.00 | 1,000.50 | 998.00 | 5,002.00 | 481.00 | 168.18 | 216.00 | 712.00 | 53.00 | 1,801.00 | 1,384.50 | 17,082.38 | 6,338.50 | 23,420.88 |
| USSM | 2549.0 | 19,179.85 | 4,705.33 | 3,512.71 | 16,560.52 | 2,233.98 | 474.11 | 1,166.00 | 3,175.56 | 239.86 | 6,258.40 | 8,320.35 | 69,779.57 | 34,944.52 | 104,724.09 |

M 2735

except Amerchol. Please review this and confirm acceptance asap. If you accept the volume, please develop the sales value. I believe the due date for affiliate submission to UCAP is Sep 25 on volume/value.

For B.K. Ang, since your submission is still not in, you should send your Amerchol ABP to affiliates asap. This should be no later than Sep 18, Monday.

Regards,
Paul Ng

SP&P - 2001 Proposed ABP (MT)

| | AUS | HKG/PRC | IDO | IND | KOR | MAL | NZL | PHI | SGP | SPJ | TAI | THA | TOTAL (EX JPN) | JPN | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CELLOSIZE (HEC) MT | 130.00 | 530.00 | 650.00 | 120.00 | 180.00 | 230.00 | 20.00 | 70.00 | 160.00 | 20.00 | 280.00 | 480.00 | 2,870.00 | 300.00 | 3,170.00 |
| USSM | | | | | | | | | | | | | | | |
| TOTAL AMERCHOL MT | | | | | | | | | | | | | - | 410.00 | 410.00 |
| USSM | | | | | | | | | | | | | | | |
| BIOCIDE MT | 25.00 | 480.00 | 90.00 | 65.00 | 250.00 | 55.00 | 50.00 | 25.00 | 250.00 | 2.00 | 200.00 | 285.00 | 1,977.00 | 770.00 | 2,747.00 |
| USSM | | | | | | | | | | | | | | | |
| ENB MT | - | 100.00 | - | - | 600.00 | - | - | - | - | - | - | - | 700.00 | 600.00 | 1,300.00 |
| USSM | | | | | | | | | | | | | | | |
| KETONE MT | - | 1,300.00 | - | 200.00 | 100.00 | - | - | - | - | - | 160.00 | - | 1,760.00 | 180.00 | 1,940.00 |
| USSM | | | | | | | | | | | | | | | |
| POLTOX MT | 40.00 | 25.00 | 5.00 | 10.00 | 30.00 | 2.00 | 2.00 | 1.00 | 2.00 | - | 30.00 | 3.00 | 150.00 | 100.00 | 250.00 |
| USSM | | | | | | | | | | | | | | | |
| RPM MT | | | | | | | | | | | | | - | - | - |
| USSM | | | | | | | | | | | | | | | |
| ACROLEIN DERIVATIVES MT | | | | | | | | | | | | | - | - | - |
| USSM | | | | | | | | | | | | | | | |
| TOTAL SVR MT | 130.00 | 1,330.00 | 190.00 | 570.00 | 2,300.00 | 200.00 | 15.00 | 80.00 | 250.00 | 25.00 | 700.00 | 260.00 | 6,050.00 | 1,760.00 | 7,810.00 |
| USSM | | | | | | | | | | | | | | | |
| TOTAL PXC MT | 52.00 | 70.00 | - | 25.00 | 1,424.00 | - | 3.00 | - | 8.00 | - | 430.00 | 5.00 | 2,017.00 | 1,973.00 | 3,990.00 |
| USSM | | | | | | | | | | | | | | | |
| EPO MT | - | 400.00 | - | - | 30.00 | - | 75.00 | - | - | - | - | 200.00 | 705.00 | 45.00 | 750.00 |
| USSM | | | | | | | | | | | | | | | |
| GRAND TOTAL MT | 377.00 | 4,235.00 | 935.00 | 990.00 | 4,914.00 | 487.00 | 165.00 | 176.00 | 670.00 | 47.00 | 1,800.00 | 1,233.00 | 16,229.00 | 6,138.00 | 22,367.00 |
| USSM | | | | | | | | | | | | | | | |

09-07-02 4:41 PM

M 2737

IPC SALES REPORT - TOTAL UCAP REGION
2001 ABP

### VOLUME (MT)

| | AUS | HKG | IDO | IND | KOR | MAL | NZL | PHI | PRC | SGP | SRI | TAI | THA | OTHERS | TOTAL ex Japan | JAPAN | GRAND TOTAL | 2000 ABP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethanolamines | 5,330.00 | 137.00 | 752.00 | 1,350.00 | 4,000.00 | 1,335.00 | 464.00 | 949.00 | 16,244.00 | 1,260.00 | 40.00 | 3,550.00 | 1,316.00 | . | 36,767.00 | 4,600.00 | 43,367.00 | 27,650.00 |
| Ethyleneamines | 175.00 | 110.00 | 20.00 | 2,320.00 | 2,140.00 | 100.00 | . | 120.00 | 5,405.00 | 605.00 | . | 895.00 | 160.00 | . | 12,050.00 | 3,400.00 | 15,450.00 | 16,914.00 |
| Carbowax * Pegs | 115.00 | 965.00 | 705.00 | 37.00 | 1,145.00 | 300.00 | 105.00 | 375.00 | 850.00 | 53.00 | 105.00 | 1,480.00 | 810.00 | 173.00 | 7,218.00 | 462.00 | 7,680.00 | 7,530.00 |
| Specialty Surfactants | 159.00 | 619.00 | 266.00 | 39.00 | 387.00 | 149.00 | 265.00 | 136.00 | 316.00 | 145.00 | 5.00 | 623.00 | 485.00 | . | 3,594.00 | 592.00 | 4,186.00 | 3,927.00 |
| Commodity Surfactants | 120.00 | 242.00 | 940.00 | 35.00 | 1,500.00 | 605.00 | 660.00 | 149.00 | 4,559.00 | 885.00 | 35.00 | 3,170.00 | 1,800.00 | 100.00 | 14,800.00 | . | 14,800.00 | 6,000.00 |
| Gas Treating Fluids | 48.00 | . | 607.80 | . | 310.00 | 160.00 | 20.00 | 25.00 | 34.00 | 42.00 | . | 21.20 | 15.00 | . | 1,283.00 | 377.70 | 1,660.70 | 1,868.35 |
| UCON Fluids | 294.90 | 60.21 | 65.40 | 12.21 | 520.00 | 66.14 | 40.29 | . | 302.66 | 44.30 | . | 237.99 | 326.59 | 0.99 | 1,973.67 | 1,047.90 | 3,021.57 | 3,012.23 |
| Alkyl Alkanolamines | 79.00 | 12.00 | 1.85 | . | 260.00 | 21.00 | . | . | 27.00 | 1.40 | . | 281.08 | 17.00 | . | 700.33 | 1,460.00 | 2,160.33 | 2,167.15 |
| Heat Transfer Fluids | . | . | . | . | . | 65.00 | . | . | . | . | . | . | . | . | 65.00 | . | 65.00 | 50.50 |
| Aircraft Fluids (Deicers) | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |
| GRAND TOTAL | 6,320.90 | 2,145.21 | 3,398.05 | 3,793.21 | 10,262.00 | 2,801.14 | 1,554.29 | 1,754.00 | 29,737.66 | 3,035.70 | 185.00 | 10,258.27 | 4,931.59 | 273.99 | 80,451.00 | 11,939.60 | 92,390.60 | 71,099.23 |

### VALUE (US$M)

| | AUS | HKG | IDO | IND | KOR | MAL | NZL | PHI | PRC | SGP | SRI | TAI | THA | OTHERS | TOTAL ex Japan | JAPAN | GRAND TOTAL | 2000 ABP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ethanolamines | 5,343.20 | 169.88 | 704.85 | 996.15 | 3,572.50 | 1,376.00 | 418.43 | 710.82 | 13,121.13 | 1,059.45 | 32.20 | 2,479.78 | 1,402.66 | . | 31,387.04 | 4,964.00 | 36,351.04 | 23,145.76 |
| Ethyleneamines | 359.00 | 219.00 | 44.00 | 3,228.00 | 3,432.00 | 182.00 | . | 174.00 | 8,328.00 | 924.00 | 122.00 | 1,557.00 | 314.00 | . | 18,761.00 | 7,378.00 | 26,139.00 | 28,576.00 |
| Carbowax * Pegs | 154.50 | 1,097.00 | 801.00 | 62.00 | 1,189.00 | 362.00 | 126.00 | 473.00 | 1,000.00 | 67.50 | 15.00 | 1,634.00 | 953.00 | 221.00 | 8,262.00 | 488.00 | 8,750.00 | 7,593.00 |
| Specialty Surfactants | 542.00 | 1,158.00 | 540.00 | 97.00 | 848.00 | 378.00 | 515.00 | 560.50 | 911.00 | 390.50 | . | 1,560.00 | 1,444.00 | . | 8,956.00 | 1,678.50 | 10,634.50 | 9,546.96 |
| Commodity Surfactants | 109.80 | 275.00 | 819.00 | 29.00 | 1,230.00 | 512.49 | 587.40 | 134.40 | 3,311.20 | 724.08 | 35.90 | 2,354.65 | 1,815.48 | 92.00 | 12,030.40 | . | 12,030.40 | 6,769.61 |
| Gas Treating Fluids | 246.00 | . | 2,117.60 | . | 678.00 | 596.00 | 88.00 | 96.60 | 60.00 | 97.50 | . | 46.70 | 62.50 | . | 4,112.90 | 1,929.00 | 6,041.90 | 6,275.84 |
| UCON Fluids | 438.92 | 126.23 | 122.45 | 23.57 | 1,100.62 | 133.04 | 63.04 | . | 640.34 | 200.87 | . | 328.52 | 597.52 | 7.35 | 3,802.43 | 2,248.26 | 6,050.69 | 5,653.44 |
| Alkyl Alkanolamines | 172.20 | 24.40 | 3.80 | . | 417.00 | 43.50 | . | . | 49.50 | 3.80 | . | 385.20 | 42.40 | . | 1,141.80 | 2,710.10 | 3,851.90 | 4,257.04 |
| Heat Transfer Fluids | . | . | . | . | . | 80.00 | . | . | . | . | . | . | . | . | 80.00 | . | 80.00 | 95.74 |
| Aircraft Fluids (Deicers) | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |
| GRAND TOTAL | 7,367.62 | 3,069.51 | 5,152.69 | 4,435.72 | 12,467.12 | 3,663.02 | 1,817.87 | 2,151.32 | 27,441.16 | 3,467.70 | 205.10 | 10,345.85 | 6,628.56 | 320.35 | 88,533.57 | 21,395.86 | 109,929.43 | 91,916.41 |

M 2738