**45**



**UNION CARBIDE ASIA PACIFIC, INC.**
(INCORPORATED IN U.S.A. WITH LIMITED LIABILITY)
ASIA PACIFIC HEADQUARTERS

## M E M O

| To | : | R. Natarajan | UCAP |
|---|---|---|---|
| cc | : | E.J. Boros | UC Danbury |
| | | T.M. Austin | UC Danbury |
| | | K.B. Chesler | UC Danbury |
| | | R.J. Citron/E.R. Kossakowski | UC Danbury |
| | | S.J. Gormley | UC Danbury |
| | | P.A. Lilue | UC Danbury |
| | | C.C. Pai/B.J. Poole/T. Melnik | UC Danbury |
| | | W.R. Rosemund | UC Danbury |
| | | L. Koffenberger/T. Malafronte | Amerchol |
| | | E. Fraga | UC Brazil |
| | | G.C. Curme | CAPEMA Geneva |
| | | A.L. Barnes/L. Cheung/V.K. Moorthy | UCAP |
| | | A. Samtani/W. Tse | UCAP |
| | | M.W. Ranney/A. Fujinami/T. Matsumoto | UC Japan |
| | | W.G. Farrell/James Ho/Heman Lam/Feynman Poon | UC Hongkong |
| | | W.A. Paras/A. Poh/J. Wu | UC Singapore |
| | | Andy Sutiono/Henry Manapa | UC Indonesia |
| | | S.H. Lee/Ronnie Tan | UC Malaysia |
| | | W.M. Cox/D.J. Adamson/G. Honson/J. Renzenbrink | UC Australia |
| | | V.T. Chuang/Hal Hsu | UC Formosa |
| | | B.B. Park/S.H. Song | UC Korea |
| | | P. Techasiriwan/Wisit T./Prasop P. | UC Thai |
| | | A. Robertson/P. Smith/T. Marinovich | Union Chemical |
| | | N. Chandra/V.N. Khare/S. Sanghi | Visa India |
| | | M.M. Tongson/Jackson Uy | UC Philippines |
| | | P. Fernando/R.G. Jasinghe | UC Sri Lanka |
| | | B.K. Ang/J.C. Thomas/C.H. Tan | UCAP |
| From | : | Paul Ng | UCAP |
| Date | : | 12 November 1993 | |

**M 2655**

8 SHENTON WAY, #22-01 TREASURY BUILDING, SINGAPORE 0106. TEL: 65-2239177/65-3229922 FAX: 65-2210591 TLX: RS 23080 UCAP

UNION CARBIDE ASIA PACIFIC, INC.

**RE: <u>UCAP SPECIALITY PRODUCTS MONTHLY REPORT - OCTOBER 1993</u>**

October sales results for all SPUs in UCAP region are

|  | **Current Month** | | | | **YTD OCT** | |
|---|---|---|---|---|---|---|
|  |  | **%ABP** | **%PY** |  | **%ABP** | **%PY** |
| Volume (MT) | 584 | 77% | 94% | 7271 | 96% | 116% |
| Value (USDM) | 2786 | 75% | 95% | 35345 | 95% | 120% |

Sales for the month of October slowed down after 3 consecutive strong months in July, August and September. Specialty Ketones (132% ABP), Alkyl Aakalonamines (321% ABP), ENB (217% ABP) and POLYOX (111% ABP) out performed other products in October. Biocides and Amerchol sales continued to be depressed with no immediate sign of recovery.

## SPECIALITY POLYMERS

Sales on CELLOSIZE dropped this month after a record 3Q performance. Despite the below plan sales this month, YTD October sales still achieved 2326MT, 123% ABP, 132% PY and USD13.5MM, 126% ABP, 137% PY. Berol continued to be disruptive in the market after their success in Malaysia and Philippines. Recently they have obtained business in Thailand at 8-10% below our current pricing. We will be aggressive in defending our share position in Thailand because it represents a significant portion of our overall sales in the region.

Caltex has recently sent in 3500 bags (175 Mlbs, USD476M) HEC10 order to UC Indonesia. This product is expected to be shipped out in November for arrival before the December 31st deadline.

A meeting was held in October with Yimen Organic Chemicals in China to work on the details of the marketing cooperation for CELLOSIZE in China. Initial proposal is that a team of 6 people will be formed of which 5 from Yimen and one from UCASIAL HK to work on the market survey and product introduction of CELLOSIZE. Yimen will come back with more details on costs involved.

POLYOX sales improved in the month of October due to an order from our distributor, Partnership, in Taiwan. A trip will be made by Ramesh Ramachandran in December to Korea, Taiwan and Singapore to work on the introduction and customer trials of POLYOX slurry to the paper market.

A list of Gum manufacturers in the Asia Pacific region has been identified. Action will be taken by area sales forces to investigate the potential to sell our PVA based Gum Resins. Also currently we are working with Danbury on the floor price for low profile additives. A satisfactory outcome will be reached before end November.

**M 2656**

UNION CARBIDE ASIA PACIFIC, INC.

Page 2

A recent trip was made by T. Malafronte, F. Frelier, T. Matsumoto and B.K. Ang to China to discuss with Shanghai Celluloid on a possible marketing cooperation. Initial feedback from Shanghai Celluloid is very positive and details on our marketing cooperation will be provided by Amerchol very soon.

It was reported from news last week that a HK based company, Prospero Industries, has just acquired the financially troubled Yoshikawa Singapore for USD22MM. UCASIAL HK will set up appointment with Prospero to study the possibility of our marketing their Lanolin derivatives.

## SPECIALTY PRODUCTS

ENB and Specialty Ketones have an excellent month in October with sales of 94MT, 133% ABP, 166% PY, USD351M, 124% ABP, 173% PY for Specialty Ketones and 68MT, 218% ABP, 235% PY, USD190M, 199% ABP, 213% PY for ENB.

China remains to be the key market for 2,4 Pentanedione despite the fact that we have developed new business in Korea, Taiwan and India. However, with the current pricing of 2,4 Pentanedione at USD3900/MT level, more and more companies are looking into the manufacturing of 2,4 Pentanedione in China. This situation has already been reported back to Danbury and our position remains that we have no intention of participating in the local production of 2,4 Pentanedione due to the excess capacity in the States. Consequent to this decision, we should be extremely careful in our pricing strategy in China so as not to further encourage more companies into the local manufacturing of 2,4 Pentanedione. Based on our past experiences, a pricing above USD2800/MT will attract local production.

Biocides sales remained slow despite the commitment from Wuhan to uptake from us another 1 FCL of MDP and 2 FCLS of UCARCIDE 150 which amounts to USD140M. A reconciliation on the sales versus plan and previous years will be prepared so that we all have a good understanding on the reasons for the poor performance this year.

It was reported and confirmed from the market that BASF has approached Wuhan on the possibility of supplying them MDP and Glutaraledhyde 50% products. This should definitely be put into consideration when we re-negotiate with Wuhan on the contract in a few years time.

After the successful joint trial, Nalco Singapore has signed with us a contract to purchase 10MT of AQUCAR 545 to be delivered in the next 6 months. In addition to this, we have also concluded another 2.5MT PIROR P850 order with Nalco Taiwan. It is also confirmed that Bronopol is finding its good acceptance in the Korea paper market, a 10MT order of P72 was placed by Doosung in October.

UNION CARBIDE ASIA PACIFIC, INC.

Page 3

## OXIDE DERIVATIVES

Sales of UCON fluids and Alkyl Alkalonamines actually out performed others significantly due to orders received in Korea and Taiwan. UCON fluids sales maintained its momentum due to strong purchase by Samwon in Korea for Quenchant market.

Sanden Singapore also awarded us with their first order of UCON Refrigeration Lubricant 6290 and 2791 for their automotive air conditioning compressor. This is a replacement on the Idemitsu products and represents our first success in selling UCON Refrigeration Lubricant in Asia Pacific. Thanks to efforts by UC Singapore.

Sales of UCARSOL Solvent for the month of October achieved only 53MT, USD250M after a record 3Q sales of USD4.2MM to Arco, Krakatau Steel and P.T. Badak in Indonesia for new conversions. A 15-20% price increase will be implemented with P.T. Badak to be effective January 1994. This is expected to bring in additional USD300-USD350M revenue increase next year.

A Capital Budget Proposal for a new UCARSOL blending facility to be installed in Indonesia was submitted to UCC for review and approval. This is expected to further enhance our position against the other competitors in this region.

Regards,

Paul Ng

/sa
attachments

11-12PNA.MEM

M 2658

| From: | <samtana@ucarb.com>; "Samtani AP (Arjun)" <samtana@ucarb.com> |
|---|---|
| To: | <mittal@megavisa.com>; "Dickson RD (Duane)" <dicksord@ucarb.com> |
| Cc: | "Spall KB (Kenneth)" <spallkb@ucarb.com>; "Neri RG (Ron)" <nerirg@ucarb.com>; "Jain K (Kamal)" <jaink1@ucarb.com>; "Cheung L (Lawrence)" <cheungl@ucarb.com>; "Keel AT (Tison)" <keelat@ucarb.com>; "Wilson CA (Charlie)" <wilsonc1@ucarb.com>; "Sin W (William)" <sinw@ucarb.com>; "Ng P (Paul)" <ngp@ucarb.com>; "Leung D (Dicky)" <leungd@ucarb.com>; "Sprigg MW (Marshall)" <spriggmw@ucarb.com>; "Ohike K (Kazuaki)" <OHIKEK@ucarb.com>; "Itoh J (Jotaro)" <ITOHJ@ucarb.com>; "Togi S (Shingo)" <togis@ucarb.com>; "Renzenbrink JO (John)" <renzenjo@ucarb.com>; "Lam H (Heman)" <lamh@ucarb.com>; "Chan E (Edward)" <chane1@ucarb.com>; "Fung E (Eddie)" <funge@ucarb.com>; "Manapa H (Henry)" <manapah@ucarb.com>; "Josoprawiro E (Endang)" <josopre@ucarb.com>; "Kim CG (Chang Gyoon)" <kimcg@ucarb.com>; "Song SH (Sung Heon)" <songsh@ucarb.com>; "Thong J (James)" <thongj@ucarb.com>; "Foo MC (Mun Chuan)" <foomc@ucarb.com>; "Tan R (Ronnie)" <tanr@ucarb.com>; "Cruz BM (Babbette)" <cruzbm@ucarb.com>; "Uy JL (Jackson)" <uyjl@ucarb.com>; "Lee A (Allan)" <leea@ucarb.com>; "Foo W (Wilson)" <foow@ucarb.com>; "Yen A (Andrew)" <yena@ucarb.com>; "Lim CC (Chin Chin)" <limcc@ucarb.com>; "Lee PY (Petcy)" <leepy@ucarb.com>; "Hsu N (Nora)" <hsun@ucarb.com>; "Lin J (James)" <linj@ucarb.com>; "Thanabodypath W (Wisit)" <thanabw2@ucarb.com>; "Sritanasan T (Taveewit)" <sritant2@ucarb.com>; "Deemangmee S (Suchet)" <deemans@ucarb.com>; "Hanna DJ (Derek)" <hannadj@ucarb.com>; <andrewr@unionchemicals.co.nz>; <DassanayakeB@carbide.lanka.net>; <mittal@megavisa.com>; <kripalani@megavisa.com>; <sharad@megavisa.com>; <nishit@megavisa.com> |
| Sent: | Friday, July 14, 2000 6:42 PM |
| Attach: | IPCQ200.rtf |
| Subject: | IPC Q2, 2000 UCAP SALES PERFORMANCE |

To : Duane Dickson

Cc : Ken Spall
Ron Neri  William Sin
Kamal Jain Paul Ng
Lawrence Cheung Dicky Leung
Tison Keel Marshall Sprigg
Charlie Wilson

Ohike-san / Itoh-san / Togi-san
Derek Hanna / John Renzenbrink
Heman Lam / Edward Chan / Eddie Fung
Henry Manapa / Endang
CG Kim / SH Song
James Thong / MC Foo / Ronnie Tan
Andrew Robertson
MA Cruz / Jackson Uy
Allan Lee / Wilson Foo / Andrew Yen / Chin Chin / Petcy
Dassana'ake
Nora Hsu / James Lin
Wisit Taveewit / Deemangmee Suchet
Ajay Mittal / Moti Kripalani / Sharad Mirji / Neshit Mehta
(Megavisa)

RE : IPC Q2, 2000 UCAP SALES PERFORMANCE

SALES RESULTS SUMMARY

By LOB sales volume was above plan in Ethanolamines (151% volume), Commodity Surfactants (241%) and Alkyl Alkanolamines (108%) but was below plan in CONs (76%), Ethyleneamines (82%) and PEGs (89%).

By country, Korea (124%), PRC (231%), Taiwan (144%) and Malaysia (123%)

turned in excellent performance. Japan continued to lag behind with 79% of plan.

Detailed comments by each LOB follows.

<<IPCC 200.rtf>>
Regards
Arjun Samtani

MS EXCHANGE email address Samtani AP (Arjun)
INTERNET email address samtana@ucarb.com

# UCAP IPC SALES RESULTS
## 2nd QUARTER 2000

### BRIE.' COMMENTARY BY LOB

1.  ### ETHANOLAMINES

|  | Q2, 2000 | | | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|
|  | ACTUAL | % PLAN | % LYR | ACTUAL | % PLAN | % LYR |
| Sales Volume - MT | 10434.71 | 151.1% | 188.4% | 18978.78 | 137.4% | 181.1% |
| Sales Value - $MM | 8875.05 | 153.4% | 174.2% | 16276.3 | 140.6% | 166.2% |

**MEA:** 136.1% above plan. Very strong sales in China due to continued shutdowns at Yixing and Fushun through the second quarter. Taurine is still recording high growth. In Japan, we are still negotiating with Kao and have yet to get approval for supply of MEA to Kurita. Philippines only managed to convince customer to buy another MEA bulk parcel in June. This will be recorded in Q3 sales. All other affiliates had healthy sales.

**DEA:** 177.9% above plan due to strong volume support from US after Taft unit refit. Strong sales in all countries ex Japan and Philippines, especially China, Australia and Malaysia. Japan had slow sales mainly due to loss of NOF and continued slow sales in Cognis.

**TEA:** 98.6% of plan. TEA sales were helped immensely due to vastly improved sales in the second quarter compared with Q1. Here we had success on all fronts as we push to sell more TEA. In Japan, we took share at Shin-Nittetsu, while we held on to our share at all other accounts. In China, we made progress with the licensing authorities but still vast room to improve as the current allocation in terms of volume is insufficient for us to meet plan. More work to be done here.

2.  ### ETHYLENEAMINES

|  | Q2, 2000 | | | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|
|  | ACTUAL | % PLAN | % LYR | ACTUAL | % PLAN | % LYR |
| Sales Volume - MT | 3474.4 | 82.2% | 89.9% | 6251.75 | 73.9% | 86.2% |
| Sales Value - $MM | 5815.07 | 81.4% | 89.8% | 10451.11 | 73.1% | 81.6% |

Overall volume was 82% plan (89% LYR) and sales value was 82% plan and 90% LYR. Both sales volume and sales value was 125% of Q1.

AEEA volume was low at 29% of plan (30% of LYR) with sales allocation in place. We lost market share in all the key markets, i.e. Korea, Taiwan and China.

M 2685

DETA volumes improved (76% plan) as compared to Q1 but we were still playing "catch up" in the key markets. Our prices were at $2300/MT levels whereas in Korea, Taiwan and China were at $2100/MT - $2200/MT levels.

EDA demand continued to be strong in China and India. Prices have shown some signs of firming up. It appears all producers except for Tosoh are tight for product.

We managed to get a modest $30/MT ($1370/MT to $1400/MT) price increase from China Chem effective July shipments even though we had signed them up for a year. We are attempting to get some further increases in the near future.

3. **CARBOWAX - PEGS**

| | Q2, 2000 | | | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|
| | ACTUAL | % PLAN | % LYR | ACTUAL | % PLAN | % LYR |
| Sales Volume - MT | 1679.45 | 89.2% | 134.9% | 3248.46 | 86.3% | 147.7% |
| Sales Value - SMM | 1739.71 | 91.6% | 124.6% | 3363.85 | 88.6% | 129.3% |

Lost Peg liquid ( 80 MT) drum business in Taiwan, Korea, Indonesia as we walked away from low price business.

Significant volume contributions came from Peg liquid sales in Isotanks to Korea & Taiwan in Q2 with price support.

Sales of Peg 1450 to Unilever Sri Lanka progressing smoothly; granular evaluation is still on-going. Granular trials are being carried out at Unilever Bangladesh & Pakistan.

Prices were quoted by BASF & Pan Asia at US$830/MT-US$850/MT CIF for drum Pegs (L). Huntsman's prices in Australia/NZ were in the US$850-880/MT CIF level for drum Pegs (L).

4. **SPECIALTY SURFACTANTS**

| | Q2, 2000 | | | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|
| | ACTUAL | % PLAN | % LYR | ACTUAL | % PLAN | % LYR |
| Sales Volume - MT | 945.12 | 96.3% | 108.6% | 1757.05 | 89.5% | 105.4% |
| Sales Value - SMM | 2422.04 | 101.5% | 111.5% | 4461.57 | 93.5% | 107.9% |

Stronger sales from OPES, Low Foam Surfactants & Tergitol 15-S surfactants contributed to improved sales in Q2 vs Q1.

Sales of OPEs and Triton X-200 in Korea declined significantly due to switch over to local cheaper substitutes.

**M 2686**

Prices remained flat to stable; some keen competition coming from Sino Japan in the Taiwan market in the OPE & Triton X-200 area for emulsion polymerisation applications.

5.  **COMMODITY SURFACTANTS**

|  | Q2, 2000 | | | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|
|  | ACTUAL | % PLAN | % LYR | ACTUAL | % PLAN | % LYR |
| Sales Volume - MT | 4818.55 | 240.9% | 202.0% | 8544.41 | 213.6% | 244.1% |
| Sales Value - $MM | 3776.04 | 223.1% | 188.7% | 6772.48 | 200.1% | 219.6% |

Achieved 240% of ABP in Q2 2000 contributed mainly by new account development in China, Taiwan and Korea.

China attained a record sales owing to new channels identified in addition to our continuous sales to Shanghai Henkel oleochemical.

Taking the opportunity of surging EO price in China, we achieved the price increase of US$35/MT for NP-10 shipments.

Pan Asia was aggressively retrieving market shares since resuming production from maintenance shutdown in Taiwan and nearby markets, Korea and Philippines.

6.  **GAS TREATING**

|  | Q2, 2000 | | | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|
|  | ACTUAL | % PLAN | % LYR | ACTUAL | % PLAN | % LYR |
| Sales Volume - MT | 397.7 | 85.1% | 126.6% | 752.98 | 80.6% | 139.3% |
| Sales Value - $MM | 1332.78 | 84.9% | 95.3% | 2277.43 | 72.6% | 101.6% |

UCARSOL Solvent sales YTD 2Q2000 were 753 MT (81 % ABP) and US$ 2277 M (73 % ABP).

Delivered 135MT (202M$) of MDEA to Mobil NSO, Indonesia who is starting up with SULFINOL M. We continued the business after very tough competition against several international suppliers. The plant is facing to initial upsets just after the start up with high solvent loss. We will keep 2FCLs of stock in Singapore for immediate delivery. Have received 264MT (370M$) of order for 3Q delivery.

Sold 67MT (349M$) of AP-810 to Krakatau Steel, iron direct reduction plant. Also have received the same amount of order for 3Q delivery.

M 2687

7.    *UCON*

|  | Q2, 2000 | | | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|
|  | ACTUAL | % PLAN | % LYR | ACTUAL | % PLAN | % LYR |
| Sales Volume - MT | 572.05 | 75.9% | 102.9% | 1042.66 | 69.2% | 96.8% |
| Sales Value - $MM | 1266.77 | 89.6% | 112.6% | 2345.31 | 83.0% | 107.8% |

Q2 2000 sales increased by 21% of volume and 17% of value as compared to Q1 2000, but it could not match the forecast of Q2 2000 due to delay on Mobil's Nyvac FR200D in Taiwan.

The higher sales for Q2 2000 was contributed by Korea of RL488, China of PE320, Malaysia of PE320.

The sales of UCON RL488 increased by 50% in volume as compared to Q1 2000 due to Delphi Korea's good export on compressors to Europe and Middle East Asia.

A total of UCON DG 746 sales was 62 MT in Q2 which was up 250 % of Q1 with good performance from China ( existing business) and new business for Castrol Thailand, and Samwon. In addition, Castrol Korea bought 4 mt of Concentrate 6452 hydrolube as an initial.

8.    *ALKYL ALKANOLAMINES*

|  | Q2, 2000 | | | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|
|  | ACTUAL | % PLAN | % LYR | ACTUAL | % PLAN | % LYR |
| Sales Volume - MT | 587.38 | 108.4% | 107.5% | 986.41 | 91.0% | 94.7% |
| Sales Value - $MM | 1107.86 | 104.1% | 108.6% | 1885.79 | 88.6% | 95.0% |

Japan:      2Q 2000 sales recovered by 195% compared to 1Q 2000.

Australia:   DEEA sales to Ecolab started.

Korea:   • 2Q sales were good at 55.9MT or 102% vs ABP and 128% vs LY in volume in succession from 1Q.
         • 8MT/month of NMEA sales to Dong Jun for smooth production of can coating paints.

Taiwan:   • 2Q sales were good at 87.8MT or 121% vs ABP.
          • Have obtained all requirement of DMEA (as done in Q1) at ICI Dulux Paints.
          • DMEA sales recovered in Eternal Chemicals.

PRC:      Delayed export licence from USA to Guangdong Medical. Loss of sale of 2 fcl of DEEA.

A S amtani

M 2688

ARJUN SAMTANI

M 2689

07/10 '97 ILE 09:38 FAX 65 2255863    UNION CARBIDE                    @003

# UNION CARBIDE ASIA PACIFIC INC

## UCAP

R.G. Neri
P.J. Braeger
M.D. Buckingham
L. Cheung
V.K. Moorthy/T. Keel/D. Leung
T. Costello/Kamal J.
A. Samtani
W. Tse
Lim Mun Chong

## UCAP TECHNICAL CENTER

R.D. Jenkins
C. Goh/S.C. Low/G.M. Ho

## UCAP AFFILIATE COMPANIES

| | |
|---|---|
| B. Miu/H. Lam/A. Wong | UCASIAL Hong Kong |
| A. Poh/J. Wu | UC Singapore |
| J.C. Thomas/Endang J. | UC Indonesia |
| S.H. Lee/B.K. Ang/R. Tan/J. Thong | UCCMSB |
| W.M. Cox/G.J. Honson/R. Fonseca/J. Renzenbrink | UCCAPL |
| H. Hsu/N. Hsu/F. Lin | UC Formosa |
| B.B. Park/S.H. Song/C.G. Kim/Y.J. Park | UC Korea |
| E.J. Stubenrauch/Wisit T./Prarakit S./Nongnoot S. | UC Thailand |
| A. Robertson/J. Salmon/P. Smith/T. Marinovich | Union Chemicals |
| N. Chandra/V.N. Khare/S.A. Kumar | VISA |
| M.M. Tongson/J. Uy | UC Philippines |
| P. Fernando/B. Liyanage | UC Lanka |
| T. Nagae/A. Abe/T. Matsumoto | UCJKK |

Date:    6 October 1997

M 2368



**UNION CARBIDE ASIA PACIFIC INC**
ASIA PACIFIC HEADQUARTERS

8 Shenton Way
#22-01 Temasek Tower
Singapore 068811
Direct Tel: (65) 322-9931
Fax: (65) 221-0591

<u>**SP&P QUARTERLY REPORT**</u>

<u>**UCAP Q3 1997**</u>

<u>**DISTRIBUTION**</u>

<u>**DANBURY**</u>

E.J. Boros
T.M. Austin/L.J. Gardner
R.J. Citron/D.J. Eng/E.R. Kossakowski
D.L. Schober/T. Melnik/R. Ramachandran/D.J. Shollenberger
B. Prokai
N. Parakh
R.J. Bellrose
K.B. Chesler/F.A. Kotwicki
E.S. Varian/B.A. Esckilsen
R.G. Eagar/D.S. Gibbs
S.L. Wallace/A. Yee
H.A. Potts/J.L. Tucker/T.P. Wood

<u>**BOUND BROOK**</u>

L. Marlin/J. Leder/A. Theis/E.M. Clark/R.F. Eaton/L.A. Grab
R.J. Weber/T.G. Politis/K. Szoc/W. Etzkorn/R. Saini

<u>**EDISON**</u>

T. Malafronte/F. Freiler/J.D. Orens/J.L. Strouse/S. Razzano

<u>**GENEVA**</u>

G.C. Curme/T.E. Randall/M.M. Ferrero

**M 2369**

| Post-it® Fax Note | 7671 | Date 7/10/97 | # of pages ▸ 9 |
|---|---|---|---|
| To N.CHANDRA / V.N. KHARE. | | From PAUL NG | |
| Co./Dept. S.A. KUMAR | | Co. | |
| Phone # (MEGAVISA) | | Phone # | |
| Fax # | | Fax # | |



# UNION CARBIDE ASIA PACIFIC INC

## SP&P QUARTERLY REPORT
## UCAP Q3 1997

September month was exceptionally strong at 1504MT, 111%PY and USD6.96MM, 116%PY. This brings the Q3 and YTD September sales to following:

|  | MT | %ABP | %PY | USDMM | %ABP | %PY |
|---|---|---|---|---|---|---|
| Q3 | 4277 | 107 | 106 | 20.4 | 114 | 114 |
| YTD Sept | 12537 | 104 | 103 | 59.0 | 110 | 110 |

Japan sales, which is excluded from above, is as following:

|  | MT | %ABP | %PY | USDMM | %ABP | %PY |
|---|---|---|---|---|---|---|
| Q3 | 1404 | 78 | 86 | 7.5 | 72 | 81 |
| YTD Sept | 4722 | 88 | 96 | 24.8 | 79 | 90 |

For UCAP (ex-Japan) region, Q3 sales was strong due mainly to improved supply on CELLOSIZE and SVR. Outstanding LOB performance achieved from CELLOSIZE (129%PY), Biocides (144%PY), POLYOX (127%PY), Amerchol (125%PY) and SVR (120%PY).

Q4 sales will slow down because of the currency turmoil in various countries in Asia. This is expected to have immediate impact on our revenue hence EBIT and a longer term impact on growth prospect.

UCAP regional highlight for SP&P in Q3 as following:

- Sales continues strong in Q3 mainly because of HEC-10 delivery to Caltex, totaling 5000 bags (125MT). Other than Caltex, our sales to Coatings market has been limited by supply availability mainly due to lack of product from Institute.

- The limited ER supply also has caused us major problems in several countries like Korea and Malaysia. Kunsul and Daihan are in desperate need of ER products which we cannot supply and we also have to delay ICI Malaysia's intention to convert QP to ER until 1998. This again caused concern for these key customers.

M 2370

**UNION CARBIDE ASIA PACIFIC INC**

Page 2

- Competition from Hoechst continues strong at most countries especially with their quotation being in Deutsche Mark. This will force us to start reacting on price in Q4 in order to retain our position with strategic customers.

- ICI are calling for a regional meeting with UCC to negotiate on price increase which we intend to put through because of the recent currency devaluation in some ASEAN countries. Paul Warrick, who is the Director for Global Purchasing, will be present in the meeting in Kuala Lumpur on October 7. Based on insider information from ICI affiliate, P. Warrick has tendency to favour Aqualon. This is an uphill battle for us to be successful in putting through a price increase with ICI account in the region.

- We have also seen increased complaints from customers on CELLOSIZE quality problems. This is related to hydration time and insolubles. We are taking appropriate actions to address this.

- UCJKK have identified potential to sell CELLOSIZE into new markets like coal slurry and self leveling cement. This should bring in new sales potential in the year 1998. Increased effort has also been put in trying to improve market position in the Coatings market because of the anticipated drop in CELLOSIZE sales to Lion and Daicel for them to manufacture UCARE Polymers for Amerchol.

- Q3 sales of 2,4PDO slowed down due mainly to less than expected demand from China because of poor export market for sulphur drugs. Our sales to Taiwan was also below plan because of slower demand.

- We have captured 70% of Reliance Chemicals' requirement for 2,4PDO in India. This amounts to over 180MT sales. Recently, we have experienced a problem on packaging which has caused customers to temporarily stop purchasing from us. Action has already been taken to address this problem.

- Q3 ENB sales was also below plan, but similar to 1996 volume, mainly because of logistics problem in August. We have again failed Kumho's requested ETA date which caused them to cancel order and postponed our delivery to Q4.

- Effort has been spent in trying to achieve a 50% share with Herdilla Unimer in India. We are in the final stage of negotiation to obtain 100MT business.

**M 2371**

## UNION CARBIDE ASIA PACIFIC INC

Page 3

- With direction from UCC, UCJKK have renounced their price increase intention on ENB in return for a continued volume for 1998. T. Matsumoto is working diligently to reach consensus and sales agreement with Mitsui Petrochemicals, JSR through Nagase.

- Nagase, having understood our ENB criticals, are working hard in reducing local costs component. A successful negotiation with Mitsui Petrochemicals and JSR directly from the States on delivery of ENB in isotank has helped us in saving over USD200M/year in eliminating the rental of a bulk storage tank in Japan.

- Biocides sales continues its momentum, recording excellent performance in Q3. Most countries' sales are above plan and PY with exceptional performance from China and Korea, recording a YTD sales of USD1.1MM and USD0.9MM respectively. Singapore, Indonesia and Malaysia, through the efforts of J. Wu, have also improved their sales significantly.

- It was reported that BASF have taken advantage of the weakening of Deutsche Mark and become more aggressive in China trying to take away from us our lion share of Glutaraldehyde. Wuhan Organics have already expressed their concern about increased competition. We are carefully monitoring this situation.

- Nalco, and more recently Betz/Dearborn, have already established their operation in China with the vision that China will become one of their major markets in Asia through their alignment with multinational companies. Nalco currently have a blending site in Suzhou and Betz/Dearborn will also be establishing their office in Shanghai. UCASIAL affiliate is requested to follow up closely with this contact in China for possible business opportunity.

- POLYOX sales in Q3 improved significantly over 1996 (127%) despite below plan at 87% on volume. Sales to the industrial applications in Korea continues slow but for new applications like fluorescent lightings, we have gained success in Indonesia, Thailand and China which will bring in sales amounting to over 20MT.

- UCJKK's plan of penetrating POLYOX sales in the tissue paper market has helped in gaining new volumes in 1997 over 1996. Efforts will continue to try to obtain more sales and also look into potential for POLYOX as retention aid for pulp.

M 2372

P. 03

## UNION CARBIDE ASIA PACIFIC INC

Page 4

- We have also completed a market study on tissue paper potential in Indonesia and Malaysia. We have proceeded to appoint channels in these countries to try to capture some shares from Meisei and Sumitomo.

- A meeting was arranged with Ashland Chemicals in September to talk about their efforts in promoting LPA for us in this region. The consensus was that existing potential is available in Korea and in a later stage in China, however all for auto parts application.

- Sales of Amerchol products across the LOB has been strong in Q3. This helps in our achieving a USD3.7MM sales in Q3, 143% over PY.

- The Xiaolan Zhongshan Amerchol plant (FastTrack II) will be up and running in mid October. The inauguration ceremony has been fixed on October 17. We have already invited key potential customers like P&G, Kao, Colgate, Johnson & Johnson, Unilever, Shanghai Jiahwa and Shanghai Soap, etc. to attend the ceremony. L. Koffenberger, T. Malafronte and other Amerchol senior management staff will be present there as well.

- With the completion of Xiaolan Zhongshan Amerchol plant in Q4, we have budgeted a total of 275MT UCARE Polymers to be produced locally in 1998 of which 145MT is for exports to countries in Asia region.

- With improved supply on SVR, our sales in Q3 achieved a record of 1889MT, 120%PY. Every country performed on or exceeded plan.

- A selected 5% price increase was implemented in the region to all countries except Thailand and Korea in September. We are monitoring closely on whether Nissin will follow our move or not on this price increase.

- LG have been extremely pleased with our confirmation that improved processed UCARMAG 569 has been successfully produced in October. They have placed order for immediate shipment ex-USA.

- J.R. Harvey's visit to Korea recently in October has also helped significantly in our effort in trying to penetrate and grow SVR share in the magnetic media industry in Korea. Recently in Q3, we have received orders from SKM (Sunkyong Magnetic) on VAGH products.

- A price increase has been announced to Saehan Media on VAGH to try to bring their price back to acceptable level. We will have to exercise extreme care with this account because of their sizeable business (over 700MT, USD3MM) on UCARMAG 527.

M 2373

09:36 FAX 65 2255863          UNION CARBIDE                    005

## UNION CARBIDE ASIA PACIFIC INC

Page 5

- PXC sales in Q3 was disappointing, at only 87% plan. This is mainly due to our slow sales of M-100 to Korea Chemical as a result of quality problem due to packaging. This issue has been dragging in the past 3 months and repeated occurrence with this same problem has caused KCC to temporarily stop uptake from us.

- We have been successful in selling TONE 0249 to Toyo Ink and TONE 0200 to Kazoo Nobel for various new applications. This is expected to bring in over 30MT sales in 1998.

- UCFC have also been working diligently in trying to contract one-third of Taiwan Ure-Tech's TONE Polyol business. Our estimate is that the requirement of Taiwan Ure-Tech will be over 300MT and they are sourcing their material primarily from Solvay.

- EPO sales in Q3 was slow because of supply limitation. We have only achieved 17% plan because of lack of supply.

Paul Ng

**M 2374**

TUE 09:37 FAX 65 2255863          UNION CARBIDE                    @006

Printed on:    10/3/97

UNION CARBIDE ASIA PACIFIC
SPECIALTY PRODUCTS DIVISION
SALES REPORT - SEPTEMBER 1997

| | ------ YEAR-TO-DATE SALES ------ | | | | | | | ------ QUARTER 3 SALES ------ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTRY | MT | %ABP | %LYR | USDM | %ABP | %LYR | CM% | MT | %ABP | %LYR | USDM | %ABP | %LYR | CM% |
| AUST | 1,085.44 | 137.4 | 110.1 | 4,772.64 | 98.1 | 103.3 | 13.1 | 383.42 | 145.6 | 116.7 | 1,635.49 | 100.9 | 106.2 | 12.7 |
| HKG | 3,162.72 | 102.6 | 91.4 | 14,447.12 | 131.9 | 111.7 | 7.6 | 910.27 | 88.6 | 78.9 | 4,683.95 | 128.3 | 108.6 | 8.4 |
| INDO | 839.12 | 130.1 | 147.8 | 4,691.51 | 134.8 | 152.3 | 4.9 | 348.80 | 162.2 | 184.3 | 1,987.66 | 171.3 | 193.6 | 5.0 |
| KOR | 3,625.57 | 104.0 | 110.4 | 13,529.79 | 100.6 | 103.1 | 5.0 | 1,179.22 | 104.5 | 107.8 | 4,351.70 | 97.1 | 99.4 | 5.5 |
| MAL | 543.09 | 105.9 | 99.9 | 3,043.57 | 103.1 | 95.2 | 8.3 | 216.33 | 126.6 | 119.4 | 1,149.37 | 116.8 | 107.9 | 5.0 |
| NZ | 96.36 | 113.3 | 126.0 | 531.17 | 115.0 | 122.9 | 0.1 | 21.08 | 74.4 | 82.7 | 131.64 | 85.5 | 91.4 | 0.0 |
| PHIL | 195.44 | 93.6 | 95.5 | 1,272.26 | 80.7 | 77.8 | 6.0 | 56.88 | 81.7 | 83.4 | 373.28 | 71.0 | 68.5 | 5.4 |
| SGP | 568.36 | 112.2 | 117.7 | 2,931.76 | 118.5 | 110.4 | 18.6 | 223.17 | 132.2 | 138.7 | 1,076.10 | 130.5 | 121.5 | 19.2 |
| SRIL | 20.76 | 92.3 | 108.5 | 150.25 | 103.0 | 99.9 | 17.2 | 6.80 | 90.70 | 106.7 | 50.66 | 104.20 | 101.0 | 19.9 |
| THAI | 1,058.48 | 79.5 | 92.3 | 7,768.69 | 105.7 | 122.6 | 14.6 | 381.59 | 86.0 | 99.8 | 2,805.07 | 114.5 | 132.8 | 14.0 |
| TWN | 841.73 | 111.0 | 104.8 | 3,860.38 | 107.4 | 106.5 | 3.9 | 316.28 | 125.1 | 118.1 | 1,317.92 | 109.9 | 109 1 | 4.2 |
| VISA | 500.11 | 83.6 | 84.7 | 1,964.02 | 79.3 | 95.3 | ***.* | 232.96 | 116.8 | 118.3 | 835.03 | 101.1 | 121.5 | 0.0 |
| GRAND TOTAL | 12,537.18 | 104.2 | 103.1 | 58,963.16 | 109.6 | 109.5 | 8.2 | 4,276.80 | 106.7 | 105.5 | 20,397.87 | 113.8 | 113.6 | 8.3 |

**M 2375**



Printed on:    10/3/97

UNION CARBIDE ASIA PACIFIC
SPECIALTY PRODUCTS DIVISION
SALES REPORT - SEPTEMBER 1997

CONSOLIDATED

| PRODUCT GROUP | ------------ YEAR-TO-DATE SALES ------------ | | | | | | | ------------ QUARTER 2 SALES ------------ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MT | %ABP | %LYR | USDM | %ABP | %LYR | CM% | MT | %ABP | %LYR | USDM | %ABP | %LYR | CM% |
| CELLOSIZE | 2,274.27 | 110.0 | 118.0 | 15,796.02 | 110.6 | 117.3 | 7.5 | 825.17 | 119.7 | 128.5 | 5,650.63 | 118.7 | 125.9 | 6.9 |
| < HEC > | 2,274.27 | 110.0 | 118.0 | 15,796.02 | 110.6 | 117.3 | 7.5 | 825.17 | 119.7 | 128.5 | 5,650.63 | 118.7 | 125.9 | 6.9 |
| KETONE | 1,009.74 | 89.9 | 81.9 | 3,583.23 | 86.7 | 80.8 | 3.8 | 350.75 | 93.7 | 85.4 | 1,246.14 | 90.4 | 84.3 | 3.5 |
| ENB | 319.00 | 60.8 | 74.9 | 852.77 | 59.8 | 68.7 | 6.1 | 135.83 | 77.6 | 95.6 | 358.62 | 75.5 | 86.7 | 6.6 |
| BIOCIDE | 1,310.07 | 108.4 | 138.4 | 4,783.97 | 104.7 | 126.7 | 13.9 | 453.37 | 113.6 | 143.7 | 1,652.27 | 108.5 | 131.3 | 15.2 |
| POLYOX | 67.85 | 79.4 | 114.9 | 783.43 | 79.7 | 124.7 | 14.0 | 24.89 | 87.4 | 126.5 | 271.41 | 82.8 | 129.6 | 12.8 |
| RPM | 5.98 | 79.7 | 332.2 | 50.51 | 122.4 | 356.3 | 14.3 | 4.58 | 183.2 | 763.3 | 39.51 | 287.3 | 836.2 | 13.5 |
| SI OTHER | 113.97 | 0.0 | 104.5 | 1,224.29 | 0.0 | 83.9 | 3.0 | 15.71 | 0.0 | 43.2 | 171.04 | 0.0 | 35.2 | 2.3 |
| SP&P > | 2,826.61 | 96.2 | 101.9 | 11,278.20 | 101.1 | 97.6 | 8.9 | 985.13 | 100.6 | 106.5 | 3,738.99 | 100.6 | 97.1 | 9.7 |
| LANOLIN | 35.24 | 87.0 | 90.7 | 152.39 | 102.4 | 114.8 | 3.0 | 8.09 | 59.9 | 62.5 | 38.24 | 77.1 | 86.4 | 8.2 |
| LANDERV | 105.29 | 93.3 | 94.9 | 526.51 | 100.1 | 100.0 | 2.3 | 38.69 | 102.9 | 104.6 | 203.07 | 115.9 | 115.8 | 3.9 |
| MEG | 280.49 | 127.0 | 113.0 | 1,413.72 | 119.6 | 105.9 | 1.9 | 90.65 | 123.2 | 109.6 | 460.06 | 116.8 | 103.4 | 2.4 |
| PROMULGEN | 31.21 | 118.9 | 118.0 | 114.36 | 110.2 | 111.4 | 4.8 | 9.04 | 103.3 | 102.5 | 34.26 | 99.1 | 100.1 | 9.2 |
| WSP | 20.01 | 56.4 | 63.4 | 205.94 | 59.4 | 72.9 | 8.7 | 7.23 | 61.1 | 68.8 | 81.94 | 70.9 | 87.0 | 11.3 |
| UCARE | 276.38 | 144.8 | 152.7 | 7,508.00 | 141.9 | 144.3 | 6.4 | 108.47 | 170.5 | 179.8 | 2,759.33 | 156.5 | 159.1 | 5.9 |
| P-UCON | 49.65 | 161.5 | 152.9 | 183.03 | 175.8 | 172.3 | 4.2 | 13.57 | 132.4 | 125.4 | 49.76 | 143.4 | 140.6 | 6.5 |
| SILICONE | 0.00 | 0.0 | 0.0 | 0.00 | 0.0 | 0.0 | ***.* | 0.00 | 0.0 | 0.0 | 0.00 | 0.0 | 0.0 | ***.* |
| PCAREOTHER | 24.65 | ***.* | 401.3 | 272.51 | 975.7 | 419.4 | 2.7 | 5.68 | 744.9 | 277.4 | 78.45 | 842.6 | 362.2 | 8.8 |
| < AMERCHOL > | 822.92 | 124.7 | 121.8 | 10,376.46 | 134.2 | 133.8 | 5.4 | 281.42 | 128.0 | 125.0 | 3,705.11 | 143.8 | 143.4 | 5.6 |
| COPOLYMER | 1,346.13 | 157 | 111.3 | 3,500.46 | 135.1 | 110.5 | 12.3 | 515.30 | 180.3 | 127.8 | 1,354.92 | 156.9 | 128.3 | 12.4 |
| HYDROXYL | 1,763.82 | 106.5 | 108.3 | 6,530.39 | 107.0 | 107.6 | 9.4 | 641.78 | 116.2 | 118.2 | 2,324.30 | 114.3 | 114.9 | 8.4 |
| CARBOXYL | 1,449.70 | 132.6 | 128.9 | 4,847.87 | 129.2 | 124.0 | 12.7 | 481.56 | 132.1 | 128.4 | 1,575.34 | 126.0 | 120.9 | 12.5 |
| R EDIA | 802.37 | 97.7 | 103.7 | 3,402.40 | 91.9 | 97.7 | 6.0 | 250.17 | 91.4 | 97.0 | 1,077.96 | 87.3 | 92.9 | 7.7 |
| < SVR > | 5,362.02 | 121.1 | 113.2 | 18,281.12 | 113.2 | 110.0 | 10.2 | 1,888.81 | 127.9 | 119.6 | 6,332.52 | 117.7 | 114.3 | 10.2 |
| CAE | 38.35 | 100.3 | 118.3 | 269.37 | 92.3 | 111.3 | 8.3 | 20.99 | 164.6 | 194.3 | 157.34 | 161.8 | 195.0 | 9.3 |
| PHOTOINT | 0.94 | 41.8 | 41.0 | 5.42 | 38.0 | 37.7 | 5.2 | 0.00 | 0.0 | 0.0 | 0.00 | 0.0 | 0.0 | ***.* |
| TONEMONO | 327.23 | 76.0 | 83.8 | 1,177.42 | 68.0 | 76.0 | 4.9 | 113.17 | 78.9 | 86.9 | 395.06 | 68.5 | 76.5 | 5.1 |
| TONEDIOL | 192.19 | 84.3 | 88.2 | 598.99 | 87.1 | 88.0 | 8.6 | 65.34 | 86.0 | 90.0 | 206.59 | 90.1 | 91.0 | 10.2 |
| TONETRIOL | 129.05 | 121.2 | 165.8 | 469.45 | 107.7 | 145.7 | 5.1 | 31.55 | 88.9 | 121.6 | 110.56 | 76.1 | 102.9 | 5.1 |
| TONEPOLY | 2.97 | 132.0 | 109.4 | 17.00 | 151.1 | 105.1 | 4.1 | 1.18 | 157.3 | 130.4 | 8.48 | 226.1 | 157.3 | 4.0 |
| XLINKER | 1.20 | 0.0 | 78.4 | 19.00 | 0.0 | 79.6 | 38.4 | 0.60 | 0.0 | 117.6 | 9.30 | 0.0 | 116.8 | 64.5 |
| < PXC > | 691.93 | 85.7 | 95.4 | 2,556.65 | 80.6 | 89.8 | 6.4 | 232.83 | 86.5 | 96.3 | 887.33 | 83.9 | 93.5 | 7.6 |
| EPO | 559.43 | 49.70 | 43.1 | 674.71 | 51.6 | 43.0 | 6.7 | 63.44 | 16.9 | 14.6 | 83.29 | 19.1 | 15.9 | 15.2 |
| < EPO > | 559.43 | 49.70 | 43.1 | 674.71 | 51.6 | 43.0 | 6.7 | 63.44 | 16.9 | 14.6 | 83.29 | 19.1 | 15.9 | 15.2 |
| CROTHER | 0.00 | 0.0 | 0.0 | 0.00 | 0.0 | 0.0 | ***.* | 0.00 | 0.0 | 0.0 | 0.00 | 0.0 | 0.0 | ***.* |
| < CROTHER > | 0.00 | 0.0 | 0.0 | 0.00 | 0.0 | 0.0 | ***.* | 0.00 | 0.0 | 0.0 | 0.00 | 0.0 | 0.0 | ***.* |
| <<< TOTAL >>> | 12,537.18 | 104.2 | 103.1 | 58,963.16 | 109.6 | 109.5 | 8.2 | 4,276.80 | 106.7 | 105.5 | 20,397.87 | 113.8 | 113.6 | 8.3 |

M 2376



## UNION CARBIDE ASIA PACIFIC INC
## ASIA PACIFIC HEADQUARTERS

8 Shenton Way #22-01
Temasek Tower, Singapore 068811
Tel : 65-3229928 (Direct)
Fax: 65-2210591

### Distribution List

| To | : | R. G. Neri, UCAP Singapore | - by email |
|---|---|---|---|
| | | J.C. Soviero, UCC | - by email |
| | | J F. Flynn, UCC | - by fax : 203-794-3133 |
| | | V K. Moorthy, UCAP Singapore | - by email |
| | | Tison Keel, UCCK | - by email |
| | | Neal Wyhs, UCC | - by email |
| | | Mike Marinaccio, UCC | - by email |
| | | Tom White, UCC | - by email |
| | | Mary Vrabel, UCC | - by email |
| | | Beto Rivera, UCC | - by email |
| | | S. J. Meadow, UCC | - by email |
| | | Tom Dalton, UCC | - by email |
| | | P. E. Holahan, UCC | - by email |
| | | D, S. Tornow, UCC | - by email |
| | | F W. Jeffe, UCC | - by email |
| | | T.R. Dalton, UCC | - by email |
| | | K.L. Callahan, UCC | - by email |
| | | Granville Perkin, UC Geneva | - by email |
| | | Udo Benesch, UC Geneva | - by email |
| | | Mariano Bravo,UC Latin America South Africa | - by email |
| | | Sanzio Zechin | - by email |
| | | T.P. Costello, UCAP Singapore | - by email |
| | | Paul Ng, UCAP Singapore | - by email |
| | | L. Cheung, UCAP Singapore | - by email |
| | | A. Samtani, UCAP Singapore | - by email |
| | | M.W. Sprigg, UCAP Singapore | - by email |
| | | Mun Chong, UCAP Singapore | - by email |
| | | W. M. Cox/D. Adamson/J. Renzenbrink, UCCAPL | - by email |
| | | Bernard Miu/H. Lam, UCASIAL HK | - by email |
| | | Ajay Mittal/M.D. Kripalani/S.D. Mirji, MegaVisa | - by email |
| | | T. Nagae/A Abe/Y Beppu, UCJKK | - by email |
| | | B. B. Park/J. N. Lee, UCCK | - by email |
| | | S. H. Lee/Ronnie Tan/M.C.Foo, UCCM | - by email |
| | | A. Robertson, UCNZL | - by email |
| | | M. M. Tongson/A. V. Cunanan/M. Cruz, UCPFE | - by email |
| | | Kamal Jain, UCCS | - by email |
| | | Amy Lee, UCCS | - by email |
| | | Alice Lau, UCCS | - by email |
| | | P. C. H. Fernando | - by email |
| | | H. Hsu/Keith Wu/N. Hsu, UCFC | - by email |
| | | Adisak R/Wisit Thanabodypath, UCTHAI | - by email |

| From | : | Dicky Leung, UCAP Singapore | Date | : 13 April, 1999 |
|---|---|---|---|---|

Please find attached the UCAP SIM Sales Results for March 1999.

Regards
Dicky Leung

Page 1

M 2292

**UNION CARBIDE ASIA PACIFIC INC.**

## UCAP SIM Sales Results – January 1999

| MARCH 1999 TOTAL TRADING (UCAP + JAPAN) | | | |
|---|---|---|---|
| **For month of March** | | | |
| | MT | % LYR | % ABP |
| Sales Volume (MT) | 23795.4 | 161.3 | 138.0 |
| Sales Value    (US$M) | 13341.8 | 119.9 | 115.0 |
| | | | |
| **YTD March** | | | |
| | MT | % LYR | % ABP |
| Sales Volume (MT) | 49000.9 | 110.7 | 94.7 |
| Sales Value    (US$M) | 29783.3 | 88.7 | 85.6 |

| MARCH 1999 SALES TO UES | | | |
|---|---|---|---|
| **For the month of March** | | | |
| | MT | % LYR | % ABP |
| Sales Volume (MT) | 2415.6 | 133.0 | 88.5 |
| Sales Value    (US$M) | 1408.8 | 97.1 | 84.3 |
| | | | |
| **YTD March** | | | |
| | MT | % LYR | % ABP |
| Sales Volume (MT) | 5904.2 | 101.3 | 72.1 |
| Sales Value (US$M) | 3636.7 | 77.6 | 72.6 |

| MARCH 1999 TOTAL SALES (Total Trading + UES) | | | |
|---|---|---|---|
| **For month of March** | | | |
| | MT | % LYR | % ABP |
| Sales Volume (MT) | 26211.0 | 158.2 | 181.2 |
| Sales Value    (US$M) | 14750.6 | 117.2 | 111.2 |
| | | | |
| **YTD March** | | | |
| | MT | % LYR | % ABP |
| Sales Volume (MT) | 54905.2 | 109.6 | 91.6 |
| Sales Value    (US$M) | 33420.0 | 87.4 | 84.0 |

M 2293



**UNION CARBIDE ASIA PACIFIC INC.**

## <u>UCAP SIM Sales Results - January 1999</u>

## <u>TRADING SALES COMMENTS (UCAP)</u>

March sales were outstanding at 161.3% LYR or 138% ABP in volume thanks mainly to the 7,200 MT strong BuOh sales for the whole region .  Sales value were 119.9% LYR or 115% ABP.

Our sales to Japan were excellent at 223% LYR with the help of strong VAM sales.  After nearly 2 years of deepening pessimism, business sentiment finally turned the corner and has become cautiously optimistic.

South Korea's economy posted a surprise 3.1% growth for the first time since it was battered by the Asian crisis and the recovery is picking up speed.  Our March sales to Korea were 209.1% LYR and we expect to maintain 1,500 MT/month sales to Korea.

PRC continued its strong economic growth after Chinese New Year.  Our sales were 164.5% LYR with the big help of 3,500 MT BuOh offsetting the absence of 3,000 MT VAM sales to Winsway last year.

Thailand is also another country likely to come out of the recession this year.  Our March sales jumped to 160.2% LYR and we expect to achieve at least 10% sales higher than last year for the whole year.

Indonesia is the country facing a hard road ahead.  Social unrest in East Timor, high inflation and unemployment rate continued to discourage foreign investment.  Fortunately, our sales were more than 1000% LYR benefited from 1,000 MT BuOh sales to NTA, 900 MT various solvents and 200 MT VAM orders to JBL and Udaya.

In general, product selling prices were stabilized.

Our April sales are expected to be excellent at 225% LYR due mainly to the exceptional slow April sales base last year.

March sales to UES were 133.0% LYR or 88.5% ABP with strong sales in Malaysia and improvement in PRC.

Strong March sales have lifted our Q1 sales to 110.7% LYR and 94.7% ABP.  Our preliminary market share assessment of strategic products are:

|  | 1998 Market Share | 1999 Q1 Market Share |
|---|---|---|
| BuAc | 10 | 10 |
| BuCs | 31 | 33 |
| BuOh | 10 | 20 |
| BAM (incl UES) | 11 | 12 |

**M 2294**

**UNION CARBIDE ASIA PACIFIC INC.**

## UCAP SIM Sales Results - January 1999

### PRODUCT TRADING SALES COMMENTS

### GLYCOL ETHERS

BUCS sales were 355.8% LYR and above plan at 106.5% ABP. Equistar became very active in both Taiwan, Singapore and Japan.

Business team has supported to lease a tank in Taiwan to grow our BUCS market share and discourage OUCC's potential Glycol Ethers production.

CSAC sales continued to be good at 128.3% LYR. We encountered keen competition from Equistar through Unity Trading in Taiwan, Singapore and Thailand.

### ACETIC ESTERS

BUAC sales were 162.2% LYR with strong sales in Korea and Thailand offsetting zero sales in Indonesia and slow sales in Hong Kong.

UCJKK is planning to start stock sales in May.

### ACET/IPA/DER

Sales for the group were good at 125.3% LYR.

IPA sales were 153.7% LYR. Shell has announced a US$30/MT price increase effective April lifting while LCY is maintaining low price of US$430/MT CIF.

Similarly MIBK sales were good at 114.7% LYR. LCY continued to push product aggressively.

We have 300 MT DIBK drum order outstanding from UCC. A US$60/MT cost saving request to UCC inventory group to support a 300 MT bulk shipment to Singapore for re-distribution.

### OXO

Sales for the group were record high at 451.2% LYR with strong BUOH and IBA sales offsetting slow Propionic Acid sales.

BUOH sales were record high at 7,247 MT or more than 1000% LYR thanks mainly to 3,500 MT order to PRC.

**M 2295**

**UNION CARBIDE ASIA PACIFIC INC.**

## UCAP SIM Sales Results - January 1999

We are actively pursuing sales opportunities in the whole region in order to grow our BUOH market share for Taft 2 and Optimal production in the future. PRC is definitely the hugh potential market we have to pursue.

### OXO (cont'd)

Kemin Singapore's Propionic Acid sales improved to 199 MT in March. Tight supply resulting from UCC's production problem prevented us from keeping our market position in PRC.

### VAM

Our VAM sales were 84.0% LYR due mainly to zero sales to Winsway for PRC market. However, we managed to develop Samsung and Chori as distributors for us to penetrate PRC market.

### ACRYLATES

Sales were still good at 137% LYR with strong BAM sales offsetting slow 2-EHAM sales.

Our BAM stock sales in Shekou improved to 148 MT after the long Chinese New Year holidays.

Best Regards
*Dicky Leung*

DICKY LEUNG

/mt

M 2296