UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., : : : : | |
| Plaintiffs, : | |
| v. : | Civil No. 3:02 CV 1107 (AVC) |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., : : : : : : | |
| Defendants. : | October 27, 2003 |

**MOTION OF DEFENDANTS UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD. FOR A PROTECTIVE ORDER TO STAY DISCOVERY AS AGAINST THEM PENDING RESOLUTION OF THEIR PERSONAL JURISDICTION MOTIONS**

Pursuant to Fed. R. Civ. P. 26(c), defendants, Union Carbide Asia Pacific, Inc. ("UCAP"), Union Carbide Customer Services Pte. Ltd. ("UCCS"), and Dow Chemical Pacific (Singapore) Pte. Ltd. ("Dow Singapore") (collectively, the "Foreign Defendants"), hereby move, by their attorneys, for a protective order to stay discovery as to each of them pending the Court's resolution of their pending motions to dismiss the First Amended complaint for lack of personal jurisdiction. In support thereof, the Foreign Defendants aver as follows:

1. On or about March 21, 2003, plaintiffs MM Global Services, Inc. ("MMGS"), MM Global Services Pte. Ltd. ("MMGS-S"), and Mega Visa Solutions (S) Pte. Ltd. ("MVS")

**NO TESTIMONY REQUIRED**

*[Handwritten margin annotations: "#124"; "DENIED. Alfred V. Covello, U.S.D.J. March 18, 2004. SO ORDERED."]*