UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., : : : : | |
| Plaintiffs, : | |
| : | Civil No. 3:02 CV 1107 (AVC) |
| v. : | |
| : | |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. : : : : : : | |
| Defendants. : | December 31, 2003 |

**DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING THE UNITED STATES SUPREME COURT'S DECISION IN**
*F. HOFFMANN-LA ROCHE, LTD. V. EMPAGRAN, S.A.*

Defendants The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc. hereby move for a stay of proceedings in this matter pending the United States Supreme Court's decision in *F. Hoffmann-La Roche, Ltd. v. Empagran, S.A.*, 2003 WL 22734815 (U.S. Dec. 15, 2003) (granting certiorari). The *Empagran* decision will indicate whether *Kruman v. Christie's Int'l PLC*, 284 F.3d 384 (2d Cir. 2002), which this Court has followed in determining that it has subject matter jurisdiction over plaintiffs' federal antitrust claim, is good law. A stay is therefore in the interests of the parties, of the federal courts, and of the public. The defendants have filed herewith a supporting memorandum of law.

**ORAL ARGUMENT REQUESTED**

*DENIED.*
*Alfred V. Covello, U.S.D.J.*
*March 18, 2004.*
*SO ORDERED.*