UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC., :
MM GLOBAL SERVICES :
PTE. LTD., and MEGA VISA :
SOLUTIONS (S) PTE. LTD., :
      Plaintiffs, :
: Civil No. 3:02 CV 1107 (AVC)
      v. :
:
THE DOW CHEMICAL COMPANY, :
UNION CARBIDE CORPORATION, :
UNION CARBIDE ASIA PACIFIC, :
INC., UNION CARBIDE CUSTOMER :
SERVICES PTE. LTD., and DOW :
CHEMICAL PACIFIC (SINGAPORE) :
PTE. LTD., :
      Defendants. : May 30, 2003

**MOTION OF DEFENDANTS UNION CARBIDE ASIA PACIFIC, INC.,
UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD. TO DISMISS THE FIRST
AMENDED COMPLAINT ON *FORUM NON CONVENIENS* GROUNDS**

Defendants, Union Carbide Asia Pacific, Inc. ("UCAP"), Union Carbide Customer Services Pte. Ltd. ("UCCS"), and Dow Chemical Pacific (Singapore) Pte. Ltd. ("Dow Singapore"), hereby move to dismiss the First Amended Complaint on *forum non conveniens* grounds. In support thereof, UCAP, UCCS and Dow Singapore aver as follows:

```
3:02cv1107 (AVC).  March 24, 2004.  The defendants, Union Carbide
Asia Pacific, Inc., ("UCAP"), Union Carbide Customer Services
Pte. Ltd. ("UCCS"), and Dow Chemical Pacific (Singapore) Pte.
Ltd. ("Dow Singapore") bring the within motion for dismissal of
this action on grounds of forum non-conveniens.  On November 17,
2003, the court dismissed the amended complaint with respect to
UCCS and Dow Singapore for want of personal jurisdiction.  The
present motion to dismiss is therefore DENIED AS MOOT with
respect to these defendants.  Having considered the arguments
presented with respect to the defendant UCAP, the court concludes
that, for substantially the same reasons as set forth in the
court's April 17, 2003 decision denying defendants, Union Carbide
and Dow Chemical Corporation's motion to dismiss, the present
motion (document no. 98) is DENIED.

SO ORDERED.
                              Alfred V. Covello, U.S.D.J.
```