UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC.,<br>MM GLOBAL SERVICES<br>PTE. LTD., and MEGA VISA<br>SOLUTIONS (S) PTE. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY,<br>UNION CARBIDE CORPORATION,<br>UNION CARBIDE ASIA PACIFIC, INC.,<br>UNION CARBIDE CUSTOMER<br>SERVICES PTE. LTD., and DOW<br>CHEMICAL PACIFIC (SINGAPORE)<br>PTE. LTD.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Civil No. 3:02 CV 1107 (AVC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  April 23, 2003 |

### MOTION OF DEFENDANTS THE DOW CHEMICAL COMPANY AND UNION CARBIDE CORPORATION TO DISMISS THE FIRST AMENDED COMPLAINT ON *FORUM NON CONVENIENS* GROUNDS

3:02cv1107 (AVC). March 24, 2004. The defendants, Dow Chemical Company and Union Carbide Corporation, bring the within renewed motion for dismissal of this action on grounds of forum non-conveniens. On April 17, 2003, the court denied the defendants' original motion, concluding that an adequate alternative forum was not available to adjudicate the antitrust claim and that, moreover, another forum would not be substantially more convenient for the parties or the court. Further, the court concluded that based on a balancing of competing interest and policy considerations, the defendants had failed to demonstrate that this matter should be litigated in Asia. On May 5, 2003, the court vacated the April 17, 2003 order after realizing that the discovery on the issues had not closed, and authorized a renewal of the motion at the conclusion of discovery. Having considered the renewed motion, the court nevertheless concludes that, for the same reasons set forth in the April 17, 2003 decision, the motion is DENIED.

SO ORDERED.

Alfred V. Covello, U.S.D.J.