UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Scheduling & Status Conference Calendar

Honorable Alfred V. Covello, U.S.D.J.
450 Main Street
Hartford
Chambers Room 125 - Annex

**May 27, 2004**
**2:30 p.m.**

CASE NO. **3:02CV1107 (AVC) MM Global Svcs, et al v. Dow Chemical Co., et al**

Dana S. Douglas
Mayer Brown Rowe & Maw LLP - IL
190 South LaSalle Street
Chicago, IL 60603-3441

Michael S. Elkin
Thelen Reid & Priest
875 Third Ave.
New York, NY 10022-4097

Elizabeth A. Fowler
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Edward J. Heath
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Christopher J. Kelly
Mayer, Brown, Rowe & Maw
1909 K Street, N.W.
Washington, DC 20006

Wiggin & Dana
One Cityplace
185 Asylum St.
Hartford, CT 06103

Steven Bruce Malech
Wiggin & Dana
One Cityplace
185 Asylum St.
Hartford, CT 06103

Andrew S. Marovitz
Mayer Brown Rowe & Maw LLP - IL
190 South LaSalle Street
Chicago, IL 60603-3441

Susan B. McInerney
Thelen Reid & Priest
875 Third Ave.
New York, NY 10022-4097

Britt M. Miller
Mayer Brown Rowe & Maw LLP - IL
190 South LaSalle Street
Chicago, IL 60603-3441

Craig A. Raabe
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Alyson L. Redman
Thelen Reid & Priest-NYC
875 Third Ave.
New York, NY 10022-4097

Richard S. Taffet
Bingham McCutchen - Park Ave NY
399 Park Ave.
New York, NY 10022

Suzanne Ellen Wachsstock
Wiggin & Dana
400 Atlantic St., 7th Fl.
PO Box 110325
Stamford, CT 06911-0325

Paul A. Winick
Thelen Reid & Priest
875 Third Ave.
New York, NY 10022-4097

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK