UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 APR 21  P 1:04

U.S. DISTRICT COURT
HARTFORD, CT.

MM GLOBAL SERVICES, INC., MM )
GLOBAL SERVICES PTE. LTD., and )
MEGA VISA SOLUTIONS (S) PTE. LTD., )
)                                    Civil No. 3:02 CV 1107 (AVC)
Plaintiffs, )
)
v. )
)                                    April 21, 2004
THE DOW CHEMICAL COMPANY, )
UNION CARBIDE CORPORATION, and )
UNION CARBIDE ASIA PACIFIC, INC. )
)
Defendants. )

## DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

Defendants The Dow Chemical Company, Union Carbide Corporation, and Union Carbide Asia Pacific, Inc. hereby jointly move for a Protective Order regarding the documents and other information sought by certain of Plaintiffs' discovery requests. In support of this Motion, Defendants submit their Memorandum of Law filed concurrently herewith.

Pursuant to Local Rule 37(a)(2), and as detailed in the attached affidavit of Andrew S. Marovitz, Defendants' counsel has conferred with Plaintiffs' counsel in an good faith effort to resolve by agreement the issues raised by this Motion without the intervention of the Court, but no agreement was reached.

WHEREFORE, for the reasons stated herein and in the Memorandum of Law filed concurrently herewith, Defendants respectfully request that this Court grant their Motion for a Protective Order in its entirety and issue an Order barring the discovery of the information sought by those of Plaintiffs' discovery requests that are the subject of this Motion, and such other relief as this Court may deem just and appropriate.

Dated: April 21, 2004                                              Respectfully submitted,

Craig A. Raabe (ct 04116)                     Andrew S. Marovitz (ct 25409)
Edward J. Heath (ct 20992)                    Britt M. Miller (ct 25411)
ROBINSON & COLE LLP                           MAYER, BROWN, ROWE & MAW LLP
280 Trumbull Street                           190 South La Salle Street
Hartford, CT 05103-3497                       Chicago, Illinois 60603
(860) 275-8304                                (312) 782-0600

                                              Christopher J. Kelly (ct 25410)
                                              MAYER, BROWN, ROWE & MAW LLP
                                              1909 K Street, N.W.
                                              Washington, D.C. 20006-1157
                                              (202) 263-3000

*Counsel for Defendants The Dow Chemical Company,
Union Carbide Corporation and Union Carbide Asia Pacific, Inc.*

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) |
| COUNTY OF COOK | ) |

### AFFIDAVIT OF ANDREW S. MAROVITZ

Andrew S. Marovitz, being first duly sworn, on oath and deposes and states that:

1. I am a partner at Mayer, Brown, Rowe & Maw LLP and am the lead attorney representing Defendants The Dow Chemical Company, Union Carbide Corporation, and Union Carbide Asia Pacific, Inc. in the matter captioned *MM Global Services, Inc., et al. v. The Dow Chemical Company, et al.*, Civil No. 3:02 CV 1107 (AVC), pending in the United States District Court for the District of Connecticut.

2. As detailed in the correspondence attached to the Memorandum of Law in Support of Defendants' Motion for a Protective Order filed concurrently herewith, I and other attorneys working on this matter on behalf of Defendants have conferred with counsel for the Plaintiffs in a good faith effort to resolve by agreement the issues raised by Defendants' Motion for a Protective Order without intervention of the Court, and have been unable to reach such an agreement.

3. All of the issues raised by Defendants' Motion for a Protective Order remain unresolved as of the date of this affidavit.

Further affiant sayeth not.

"OFFICIAL SEAL"
Diane Stephensen
Notary Public, State of Illinois
My Commission Exp. 02/09/2006

_____
Andrew S. Marovitz

Subscribed and sworn to before me this 20th day of April, 2004.

_____
Notary Public

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on the 21st of April, 2004 to the following:

Robert M. Langer, Esquire
Wiggin & Dana LLP
One City Place
185 Asylum Street
Hartford, CT 06103-3402
(via hand delivery)

Richard S. Taffet, Esquire
Thelen Reid & Priest LLP
875 Third Avenue
New York, New York 10022-6225
(via overnight courier)

Suzanne Wachstock, Esquire
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325
(via overnight courier)

_____
Craig A. Raabe