UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., AND MEGAVISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, AND UNION CARBIDE ASIA PACIFIC, INC., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) |

## PLAINTIFFS' CROSS-MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES

Plaintiffs MM Global Services, Inc., MM Global Services Pte. Ltd., and Megavisa Solutions (S) Pte. Ltd. (collectively, "plaintiffs"), hereby cross-move, pursuant to Fed. R. Civ. P. 37, to compel production of documents and answers to interrogatories from defendants The Dow Chemical Company ("Dow"), Union Carbide Corporation ("UCC"), and Union Carbide Asia Pacific, Inc. ("UCAP"), (collectively, "defendants"). In support of their motion, and in opposition to defendants' motion for protective order, plaintiffs respectfully refer the Court to the accompanying memorandum of law and the exhibits thereto. As set forth therein, the requests in dispute, subject to the limitations proposed by plaintiffs, fall within the scope of permissible discovery under Rule 26(b), and defendants have not met their burden of establishing that compliance would be unduly burdensome.

Pursuant to Local Rule 37(a)(2), and in accord with the Affidavit of Andrew S. Marovitz, sworn to on April 20, 2004 and filed by defendants, the undersigned certifies that counsel have conferred in a good faith effort to resolve the issues raised in this motion but were unable to do so.

WHEREFORE, for the reasons set forth in Plaintiffs' Memorandum in Opposition to Defendants' Motion for Protective Order and in Support of Plaintiffs' Cross-Motion to Compel Further Production of Documents and Answers to Interrogatories, plaintiffs respectfully request that the Court deny defendants' motion and grant plaintiffs' cross-motion in its entirety, and, further, that the Court endorse the proposed Order submitted by plaintiffs, and grant such other relief as may be appropriate.

Dated: May 7, 2004

Respectfully submitted,

BINGHAM McCUTCHEN LLP

_____
Richard S. Taffet (ct 10201)
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000 (tel)
(212) 752-5378 (fax)

WIGGIN & DANA LLP
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct 17627)
One City Place
185 Asylum Street
Hartford, CT 06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)

THELEN REID & PRIEST LLP
Paul A. Winick (ct 21813)
Alyson L. Redman (ct 25494)
875 Third Avenue
New York, NY 10022
(212) 603-2000 (tel)
(212) 603-2001 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of May, 2004, a copy of the foregoing has been hand-delivered to the following:

Craig A. Raabe, Esq.
Edward J. Heath, Esq.
Elizabeth A. Fowler, Esq.
Robinson & Cole LLP
280 Trumbull Street, 28th Floor
Hartford, CT 06103

and sent via FedEx to the following:

Andrew S. Marovitz
Britt M. Miller
Dana S. Douglas
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603

Christopher J. Kelly
Mayer, Brown, Rowe & Maw LLP
1909 K Street
Washington, DC 20006-1157

Robert M. Langer

\15726\1\44335.5