UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, AND UNION CARBIDE ASIA PACIFIC, INC., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) <br><br> May 7, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs MM Global Services, Inc., MM Global Services PTE., Ltd., and Megavisa Solutions (s) PTE, Ltd. have manually filed the following document or thing: Appendix of Exhibits to Plaintiffs' Opposition to Defendants' Motion for Protective Order and Memorandum in Support of Plaintiffs' Cross- Motion to Compel Production of Documents and Answers to Interrogatories

This document has not been filed electronically because

[ ]  the document or thing cannot be converted to an electronic format
[X]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document has been manually served on all parties.

                                              Respectfully submitted,

                                              **WIGGIN AND DANA LLP,**

                                              Robert M. Langer (ct 06305)
                                              Suzanne E. Wachsstock (ct 17627)
                                              One City Place
                                              185 Asylum Street
                                              Hartford, CT 06103
                                              (860) 297-3724 (tel)
                                              (860) 525-9380 (fax)

| THELEN REID & PRIEST LLP | BINGHAM McCUTCHEN LLP |
|---|---|
| Paul A. Winick (ct 21813) | Richard S. Taffett (ct 10201) |
| Alyson L. Redman (ct 25494) | 399 Park Avenue |
| 875 Third Avenue | New York, NY 10022-4689 |
| New York, NY 10022 | (212) 705-7000 (tel) |
| (212) 603-2000 (tel) | (212) 752-5378 (fax) |
| (212) 603-2001 (fax) | |

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of May, 2004, a copy of the foregoing has been hand-delivered to the following:

Craig A. Raabe, Esq.
Edward J. Heath, Esq.
Elizabeth A. Fowler, Esq.
Robinson & Cole LLP
280 Trumbull Street, 28th Floor
Hartford, CT 06103

and sent via FedEx to the following:

Andrew S. Marovitz
Britt M. Miller
Dana S. Douglas
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603

Christopher J. Kelly
Mayer, Brown, Rowe & Maw LLP
1909 K Street
Washington, DC 20006-1157

_____
Robert M. Langer