UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., | : <br> : <br> : <br> : |
| Plaintiffs | : |
| | :     Civil No. 3:02 CV 1107 (AVC) |
| v. | : <br> : |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., | : <br> : <br> : <br> : <br> : |
| Defendants. | :     May 19, 2004 |

**DEFENDANTS' JOINT MOTION TO
CONSOLIDATE BRIEFING SCHEDULE**

In the interest of judicial efficiency, the parties jointly move to consolidate the briefing on the Defendants' Motion for Protective Order and the Plaintiffs' Cross-Motion to Compel. Consolidation of the briefing on these motions will result in fewer briefs and will eliminate duplication in the substance of the briefs. In support of this Motion, the parties represent the following:

1.     On April 21, 2004, the Defendants filed a Motion for Protective Order.

2.     On May 7, 2004, the Plaintiff filed and served a memorandum in opposition to the Defendants' Motion for Protective Order and the Plaintiffs' filed and served a Cross-Motion to Compel Production. Counsel for the Defendants were served with the Plaintiffs' papers on May 10, 2004.

3. Many of the issues involved in the Motion for Protective Order and Motion to Compel are intertwined.

4. In the absence of consolidation, the Defendants' reply brief in connection with the Motion for Protective Order would be due on May 24, 2004, the Defendants' response to the Motion to Compel would be due on June 1, 2004 and the Plaintiffs' reply brief to the Motion to Compel would be due on June 15, 2004.

5. The parties jointly move that the Defendants' reply brief on the Motion for Protective Order and the opposition brief to the Motion to Compel be consolidated and filed and served on June 2, 2004 and the Plaintiffs' reply brief on the Motion to Compel be filed and served on June 23, 2004.

|  |  Respectfully submitted, |
|---|---|
| _____ | _____ |
| Craig A. Raabe (ct 04116) | Robert M. Langer, Esquire |
| Edward J. Heath (ct 20992) | Wiggin & Dana LLP |
| ROBINSON & COLE LLP | One City Place |
| 280 Trumbull Street | 185 Asylum Street |
| Hartford, CT 06103-3597 | Hartford, CT 06103-3402 |
| (860) 275-8304 | |
| *One of the Attorneys for the Defendants* | *One of the Attorneys for the Plaintiffs* |

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of May, 2004, a copy of the foregoing has been hand-delivered to the following:

Craig A. Raabe, Esq.
Edward J. Heath, Esq.
Elizabeth A. Fowler, Esq.
Robinson & Cole LLP
280 Trumbull Street, 28th Floor
Hartford, CT 06103

and sent via FedEx to the following:

Andrew S. Marovitz
Britt M. Miller
Dana S. Douglas
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603

Christopher J. Kelly
Mayer, Brown, Rowe & Maw LLP
1909 K Street
Washington, DC 20006-1157

_____
Robert M. Langer

\15726\1\44335.7