190

FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT  2004 MAY 18 A 11: 04

MM GLOBAL SERVICES, INC., MM GLOBAL       U.S. DISTRICT COURT
SERVICES PTE. LTD., and MEGA VISA         HARTFORD, CT.
SOLUTIONS (S) PTE. LTD.,

:

**Plaintiffs**

:

:     Civil No. 3:02 CV 1107 (AVC)

    **v.**

:

:

THE DOW CHEMICAL COMPANY, UNION           :
CARBIDE CORPORATION, UNION CARBIDE        :
ASIA PACIFIC, INC., UNION CARBIDE         :
CUSTOMER SERVICES PTE. LTD., and DOW      :
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,

**Defendants.**       :     May 19, 2004

### DEFENDANTS' JOINT MOTION TO
### CONSOLIDATE BRIEFING SCHEDULE

In the interest of judicial efficiency, the parties jointly move to consolidate the briefing

on the Defendants' Motion for Protective Order and the Plaintiffs' Cross-Motion to Compel.

Consolidation of the briefing on these motions will result in fewer briefs and will eliminate

duplication in the substance of the briefs. In support of this Motion, the parties represent the

following:

    1.    On April 21, 2004, the Defendants filed a Motion for Protective Order.

    2.    On May 7, 2004, the Plaintiff filed and served a memorandum in opposition to the

Defendants' Motion for Protective Order and the Plaintiffs' filed and served a Cross-Motion to

Compel Production. Counsel for the Defendants were served with the Plaintiffs' papers on

May 10, 2004.

GRANTED.

May 21, 2004.
SO ORDERED.

Alfred V. Covello, U.S.D.J.