UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., | : : : : | |
| **Plaintiffs** | : : | Civil No. 3:02 CV 1107 (AVC) |
| v. | : : : | |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., | : : : : : | |
| Defendants. | : | June 3, 2004 |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
IN WHICH TO FILE A MEMORANDUM**

The defendants hereby move the Court for a *nunc pro tunc* extension of time of one day within which to file the consolidated reply memorandum in support of their Motion for a Protective Order and in Opposition to the Plaintiffs' Motion to Compel (the "Memorandum"). The Memorandum was served upon counsel for plaintiffs in a timely fashion.

In support of this motion, the defendants state the following:

1. Due to computer e-mail difficulties, undersigned counsel was unable to receive from his co-counsel an electronic version of the Memorandum on its due date, June 2, 2004, and therefore could not file the Memorandum with the clerk on June 2, 2004.

2. Despite the inability to file the Memorandum on June 2, undersigned's co-counsel served the Memorandum on opposing counsel as if it has been filed on June 2, 2004.

3. Undersigned counsel is filing herewith the Memorandum, albeit one day late.

4. Counsel for the plaintiffs has stated that he consents to this one day extension of the filing deadline.

WHEREFORE, the defendants move for a one day extension of time, *nunc pro tunc*, within which to file the Memorandum.

Respectfully submitted,

_____

Craig A. Raabe (ct 04116)
Edward J. Heath (ct 20992)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  06103-3597
(860) 275-8304

*One of the Attorneys for the Defendants*

## **CERTIFICATE OF SERVICE**

This is to certify that that a copy of the Motion for Enlargement of Time to was sent on this 3rd day of June, 2004, as follows:

Richard S. Taffet, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

Suzanne Wachsstock, Esquire
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325

Robert M. Langer, Esq.
Wiggin & Dana LLLP
CityPlace
185 Asylum Street
Hartford, CT  06103

_____
Craig A. Raabe