


FILED
2004 JUN -3 P 1: 58
U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD.,<br><br>Plaintiffs<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Civil No. 3:02 CV 1107 (AVC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  June 3, 2004 |

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
### IN WHICH TO FILE A MEMORANDUM

The defendants hereby move the Court for a *nunc pro tunc* extension of time of one day within which to file the consolidated reply memorandum in support of their Motion for a Protective Order and in Opposition to the Plaintiffs' Motion to Compel (the "Memorandum"). The Memorandum was served upon counsel for plaintiffs in a timely fashion.

In support of this motion, the defendants state the following:

1. Due to computer e-mail difficulties, undersigned counsel was unable to receive from his co-counsel an electronic version of the Memorandum on its due date, June 2, 2004, and therefore could not file the Memorandum with the clerk on June 2, 2004.

2. Despite the inability to file the Memorandum on June 2, undersigned's co-counsel served the Memorandum on opposing counsel as if it has been filed on June 2, 2004.

GRANTED.
Alfred V. Covello, U.S.D.J.
June 4, 2004.
SO ORDERED.