EXHIBIT 17

Dow.Home | Products and Services | Search | Help



# →The Dow Pacific Public Report

**Economic Prosperity**

**LEARN ABOUT:**
→ Economic Prosperity



**Overview**

An integral part of the triple bottomline is economic prosperity, which is fundamental in enabling a corporation to fulfil its environmental and social obligations. We are pleased to report that, despite the global economic challenges, Dow has made significant strides in this respect. Through a combination of organic growth and mergers and acquisitions we achieved close to 50% growth in revenue in Asia Pacific in the past three years.

A major part of that growth can be attributed to the integration with Union Carbide. Dow closed the merger with Union Carbide in February, 2001, becoming the world's leading chemicals, plastics and agricultural products company. The merger brings together the best talents of the employees, products and technologies, and work processes of both companies. It also brings to Dow a broadened customer base as well as new partnerships and relationships which open up new opportunities in Asia.

In the Pacific, the merger with Carbide also added six plants producing UCAR™ Emulsion Systems ("UES") which represent new growth opportunities and are complementary to Dow's own emulsion polymers business. The plants at Zongshan and Shanghai (China) and Seremban (Malaysia) are joint ventures and those at Batangas (Philippines), Map Ta Phut (Thailand) and Cimanggis (Indonesia) are now wholly owned by Dow.

In Malaysia, the partnership with PETRONAS - the national oil and gas company - brings to Dow our first world-scale, ethylene integrated petrochemical facility in South East Asia. The OPTIMAL Group of Companies, which is an affiliate of Dow and PETRONAS, provides a

strategic growth platform for Dow's olefins, chemicals and performance chemicals businesses in Asia Pacific. PETRONAS' excellent infrastructure and capabilities combined with Dow's strong technology base and global market knowledge creates a formidable team focused on growth. This $US 2 billion joint venture, which started up in the first half of 2002, represents a strong growth opportunity for Dow and its customers in the rapidly expanding markets of Asia Pacific.

Dow also secured a new partnership in Korea following the acquisition of 80% of Pacific Epoxy Company Limited - a manufacturer of converted epoxy resins - from Saehan Industries Inc. As a result we established a strategic position in a strong and fast growing industry in Korea which also enables us to supply customers in neighboring countries.

In Taiwan, Dow acquired certain business and assets of Integral Compounding - an engineering plastics compounding facility - from Walsin Lihwa Corporation. This acquisition further strengthened Dow's leadership position in the global Engineering Plastics marketplace, with our formulation science, compounding technology, application and process know-how.

Other acquisitions include obtaining a 51% ownership in Wuhan Essex Chemical's automotive adhesives plant in China and the purchase of Rohm & Haas' agricultural chemicals business globally including Asia.

While we secured new, exciting partnerships, our existing joint ventures are also making good progress. For instance the Zhangjiagang site in China where Dow has various projects under way. These include Dow wholly-owned plants for producing latex and epoxy, as well as a jetty project, while a polystyrene joint venture project between Dow and Asahi Kasei started up in the second half of 2002. With an annual capacity of 120,000 metric tons, this world-scale plant is being operated by SAL Petrochemical (Zhangjiagang) Company Limited, a 50/50 joint venture between Asahi and Dow. The entire complex in Zhangjiagang is expected to be operational in early 2003.

Case 3:02-cv-01107-AVC    Document 195-3    Filed 06/07/2004    Page 4 of 13

The LG DOW Polycarbonate plant in Korea successfully came on stream in July 2001, ahead of schedule and with an excellent safety and quality performance. Supply from the facility helped ease the region's growing demand for polycarbonate, particularly in the electronics and construction industries.

These growth opportunities would not have been possible without the support of the empowered and highly energized Dow Pacific employees and investment in people is a major commitment in the Pacific. We recognize that it is people who, with their ideas and energy, will ultimately propel us to the next level of performance. Dow, therefore, has created a global People Strategy to address key aspects of how we attract, retain, develop, recognize and lead Dow people.

Another key impact of local presence is a company's contribution to economic prosperity through salaries and wages, taxes and local purchases which contribute significantly to economic health.

When it comes to local purchases, as a competitive, global enterprise, Dow has a responsibility to minimise costs. For some products this means consolidating purchases and buying in great volume independent of the location of the supplier. But many other products and services are bought locally and our purchasing departments work closely with local suppliers to educate them about our strategic purchasing requirements.

Tax paid by a company to the various local authorities is another important part of its economic "footprint" in a country. In 2002 the various Dow subsidiaries around the world paid $US 553.9 million in Corporate, Property, Payroll and other taxes.

In Asia Pacific we continue to face major challenges for continued economic prosperity - over-capacity, slowing demand and economic uncertainty - which are putting tremendous pressure on the business performance of petrochemical companies. Our continued focus on the triple bottomline will certainly help us to set our priorities and respond to the challenges we face in the future.



A key element of Dow's "investment in people" is the extensive program of special assignments which sends people from Pacific countries to Dow locations elsewhere in the world to gain new skills and experience before returning home. While engineering and chemical engineering naturally feature strongly in this program, Dow people in other professional disciplines are also involved. A good example is Phisanu Sermchaiwong from Thailand, who joined the Dow-Siam Cement group joint ventures in Thailand as a Financial Planner after completing his education in the United States.

Quickly identified as a candidate for an overseas development assignment, he is currently on assignment in the Treasury Department at Dow Corporate Headquarters in Midland, Michigan, supporting Financial Planning activities for North America. Dow's innovative standardization of processes across the whole Corporation makes such assignments much easier, and Phisanu is looking forward to the time when he can return to the Pacific and employ his new skills to help strengthen Dow's financial management systems and structures across the region.



Dow People Across The Region

Dow and its associated companies in the Pacific employ about 3,400 people in over 13 countries.

| Site Navigation: ▼ | Dow Pacific Public Report 2002 Home: **Economic Prosperity** |

Copyright © The Dow Chemical Company (1995-2004). All Rights Reserved.

Privacy Statement | Internet Disclaimer

Dow

# *Driving* Ahead

The Dow Chemical Company 2003 Annual Report

# 2003 Financial Highlights

| IN MILLIONS, EXCEPT AS NOTED | 2003 | 2002 |
|---|---|---|
| Net Sales | $32,632 | $27,609 |
| Net Income (Loss) Available for Common Stockholders | 1,730 | (338) |
| Return on Stockholders' Equity | 18.9% | (4.4)% |
| Earnings (Loss) per Share—Basic (in dollars) | 1.88 | (0.37) |
| Earnings (Loss) per Share—Diluted (in dollars) | 1.87 | (0.37) |
| Dividends Declared per Share (in dollars) | 1.34 | 1.34 |

**Net Sales**
(dollars in millions)



**Net Income (Loss)**
(dollars in millions)



**Earnings (Loss) per Share—Diluted**
(dollars)



**Dividends Declared per Share**
(dollars)



**2003 Sales by Operating Segment**  (dollars in millions)



Agricultural Sciences $3,008
Performance Chemicals $5,552
Performance Plastics $7,770
Plastics $7,760
Chemicals $4,369
Hydrocarbons and Energy $3,820
Unallocated and Other $353

**2003 Sales by Geographic Area**  (dollars in millions)



United States $12,813
Rest of World $8,468
Europe $11,351

References to "Dow" or the "Company" mean The Dow Chemical Company and its consolidated subsidiaries unless otherwise expressly noted.

## To the Stockholders of The Dow Chemical Company:



Bill Stavropoulos
Chairman and CEO

2003 was a year of substantial progress for Dow. In the face of very difficult conditions, including an unprecedented $2.7 billion increase in feedstock and energy costs, industry overcapacity, and a fragile economy, we increased earnings, improved cash flow and reduced net debt.

You'll recall that in last year's letter to shareholders we pledged that the entire Dow organization would focus on improving our financial results, regardless of how difficult industry conditions might be.

Dow people answered the call. 2003 earnings were $1.87 per share, including a tax benefit of $0.49 per share. These results compared with a loss of $0.37 per share in 2002, which included a net charge of $0.71 per share for restructuring and other items. Excluding all of the special items, earnings increased from $0.34 per share in 2002 to $1.38 per share in 2003.

We also made substantial progress on improving our cash flow. In 2002, free cash flow (cash from operations minus capital expenditures and dividends paid to stockholders) was a negative $732 million. In 2003, it was a positive $1.45 billion, a turnaround of $2.2 billion—well beyond our turnaround target of $1 billion. We also improved our financial ratios, including a reduction in our net debt to total capital ratio from 56 percent to 50 percent.

Meanwhile, Dow's stock rose 40 percent during the year. As measured by total shareholder return, Dow has outperformed the Standard & Poor's (S&P) 500 and the S&P Chemicals Index both in 2003 and over the past five years.

### A disciplined approach

We achieved these results with two simple steps: first, by facing the fact that we could not count on industry conditions changing for the better; and second, by recognizing that the only reliable way to improve our performance was to control the things we can control. To do that, we implemented what we called our 2003 Action Plan:

- To manage the price of our products without sacrificing volume;
- To reduce structural costs by $400 million and capital spending by $400 million;
- To shut down under-utilized and non-competitive assets; and
- To accelerate changes in Dow's portfolio, including the divestiture of non-strategic assets with sales of $1.5 billion.

We postponed or cancelled all initiatives that were not business critical so that employees could focus on these four things. As a result, we not only reached—but exceeded—our objectives.

In price/volume management, which was probably our most difficult challenge, we increased prices by 14 percent and volume by 4 percent. 2003 was the first year since the last industry peak in 1995 that we improved our profit margins, which is the spread between the price of our products and the cost of our feedstocks. Margins improved by $1.3 billion, which although considerable, constitutes just 15 percent of the $8.9 billion in margin we've lost since 1995. Going forward, there is still plenty of opportunity to continue to improve margins, and we believe we have both the leverage and momentum to do so.

On the cost side, we also exceeded our goal, reducing structural costs by more than $600 million, including the reduction of more than 3,500 jobs. With a 13 percent reduction in selling, general and administrative expenses, our total operating expense level as a percentage of sales now stands at its lowest level in more than 60 years.

Application of Six Sigma's proven approach to efficiency remains an essential part of the way we operate, helping to deliver productivity gains as well as adding other, sometimes surprising, contributions to our bottom line. Some of the tax benefits we gained in 2003, for example, were the direct result of the work of a dedicated Six Sigma team.

Our 2003 capital expenditures were $1.1 billion, a reduction of more than $500 million that exceeded our goal by $100 million. And we did so without sacrificing the efficiency, safety and environmental performance of our plants.

Working capital management, an important aspect of our cash flow drive, also improved in 2003. We reduced Days Sales in Inventory (DSI) from 64 to 56 days and Days Sales Outstanding (DSO) from 45 to 42 days.

We also shut down non-competitive assets, including two Union Carbide ethylene plants that represented 4 percent of overall ethylene production on the U.S. Gulf Coast. And we closed more than a dozen other facilities across many different businesses in North America, Europe and Latin America.

In the divestiture part of our plan, we sold assets that represented approximately $225 million in sales. We plan to continue divesting assets in 2004, and probably at a faster pace. In making divestitures, our goal is to make strategic transactions that will improve our company's overall position and competitiveness. And we will not sell or swap anything without realizing its full value.

### Weathering high feedstock costs

No company in our industry has been unaffected by the enormous increases in feedstock and energy costs, particularly the high price of natural gas in the United States, a source of both energy and raw materials for our production plants. Having said that, few companies are better able to compete in this high-cost environment than Dow, as our 2003 results demonstrated. We were able to mitigate the effect of these costs due to several reasons.

*Conservation*—Since the early 1990s, we have added nine new co-generation facilities and improved overall manufacturing efficiency.

*Global sourcing*—Our global network of manufacturing plants allows us, at any given time, to supply export markets from the lowest cost site.

*Feedstock flexibility*—Our manufacturing flexibility allows us to optimize our feedstock mix, reducing our exposure to any one feedstock.

*Hedging*—We use both financial and physical hedging that enable us to reduce the negative effect of feedstock price volatility and to consistently lower our cost-to-serve.

*Innovation*—We continue to develop alternative sources of energy, including the use of one of the world's largest hydrogen fuel cell installations at one of our Texas plants. This facility will use hydrogen—a Dow byproduct—to generate electricity.

### Bottom line improvement across the Company

Although discipline and austerity were crucial to our success in 2003, they were not the only factors contributing to our improved earnings. Virtually all Dow businesses improved their bottom lines. Performance Plastics' earnings increased by 145 percent; and Performance Chemicals, which has been a bulwark of our Company during trough conditions, increased earnings by 5 percent. Earnings in both Plastics and Chemicals also improved substantially. Agricultural Sciences had a banner year, posting record sales and earnings, the result of its strategy of the past few years of increasing productivity, making selective acquisitions and developing successful products in niche markets.

Dow's direct sales in Asia continued to grow and now account for nearly $4 billion, with an additional $1.5 billion from non-consolidated joint ventures. And although many people think of Asia as primarily a commodity market, the fact is, about 60 percent of Dow's sales in that region are in Performance businesses.

Sales in China increased by 25 percent from 2002; and today China, with $1.6 billion in sales, ranks third among the countries Dow serves, behind only the United States and Germany.

Joint ventures are an increasing part of Dow's presence in the marketplace. In 2003, Dow's portion of joint venture earnings was $322 million, compared with $40 million in 2002, with particularly strong performances from Dow Corning and EQUATE.

We reached an agreement with Celanese to purchase its acrylates business, establishing Dow as a major player in the downstream applications of what is now a complete, integrated acrylic chain for our company.

Union Carbide's joint venture operations in Kuwait and Malaysia continued to provide an important source of low-cost basic materials in 2003, and we will continue to build our franchise Basics businesses on low-cost foundations like these. In 2003, we announced an agreement with Union Carbide's partners in Kuwait to build an addition that will double existing production capabilities and add new styrene capacity.

Of all of our accomplishments, our environmental, health and safety results are probably what Dow people are most proud of, because they represent our concern for one another and for the communities where we work and live.

We improved our injury and illness rate by 19 percent in 2003, and 70 percent of our plants had no injuries at all. Overall, we have reduced our injury and illness rate by 78 percent from 1994 when we set our ambitious 2005 environmental, health and safety goals. We also posted a 23 percent yearly reduction in leaks, breaks and spills, a 63 percent improvement from 1994.

Additionally, it is noteworthy that in two countries—Brazil and Germany—Dow was recognized as one of the top companies to work for in 2003.

### Outlook for 2004 and beyond

The economic expansion now underway appears to be gaining momentum, which could lead to an increase in volume and an improvement in the overall supply/demand balance in 2004. But feedstock costs remain stubbornly high and volatile. If the past three years have proven anything, it is that difficult conditions can have remarkable staying power, and we must prepare ourselves to do well despite them.

So just as we did last year, we will continue to be disciplined in our capital spending; and we will sustain the gains we have made on structural cost reductions. We will focus on our customers and on managing price and volume. We will continue to sell assets that are not a strategic fit, and we will shut down plants that are not competitive. And we will work safely.

### New leadership

In November, the Board of Directors named Andrew N. Liveris as president and chief operating officer. Andrew brings a wealth of experience to his new role, including many years working in Dow's Asian operations and as head of Performance Chemicals. He is leading our effort to further improve the Company's productivity and to increase our ability to act more quickly and with greater accountability.

The Board added two new members in 2003: Keith R. McKennon, retired chairman and chief executive officer of PacifiCorp and former Dow director; and Jeff M. Fettig, president and chief operating officer of Whirlpool Corporation. Keith and Jeff bring a wealth of valuable experience to our Board. We also formed the Office of the Chief Executive, a group of senior managers that oversees the Company's strategic priorities and assures their timely implementation.

### Driving ahead—one quarter at a time

As I mentioned earlier, 2003 was a year of substantial progress for our Company. The task now before us is to build on our progress and continue to improve our financial performance. Our ultimate objective remains what it has always been: to maximize long-term shareholder value.

So we are approaching 2004 in the same way we approached 2003—taking it one quarter at a time and continuing to improve earnings and increase our financial strength. I am confident that, just as we did in 2003, Dow people will once again rise to the occasion and meet our objectives.

William S. Stavropoulos
*Chairman and Chief Executive Officer*
February 11, 2004

# Serving the World

Dow operates approximately 180 manufacturing sites around the world to produce a broad range of products sold to customers in more than 180 countries. With this extensive global reach, Dow serves customers around the world more effectively than any other chemical company.

Our established and growing presence in all major geographic areas enables us to quickly respond to the changing industry landscape. For example, as the paper industry has evolved from a multi-regional to a global industry, Dow has been well positioned to supply paper mill customers as they grow. With 19 latex manufacturing facilities in 15 countries, global business management systems, and solid commercial contacts in key countries, Dow has established itself as the world's largest supplier of latex to the coated paper industry.

As economies grow in Asia Pacific, Eastern Europe, Latin America and other developing regions, we are growing with them. Dow's total sales to customers in Latin America grew to $3.1 billion in 2003, and in Asia Pacific, sales reached $3.9 billion. Sales from our joint ventures in Asia Pacific are also substantial, adding to Dow's presence in that region.

In Zhangjiagang, The People's Republic of China, Dow's newest manufacturing complex is now fully operational, providing local customers with polystyrene, epoxy and latex products for a variety of consumer applications. In Israel, *FilmTec* reverse osmosis membrane elements have been chosen for the largest desalination project in the world. In many parts of the world, a new fruit fly control product, developed by Dow, protects fruit and vegetable production from devastating fruit fly infestations. This product contains our spinosad molecule, which offers a favorable environmental profile and is accepted for use in organic farming.

Our global flexibility and strength are possible because of Dow's diverse, global workforce of highly skilled and dedicated people. At Dow, we respect the different backgrounds and experiences of our people, which create an environment where diverse ideas facilitate innovation—leading to new products, better ways of doing business and increased profitability.

We provide our people with the resources and flexibility they need to succeed. Intranet technology, available around the clock via any Dow computer workstation, provides access to company news and global work processes. In addition to traditional classroom training, Dow's on-line training tool *learn@dow.now* is available to every employee in multiple languages.

When combined with Dow's growing global presence, the production of valued products and the expertise of our employees help us better serve our customers and the world's consumers.

# Corporate Profile

Dow is a leading science and technology company that provides innovative chemical, plastic and agricultural products and services to many essential consumer markets. In 2003, Dow had annual sales of approximately $33 billion and employed approximately 46,000 people. The Company serves customers in more than 180 countries and a wide range of markets that are vital to human progress, including food, transportation, health and medicine, personal and home care, and building and construction, among others. The Company has 180 manufacturing sites in 37 countries and supplies more than 3,500 products grouped within the operating segments listed on the following pages. The Corporate Profile is an integral part of Note T to the Financial Statements.

## Performance Plastics

*Applications: automotive interiors, exteriors, chassis/power train and body engineered systems; building and construction; thermal and acoustic insulation; roofing; communications technology; telecommunication cables; electrical and electronic connectors; appliances; home and office furnishings; kitchen appliances; power tools; floor care products; mattresses; carpet backing; furniture padding; office furniture; information technology equipment and consumer electronics; packaging; food and beverage container production; packaging; sports and recreation equipment; wire and cable insulation and jacketing materials for power, utility and telecommunications*

Dow Automotive business delivers innovative solutions for automotive interior, exterior, chassis/power train and body engineered systems applications. As a leading global supplier of resins, engineering plastic materials, fluids, adhesives, sealants, epoxy dampers, structural bonding and reinforcement products, and thermal and acoustical management solutions, Dow Automotive has been recognized for its automotive components and systems. The business also provides research and development, design expertise and advanced engineering.

*Products: Betabrace* reinforcing composites; *Betadamp* acoustical damping systems; *Betafoam* NVH and structural foams; *Betaguard* sealers; *Betamate* structural adhesives; *Betaseal* glass bonding systems; *Calibre* polycarbonate resins; *Dow* polypropylene resins and automotive components made with *Dow* polypropylene; Injection-molded dashmats and underhood barriers; *Inspire* performance polymers; *Integral* adhesive film; *Magnum* ABS resins; *Pulse* engineering resins; *Questra* crystalline polymers; *Retain* recycle content resins; *Spectrim* reaction moldable polymers; *Strandfoam* polypropylene foam

Engineering Plastics business offers one of the broadest ranges of engineering polymers and compounds of any global plastics supplier. The business complements its product portfolio with technical and commercial capabilities to develop solutions that deliver improved performance to customers while lowering their total cost.

*Products: Calibre* polycarbonate resins; *Emerge* advanced resins; *Inclosia* solutions; *Isoplast* engineering thermoplastic polyurethane resins; *Magnum* ABS resins; *Pellethane* thermoplastic polyurethane elastomers; *Prevail* engineering thermoplastic resins; *Pulse* engineering resins; *Questra* crystalline polymers; *Tyril* SAN resins

Epoxy Products and Intermediates business manufactures a wide range of epoxy products, as well as intermediates used by other major epoxy producers. Dow is a leading global producer of epoxy products, supporting customers with high-quality raw materials, technical service and production capabilities.

*Products:* Acetone; Acrylic monomers; Allyl chloride; Bisphenol A; *D.E.H.* epoxy catalyst resins; *D.E.N.* epoxy novolac resins; *D.E.R.* epoxy resins (liquids, solids and solutions); *Derakane* and *Derakane Momentum* epoxy vinyl ester resins; Epichlorohydrin; Epoxy acrylates; *Optim* glycerine; Phenol; UV specialty epoxies

Fabricated Products business manufactures and markets an extensive line of plastic film and foam products. The business sets the competitive standard by creating high-performance solutions in industries ranging from packaging and construction to telecommunications, automotive and medical.

*Products: Covelle* HF weldable polyolefin film; *Dow* backing layer film; *Envision* custom foam laminates; *Ethafoam* polyethylene foam; *Equifoam* comfort products; *Immotus* acoustic panels; *Integral* adhesive film; *Lamdex* polyolefin foam; *Opticite* label film; Polypropylene foam; *Procite* window envelope film; *Quash* sound management foam; *Saranex* barrier medical film; *Styrofoam* brand products (including *Styrofoam Weathermate Plus* housewrap and *Styrofoam* all-purpose tape); *Synergy* soft touch foam; *Tanklite* protective insulation; *Trenchcoat* protective film; *Trycite* polystyrene film; *Trymer* polyisocyanurate foam; *Zetabon* coated metal cable armor



Polyurethanes and Polyurethane Systems businesses are leading global producers of polyurethane raw materials and polyurethane systems. Differentiated by their ability to globally supply a high-quality, consistent and complete product range, these businesses emphasize both existing and new business developments while facilitating customer success with a global market and technology network.

*Products:* The *Enhancer* and *Lifespan* carpet backings; *Froth-Pak* polyurethane spray foam; *Great Stuff* polyurethane foam sealant; *Insta-Stik* roof insulation adhesive; *Isonate* pure and modified methylene diphenyl diisocyanate (MDI); *Papi* polymeric MDI; Propylene glycol; Propylene oxide; *Specflex* copolymer polyols; *Syntegra* waterborne polyurethane dispersions; *Tile Bond* roof tile adhesive; *Voracor, Voralast, Voralux* and *Vorastar* polyurethane systems; *Voranate* toluene diisocyanate (TDI) ; *Voranol* and *Voranol Voractiv* polyether and copolymer polyols; *Woodstalk* fiberboard products

Technology Licensing and Catalyst business includes licensing and supply of related catalysts for the *Unipol* polypropylene process, the *Meteor* process for ethylene oxide (EO) and ethylene glycol (EG), the *LP Oxo* process for oxo alcohols, and the *Qbis* bisphenol A process. Licensing of the *Unipol* polyethylene process and related catalysts, including metallocene catalysts, are handled through Univation Technologies, LLC, a 50:50 joint venture co-owned by Union Carbide Corporation (UCC), a wholly owned subsidiary of Dow. The business also includes UOP LLC, a 50:50 joint venture co-owned by UCC, which supplies process technology, catalysts, molecular sieves and adsorbents to the petroleum refining, petrochemical and gas processing industries.

*Products:* LP Oxo process technology; *Meteor* EO/EG process technology and catalysts; *Qbis* bisphenol A process technology and *Dowex Qcat* catalyst; *Shac* catalysts; *Unipol* process technology

Wire and Cable Compounds business is the leading global producer of a variety of performance polyolefin products that are marketed worldwide for wire and cable applications. Chief among these are polyolefin-based compounds for high-performance insulation, semiconductives and jacketing systems for power distribution, telecommunications and flame-retardant wire and cable.

*Products: Redi-Link* polyethylene; *Si-Link* crosslinkable polyethylene; *Unigard* high-performance flame-retardant compounds; *Unigard* reduced emissions flame-retardant compounds; *Unipurge* purging compounds; Wire and cable insulation and jacketing compounds

## Performance Chemicals

*Applications:* agricultural and pharmaceutical products and processing • building materials • chemical processing and intermediates • food processing and ingredients • household products • paints, coatings, inks, adhesives, lubricants • personal care products • pulp and paper manufacturing, coated paper and paperboard • textiles and carpet • water purification

Custom and Fine Chemicals business provides products and services to other specialty chemical, pharmaceutical, biopharmaceutical and agricultural chemical producers, and also produces fine chemicals for household paints and various other applications.

*Products and Services:* Basic nitroparaffins and nitroparaffin-based specialty chemicals of ANGUS Chemical Company; Contract manufacturing services provided by the Dowpharma and Dow Haltermann Custom Processing businesses; Fine and specialty chemicals from the Dow Haltermann Custom Processing business, and Chirotech Technology Limited and Mitchell Cotts Chemicals Limited, wholly owned subsidiaries of Dow; Test and reference fuels, printing ink distillates, pure hydrocarbons and esters, and derivatives from Haltermann Products, a wholly owned subsidiary of Dow

Emulsion Polymers business is the world's largest supplier of synthetic latex, and the most globally diverse of the styrene-butadiene latex suppliers. Dow is the largest supplier of latex for coating paper and paperboard used in magazines, catalogues and food packaging. Dow is also the world's largest supplier of latexes used in carpet production.

*Products:* Acrylic latex; Butadiene-vinylidene latex; Polystyrene latex; Styrene-acrylate latex; Styrene-butadiene latex

Industrial Chemicals business provides products used as functional ingredients or processing aids in the manufacture of a diverse range of products. Dow's surfactants and biocides businesses provide value-added ingredients for household and personal care products.

*Products:* Biocides; *Carbowax* polyethylene glycols and methoxypolyethylene glycols; Diphenyloxide; Dow polypropylene glycols; *Dowfax, Tergitol* and *Triton* surfactants; *Dowtherm, Syltherm* and *Ucartherm* heat transfer fluids; *UCAR* deicing fluids; *UCON* fluids; *Versene* chelating agents