UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar
Honorable Alfred V. Covello, U.S.D.J.
450 Main Street, Hartford
Chambers Room 125 - Annex

**July 1, 2004**
**12:00 p.m.**

PARTIES TO INITIATE CONFERENCE CALL & CONTACT CHAMBERS AT 860-240-3218

CASE NO. **3:02CV1107 (AVC)** MM Global, et al v. Dow Chemical, et al

| | |
|---|---|
| Dana S. Douglas<br>Mayer Brown Rowe & Maw LLP - IL<br>190 South LaSalle Street<br>Chicago, IL 60603-3441 | Susan B. McInerney<br>Thelen Reid & Priest<br>875 Third Ave.<br>New York, NY 10022-4097 |
| Michael S. Elkin<br>Thelen Reid & Priest<br>875 Third Ave.<br>New York, NY 10022-4097 | Britt M. Miller<br>Mayer Brown Rowe & Maw LLP - IL<br>190 South LaSalle Street<br>Chicago, IL 60603-3441 |
| Elizabeth A. Fowler<br>Robinson & Cole<br>280 Trumbull St.<br>Hartford, CT 06103-3597 | Craig A. Raabe<br>Robinson & Cole<br>280 Trumbull St.<br>Hartford, CT 06103-3597 |
| Edward J. Heath<br>Robinson & Cole<br>280 Trumbull St.<br>Hartford, CT 06103-3597 | Alyson L. Redman<br>Thelen Reid & Priest-NYC<br>875 Third Ave.<br>New York, NY 10022-4097 |
| Christopher J. Kelly<br>Mayer, Brown, Rowe & Maw<br>1909 K Street, N.W.<br>Washington, DC 20006 | Richard S. Taffet<br>Bingham McCutchen - Park Ave NY<br>399 Park Ave.<br>New York, NY 10022 |
| Robert M. Langer<br>Wiggin & Dana<br>One Cityplace<br>185 Asylum St.<br>Hartford, CT 06103 | Suzanne Ellen Wachsstock<br>Wiggin & Dana<br>400 Atlantic St., 7th Fl.<br>PO Box 110325<br>Stamford, CT 06911-0325 |
| Steven Bruce Malech<br>Wiggin & Dana<br>One Cityplace<br>185 Asylum St.<br>Hartford, CT 06103 | Paul A. Winick<br>Thelen Reid & Priest<br>875 Third Ave.<br>New York, NY 10022-4097 |
| Andrew S. Marovitz<br>Mayer Brown Rowe & Maw LLP - IL<br>190 South LaSalle Street<br>Chicago, IL 60603-3441 | BY ORDER OF THE COURT<br>KEVIN F. ROWE, CLERK |