#139

2CV1107 mtnrecon.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

MM GLOBAL SERVICES INC., MM GLOBAL : 
SERVICES PTE. LTD., and MEGAVISA :
SOLUTIONS (S) PTE. LTD., :
:
                    Plaintiffs,         :   Civil No. 302 CV 1107 (AVC)
                  -v-                   :
:
THE DOW CHEMICAL COMPANY, UNION :
CARBIDE CORPORATION, UNION CARBIDE :
ASIA PACIFIC, INC., UNION CARBIDE :
CUSTOMER SERVICES PTE. LTD., and DOW :
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., :   December 4, 2003
:
                    Defendants.         :

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE**
**COURT'S DECISION RE THE DEFENDANTS' MOTION**
**TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Plaintiffs MM Global Services, Inc. ("MMGS"), MM Global Services Pte. Ltd.

("MMGS-S"), and MegaVisa Solutions (S) Pte. Ltd. ("MVS"), hereby move pursuant to Local

Rule 7 for reconsideration of the Court's decision on the motions of defendants Union Carbide

Customer Services Pte. Ltd. ("UCCS") and Dow Chemical Pacific (Singapore) Pte. Ltd. ("Dow

Singapore") to dismiss for lack of personal jurisdiction.

In support of this motion, plaintiffs state as follows:

1. On March 24, 2003, plaintiffs filed and served a First Amended Complaint adding

UCCS and Dow Singapore as defendants, as well as defendant Union Carbide Asia Pacific, Inc.

("UCAP"). On April 23, 2003, UCCS and Dow Singapore, as well as UCAP, filed motions to

dismiss the First Amended Complaint for lack of personal jurisdiction. In opposition, plaintiffs

relied upon their pleading and the limited evidence that was available to them at that time (and as

is now, as well). Plaintiffs had and continue to have available to them only limited evidence

---

*[Left margin handwritten order, rotated:]*

The motion for reconsideration is granted. The court shall authorize the plaintiffs to conduct personal jurisdiction discovery with respect to former party-plaintiffs UCCS and Dow Singapore. The plaintiffs shall submit a proposed scheduling order for this discovery on or before July 29, 2004. At the conclusion of this discovery period, the plaintiffs are invited to show cause why the court's original ruling dismissing these parties should be vacated. The relief requested is also granted.

SO ORDERED.

Alfred V. Covello, U.S.D.J.