UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. <br><br> Defendants. | Civil No. 3:02 CV 1107 (AVC) <br><br><br> July 13, 2004 |

## MOTION FOR CLARIFICATION AND PARTIAL RECONSIDERATION OF THE COURT'S RULING AND ORDER ON DEFENDANTS' MOTION FOR A PROTECTIVE ORDER AND ORDER ON PLAINTIFFS' MOTION TO COMPEL

Defendants The Dow Chemical Company, Union Carbide Corporation, and Union Carbide Asia Pacific, Inc. hereby jointly move for clarification and partial reconsideration of the Court's June 29, 2004 Ruling and Order on Defendants' Motion for a Protective Order and Order on Plaintiffs' Motion to Compel. In support of this Motion, Defendants submit their Memorandum In Support of Defendants' Motion for Clarification and Partial Reconsideration of the Court's Ruling and Order on Defendants' Motion for a Protective Order and Order on Plaintiffs' Motion to Compel filed concurrently herewith.

WHEREFORE, for the reasons stated in the Memorandum In Support of Defendants' Motion for Clarification and Partial Reconsideration of the Court's Ruling and Order on Defendants' Motion for a Protective Order and Order on Plaintiffs' Motion to Compel filed concurrently herewith, Defendants respectfully request that this Court grant their Motion for

Clarification and Partial Reconsideration of the Court's Ruling and Order on Defendants' Motion for a Protective Order and Order on Plaintiffs' Motion to Compel in its entirety and grant Defendants protection from discovery of documents and information relating to the sales and distribution of Products outside of India and the United States, and such other relief as this Court may deem just and appropriate.

Dated: July 13, 2004　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*Dana S. Douglas*

Craig A. Raabe (ct 04116)　　　　　　　　　Andrew S. Marovitz (ct 25409)
Edward J. Heath (ct 20992)　　　　　　　　Britt M. Miller (ct 25411)
ROBINSON & COLE LLP　　　　　　　　　Dana S. Douglas (ct 25412)
280 Trumbull Street　　　　　　　　　　　MAYER, BROWN, ROWE & MAW LLP
Hartford, CT 05103-3497　　　　　　　　　190 South La Salle Street
(860) 275-8304　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　　　(312) 782-0600

　　　　　　　　　　　　　　　　　　　　　Christopher J. Kelly (ct 25410)
　　　　　　　　　　　　　　　　　　　　　MAYER, BROWN, ROWE & MAW LLP
　　　　　　　　　　　　　　　　　　　　　1909 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006-1157
　　　　　　　　　　　　　　　　　　　　　(202) 263-3000

*Counsel for Defendants The Dow Chemical Company,
Union Carbide Corporation and Union Carbide Asia Pacific, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that that a copy of the Motion for Clarification and Partial Reconsideration of the Court's Ruling and Order on Defendants' Motion for a Protective Order and Order on Plaintiffs' Motion to Compel to was sent on this 13th day of July, 2004, as follows:

Richard S. Taffet, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Robert M. Langer, Esq.
Wiggin & Dana LLLP
CityPlace
185 Asylum Street
Hartford, CT 06103

Paul A. Winick, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022-6225

_____
Edward J. Heath