JUN-29-2004  18:37      JUDGE COVELLO                    860 240 2694    P.14/14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 MAY -7  P 4:35

HARTFORD CT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., AND MEGAVISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, AND UNION CARBIDE ASIA PACIFIC, INC., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) |

## PLAINTIFFS' CROSS-MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES

Plaintiffs MM Global Services, Inc., MM Global Services Pte. Ltd., and Megavisa Solutions (S) Pte. Ltd. (collectively, "plaintiffs"), hereby cross-move, pursuant to Fed. R. Civ. P. 37, to compel production of documents and answers to interrogatories from defendants The Dow Chemical Company ("Dow"), Union Carbide Corporation ("UCC"), and Union Carbide Asia Pacific, Inc. ("UCAP"), (collectively, "defendants"). In support of their motion, and in opposition to defendants' motion for protective order, plaintiffs respectfully refer the Court to the accompanying memorandum of law and the exhibits thereto. As set forth therein, the requests in dispute, subject to the limitations proposed by plaintiffs, fall within the scope of permissible discovery under Rule 26(b), and defendants have not met their burden of establishing that compliance would be unduly burdensome.

```
3:02Cv1107(AVC).  June 29, 2004.  The plaintiffs' motion to compel
(document no. 185) is GRANTED in part and DENIED in part.  See Ruling
and Order on Defendants' Motion for Protective Order Dated June 29,
2004.
SO ORDERED.          Alfred V. Covello
                     Alfred V. Covello, U.S.D.J.
```

TOTAL P.14