UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC., :
et al., :
 :
        Plaintiffs, :
 : Civil No. 3:02 CV 1107 (AVC)
        v. :
 :
THE DOW CHEMICAL :
COMPANY, et al., :
 :
        Defendants. : May 30, 2003

### DECLARATION OF SAM ONG

I, Sam Ong, hereby declare as follows:

1.     I am a resident of Singapore and am employed as the Finance Director of Dow Chemical Pacific (Singapore) Pte Ltd. ("Dow Singapore") at Dow Singapore's offices in Singapore. My duties in that position include overseeing Dow Singapore's tax, accounting and treasury activities.

2.     I have been employed by Dow Singapore for approximately eleven years. I also am a member of the Board of Directors of Dow Singapore.

3.     The information in this declaration is based on my personal knowledge, the business records of Dow Singapore, and my consultations with knowledgeable persons within Dow Singapore.

### THE BUSINESS OF DOW SINGAPORE

4.     Dow Singapore is a Singapore corporation that was incorporated in Singapore in 1992.

5. Dow Singapore has always had its principal place of business in Singapore.

6. Dow Singapore has approximately 166 employees, nearly all of which are based in Singapore.

7. The principal business activities of Dow Singapore are to act as marketers and distributors of industrial chemicals, plastics and other chemical products that are manufactured primarily by various Dow entities. Dow Singapore markets and sells those products in various geographic regions, primarily in Singapore, Malaysia, other Southeast Asian markets, and China. Dow Singapore stocks product and sells it directly to customers, through distributors in the region, and through other Dow entities in the region that purchase from Dow Singapore. Dow Singapore also provides regional treasury and other management, operational and administrative services for various Dow entities in Asia Pacific.

## DOW SINGAPORE'S BUSINESS CONTACTS WITH CONNECTICUT AND THE UNITED STATES

8. Dow Singapore is not registered to do business in Connecticut. It also is not registered to do business anywhere else in the United States.

9. Dow Singapore has no registered agent in Connecticut, nor anywhere else in the United States, to accept service of process for it.

10. Dow Singapore has no offices in Connecticut, nor anywhere else in the United States.

11. Dow Singapore has no manufacturing plants or other facilities in Connecticut, nor anywhere else in the United States.

12. Dow Singapore has no telephone number in Connecticut, nor anywhere else in the United States.

13. None of Dow Singapore's employees work in Connecticut, and none are domiciled there. None of Dow Singapore's employees work elsewhere in the United States, nor are any of them domiciled elsewhere in the United States, except for two employees of Dow Singapore who presently are seconded to The Dow Chemical Company ("TDCC") and are working in Midland, Michigan. The salaries for those two employees are charged back to The Dow Chemical Company.

14. Dow Singapore does not own or lease any real property in Connecticut, nor anywhere else in the United States.

15. Dow Singapore owns no personal property in Connecticut, nor anywhere else in the United States.

16. Dow Singapore has no bank accounts in Connecticut, nor anywhere else in the United States.

17. Dow Singapore does no advertising in Connecticut, nor anywhere else in the United States.

18. Dow Singapore has no customers in Connecticut, and has made no sales there.

19. Dow Singapore has shipped no product to any location in Connecticut or elsewhere in the United States.

## THE CORPORATE RELATIONSHIP BETWEEN DOW SINGAPORE AND ITS CORPORATE PARENT, THE DOW CHEMICAL COMPANY

20. Dow Singapore is a direct and wholly owned corporate subsidiary of TDCC. TDCC is headquartered in Midland, Michigan.

21. Dow Singapore is neither a subsidiary nor parent corporation of Union Carbide Corporation ("UCC"). UCC is wholly owned by TDCC.

22. Dow Singapore owns no stock in either TDCC or UCC.

23. Dow Singapore was organized separately from TDCC, and is neither a department nor division of TDCC.

24. Dow Singapore has three directors. Dow Singapore selects its own directors, none of whom overlap with the directors of TDCC.

25. Dow Singapore holds its own Board of Director meetings in compliance with Singapore law.

26. Dow Singapore at all times has maintained separate books and records, and all transactions between Dow Singapore and TDCC are represented by entries in the books of Dow Singapore.

27. Dow Singapore maintains its own bank accounts and issues its own checks separately from TDCC. Dow Singapore pays for its every-day operating expenses through its local Singapore bank accounts that are managed by Dow Singapore's Treasury group.

28. Dow Singapore and TDCC maintain their own separate accounts and do not co-mingle funds.

29. Dow Singapore files separate financial statements from TDCC. Pursuant to generally accepted accounting principles, Dow Singapore's financial results also appear as part of the consolidated financial statement of TDCC and its subsidiaries.

30. Dow Singapore is and has at all times been adequately capitalized.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on May 26, 2003 at Singapore.

Sam Ong