THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., AND MEGAVISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, AND UNION CARBIDE ASIA PACIFIC, INC., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) <br><br> July 20, 2004 |

## PLAINTIFFS' CROSS-MOTION TO COMPEL COMPLIANCE WITH THE COURT'S JUNE 29, 2004 ORDER AND FOR SANCTIONS

Plaintiffs MM Global Services, Inc., MM Global Services Pte. Ltd., and Megavisa Solutions (S) Pte. Ltd. (collectively, "plaintiffs"), hereby move, under Fed. R. Civ. P. 37 and 28 U.S.C. § 1927, for sanctions against defendants The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc. (collectively, "defendants"), for their refusal to comply with the Court's discovery Order dated June 29, 2004 (the "June 29 Order"). For the reasons set forth in the accompanying memorandum of law, sanctions, including but not limited to awarding plaintiffs the attorneys' fees incurred in preparing the within opposition and cross-motion, are appropriate, to compensate plaintiffs for having to seek relief from the Court and to punish defendants for their inexcusable noncompliance with their discovery obligations.

WHEREFORE, plaintiffs respectfully ask the Court to order defendants to (a) comply fully with the June 29 Order as written by producing the requested documents and information within thirty (30) days of its decision on this cross-motion; (b) identify their 30(b)(6) designees on each topic noticed by plaintiffs within ten (10) days of such order; (c) produce the designated

1

30(b)(6) witnesses for deposition in Hartford, Connecticut at mutually agreed dates and times; and (d) reimburse plaintiffs their costs, including attorneys' fees, incurred in connection with and relating to this cross-motion and defendants' motion for reconsideration, dated July 13, 2004.

## CERTIFICATION OF COUNSEL

The undersigned certifies that he has made a good faith effort to confer with counsel for defendants regarding defendants' refusal to respond to outstanding discovery in accordance with the June 29 Order and Rules 33, 34, and 30(b)(6) of the Federal Rules of Civil Procedure. A conference was held by telephone on July 9, 2004, in which the undersigned spoke with Christopher Kelly. Plaintiffs have been unable, however, to secure the requested documents and material without court intervention, thereby necessitating this motion.

Respectfully submitted,

**BINGHAM McCUTCHEN LLP**

_Richard S. Taffet /s/gcr_

Richard S. Taffet (ct 10201)
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000 (tel)
(212) 752-5378 (fax)

-and-

WIGGIN AND DANA LLP
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct 17627)
One City Place
185 Asylum Street
Hartford, CT 06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)

LITDOCS/560853.1

2

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of July, 2004, a copy of the foregoing has been hand-delivered to the following:

Craig A. Raabe, Esq.
Edward J. Heath, Esq.
Elizabeth A. Fowler, Esq.
Robinson & Cole LLP
280 Trumbull Street, 28th Floor
Hartford, CT 06103

and sent via FedEx to the following:

Andrew S. Marovitz
Britt M. Miller
Dana S. Douglas
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603

Christopher J. Kelly
Mayer, Brown, Rowe & Maw LLP
1909 K Street
Washington, DC 20006-1157

_____
Robert M. Langer

\15726\1\44335.9