UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., | : <br> : <br> : <br> : |
| Plaintiffs, | : Civil No. 302 CV 1107 (AVC) |
| -v- | : |
| | : |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., | : July 27, 2004 <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

**PLAINTIFFS' PROPOSED SCHEDULE FOR PERSONAL JURISDICTION DISCOVERY OF UNION CARBIDE CUSTOMER SERVICES PTE. LTD. AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.**

Pursuant to the Court's Order and Ruling on Plaintiffs' Motion for Reconsideration of the Court's Decision re the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, dated July 8, 2004, plaintiffs MM Global Services Inc., MM Global Services Pte. Ltd. and MegaVisa Solutions (S) Pte. Ltd., submit the following proposed schedule for discovery concerning the Court's personal jurisdiction over defendants Union Carbide Customer Services Pte. Ltd. ("UCCS") and Dow Chemical Pacific (Singapore) Pte. Ltd. ("Dow Singapore").

| Event | Due Date |
|---|---|
| Service of Document Requests and Interrogatories | July 23, 2004 |
| Service of Deposition Notices | July 23, 2004 |
| Response to Document Requests and Interrogatories | August 23, 2004 |
| Depositions Completed | September 24, 2004 |
| Discovery Completed | September 24, 2004 |

Plaintiffs provided the foregoing proposed schedule to defendants, by letter dated July 16, 2004, and defendants have stated they have no objections to the proposed schedule. Further, Plaintiffs served upon defendants UCCS, Dow Singapore, The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc., Plaintiffs' First Set of Personal Jurisdiction Document Requests and Interrogatories and Notices of Deposition, on July 23, 2004.

WHEREFORE, plaintiffs respectfully request this Court to order that personal jurisdiction discovery of UCCS and Dow Singapore be conducted pursuant to the schedule set forth herein.

Respectfully submitted,

BINGHAM McCUTCHEN LLP

Richard S. Taffet (ct 10201)
399 Park Avenue
New York, NY  10022-4689
(212) 705-7000 (tel)
(212) 752-5378 (fax)


WIGGIN AND DANA LLP
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct 17627)
One City Place
185 Asylum Street
Hartford, CT  06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)


So ORDERED this _____ day of _____, 2004

_____
Hon. Alfred V. Covello
U.S.D.J.

2

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of July, 2004, a copy of the foregoing has been hand-delivered to the following:

Craig A. Raabe, Esq.
Edward J. Heath, Esq.
Elizabeth A. Fowler, Esq.
Robinson & Cole LLP
280 Trumbull Street, 28th Floor
Hartford, CT  06103

and sent via FedEx to the following:

Andrew S. Marovitz
Britt M. Miller
Dana S. Douglas
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL  60603

Christopher J. Kelly
Mayer, Brown, Rowe & Maw LLP
1909 K Street
Washington, DC  20006-1157

                                                     Steven B. Malech

cc:  The Honorable Alfred V. Covello
      United States District Judge
      United States District Court
      450 Main Street
      Hartford, CT  06103

\15726\1\44335.11