UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 JUL 27 A 11: 58

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., | |
| Plaintiffs, | Civil No. 302 CV 1107 (AVC) |
| -v- | |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., | July 27, 2004 |
| Defendants. | |

**PLAINTIFFS' PROPOSED SCHEDULE FOR PERSONAL JURISDICTION
DISCOVERY OF UNION CARBIDE CUSTOMER SERVICES PTE. LTD.
AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.**

Pursuant to the Court's Order and Ruling on Plaintiffs' Motion for Reconsideration of the Court's Decision re the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, dated July 8, 2004, plaintiffs MM Global Services Inc., MM Global Services Pte. Ltd. and MegaVisa Solutions (S) Pte. Ltd., submit the following proposed schedule for discovery concerning the Court's personal jurisdiction over defendants Union Carbide Customer Services Pte. Ltd. ("UCCS") and Dow Chemical Pacific (Singapore) Pte. Ltd. ("Dow Singapore").

| Event | Due Date |
|---|---|
| Service of Document Requests and Interrogatories | July 23, 2004 |
| Service of Deposition Notices | July 23, 2004 |
| Responses to Document Requests and Interrogatories | August 23, 2004 |
| Depositions Completed | September 24, 2004 |
| Discovery Completed | September 24, 2004 |

GRANTED.
SO ORDERED.
August 2, 2004.
Alfred V. Covello, U.S.D.J.