**Megavisa**

From: E Q JIMENEZ
Sent: Monday, February 09, 1998 6:12 PM
To: VISACORP
Cc: LAWRENCE CHEUNG; FSFOO; ROMERO.M; LISA CHAN; MMGLOBAL
Subject: Re: VTL - JPO AT USD 780/MT CIF

```
TO      A ARORA
CC      MD KRIPALANI/SUSHANT P
        N CHANDRA
        D KHABAR
        L CHEUNG/FS FOO
        L CHAN
        MR ROMERO
```

DEAR ASHISH,

USD7?0/MT CIF IS TOO LOW FOR 3364 TYPE COMPOUNDS. WE ARE
ALREADY RECEIVING COMPLAINTS FROM OUR SUPPLY SOURCES THAT
INDIA PRICES HAVE REACHED BELOW BREAKEVEN POINT. THERE IS
ALREADY ONE SITUATION WHEREIN NUC REFUSED TO ACCEPT A FIRM
ORDER BUT WE MANAGED TO CONVINCE THEM TO ACCEPT IT BY
CHANGING THE WAY THE ORDER IS PLACED.

OUR SUPPLY SOURCES WANTS MEGAVISA TO BE REMINDED THAT
ANYONE CAN GET ORDERS BY REDUCING PRICE AND FOR MEGAVISA TO
REMAIN ITS INDIAN DISTRIBUTOR THEN THEY NEED TO BRING VALUE
TO THEM.

REGARDS,
NOLI
-------

DEAR NOLI,

UNDERSTAND FROM RELIABLE PEOPLE AT VTL THAT JPO HAS OFFERED
USD 780/MT CIF PRICING FOR HDPE INSULATION.
VTL HAS PLACED ORDER ON THEM FOR 99 MT PRODUCT.

PLEASE COMMENT.

PLEASE ADVISE IF WE CAN SUPPORT THIS PRICE LEVEL.

THANKS/REGARDS
ASHISH

CC: MD KRIPALANI/SUSHANT P

M 3486

10-MAR-1998 17:34   FR  MEGHVISH MUMBAI       PHONE NO. : 00 65 227 8121        Mar. 12 1998 05:43PM P1

```
Author:   MMGLOBAL at UCAP
Date:     09-03-98  10:26 AM
Priority: Normal
TO: R. O. JIMENEZ at UCAP
CC: CHANLS at UCAP
CC: VISACORP at UCAP
Subject: MMG/WC/27/98 - R S METAL (ENGEE)
------------------------------ Message Contents ------------------------------
```

WC/27/98

09/03/98

DEAR NOLI,

PLS REFER CC MAIL OF MR ASHISH ON 04/03/98 IN WHICH HE HAD ASK YOU TO GIVE US U/A FOR ABOVE ORDER I.E CNF PRICE IS SAME AS WC/02/98.

RCVD L/C FOR CIF BOMBAY SO PRICE CALCULATION ARE AS UNDER :

    DFDJ 4960          USD 2200
    INSURANCE          USD    7

    YR CNF PRICE       USD 2193
    COMM 2.875%

    NUC 9861           USD 2600
    INSURANCE          USD    9

    YR CNF PRICE       USD 2591
    COMM 2.875%

WE WL PLACE ORDER SHORTLY.

PLS GIVE US YR U/A.

TKS N RGDS

DEEPAK

---

To: NOLI JIMENEZ — FAX
CC: DEEPAK KHAKHAR — FAX

Dear Noli,

|                  | DFDJ 4960 | NUC 9861 | 27A     | 27B   |
|------------------|-----------|----------|---------|-------|
| CIF Gross Price  | 2200      | 2600     | 226.8   |       |
| Less Insurance   | 7         | 9        | 135.0   |       |
| Less C 2.875     | 63        | 75       | 361.8   |       |
|                  | 2130      | 2516     |         |       |

This is the revised pricing for Emgee's order. Please U/A.

Thanks/Regards
Ashish

c: Noli, we haven't been able to access cc mail for the last 2 days. In case there are urgent messages for us, please fax it on 91-22-4931415. Thanks.

TOTAL P.01

M 3462

```
[1] From: VISACORP at UCAP 8/25/98 2:46PM (1280 bytes: 28 ln)
To: E Q JIMENEZ at UCPFE
Receipt Requested
cc: LAWRENCE CHEUNG, FSFOO, Wong SM (Yvonne) at UCCS, ROZIE at UCCS,
    Aanonsen FG (Fred) at MSMAIL, ROMERO.M at UCPFE, MMGLOBAL
Subject: upcom - mmg/wc/89 - 48 mt nuc 3364 biz conclusion
------------------------------ Message Contents ------------------------------
            dear noli

            you will be happy(pricing is good!!!) to note that we have
            concluded 128 mt (80mt with rpg+48mt with upcom), nuc dgdk
            3364. as you kno rpg and upcom belong to the rpg group and
            hence the common pricing for these order is as given below -

                             usd/mt
            ucc cif price   : 700
            less insurance  :   2
            less c2.975%    :  20
            ---------------------------
            cif nett        : 678
            ===========================

            this pricing will also be applicable for rpg 's 80 mt k3364
            order - mmg/wc/90/98 - the l/c for hich is not yet with us.
            please give your go ahead for this to uccs to avoid hold
            up of order execution.

            by copy, paresh - need your help in providing prompt
            shipment for customer.

            thanks/best regards
            ashish
            8/25

            cc : md kripalani/ajay w
```

- URGENT -

To: E Q JIMENEZ # 81-44-299-5815cc: Paresh 2
    c/o Y. KAWASAKI-SAN — NUC PRL

Dear Noli,

understand from Paresh, that mmg/wc/89 is on hold for want of your price u/A to uccs. Please urgently confirm u/A to Y. Wong - uccs on pricing.

The shipment can be arranged as ETS - 5th sept → If Y. wong gets your u/A today. Otherwise there will be delay in execution of order. Please help.

Thanks/Regards
Ashish
8/28/98

M 3891

**Megavisa**

| | |
|---|---|
| From: | DAVID YAP |
| Sent: | Wednesday, September 02, 1998 11:53 PM |
| To: | ROZIE; Wong SM (Yvonne); Lim JP (Ivy); MMGLOBAL |
| Cc: | ALBERT POH; AMY LEE; WILSON FOO; DICKY LEUNG; ARJUN SAMTANI |
| Subject: | MM GLOBAL SERVICES PTE LTD, SINGAPORE |

I noticed there are some confusion on MMGS's terms of payment.
The correct credit terms are as follows;

Total Credit Limit   USD1,050,000
Standby LCs          USD  350,000

| Products | Source | Credit Terms |
|---|---|---|
| W/C | NUC | O/A 30 days from B/L date, LC, Assignment of LC proceeds. |
| W/C | UCC | O/A 45 days from B/L date, LC, Assignment of LC proceeds. |
| VAM | ASSACO | O/A 30 days from B/L date, LC, Assignment of LC proceeds. |
| IPA | Ex-Singapore | O/A 90 days |
| IPA | UCC | D/A 90 days from B/L date, LC, Assignment of LC proceeds, D/A 120 days from B/L date (subject to Arjun's approval). |
| Others | Ex-Singapore | O/A 30 days |
| Others | UCC | D/A 45 days from B/L date, LC, Assignment of LC proceeds. |

Please go through your s/orders and change the term where necessary.

Thanks & Regards,
David Yap
Sep 2, 1998

| | |
|---|---|
| To: | Mitra, Ashish (P) |
| From: | Deo, Pramod |
| Cc | Marathe, Atul; Gollerkeri, Sharad |
| Bcc: | |
| Date: | 2001-05-10 04:53:50 |
| Subject: | FW: Megavisa Calcutta Branch |

Ashish,

Attached is my report on Megavisa Calcutta Branch Operations. If you have any questions on this let me know.

Best regards,

Pramod Deo.

Attachments:

CALCUTTA.DOC

# MEGAVISA CALCUTTA BRANCH OPERATIONS – AN ASSESSMENT

## PREAMBLE

A visit was made to MegaVisa, Calcutta Branch office on May 8th & 9th, 2001 by Pramod Deo of Dow, Mumbai office. The purpose of the visit was to overview the operations of MegaVisa, Calcutta Branch office and make an assessment as regards its role in promotion of UCC products.

The information was gathered by visiting MegaVisa office and godown in Calcutta, having in-depth discussion with MegaVisa branch employees and by visiting customers doing business with MegaVisa for UCC products. The observations made during the visit are detailed below with the overall impression about MegaVisa, Calcutta.

A. *MegaVisa, Calcutta Branch Office*:- MegaVisa Marketing & Solutions Ltd., has been operating its branch office in Calcutta since 1987. They have been in the existing office premises since 1989.

- **Location**
  The office is located on the Raffi Ahmed Kidwai Road in the central business district area of Calcutta. The office location is very close (2-minute walk) from the famous Park Street which houses offices of reputed business establishments in Calcutta.

- **Area**
  The office has a carpet area of around 150 sq. ft. It has a rental outgo of around Rs.15000/- per month.

- **Office Infrastructure**
  The office has 3 telephone lines (out of which one is tele/fax line) and 1 fax machine. It has 2 computer terminals and one more will get added soon. Office has an Internet connection with can facilitate business correspondence via email with outside world.

- **Licenses in Place**
  Legally the office is operating as a branch office of MegaVisa Marketing & Solutions Ltd. It is registered under Shops and Establishment Act and has the requisite Municipal licenses to operate as a business establishment. The branch office has Central Excise Registration Number and Sales Tax Number to enable it raise invoices for any sales undertaken from local stock. The branch also has bank account in HDFC bank where cheques can be deposited and funds can be transferred to and from Head Office.

- **Branch Reporting**
  The branch operation is administratively headed by Mr. Anish Ghosh based in Calcutta. Mr. Jalani from MegaVisa, Mumbai Head Office is responsible for overseeing the Branch Operations at Calcutta for administration purpose.

- **Future Plans**
  It was stated by branch people that MegaVisa is on the look out for a bigger and better office. They have plans to move to a new office which can accommodate 7 to 8 employees. This is more from the point of view of the portal business that MegaVisa is focussing on.

B.  *Branch Personnel* :- The branch currently staffs 3 employees. Mr. Anish Ghosh who joined MegaVisa directly from UCC has been the founder member of the Calcutta office. The profiles of all the branch employees are covered here.

- **Mr. Anish Ghosh**
  Currently working as Manager joined MegaVisa in 1987 in Calcutta from UCC. He has over 20 years experience in the industry. Anish Ghosh is BSc (Chemistry) by qualification and has done a Post-graduate Diploma in Management. He has also attended various short-term nanagement courses. He was also trained by UCC in Japan for over a week.

  Anish Ghosh started his career with Dupont agent in Calcutta and then moved on to Ion Exchange. He then joined UCC in its indenting business division in Calcutta.

- **Supratik Roy**
  Currently working as Asst. Manager – Marketing joined MegaVisa in Calcutta branch almost a decade ago. Supratik has over 12 years experience in industry.

  Supratik is B.Tech in Polymers (which is a 3 years course after B.Sc Chemistry) from Calcutta University. He started his career with Dupont agent in Calcutta and then joined MegaVisa. He has been trained by UCC in Singapore

- **Joy Mukhopadhyay**
  Working as office assistant. Was hired as contract employee and was taken on MegaVisa roll in 1994.

  He started his career in MegaVisa as a stenographer and now also assists in office administration work.

C. *Area Covered by MegaVisa, Calcutta Branch* :- The Branch Operations are responsible for doing business in West Bangal, Orissa, Bihar, Assam and other North Eastern states. They had made visits to Nepal & Bangladesh to explore business potential for specific products which were of interest to UCC then but never got involved actively in those countries.

UCC has been operating in Nepal through their agent M/s. Tibrewalla and Sons Pvt. Ltd., based in Kathmandu (Tel nos. : 977-1-224749, Fax : 977-1-225493)

D. *Business conducted by MegaVisa, Calcutta*:- The branch people see good scope for promotion of UCC/DOW products in Paints, Packaging, Printing, Adhesive, Telecom industries. In year 2000 the branch did indenting business of the order of 1 MM USD and its ex-stock sales were around Rs.90 lac. Large parts of ex-stock sales were of Witco products, which are no longer there.

- **Major Products**
  The current focus of the branch operations is on the following major businesses
  - Vinyl Resins (total market 150 MT)
  - Wire and Cable (total market 17000 MT)
  - HEC (total market 70 MT)
  - Molecular Sieves belonging to UOP range (total market 80 MT)

  Apart from these there is also moderate potential for
  - Triton Series
  - Glutaraldehyde
  - Polyox

- **Ex-Stock v/s Indent Sales**
  Majority of the sales in the region are indent sales. Given below is the break up of 2001 sales plan based on ex-stock and indent sales.

| Product | Total Volume | Ex- Stock | Indent |
|---|---|---|---|
| Vinyl Resin | 100 MT | 35 MT | 65 MT |
| HEC | 60 MT | 10 MT | 50 MT |
| Wire & Cable | 1200 MT | Only indent sales subject to pricing support | |
| Molecular Sieves | 45 MT | 5 MT | 40 MT |

- **Major Customers**
  As stated the customers mostly belong to paint, printing, packaging, telecom sectors. Listed below are important customers for focussed businesses.

  - Vinyl Resin – India Foils, Hindustan Seals
  - Wire & Cable – Hindustan Cables, Usha Beltron, Bihar Electronics
  - HEC – Berger, Jenson & Nicholson
  - Molecular Sieves – Haldia, Steels plants at Durgapur, Bokara, Rourkela etc.
- **Network of traders** – All the sales are directly to end-users.

  The branch sees little value in operating through local traders.

E. *Godown at Calcutta* :- Godown is located in Chandni Street Area which is a wholesale market in Calcutta. The storage space (carpet) is around 120-150 sq. ft.

The godown is owned and managed by C&F agent (M/s. Alpha Assignments & Associates Ltd.) MegaVisa pays a fixed rental for godown plus the service charges for handling products for stock and sale.

The godown does not have any license for storage of chemicals & hazardous products due to its location. During the visit there was hardly any stock of products in the godown.

F. *Customer Visits* :- We had planned to visit Berger Paints and Jenson & Nicholson Ltd with MegaVisa. Both these customers are key customers for UCC products handled by MegaVisa. We had a useful meeting with Berger, however, meeting with Jenson & Nicholson could not take place as the concerned person had to leave for factory for some urgent work.

Berger is buying HEC (almost 100% of their requirement) from UCC through MegaVisa. The purchase Manager at Berger Mr. Rajeev Mukherjee wanted to know the role of MegaVisa post UCC merger and said categorically that he would prefer to deal directly with Dow (as he has been doing already for epoxy resins)

Mr. Mukherjee also pointed out few pending business issues, which have not been satisfactorily resolved by MegaVisa for quite sometime. He also passed on adverse remarks about the MegaVisa personnel he has been dealing with.

I did have a telephonic conversation with Mr. Prabal Ganguly of Jenson & Nicholson. He was keen to know about MegaVisa's role post UCC merger.

G. **_Overall assessment_**:- The MegaVisa office although in good locality is not in a good building. The office interiors are done poorly and fail to give a good impression about the company.

The godown of MegaVisa is in wholesale market area, which is highly congested. The godown building is old and is in dilapidated condition. It is totally unfit to be used as a godown for storage of chemicals / Dow products.

The limited feedback received from an important customer like Berger Paints unfortunately portrayed MegaVisa personnel as opportunistic and non-committal.

Overall there is hardly any value that MegaVisa Calcutta Branch Operations can bring to Performance Chemicals Business.

H. **_Recommendations_**: - The major customers should be handled directly by Dow, Mumbai office.

If required local traders or agents can be selectively involved to do the necessary follow up with customers locally.

* * * * * * * *

Page 1 of 2

Gen'y

**Main Identity**

| | |
|---|---|
| From: | "M D Kripalani" <kripalani@megavisa.com> |
| To: | "'Mitra, Ashish (P)'" <MITRA@dow.com> |
| Cc: | "Gollerken, Sharad" <GOLLERKERI@dow.com>; "Deo, Pramod" <DEO@dow.com>; "Marathe, Atul" <MARATHE1@dow.com>; "Mody, Arpana (A)" <AMody@dow.com>; "Desai, Moushumi (M)" <MDesai2@dow.com>; "Rozli, Rozie (R)" <rozlir@ucarb.com>; "Chia, Weng-Lock (WL)" <WLCHIA@dow.com>; "Leong, Julinda (J)" <leongj1@ucarb.com>; "Survase, Vaishali (VR)" <NVAISHALI@dow.com>; <megavisa@singnet.com.sg>; <chennai@megavisa.com>; <shrikant@megavisa com>; <prashesh@megavisa com>; <nishit@megavisa com>; <moni@megavisa.com> |
| Sent: | Wednesday, May 30, 2001 1:34 PM |
| Subject: | RE: RE : MEGAVISA ORDERS THRU SINGAPORE / PERFORMANCE CHEMICALS |

To : Ashish Mitra,

cc : Sharad Gollerkeri
 Pramod Deo
 Atul Marathe
 Arpana Mody
  Moushumi Desai
  Rozie Rozli
  Weng-Lock Chia
  Julinda Leong
  Vaishali Survase

  Nishit Mehta
  Sanjiv Sanghvi
  S.A.Kumar/Shrikant Naik/Prashesh Desai
  Moni

Ashish,

Referring to your subject message please be advised that I have already advised Megavisa Singapore office to register orders on Rozie UCCS with cc. to concerned Sales person (Pramod/Sharad/Atul) at Dow Bombay with copy to you. As suggested by you, the Dow India Sales person in turn will get clearance from the Marketing Managers in Perf. Chemicals and advise Rozie to proceed.

Ashish, in most of the cases, we already have CIF approval from you. I personally feel Dow India personnel/you can give go ahead to Rozie without referring to Marketing Manager again for FAS prices, since in any case they (Dow Marketing Managers) have already approved CIF prices and between CIF and FAS factors are established nos. This will of course save time and the process will be speedy. I will discuss with you this. when you are back from you tour but in the meantime we/Megavisa Singapore will proceed as suggested by you.

Thanks and Best Regards,
Moti Kripalani
-----Original Message-----
From. Mitra, Ashish (P) [SMTP:MITRA@dow com]
Sent: Friday, May 25, 2001 6:14 PM
To: 'Kripalani M D'
Cc: Gollerkeri, Sharad, Deo, Pramod; Marathe, Atul; Mody, Arpana (A); Desai, Moushumi (M); Rozli, Rozie (R), Chia, Weng-Lock (WL); Leong, Julinda (J), Survase, Vaishali (VR)
Subject RE : MEGAVISA ORDERS THRU SINGAPORE / PERFORMANCE CCHEMICALS

M 5350

30/05/01

To: 'mittal@megavisa.com'; 'kripalani@megavisa.com'; Marathe, Atul; Deo, Pramod; Gollerkeri, Sharad; Rozli, Rozie (R); Yeo, Christina (SK); Chia, Weng-Lock (WL); Leong, Julinda (J); Lee, Amy (A); Desai, Moushumi (M); Survase, Vaishali (VR); D'Souza, Jessie
From: Mody, Arpana (A)
Cc: Mitra, Ashish (P)
Bcc:
Date: 2001-06-13 03:14:04
Subject: Mega Visa Orders through Singapore (Chemicals and Performance Chemicals)

This morning, we had a joint meeting with Mr.Ajay Mittal and Mr. Moti Kripalani of Mega Visa-Mumbai, alongwith Mr.Atul Marathe, Mr. Pramod Deo, Mr.Sharad Gollerkeri and myself from Dow-India.

We agreed on the following procedural steps for handling Mega Visa orders through Singapore :

\*      Mega Visa-Mumbai, after obtaining enquiry will refer to respective Business Managers in Dow-India for pricing. This will be for products where pricing is not Standard and subject to change.

\*      For Standard products, quarterly / monthly pricing to be given to Mega Visa-Mumbai to expedite submission of offer and booking of business. (Business Managers will advise Mega Visa on this).

\*      After the order is received from customers, Mega Visa-Mumbai will enter soft/hard orders for the total quantity booked with Mega Visa-Singapore. Mega Visa-Mumbai will give CIF and FOB prices to Mega Visa-Singapore.

\*      For the order(s), which are on Annual contract or Quarterly contract basis, the same procedure will be followed. The total ordered quantity will be entered on Mega Visa-Singapore with staggered deliveries, if required. This will freeze the price for the ordered quantity.

\*      After getting order from Mega Visa-Mumbai, Mega Visa-Singapore will place order on UCC-Singapore, under copy to respective Business Managers and Mr. Ashish Mitra at Dow India for price approval.

\*      Respective Business Managers in Dow-India will give go ahead to Rozie / Christina (UCC-Singapore) for all orders, for their respective groups.

\*      The whole process should be targeted to be completed within 3-4 days time.

Please advise if there are any concerns on above procedure.

Best Regards,

Ashish P. Mitra
Chemicals & Performance Chemicals, Dow India.,
E-Mail : mitra@dow.com   Tel : 91-22-5245830    Fax : 91-22-5246391.  Mob : (91) 982 0000 332

| | |
|---|---|
| To: | 'megavisa solutions' |
| From: | Ng, Siew Kwan (S) |
| Cc | Sim, Bee-Leng (BL) |
| Bcc: | |
| Date: | 2001-08-30 03:46:33 |
| Subject: | Payment from Megavisa |

Sanjiv,
We are still not able to identify any payment of the below amount in our bank account that was remitted from Megavisa. Can you please advise which account was this payment remitted to? Also, could you please check with the remitting bank.
Thanks & Regards
-Siew Kwan

-----Original Message-----
From: megavisa solutions [mailto:megavisa@singnet.com.sg]
Sent: Tuesday, August 28, 2001 11:46 AM
To: Ng, Siew Kwan (S)
Cc: Sim, Bee-Leng (BL)
Subject: Re: EDA orders


Siew Kwan

Today we are paying abt USD 100,000 to you. FYI.

Reg Standby LC, due to some bank holidays in India during last week, it
will be done before this weekend.

tks n rgds
SANJIV SANGHVI


----- Original Message -----
From: "Ng, Siew Kwan (S)" <SKNG@DOW.COM>
To: <megavisa@singnet.com.sg>
Cc: "Sim, Bee-Leng (BL)" <blsim@dow.com>
Sent: Monday, August 27, 2001 7:03 PM
Subject: FW: EDA orders


> Sanjiv,
> More than 10 days has past. Is the additional standby LC and the change
in
> beneficiary name of the old standby LC in place?
> Also, we still not able to see your payment coming in promptly as what you
> have agreed in our previous meetings.
> Regards
> -Siew Kwan
>
> -----Original Message-----
> From: megavisa solutions [mailto:megavisa@singnet.com.sg]
> Sent: Wednesday, August 15, 2001 5:28 PM
> To: Ng, Siew Kwan (S)
> Subject: Re: EDA orders
>
>

DI4001377

> Dear Siew Kwan
>
> It will in place in next 10 days as disucssed with Mr. Ajay Mittal during
> our meeting on 14th,
>
> rgds
> SANJIV SANGHVI
>
> ----- Original Message -----
> From: "Ng, Siew Kwan (S)" <SKNG@DOW.COM>
> To: "'megavisa solutions'" <megavisa@singnet.com.sg>
> Cc: "Sim, Bee-Leng (BL)" <blsim@dow.com>; "Yeo, Christina (SK)"
> <skyeo@dow.com>
> Sent: Wednesday, August 15, 2001 4:28 PM
> Subject: RE: EDA orders
>
>
> > Sanjiv,
> > Please advise when can we receive the additional standby LC from
Megavisa.
> > Regards
> > -Siew Kwan
> >
> > -----Original Message-----
> > From: megavisa solutions [mailto:megavisa@singnet.com.sg]
> > Sent: Wednesday, August 15, 2001 3:14 PM
> > To: NG SIEW KWAN
> > Cc: bee leng; Yeo christina
> > Subject: Fw: EDA orders
> >
> >
> > Dear Siew Kwan
> >
> > We are remitting USD 50,000 by tomorrow n hence request you to kindly
> > release the flwg spore shpt orders as the customers need these mtrl
> > urgently.
> >
> > Pls help.
> >
> >
> > rgds
> > SANJIV SANGHVI
> >
> >
> > ----- Original Message -----
> > From: "Yeo, Christina (SK)" <skyeo@dow.com>
> > To: "'Mallika-Megavisa'" <megavisa@singnet.com.sg>
> > Sent: Wednesday, August 15, 2001 2:52 PM
> > Subject: EDA orders
> >
> >
> > > Mallika,
> > >
> > > Ref no as per below.
> > >
> > > MVS/IPDC/44/2001 PT 2 - 94040446
> > > MVS/IPDC/36/2001 PT12 - 94040451
> > > MVS/IPDC/36/2001 PT11 - 94040448

DI4001378

```
> > > MVS/IPDC/36/2001 PT13 - 94040509
> > > MVS/IPDC/36/2001 PT15 - 94040512
> > > MVS/IPDC/36/2001 PT14 - 94040510
> > >
> > >
> > > Mallika,
> > > The above order no are just for your references.I'm still pending for
> > > confirmation to release the orders.
> > > Pls make booking only upon receiving the confirmation from me.
> > > Thanks
> > >
> > > Best Regards,
> > > Christina Yeo
> > > Customer Service
> > > Dow Chemical Pacific (S) Pte Ltd
> > > Tel : 65-6609161  Fax : 65-2688179
> > > Email : skyeo@dow.com
> > >
> > >
```

DI4001379