Wan, Patricia (R)

**DS 200749**

From: Wan, Patricia (R)
Sent: Wednesday, September 05, 2001 2:04 PM
To: Gollerken, Sharad
Cc: Rozli, Rozie (R), Szczech, Francis (F)
Subject: RE MVS/SVR/26/2001 - HINDUSTAN

Hello Sharad,

Order's been processed, however, it's currently under 'credit hold' per my earlier email

Thank you & best regards,

*Patricia Wan*

Tel @ 65-660 9164
Fax @ 65-268 8179
MS Outlook  : Wan, Patricia (R)
Internet Email  wanpr@dow com

05Sept'2001

-----Original Message-----
From: Gollerkeri, Sharad
Sent: Wednesday, September 05, 2001 1:15 PM
To: Wan, Patricia (R)
Cc: Rozli, Rozie (R); Szczech, Francis (F)
Subject: FW: MVS/SVR/26/2001 - HINDUSTAN

Patricia,
       Pls process this order    Price is approved. Material needs to reach India before end Oct 01

Best Regards,
*Sharad Gollerkeri*
Performance Chemicals -India.
Ph  +91-22-597 8523
Fax:+91-22-524 6390

-----Original Message-----
From: megavisa solutions [mailto:megavisa@singnet.com.sg]
Sent: Tuesday, September 04, 2001 1:52 PM
To: Wan PR (Patricia)
Cc: SHARAD GOLLERKERI; ASHISH MITRA
Subject: Re. MVS/SVR/26/2001 - HINDUSTAN

MEGAVISA SOLUTIONS

04/09/01

**HARD & SHIPPABLE ORDER**

9/5/2001

Please register the following indent -

**DS200750**

| | |
|---|---|
| Our Ref | MVS/SVR/26/2001 |
| Sold to | HINIDUSTAN INKS AND RESINS LIMITED<br>BILAKHIA HOUSE<br>MUKTANAND MARG<br>CHALA, VAPI 396 191<br>GUJARAT, INDIA |
| Description of goods | UCAR SOLUTION VINYL RESIN VAGH |
| Quantity | : APPROX 14515.20 KGS (640 BAGS) |
| Price | USD 3 046/KG FAS |
| Payment Terms | : 45 DAYS OPEN CREDIT |
| Country of origin | · USA |
| Port of Loading | · USA |
| Port of Discharge | MUMBAI/NHAVA SHEVA PORT |
| Shipment | IMMEDIATE (URGENT) |

SPECIAL INSTRUCTIONS:

1 Pls send O/A
2 CIF BREAKUP DTLS

```
CIF       · USD 3 300/KG
LESS
DOC   .       0 009/KG
FRT           0 138/KG
INS           0 011/KG
COMN  .       0 097/KG
                --------
FAS NET    USD 3 046/KG
```

Thanks and regards
MALLIKA

9/5/2001

Wan, Patricia (R)                                                                             DS200751

| | |
|---|---|
| From | Wan, Patricia (R) |
| Sent. | Tuesday, September 04, 2001 7 18 PM |
| To | 'MEGAVISA'; Ng, Siew Kwan (S) |
| Cc: | Marathe, Atul, Gollerkeri, Sharad, Mitra, Ashish (P), Rozli, Rozie (R) |
| Subject: | CREDIT HOLDS - MEGAVISA ORDERS |
| Importance | High |

Hello Malika,

Below are list of orders which are on credit blocks  Pls work with Credit to advise on your payment status of your outstanding bills  By copy to sellers, pls work with credit to have the orders release for your respective areas if you have any issues

1) IA/Po no   94041531/40012500 - MVS/IPDC/54/2001 (Air-Freight)
2) IA/Po no   94041516/40012501 - MVS/IPDC/28/2001 - PT 3
3) IA/Po no . 94041528/40012498 - MVS/IPDC/52/2001
4) IA/Po no   94041518/40012493 - MVS/SVR/22/2001
5) IA/Po no · 94041520/40012494 - MVS/SVR/23/2001
6) IA/Po no . 94041523/40012495 - MVS/SVR/26/2001
7) IA/Po no . 94041524/40012496 - MVS/SVR/27/2001

Siew-Kuan  Appreciate if you could further advise on release status  Thanks

Thank you & best regards,

*Patricia Wan*

(for Rozie)
Tel @ 65-660 9164
Fax @ 65-268 8179
MS Outlook   : Wan, Patricia (R)
Internet Email  wanpr@dow com
04Sept'2001

1

| | |
|---|---|
| To: | Ravi, Muthukrishnan; Cheung, Lawrence (L); Babu, Vipul (VH); Ong, Sam (S) |
| From: | Mitra, Ashish (P) |
| Cc | Percossi, Horacio; Wildi, Markus (M); Kumar, Mukul (M); Poli, Luciano (L); Vora, Anand (K) |
| Bcc: | |
| Date: | 2001-12-04 01:51:24 |
| Subject: | RE: Megavisa overdues |

Having Mukul coordinate order releases is fine with us. Thanks for the note.

Best Regards,
Ashish P. Mitra
Performance Chem. & Chemicals, Dow India
Tel : 91-22-5978503   Fax : 91-22-5246391   Mob : (91) 982 0000 332

-----Original Message-----
From:   Ravi, Muthukrishnan
Sent:   Tuesday, December 04, 2001 1:13 PM
To:     Cheung, Lawrence (L); Mitra, Ashish (P); Babu, Vipul (VH); Ong, Sam (S)
Cc:     Percossi, Horacio; Wildi, Markus (M); Kumar, Mukul (M); Poli, Luciano (L); Vora, Anand (K)
Subject:        Megavisa overdues


As you are aware we currently have a $1.4 MM exposure to megavisa. The standby LC stands at 0.6 MM. I have been constantly talking to MV and do not feel comfortable about releasing the credit block until they have had a chance to make another payment this week. The promised amount is $0.2 MM and this will bring the exposure down to 2X standby LC. I have discussed the issue with Mukul and thereafter as a strategy I suggest we release orders equivalent of 50% of the installment paid. ultimately we would like to see our exposure never get beyond 150% of stand by LC limit.

MV is obviously not used to such close coordination . I get a feeling that there is an attempt to get orders through by misquoting different Dow entities. Obviously this is to our disadvantage given our near term strategy on the performance chemical business currently handled by MV. I would therefore suggest that we coordinate credit blocks/releases through Mukul and provide only a single interface for Megavisa. If you agree I would like to take the coordination role with megavisa and work with Mukul based on the above mentioned strategy.
Regards,

Ravi
Country Manager-India
Tel:: 91-22-5978535
Voicemail: 91-22-5878601 extn 535

DI4001536

To:       Ravi, Muthukrishnan
From:     Marathe, Atul
Cc        Deo, Pramod; Gollerkeri, Sharad; Kumar, Mukul (M); Mitra, Ashish (P); Scherrer, Walter (W)
Bcc:
Date:     2002-01-30 05:25:49
Subject:  Megavisa Issues

Ravi

I request you to call an urgent internal meeting to discuss on Megavisa issue. Since Ajay Mittal is delaying communicating about our decision to his employees ,1) Megavisa sellers are going all out and procuring orders , 2)when even the old orders are still on Credit Block , entering new orders is creating complications 3)even if we resist taking new orders - customers are calling us and asking to deal directly.

I think - we should put pressure on Megavisa and start taking orders directly ( to avoid credit issues ).. We can pay commission to Megavisa for the orders entered till end March ' 02. Also time is running out for us to make joint calls if we have to wait for Mittal to communicate to his employees.

The attached is one such classic case and I am sure very soon the target for complaint will shift from Megavisa to Dow.

Thanks.
ATUL

---

Attachments:

SCANNEDD.jpg

DI4003327


**Fosroc Chemicals (India) Limited**
Hafeeza Chamber, II Floor,
111/3, K H Road, P B No.2744,
Bangalore-560 027.
Phone: 2225806, 2240120, 2240342,
2240182, 2240018
Fax : 080-2233474

# fax message

| to | M/s DOW, Mumbai | date | 01/01/2002 |
|---|---|---|---|
| from | R Bhaskar | reference | FCIL/02-01/P43 |
| fax number | 022 524 6391 | number of pages | One |
| Subject | Polyox WSRN 301 | | |

Kind Attn: Mr Ashish Mitra

We are facing problems in Supplies of Polyox WSRN 301. The orders listed below, couple of which, are pending for quite some time now. We do not have positive feed back from M/s MegaVisa on whom the Orders has been placed and they are not sure when these are being despatched. Can you please look into this and Influence your manufacturing company to effect despatches immediately along with the recent Orders that has been placed. Also, let us know if we can deal with you directly in future for Polyox WSRN 301

As these materials are required very urgently for executing an important order of ours, we request you to look into this on top priority.

### Details of Orders

| Sl No | Our PO No | Qty | Status |
|---|---|---|---|
| 1 | IMP0060 Dated 30/10/2001 CIF Mumbai | 127 Kgs 2 Drums | 63.5 Kgs Delivered 63.5 Kgs PENDING |
| 2 | IMP/000173/00-01 Dtd 15/12/2001 CIF Bangalore | 6.35 Kgs 1 Drum | PENDING |
| 3 | IMP0071 Dated 22/01/2002 CIF Mumbai | 190.5 Kgs 3 Drums | PENDING |
| 4 | IMP/000177/01-02 Dtd 22/01/2002 CIF Bangalore | 127 Kgs 2 Drums | PENDING |

Thanks & Regards

R Bhaskar
Corporate Purchase Manager


ISO 9002

| | |
|---|---|
| To: | Mitra, Ashish (P); Deo, Pramod; Gollerkeri, Sharad; Marathe, Atul; Kumar, Mukul (M) |
| From: | Ravi, Muthukrishnan |
| Cc | |
| Bcc: | |
| Date: | 2002-02-04 05:53:49 |
| Subject: | RE: Chemicals & Performance Chemicals Business |

Pl note:
1. future sales will also be done by us
2. pl consult Mukul on selecting the orders to process


-----Original Message-----
From: Ravi, Muthukrishnan
Sent: Monday, February 04, 2002 4:59 PM
To: 'Ajay Mittal'
Cc: Mitra, Ashish (P); Deo, Pramod; Gollerkeri, Sharad; Marathe, Atul
Subject: RE: Chemicals & Performance Chemicals Business


Dear Ajay,

This documents our discussion of today:

We both agreed that with the overdue situation and the resultant credit block, the customer ultimately suffers. Hence it will be in the best interest of the customer to let Dow handle the orders in the pipeline. Dow sales folks will sit with megavisa and decide on the orders that would be processed. Dow would pay megavisa a commission on such orders in line with the agreement in place with megavisa.

Please note that we will only process those orders that fit in with Dow's business and credit policy.

DI4003375

*Graham*
**DS 209052**
*For your information*

**DOW**

Dow Chemical International Pvt. Ltd.
Registered Office
Corporate Park, Unit No. 1
V. N. Purav Marg, Chembur
Mumbai 400 071
India
Tel 91-22-5245030
Fax 91-22-5231407
Voicemail 91-22-5245838

February 15, 2002

Mr. Ajay Mittal
Chairman
MegaVisa Marketing & Solutions Ltd
5th Floor, "C" Wing, Twin Arcade
Military Road,
Off. Marol-Maroshi, Andheri(E)
Mumbai 400 059

Dear Ajay,

The letter is to seek your opinion/ information on several issues.

1. As per your request we have mailed the invitation for the customer event to Charles Zeynel and would welcome you, Moti Kriplani and Charles to attend the Customer Event on behalf of Megavisa.

2. We thank you for indicating that you will clear the overdue situation through a payment of US$ 500,000 by end February'02 and a similar amount in March'02.

3. We have set up a meeting for you with Mr. Graham Fox on 25th Feb'02 at the ITC Grand Maratha Sheraton & Towers, and we thank you for confirming the same. Please let us know who else will accompany you for this meeting.

4. We would like to reconfirm that it is indeed our intent to come back to you with what we mean by non-compete clause and the compensation referred to. However, as indicated to you, we can do this by end Feb'02 when you have had a chance to make the first tranche of payment.

   As you can well appreciate, 3 weeks have passed since you promised to make a payment of US$250,000 to clear the dues as on that date. We have only seen an amount of US$80,000 being paid from your end, with the overdue situation increasing day by day. I appreciate your understanding in this regard.

5. We have not seen much co-operation from Megavisa on the agreed joint customer visits. As you will recall, this was agreed to at the initial meeting we had. Please let us know whether there has been a change on the same from your end.

DS 209053

6. As agreed, we are proceeding with direct handling of orders in the pipeline which Megavisa cannot service due to the overdue situation. We re-confirm that the applicable commission on all processed orders in the pipeline will be paid to Megavisa. In this connection, it is necessary for us to call on some of the customers to negotiate certain aspects of the order. As indicated to you, we would appreciate if the Megavisa personnel can accompany Dow people in these visits. At the very least, we will let you know as early as possible of our intent to meet and seek your participation in these meetings.

7. Your claims regarding Wire and Cable business have been passed on to Mr. Lawrence Cheung in Singapore and we will co-ordinate a response either directly or through Dow India on the same.

Ajay, as indicated it is our intent to make this transition as smooth and as painless for both Megavisa and Dow, India. We will make best efforts to make this a reality. I hope you will do the same. Please do not hesitate to give me a call if you need any further clarifications.

Thanks and regards

Ravi Muthukrishnan
Managing Director

| | |
|---|---|
| To: | Kumar, Mukul (M) |
| From: | Survase, Vaishali (VR) |
| Cc | Chia, Weng-Lock (WL); Vora, Anand (K); Ng, Siew Kwan (S); Rozli, Rozie (R); Scherrer, Walter (W); Mitra, Ashish (P); Deo, Pramod; Marathe, Atul; Gollerkeri, Sharad; Babu, Vipul (VH); Ravi, Muthukrishnan; Rozli, Rozie (R) |
| Bcc: | |
| Date: | 2002-02-18 03:16:57 |
| Subject: | RE: MV Orders Shipped but not Invoiced |

Mukul
Further to our telecon on the subject issue - I wish to inform you that this decision of invoicing Mega Visa customers directly for all those orders which have been shipped to Mega Visa , is not practical.

For the benefit of all marked on this mail - let me explain the background.
The current exposure on MV is USD 1.23 MM, out of which USD 1 MM is current and balance is past due. We also have USD another USD 254 M of Orders that have been shipped but not invoiced. All these orders were shipped in Dec/Jan. We had held back invoicing as we were waiting for payment to come in first. This was to keep the pressure on the customer before we cut the invoices.

Now since the supply cycle is cut and MV is going to take a while to retire its present past dues, as MV has committed to Ravi to clear only by end Feb, the credit function (Mukul) thinks it is okay in invoicing the shipped orders. However, Mukul proposes to bill these shipments directly to the customers to whom Mega Visa sold the material.


My comments :
Rozie's reason in below mail are well supported by me.
Secondly, this fact-finding and follow-up on old orders requires dedicated person. My existing work-load will not enable me to carry out this activity.
Moreover - following up on o/s payments is sales-activity. I have therefore marked this mail to all the sales person and Business, and request their comments on the same.

Mukul / Ravi
We need to keep the Business/sales informed to know if they too are on the same lines as you.


Regards,
Vaishali Survase

-----Original Message-----
From:   Rozli, Rozie (R)
Sent:   Friday, February 15, 2002 3:48 PM
To:     Kumar, Mukul (M); Survase, Vaishali (VR)
Cc:     Chia, Weng-Lock (WL)
Subject:        RE: MV Orders Shipped but not Invoiced

Mukul,

This is not a GOOD idea !!!

Shipment has already effected and I believe that Megavisa has already invoiced their customers accordingly.We receive p/o from Megavisa and not from customers. As such we should invoice Megavisa and not their customers. Also pls bear in mind that customers have issued l/c with Megavisa and they are obliged to pay Megavisa and not Dow

We must also factor in the pricing sensitivity issue when invoicing the end customers directly.I presume that Megavisa is charging customer at their higher price than Dow is charging Megavisa.

DI4003464

I suggest you to re-consider your opinion below and remain to invoice Megavisa on the orders that have already been shipped.

Rozie
Dow Chemical Pacific (Singapore)Pte Ltd
Customer Service Representative
Email address : rozlir@dow.com
Tel no: 65-6609114
Fax no : 65-2688179

(Please take note on the coming public holidays in Singapore : 12 & 13 Feb 2002)

-----Original Message-----
From:    Kumar, Mukul (M)
Sent:    Friday, February 15, 2002 4:20 AM
To:      Rozli, Rozie (R); Survase, Vaishali (VR)
Subject:         RE: MV Orders Shipped but not Invoiced

Rozie, could you please ckeck who are the end customer's for these orders. Perhaps we could invoice them directly. Would that be possible from logistics standpoint (taking docs back form BDP etc) if the Sales can talk to customers they agree for direct invoicing of already shipped material.

regards,

Mukul

-----Original Message-----
From:    Rozli, Rozie (R)
Sent:    Friday, February 15, 2002 2:30 PM
To:      Survase, Vaishali (VR); Kumar, Mukul (M)
Subject:         RE: MV Orders Shipped but not Invoiced

Yes.

The list is still the same as what I have provided you 2 weeks back. I am still pending to receive reply from you, Mukul, to give me a go ahead to invoice Megavisa.

Rozie
Dow Chemical Pacific (Singapore)Pte Ltd
Customer Service Representative
Email address : rozlir@dow.com
Tel no: 65-6609114
Fax no : 65-2688179

(Please take note on the coming public holidays in Singapore : 12 & 13 Feb 2002)

-----Original Message-----
From:    Survase, Vaishali (VR)
Sent:    Friday, February 15, 2002 3:32 AM
To:      Kumar, Mukul (M); Rozli, Rozie (R)
Subject:         RE: MV Orders Shipped but not Invoiced

Mukul
The lsit is the same as what Rozie informed 2 weeks back - Am I right Rozie ?

DI4003465

Regards,
Vaishali Survase

-----Original Message-----
From:    Kumar, Mukul (M)
Sent:    Friday, February 15, 2002 2:01 PM
To:      Survase, Vaishali (VR); Rozli, Rozie (R)
Subject:         MV Orders Shipped but not Invoiced

Vaishali/Rozie, Please update me on all MV orders that have been SHIPPED and they are not INVOICED on MV as yet.

regards,

Mukul Kumar
Dow India Treasury
*  91-22- 5978 533 * (Cell): 91-98200 29623
*91-22-523 1407 *mkumar@dow.com

DI4003466

## CERTIFICATE OF SERVICE

This is to certify that that a copy of the Defendants' Reply Memorandum in Support of Defendants' Motion to Dismiss was sent by overnight mail (except where otherwise indicated that it was sent by courier) on this 4th day of August, 2004, as follows:

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325

Robert M. Langer, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT  06103
(by courier)

Paul A. Winick, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY  10022-6225

Craig A. Raabe