EXHIBIT 6

12/07 2000 WED 15.19 FAX                                              ☎001/002



ATTN: MR. AJAY MITTAL

Regd.
SPHJIv   1/2

**UNION CARBIDE ASIA PACIFIC, INC**
(INCORPORATED IN U.S.A WITH LIMITED LIABILITY)
ASIA PACIFIC HEADQUARTERS

*Ron Neri*
*President*

27 June 2000

Mr Sanjiv Sanghvi
Director
Megavisa Solutions (S) Pte Ltd
No. 3 Shenton Way
#07-04 Shenton House
SINGAPORE 068805

Dear Mr Sanghvi

This is to confirm Union Carbide's interest in selling to as its distributors to M/s. Megavisa Solutions (S)
Pte Ltd. (Megavisa) effective as of 1ˢᵗ July 2000, certain of Union Carbide's products for resale by
Megavisa to customers located in India.

Each such sale, of course, would be contingent upon the continuing interest of Megavisa and Union
Carbide and a mutual agreement on specific terms including volume, specifications, price, payment and
delivery. However, certain aspects of our dealings should be consistent such as the following:

- Unless otherwise specified by the parties, all shipments under this contract shall be made on
  Megavisa's behalf and in Megavisa's name as shipper. Megavisa shall have title to product and
  shall bear all risks associated with product from the time when product has effectively passed the
  ship's rail at the point of shipment.

- Unless otherwise requested by Megavisa, Union Carbide will arrange ocean transportation with its
  usual carriers. The issue as to which party bears the cost of such transportation shall be negotiated
  on a case by case basis.

- Megavisa purchase price will customarily include a mutually acceptable reseller's discount that will
  be established based on the product, volumes, etc.

- Megavisa will consign and sell all the products, as supplied by Union Carbide Corporation and its
  affiliates only to the customers in India and not to customers in any other country in the world. If
  Megavisa sells any of these products in any countries outside of India, the Distributorship
  arrangement with Megavisa will forthwith be terminated without any notice.

We recognize that there may be instances when it is more economical or otherwise efficient for
Megavisa to purchase products from the stock of the appropriate Union Carbide affiliate in the
Asia Pacific region such as Union Carbide Asia Limited in Hong Kong. In such cases, Union Carbide
will recommend to its affiliate that it follows the same protocol set forth in this letter.

**M 0009**

3 Shenton Way #22-01 Temasek Tower, Singapore 068811   Tel (65) 322 9936  Fax (65, 225-1845

There also may be instances where Union Carbide will elect not to sell Megavisa a given product when Union Carbide is not satisfied as to its appropriateness from a health and safety standpoint due to the sophistication of the market, the product and/or the ultimate customer. However, we trust that we will be in agreement on the vast majority of such instances.

This agreement will commence with immediate effect and shall continue in effect for one year and thereafter unless terminated by Union Carbide in its sole discretion on ninety days prior written notice.

We sincerely look forward to developing a mutually beneficial relationship in the days ahead.

Very truly yours,
UNION CARBIDE ASIA PACIFIC INC

RON NERI

8 Shenton Way, #22-01 Temasek Building, Singapore 068811   Tel . (65) 322-9966  Fax  (65) 225-1845

M 0010