Page 1

```
 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF CONNECTICUT

 3

 4   MM GLOBAL SERVICES, INC.,
     MM GLOBAL SERVICES PTE., LTD.,
 5   MEGA VISTA SOLUTIONS (S)
     PTE., LTD., and MEGA VISA
 6   MARKETING SOLUTIONS, LTD.,

 7              Plaintiffs,
                                     Case No. 3:02cv 1107 (AVC)
 8   -vs-

 9   THE DOW CHEMICAL COMPANY,
     UNION CARBIDE CORPORATION,
10   UNION CARBIDE ASIA PACIFIC,
     INC., UNION CARBIDE CUSTOMER
11   SERVICES PTE., LTD., and DOW
     CHEMICAL PACIFIC (SINGAPORE)
12   PTE., LTD.,
                Defendants.
13   _____/

14

15              DEPOSITION OF EDWARD W. DEBOR

16     Taken by the Plaintiff on the 17th day of June,

17     2004, at 1606 West Carpenter, Midland, Michigan

18     at 9:00 a.m.

19   APPEARANCES:

20   For the Plaintiff:   MS. MARY B. MURRANE
                          Bingham McCutchen, LLP
21                        150 Federal Street
                          Boston, MA  02110-1726
22                        (617) 951-8278

23   For the Defendant:   MR. ANDREW S. MAROVITZ
                          Mayer, Brown, Rowe & Maw, LLP
24                        190 South La Salle Street
                          Chicago, ILL  60603-3441
25                        (312) 701-7116
```

```
1    A    In preparation for this deposition yesterday.
2    Q    Did you see it before yesterday?
3    A    No.
4    Q    Do you know what it is?
5    A    Yes.  I believe this is the result of the extensive
6         search done on AMI for information responsive to your
7         requests.
8    Q    Were you involved in that search?
9    A    To some degree, yes.  The technical work was done by
10        members of the law department here in Midland along
11        with some other IT people within Dow Chemical and that
12        process has been described to me at length.
13   Q    And what was your involvement?
14   A    Initially, I provided a number of indexing or heading
15        fields within AMI to counsel and answered questions
16        from the lead technical person who did this work.
17   Q    The index or heading fields that are available in AMI,
18        how did you select that information?
19   A    I'm not sure what you mean by index or heading fields.
20   Q    Well, I asked what your involvement was in the AMI
21        search, and I think you said that you provided index or
22        heading fields available in AMI to the legal department
23        or others.
24   A    Okay.  Correct.  Again, within AMI, as you call up each
25        application, there is a series of field headers that
```

```
 1         relate to each field.  Therefore, each record has the
 2         full spectrum of fields, and when I say record, I mean
 3         a record within a database, because everything within
 4         AMI is a flat file database.
 5              And as you look at these documents, the field
 6         headings on Exhibit Number 1, bates 24128 through bates
 7         24138, the very top line in gray are the -- some of the
 8         field headings from the export sales file that was
 9         archived within AMI.
10    Q    You said that the first thing that you do is call up
11         each of the applications, is that right?
12    A    Correct.
13    Q    How do you know what applications to call up?
14    A    Okay.  In this particular case, Bill Leikhim, who will
15         be deposed this afternoon, and the former manager of
16         the accounting group in South Charleston reviewed the
17         AMI index.
18              And being familiar with the systems, he selected
19         seven possible files that might even in the extreme
20         have any applications to your request for information.
21    Q    So he made those decisions and then he asked you to --
22         you or someone who worked for you to call up those
23         applications, is that right?
24    A    Again, I assisted the technical people in IT who
25         literally mounted the data, and we can go through that
```

Page 30

1   process and how this was searched a myriad of ways and
2   how this output was produced.
3 Q And you call this a flat file database. I know what a
4   database is but I don't know what flat file means.
5 A Again, everything within AMI that we archived within
6   AMI were in some form or fashion databases on these
7   different platforms and different Legacy systems.
8       So the commonality, when we took the data down and
9   saved the data to these DAT tapes, was to make it a
10  flat file database so that a number of different tools
11  in the future, database tools, you could import it into
12  Access. You could import it into Excel if it was small
13  enough. You could -- the tool of choice at that time
14  and for us was Crystal reports as far as grabbing that
15  data.
16      Again, AMI was the index and told you about these
17  various applications that had been archived. It also
18  made the request to the data center to mount the tape
19  or mount the data that you were interested in for that
20  particular file, but then you had to use another tool,
21  such as Crystal reports, to be able to view that data
22  and be able to manipulate it and create reports and do
23  what you want.
24 Q Right. So you described -- or you mentioned a process
25  that you went through with people in the IT department

Page 31

1    to do this search and you could describe that process.
2    Can you tell me how that started and what your steps
3    were?
4  A  Yes. Again, simply being a Legacy system that was
5    decommissioned in 1998 long before the Dow merger,
6    these are people who are unaware of what data was
7    there, how to access that data and how to make sense of
8    that data. So it took a considerable amount of effort
9    to figure out exactly how to get to this and what it
10   was.
11        Once they determined, here these are the seven
12   files in this particular case we want to look at, we
13   use the AMI interface just as it was designed, and so
14   we would call up the export sales file through AMI.
15   That would be mounted, and AMI would go in using
16   Crystal and see what that data was, because the system
17   itself overwrites a second request from you, overwrites
18   your first request for information, because this is a
19   number of years.
20        So, for example, '87 through 2000, just as an
21   example, then as you go through the data looking
22   through data, you would request 1987 information, do
23   your manipulation and extract what you need to do, do
24   your various searches and whatnot, and then when you
25   wanted to look at '98, you'd have to do another request

Page 32

1    through AMI and have it mounted and go through the same
2    procedures.
3         Along with these other people doing their work on
4    AMI and getting it up, only one -- in essence, one
5    person could work in AMI at one time. So that's when
6    these folks were told, nope, you're not going to look
7    at that material. We have this need to get this
8    information out.
9         In that particular case, they mount the
10   information, and the technical people using Oracle
11   created some scripts to search through every parameter
12   and every field looking for a number of keywords and
13   key numeric designators in order to extract any
14   information.
15 Q Do you know what those keywords and key numeric
16   designators were?
17 A A number of those. Again, I can't recall specifically
18   off the top of my head, but every product or every
19   customer code for MM Global, Mega Vista and every
20   permutation -- I believe there were 13 permutations of
21   MMG, MM Global, Mega Vista, any strings within --
22   Bombay was a keyword. India was a keyword. Singapore
23   was a keyword. Asia was a keyword.
24 Q Did the scripts run -- did the scripts have to run in
25   the year by year by year process you described earlier?