EXHIBIT 9

M A Y E R
B R O W N
R O W E
& M A W

June 29, 2004

Mayer, Brown, Rowe & Maw LLP
190 South La Salle Street
Chicago, Illinois 60603-3441

**BY OVERNIGHT MAIL**

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

**Andrew S. Marovitz**
Direct Tel (312) 701-7116
Direct Fax (312) 706-8651
amarovitz@mayerbrownrowe.com

Re: *MM Global Services, et al. v. The Dow Chemical
Company, et al., Civil No. 3:02 CV (AVC)*

Dear Richard:

In a June 20 e-mail to you, I suggested that we reserve time upon my return to the U.S. this week to discuss Defendants' specific objections and Plaintiffs' possible responses to the 30(b)(6) Notices that you served. You wrote me back on June 24, and – without responding to the meet-and-confer – you "invited" us simply to withdraw our objections to your 30(b)(6) notice. We decline to do so, as our specific objections to your requests, as written, are proper, and your letter gives us no legitimate reason to believe otherwise. Indeed, your statement that the requests "are not based upon the *Kruman* case" cannot change the actual language of the requests themselves.

Still, our earlier offer stands, even in the face of your letter: we remain willing to discuss our objections and any possible limitations that you might propose for your 30(b)(6) notices, even while the Court addresses the application of *Empagran*. Any such discussions would be without prejudice to our position that *Empagran* divests the Court of subject matter jurisdiction.

Sincerely,

Andrew S Marovitz