UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. <br><br> Defendants. | Civil No. 3:02 CV 1107 (AVC) <br><br><br> August 12, 2004 |

**MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Defendants The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc., respectfully move for permission to file the 5-page Surreply Memorandum attached hereto as Exhibit A. In support thereof, Defendants state as follows:

1. On July 1, 2004, Defendants moved to dismiss Plaintiffs' antitrust claim pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction under paragraph (2) of the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a ("FTAIA"), and for dismissal of Plaintiffs' remaining claims on grounds of *forum non conveniens*. The Motion to Dismiss was filed in light of the Supreme Court's June 14, 2004 decision in *F. Hoffman-LaRoche Ltd. v. Empagran S.A.*, 124 S. Ct. 2359 (2004), which construed the meaning of paragraph (2) of the FTAIA.

2. Plaintiffs filed an opposition to the Motion to Dismiss on July 22, 2004, to which Defendants filed a Reply Memorandum on August 4, 2004.

3. On August 5, 2004, the day after Defendants filed their Reply Memorandum, the United States Court of Appeals for the Second Circuit, upon remand from the United States Supreme Court, vacated its previous decision in *Sniado v. Bank Austria AG*, 352 F.3d 73 (2d Cir. 2003), in light of the *Empagran* ruling. The *Sniado* order affirmed the district court's dismissal of plaintiff's antitrust complaint based upon lack of subject matter jurisdiction under Section 6(a)(2) of the FTAIA. 2004 WL 1753473 (2d Cir. Aug. 5, 2004).

4. Courts generally grant motions to file a surreply in the interests of fairness. *See e.g. Tuchman v. State of Conn.*, 185 F. Supp. 2d 169, 170 n.1 (D. Conn. 2002). The interpretation of paragraph (2) of the FTAIA is paramount to the determination of subject matter jurisdiction in this case. The Second Circuit's decision in *Sniado*, in conjunction with *Empagran*, sets forth the proper legal standard. Without permission to file a formal surreply – as opposed to the informal, short letters that notified the Court of the decision itself – Defendants will not have been able to fully brief the Court on this recent, critical development.

5. The proposed surreply contains only five pages of argument and is being submitted within one week of the Second Circuit's decision in *Sniado*.

WHEREFORE, Defendants respectfully request that this Court grant Defendants leave to file the Surreply Memorandum in support of Defendants' Motion to Dismiss.

Dated: August 12, 2004                              Respectfully submitted,

*(signature)*
Stephen M. Deane

| | |
|---|---|
| Craig A. Raabe (ct 04116) | Andrew S. Marovitz (ct 25409) |
| Stephen M. Deane (ct 25634) | Dana S. Douglas (ct 25412) |
| ROBINSON & COLE LLP | MAYER, BROWN, ROWE & MAW LLP |
| 280 Trumbull Street | 190 South La Salle Street |
| Hartford, CT 05103-3497 | Chicago, Illinois 60603 |
| (860) 275-8200 | (312) 782-0600 |

Christopher J. Kelly (ct 25410)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1157
(202) 263-3000

*Counsel for Defendants The Dow Chemical Company,*
*Union Carbide Corporation and Union Carbide Asia Pacific, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that that a copy of the Motion for Leave to File Surreply Memorandum in Support of Defendants' Motion to Dismiss was sent by overnight mail (except where otherwise indicated that it was sent by courier) on this 12th day of August, 2004, as follows:

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325

Robert M. Langer, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT  06103
(by courier)

Paul A. Winick, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY  10022-6225

_____
Stephen M. Deane