215

FILED

2004 AUG 12 A 11: 39

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC., MM )
GLOBAL SERVICES PTE. LTD., and )
MEGA VISA SOLUTIONS (S) PTE. LTD., )
)
      Plaintiffs, )
)
v. )
)
THE DOW CHEMICAL COMPANY, )
UNION CARBIDE CORPORATION, and )
UNION CARBIDE ASIA PACIFIC, INC. )
)
      Defendants. )
)

Civil No. 3:02 CV 1107 (AVC)

August 12, 2004

**MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Defendants The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc., respectfully move for permission to file the 5-page Surreply Memorandum attached hereto as Exhibit A. In support thereof, Defendants state as follows:

1. On July 1, 2004, Defendants moved to dismiss Plaintiffs' antitrust claim pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction under paragraph (2) of the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a ("FTAIA"), and for dismissal of Plaintiffs' remaining claims on grounds of *forum non conveniens*. The Motion to Dismiss was filed in light of the Supreme Court's June 14, 2004 decision in *F. Hoffman-LaRoche Ltd. v. Empagran S.A.*, 124 S. Ct. 2359 (2004), which construed the meaning of paragraph (2) of the FTAIA.

August 13, 2004. As the court has rendered a ruling on the motion at issue, the present request to file a surreply is denied as moot.
SO ORDERED.

Alfred V. Covello, U.S.D.J.