

153

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

FILED
2004 JAN -5 A
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : : | Civil No. 3:02 CV 1107 (AVC) |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. | : : : : : : | |
| Defendants. | : | December 31, 2003 |

### DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS PURSUANT TO FED R. CIV. P. 12(c)

Defendants The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc. hereby move for judgment on the pleadings for defendants as to plaintiffs' first claim for relief, pursuant to Fed. R. Civ. P. 12(c). The plaintiffs do not, and cannot, established antitrust standing and, therefore, judgment should enter for the defendants on the plaintiffs' antitrust claim. The defendants have filed herewith a supporting memorandum of

3:02cv1107 (AVC). October 12, 2004. The motion is denied without prejudice to its re-argument, if desired, in light of the Supreme Court's recent decision in F. Hoffman-LaRoche Ltd. V. Empagran S.A., 124 S. Ct. 2359 (2004), and in light of the court's rulings subsequent to the September 12, 2003 ruling on the defendants' motion to dismiss.

SO ORDERED.

Alfred V. Covello, U.S.D.J.

2004 OCT 12 P 4:31
U.S. DISTRICT COURT
HARTFORD, CT.
FILED

