Pd $75

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 3:02 CV 1107 (AVC)<br><br><br>October 25, 2004 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn L. Civ. R. 83.1(d), the undersigned counsel hereby moves for the admission *pro hac vice* of Nathan P. Eimer, Esq., Andrew G. Klevorn, Esq. and Ryan S. Hedges, Esq. to represent the defendants, Union Carbide Corporation, and Union Carbide Asia Pacific, Inc. in this action. In support of this motion, the undersigned represents as follows:

1.    Mr. Eimer, Mr. Klevorn and Mr. Hedges are attorneys with Eimer Stahl Klevorn & Solberg LLP, 224 S. Michigan Ave., Suite 1100, Chicago, Illinois 60604, telephone number (312) 660-7600, fax number (312) 692-1718. Mr. Eimer's email address is neimer@eimerstahl.com; Mr. Klevorn's email address is aklevorn@eimerstahl.com; and Mr. Hedges' email address is rhedges@eimerstahl.com.

1

2.      As demonstrated in the affidavit of Nathan P. Eimer, dated October 25, 2004 (attached hereto as Exhibit A), Mr. Eimer is a member in good standing of the bar of the State of Illinois and is admitted to practice in the United States District Courts for the Nothern, Southern and Central Districts of Illinois, the Eastern and Southern Districts of New York, the Eastern District of Arkansas, and the District of Wisconsin, the New York Appllelate Division of the Supreme Court, the Illinois Supreme Court, the Texas Supreme Court, the United States Courts of Appeals for the Second, Seventh, and Eleventh Circuits, and the United States Supreme Court.

3.      As demonstrated in the affidavit of Andrew G. Klevorn, dated October 25, 2004 (attached hereto as Exhibit B), Mr. Klevorn is a member in good standing of the bar of the State of Illinois and is admitted to practice in the United States District Courts for the Nothern District of Illinois.

4.      As demonstrated in the affidavit of Ryan S. Hedges, dated October 25, 2004 (attached hereto as Exhibit C), Mr. Hedges is a member in good standing of the bar of the State of California and is admitted to practice in the Supreme Court of California, the United States Court of Appeals for the Ninth Circiut, and the United States District Courts for the Central and Eastern Districts of California.

5.      Neither Mr. Eimer, Mr. Klevorn nor Mr. Hedges have ever been denied admission or disciplined by this Court or any other court.

6.      The granting of this motion will not require modification of a scheduling order or other deadlines.

7.      This motion is accompanied by payment to the Clerk of this Court of the total fee for all three attorneys of seventy-five dollars ($75.00).

WHEREFORE, the undersigned respectfully requests that this Court enter an Order

granting permission for Nathan P. Eimer, Esq., Andrew G. Klevorn, Esq. and Ryan S. Hedges,

Esq. to appear *pro hac vice* in the above-referenced action.

Respectfully submitted,


Stephen M. Deane


Craig A. Raabe (ct 04116)
Stephen M. Deane (ct 25634)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  05103-3497
(860) 275-8200

Andrew S. Marovitz (ct 25409)
Dana S. Douglas (ct 25412)
MAYER, BROWN, ROWE & MAW LLP
190 South La Salle Street
Chicago, Illinois  60603
(312) 782-0600

Christopher J. Kelly (ct 25410)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C.  20006-1157
(202) 263-3000

*Counsel for Defendants The Dow Chemical Company,*
*Union Carbide Corporation and Union Carbide Asia Pacific, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Motion for Admission *Pro Hac Vice* was forwarded this 25th day of October, 2004, by first-class mail, postage prepaid, to the following counsel as follows:

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

Robert M. Langer, Esq.
Steven Bruce Malech, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103

Paul A. Winick, Esq.
Michael S. Elkin, Esq.
Susan B. McInerney, Esq.
Alyson L. Redman, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022-6225

_____
Stephen M. Deane