UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES INC., MM GLOBAL  :
SERVICES PTE. LTD., and MEGAVISA     :
SOLUTIONS (S) PTE. LTD.,              :
                                      :
                Plaintiffs,           :   Civil No. 302 CV 1107 (AVC)
                                      :
    v.                               :
                                      :
THE DOW CHEMICAL COMPANY, UNION       :   October 25, 2004
CARBIDE CORPORATION, UNION CARBIDE    :
ASIA PACIFIC, INC.,                   :
                                      :
                Defendants.           :

STATE OF ILLINOIS     )
                      ) ss                          Chicago, Illinois
COUNTY OF COOK        )

### AFFIDAVIT OF ANDREW G. KLEVORN

ANDREW G. KLEVORN, being duly sworn, deposes and states as follows:

1. I am over the age of eighteen and understand the obligation of an oath.

2. I am a partner in the firm of Eimer Stahl Klevorn & Solberg LLP, 224 S. Michigan Ave., Suite 1100, Chicago, Illinois 60604, telephone 312-660-7600, fax 312-692-1718, email address aklevorn@eimerstahl.com.

3. I am a member in good standing of the bar of the State of Illinois (admitted 1987).

4. I am admitted to the United States District Courts for the Northern District of Illinois.

5. Neither I nor anyone of the firm I am associated with has been denied admission or disciplined in accordance with D. Conn. L. Civ. R. 83.2, or has been denied admission or

MM Global - Klevorn Motion for Admission Pro Hac Vice.DOC

disciplined by any other court.

      6.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I swear that the foregoing is true and correct.

October 22, 2004

                                                  Andrew G. Klevorn
                                                  Illinois Bar No. 6194597

Subscribed and sworn to
before me this 22 day
of October, 2004.

Cathy Guimond
Notary Public

OFFICIAL SEAL
CATHY GUIMOND
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/31/08

54431_1.DOC