UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., | : <br> : <br> : <br> : |
| Plaintiffs, | : Civil No. 302 CV 1107 (AVC) |
| v. | : |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., | : October 25, 2004 <br> : <br> : |
| Defendants. | : |

STATE OF ILLINOIS    )
                     ) ss          Chicago, Illinois
COUNTY OF COOK       )

### AFFIDAVIT OF RYAN S. HEDGES

RYAN S. HEDGES, being duly sworn, deposes and states as follows:

1. I am over the age of eighteen and understand the obligation of an oath.

2. I am an associate of the firm of Eimer Stahl Klevorn & Solberg LLP, 224 S. Michigan Ave., Suite 1100, Chicago, Illinois 60604, telephone 312-660-7600, fax 312-692-1718, email address rhedges@eimerstahl.com.

3. I am a member in good standing of the bar of the State of California (admitted 2001).

4. I am admitted to the Supreme Court of California, the United States Court of Appeals for the Ninth Circuit, and the United States District Courts for the Central and Eastern Districts of California.

MM Global - Hedges Motion for Admission Pro Hac Vice.DOC

5.  Neither I nor anyone of the firm I am associated with has been denied admission or disciplined by this court in accordance with D. Conn. L. Civ. R. 83.2, or has been denied admission or disciplined by any other court.

6.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I swear that the foregoing is true and correct.

October 22, 2004

_R-S Hgs_
Ryan S. Hedges
California Bar No. 217617

Subscribed and sworn to
before me this 22 day
of October, 2004.

_Cathy Guimond_
Notary Public

OFFICIAL SEAL
CATHY GUIMOND
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/31/08

54433_1.DOC