UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, AND UNION CARBIDE ASIA PACIFIC, INC., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) <br><br> October 29, 2004 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned, a member of the bar of this Court, respectfully moves this Court for the entry of an order permitting Alicia L. Downey to be admitted *pro hac vice* in this action on behalf of the Plaintiffs, MM Global Services, Inc., MM Global Services PTE., Ltd., and Megavisa Solutions (s) PTE, Ltd. In support of this motion, the undersigned represents as follows:

1.   Ms. Downey is a member of the firm of Bingham McCutchen LLP, 150 Federal Street, Boston, Massachusetts, 02110-1726, telephone (617) 951-8000.

2.   Ms. Downey is a member in good standing of the bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts and the United States Court of Appeals, First Circuit.

3.   Ms. Downey has not been denied admission or disciplined by this Court nor has she been denied admission or disciplined by any other court.

4.  Ms. Downey's affidavit in Support of this Motion is attached as Exhibit A.

5.  A check in the amount of $25.00 payable to the Clerk of this Court accompanies this Motion.

6.  The granting of this motion will not require modification of a scheduling order or other deadlines.

WHEREFORE, the undersigned respectfully moves that Ms. Downey be admitted to this Court *pro hac vice* as set forth herein.

Respectfully submitted,

**WIGGIN AND DANA LLP,**

/s/ Suzanne Wachsstock

Suzanne E. Wachsstock (ct 17627)
swachsstock@wiggin.com
400 Atlantic Street
Stamford, CT  06911-0325
(203) 363-7600 (tel)
(203) 363-7676 (fax)

Robert M. Langer (ct 06305)
rlanger@wiggin.com
One CityPlace
185 Asylum Street
Hartford, CT  06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)

THELEN REID & PRIEST LLP
Paul A. Winick (ct 21813)
Alyson L. Redman (ct 25494)
875 Third Avenue
New York, NY  10022
(212) 603-2000 (tel)
(212) 603-2001 (fax)

BINGHAM McCUTCHEN LLP
Richard S. Taffett (ct10201)
richard.taffett@bingham.com
399 Park Avenue
New York, NY  10022-4689
(212) 705-7000 (tel)
(212) 752-5378 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 28th day of October, 2004, a copy of the foregoing has been sent via U.S. Mail, postage prepaid, to the following:

Craig A. Raabe, Esq.
Edward J. Heath, Esq.
Elizabeth A. Fowler, Esq.
Robinson & Cole LLP
280 Trumbull Street, 28th Floor
Hartford, CT 06103

Andrew S. Marovitz
Britt M. Miller
Dana S. Douglas
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603

Christopher J. Kelly
Mayer, Brown, Rowe & Maw LLP
1909 K Street
Washington, DC 20006-1157

Nathan P. Eimer
Andrew G. Klevorn
Ryan S. Hedges
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Ave.
Suite 1100
Chicago, IL 60604

Suzanne E. Wachsstock

\15726\1\47789.1

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, AND UNION CARBIDE ASIA PACIFIC, INC., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) |

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS | ) <br> ) ss:   Boston, Massachusetts <br> ) |
| SUFFOLK COUNTY | |

### AFFIDAVIT OF ALICIA L. DOWNEY

Alicia L. Downey, being duly sworn, hereby deposes and says:

1. I am a member of the firm of Bingham McCutchen LLP, 150 Federal Street, Boston, Massachusetts, 02110-1726, telephone (617) 951-8000.

2. I am a member in good standing of the bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Courts of Appeals for the First and Fourth Circuits, and the United States Supreme Court.

3. I have not been denied admission or disciplined by this Court nor have I

been denied admission or disciplined by any other court.

    4.    I have fully reviewed, and am familiar with, the Rules of the United States District Court for the District of Connecticut.

*/s/ Alicia L. Downey*
Alicia L. Downey

Subscribed and sworn to me this
27 day of October, 2004.

*/s/ Therese Falvey*
Notary Public

THERESE FALVEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 11, 2005