UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. <br><br> Defendants. | Civil No. 3:02 CV 1107 (AVC) <br><br><br><br><br> October 28, 2004 |

**WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Edward J. Heath requests leave to withdraw his appearance for all defendants in this action. Attorney Craig A. Raabe and Stephen M. Deane will continue to serve as counsel for all defendants.

DEFENDANTS
THE DOW CHEMICAL COMPANY,
UNION CARBIDE CORPORATION, and
UNION CARBIDE ASIA PACIFIC, INC.

By: _____
Edward J. Heath (ct 20992)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 05103-3497
Tel.: (860) 275-8200
Fax: (860) 275-8299
E-mail: eheath@rc.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Withdrawal of Appearance was forwarded this 28th day of October, 2004, by first-class mail, postage prepaid, to the following counsel as follows:

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325

Robert M. Langer, Esq.
Steven Bruce Malech, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT  06103

Paul A. Winick, Esq.
Michael S. Elkin, Esq.
Susan B. McInerney, Esq.
Alyson L. Redman, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY  10022-6225

_____
Edward J. Heath