UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., AND MEGAVISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) <br><br> November 3, 2004 |

## APPEARANCE

To the Clerk of this court and all parties of record, please enter my appearance in this case on behalf of the Plaintiffs, MM Global Services, Inc., MM Global Services PTE., Ltd., and Megavisa Solutions (s) PTE, Ltd., in addition to counsel already on file.

Respectfully submitted,

BINGHAM McCUTCHEN LLP

Alicia L. Downey (admitted *pro hac vice*)
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000 (tel)
(617) 951-8736 (fax)
alicia.downey@bingham.com

## CERTIFICATE OF SERVICE

This is to certify that on this 3rd day of November, 2004, a copy of the foregoing has been sent via U.S. Mail, postage prepaid, to the following:

Craig A. Raabe, Esq.
Elizabeth A. Fowler, Esq.
Robinson & Cole LLP
280 Trumbull Street, 28th Floor
Hartford, CT 06103

Nathan P. Eimer
Andrew G. Klevorn
Ryan S. Hedges
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604

Andrew S. Marovitz
Britt M. Miller
Dana S. Douglas
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603

Christopher J. Kelly
Mayer, Brown, Rowe & Maw LLP
1909 K Street
Washington, DC 20006-1157

_____
Alicia L. Downey

cc: Robert M. Langer
Wiggin and Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103

Suzanne E. Wachsstock
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06911-0325

Richard S. Taffett
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Paul A. Winick
Alyson L. Redman
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022

\15726\1\47874.1