# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

MM Global Services Inc., MM Global Services PTE. LTD., and Mega Visa Solutions (S). PTE. LTD.,
        Plaintiffs,

v.

The Dow Chemical Company, Union Carbide Corporation, and Union Carbide Asia Pacific, Inc.
        Defendants.

**APPEARANCE**

CASE NUMBER: 3:02-CV-01107 (AVC)

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for:

    Union Carbide Corporation and
    Union Carbide Asia Pacific, Inc.

In lieu of the appearances of Attorney Andew Marovitz, Attorney Britt Miller, Attorney Christopher Kelly and Attorney Dana Douglas.

Attorneys Marovitz, Miller, Kelly and Douglas will remain as counsel for The Dow Chemical Company.

November 4, 2004
Date

ct26367
Connecticut Federal Bar Number

312-660-7600
Telephone Number

312-692-1718
Fax Number

aklevorn@eimerstahl.com
E-mail address

_[signature]_
Signature

Andrew Klevorn
Print Clearly or Type Name

Eimer Stahl Klevorn & Solberg
Address

224 South Michigan Avenue Suite 1100
Chicago, IL 60604

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached Service List.

_[signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Appearance was forwarded this 4th day of **November** 2004, by first-class mail, postage prepaid, to the following counsel as follows:

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

Robert M. Langer, Esq.
Steven Bruce Malech, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103

Paul A. Winick, Esq.
Michael S. Elkin, Esq.
Susan D. McInerney, Esq.
Alyson L. Redman, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022-6225

Craig A. Raabe, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Andrew Marovitz, Esq.
Britt M. Miller, Esq.
Dana S. Douglas, Esq.
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603-3441

Christopher J. Kelly, Esq.
Mayer Brown Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

_____
Andrew Klevorn