34

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV -1  A 9: 05
U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| CYNTHIA WELFARE,<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:02CV2101(AVC) |
| v. | : |
| PETER O'MEARA COMMISSIONER OF<br>THE DEPARTMENT OF MENTAL<br>RETARDATION FOR THE STATE OF<br>CONNECTICUT<br>*Defendant* | :<br>:<br>:<br>:<br>: October 28, 2004 |

### MOTION TO WITHDRAW APPEARANCE

In accordance with Local Rule 15, the undersigned moves for leave to withdraw his appearance for the defendant, PETER O'MEARA, COMMISSIONER OF THE DEPARTMENT OF MENTAL RETARDATION FOR THE STATE OF CONNECTICUT in the above-referenced case. Another Assistant Attorney General M.J. McCarthy, Federal Bar No. ct09019, has filed an appearance for said defendant and will be defending him hence forth. For this reason the undersigned respectfully asks the court to grant this motion.

Thomas M. Fiorentino
Assistant Attorney General
Federal Bar No. ct09031
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Thomas.Fiorentino@po.state.ct.us
**Note:  New Tel.:  (860) 808-5020**
**Note:  New Fax:  (860 808-5347**

FILED
2004 NOV 10 PM 12: 21
U.S. DISTRICT COURT
HARTFORD, CT.

November 10, 2004.  GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.