UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 NOV 24  A 11: 27

U.S. DISTRICT COURT
HARTFORD, CT.

MM GLOBAL SERVICES INC., MM GLOBAL  :
SERVICES PTE. LTD., and MEGAVISA    :
SOLUTIONS (S) PTE. LTD.,            :
                                    :
                    Plaintiffs,     :   Civil No. 302 CV 1107 (AVC)
        -v-                         :
                                    :
THE DOW CHEMICAL COMPANY, UNION     :
CARBIDE CORPORATION, UNION CARBIDE  :
ASIA PACIFIC, INC., UNION CARBIDE   :
CUSTOMER SERVICES PTE. LTD., and DOW:
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., :   November 23, 2004
                                    :
                    Defendants.     :

**THELEN REID & PRIEST LLP'S MOTION
PURSUANT TO LOCAL CIVIL RULE 5 (d) 3 TO SEAL EXHIBIT B TO THE
AFFIDAVIT OF PAUL A. WINICK DATED NOVEMBER 19, 2004**

Thelen Reid & Priest LLP ("Thelen Reid"), co-counsel of record for MM Global Services Inc., MM Global Services PTE. Ltd. and MegaVisa Solutions PTE. Ltd. (collectively, "MegaVisa" or "Plaintiffs") in the above captioned action (the "Action"), hereby moves this Court pursuant to Local Civil Rule 5 (d) 3 for an order sealing Exhibit B to the Affidavit of Paul A. Winick, dated November 19, 2004 (the "Affidavit").

In support of this Motion, Thelen Reid states as follows:

1. The Affidavit was filed with the Court on November 22, 2004 in support of Thelen Reid & Priest LLP's ("Thelen Reid") motion for leave to withdraw as counsel for Plaintiffs, for the imposition of security as a condition of the transfer of client documents to successor counsel and for imposition of a charging lien. The Affidavit has been docketed by the Clerk's office as part of item number 240 on the case docket.

NY #630341 v1

2. Exhibit B to the Affidavit consists of the bills from Thelen Reid to Plaintiffs that remain unpaid. As filed with the Court Exhibit B inadvertently included detailed time entry supports for the bills, rather than only the covering bills showing the amounts owed. The detailed time entries show the nature of the services provided and communications between lawyer and client and, therefore, are protected by the attorney-client privilege. *Baker v. Dorfman P.L.L.C.*, No. 99 Civ. 9385 (DLC), 2001 WL 55437 at *2 (S.D.N.Y. Jan. 23, 2001) *on remand from* 232 F.3d 121 (2d Cir. 2000) ("The attorney-client privilege protects confidential client information that is contained in legal bills…detailed accounts of the legal services rendered"…); *McCulloch v. Harford Life And Accident Ins. Co.*, 223 F.R.D. 26 (D. Conn. 2004); *Bria v. United States*, No. Civ. 3:00-CV-11566-CFD, 2002 WL 663862 (D. Conn. Mar. 26, 2002).

3. For the reasons set forth above, Thelen Reid respectfully requests that this Court issue an order sealing Exhibit B to the Affidavit of Paul A. Winick, dated November 19, 2004 (the "Affidavit").

Dated: November 23, 2004

Respectfully submitted,

THELEN REID & PRIEST LLP

By: _____
Paul A. Winick (ct 21813)
Alyson L. Redman (ct 25494)
875 Third Avenue
New York, New York 10022-6225
(212) 603-2000 (tel)
(212) 603-2001 (fax)

Attorneys for Plaintiffs MM Global Services Inc., MM Global Services Pte. Ltd. and MegaVisa Solutions (s) Pte. Ltd.

NY #630341 v1

To:

BINGHAM McCUTCHEN LLP
Richard S. Taffet, Esq.
Alicia L. Downey, Esq.
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000 (tel)
(212) 752-5378 (fax)


ROBINSON & COLE LLP
Craig A. Raabe, Esq.
Edward J. Heath, Esq.
Elizabeth A. Fowler, Esq.
Stephen M. Deane, Esq.
280 Trumbull Street, 28th Floor
Hartford, CT 06103

MAYER, BROWN, ROWE & MAW LLP
Christopher J. Kelly, Esq.
1909 K Street
Washington, DC 20006-1157

WIGGIN & DANA LLP
Robert M. Langer, Esq.
Suzanne E. Wachsstock, Esq.
Steven Bruce Malech, Esq.
One City Place
185 Asylum Street
Hartford, CT 06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)

MAYER, BROWN, ROWE & MAW, LLP
Andrew S. Marovitz, Esq.
Britt M. Miller, Esq.
Dana S. Douglas, Esq.
190 South LaSalle Street
Chicago, IL 60603


EIMER STAHL KLEVORN & SOLBERG, LLP
Andrew G. Klevorn, Esq.
Nathan P. Eimer, Esq.
Ryan S. Hedges, Esq.
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604

NY #630341 v1

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of November, 2004, a copy of the foregoing has been sent via FedEx to the following:

| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>Richard S. Taffet, Esq.<br>Alicia L. Downey, Esq.<br>399 Park Avenue<br>New York, NY 10022-4689<br>(212) 705-7000 (tel)<br>(212) 752-5378 (fax) | WIGGIN & DANA LLP<br>Robert M. Langer, Esq.<br>Suzanne E. Wachsstock, Esq.<br>Steven Bruce Malech, Esq.<br>One City Place<br>185 Asylum Street<br>Hartford, CT 06103<br>(860) 297-3724 (tel)<br>(860) 525-9380 (fax) |
| ROBINSON & COLE LLP<br>Craig A. Raabe, Esq.<br>Edward J. Heath, Esq.<br>Elizabeth A. Fowler, Esq.<br>Stephen M. Deane, Esq.<br>280 Trumbull Street, 28th Floor<br>Hartford, CT 06103 | MAYER, BROWN, ROWE & MAW, LLP<br>Andrew S. Marovitz, Esq.<br>Britt M. Miller, Esq.<br>Dana S. Douglas, Esq.<br>190 South LaSalle Street<br>Chicago, IL 60603 |
| MAYER, BROWN, ROWE & MAW LLP<br>Christopher J. Kelly, Esq.<br>1909 K Street<br>Washington, DC 20006-1157 | EIMER STAHL KLEVORN & SOLBERG, LLP<br>Andrew G. Klevorn, Esq.<br>Nathan P. Eimer, Esq.<br>Ryan S. Hedges, Esq.<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604 |

/s/ Linda Cruz
Linda Cruz