UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 NOV 24 A 11: 27
U.S. DISTRICT COURT
HARTFORD, CT.

MM GLOBAL SERVICES INC., MM GLOBAL
SERVICES PTE. LTD., and MEGAVISA
SOLUTIONS (S) PTE. LTD.,

         Plaintiffs,

-v-

THE DOW CHEMICAL COMPANY, UNION
CARBIDE CORPORATION, UNION CARBIDE
ASIA PACIFIC, INC., UNION CARBIDE
CUSTOMER SERVICES PTE. LTD., and DOW
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,

         Defendants.

Civil No. 302 CV 1107 (AVC)

November 23, 2004

## THELEN REID & PRIEST LLP'S MOTION PURSUANT TO LOCAL CIVIL RULE 5 (d) 3 TO SEAL EXHIBIT B TO THE AFFIDAVIT OF PAUL A. WINICK DATED NOVEMBER 19, 2004

Thelen Reid & Priest LLP ("Thelen Reid'), co-counsel of record for MM Global Services Inc., MM Global Services PTE. Ltd. and MegaVisa Solutions PTE. Ltd. (collectively, "MegaVisa" or "Plaintiffs") in the above captioned action (the "Action"), hereby moves this Court pursuant to Local Civil Rule 5 (d) 3 for an order sealing Exhibit B to the Affidavit of Paul A. Winick, dated November 19, 2004 (the "Affidavit").

In support of this Motion, Thelen Reid states as follows:

The Affidavit was filed with the Court on November 22, 2004 in support of Thelen Reid & Priest LLP's ("Thelen Reid") motion for leave to withdraw as counsel for Plaintiffs, for the imposition of security as a condition of the transfer of client documents to successor counsel and for imposition of a charging lien. The Affidavit has been docketed by the Clerk's office as part of item number 240 on the case docket.

11/24/04/ GRANTED. Alfred V. Covello, U.S.D.J. So Ordered.

NY #630341 v1