FILED

2004 DEC -2 P 1:31

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., ) ) ) ) Plaintiffs, ) ) v. ) ) THE DOW CHEMICAL COMPANY, ) UNION CARBIDE CORPORATION, and ) UNION CARBIDE ASIA PACIFIC, INC. ) ) Defendants. ) ) | Civil No. 3:02 CV 1107 (AVC)<br><br>December 1, 2004 |

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Christopher J. Kelly requests leave to withdraw his appearance for defendants Union Carbide Corporation and Union Carbide Asia Pacific, Inc. in this action. Attorneys Nathan P. Eimer, Andrew G. Klevorn and Ryan S. Hedges will continue to serve as counsel for these defendants.

DEFENDANTS
THE DOW CHEMICAL COMPANY,
UNION CARBIDE CORPORATION, and
UNION CARBIDE ASIA PACIFIC, INC.

By: _____
Christopher J. Kelly (ct 25410)
Mayer Brown Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
Tel.: (202) 263-3285
Fax: (202) 263-5285
E-mail: cjkelly@mayerbrownrowe.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Withdrawal of Appearance was forwarded this 1st day of December, 2004, by first-class mail, postage prepaid, to the following counsel as follows:

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Alicia L. Downey, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, Massachusetts 02110

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

Robert M. Langer, Esq.
Steven Bruce Malech, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103

Paul A. Winick, Esq.
Michael S. Elkin, Esq.
Susan B. McInerney, Esq.
Alyson L. Redman, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022-6225

Craig A. Raabe, Esq.
Elizabeth A. Fowler, Esq.
Stephen M. Deane, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Andrew S. Marovitz, Esq.
Britt M. Miller, Esq.
Dana S. Douglas, Esq.
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603-3441

Nathan P. Eimer, Esq.
Andrew G. Klevorn, Esq.
Ryan S. Hedges, Esq.
Eimer Stahl Klevorn & Solberg, LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604

                                                   Christopher J. Kelly