# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., ) ) ) ) | |
| Plaintiffs, ) | Civil No. 3:02 CV 1107 (AVC) |
| v. ) ) | |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. ) ) ) ) | |
| Defendants. ) ) | December 7, 2004 |

*Text in left margin, rotated:*
December 9, 2004. Construed as a motion to withdraw, the motion is granted. SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED
2004 DEC 13 P 2:
U.S. DISTRICT COURT
HARTFORD, CT.

FILED
2004 DEC -7 P 12:
U.S. DISTRICT COURT
HARTFORD, CT.

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Britt M. Miller requests leave to withdraw his appearance for defendants Union Carbide Corporation and Union Carbide Asia Pacific, Inc. in this action. Attorneys Nathan P. Eimer, Andrew G. Klevorn and Ryan S. Hedges will continue to serve as counsel for these defendants.

DEFENDANTS
THE DOW CHEMICAL COMPANY,
UNION CARBIDE CORPORATION, and
UNION CARBIDE ASIA PACIFIC, INC.

By: *Britt M. Miller*
Britt M. Miller (ct 25411)
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603-3441
Tel.: (312) 782-0600
Fax: (312) 701-7711
E-mail:
bmiller@mayerbrownrowe.com