UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. <br><br> Defendants. | Civil No. 3:02 CV 1107 (AVC) <br><br><br><br><br> December 7, 2004 |

### WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Britt M. Miller requests leave to withdraw his appearance for defendants Union Carbide Corporation and Union Carbide Asia Pacific, Inc. in this action. Attorneys Nathan P. Eimer, Andrew G. Klevorn and Ryan S. Hedges will continue to serve as counsel for these defendants.

DEFENDANTS
THE DOW CHEMICAL COMPANY,
UNION CARBIDE CORPORATION, and
UNION CARBIDE ASIA PACIFIC, INC.

By: *Britt M. Miller*
Britt M. Miller (ct 25411)
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603-3441
Tel.: (312) 782-0600
Fax: (312) 701-7711
E-mail: bmiller@mayerbrownrowe.com

---

*Margin annotation (handwritten):* December 9, 2004. Construed as a motion to withdraw, the motion is granted. SO ORDERED. Alfred V. Covello, U.S.D.J.

*Stamps:* FILED 2004 DEC -7 P 12:41 U.S. DISTRICT COURT HARTFORD, CT; FILED 2004 DEC 13 P 2:13 U.S. DISTRICT COURT HARTFORD, CT