# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC., MM )
GLOBAL SERVICES PTE. LTD., and )
MEGA VISA SOLUTIONS (S) PTE. LTD., )
)
      Plaintiffs, )      Civil No. 3:02 CV 1107 (AVC)
)
    v. )
)
THE DOW CHEMICAL COMPANY, )
UNION CARBIDE CORPORATION, and )
UNION CARBIDE ASIA PACIFIC, INC. )
)
      Defendants. )      December 7, 2004
)

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District

Court, Britt M. Miller requests leave to withdraw his appearance for defendants Union Carbide

Corporation and Union Carbide Asia Pacific, Inc. in this action. Attorneys Nathan P. Eimer,

Andrew G. Klevorn and Ryan S. Hedges will continue to serve as counsel for these defendants.

DEFENDANTS
THE DOW CHEMICAL COMPANY,
UNION CARBIDE CORPORATION, and
UNION CARBIDE ASIA PACIFIC, INC.

By: *Britt M. Miller*
    Britt M. Miller (ct 25411)
    Mayer Brown Rowe & Maw LLP
    190 South LaSalle Street
    Chicago, IL 60603-3441
    Tel.: (312) 782-0600
    Fax: (312) 701-7711
    E-mail:
    bmiller@mayerbrownrowe.com

December 9, 2004. Construed as a motion to withdraw, the motion is granted. Alfred V. Covello, U.S.D.J.

December 9, 2004.
SO ORDERED.

FILED 2004 DEC 13 P 2: U.S. DISTRICT COURT HARTFORD, CT.

FILED 2004 DEC -7 P 12: U.S. DISTRICT COURT HARTFORD, CT.