UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES INC., MM GLOBAL : 
SERVICES PTE. LTD., and MEGAVISA :
SOLUTIONS (S) PTE. LTD., :
                        Plaintiffs, : Civil No. 302 CV 1107 (AVC)
                 -v- :
 :
THE DOW CHEMICAL COMPANY, UNION :
CARBIDE CORPORATION, UNION CARBIDE :
ASIA PACIFIC, INC., UNION CARBIDE :
CUSTOMER SERVICES PTE. LTD., and DOW :
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., : December 14, 2004
 :
                 Defendants. :

**THELEN REID & PRIEST LLP'S MOTION
PURSUANT TO LOCAL CIVIL RULE 5 (d) 3 TO SEAL THE AFFIDAVIT OF
MICHAEL S. ELKIN SWORN TO THE 14TH DAY OF DECEMBER, 2004**

Thelen Reid & Priest LLP ("Thelen Reid'), co-counsel of record for MM Global Services Inc., MM Global Services PTE. Ltd. and MegaVisa Solutions PTE. Ltd. (collectively, "MegaVisa" or "Plaintiffs") in the above captioned action (the "Action"), hereby moves this Court pursuant to Local Civil Rule 5 (d) 3 for an order to seal the Affidavit of Michael S. Elkin, sworn to the 14th day of December, 2004 (the "Elkin Affidavit").

In support of this Motion, Thelen Reid states as follows:

1. The Elkin Affidavit is simultaneously being filed in support of Thelen Reid & Priest LLP's ("Thelen Reid") Reply Memorandum of Law in further support of Thelen Reid's Motion To Withdraw As Counsel And For The Imposition Of Security Prior To The Release Of Mega Visa's Files To Successor Counsel And For The Imposition Of A Charging Lien.

2. The Elkin Affidavit discusses confidential communications between Michael S. Elkin and representatives of MegaVisa which took place during Thelen Reid's representation of

MegaVisa. The communications are between lawyer and client, and therefore may be protected by the attorney-client privilege. See Bria v. United States, 2002 WL 663862 (D.Conn. 2002).

3. In connection with their opposition to the motion of Thelen Reid, Plaintiffs submitted a declaration of their Chairman Ajay Mittal wherein Mr. Mittal discussed alleged communications between the Plaintiffs and Thelen Reid about Thelen Reid's work for the Plaintiffs.

4. It may be that the Plaintiffs do not consider any of these communications to be privileged.

5. In an abundance of caution, however, and unless directed otherwise by this Court, Thelen Reid considers the information contained in the Elkin Affidavit to be privileged.

6. For the reasons set forth above, Thelen Reid respectfully requests that this Court issue an order to seal the Elkin Affidavit.

Dated: December 14, 2004

          Respectfully submitted,

          THELEN REID & PRIEST LLP

          By: _____
              Paul A. Winick (ct 21813)
              Alyson L. Redman (ct 25494)
              875 Third Avenue
              New York, New York 10022-6225
              (212) 603-2000 (tel)
              (212) 603-2001 (fax)

          Attorneys for Plaintiffs MM Global Services Inc., MM Global Services Pte. Ltd. and MegaVisa Solutions (s) Pte. Ltd.

To:

| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>Richard S. Taffet, Esq.<br>Alicia L. Downey, Esq.<br>399 Park Avenue<br>New York, NY 10022-4689<br>(212) 705-7000 (tel)<br>(212) 752-5378 (fax) | WIGGIN & DANA LLP<br>Robert M. Langer, Esq.<br>Suzanne E. Wachsstock, Esq.<br>Steven Bruce Malech, Esq.<br>One City Place<br>185 Asylum Street<br>Hartford, CT 06103<br>(860) 297-3724 (tel)<br>(860) 525-9380 (fax) |
| ROBINSON & COLE LLP<br>Craig A. Raabe, Esq.<br>Edward J. Heath, Esq.<br>Elizabeth A. Fowler, Esq.<br>Stephen M. Deane, Esq.<br>280 Trumbull Street, 28th Floor<br>Hartford, CT 06103 | EIMER STAHL KLEVORN & SOLBERG, LLP<br>Andrew G. Klevorn, Esq.<br>Nathan P. Eimer, Esq.<br>Ryan S. Hedges, Esq.<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604 |
| MAYER, BROWN, ROWE & MAW LLP<br>Christopher J. Kelly, Esq.<br>1909 K. Street<br>Washington, D.C. 20006-1157 | MAYER, BROWN, ROWE & MAW, LLP<br>Andrew S. Marovitz, Esq.<br>Britt M. Miller, Esq.<br>Dana S. Douglas, Esq.<br>1901 South LaSalle Street<br>Chicago, IL 60603 |

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of December, 2004, a copy of the Thelen Reid LLP's Motion Pursuant to Local Civil Rule 5 (d) 3 to Seal the Affidavit of Michael S. Elkin Sworn to the 14th day of December, 2004, has been sent via FedEx to the following:

| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>Richard S. Taffet, Esq.<br>Alicia L. Downey, Esq.<br>399 Park Avenue<br>New York, NY 10022-4689<br>(212) 705-7000 (tel)<br>(212) 752-5378 (fax) | WIGGIN & DANA LLP<br>Robert M. Langer, Esq.<br>Suzanne E. Wachsstock, Esq.<br>Steven Bruce Malech, Esq.<br>One City Place<br>185 Asylum Street<br>Hartford, CT 06103<br>(860) 297-3724 (tel)<br>(860) 525-9380 (fax) |
| ROBINSON & COLE LLP<br>Craig A. Raabe, Esq.<br>Edward J. Heath, Esq.<br>Elizabeth A. Fowler, Esq.<br>Stephen M. Deane, Esq.<br>280 Trumbull Street, 28th Floor<br>Hartford, CT 06103 | EIMER STAHL KLEVORN & SOLBERG, LLP<br>Andrew G. Klevorn, Esq.<br>Nathan P. Eimer, Esq.<br>Ryan S. Hedges, Esq.<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604 |
| MAYER, BROWN, ROWE & MAW LLP<br>Christopher J. Kelly, Esq.<br>1909 K. Street<br>Washington, D.C. 20006-1157 | MAYER, BROWN, ROWE & MAW, LLP<br>Andrew S. Marovitz, Esq.<br>Britt M. Miller, Esq.<br>Dana S. Douglas, Esq.<br>1901 South LaSalle Street<br>Chicago, IL 60603 |

_____
Paul A. Winick (ct 21813)