## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES INC., MM GLOBAL  
SERVICES PTE. LTD., and MEGAVISA  
SOLUTIONS (S) PTE. LTD.,

                             Plaintiffs,       :  Civil No. 02 CV 1107 (AVC)

            -v-

THE DOW CHEMICAL COMPANY, UNION  
CARBIDE CORPORATION, UNION CARBIDE  
ASIA PACIFIC, INC., UNION CARBIDE  
CUSTOMER SERVICES PTE. LTD., and DOW  
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,  :  November 19, 2004

                 Defendants.     :

### THELEN REID & PRIEST LLP'S MOTION TO WITHDRAW AS COUNSEL AND FOR THE IMPOSITION OF SECURITY PRIOR TO ANY RELEASE OF MEGAVISA'S FILES TO SUCCESSOR COUNSEL AND FOR THE IMPOSITION OF A CHARGING LIEN

Thelen Reid & Priest LLP ("Thelen Reid"), counsel of record for MM Global Services

Inc., MM Global Services PTE. Ltd. and MegaVisa Solutions PTE. Ltd. (collectively,

"MegaVisa" or "Plaintiffs") in the above captioned action (the "Action"), hereby moves this

Court for an order (a) granting Thelen Reid and the individual Thelen Reid attorneys who have

entered appearances in the Action leave to withdraw as counsel of record for MegaVisa; (b)

requiring MegaVisa to post security, in the amount of all sums owed for legal services provided

by Thelen Reid, prior to any release of MegaVisa files currently in Thelen Reid's possession to

December 21, 2004.  The motion is GRANTED to the extent it seeks to withdraw and to the extent it seeks an order requiring Mega Visa to post security for the sum of $427,887.83 allegedly owed for legal services rendered prior to the release to successor counsel of Mega Visa files in Thelen Ried's possession.  Further, the motion is also granted to the extent it seeks a charging lien for the amount due to Thelen Ried for legal services.  To the extent the attorneys dispute the total amount owed, they may request by motion an evidentiary hearing.  As this issue pertains exclusively to the plaintiffs, all future filings on this issue shall be submitted ex parte and under seal.

SO ORDERED.

_____  
Alfred V. Covello, U.S.D.J.