UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., | : |
| Plaintiffs, | : Civil No. 302 CV 1107 (AVC) |
| -v- | : |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., | : |
| | : December 14, 2004 |
| Defendants. | : |

### THELEN REID & PRIEST LLP'S MOTION PURSUANT TO LOCAL CIVIL RULE 5 (d) 3 TO SEAL THE AFFIDAVIT OF MICHAEL S. ELKIN SWORN TO THE 14TH DAY OF DECEMBER, 2004

Thelen Reid & Priest LLP ("Thelen Reid'), co-counsel of record for MM Global Services Inc., MM Global Services PTE. Ltd. and MegaVisa Solutions PTE. Ltd. (collectively, "MegaVisa" or "Plaintiffs") in the above captioned action (the "Action"), hereby moves this Court pursuant to Local Civil Rule 5 (d) 3 for an order to seal the Affidavit of Michael S. Elkin, sworn to the 14th day of December, 2004 (the "Elkin Affidavit").

In support of this Motion, Thelen Reid states as follows:

1. The Elkin Affidavit is simultaneously being filed in support of Thelen Reid & Priest LLP's ("Thelen Reid") Reply Memorandum of Law in further support of Thelen Reid's Motion To Withdraw As Counsel And For The Imposition Of Security Prior To The Release Of Mega Visa's Files To Successor Counsel And For The Imposition Of A Charging Lien.

2. The Elkin Affidavit discusses confidential communications between Michael S. Elkin and representatives of MegaVisa which took place during Thelen Reid's representation of

NY #633731 v1

256

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES INC., MM GLOBAL  :
SERVICES PTE. LTD., and MEGAVISA     :
SOLUTIONS (S) PTE. LTD.,             :
                                     :
                   Plaintiffs,       :   Civil No. 302 CV 1107 (AVC)
         -v-                         :
                                     :
THE DOW CHEMICAL COMPANY, UNION      :
CARBIDE CORPORATION, UNION CARBIDE   :
ASIA PACIFIC, INC., UNION CARBIDE    :
CUSTOMER SERVICES PTE. LTD., and DOW :
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,:
                                     :   December 14, 2004
                                     :
                   Defendants.       :

### THELEN REID & PRIEST LLP'S MOTION
### PURSUANT TO LOCAL CIVIL RULE 5 (d) 3 TO SEAL THE AFFIDAVIT OF
### MICHAEL S. ELKIN SWORN TO THE 14TH DAY OF DECEMBER, 2004

Thelen Reid & Priest LLP ("Thelen Reid'), co-counsel of record for MM Global Services Inc., MM Global Services PTE. Ltd. and MegaVisa Solutions PTE. Ltd. (collectively, "MegaVisa" or "Plaintiffs") in the above captioned action (the "Action"), hereby moves this Court pursuant to Local Civil Rule 5 (d) 3 for an order to seal the Affidavit of Michael S. Elkin, sworn to the 14th day of December, 2004 (the "Elkin Affidavit").

In support of this Motion, Thelen Reid states as follows:

1. The Elkin Affidavit is simultaneously being filed in support of Thelen Reid & Priest LLP's ("Thelen Reid") Reply Memorandum of Law in further support of Thelen Reid's Motion To Withdraw As Counsel And For The Imposition Of Security Prior To The Release Of Mega Visa's Files To Successor Counsel And For The Imposition Of A Charging Lien.

2. The Elkin Affidavit discusses confidential communications between Michael S. Elkin and representatives of MegaVisa which took place during Thelen Reid's representation of

December 17, 2004.  GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

NY #633731 v1