# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., | : <br> : <br> : <br> : |
| Plaintiffs, | : Civil No. 3:02 CV 1107 (AVC) |
| v. | : |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION and UNION CARBIDE ASIA PACIFIC, INC., | : January 10, 2005 <br> : <br> : <br> : |
| Defendants. | : |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned counsel hereby moves for the admission *pro hac vice* of Vanessa G. Jacobsen to represent the defendants Union Carbide Corporation and Union Carbide Asia Pacific, Inc. in this action. In support of this motion, the undersigned represents as follows:

1. Ms. Jacobsen is a partner in the firm of Eimer Stahl Klevorn & Solberg LLP, 224 S. Michigan Ave., Suite 1100, Chicago, Illinois 60604, telephone 312-660-7600, fax number 312-692-1718, and email address vjacobsen@eimerstahl.com.

2. Ms. Jacobsen is a member in good standing of the bar of Illinois and is admitted to practice in the courts of the State of Illinois as well as the United States District Court for the Northern District of Illinois. Ms. Jacobsen is also a member of the American Bar Association.

3. Neither Ms. Jacobsen nor anyone of the Eimer Stahl firm has been denied admission or disciplined in accordance with D. Conn. L. Civ. R. 83.2, or has been denied admission or disciplined by any other court.

4.  The granting of this motion will not require modification of a scheduling order or other deadlines.

5.  Ms. Jacobsen's Affidavit in Support of this Motion for Admission *Pro Hac Vice* is annexed hereto as Exhibit A.

6.  This Motion is accompanied by payment to Clerk of this Court of a fee of Twenty-five Dollars ($25.00) in accordance with D. Conn. L. Civ. R. 83.1(d)(2).

WHEREFORE, the undersigned respectfully requests that the Court enter an Order granting permission for Vanessa G. Jacobsen to appear *pro hac vice* in the above-referenced action.

Respectfully submitted,

_____
Stephen M. Deane

| | |
|---|---|
| Craig A. Raabe (ct 04116) | Andrew S. Marovitz (ct 25409) |
| Elizabeth A. Fowler (ct 23584) | Britt M. Miller (ct 25411) |
| Stephen M. Deane (ct 25634) | Dana S. Douglas (ct 25412) |
| ROBINSON & COLE LLP | MAYER, BROWN, ROWE & MAW LLP |
| 280 Trumbull Street | 190 South La Salle Street |
| Hartford, CT 05103-3497 | Chicago, Illinois 60603 |
| (860) 275-8200 | (312) 782-0600 |
| | |
| Nathan P. Eimer (ct 23693) | Christopher J. Kelly (ct 25410) |
| Andrew G. Klevorn (ct 26367) | MAYER, BROWN, ROWE & MAW LLP |
| Ryan S. Hedges (ct 26338) | 1909 K Street, N.W. |
| EIMER, STAHL, KLEVORN & SOLBERG, LLP | Washington, D.C. 20006-1157 |
| 224 South Michigan Avenue | (202) 263-3000 |
| Suite 1100 | |
| Chicago, IL 60604 | |
| (312) 660-7600 | |

*Counsel for Defendants The Dow Chemical Company,*
*Union Carbide Corporation and Union Carbide Asia Pacific, Inc.*

#1228089 v1 - mtn for pro hac - jacobsen

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Motion for Admission *Pro Hac Vice* was forwarded this 10th day of January, 2005, by first-class mail, postage prepaid, to the following counsel as follows:

> Alicia L. Downey, Esq.
> Bingham McCutchen, LLP – MA
> 150 Federal Street
> Boston, MA  02110-1726
>
> Richard S. Taffet, Esq.
> Bingham McCutchen LLP
> 399 Park Avenue
> New York, NY  10022-4689
>
> Suzanne Wachsstock, Esq.
> Wiggin & Dana LLP
> 400 Atlantic Street
> P.O. Box 110325
> Stamford, CT  06911-0325
>
> Robert M. Langer, Esq.
> Steven Bruce Malech, Esq.
> Wiggin & Dana LLP
> One CityPlace
> 185 Asylum Street
> Hartford, CT  06103
>
> Paul A. Winick, Esq.
> Michael S. Elkin, Esq.
> Susan B. McInerney, Esq.
> Alyson L. Redman, Esq.
> Thelen Reid & Priest LLP
> 875 Third Avenue
> New York, NY  10022-6225

_____
Stephen M. Deane

#1228089 v1 - mtn for pro hac - jacobsen