UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., | : |
| Plaintiffs, | : Civil No. 3:02 CV 1107 (AVC) |
| v. | : |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION and UNION CARBIDE ASIA PACIFIC, INC., | : January 7, 2005 |
| Defendants. | : |

STATE OF ILLINOIS      )
                       ) ss      Chicago, Illinois
COUNTY OF COOK         )

### AFFIDAVIT OF VANESSA G. JACOBSEN

VANESSA G. JACOBSEN, being duly sworn, deposes and states as follows:

1. I am over the age of eighteen and understand the obligation of an oath.

2. I am a partner in the firm of Eimer Stahl Klevorn & Solberg LLP, 224 S. Michigan Ave., Suite 1100, Chicago, Illinois 60604, telephone 312-660-7600, fax 312-692-1718, email address vjacobsen@eimerstahl.com.

3. I am a member in good standing of the bar of the State of Illinois (admitted 1997).

4. I am admitted to practice in the courts of the State of Illinois as well as the United States District Court for the Northern District of Illinois. I am also a member of the American Bar Association.

mtn for pro hac - jacobsen_v1.DOC

5. Neither I nor anyone at the Eimer Stahl firm has been denied admission or disciplined in accordance with D. Conn. L. Civ. R. 83.2, or has been denied admission or disciplined by any other court.

6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I swear that the foregoing is true and correct.

January 7, 2005

*Vanessa Jacobsen*
Vanessa G. Jacobsen
Illinois Bar No. 6243025

Subscribed and sworn to
before me this 7th day
of JANUARY, 2005.

*Susan M. Semens*
Notary Public

> Official Seal
> Susan M Semens
> Notary Public State of Illinois
> My Commission Expires 10/14/08

mtn for pro hac - jacobsen_v1.DOC