# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MM Global Services Inc., MM Global Services PTE. LTD., and Mega Visa Solutions (S). PTE. LTD.,
                       Plaintiffs,

**APPEARANCE**

v.                CASE NUMBER: 3:02-CV-01107 (AVC)

The Dow Chemical Company, Union Carbide Corporation, and Union Carbide Asia Pacific, Inc.
                       Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

    Union Carbide Corporation and
    Union Carbide Asia Pacific, Inc.

January 25, 2005
Date

phv0036
Connecticut Federal Bar Number

312-660-7600
Telephone Number

312-692-1718
Fax Number

vjacobsen@eimerstahl.com
E-mail address

*[Signature]*
Signature

Vanessa G. Jacobsen
Print Clearly or Type Name

Eimer Stahl Klevorn & Solberg LLP
Address

224 S. Michigan Avenue, Suite 1100

Chicago, IL 60604

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached Service List.

*[Signature]*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Appearance was forwarded this 25th day of January 2005, by first-class mail, postage prepaid, to the following counsel as follows:

Alicia L. Downey, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

Robert M. Langer, Esq.
Steven Bruce Malech, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103

Paul A. Winick, Esq.
Michael S. Elkin, Esq.
Susan B. McInerney, Esq.
Alyson L. Redman, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022-6225

Craig A. Raabe, Esq.
Elizabeth A. Fowler, Esq.
Stephen M. Deane, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Andrew Marovitz, Esq.
Britt M. Miller, Esq.
Dana S. Douglas, Esq.
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603-3441

Christopher J. Kelly, Esq.
Mayer Brown Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

_____
Vanessa G. Jacobsen