UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 FEB -8  P 2: 23



| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC., <br><br> Defendants. | Civil No. 3:02 CV 1107 (AVC) |

## SCHEDULING ORDER REGARDING DISCOVERY

Pursuant to the direction of the Court during the telephone status conferences held herein on December 22, 2004 and on January 19, 2005, and good cause appearing therefor, it is hereby ORDERED:

1. By March 1, 2005, Defendants shall complete their production of documents from the locations specified in their October 15, 2004 letter to plaintiffs and in their December 14, 2004 letter to this Court (the "Letters")[1] that are responsive to the subject matters identified in the Letters. Upon production, defendants shall identify the location where the documents were found and undertake reasonable efforts to identify the general subjects of the documents produced, and shall provide that same information for documents that were produced by

---

[1] Copies of these two letters are attached as Exhibits A and B, respectively, and are incorporated herein by reference.

defendants since June 29, 2004. Also by March 1, Defendants shall supplement their interrogatory answers as described in the Letters.

2. By March 1, 2005, plaintiffs shall complete the production of documents in response to defendants' previously served discovery requests and the supplementation of previously served interrogatories. Upon production, plaintiffs shall identify the location where the documents were found and undertake reasonable efforts to identify the general subject matter of the documents produced, and shall provide that same information for documents that were produced by plaintiffs since June 29, 2004.

3. On or before the entry of this Order, plaintiffs shall provide the Court and defendants' counsel with a letter responding to Interrogatory No. 17 of The Dow Chemical Company's Third Set of Interrogatories, dated November 2, 2004, and which specifically sets forth plaintiffs' knowledge, beyond the allegations contained in the Amended Complaint, with respect to the nature of defendants' alleged interference with plaintiffs' business relationships with End-Users.

It is so ordered this 7th day of February, 2005, at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge