UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. <br><br> Defendants. | Civil No. 3:02 CV 1107 (AVC) <br><br> February 18, 2005 |

## THE DOW CHEMICAL COMPANY'S
## MOTION TO COMPEL DISCOVERY RESPONSES

Defendant The Dow Chemical Company ("Dow") hereby moves the Court to compel Plaintiffs to respond to Dow's Second Set of Requests to Admit, Dow's Third Set of Interrogatories, and Dow's Second Set of Document Requests on Merits Discovery. Dow submits herewith a Memorandum in Support of its Motion to Compel.

WHEREFORE, for the reasons stated in the accompanying Memorandum, Dow respectfully requests that this Court grant its Motion to Compel Discovery Responses in its entirety and order Plaintiffs to respond fully to the outstanding discovery requests within thirty

days of the Court's Order and for such other relief as this Court may deem just and appropriate.

Dated: February 18, 2005                               Respectfully submitted,

*[signature]*

Craig A. Raabe (ct 04116)                              Andrew S. Marovitz (ct 25409)
Edward J. Heath (ct 20992)                             Dana S. Douglas (ct 25412)
ROBINSON & COLE LLP                                    MAYER, BROWN, ROWE & MAW LLP
280 Trumbull Street                                    190 South La Salle Street
Hartford, CT  05103-3497                               Chicago, Illinois  60603
(860) 275-8304                                         (312) 782-0600

                                                       Christopher J. Kelly (ct 25410)
                                                       MAYER, BROWN, ROWE & MAW LLP
                                                       1909 K Street, N.W.
                                                       Washington, D.C.  20006-1157
                                                       (202) 263-3000


*Counsel for Defendants The Dow Chemical Company*

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Motion to Compel Discovery Responses was forwarded this 18th day of February, 2005, by first-class mail, postage prepaid, to the following counsel:

Alicia L. Downey, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110-1726

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

Robert M. Langer, Esq.
Steven Bruce Malech, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103

Christopher J. Kelly, Esq.
Mayer Brown Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

Nathan P. Eimer, Esq.
Andrew G. Klevorn, Esq.
Ryan S. Hedges, Esq.
Eimer Stahl Klevorn & Solberg, LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604

Paul A. Winick, Esq.
Michael S. Elkin, Esq.
Susan B. McInerney, Esq.
Alyson L. Redman, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022-6225

_____
Brien P. Horan