Exhibit 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC., MM GLOBAL     :
SERVICES PTE. LTD., and MEGA VISA     :
SOLUTIONS (S) PTE. LTD.,     :
    :
          Plaintiffs,     :
    :
    :    Civil No. 3:02 CV 1107 (AVC)
        v.     :
    :
THE DOW CHEMICAL COMPANY, UNION     :
CARBIDE CORPORATION, and UNION     :
CARBIDE ASIA PACIFIC, INC.,     :
    :
          Defendants.     :    November 2, 2004

## THE DOW CHEMICAL COMPANY'S
## SECOND SET OF REQUESTS TO ADMIT

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant The Dow

Chemical Company requests that each Plaintiff – MM Global Services Inc., MM Global

Services Pte. Ltd., and Mega Visa Solutions (S) Pte. Ltd. – individually admit the truth of

the matters herein and serve responses upon counsel for Defendant within 30 days of

service hereof.

### Definitions and Instructions

The Dow Chemical Company incorporates herein the Definitions and Instructions

contained in its First Set of Interrogatories on Merits Discovery (dated October 9, 2003).

In addition, for purposes of this set of requests:

      i.      "Competitive Product" means, for any Product, a product that was, at any

time between January 1, 1993 and the present, offered, marketed or sold in competition

with, or as an alternative to, that Product.

**Requests to Admit**

<u>Request No. 3</u>:

Admit that between 1993 and March 31, 2002, you never purchased a Product or Competitive Product from anyone other than a Defendant or former Defendant in this action.

<u>Request No. 4</u>:

Admit that between 1993 and March 31, 2002, you never solicited the purchase of a Product or Competitive Product from anyone other than a Defendant or former Defendant in this action.

<u>Request No. 5</u>:

Admit that between 1993 and March 31, 2002, for each Product, the same Product or a Competitive Product was available for purchase by you from one or more suppliers other than Defendants and former Defendants in this action.

<u>Request No. 6</u>:

Separately for each (a) Defendant and former Defendant and (b) End-User identified in the list titled "End Users of Products" sent by Richard S. Taffet, Esq. to Andrew S. Marovitz, Esq. on July 6, 2004, admit that the Defendant or former Defendant never interfered with your business relationship with that End-User.

<u>Request No. 7</u>:

Admit that Plaintiffs never sold any of the Products in the United States.

<u>Request No. 8</u>:

Admit that Plaintiffs were never authorized by Defendants, former Defendants or any of their affiliates to sell any of the Products in the United States.

Dated:  November 2, 2004

Craig A. Raabe (ct 04116)
Edward J. Heath (ct 20992)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  06103-3597
(860) 275-8304

Andrew S. Marovitz (ct 25409)
Dana S. Douglas (ct 25412)
MAYER, BROWN, ROWE & MAW LLP
190 S. La Salle Street
Chicago, IL  60603-3441
(312) 782-0600

Christopher J. Kelly (ct 25410)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street
Washington, DC  20006-1157
(202) 263-3000

Attorneys for Defendant
The Dow Chemical Company

## CERTIFICATE OF SERVICE

I, Andrew S. Marovitz, do hereby certify that I caused a true and correct copy of

The Dow Chemical Company's Second Set of Requests to Admit to be served this date

on the following:

Robert M. Langer
Wiggin & Dana LLP
One City Place
185 Asylum Street
Hartford, CT 06103-3402
(by overnight courier)

Richard S. Taffet
Bingham McCutchen LLP
399 Park Avenue
New York, N.Y. 10022-4689
(by overnight courier)

Alicia L. Downey
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
(by overnight courier)

Nathan P. Eimer
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
(by overnight courier)

Dated: November 2, 2004

Andrew S. Marovitz

5059591