*09/02/2004*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC., MM GLOBAL  :
SERVICES PTE. LTD., and MEGA VISA       :
SOLUTIONS (S) PTE. LTD.,                :
                                        :
　　　　　Plaintiffs,                     :
                                        :    Civil No. 3:02 CV 1107 (AVC)
　　　　v.                                :
                                        :
THE DOW CHEMICAL COMPANY, UNION         :
CARBIDE CORPORATION, and UNION          :
CARBIDE ASIA PACIFIC, INC.,             :
                                        :
　　　　　Defendants.                     :    November 2, 2004

## THE DOW CHEMICAL COMPANY'S SECOND SET
## OF DOCUMENT REQUESTS ON MERITS DISCOVERY

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant

The Dow Chemical Company hereby requests that each Plaintiff – MM Global Services

Inc., MM Global Services Pte. Ltd., and Mega Visa Solutions (S) Pte. Ltd. – produce the

following documents, in accordance with the definitions and instructions set forth herein,

within 30 days, at the offices of Mayer, Brown Rowe & Maw LLP, 190 South La Salle

Street, Chicago, Illinois 60603.

### DEFINITIONS AND INSTRUCTIONS

The Dow Chemical Company incorporates by reference herein the Definitions

and Instructions contained in its First Set of Document Requests on Merits Discovery

(Oct. 9, 2003). In addition, for purposes of this set of document requests:

　　　　i.　　　　"Competitive Product" means, for any Product, a product that was, at any

time between January 1, 1993 and the present, offered, marketed or sold in competition

with, or as an alternative to, that Product.

## **Specific Requests**

Request No. 1:

All documents that evidence, refer or relate to any order for a Product or Competitive Product placed by you, between January 1, 1993 and the present, with any supplier other than a Defendant or former Defendant in this action.

Request No. 2:

All documents that evidence, refer or relate to any solicitation or offer by you, made between January 1, 1993 and the present, to purchase a Product or Competitive Product from any supplier other than a Defendant or former Defendant in this action.

Request No. 3:

All documents that evidence, refer or relate to any offer made between January 1, 1993 and the present by any supplier other than a Defendant or former Defendant in this action, to sell a Product or Competitive Product.

Request No. 4:

For each End-User with respect to which you denied any part of The Dow Chemical Company's Request to Admit No. 6, all documents that evidence, refer or relate to interference by any Defendant, or by any subsidiary or affiliate of any Defendant, with your business relationship with that End-User.

Request No. 5:

All draft or final affidavits, declarations, or other written statements regarding this dispute that, after March 1, 2002, you or your attorneys provided to or received from any individual who is not employed by you.

Request No. 6:

 All documents submitted to any government body, enforcement authority or tax authority that reflect or report amounts paid by End-Users for the Products.

Dated:  November 2, 2004

Craig A. Raabe (ct 04116)
Edward J. Heath (ct 20992)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  06103-3597
(860) 275-8304

Andrew S. Marovitz (ct 25409)
Dana S. Douglas (ct 25412)
MAYER, BROWN, ROWE & MAW LLP
190 S. La Salle Street
Chicago, IL  60603-3441
(312) 782-0600

Christopher J. Kelly (ct 25410)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street
Washington, DC  20006-1157
(202) 263-3000

Attorneys for Defendant
The Dow Chemical Company

## CERTIFICATE OF SERVICE

I, Andrew S. Marovitz, do hereby certify that I caused a true and correct copy of

The Dow Chemical Company's Second Set of Document Requests on Merits Discovery

to be served this date on the following:

Robert M. Langer
Wiggin & Dana LLP
One City Place
185 Asylum Street
Hartford, CT 06103-3402
(by overnight courier)

Alicia L. Downey
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
(by overnight courier)

Richard S. Taffet
Bingham McCutchen LLP
399 Park Avenue
New York, N.Y. 10022-4689
(by overnight courier)

Nathan P. Eimer
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
(by overnight courier)

Dated: November 2, 2004

Andrew S. Marovitz

5059590