**BINGHAM McCUTCHEN**

Richard S. Taffet
Direct Phone: (212) 705-7729
Direct Fax:   (212) 702-3603
richard.taffet@bingham.com
Our File No.: 307574

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689

212.705.7000
212.752.5378 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

July 6, 2004

**Via Facsimile and US Mail**

Andrew S. Marovitz, Esq.
Mayer, Brown, Rowe & Maw LLP
190 South La Salle Street
Chicago, Illinois 60603-341

Re: MM Global Services, et al. v. The Dow Chemical Company, et al.

Dear Andy:

Pursuant to Judge Covello's June 29, 2004 Ruling and Order on the Defendants' Motion for a Protective Order and Order on Plaintiffs' Motion to Compel, at 10-11, attached is a list of the end-users about whom plaintiffs are seeking documents and information.

We anticipate that defendants will promptly produce the documents and information to which the attached relates.

Very truly yours,

Richard S. Taffet

cc: Christopher J. Kelly, Esq.
    Craig A. Raabe, Esq.
    Robert M. Langer, Esq.

NYDOCS/1161068.1

**END-USERS OF PRODUCTS**
ACCRA PAC (INDIA) PVT LTD
AKSH OPTIFIBRE LTD
AKZO NOBEL COATINGS INDIA PVT LTD
ALOK INTERNATIONAL
AMCO VINYL LTD
AMINES & PLASTICIZERS LTD
AMITRONICS PVT LTD
AROMA AGENCIES
ARTEK SURFIN CHEMICALS LTD
ASIAN PPG INDUSTRIES LTD
ATOFINA
AUROBINDO PHARMA LTD
BALMER & lawrie co. limited
BASF INDUSTRIES LTD
BERGER PAINTS INDIA LIMITED
BERGO LIMITED
BETA NAPHTHOL LIMITED
BETL
BHANSALI CABLES AND CONDUCTORS PVT LTD
BHANSALI UDYOG PVT LTD
BILT CHEMICALS LTD
CARBORUNDUM UNIVERSAL LTD
CASTROL INDIA LTD
CATAPHARMA CHEMICALS PVT LTD
CENTRAL CABLES LTD
CIBA CKD LTD
CJ SHAH
CMI LTD
COLOUR CHEM LIMITED
CROMPTON GREAVES INDIA LTD
DABUR RESEARCH FOUNDATION
DELTON CABLES LTD
DE-NOCIL CROP PROTECTION LTD
DEVA DRILL TECH (I) LIMITED
DHARIYAL CHEMICALS
DOW CORNING INDIA LTD
DREWTREAT CHEMICALS
ELECTRON INDUSTRIES LTD
ELKAY TELELINKS
EMGEE CABLES AND COMMUNICATIONS LTD
ENGINERRING & CHEMICALS CORPORATION
ENZAL CHEMICALS (I) PVT LTD
EVEREST ORGANICS
FINOLEX CABLES LTD
FLEX CHEMIE INDUSTRIES
FORT GLOSTER INDUSTRIES LTD
FOSROC CHEMICALS (INDIA) LTD
FULFORD (INDIA) LTD
G. AMPHRAY LABORTORIES
GAS AUTHORITY OF INDIA LTD
GE LIGHTING

GLAXO INDIA LIMITED
GLAXO SMITHKLINE
GLOBAL DRUGS PVT LTD
GNR JET ENTERPRISE
GOODLASS NEROLAC PAINTS LTD
GOPAL ENTERPRISE
GTZ (INDIA) PVT LTD
GUJARAT ALKALIES AND CHEMICALS LTD
GUJARAT OPTICAL COMMUNICATION
GUJARAT TELEPHONE LTD
HARBANS LAL & CO
HARBANS LAL MALHOTRA & SONS LIMITED
HAVELS INDIA LTD
HERCULES SPECIALITY CHEMICALS (INDIA) PVT LTD
HGF LAMINATES LIMITED
HIMACHAL
HINDUSTAN INKS & RESINS LTD
HINDUSTAN PHOTO FILMS MFG CO LTD
HINDUSTAN SEALS LTD
HINDUSTAN STEELS
HINDUSTAN VIDYUT PRODUCTS LTD
ICI INDIA LTD
INCOWAX LIMITED
INDIA FOILS LTD
INDIAN ADDITIVES LTD
INDIAN ALUMINIUM COMPANY LTD
INDOFIL CHEMICALS LTD+C6
INDUS CABLES IND LTD
INDUSTRIAL CABLES (INDIA) LTD
INTERNATIONAL EXIM CORPORATION
J.K.ASSOCIATES
JAI ELECTRONICS
JALGAON CHEMICALS
JENSON AND NICHOLSON (INDIA) LTD
JESONS CORPORATION
JJ GLASTRONICS
KRISHNA ELECTRICAL INDUSTRIES LTD
LAXHMI MACHINES WORKS LIMITED
LEVER INDIA EXPORTS LIMITED
LUBRIZOL INDIA LTD
MAGNUM INTERMEDIATES LTD
MALHOTRA SHAVING PRODUCTS LTD
MANALI PETROCHEMICALS LTD
MANISHA TRADERS
MASTER BUILDERS TECHNOLOGY INDIA PVT LTD
MAYUR ELECTRICAL
MEPL LTD
MM RUBBER COMPANY LTD
MP TELELINKS LTD
MYSORE POLYMERS
NALCO CORPORATION
NAVIN CHEMICAL ENTERPRISES DIV MAFTLALIND.LTD

NETCO CABLES INDUSTRIES PVT LTD
NEW ALLINACE DYE CHEM PVT LTD
NICCO CORPORATION LTD
NIKHIL ADDITIVES LTD
NG TECHNOLOGIES
OHM POLYTECH PVT LTD
OMEGA CABLES LTD
OWENS CORNING (INDIA) LTD
PAHARPUR INDUSTRIES LTD
PARAMOUNT
PATEL POLYMERS PVT LTD
PG FOILS LTD
PIDILITE INDUSTRIES LIMITED
PIDILITE INDUSTRIES LTD
PLASTIPEEL CHEM & PLAST PVT LTD
PLAZA CABLES INDUSTRIES LTD
PROCTOR & GAMBLE INDIA LTD
QUINN INDIA
RAINBOW INKS INDUSTRIES
RALLIES INDIA LTD
RAVIRAJ FOILS LTD
RELIANCE INDUSTRIES LTD
RELIANCE SILICON IND LTD
RENCAL CHEMICALS INDIA LTD
REPL ENGG LIMITED
RESIL CHEMICALS PVT LTD
RPG CABLES LIMITED
SABERO ORGANICS LTD
SAMIR ENTERPRISES
SERVEL INDIA (P) LTD
SHRIJI CHEMICALS
SIKA QUALCRETE LTD.
SIRIS
SMITHKLINE BEECHAM PHARMACEUTICALS
STAHL INDIA PRIVATE LIMITED
STERLITE INDUSTRIES LTD
SUDARSHAN CHEMICAL INDUSTRIES LTD
SUN PHARAMACEUTICALS INDUSTRIES LTD
SUN PHARMACEUTICALS INDUSTRIES LTD
SUNDRAM FASTENERS LIMITED
SUNSHINE ORGANICS PVT LTD
SURU CHEMICALS & PHARMACEUTICALS
TECHNO CABLES PVT LTD
TECHNOVA CHEMICAL
TECHNOVA IMAGING SYSTEMS LTD
THERMAX LIMITED
TORRENT CABLES LTD
TORRENT PHARMACEUTICALS LTD
UM CABLES LIMITED
UNIFLEX CABLES LTD
UNITED PHOSPHORUS LIMITED
UNIVERSAL CABLES LTD

USHA BELTRON LTD
VAM ORGANICS CHEMICALS LIMITED
VIDYUT METALICS LTD
VIJAYA CABLES
VIMAL AGENCIES
VINDYA TELELINKS LTD
WORKHART LTD

JUL. 6. 2004  1:21PM    BINGHAM MCCUTCHEN                               NO. 283   P. 1

**BINGHAM McCUTCHEN**

# Facsimile

DATE: July 6, 2004

|  | NAME | FAX | PHONE |
|---|---|---|---|
| TO: | Andrew S. Marovitz, Esq.<br>Mayer, Brown, Rowe & Maw LLP | (312) 706-8651 | (312) 701-7116 |
|  | Christopher J. Kelly, Esq.<br>Mayer, Brown, Rowe & Maw LLP | (202) 263-3000 | (202) 263-3300 |
|  | Craig A. Raabe, Esq.<br>Robinson & Cole LLP | (860) 275-8299 | (860) 275-8304 |
|  | Robert M. Langer, Esq.<br>Wiggin and Dana LLP | (860) 525-9380 | (860) 297-3724 |
| FROM: | Richard S. Taffet<br>richard.taffet@bingham.com | (212) 702-3603 | (212) 705-7729 |

PAGES:   (INCLUDING THIS COVER PAGE):

RE:   MM Global Services, et al. v. The Dow Chemical Company, et al.

MESSAGE:   PLEASE SEE ATTACHED.

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689

212.705.7000
212.752.5378 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

**For transmission problems, please call (212) 752-5378**

The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any unauthorized reading, distribution, copying or disclosure of this transmittal is prohibited. If you have received this transmittal in error, please notify us immediately at (same telephone number as in first paragraph - will duplicate) and return the transmittal to the sender. Thank you.

| Timekeeper No: | 30180 | Matter No: | 307574 | DATE/TIME STAMP |
|---|---|---|---|---|
| Matter Name: | Dow litigation | | | |
| Return To: | Amanda Downing | | Floor: | 24 |

NYDOCS/1161088.1