| | |
|---|---|
| From: | "Samtani AP (Arjun)" <samtana@ucarb.com> |
| To: | "Ajay Mittal" <mittal@megavisa.com>; "Moti Kripalani" <kripalani@megavisa.com> |
| Sent: | Wednesday, March 28, 2001 8:09 AM |
| Subject: | HEC - for Asian Paints |

STRICTLY CONFIDENTIAL!

FYI, please.

Regards
Arjun Samtani

MS EXCHANGE email address Samtani AP (Arjun)
INTERNET email address samtana@ucarb.com


From: Ng P (Paul)
Sent: Monday, March 26, 2001 1:24 PM
To: Samtani AP (Arjun)
Cc: Mitra P (Ashish)
Subject: RE: HEC - for Asian Paints


Arjun,

Thanks to your help here to clarify MegaVisa's position. I will wait for business decision on when and whether to transition to Europe on the marketing or not.

Regards
Paul Ng
////////////.

----------
From: Samtani AP (Arjun)
Sent: Monday, March 26, 2001 1:21 PM
To: Ng P (Paul)
Cc: Mitra P (Ashish)
Subject: RE: HEC - for Asian Paints

Paul,

We do not have an exclusive distributor agreement with MegaVisa. However, in actual practice, the old UCC dealt with MegaVisa in almost all businesses on an exclusive basis. My understanding is that Ashish Mitra and other members in his team in Dow India are evaluating MegaVisa as a distributor. Once the evaluation is complete, the decision would be taken after consultation with the concerned marketing managers. The other twist to the whole subject is the fact that Europe (Middle East region) would be overseeing India. For the time being, as far as Performance Chemicals is concerned, it was agreed with Kaminaga-san that it would be business as usual including receiving orders from MegaVisa Singapore till SAP R/2 is ready to take on orders directly through the Dow India system.

Ashish, you may wish to add to these comments.

Regards

M 5118

Arjun Samtani

MS EXCHANGE email address Samtani AP (Arjun)
INTERNET email address samtana@ucarb.com
<mailto:samtana@ucarb.com>

---

From: Ng P (Paul)
Sent: Saturday, March 24, 2001 8:46 AM
To: Marathe A (Atul); Storme P (Pol); Motmans H (Herman)
Cc: Mitra P (Ashish); Samtani AP (Arjun); Kollmeyer MJ (Marty); Wallace SL (Scott)
Subject: RE: HEC - for Asian Paints

Herman,

Good question. I am still handling CZ and
also have been dealing with MegaVisa on their CZ requirement. I would really
like to have someone else take over ASAP. However, as of current, the
commercial director for Performance Chemical, Tak Kaminaga, has not yet
informed me who will take over from me. So I am still handling this
temporary.

I would be more than happy to transfer this
over to you for you to handle. Anyway, if this is the case, I need to inform
Tak first.

Regarding average pricing for CZ in India.
Currently we are selling at around USD 6.00/kg CFR at most customers/endures
level. Of course, this excludes specific accounts like Berger and VAM which
are slightly lower. However this pricing does include commission to MegaVisa
similar to arrangement with our 100% own affiliate.

On this Pacific Paint, they are Aqualon's
largest account and the pricing they requested has always been extremely low
and below normal market price. On top of this, I am not 100% sure they are
sincere in trying to source product from us or try to utilize us to force
Aqualon's pricing down. Thus without the capability to meet them direct and
talk face to face to get the understanding of their intention, I do not want
to lower our pricing to them.

Now on MegaVisa, I believe the arrangement
is ' exclusive ' for India. I need to check with Arjun Samtani first before
responding to you. If the arrangement is non-exclusive, now with us being
Dow and not Union Carbide, we should be able to approach them directly if
need be to obtain this business. So let's wait until Arjun clears for us the
relationship first.

For Arjun, can you please refresh my memory
on whether the arrangement with MegaVisa is exclusive or not so that we can
plan on our next move with this account. Thanks

Regards
Paul Ng
.......

---

From: Motmans H (Herman)
Sent: Friday, March 23, 2001 11:24 PM

M 5119

To: Marathe A (Atul); Storme P (Pol)
Cc: Mitra P (Ashish); Ng P (Paul)
Subject: HEC - for Asian Paints

Dear Atu.,

thanks for input. Atu, any input on needed
pricing to get us approved would be appreciated.

I will ask our technical service manager Pol
Storme to advice about countertypes.

With copy to Paul, what is the typical
pricing in India? Any feedback on our relationship with Megavisa is also
appreciated. Do we have an exclusive with them? Can we sell some volume
directly if we want to to?

Best regards,

Herman Motmans
tel. : +11229896535
e-mail. : motmanh@ucarb.com
<mailto: notmanh@ucarb.com>

---

From: Marathe, Atul[SMTP:MARATHE1@dow.com]
<mailto: SMTP:MARATHE1@dow.com]>
Sent: Wednesday, March 21, 2001 11:41 AM
To: Motmans, Herman (H)
Cc. Mitra Ashish
Subject: HEC - for Asian Paints

Hi Herman

I am responsible for sales of Methocel &
Ethocel cellulose ethers in India. I believe you are responsible for
Cellosize - HEC from Marketing standpoint for Europe. Since - we in
Performance Chemicals in India are already aligned to Europe - I am
addressing this e-mail to you.

Currently I had a meeting with India's no.1
Paint Company - Asian Paints. They buy about 200 MT of HEC mainly from
Aqualor & also from Clariant. The grades from Aqualon used are : Nitrosol
250 HR  HHR , HHRP & MHR.

Kindly advice our equivalents of the above.
Do we have any better grades than these ?

In India former UCC business was handled
through an Agent called Megavisa. We will continue to work through them. I
know that Asian Paints do not buy Cellosize and have not talked to Megavisa
about my meeting with Asian Paints as yet. Kindly advice what price can we
offer to Asian Paints ? I will then work with Megavisa on our
offering. One thing is very clear - we will need to be very aggressive to
be able to have any share of the pie........

M 5120

Thanks

ATUL MARATHE
Performance Chemicals
Dow India.
Tel : 91 22 5245830
Fax  91 22 5231407
E mail   narathe1@dow.com
<mailto narathe1@dow.com>

M 5121

09-Inl-02