BINGHAM McCUTCHEN

Alicia L. Downey
Direct Phone: (617) 951-8187
alicia.downey@bingham.com

December 28, 2004

**Via Facsimile (312) 706-8651**

Andrew S. Marovitz, Esq.
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, Illinois 60603

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617 951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

**Re:** *MM Global Services Inc. v. The Dow Chemical Co.*

Dear Andy:

We are in receipt of your letter of December 27. We are reviewing it carefully and will respond in due course. At first glance, however, the remaining issues in dispute all appear to be resolvable well in advance of the March 1, 2005, reciprocal deadline for completing the present phase of merits discovery.

In that light, you had indicated in last week's status conference that you would circulate, no later than yesterday, a draft form of scheduling order for our review. We have not received anything yet, and ask that you please advise when we might expect it from you.

Further, based on your representations in that call, it is our understanding that defendants will not be completing their production, in advance of the settlement conference on January 18, of what we agreed to designate for the sake of convenience as "merger documents." We have advised you that plaintiffs need these documents to fully prepare for the conference. If our understanding is incorrect or if it otherwise appears that the responsive documents will be produced before January 18, please let us know.

Finally, with regard to the next conference call with Judge Covello, we are not available on your proposed dates. We are available, however, any time the morning of January 12, 2005. Once a date has been confirmed, we will provide you with a copy of our written submission to the Court in advance of the call.

LITDOCS/582452.1

** TOTAL PAGE.03 **

Andrew S. Marovitz, Esq.
December 28, 2004
Page 2 of 2

Thank you for your attention to the above.

Very truly yours,

Alicia L. Downey

Bingham McCutchen LLP
bingham.com

cc:    Craig A. Raabe, Esq. (via facsimile)
       Christopher J. Kelly, Esq. (via facsimile)
       Nathan P. Eimer, Esq. (via facsimile)
       Richard S. Taffet, Esq. (via facsimile)
       Robert M. Langer, Esq. (via facsimile)

LITDOCS/582452.1

**BINGHAM McCUTCHEN**

# Facsimile

DATE:   December 28, 2004

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

TO:

| NAME | FAX | PHONE |
|------|-----|-------|
| Andrew S. Marovitz, Esq. | 312-706-8651 | |
| Craig A. Raabe, Esq. | 860-275-8299 | |
| Nathan P. Eimer, Esq. | 312-692-1718 | |
| Christopher J. Kelly, Esq. | 202-263-5285 | |
| Richard S. Taffet, Esq. | 212-702-3603 | |
| Robert M. Langer, Esq. | 860-525-9380 | |

FROM:   Alicia L. Downey          (617) 951-8736          (617) 951-8187
        alicia.downey@bingham.com

PAGES:   (INCLUDING THIS COVER PAGE): **3**

RE:   *MM Global Services Inc. v. The Dow Chemical Co.*

MESSAGE:

For transmission problems, please call (617) 951-8586

The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any unauthorized reading, distribution, copying or disclosure of this transmittal is prohibited. If you have received this transmittal in error, please notify us immediately at (same telephone number as in first paragraph - will duplicate) and return the transmittal to the sender. Thank you.

| Timekeeper No: | 3065 | Client/Matter No: | 3001613/307959 | DATE/TIME STAMP |
|----------------|------|-------------------|----------------|-----------------|
| Client/Matter Name: | Mcgavisa/Dow Chemical | | | |
| Return To: | Alicia Downey | | | |
| LITDOCS/570190.1 | | | Floor No: 17 | |