**Marovitz, Andrew S.**

| | |
|---|---|
| **From:** | Taffet, Richard S. [richard.taffet@bingham.com] |
| **Sent:** | Friday, December 31, 2004 8:00 AM |
| **To:** | Marovitz, Andrew S. |
| **Cc:** | Downey, Alicia L.; Cross, Nia |
| **Subject:** | Your letter of 12/30 |

Although I am not in the office today, I did see your letter faxed late yesterday afternoon. We will respond to the various points next week, as well as address the proposed order. On a quick reveiw, however, the draft order does not appear to reflect the positions stated by the judge. As stated, we will address that next week.

Regarding the telephone conference with the Judge, since the time we proposed the morning of Jan. 12th, my schedule has changed, and I must be out of town in depositions. We can discuss alternative dates next week. We do, nevertheless, anticipate providing Judge Covello with the letter he requested prior to the January 18th settlement conference before Judge Smith, which we have no intentions of rescheduling even in light of your refusal to provide information that might be of assistance in reaching a resolution.

Have a very happy and safe New Year, and we look forward to talking with you next week.