Exhibit 16

```
MAYER
BROWN
ROWE
& MAW
```

Mayer, Brown, Rowe & Maw LLP
190 South La Salle Street
Chicago, Illinois 60603-3441

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

**Andrew S. Marovitz**
Direct Tel (312) 701-7116
Direct Fax (312) 706-8651
amarovitz@mayerbrownrowe.com

January 19, 2005

**BY FACSIMILE**

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Re:   *MM Global Services, et al. v. The Dow Chemical Company, et al.*, Civil No. 3:02 CV 1107 (AVC)

Dear Richard:

On December 27, we wrote Alicia Downey a letter that sought confirmation of a few discovery points that we discussed with you just before the holidays. Alicia's letter of December 28 said that we would receive a response to those points "in due course," and your e-mail of December 31 noted that we would receive a response during the following week. To date, we have not received a response, but would appreciate knowing by the end of the week where Plaintiffs stand on those issues.

We look forward to hearing from you.

Very truly yours,

Andrew S. Marovitz

cc:   Robert M. Langer, Esq.
      Suzanne E. Wachsstock, Esq.
      Alicia Downey, Esq.
      Craig A. Raabe, Esq.
      Nathan P. Eimer, Esq.
      Christopher J. Kelly, Esq.

Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  Manchester  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete, Nader y Rojas, S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.