# BINGHAM McCUTCHEN

Alicia L. Downey
Direct Phone: (617) 951-8187
alicia.downey@bingham.com

February 17, 2005

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

**Via Facsimile (312) 706-8651**

Andrew S. Marovitz, Esq.
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, Illinois 60603

Re: *MM Global Services Inc. v. The Dow Chemical Co.*

Dear Andy:

You have requested a response to your letter of December 27, 2004. The agreed-upon Scheduling Order sets forth the parties' discovery obligations through March 1, 2005. It is plaintiffs' intent to comply with the Order and with our prior undertakings to supplement certain responses to Dow's written discovery requests. If, after receiving these supplemental responses, you still believe it necessary to revisit any of the matters raised in your December 27 letter, please feel free to contact me.

Very truly yours,

Alicia L. Downey

cc: Craig A. Raabe, Esq. (via facsimile)
Christopher J. Kelly, Esq. (via facsimile)
Nathan P. Eimer, Esq. (via facsimile)
Richard S. Taffet, Esq. (via facsimile)
Robert M. Langer, Esq. (via facsimile)
Suzanne Wachsstock, Esq. (via facsimile)

LITDOCS/589319.1

# BINGHAM McCUTCHEN

# Facsimile

DATE: February 17, 2005

|  | NAME | FAX | PHONE |
|---|---|---|---|
| TO: | Andrew S. Marovitz, Esq. | 312-706-8651 | |
| | Craig A. Raabe, Esq. | 860-275-8299 | |
| | Nathan P. Eimer, Esq. | 312-692-1718 | |
| | Christopher J. Kelly, Esq. | 202-263-5285 | |
| | Richard S. Taffet, Esq. | 212-702-3603 | |
| | Robert M. Langer, Esq. | 860-525-9380 | |
| | Suzanne E. Wachsstock, Esq. | 203-363-7676 | |

FROM: Alicia L. Downey    (617) 951-8736    (617) 951-8187
alicia.downey@bingham.com

PAGES: (INCLUDING THIS COVER PAGE): 2

RE: *MM Global Services Inc. v. The Dow Chemical Co.*

MESSAGE:

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

For transmission problems, please call (617) 951-8586
The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any unauthorized reading, distribution, copying or disclosure of this transmittal is prohibited. If you have received this transmittal in error, please notify us immediately at (same telephone number as in first paragraph - will duplicate) and return the transmittal to the sender. Thank you.

| Timekeeper No: | 3065 | Client/Matter No: | 0780688/310144 | DATE/TIME STAMP |
|---|---|---|---|---|
| Client/Matter Name: | Nissan/Elmwood | | | |
| Return To: | Alicia Downey | | Floor No: 17 | |

LITDOCS/570190.1