4-2-04

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., : Plaintiffs, -v- THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC., Defendants. | Civil No. 302 CV 1107 (AVC) **PLAINTIFFS' THIRD REQUEST TO DEFENDANTS FOR PRODUCTION OF DOCUMENTS** |

PLEASE TAKE NOTICE that, pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiffs MM Global Services Inc. ("MMGS"), MM Global Services Pte. Ltd. ("MMGS-S") and MegaVisa Solutions (S) Pte. Ltd. ("MVS") (collectively "Plaintiffs"), by their attorneys Bingham McCutchen LLP, Thelen Reid & Priest LLP, and Wiggin and Dana LLP, hereby request that defendants The Dow Chemical Company ("Dow"), Union Carbide Corporation ("UCC"), and Union Carbide Asia Pacific, Inc. ("UCAP") (collectively "Defendants") each produce for inspection and copying, in accordance with the Instructions and Definitions contained herein, the documents described below at the offices of Bingham McCutchen, LLP, 399 Park Avenue, New York, New York 10022, or at such a place and in such a manner as may be mutually agreed upon between counsel and parties within thirty (30) days after service of this Request.

## I. DEFINITIONS AND INSTRUCTIONS

The Definitions and Instructions set forth in Plaintiffs' First Request To Defendants For Production of Documents, dated September 18, 2002 and Platintiffs' Second

Request To Defendants For Production Of Documents, dated October 15, 2003 are incorporated herein by reference as if fully set forth.

## II. DOCUMENTS REQUESTED

1. All documents concerning the manufacture, sale, offer for sale or distribution in any geographic market or territory by any person other than You of any products that are competitive with the Products.

2. All documents concerning any communications between or among You and any other person that is Your competitor in the manufacture, sale, offer for sale or distribution in any geographic market or territory of Products or any products that are competitive with the Products.

3. All documents concerning the manufacture, sale, offer for sale or distribution in any geographic market or territory of Products or products that are competitive with the Products by any person or entity of which you are, directly or indirectly, less than the 100% owner.

4. All documents concerning any trade association meeting or activity relating to the manufacture, sale, offer for sale or distribution of Products or products that are competitive with the Products.

5. All documents concerning the effect or contemplated effect of the Merger on competition for the sale of Products in any geographic market or territory other than India

6. All documents concerning competition between Dow and UCC prior to the Merger in connection with the sale of Products or products that are competitive with the Products in any geographic market or territory other than India.

2

7.   All documents concerning competition relating to the Products or products that are competitive with the Products provided to any antitrust enforcement agency, whether in the United States or elsewhere, in connection with the Merger.

Dated: April 2, 2004

BINGHAM MCCUTCHEN LLP

By: _____
Richard S. Taffet  (ct 10201)
399 Park Avenue
New York, New York 10022-4689
(212) 705-7000 (tel)
(212) 752-5378 (fax)

THELEN REID & PRIEST LLP
Paul A. Winick (ct 21813)
Alyson L. Redman (ct 25494)
875 Third Avenue
New York, New York  10022-6224
(212) 603-2000 (tel)
(212) 603-2001 (fax)

WIGGIN & DANA LLP
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct 17627)
One City Place
185 Asylum Street
Hartford, Connecticut 06103-3402
(860) 297-3724 (tel)
(860) 525-9380 (fax)

3