Sub : <u>Wire & Cable Compounds Market scenario in India</u>

1.  **Total Market**

    Total Wire & Cable market in India for 2001 = 100,000 MT

    Telecom – 90,000 MT
    Power   - 10,000 MT

    Overall market growth rate is approx. 10% per year.
    (Power : 2 – 4%;   Telecom . 10 – 12%)

2.  **Competitive Prices;**

| Grades | Competitors Prices | UCC Average Prevailing Prices CIF USD/MT | Active Suppliers |
|---|---|---|---|
| 3364 Telecom Insulation | Rs.49.20/kg (converted effective price USD700/MT) | 1000 | Reliance |
| 6059 Telecom Jacketing | Rs.50 to Rs.54/kg (converted effective price USD710/MT) | 1000 | 5 – 6 Local Compounders |
| 3479 OFC Jacketing | Rs.65 to Rs 68/kg (converted effective price USD950 to 1000/MT) USD1100/MT | 1100 | Local Compounders Hind and Polylink Borealis |
| 4201 Power Insulation | USD920 to 925/MT USD1000 to 1025/MT | 1100 | Hanva Borealis |
| 0586 Power Semicon | USD1725 to 1750/MT USD1800/MT | 1950 | Hanva Borealis |
| Redilink Power – Low Voltage | Rs.67 to Rs.68/kg (converted effective price USD1000/MT) | 1200 | Kalpana Polylink |

Note : Converted effective price means Base Price + Import Duties + Misc. exp.

M 3290

### 3. Import duties

Import duties on W/C Compounds is 41%

### 4. Our Strategic Customers

Finolex, Sterlite, Birla Group, UBL

### 5. Historical Sales of Megavisa

| Year | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|
| Sales in MT | 2159 | 4158 | 14240 | 11969 | 21841 | 1461 |

In the year 1999, we achieved sales of 22,000 tons from January to Sept '99.

We could not execute firm orders of about 12,000 tons due to spiraling high prices of oil and gas in the World Market, which resulted in steep increase for W/C compounds and we defaulted with few customers, who had placed confirmed orders on us.

Inspite of this set back, we have been able to keep customers with us and still enjoy good reputation in the market.

### 6. Work done with DoT and Utilities

- Megavisa has given presentation to Power Utilities MSEB & BSES On "Upgradation of specification IS 7098", where in we are emphasing on purity of Polymer Compounds. Similar presentation will be given to BEST and TATA shortly

- Megavisa is working with DoT to improve OIT test in the specification. (We have proposed that OIT has to be carried out in an aluminium pan after conditioning the sample in Chamber at 70 deg.C for 14 days, instead of present practice of using a copper pan after conditioning the sample for 8 hours).

Once the cable specification are upgraded we will have an edge over local competitors as it will be difficult for their compounds to satisfy these tests and only few quality compound manufacturers and international players will remain in the market.

We need technical support from DOW to push DoT and Utilities for upgradation of specifications.

The next Technical Meeting of DoT is scheduled for 23rd April for further follow up on OIT tests. MegaVisa will attend the meeting

M 3291

7. MegaVisa's suggestions:

To improve Sales, we suggest

a) We should concentrate and get price support for Compounds such as :

1. Foam Skin
2. HV/EHV Cable Compounds
3. CATV/Lan Cables
4. OFC Sheathing Compounds

The market for above Compounds is small say 8,000 to 10000 MT and even if we get 60% market share we could achieve sales of 5000 to 6000 MT/year.

b) Telecom Jacketing/Sheathing Compounds Market is to the tune of 55,000 tons/year. We feel, that we should get price support at least for about 500 – 600 tons/month so as to work with two/three strategic customers who can help us in upgrading specifications with DoT and in other developmental work. These two/three strategic customers are market leaders and trend setters, such as; Finolex, Sterlite and Vindhya Telelinks.

c) With a lot of ground work we have been able to convince DoT to float Tender for Foam Skin Cables but unfortunately this tender has been delayed for the time being.

If we implement/ suggestions as per a) and b) above, our average sales can be 800-1000 tons per month or about 10,000 tons per year to start with.

Wire and Cable Compounds market in India is a big and increasing market. We therefore feel that if you could give a thought to our suggestions, we can definitely work out some strategy of mutual benefit.

Look forward to hear from you.

*Thanks & Best Regards,*
*Moti Kripalani*