Exhibit 23

M D Kripalani

| | |
|---|---|
| From: | "Poh A (Albert)" <poha@ucarb.com> |
| To: | "'Shrikant Naik'" <shrikant@megavisa.com> |
| Cc: | "Gollerkeri S (Sharad)" <GOLLERKERI@dow.com>; "Moti Kripalani" <kripalani@megavisa.com>; "ananth" <chennai@megavisa.com>, "Chan J (Jessica)" <chanj@ucarb.com> |
| Sent: | Friday, May 04, 2001 8:08 AM |
| Subject: | RE: VYHH & VAGH for Aroma ( U R G E N T ) |

Shrikant

We will only continue to support the business at the best price that we are likely to fetch. No more low prices with the announcement of worldwide price increase. I will support this new order only for VYHH(WS) at US$1.9? /kg FAS and VAGH at US$3.20/kg FAS.

Best Regards,
Albert Poh
May 4th 2001
Dow Chemical Pacific (Singapore) Pte Ltd
Email poha@ucarb.com
DID. 65 6609113

----------
From: Shrikant Naik [SMTP:shrikant@megavisa.com]
Sent: Thursday, May 03, 2001 2:44 PM
To: albert
Cc: sharad Gollerkeri; Moti Kripalani; ananth
Subject: VYHH & VAGH for Aroma ( U R G E N T )


Dear Albert,

Aroma agencies would like to procure 4 FCLs of VYHH & VAGH ( approx. 70 : 30 per FCL ) for immediate desp from May, June, July & Aug '01.

As we are facing stiff comptn from Wacker & Solbin A request U to advise the most competitive FAS price to finalise the order.


Thanks & Regards,

Shrikant Naik
Business Manager
Megavisa Marketing & Solutions Ltd.
Mumbai, INDIA.
email : shrikant@megavisa.com <mailto:shrikant@megavisa.com>
Phone Direct  0091 22 6901067
      Board  0091 22 8527770 extn - 117
Fax   0091 22 8527774

M 3915