MANDATE

D. Conn.
02-cv-1107
Covello, J.

**United States Court of Appeals**
FOR THE
SECOND CIRCUIT

FILED
2005 FEB 25 P 2:00
U.S. DISTRICT COURT
NEW HAVEN, CT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 17th day of February, two thousand five,

Present:
    Hon. Joseph M. McLaughlin,
    Hon. Peter W. Hall,
    Hon. John R. Gibson,[*]
        *Circuit Judges.*

[Seal: UNITED STATES COURT OF APPEALS FILED FEB 17 2005 Roseann B. MacKechnie, Clerk SECOND CIRCUIT]

*In re*: The Dow Chemical Company,
        Petitioners

04-4802-op

Petitioners, through counsel, petition for a writ of mandamus directing the district court to dismiss the plaintiffs' antitrust claim for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1). Upon due consideration, it is ORDERED that because the petitioners have failed to demonstrate an "extreme need for reversal," the petition for a writ of mandamus is denied. See In re Steinhardt Partners, L.P., 9 F.3d 230, 233-34 (2d Cir. 1993); F. Hoffman-La Roche Ltd. v. Empagran S.A., --- U.S. ----, 124 S.Ct. 2359 (2004).

The Chamber of Commerce of the United States's motion for leave to file as an *amicus curiae* in support of petitioners is also denied. See Fed. R. App. P. 21(b).

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: /s/ Lucille Carr

---

[*] The Honorable John R. Gibson, of the U.S. Court of Appeals for the Eighth Circuit, sitting by designation.

SAO-MFS

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
/s/

–ISSUED AS MANDATE: 2-18-05