UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., : : : : | |
| Plaintiffs, : | Civil No. 3:02 CV 1107 (AVC) |
| v. : : | |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION and UNION CARBIDE ASIA PACIFIC, INC., : : : : | |
| Defendants. : | March 21, 2005 |

**APPEARANCE**

Please enter the appearance of the undersigned for all the defendants.

*[signature]*
Marion B. Manzo (ct 22068)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: mmanzo@rc.com

#1243344 v1 - APPEARANCE/DOW/MANZO

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Appearance was sent via fax and mail this 21st day of March, 2005, by first-class mail, postage prepaid, to the following counsel:

Alicia L. Downey, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA  02110-1726

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325

Robert M. Langer, Esq.
Steven Bruce Malech, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT  06103

Christopher J. Kelly, Esq.
Mayer Brown Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

Nathan P. Eimer, Esq.
Andrew G. Klevorn, Esq.
Ryan S. Hedges, Esq.
Eimer Stahl Klevorn & Solberg, LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL  60604

Michael S. Elkin, Esq.
Susan B. McInerney, Esq.
Alyson L. Redman, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY  10022-6225

_____
Marion B. Manzo

#1243344 v1 - APPEARANCE/DOW/MANZO