UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., | : <br> : <br> : <br> : |
| Plaintiffs, | : Civil No. 3:02 CV 1107 (AVC) <br> : |
| v. | : <br> : |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION and UNION CARBIDE ASIA PACIFIC, INC., | : March 30, 2005 <br> : <br> : <br> : |
| Defendants. | : |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned counsel hereby moves for the admission *pro hac vice* of Scott C. Solberg to represent the defendants Union Carbide Corporation and Union Carbide Asia Pacific, Inc. in this action. In support of this motion, the undersigned represents as follows:

1. Mr. Solberg is a partner in the firm of Eimer Stahl Klevorn & Solberg LLP, 224 S. Michigan Ave., Suite 1100, Chicago, Illinois 60604, telephone 312-660-7600, fax number 312-692-1718, and email address ssolberg@eimerstahl.com.

2. Mr. Solberg is a member in good standing of the bar of Illinois and is admitted to practice in the courts of the State of Illinois as well as the United States District Courts for the Northern District of Illinois, the District of Colorado, and the Eastern District of Wisconsin, the Illinois Supreme Court, the United States Courts of Appeals for the Seventh and Tenth Districts, and the United States Supreme Court.

3. Neither Mr. Solberg nor anyone of the Eimer Stahl firm has been denied admission or disciplined in accordance with D. Conn. L. Civ. R. 83.2, or has been denied admission or disciplined by any other court.

4. The granting of this motion will not require modification of a scheduling order or other deadlines.

5. Mr. Solberg's Affidavit in Support of this Motion for Admission *Pro Hac Vice* is annexed hereto as Exhibit A.

6. This Motion is accompanied by payment to Clerk of this Court of a fee of Twenty-five Dollars ($25.00) in accordance with D. Conn. L. Civ. R. 83.1(d)(2).

WHEREFORE, the undersigned respectfully requests that the Court enter an Order granting permission for Scott C. Solberg to appear *pro hac vice* in the above-referenced action.

Respectfully submitted,

_____
Marion B. Manzo

Craig A. Raabe (ct 04116)
Marion B. Manzo (ct 22068)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  05103-3497
(860) 275-8200

Nathan P. Eimer (ct 23693)
Andrew G. Klevorn (ct 26367)
Ryan S. Hedges (ct 26338)
Vanessa G. Jacobsen (phv 0036)
EIMER, STAHL, KLEVORN &
SOLBERG, LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL  60604
(312) 660-7600

Andrew S. Marovitz (ct 25409)
Britt M. Miller (ct 25411)
Dana S. Douglas (ct 25412)
MAYER, BROWN, ROWE & MAW LLP
190 South La Salle Street
Chicago, Illinois  60603
(312) 782-0600

Christopher J. Kelly (ct 25410)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C.  20006-1157
(202) 263-3000

*Counsel for Defendants The Dow Chemical Company,
Union Carbide Corporation and Union Carbide Asia Pacific, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Motion for Admission *Pro Hac Vice* was forwarded this 4th day of April, 2005, by first-class mail, postage prepaid, to the following counsel:

Alicia L. Downey, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110-1726

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

Robert M. Langer, Esq.
Steven Bruce Malech, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103

Christopher J. Kelly, Esq.
Mayer Brown Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

Andrew S. Marovitz, Esq.
Britt M. Miller, Esq.
Dana S. Douglas, Esq.
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603-3441

Paul A. Winick, Esq.
Michael S. Elkin, Esq.
Susan B. McInerney, Esq.
Alyson L. Redman, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022-6225

_____
Marion B. Manzo

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., : : : : | |
| Plaintiffs, : | Civil No. 3:02 CV 1107 (AVC) |
| : | |
| v. : | |
| : | |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION and UNION CARBIDE ASIA PACIFIC, INC., : : : : | March 30, 2005 |
| : | |
| Defendants. : | |

STATE OF ILLINOIS      )
                       ) ss            Chicago, Illinois
COUNTY OF COOK         )

### AFFIDAVIT OF SCOTT C. SOLBERG

SCOTT C. SOLBERG, being duly sworn, deposes and states as follows:

1. I am over the age of eighteen and understand the obligation of an oath.

2. I am a partner in the firm of Eimer Stahl Klevorn & Solberg LLP, 224 S. Michigan Ave., Suite 1100, Chicago, Illinois 60604, telephone 312-660-7600, fax 312-692-1718, email address ssolberg@eimerstahl.com.

3. I am a member in good standing of the bar of the State of Illinois (admitted 1990).

4. I am admitted to practice in the courts of the State of Illinois as well as the United States District Courts for the Northern District of Illinois, the District of Colorado, and the Eastern District of Wisconsin, the Illinois Supreme Court, the United States Courts of Appeals for the Seventh and Tenth Districts, and the United States Supreme Court.

5. Neither I nor anyone at the Eimer Stahl firm has been denied admission or disciplined in accordance with D. Conn. L. Civ. R. 83.2, or has been denied admission or disciplined by any other court.

6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I swear that the foregoing is true and correct.

March 29, 2005

_____
Scott C. Solberg
Illinois Bar No. 6204487

Subscribed and sworn to
before me this 29 day
of March, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Andrea C. Lightfoot
Notary Public, State of Illinois
My Commission Exp. 11/28/2006