UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., AND MEGAVISA SOLUTIONS (S) PTE. LTD.,<br><br>                          Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>                          Defendants. | CIVIL ACTION<br>NO. 3:02 CV 1107 (AVC)<br><br>April 6, 2005 |

## PLAINTIFFS' MOTION TO VACATE THE ORDER GRANTING RULE 12(b)(2) MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION

At the Court's invitation, plaintiffs MM Global Services, Inc., MM Global Services Pte. Ltd., and Megavisa Solutions (S) Pte. Ltd. (collectively, "plaintiffs") hereby move to vacate the Court's prior dismissal, for lack of personal jurisdiction, of the claims against Union Carbide Customer Services Pte. Ltd ("UCCS") and Dow Chemical Pacific (Singapore) Pte. Ltd. ("Dow Singapore"). *See* Order dated July 8, 2004 (granting plaintiffs' motion for reconsideration and authorizing plaintiffs to conduct personal jurisdiction discovery with respect to UCCS and Dow Singapore).

In support of the instant motion, plaintiffs respectfully refer the Court to their Brief in Support of Their Motion to Vacate the Order Granting Defendants' Rule 12(b)(2) Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction and to the Affidavit of Alicia L. Downey and exhibits thereto, filed on this date, which, along with plaintiffs' previous

submissions,[1] establish that both UCCS and Dow Singapore "transacted business" of a "substantial character" in Connecticut, thereby creating personal jurisdiction under Section 12 of the Clayton Act, 15 U.S.C. § 22.

WHEREFORE, plaintiffs respectfully request that the Court issue an Order vacating the November 13, 2003 Decision and denying UCCS's and Dow Singapore's respective Motions to Dismiss for Lack of Personal Jurisdiction.

Dated: April 6, 2005                    Respectfully submitted,

**BINGHAM McCUTCHEN LLP**

Richard S. Taffet (ct 10201)
Alicia L. Downey (ct 22066)
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000 (tel)
(212) 752-5378 (fax)

-and-

WIGGIN AND DANA LLP
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct 17627)
One City Place
185 Asylum Street
Hartford, CT 06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)

---

[1] Specifically, plaintiffs refer to the First Amended Complaint; Plaintiffs' July 3, 2003 Memorandum of Law in Opposition to [UCAP's, UCCS's, and Dow s Singapore's] Motions to Dismiss Plaintiffs' First Amended Complaint for Lack of Personal Jurisdiction, and the accompanying Affidavit of Richard S. Taffet and Exhibits 1 through 41 thereto.