UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., AND MEGAVISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) |

### AFFIDAVIT OF ALICIA L. DOWNEY

COMMONWEALTH OF MASSACHUSETTS )
                                ) ss:
COUNTY OF SUFFOLK               )

Alicia L. Downey, having been duly sworn, deposes and says:

1. I am a partner in the firm of Bingham McCutchen LLP, co-counsel for plaintiffs in the above-captioned action. I submit this Affidavit to put before the Court certain documents in support of Plaintiffs' Motion to Vacate the Order Granting Rule 12(b)(2) Motions to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction.

2. Attached hereto as <u>Exhibit A</u> are true and correct copies of documents I obtained through Union Carbide Corporation's website:http://www.unioncarbide.com/financial/index.htm.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of a document I obtained through Union Carbide Corporation's website:http://www.unioncarbide.com/financial/index.htm.

4. Attached hereto as <u>Exhibit C</u> are true and correct copies of certain "Commercial Invoices" produced by defendants, in which the party "sold to" or "ordering party" is Union

Carbide Customer Services Pte. Ltd ("UCCS").

5.  Attached hereto as <u>Exhibit D</u> are true and correct copies of certain "Commercial Invoices" produced by defendants, in which the "ordering party" is designated as Dow Chemical Pacific (Singapore) Pte. Ltd. ("Dow Singapore").

6.  Attached hereto as <u>Exhibit E</u> is a true and correct copy of the Second Supplemental Responses and Objections of Defendants The Dow Chemical Company, Union Carbide Corporation, and Union Carbide Asia Pacific, Inc. to Plaintiffs' First Set of Personal Jurisdiction Document Requests and Interrogatories, dated March 1, 2005.

7.  Attached hereto as <u>Exhibit F</u> is a true and correct copy of excerpts of the miniscript-formatted transcript of relevant excerpts of the October 1, 2004 deposition of Christine Berti pursuant to Fed. R. Civ. P. 30(b)(6).

8.  Attached hereto as <u>Exhibit G</u> is a true and correct copy of a document produced by plaintiffs, numbered M 46402.

9.  Attached hereto as <u>Exhibit H</u> is a true and correct copy of a document produced by plaintiffs, numbered M 3857-3858.

10. Attached hereto as <u>Exhibit I</u> is a true and correct copy of a document produced by defendants, numbered D00469133-00469134.

11. Attached hereto as <u>Exhibit J</u> are true and correct copies of documents produced by defendants, numbered D059076-05979, D059081-059082, D059085-059086, D059088-059089, D059096-059097, D059101-059102, D059107-059108, D059192-059197, D059199-059206, D059071-059073, D060666-060667.

12. Attached hereto as <u>Exhibit K</u> are true and correct copies of "Document Transmittal" forms produced by defendants, numbered between D031360 and D138920

13. Attached hereto as <u>Exhibit L</u> are true and correct copies of documents produced by defendants, numbered DS00253421-253509, DS252870-252889, DS252846-252869, DS252824-252845.

14. Attached hereto as <u>Exhibit M</u> is a true and correct copy of a document produced

by plaintiffs, numbered M 4371.

15. Attached hereto as Exhibit N are true and correct copies of documents produced by defendants, numbered D00321043-3210456.

16. Attached hereto as Exhibit O are true and correct copies of documents produced by defendants, numbered DS00253347-253350, DS00253354-00253355, DS00253358-00253361, DS00253364, DS00253387-00253390, DS00253394-00253398.

17. Attached hereto as Exhibit P are true and correct copies of documents produced by defendants, numbered DS00253294-00253295, DS00253297-00253298, DS00253310-00253313, DS00253320-00253322, DS00253330-00253331, DS00253338-00253343.

18. Attached hereto as Exhibit Q are true and correct copies of documents produced by defendants, numbered DS00253790, DS00253793-00253794, DS00253803, DS00253805.

19. Attached hereto as Exhibit R are true and correct copies of documents produced by defendants, numbered DS00253254, DS00253258-00253259, DS00253264-00253266.

20. Attached hereto as Exhibit S are true and correct copies of documents produced by defendants, numbered DS00253242-00253246, DS00253249-00253252.

21. Attached hereto as Exhibit T are true and correct copies of documents produced by defendants, numbered DS00253752-00253753, DS00253758, DS00253777, DS00253781.

22. Attached hereto as Exhibit U are true and correct copies of documents produced by defendants, numbered DS00253656, DS00253660, DS00253688, DS00253691-00253692, DS00253701, DS00253714-00253716.

Alicia L. Downey

Sworn before me this 5th day of April, 2005,

LYDIA M. GRIFFITH
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 26, 2007