UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC., MM GLOBAL
SERVICES PTE. LTD., AND MEGAVISA
SOLUTIONS (S) PTE. LTD.,

　　　　　　　　　　　　　　　Plaintiffs,

　　　v.

THE DOW CHEMICAL COMPANY, UNION
CARBIDE CORPORATION, UNION CARBIDE
ASIA PACIFIC, INC., UNION CARBIDE
CUSTOMER SERVICES PTE. LTD., AND DOW
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,

　　　　　　　　　　　　　　　Defendants.

CIVIL ACTION
NO.  3:02 CV 1107 (AVC)

April 6, 2005

**APPENDIX
TO THE AFFIDAVIT OF ALICIA L. DOWNEY
IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE THE ORDER GRANTING
RULE 12(b)(2) MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT
FOR LACK OF PERSONAL JURISDICTION**

**VOLUME 2 OF 2**

BINGHAM McCUTCHEN LLP
Richard S. Taffet (ct 10201)
Alicia L. Downey (ct 22066)
399 Park Avenue
New York, NY  10022-4689
(212) 705-7000 (tel)
(212) 752-5378 (FAX)

WIGGIN AND DANA LLP
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct 17627)
One City Place
185 Asylum Street
Hartford, CT  06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)

*Attorneys for Plaintiffs MM Global Services Inc., MM Global Pte. Ltd.
and Megavisa Solutions (S) Pte. Ltd.*

# EXHIBIT L

**KPMG** Peat Marwick

Singapore

Union Carbide Customer Services Pte. Ltd

**Annual Report for the year ended
31 December 1994**

**L1**

DS00253421

Union Carbide Customer Services Pte. Ltd
Annual Report

Directors' Report
for the year ended 31 December 1994

We, the undersigned directors, on behalf of all the directors of the company, submit this annual report to the members together with the audited accounts of the company for the year ended 31 December 1994.

## Directorate

The directors in office at the date of this report are as follows:-

| | |
|---|---|
| Ronald George Neri | (appointed on 22/5/1995) |
| Ng Wing Fong, Paul | (appointed on 22/5/1995) |
| Cheung Man Shan, Lawrence | (appointed on 22/5/1995) |
| Ng Lai Soon, Vincent | (appointed on 22/5/1995) |
| William Tse Chi Yuen | |
| Arjun Permanand Samtani | |
| Venketraman Krishna Moorthy | |

## Principal Activities

The company commenced activities in the financial year, the principal activities being those relating to the import/export and distribution in all types of chemicals, petro-chemical products, by-products and derivatives. The company was granted an Approved International Trader (AIT) status by the Trade Development Board for a period of 5 years with effect from 1 January 1994.

## Accounts

Results of the company for the financial year are as follows:-

| | $ |
|---|---|
| Profit for the year after taxation | 1,924,785 |
| Unappropriated profit brought forward | 14,753 |
| Unappropriated profit carried forward | $1,939,538 |

## Material Transfers to or from Reserves and Provisions

There were no material transfers to or from reserves and provisions during the financial year.

## Issue of Shares and Debentures

The company did not issue any shares or debentures during the financial year.

## Arrangements for Directors to Acquire Shares or Debentures

At no time during the financial year was the company a party to any arrangements to enable the directors to acquire benefits by means of the acquisition of shares in or debentures of the company or any other body corporate.

*Page 1*

**L2**

Confidential

Union Carbide Customer Services Pte. Ltd
Annual Report

Directors' Report
for the year ended 31 December 1994

### Directors' Interests in Shares and Debentures

According to the register kept by the company for the purposes of Section 164 of the Companies Act, Cap. 50:-

(a)   None of the directors who held office at the end of the financial year had interests in shares or debentures of the company either at the beginning of the year/date of appointment or at the end of the financial year.

(b)   Particulars of interests of directors who held office at the end of the financial year and their immediate families in shares and options for shares in a related corporation are as follows:-

| Immediate and Ultimate Holding Company | At beginning of the year | At end of the year |
|---|---|---|
| Union Carbide Corporation, USA | Share Options on Common Stock of US$1 each | |
| William Tse Chi Yuen | 7,200 | 9,400 |
| Venketraman Krishna Moorthy | 19,000 | 22,000 |
| Arjun Permanand Samtani | 6,000 | 8,200 |
| Wilfredo Asensi Paras | 8,800 | 10,500 |

### Dividends

Since the end of the last financial period, no dividend has been paid in respect of that previous period.  No dividend has been paid or is proposed to be paid in respect of the year under review.

### Other Statutory Information

In arriving at the results of the financial year, the directors have taken reasonable steps to ascertain and satisfy themselves that there are no known bad debts and that no provision for doubtful debts is required.

At the date of this report, the directors are neither aware of any circumstances not otherwise dealt with in this report which would render the values attributable to current assets in the accounts misleading nor are the directors aware of any circumstances which would require a provision for doubtful debts.

Reasonable steps have been taken to ensure that all current assets which are unlikely to realise their book values in the ordinary course of the business have been written down to amounts which they might be expected to realise.

At the date of this report, no assets of the company have been charged since the end of the financial year to secure the liabilities of any other person.

No contingent liability or other liability has become enforceable or is likely to become enforceable within the succeeding period of twelve months which will or may substantially affect the ability of the company to meet its obligations as and when they fall due.

*Page 2*

**L3**

Confidential

DS00253423

Union Carbide Customer Services Pte. Ltd
Annual Report

Directors' Report
for the year ended 31 December 1994

At the date of this report, there are no contingent liabilities which have arisen since the end of the financial year and there are no circumstances not otherwise dealt with in this report and the accounts which would render any amount stated in the accounts misleading.

In the opinion of the directors, no item, transaction or event of a material and unusual nature has substantially affected the results of the operations of the company.

In the opinion of the directors, except as disclosed in Note 12 to the accompanying accounts, no item, transaction or event of a material and unusual nature has arisen in the interval between the end of the financial year and the date of this report which is likely to affect substantially the results of the operations of the company for the financial year in which this report is made.

Since the end of the previous financial period, no director has received or become entitled to receive a benefit by reason of a contract made by the company or a related corporation with the director or with a firm of which he is a member or with a company in which he has a substantial financial interest.

## Share Options

During the financial year, there were:-

(i)   no options granted by the company to any person to take up unissued shares in the company.

(ii)  no shares issued by virtue of any exercise of option to take up unissued shares of the company.

As at the end of the financial year, there were no unissued shares of the company under option.

## Auditors

The auditors, KPMG Peat Marwick, have indicated their willingness to accept re-appointment.

For and on behalf of the Board

ARJUN PERMANAND SAMTANI
*Director*

WILLIAM TSE CHI YUEN
*Director*

Singapore

10. AUG. 1995

*Page 3*

**L4**

Confidential

Union Carbide Customer Services Pte. Ltd
Annual Report

Statement by Directors
for the year ended 31 December 1994

We, ARJUN PERMANAND SAMTANI and WILLIAM TSE CHI YUEN, being directors of Union Carbide Customer Services Pte. Ltd, do hereby state that in our opinion:-

(a)  the accounts set out on pages 6 to 12 are drawn up so as to give a true and fair view of the state of affairs of the company as at 31 December 1994 and of the results of the business and changes in financial position of the company for the year ended on that date.

(b)  at the date of this statement, there are reasonable grounds to believe that the company will be able to pay its debts as and when they fall due.

Signed on behalf of the Board of Directors

.....................................................
ARJUN PERMANAND SAMTANI
*Director*

.....................................................
WILLIAM TSE CHI YUEN
*Director*

Singapore

10. AUG. 1995

*Page 4*

**L5**

Confidential

**KPMG** Peat Marwick

Certified Public Accountants

| | | |
|---|---|---|
| Office address | Mail address | Telephone (65) 2207411 |
| 16 Raffles Quay #22-00 | P.O. Box 448 | Telefax (65) 2250984 |
| Hong Leong Building | Robinson Road | |
| Singapore 0104 | Singapore 9008 | |

### Report of the Auditors to the Members of
### Union Carbide Customer Services Pte. Ltd

We have audited the accounts set out on pages 6 to 12 in accordance with Statements of Auditing Guideline and Statements of Auditing Practice and, accordingly, included such tests of the accounting records and such other auditing procedures as we considered appropriate in the circumstances.

In our opinion:-

(a)    the accounts are properly drawn up in accordance with the provisions of the Companies Act, Cap. 50 and Statements of Accounting Standard and so as to give a true and fair view of:-

      (i)    the state of affairs of the company as at 31 December 1994 and of the results and changes in financial position of the company for the year ended on that date; and

      (ii)    the other matters required by Section 201 of the Act to be dealt with in the accounts;

(b)    the accounting and other records, and the registers required by the Act to be kept by the company have been properly kept in accordance with the provisions of the Act.

*Certified Public Accountants*

**Singapore**

10. AUG. 1995

*Member firm of*
*Klynveld Peat Marwick Goerdeler*

*Page 5*

**L6**

DS00253426

Union Carbide Customer Services Pte. Ltd
Annual Report

Balance Sheet
as at 31 December 1994

| | Note | 1994 $ | 1993 $ |
|---|---|---|---|
| **Fixed Assets** | 3 | 455,821 | 324,087 |
| **Current Assets** | | | |
| Stocks | 4 | 7,818,800 | - |
| Trade debtors | | 50,681,898 | - |
| Other debtors, deposits and prepayments | 5 | 42,538 | 213 |
| Amount due from related companies (trade) | | 43,621,320 | - |
| Loan to a related company | 6 | 3,643,864 | - |
| Short-term deposits | | 4,032,486 | 225,000 |
| Cash and bank balances | | 1,608,384 | 35,464 |
| | | 111,449,290 | 260,677 |
| **Less:** | | | |
| **Current Liabilities** | | | |
| Trade creditors and accruals | | 1,267,135 | 13,181 |
| Amounts due to – | | | |
| Holding company (trade) | 7 | 82,718,872 | - |
| Related companies (trade) | | 3,443,488 | 301,373 |
| Affiliated companies (trade) | | 21,981,558 | - |
| Provision for taxation | | 273,500 | 5,457 |
| | | 109,684,553 | 320,011 |
| **Net Current Assets/(Liabilities)** | | 1,764,737 | (59,334) |
| **Less:** | | | |
| **Non-Current Liability** | | | |
| Deferred Taxation | 8 | 31,020 | - |
| **Net Assets** | | $2,189,538 | $ 264,753 |
| **Representing:** | | | |
| **Share Capital** | | | |
| Authorised: | | | |
| 250,000 ordinary shares of $1 each | | $ 250,000 | $ 250,000 |
| Issued and fully paid: | | | |
| 250,000 ordinary shares of $1 each | | 250,000 | 250,000 |
| **Unappropriated Profit** | | 1,939,538 | 14,753 |
| | | $2,189,538 | $ 264,753 |

*The notes set out on pages 9 to 12 form part of these accounts.*

*Page 6*

**L7**

Confidential

Union Carbide Customer Services Pte. Ltd                    Profit and Loss Account
Annual Report                                    for the year ended 31 December 1994

| | Note | Year ended 31/12/1994 $ | Period from 10/7/1993 to 31/12/1993 $ |
|---|---|---|---|
| Turnover | 9 | $338,818,142 | $        - |
| | | | |
| Profit before taxation | | 2,229,305 | 20,210 |

| | | | |
|---|---|---|---|
| **After charging:** | | | |
| Auditors' remuneration | | 13,000 | 2,000 |
| Directors' remuneration | | 504,984 | - |
| Depreciation of fixed assets | 3 | 61,349 | 17,827 |
| Exchange loss | | 16,459 | - |
| Commission paid to related companies | | 6,394,735 | - |
| **And crediting:** | | | |
| Interest income – | | | |
| Related company | | 45,925 | - |
| Banks | | 338,945 | 213 |
| Reimbursement of expenses from a related company | | - | 400,492 |
| Service fee income from a related company | | - | 19,997 |

| | | | |
|---|---|---|---|
| Taxation | 10 | 304,520 | 5,457 |
| | | | |
| Profit after taxation | | 1,924,785 | 14,753 |
| | | | |
| Unappropriated Profit brought forward | | 14,753 | - |
| | | | |
| Unappropriated Profit carried forward | | $1,939,538 | $    14,753 |

*The notes set out on pages 9 to 12 form part of these accounts.*

*Page 7*

**L8**

Confidential                                    DS00253428

Union Carbide Customer Services Pte. Ltd
Annual Report

Statement of Changes in Financial Position
for the year ended 31 December 1994

| | Year ended 31/12/1994 $ | Period from 10/7/1993 to 31/12/1993 $ |
|---|---|---|
| **Source of Funds** | | |
| Profit before taxation | 2,229,305 | 20,210 |
| Adjustment for item not involving the movements of funds:- Depreciation of fixed assets | 61,349 | 17,827 |
| Funds generated from operations | 2,290,654 | 38,037 |
| Funds from other sources:- Proceeds from issue of shares | - | 250,000 |
| Decrease in working capital | - | 53,877 |
| | $ 2,290,654 | $ 341,914 |
| **Application of Funds** | | |
| Purchase of fixed assets | 198,083 | 341,914 |
| Tax paid | 5,457 | - |
| Increase in working capital | 2,092,114 | - |
| | $ 2,290,654 | $ 341,914 |
| The increase/(decrease) in working capital is represented by:- | | |
| Stocks | 7,818,800 | - |
| Trade debtors | 50,681,898 | - |
| Balances with holding, related and affiliated companies | (60,577,361) | (301,373) |
| Other debtors, deposits and prepayments | 42,325 | 213 |
| Cash, bank balances and deposits | 5,400,552 | 260,464 |
| Trade creditors and accruals | (1,274,100) | (13,181) |
| | $ 2,092,114 | $ (53,877) |

*The notes set out on pages 9 to 12 form part of these accounts.*

L9

Confidential

DS00253429

These notes form an integral part of and should be read in conjunction with the accompanying accounts.

## 1. Principal Activities

The company, which is incorporated in the Republic of Singapore, commenced activities in the financial year. The principal activities are those relating to the import/export and distribution in all types of chemicals, petro-chemical products, by-products and derivatives. The company was granted an Approved International Trader (AIT) status by the Trade Development Board for a period of 5 years with effect from 1 January 1994.

## 2. Summary of Significant Accounting Policies

### (a) *Accounting Convention*

The accounts, expressed in Singapore dollars, are prepared in accordance with the historical cost convention.

### (b) *Fixed Assets and Depreciation*

Fixed assets are stated at cost less accumulated depreciation. Depreciation is calculated on a straight line basis to write-off the cost of the assets over their estimated useful lives as follows:-

| | | |
|---|---|---|
| Fixtures and fittings | - | 10 years |
| Computer equipment | - | 6 years |

### (c) *Stocks*

Stocks (comprising of finished goods) are stated at the lower of cost and net realisable value. Cost is calculated by the weighted average method.

### (d) *Affiliated Company*

An affiliated company is defined as one, other than a related company, which directly or indirectly through one or more intermediaries, is under common control with the company.

### (e) *Deferred Taxation*

Deferred taxation is provided using the liability method on all material timing differences arising from the different treatment of certain items for accounting and taxation purposes.

A deferred tax benefit is not recognised in the accounts unless there is a reasonable expectation of its realisation.

### (f) *Foreign Currency Translation*

Assets and liabilities in foreign currencies are translated into Singapore dollars at rates of exchange closely approximate to those ruling at the balance sheet date and transactions in foreign currencies during the year are translated at rates ruling on transaction dates. Translation differences are dealt with through the profit and loss account.

*Page 9*

**L10**

Union Carbide Customer Services Pte. Ltd
Annual Report

Notes on the Accounts
31 December 1994

## 3. Fixed Assets

| 1994 | Cost $ | Accumulated Depreciation $ | Net Book Value $ | Depreciation charged for the year $ |
|---|---|---|---|---|
| Fixture and fittings | 167,645 | 3,876 | 163,769 | 3,156 |
| Computer equipment | 367,352 | 75,300 | 292,052 | 58,193 |
| | $534,997 | $79,176 | $455,821 | $61,349 |

| 1993 | | | | |
|---|---|---|---|---|
| Fixture and fittings | 28,927 | 720 | 28,207 | 720 |
| Computer equipment | 312,987 | 17,107 | 295,880 | 17,107 |
| | $341,914 | $17,827 | $324,087 | $17,827 |

## 4. Stocks

Stocks comprise goods-in-transit, mainly for transhipment to related and affiliated companies.

## 5. Other Debtors, Deposits and Prepayments

| | 1994 $ | 1993 $ |
|---|---|---|
| These comprise:- | | |
| Deposits | 1,550 | - |
| Prepayments | 2,310 | - |
| Other debtors | 38,678 | 213 |
| | $42,538 | $ 213 |

## 6. Loan to a Related Company

The loan to a related company is unsecured, has no fixed term of repayment and carried interest ranging from 3.5% to 5.5% during the year.

## 7. Holding Company

The immediate and ultimate holding company is Union Carbide Corporation, incorporated in United States of America.

The amount owing to the holding company is unsecured, interest-free and has no fixed term of repayment.

*Page 10*

**L11**

Confidential

DS00253431

Union Carbide Customer Services Pte. Ltd                    Notes on the Accounts
Annual Report                                              31 December 1994

8.  **Deferred Taxation**

| | 1994 $ | 1993 $ |
|---|---|---|
| Balance at beginning of the year | - | - |
| Current year charge (Note 10) | 31,020 | - |
| Balance at end of the year | $31,020 | $ - |

9.  **Turnover**

Turnover represents the invoiced value (excluding freight and insurance) of finished goods sold to related companies, affiliated companies and external customers.

10. **Taxation**

| | Year ended 31/12/1994 $ | Period from 10/7/1993 to 31/12/1993 $ |
|---|---|---|
| Based on profit for the year - | | |
| Current taxation | 273,500 | 5,457 |
| Deferred taxation | 31,020 | - |
| | $304,520 | $ 5,457 |

Pursuant to Section 43H of the Singapore Income Tax Act, Cap 134, the company's income derived from qualifying trading transactions of approved products is taxed at a concessionary rate of 10% and income derived from non-qualifying activities at the normal rate of 27%.

11. **Significant Related Party Transactions**

The following significant related party transactions took place during the year:-

| | Year ended 31/12/1994 $ | Period from 10/7/1993 to 31/12/1993 $ |
|---|---|---|
| Sales to related companies | 128,026,567 | - |
| Purchases from and commission paid to - | | |
| Holding company | 272,137,886 | - |
| Related companies | 9,074,740 | - |
| Affiliated companies | 41,982,354 | - |

*Page 11*

**L12**

Union Carbide Customer Services Pte. Ltd
Annual Report

Notes on the Accounts<br>31 December 1994

12. **Subsequent Events**

With effect from 1 January 1995, the company took over the operations of Union Carbide Singapore Pte Ltd, a related company, and acquired all its assets and liabilities for a consideration of 9,976,590 shares of $1 each fully paid at par in the capital of the company.

Consequently, the company's authorised and paid up capital was increased by $9,976,590.

13. **Comparative Figures**

Certain items in the comparative figures have been reclassified to conform with the current year's presentation.

**L13**

Confidential

DS00253433



KPMG Peat Marwick

Singapore

21

**Union Carbide Customer Services Pte. Ltd**

**Annual Report for the year ended**
**31 December 1995**

**L14**

Confidential

We, the undersigned directors, on behalf of all the directors of the Company, submit this annual report to the members together with the audited accounts of the Company for the financial year ended 31 December 1995.

## Directorate

The directors in office at the date of this report are as follows:-

| | |
|---|---|
| Ronald George Neri | (appointed on 22/5/1995) |
| Venketraman Krishna Moorthy | |
| William Tse Chi Yuen | |
| Arjun Permanand Samtani | |
| Cheung Man Shan, Lawrence | (appointed on 22/5/1995) |
| Ng Wing Fong, Paul | (appointed on 22/5/1995) |
| Ng Lai Soon, Vincent | (appointed on 22/5/1995) |

## Principal Activities

The principal activities of the Company during the financial year have been those relating to the import/export and distribution in various types of chemicals, petro-chemical products, by-products and derivatives. There have been no significant changes in such activities during the financial year.

## Accounts

Results of the Company for the financial year are as follows:-

| | $ |
|---|---|
| Profit after taxation | 4,251,155 |
| Unappropriated profit brought forward from the previous year | 1,939,538 |
| | 6,190,693 |
| From which the following appropriation has been made:- | |
| Interim dividends - net of tax | (946,000) |
| Proposed final dividends - net of tax | (3,110,000) |
| Unappropriated profit carried forward to the next year | $2,134,693 |

## Transfers to and from Reserves and Provisions

There were no material transfers to or from reserves during the financial year. Movements in provisions are as set out in the notes to the accompanying accounts.

## Issue of Shares and Debentures

During the financial year, the authorised share capital of the Company was increased from 250,000 shares of $1 each to 10,226,590 shares of $1 each.

9,976,590 shares of $1 each fully paid were issued by the Company during the financial year at par as consideration for the acquisition of the operations of Union Carbide Singapore Pte Ltd, a related company, and all its assets and liabilities as at 1 January 1995. The net assets acquired amounted to $9,976,590.

Page 1

**L15**

### Arrangements to Enable Directors to Acquire Shares and Debentures

Neither at the end of nor at any time during the financial year was the Company a party to any arrangement whose objects are, or one of whose objects is, to enable the directors of the Company to acquire benefits by means of the acquisitions of shares or debentures of the Company or any other body corporate.

### Directors' Interests in Shares or Debentures

According to the register kept by the Company for the purposes of Section 164 of the Companies Act, Cap. 50:-

1.  None of the directors who held office at the end of the financial year had interests in shares or debentures of the Company either at the beginning or at the end of the financial year.

2.  Particulars of interests of directors who held office at the end of the financial year in shares or debentures in a related corporation are as follows:-

|  | Holdings in the name of the Director, Spouse or Infant Children | |
|---|---|---|
|  | At beginning of the year/ Date of appointment | At end of the year |
| **Immediate and Ultimate Holding Company** | | |
| Union Carbide Corporation, USA | Common Stock of US$1 each | |
| Ng Wing Fong, Paul | 222 | 222 |
| Cheung Man Shan, Lawrence | 222 | 222 |
| Ng Lai Soon, Vincent | 124 | 127 |
|  | Share Options on Common Stock of US$1 each | |
| William Tse Chi Yuen | 9,400 | 8,400 |
| Venketraman Krishna Moorthy | 22,000 | 20,900 |
| Arjun Permanand Samtani | 8,200 | 8,200 |
| Ronald George Neri | 22,100 | 27,400 |
| Ng Wing Fong, Paul | 6,500 | 6,500 |
| Cheung Man Shan, Lawrence | 6,500 | 4,100 |

### Dividends

Since the end of the last financial year, no dividend has been paid in respect of that previous year. A net interim dividend of $946,000 has been paid during the year, comprising an $800,000 tax exempt dividend and an amount of $146,000 net of tax at 27%. The directors now recommend the payment of a final net dividend of $3,110,000, comprising a $2,000,000 tax exempt dividend and an amount of $1,110,000 payable net of tax at 26%, in respect of the financial year under review.

*Page 2*

**L16**

## Other Statutory Information

**(a) Bad and Doubtful Debts**

Before the profit and loss account and the balance sheet of the Company were made out, the directors took reasonable steps to ascertain what action had been taken in relation to writing off bad debts and providing for doubtful debts of the Company. The directors have satisfied themselves that all known bad debts have been written off and that adequate provision has been made for doubtful debts.

At the date of this report, the directors are not aware of any circumstances which would render any amounts written off or provided for bad and doubtful debts in the accounts inadequate to any substantial extent.

**(b) Current Assets**

Before the profit and loss account and the balance sheet of the Company were made out, the directors took reasonable steps to ascertain that current assets of the Company which were unlikely to realise their book values in the ordinary course of business have been written down to their estimated realisable values and that adequate provision has been made for the diminution in value of such current assets.

At the date of this report, the directors are not aware of any circumstances not otherwise dealt with in this report which would render the values attributable to current assets in the accounts misleading.

**(c) Charges and Contingent Liabilities**

Since the end of the financial year:-

- no charge on the assets of the Company has arisen which secures the liabilities of any other person; and

- no contingent liability of the Company has arisen.

**(d) Ability to Meet Obligations**

No contingent liability or other liability has become enforceable or is likely to become enforceable within the succeeding period of twelve months which, in the opinion of the directors, will or may substantially affect the ability of the Company to meet its obligations as and when they fall due.

**(e) Other Circumstances Affecting the Accounts**

At the date of this report, the directors are not aware of any circumstances not otherwise dealt with in this report or the accounts which would render any amount stated in the accounts of the Company misleading.

**(f) Unusual Items**

Except as disclosed in the accounts, in the opinion of the directors, no item, transaction or event of a material and unusual nature has substantially affected the results of the operations of the Company.

In the opinion of the directors, no item, transaction or event of a material and unusual nature has arisen in the interval between the end of the financial year and the date of this report which is likely to affect substantially the results of the operations of the Company for the financial year in which this report is made.

Page 3

**L17**

Confidential

DS00253437

Union Carbide Customer Services Pte. Ltd
Annual Report

Directors' Report
for the year ended 31 December 1995

## Directors' Interests in Contracts

Since the end of the last financial year, no director has received or become entitled to receive a benefit by reason of a contract made by the Company or a related corporation with the director or with a firm of which he is a member or with a company in which he has a substantial financial interest.

## Share Options

During the financial year, there were:-

(i)    no options granted by the Company to any person to take up unissued shares in the Company.

(ii)   no shares issued by virtue of any exercise of option to take up unissued shares of the Company.

As at the end of the financial year, there were no unissued shares of the Company under option.

## Auditors

The auditors, KPMG Peat Marwick, have indicated their willingness to accept re-appointment.

For and on behalf of the Board of Directors

............................................
ARJUN PERMANAND SAMTANI
*Director*

............................................
WILLIAM TSE CHI YUEN
*Director*

SINGAPORE

10 JUN 1996

*Page 4*

Confidential

DS00253438

**L18**

Union Carbide Customer Services Pte. Ltd
Annual Report

Statement by Directors
for the year ended 31 December 1995

We, ARJUN PERMANAND SAMTANI and WILLIAM TSE CHI YUEN, being directors of Union Carbide Customer Services Pte. Ltd, do hereby state that in our opinion:-

(a)   the accounts set out on pages 7 to 15 are drawn up so as to give a true and fair view of the state of affairs of the Company as at 31 December 1995 and of the results of the business and cash flows of the Company for the year ended on that date; and

(b)   at the date of this statement, there are reasonable grounds to believe that the Company will be able to pay its debts as and when they fall due.

Signed on behalf of the Board of Directors

..............................................
ARJUN PERMANAND SAMTANI
*Director*

..............................................
WILLIAM TSE CHI YUEN
*Director*

SINGAPORE

10 JUL 1996

*Page 5*

**L19**

**KPMG** Peat Marwick

Certified Public Accountants

| | | |
|---|---|---|
| Office address | Mail address | Telephone (65) 2207411 |
| 16 Raffles Quay #22-00 | P.O. Box 448 | Telefax (65) 2250984 |
| Hong Leong Building | Robinson Road | |
| Singapore 048581 | Singapore 900848 | |

### Report of the Auditors to the Members of
### Union Carbide Customer Services Pte. Ltd

We have audited the accounts set out on pages 7 to 15 in accordance with Statements of Auditing Guideline and Statements of Auditing Practice and, accordingly, included such tests of the accounting records and such other auditing procedures as we considered appropriate in the circumstances.

In our opinion:-

(a)   the accounts are properly drawn up in accordance with the provisions of the Companies Act, Cap. 50 and Statements of Accounting Standard and so as to give a true and fair view of:-

    (i)   the state of affairs of the Company as at 31 December 1995 and of the results and cash flows of the Company for the year ended on that date; and

    (ii)   the other matters required by Section 201 of the Act to be dealt with in the accounts;

(b)   the accounting and other records, and the registers required by the Act to be kept by the Company have been properly kept in accordance with the provisions of the Act.

*Certified Public Accountants*

**SINGAPORE**

10  JUN 1996

*Page 6*


Member firm of
Klynveld Peat Marwick Goerdeler

**L20**

Union Carbide Customer Services Pte. Ltd
Annual Report

Balance Sheet
as at 31 December 1995

| | Note | 1995 $ | 1994 $ |
|---|---|---|---|
| Fixed Assets | 3 | 2,232,943 | 455,821 |
| **Current Assets** | | | |
| Stocks | 4 | 27,243,067 | 7,818,800 |
| Trade debtors less provision for doubtful debts of $283,800 (1994: $Nil) | 5 | 93,673,620 | 50,681,898 |
| Other debtors, deposits and prepayments | 6 | 138,432 | 42,538 |
| Amount due from related companies (trade) | | 35,040,492 | 43,621,320 |
| Loan to a related company (non-trade) | 7 | - | 3,643,864 |
| Short-term deposits | | 3,760,350 | 4,032,486 |
| Cash and bank balances | | 1,934,126 | 1,608,384 |
| | | 161,790,087 | 111,449,290 |
| Less: | | | |
| **Current Liabilities** | | | |
| Trade creditors and accruals | | 5,994,134 | 1,267,135 |
| Amounts due to - | 8 | | |
| Holding company (trade) | | 117,591,553 | 82,718,872 |
| Related companies (trade) | | 7,556,972 | 3,443,488 |
| Affiliated companies (trade) | | 15,643,194 | 21,981,558 |
| Provision for taxation | | 1,623,994 | 273,500 |
| Proposed dividend | | 3,110,000 | - |
| | | 151,519,847 | 109,684,553 |
| Net Current Assets | | 10,270,240 | 1,764,737 |
| Less: | | | |
| **Non-Current Liability** | | | |
| Deferred Taxation | 9 | 141,900 | 31,020 |
| Net Assets | | $12,361,283 | $2,189,538 |
| Representing: | | | |
| **Share Capital** | | | |
| Authorised: | | | |
| Ordinary shares of $1 each | 10 | $10,226,590 | $ 250,000 |
| Issued and fully paid: | | | |
| Ordinary shares of $1 each | 10 | 10,226,590 | 250,000 |
| Unappropriated Profit | | 2,134,693 | 1,939,538 |
| | | $12,361,283 | $2,189,538 |

*The notes set out on pages 10 to 15 form part of these accounts.*

*Page 7*

**L21**

Confidential

DS00253441

Union Carbide Customer Services Pte. Ltd
Annual Report

Profit and Loss Account
for the year ended 31 December 1995

| | Note | 1995 $ | 1994 $ |
|---|---|---|---|
| Turnover | 11 | $687,805,447 | $338,818,142 |
| Profit before taxation | | 5,155,235 | 2,229,305 |

| | Note | 1995 $ | 1994 $ |
|---|---|---|---|
| *After charging:* | | | |
| Auditors' remuneration | | 30,000 | 13,000 |
| Directors' remuneration | | 1,134,482 | 504,984 |
| Depreciation of fixed assets | 3 | 542,930 | 61,349 |
| Loss on disposal of fixed assets | | 939,650 | - |
| Provision for stock obsolescence | 4 | 46,799 | - |
| Stocks written off | | 1,403,155 | - |
| Provision for doubtful debts | 5 | 215,764 | - |
| Exchange loss | | 335,078 | 16,459 |
| *And crediting:* | | | |
| Interest income – | | | |
| Related company | | - | 45,925 |
| Banks | | 657,077 | 338,945 |

| | Note | 1995 $ | 1994 $ |
|---|---|---|---|
| Taxation | 12 | 904,080 | 304,520 |
| Profit after taxation | | 4,251,155 | 1,924,785 |
| Unappropriated Profit brought forward | | 1,939,538 | 14,753 |
| | | 6,190,693 | 1,939,538 |
| Interim Dividends Paid | | | |
| Exempt | | 800,000 | - |
| Net of tax at 27% | | 146,000 | - |
| | | 946,000 | - |
| Proposed Final Dividends | | | |
| Exempt | | 2,000,000 | - |
| Net of tax at 26% | | 1,110,000 | - |
| | | 3,110,000 | |
| Unappropriated Profit carried forward | | $2,134,693 | $1,939,538 |

*The notes set out on pages 10 to 15 form part of these accounts.*

Page 8

**L22**

Confidential                                                    DS00253442

Union Carbide Customer Services Pte. Ltd
Annual Report

Statement of Cash Flows
for the year ended 31 December 1995

| | 1995 $ | 1994 $ |
|---|---|---|
| **Cash Flows from Operating Activities** | | |
| Net profit before taxation | 5,155,235 | 2,229,305 |
| Adjustments for:- | | |
| Depreciation of fixed assets | 542,930 | 61,349 |
| Loss on sale of fixed assets | 939,650 | - |
| Interest income - | | |
| Related company | - | (45,925) |
| Banks | (657,077) | (338,945) |
| | 825,503 | (323,521) |
| Changes in working capital:- | | |
| (Increase) in stocks | (19,424,267) | (7,818,800) |
| (Increase) in trade debtors | (42,991,722) | (50,681,898) |
| (Increase) in other debtors, deposits and prepayments | (95,894) | (42,325) |
| Decrease/(Increase) in amount due from related companies (trade) | 12,694,312 | (40,479,205) |
| Decrease/(Increase) in loan to a related company | 3,643,864 | (3,643,864) |
| Increase in trade creditors and accruals | 4,726,999 | 1,253,954 |
| Increase in amount due to holding company (trade) | 34,872,681 | 82,718,872 |
| (Decrease)/Increase in amount due to affiliated companies (trade) | (6,338,364) | 21,981,558 |
| Provision for taxation and deferred taxation transferred from a related company (Note 16) | 1,795,669 | - |
| | (11,116,722) | 3,288,292 |
| Cash (used in)/generated from Operations | (5,135,984) | 5,194,076 |
| Income taxes paid | (1,238,375) | (5,457) |
| Dividends paid | (946,000) | - |
| Interest income received - | | |
| Related company | - | 45,925 |
| Banks | 657,077 | 338,945 |
| | (1,527,298) | 379,413 |
| Net Cash (Outflows)/Inflows from Operating Activities | (6,663,282) | 5,573,489 |
| **Cash Flows from Investing Activities** | | |
| Purchase of fixed assets | (3,367,900) | (193,083) |
| Proceeds from sale of fixed assets | 108,198 | |
| Net Cash Inflows from Investing Activities | (3,259,702) | (193,083) |
| **Cash Flows from Financing Activities** | | |
| Issue of shares (Note 16) | 9,976,590 | - |
| Net Cash Inflows from Financing Activities | 9,976,590 | - |
| Net Increase in Cash and Cash Equivalents | 53,606 | 5,380,406 |
| Cash and Cash Equivalents at beginning of the year | 5,640,870 | 260,464 |
| Cash and Cash Equivalents at end of the year (Note 15) | $5,694,476 | $5,640,870 |

*The notes set out on pages 10 to 15 form part of these accounts.*

Page 9

**L23**

DS00253443

These notes form an integral part of and should be read in conjunction with the accompanying accounts.

1. **Principal Activities**

The principal activities of the Company, which is incorporated in the Republic of Singapore, are those relating to the import/export and distribution in all types of chemicals, petro-chemical products, by-products and derivatives. The Company was granted an Approved International Trader (AIT) status by the Trade Development Board for a period of 5 years with effect from 1 January 1994.

2. **Summary of Significant Accounting Policies**

(a) *Accounting Convention*

The accounts, expressed in Singapore dollars, are prepared in accordance with the historical cost convention.

(b) *Fixed Assets and Depreciation*

Fixed assets are stated at cost less accumulated depreciation. Depreciation is calculated on a straight line basis to write off the cost of the assets over the estimated useful lives which are as follows:-

| | | |
|---|---|---|
| Building | - | 25 years |
| Improvements to land | - | 20 years |
| Machinery and equipment | - | 8 to 15 years |
| Motor vehicles | - | 3 to 4 years |
| Furniture and fittings | - | 5 to 10 years |
| Office equipment | - | 5 to 10 years |
| Air conditioners | - | 5 years |

(c) *Stocks*

Stocks (comprising of finished goods) are valued at the lower of cost and net realisable value. Cost includes the actual cost of materials and handling charges and is calculated by the weighted average method.

(d) *Affiliated Company*

An affiliated company is defined as one, other than a related company, which directly or indirectly through one or more intermediaries, is under common control with the Company.

*Page 10*

**L24**

Confidential

Union Carbide Customer Services Pte. Ltd
Annual Report

Notes on the Accounts
31 December 1995

(e) *Deferred Taxation*

Deferred taxation is provided using the liability method on all material timing differences arising from the different treatment of certain items for accounting and taxation purposes.

A deferred tax benefit is not recognised in the accounts unless there is a reasonable expectation of its realisation.

(f) *Foreign Currency Translation*

Assets and liabilities in foreign currencies are translated into Singapore dollars at rates of exchange closely approximate to those ruling at the balance sheet date and transactions in foreign currencies during the year are translated at rates ruling on transaction dates. Translation differences are dealt with through the profit and loss account.

3.    **Fixed Assets**

| 1995 | Cost $ | Accumulated Depreciation $ | Net Book Value $ | Depreciation charged for the year $ |
|---|---|---|---|---|
| Building | 877,450 | 464,997 | 412,453 | 75,502 |
| Improvements to land | 540,133 | 210,849 | 329,284 | 45,105 |
| Machinery and equipment | 417,175 | 118,801 | 298,374 | 68,580 |
| Motor vehicles | 272,922 | 192,776 | 80,146 | 43,052 |
| Furniture and fittings | 475,791 | 154,532 | 321,259 | 55,552 |
| Office equipment | 1,565,395 | 794,345 | 771,050 | 247,864 |
| Air conditioners | 74,824 | 54,447 | 20,377 | 7,275 |
|  | $4,223,690 | $1,990,747 | $2,232,943 | $542,930 |
| **1994** |  |  |  |  |
| Fixture and fittings | 167,645 | 3,876 | 163,769 | 3,156 |
| Office equipment | 367,352 | 75,300 | 292,052 | 58,193 |
|  | $ 534,997 | $ 79,176 | $ 455,821 | $ 61,349 |

4.    **Stocks**

| These comprise:- | 1995 $ | 1994 $ |
|---|---|---|
| Finished goods | 27,333,266 | 7,818,800 |
| Provision for stock obsolescence | (90,199) | - |
|  | $27,243,067 | $ 7,818,800 |

*Page 11*

Confidential

**L25**

DS00253445

Union Carbide Customer Services Pte. Ltd
Annual Report

Notes on the Accounts
31 December 1995

4.   Stocks (cont'd)

| | 1995 $ | 1994 $ |
|---|---|---|
| Movements in provision for stock obsolescence are as follows:- | | |
| Balance at beginning of the year | - | - |
| Provision for stock obsolescence transferred from a related company | 190,000 | - |
| Provision made during the year (net) | 46,799 | - |
| Provision written off | (146,600) | - |
| Balance at end of the year | $  90,199 | $   - |

5.   Trade Debtors

| | 1995 $ | 1994 $ |
|---|---|---|
| Trade debtors | 93,957,420 | 50,681,898 |
| Provision for doubtful debts | (283,800) | - |
| | $93,673,620 | $50,681,898 |

| | 1995 $ | 1994 $ |
|---|---|---|
| Movements in provision for doubtful debts are as follows:- | | |
| Balance at beginning of the year | - | - |
| Provision for doubtful debts transferred from a related company | 126,613 | - |
| Provision made during the year (net) | 215,764 | - |
| Bad debts written off | (58,577) | - |
| Balance at end of the year | $ 283,800 | $   - |

6.   Other Debtors, Deposits and Prepayments

| | 1995 $ | 1994 $ |
|---|---|---|
| These comprise:- | | |
| Deposits | 16,325 | 1,550 |
| Prepayments | 69,150 | 2,310 |
| Other debtors | 52,957 | 38,678 |
| | $  138,432 | $   42,538 |

7.   Loan to a Related Company

The loan to a related company was unsecured, had no fixed term of repayment and carried interest ranging from 3.5% to 5.5%.

Page 12

L26

DS00253446

Union Carbide Customer Services Pte. Ltd
Annual Report

Notes on the Accounts
31 December 1995

8.  **Holding Company**

The immediate and ultimate holding company is Union Carbide Corporation, incorporated in United States of America.

9.  **Deferred Taxation**

|  | 1995 $ | 1994 $ |
|---|---|---|
| Balance at beginning of the year | 31,020 | - |
| Deferred taxation transferred from a related company (Note 16) | 342,000 | - |
| Credit/Charge for the year (Note 12) | (231,120) | 31,020 |
| Balance at end of the year | $ 141,900 | $ 31,020 |

10.  **Share Capital**

|  | 1995 | 1994 |
|---|---|---|
| Authorised: 10,226,590 (1994: 250,000) ordinary shares of $1 each | $10,226,590 | $ 250,000 |
| Issued and fully paid up: 10,226,590 (1994: 250,000) ordinary shares of $1 each | $10,226,590 | $ 250,000 |

During the financial year, the authorised share capital of the Company was increased from 250,000 shares of $1 each to 10,226,590 shares of $1 each.

With effect from 1 January 1995, the Company took over the operations of Union Carbide Singapore Pte Ltd, a related company, and acquired its assets and liabilities for a consideration of 9,976,590 shares of $1 each fully paid at par in the capital of the Company.

11.  **Turnover**

Turnover represents the invoiced value (excluding freight and insurance) of finished goods sold to related companies, affiliated companies and external customers. Goods are invoiced on shipment.

12.  **Taxation**

|  | 1995 $ | 1994 $ |
|---|---|---|
| Based on profit for the year – Current taxation | 1,135,200 | 273,500 |
| Deferred taxation (Note 9) | (231,120) | 31,020 |
|  | $ 904,080 | $ 304,520 |

*Page 13*

**L27**

DS00253447

Union Carbide Customer Services Pte. Ltd
Annual Report

Notes on the Accounts
31 December 1995

12.  **Taxation** (cont'd)

Pursuant to Section 43H of the Singapore Income Tax Act, Cap 134, the Company's income derived from qualifying trading transactions of approved products is taxed at a concessionary rate of 10% and income derived from non-qualifying activities at the normal rate of 27%.

13.  **Significant Related Party Transactions**

The following significant related party transactions took place during the year:-

|  | 1995 $ | 1994 $ |
|---|---|---|
| Sales to related companies | 139,791,000 | 128,026,567 |
| Purchases from and commission paid to – | | |
| Holding company | 517,820,346 | 272,137,886 |
| Related companies | 22,517,230 | 9,014,740 |
| Affiliated companies | 110,163,228 | 41,982,354 |
| Commission paid to related companies | 12,161,508 | 6,394,735 |

14.  **Lease Commitments**

As at 31 December 1995, the operating lease commitments of the Company are as follows:-

|  | 1995 $ | 1994 $ |
|---|---|---|
| Year ending 31 December | | |
| 1996 | 42,950 | – |
| 1997 | 42,950 | – |
| 1998 and after | * | – |

*  The lease on the premises occupied by the Company's administrative offices and warehouse expire on 31 December 2031. The current rental payable is subject to revision every five years. The rental is to be revised to 6% of the market value of the land but the increases shall not exceed 50% of the annual rental for the respective preceding term.

15.  **Cash and Cash Equivalents**

|  | 1995 $ | 1994 $ |
|---|---|---|
| These comprise:- | | |
| Cash and balances with banks | 1,934,126 | 1,608,384 |
| Short-term deposits | 3,760,350 | 4,032,486 |
|  | $5,694,476 | $5,640,870 |

Page 14

**L28**

Confidential

DS00253448

Union Carbide Customer Services Pte. Ltd
Annual Report

16. **Net Assets Acquired From a Related Company**

With effect from 1 January 1995, the Company took over the operations of Union Carbide Singapore Pte Ltd, a related company, and acquired its assets and liabilities for a consideration of 9,976,590 shares of $1 each fully paid at par in the capital of the Company. Details of the assets and liabilities acquired are as follows:-

|  | $ |
|---|---:|
| **Assets** | |
| Fixed assets | 3,126,879 |
| Stocks | 12,126,040 |
| Trade debtors | 11,585,233 |
| Intercompany receivables | 1,824,124 |
| Other debtors, deposits and prepayments | 207,253 |
| Cash and bank balances | 876,623 |
|  | 29,746,152 |
| **Less:** | |
| **Liabilities** | |
| Trade creditors and accruals | (2,473,207) |
| Intercompany payables | (11,856,822) |
| Loan from a related company | (3,643,864) |
| Provision for taxation | (1,453,669) |
| Deferred taxation | (342,000) |
| **Net Assets Acquired** | **$ 9,976,590** |

17. **Comparative Figures**

Certain items in the comparative figures have been reclassified to conform with the current year's presentation.

**L29**

DS00253449

Confidential