#267

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM<br>GLOBAL SERVICES PTE. LTD., and<br>MEGA VISA SOLUTIONS (S) PTE. LTD.,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>THE DOW CHEMICAL COMPANY,<br>UNION CARBIDE CORPORATION, and<br>UNION CARBIDE ASIA PACIFIC, INC.<br><br>　　　　　Defendants. | Civil No. 3:02 CV 1107 (AVC)<br><br><br>February 18, 2005 |

### THE DOW CHEMICAL COMPANY'S
### MOTION TO COMPEL DISCOVERY RESPONSES

Defendant The Dow Chemical Company ("Dow") hereby moves the Court to compel Plaintiffs to respond to Dow's Second Set of Requests to Admit, Dow's Third Set of Interrogatories, and Dow's Second Set of Document Requests on Merits Discovery. Dow submits herewith a Memorandum in Support of its Motion to Compel.

WHEREFORE, for the reasons stated in the accompanying Memorandum, Dow respectfully requests that this Court grant its Motion to Compel Discovery Responses in its entirety and order Plaintiffs to respond fully to the outstanding discovery requests within thirty

April 11, 2005. GRANTED. SO ORDERED.

Alfred V. Covello, U.S.D.J.