# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

MM Global Services Inc., MM Global Services
PTE. LTD., and Mega Visa Solutions (S). PTE. LTD.,
                                    Plaintiffs,

v.                                                    CASE NUMBER: 3:02-CV-01107   (AVC)

The Dow Chemical Company, Union Carbide
Corporation, and Union Carbide Asia Pacific, Inc.
                                    Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:
                    Union Carbide Corporation and
                    Union Carbide Asia Pacific, Inc.

| | |
|---|---|
| April 5, 2005 | _[signature]_ |
| **Date** | **Signature** |
| Phv0234 | Scott C. Solberg |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (312)660-7607 | Eimer Stahl Klevorn & Solberg |
| **Telephone Number** | **Address** |
| (312) 692-1718 | 224 S. Michigan Avenue, Suite 1100 |
| **Fax Number** | |
| ssolberg@eimerstahl.com | Chicago, IL 60604 |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached Service List.

_[signature]_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)
Appearance.frm.Jan.2001

**CERTIFICATE OF SERVICE**

This is to certify that a copy of this Appearance was forwarded this 14th day of April 2005, by first-class mail, postage prepaid, to the following counsel as follows:

Alicia L. Downey, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

Robert M. Langer, Esq.
Steven Bruce Malech, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103

Paul A. Winick, Esq.
Michael S. Elkin, Esq.
Susan B. McInerney, Esq.
Alyson L. Redman, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022-6225

Andrew Marovitz, Esq.
Britt M. Miller, Esq.
Dana S. Douglas, Esq.
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603-3441

Christopher J. Kelly, Esq.
Mayer Brown Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

Nathan P. Eimer, Esq.
Andrew G. Klevorn, Esq.
Scott C. Solberg, Esq.
Ryan S. Hedges, Esq.
Vanessa G. Jacobsen, Esq.
Eimer Stahl Klevorn & Solberg, LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604

Marion B. Manzo