100104wa1.txt

1

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF CONNECTICUT
 2

 3

 4

 5   --------------------------------)
     MM GLOBAL SERVICES INC., MM GLOBAL )
 6   GLOBAL SERVICES PTE. LTD., and    )
     MEGAVISA SOLUTIONS (S) PTE. LTD.,  )
 7            Plaintiffs              ) Civil Action No.
     VS                              ) 302 CV 1107 (AVC)
 8   THE DOW CHEMICAL COMPANY, UNION   )
     CARBIDE CORPORATION, UNION CARBIDE )
 9   ASIA PACIFIC, INC., UNION CARBIDE )
     CUSTOMER SERVICES PTE. LTD. and   )
10   DOW CHEMICAL PACIFIC (SINGAPORE)  )
     PTE. LTD.,                       )
11            Defendants             )
     --------------------------------)
12

13

14           DEPOSITION OF:  CHRISTINE BERTI
             DATE:   OCTOBER 1, 2004
15           HELD AT:   BINGHAM MCCUTCHEN LLP
                        ONE STATE STREET
16                      HARTFORD, CONNECTICUT

17

18

19

20

21

22   Reporter: WENDY J. ALLEN, RPR, CRR, LSR #00221
               BRANDON SMITH REPORTING SERVICE
23                 44 Capitol Avenue
                   Hartford, CT 06106
24                 Tel (860) 549-1850

25
```

Brandon Smith Reporting Service

2

100104wa1.txt

```
 1   APPEARANCES:

 2   REPRESENTING THE PLAINTIFF:

 3   ALICIA L. DOWNEY, ESQ.
     BINGHAM McCUTCHEN LLP
 4   150 Federal Street
     Boston, MA  02110-1726
 5

 6   REPRESENTING THE DEFENDANT:

 7   CHRISTOPHER KELLY, ESQ.
     MAYER, BROWN, ROWE & MAW, LLP
 8   1909 K Street, N.W.
     washington, D.C. 20006-1101
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Brandon Smith Reporting Service

3

```
 1              I   N   D   E   X
                    Page 2
```

100104wa1.txt

| WITNESS: | PAGE: |
|---|---|
| Christine Berti | |
| Direct Examination by Ms. Downey | 6 |
| Cross-Examination by Mr. Kelly | 110 |
| Redirect Examination by Ms. Downey | 113 |

EXHIBITS:

Plaintiff's Exhibit 1, Notice of Depositions for Dow, UCC and UCAP
Plaintiff's Exhibit 2, Notice of Deposition for UCCS
Plaintiff's Exhibit 3, Notice of Deposition for Dow Chemical Pacific
Plaintiff's Exhibit 4, Responses and Objections of Defendants Dow, UCC and UCAP to Plaintiffs' First Set of Personal Jurisdiction Document Requests and Interrogatories
Plaintiff's Exhibit 5, Responses and Objections of Defendants UCCS to Plaintiffs' First Set of Personal Jurisdiction Document Requests and Interrogatories
Plaintiff's Exhibit 6, Responses and Objections of Defendant Dow Chemical Pacific to Plaintiffs' First Set of Personal Jurisdiction Document Requests and Interrogatories
Plaintiff's Exhibit 7, 9/7/04 letter to The Honorable Alfred V. Covello from Andrew S. Marovitz
Plaintiff's Exhibit 8, Plaintiff's Progress report as of 9/7/04
Plaintiff's Exhibit 9, 9/7/04 letter to Richard S. Taffet from Dana S. Douglas
Plaintiff's Exhibit 10, 8/19/98 memo from Amy Lee
Plaintiff's Exhibit 11, order details
Plaintiff's Exhibit 12, Inter Company Price Workback For North America & Dow Company's Outside North America
Plaintiff's Exhibit 13, 6/13/04 E-mail to Ashish Mitra from Arpana Mody
Plaintiff's Exhibit 14, affidavit of Yap Poh Chye David
Plaintiff's Exhibit 15, affidavit of Lawrence Cheung
Plaintiff's Exhibit 16, UCCS invoices
Plaintiff's Exhibit 17, Dow Chemical Pacific invoices
Plaintiff's Exhibit 18, UCCS invoices
Plaintiff's Exhibit 19, Dow Chemical Pacific invoices
Plaintiff's Exhibit 20, 11/11/98 memo with spreadsheets

Brandon Smith Reporting Service

4

I  N  D  E  X

Plaintiff's Exhibit 21, UCCS 12/31/00 annual report
Page 3

100104wa1.txt

4    Plaintiff's Exhibit 22, UCCS 12/31/01 Report of the
     Directors and Financial Statements
5    Plaintiff's Exhibit 23, UCCS 12/31/02 Report of the
     Directors and Financial Statements
6    Plaintiff's Exhibit 24, UCCS 12/31/03 Report of the
     Directors and Financial Statements
7    Plaintiff's Exhibit 25, Dow Chemical Pacific 12/31/99
     Report of the Directors and Financial Statements
8    Plaintiff's Exhibit 26, Dow Chemical Pacific 12/31/00
     Report of the Directors and Financial Statements
9    Plaintiff's Exhibit 27, Dow Chemical Pacific 12/31/01
     Report of the Directors and Financial Statements
10   Plaintiff's Exhibit 28, Dow Chemical Pacific 12/31/02
     Report of the Directors and Financial Statements
11   Plaintiff's Exhibit 29, Dow Chemical Pacific 12/31/03
     Report of the Directors and Financial Statements
12   Plaintiff's Exhibit 30, CD
     Plaintiff's Exhibit 31, 1996 Dow Singapore spreadsheets
13   Plaintiff's Exhibit 32, 1997 Dow Singapore spreadsheets
     Plaintiff's Exhibit 33, 1997 Dow Singapore spreadsheets
     Plaintiff's Exhibit 34, handwritten notes
14

15   (Exhibits retained by Attorney Downey)

16   _____

17

18

19

20

21

22

23

24

25

              Brandon Smith Reporting Service

                                                    5

1              S T I P U L A T I O N S

2

3         It is stipulated by counsel for the parties

4    that all objections are reserved until the time of

                     Page 4

100104wa1.txt

5   trial, except those objections as are directed to the

6   form of the question.

7

8        It is stipulated and agreed between counsel for

9   the parties that the proof of the authority of the

10  Commissioner before whom this deposition is taken is

11  waived.

12

13       It is further stipulated that any defects in

14  the notice are waived.

15

16       It is further stipulated that the reading and

17  signing of the deposition transcript by the witness may

18  be signed before any Notary Public.

19

20

21

22

23

24

25

Brandon Smith Reporting Service

6

1        (Deposition commenced at 10:15 a.m.)

2

3        CHRISTINE BERTI, Deponent, having first

4   been duly sworn, deposes and states as follows:

5

6        DIRECT EXAMINATION BY MS. DOWNEY:

Page 5

100104wa1.txt

20    Q    who?

21    A    Diane Pernini, P-E-R-N-I-N-I.

22    Q    And what is her position?

23    A    Retired from Union Carbide.

24    Q    where is she located?

25    A    New Jersey.

Brandon Smith Reporting Service

16

1     Q    what was her position?

2     A    Customer service rep at Weston Canal.

3     Q    who else did you speak with?

4     A    That was all.

5     Q    And for what purpose did you speak with Ms.

6   Sprauer?

7     A    To confirm work process, order processing,

8   current work process and order processing.

9     Q    Any other reason?

10    A    No.

11    Q    And what was the purpose of your discussion

12   with Ms. Pernini?

13    A    To get names of customer service reps who

14   worked at the Weston Canal customer service center.

15    Q    Did she provide you with names?

16    A    Yes, she did.

17    Q    Did she provide them to you in writing?

18    A    No.

19    Q    Do you recall the names she provided you with?

20    A    Yes.

21    Q    what were they?

Page 15

100104wa1.txt

22      A    I have many.  Would you like me to read them

23   all to you?

24      Q    Well, why don't we make a copy of your notes

25   and we'll mark them and you can just identify it as the

Brandon Smith Reporting Service

17

1    list that you created, all right?

2       A    Okay.

3                    MS. DOWNEY:  Off the record.

4                         (Off record.)

5                    THE WITNESS:  There was another document

6    that I saw yesterday with Mr. Kelly, was a letter from

7    Y.M. Foo to -- I can't remember who it was to, but it

8    was regarding work process at Weston Canal for Mega

9    Global business.  It was dated December '96.

10   BY MS. DOWNEY:

11      Q    Returning to what's been marked now as Exhibit

12   34, could you just summarize for the record what this

13   is?

14      A    What this is is a list of Union Carbide

15   employees who handled international export customer

16   service from Weston Canal.  They may not have handled

17   any orders from Singapore, but they had international

18   export responsibility.

19      Q    Would they have handled orders from UCCS and

20   Dow Singapore?

21      A    They may or may not have.

22      Q    And with respect to each one of these people,

Page 16

100104wa1.txt
23  at which facility did they work?

24        A    Each person worked at Weston Canal.

25        Q    Where is that?


                Brandon Smith Reporting Service


                                                    18


1         A    New Jersey.

2         Q    For what period of time did these people have

3    this responsibility?

4         A    I do not know.

5         Q    I'm going to place before you what's been

6    marked as Plaintiff's Exhibit 4, which are the responses

7    and objections of Dow, UCC, and UCAP to a set of

8    document requests and interrogatories that the

9    plaintiffs served on them.  Have you ever seen this

10   document or any portion of it before?

11        A    No, I have not.

12        Q    Could you turn to page 10 of this document.

13   And do you see the chart listing the names of various

14   people, it continues from page 10 to page 11?

15        A    I do.

16        Q    Do the names of these people seem familiar to

17   you?

18        A    Many, yes.

19        Q    Which ones are familiar to you?

20        A    Kevin Dillan, Gene Fisher, Andrew Liveris,

21   Steve Meadows, Neal Wyhs.

22        Q    And do you know what company Mr. Dillan worked

23   for?

24        A    Union Carbide Corporation.
                        Page 17

100104wa1.txt

25      Q    And was he based in Michigan?

Brandon Smith Reporting Service

19

1       A    Not to my knowledge.

2       Q    Where was he based?

3       A    Danbury, Connecticut.

4       Q    And for whom did Gene Fisher work for?

5       A    I do not know.

6       Q    Do you know where he was located?

7       A    I believe he was located in Weston Canal, New

8    Jersey.

9       Q    And Mr. Liveris, who did he work for?

10      A    I do not know the name of who he worked for.

11      Q    Do you know in which facility he worked?

12      A    Yes.

13      Q    Where?

14      A    Dow Midland, Michigan.

15      Q    And is it Neal Wyhs?

16      A    Neal Wyhs, W-Y-H-S.

17      Q    Do you know what company Mr. Wyhs worked for?

18      A    Yes, Union Carbide Corporation.

19      Q    And based in New Milford, Connecticut?

20      A    No, Danbury, Connecticut.

21      Q    Does that appear to be a residential address?

22      A    It does.

23      Q    Do you know whether he's retired from the

24    company?

25      A    I do not know for sure.

Page 18

100104wa1.txt

13    A    I took a job with Dow located in Danbury,

14 Connecticut, which we spoke about before, doing the

15 system work.

16    Q    Can you tell me approximately when you began

17 that position?

18    A    That was after the training in '01, so it

19 would have been from sometime in '01 to 9/30/02 when I

20 retired.  It was about a year.

21        I remember the name of my boss.

22    Q    Go ahead.

23    A    Brent, it wasn't Brett, it was Brent Jensen.

24    Q    Do you remember Mr. Jensen's title?

25    A    No.

Brandon Smith Reporting Service

32

1    Q    Do you know whom he reported to?

2    A    No.

3    Q    You described generally the SAP R3, but more

4 specifically what did the system include in terms of

5 hardware?  And I don't mean specifically.  It's a

6 computer system, right?

7    A    It is a system, computer system, correct.

8    Q    Do you know whether it's a mainframe kind of a

9 system?

10    A    No, I do not.

11    Q    Do you know where it was physically located in

12 1997?

13        MR. KELLY:  Objection to form.  You can

100104wa1.txt

14    go ahead and answer if you know where it was located.

15              THE WITNESS:  I believe it was located in

16    West Virginia.

17    BY MS. DOWNEY:

18        Q    Do you know whether components of the system

19    were located in Connecticut?

20        A    No, I do not know that.

21        Q    Finally, along this line of questioning, can

22    you just describe generally to me what it was you

23    trained customer service representatives to do with the

24    SAP R3?

25        A    I trained them how to enter orders into the

Brandon Smith Reporting Service

33

1     system and to find inventory, look at data that they

2     would need to do their job as a customer service rep in

3     the system.

4         Q    Did the order entry process include generating

5     an invoice?

6         A    No.  Not for export.  I trained both export

7     and domestic customer service reps, but for export it

8     did not generate an invoice, for domestic it did.

9         Q    Do you know whether invoices were generated

10    for export by some other means?

11        A    Yes.

12        Q    What was that means?

13        A    Freight forwarder.

14        Q    What's that?

15        A    It is an outside company that is a contractor
                        Page 31

100104wa1.txt

19    trying to ask me.

20        Q    I'm not making it -- it's not a complicated

21    question, but as opposed to financial and distribution,

22    the things you say you're not sure whether they're on

23    the system or not, from the customer service

24    representative perspective, can you just describe a

25    little bit more specifically the types of information

Brandon Smith Reporting Service


36


1    that would come from the BPCS system to the ISIS system.

2        A    Yes, I can.  The customer name, the customer

3    ordering product, the quantity of product, the price of

4    the product, the delivery, expected delivery date at the

5    customer, the terms of sale, and any other pertinent

6    information to the order, for instance, text information

7    that may be required to process the order in ISIS.

8        Q    Do you know where the ISIS system was

9    physically located in the United States?

10               MR. KELLY:  Objection to form.  You can

11    answer the question, if you understand it.

12               THE WITNESS:  I believe the mainframe for

13    the ISIS system was located in West Virginia.

14                    (Off record.)

15               MS. DOWNEY:  Back on the record.

16               I believe Ms. Berti wants to make a

17    clarification.  Please go ahead.

18               THE WITNESS:  Thank you.  Regarding

19    invoicing, before we had implemented SAP R3, when we

Page 34

100104wa1.txt

20   were using ISIS, our freight forwarders always created

21   an invoice for us out of their own system.  So the

22   export invoice was not created out of ISIS, but it was

23   created out of the freight forwarder's own stand-alone

24   system.  They worked on behalf of Union Carbide

25   Corporation.  They had our power of attorney to sign for

Brandon Smith Reporting Service

37

1    us.  So they created the export invoice out of their own

2    system in-house, not out of ISIS.

3             After we implemented SAP R3, we gave the

4    freight forwarders limited access to SAP, and they went

5    into SAP and completed the invoice in SAP, the data for

6    the invoice, in other words, adding on freight charges,

7    actual quantities shipped, in the case of a bulk

8    shipment where you have a variation of what was ordered

9    and what is shipped, they would put actual quantities in

10   there, and close out the invoice and SAP in the data.

11   The physical piece of paper that went with the clearance

12   documents I believe came out of their own freight

13   forwarder system and not SAP.

14   BY MS. DOWNEY:

15       Q    All right.  Let me show you what's been marked

16   as Exhibit 5, which are the answers to interrogatories

17   by UCCS.  Have you ever seen Exhibit 5 before?

18       A    No.

19       Q    To your knowledge, did you contribute any

20   information that was used in the preparation of Exhibit

21   5?

Page 35

100104wa1.txt

14   bulk products.

15       Q    And this E-mail refers to the bulk order

16   process, correct?

17       A    Correct.

18       Q    Are you familiar with the bulk order process?

19       A    Yes.

20       Q    Can you explain to me, then, what the bulk

21   order process was?

22       A    At Union Carbide?

23       Q    As described in this E-mail.  Do you need me

24   to be more specific?

25       A    I can take it point by point and explain

Brandon Smith Reporting Service

54

1    what's going on.  Would that be the best?

2        Q    Sure.

3        A    When Amy says in her first bullet, "When order

4    is finalized with Dicky," Dicky Leung, he would be

5    responsible for this BAM product that was mentioned, the

6    500 metric tons of BAM.  So Amy Lee is discussing with

7    the customer that they need to make sure that Dicky

8    Leung says it's okay that they have 500 metric tons of

9    this product to be available to ship on this vessel

10   that's going to be loading sailing August 21.  Once that

11   is agreed upon, that this customer can have that 500

12   metric tons of BAM available, then the Houston Customer

13   Center would put the order into the ISIS system.

14       Q    How would the Houston Customer Center get the

15   order?

Page 51

100104wa1.txt

16    A    The order would at that time in '98, I believe

17    that they were still on BPCS, so a customer service rep

18    at UCCS would input the order into BPCS. There was an

19    automatic feed into ISIS of partial information. It

20    wouldn't be enough to complete the order for further

21    processing, so it would be an incomplete status, and it

22    would be received in Houston by a customer service rep

23    responsible for that particular country.

24    Q    Now, there is a reference in the paragraph

25    toward the bottom middle portion to the CEBA system,

Brandon Smith Reporting Service

55

1    C-E-B-A system. Do you know what that refers to?

2    A    That CEBA system is misleading. There was no

3    such thing as a CEBA system. CEBA was an acronym for a

4    work process which I had mentioned before, Carbide's

5    export business to Asia. It was a work process. It

6    wasn't an entity, it wasn't a company, it was a group of

7    people who were trying to figure out the best way to

8    work on the order processing.

9    Q    Were some of those people located in the

10    Danbury facility?

11    A    No, only in Singapore. Sometimes people used

12    UCCS and CEBA as meaning the same thing. The UCCS was

13    really an output of the CEBA work process. When it was

14    decided to create Union Carbide Customer Service

15    Singapore, the CEBA work process was what initiated

16    that.

Page 52

100104wa1.txt

17          So when Dicky Leung agreed to the process of

18    providing 500 metric tons, it says in the second bullet,

19    "If product is not available, UCC on receipt of order

20    can straightaway inform you."  It would be another check

21    with the product marketing manager in the U.S. of bulk

22    loads to make sure that product was available for this

23    customer as a second check.

24          Q    Do you know where the product marketing

25    manager for the BAM product was located?

Brandon Smith Reporting Service

56

1          A    He would have been in Danbury.

2          Q    Is that where all the product marketing

3    managers are located, or were at that time?

4          A    No.  For that product the market manager would

5    have been located in Danbury.  In addition to the

6    product market manager, it would have, an inventory

7    planner would have also been a part of the decision,

8    too.

9          Q    And where would the inventory planner be

10    situated?

11          A    In Houston.

12          Q    Are you done with your description of the

13    process?

14          A    Other than -- not quite finished.

15          Q    All right.

16          A    In the final detail Amy is confirming that

17    there was an order placed in the system, in the ISIS

18    system, as you see the number noted there in the last

Page 53

100104wa1.txt

1       Q      Let me just direct your attention to the last
2    three pages of Exhibit 17.
3                   MR. KELLY:  Alicia, while she's looking
4    at that, we'll be glad to check to verify what you were
5    asking about, but I did notice on each of these there's
6    an instruction for remitting payment to UCC in
7    Amsterdam.
8                   MS. DOWNEY:  Well, the question was
9    really, too, then, what would happen to the payment
10   after that.
11                  MR. KELLY:  I understand that, you
12   followed up with that.
13                  MS. DOWNEY:  We would probably like a
14   witness that would testify about that, and if that's the
15   limit of her knowledge, then I'll leave it right there.
16   BY MS. DOWNEY:
17      Q      The last three pages of Exhibit 16 are Union
18   Carbide invoices to UCCS in which there is no address
19   underneath the Union Carbide Corporation.
20      A      Right.
21      Q      Do you know why that is?
22      A      I believe I do.
23      Q      Why?
24      A      It was discovered in Houston that when
25   invoices were printing out of the system with Union

Brandon Smith Reporting Service

66

1   Carbide Corporation's name and the Danbury address, that

Page 62

100104wa1.txt

2   that was not correct, that it should have been the

3   Houston address, because that is where the invoices were

4   coming from, Union Carbide in Houston, Texas for orders

5   for chemicals. The system, the SAP system, was

6   eventually corrected, or the address was just left off

7   in this case.

8        Q    Was that a discovery that you were involved

9   in?

10       A    I was in Houston Customer Center when it was

11  brought to my attention that these invoices could not be

12  used to clear customs in Mexico when they had a Danbury

13  address when they were actually physically coming from

14  Houston, and so it was brought to my attention while I

15  was in Houston that the invoice should not reflect

16  Danbury, but rather Houston.

17       Q    And do you recall approximately when that took

18  place?

19       A    I don't remember. It was very shortly after

20  the start-up of R3.

21       Q    Now, with reference to Exhibit 16, other than

22  the presence of Danbury, Connecticut in the letterhead

23  of this invoice, does the invoice on it indicate

24  anywhere the involvement of anyone in Danbury,

25  Connecticut in this order process?

Brandon Smith Reporting Service

67

1        A    No, not to my knowledge, no.

2        Q    Let's look at what's been marked as

3   Plaintiff's Exhibit 17, and I'll ask you to please

Page 63

100104wa1.txt

4    identify the documents that are part of Exhibit 17 for

5    me, if you can.

6        A    These again appear to be invoices for

7    shipments that were made.

8        Q    And who was the buyer?

9                MR. KELLY:  Objection as to form.

10                THE WITNESS:  It appears that the buyer

11   is the ordering party, Dow Chemical Pacific Singapore.

12   BY MS. DOWNEY:

13       Q    And you'll see that the Danbury, Connecticut

14   address appears at the top of each of these invoices,

15   too, do you see that?

16       A    Yes.

17       Q    And the latest date in this pile at the back

18   is February 2004, so is it fair to say that the Danbury,

19   Connecticut invoice letterhead was still in use even

20   after you say it was brought to your attention that that

21   was somehow incorrect?

22                MR. KELLY:  Objection as to form.

23                THE WITNESS:  I see that they are on

24   these invoices, yes.

25   BY MS. DOWNEY:

                Brandon Smith Reporting Service

                                                      68

1        Q    Do you know whether the decision to

2    discontinue the use of Danbury, Connecticut invoice

3    letterhead applied to all sales of the products, or just

4    sales of product going to Mexico?

                        Page 64

100104wa1.txt

10   Corporation.

11      Q    Do you have any knowledge as to how the

12   invoices in Exhibit 19 and Exhibit 18 were generated?

13      A    It is my guess that they were generated out of

14   R2, because of the terminology used, ordering party is

15   an SAP R2 terminology.

16      Q    With respect to the exhibits that are part of

17   Exhibit 16 and 17, that have Union Carbide Corporation

18   at the top, are you able to tell me what part of the

19   order process these invoices play?

20               MR. KELLY:  Objection as to form.

21               THE WITNESS:  I'm not sure of your

22   question.

23   BY MS. DOWNEY:

24      Q    I'll rephrase.  Do you have any greater

25   understanding of the role that the Union Carbide

Brandon Smith Reporting Service

72

1   invoices played in the order process?

2               MR. KELLY:  Objection as to form.

3               THE WITNESS:  I think, as I mentioned

4   earlier, I think the only two reasons for the invoice

5   were to clear customs, as a customs clearance document,

6   and as a document to trigger payment from the

7   responsible party to make payment.

8   BY MS. DOWNEY:

9      Q    Did the customer service representative at

10   Union Carbide handle this invoice in any way during the

Page 68

100104wa1.txt

11    order process?

12        A    The export customer service representative,

13    export only, did not routinely handle this invoice for a

14    customer.  That was done by our freight forwarder.

15        Q    Do you know how the freight forwarder would

16    get the information that appears on this invoice?

17        A    Yes.

18        Q    How?

19        A    They would get that from our system.  They had

20    access to ISIS, when we had ISIS up, and they had access

21    to SAP R3 when we were running SAP.  They also had their

22    own stand-alone system which generated most of the

23    documents, their own in-house system.

24        Q    When you say that at some point in your

25    employment in customer service center it was brought to

Brandon Smith Reporting Service

73

1    your attention that the Danbury, Connecticut, the use of

2    the Danbury, Connecticut address in the invoices was

3    incorrect, do you recall who brought that to your

4    attention?

5        A    I do.

6        Q    Who?

7        A    It was a customer service rep handling Mexico

8    orders at the Houston Customer Center.  I believe his

9    name was Ray Rodriguez.

10       Q    Do you know what steps were taken to address

11    the concern he raised?

12       A    Yes.  I believe he changed the invoice

Page 69

100104wa1.txt

8       Q    What did the spread sheet have on it?

9       A    It had data from -- sales data.

10      Q    Were they sales between UCCS and UCC?

11      A    I only looked at it for a minute.  I just, I

12  really, it didn't stick in my head.  It was something

13  that I just took a brief look at.

14           MR. KELLY:  Alicia, I'll be glad to pull

15  it up for you afterwards and send you a copy of the one.

16  It was, I can tell you, it was one of the fairly short

17  sheets, I believe, showing transactions sales to Dow

18  Chemical Pacific.  So it was an Excel spreadsheet as

19  opposed to the ones generated from the Amy database.

20  I'll have to go back and dig out the copy, but I'll be

21  glad to provide it to you.

22           MS. DOWNEY:  All right.

23               (off record.)

24           MS. DOWNEY:  Back on the record.

25  BY MS. DOWNEY:

Brandon Smith Reporting Service

92

1       Q    Are you familiar with the process by which an

2   order would be placed for purchasing products from UCCS

3   to UCC?

4       A    Yes.

5       Q    Would you please describe that process.

6       A    Where would you like me to begin?

7       Q    Well, we looked at the bulk order process

8   earlier.  Is that in some way different from the typical

9   order process?

Page 87

100104wa1.txt

10          MR. KELLY:  Objection as to form.

11          THE WITNESS:  It is similar, but it has

12    its differences, particularly as regards booking and

13    product availability, but the order process itself in

14    the system is very similar.

15    BY MS. DOWNEY:

16      Q    All right, let's go step by step, then.

17      A    Okay.

18      Q    Am I correct that a customer service

19    representative at UCCS in Singapore would initiate the

20    order process in some way?

21          MR. KELLY:  Objection as to form.

22          THE WITNESS:  They initiated the process

23    in the system, but the customer in the region would have

24    initiated the order with the salesman originally, and

25    then that order would wind up at Union Carbide Customer

Brandon Smith Reporting Service

93

1    Services in Singapore for processing in the system.

2    BY MS. DOWNEY:

3      Q    All right.  And did the processing include a

4    transaction between UCCS and UCC?

5      A    I don't know what you mean by a transaction.

6      Q    The purchase of product for resale to the

7    customer.

8      A    Yes.

9      Q    And is Exhibit 16 and the invoices we see in

10    Exhibit 16, are those examples of transactions between

Page 88

100104wa1.txt

11    UCCS and Union Carbide for the purchase of products for

12    resale to certain customers?

13                     MR. KELLY:  Objection as to form.

14                     THE WITNESS:  Yes, they are.

15    BY MS. DOWNEY:

16        Q    What would the UCCS customer service

17    representative physically do to place the order?

18        A    Are you talking about the time frame when I

19    was there at the Houston Customer Center from '92 to

20    '97, or after we implemented SAP R3?

21        Q    I think for our purposes the relevant time

22    period would be between 1999 and 2003, so after the

23    implementation of R3.

24        A    Okay.  I don't think R3 was implemented in

25    '99, but I could be wrong, but we'll talk about R3.  The

Brandon Smith Reporting Service

94

1     customer service rep at UCCS would enter in all the

2     information that they had available to them from the

3     customer.  They would enter the order with the sold to

4     party, the ship to party, the terms of sale, the terms

5     of delivery, the port of discharge, at the customer, the

6     product names, the quantity, the price, and any other

7     information in text that we might need to process that

8     order.  The order was placed on a hold.

9         Q    And this is all within the R3 system?

10        A    Within the R3 system.  It was placed on a hold

11    so that the order would not proceed to go to be placed

12    on the plant or warehouse that was sourcing the product,

Page 89

100104wa1.txt

13    so there would be no product held at that time.

14          The order would be then looked at by a

15    customer service rep in Houston, by a report under their

16    name, they could find the order that they were

17    responsible for, and they would then review that order,

18    and complete that order placing the order on the correct

19    plant for sourcing.  Any instructions that needed to go,

20    supplemental instructions that had to go to the freight

21    forwarder would be placed on that order.

22          The customer service rep, depending on the

23    product that was ordered, might have to check a

24    spreadsheet or an E-mail for product availability,

25    depending on what product line it was that we were

Brandon Smith Reporting Service


95


1    ordering, check with the inventory planner, or one of

2    the tools for inventory that we had available to us as

3    customer service reps, and then the order would be

4    placed on the plant or warehouse, and the customer

5    service rep would also notify the freight forwarder of

6    the order being placed into the system.

7    Q    Did the marketing manager for the particular

8    product in question play any role in the order process?

9    A    Not on a day-to-day basis, no.

10   Q    Under certain circumstances would the

11   marketing manager become involved in some way?

12   A    Only under circumstances where products were

13   limited and sales control in very tight supply, they

Page 90

100104wa1.txt

14    might get involved.

15        Q    And in those type of circumstances how would

16    they become involved?

17        A    Typically they would be involved by contact

18    from the inventory planner.  The inventory planner was

19    typically our first line of communication about product

20    availability.

21        Q    And how did the inventory planner obtain

22    information about product availability?

23        A    The inventory planner, depending on the

24    product, played different roles.  They were always

25    involved, they were always a member of the business

                Brandon Smith Reporting Service

                                                        96

1    team, so they would be involved in business team

2    meetings to understand the business plan, the business

3    strategy, potential plant shutdowns, these kind of

4    things that a normal business team would be involved in

5    on a routine basis.

6        Q    Do they report --

7            MR. KELLY:  I'm sorry, Alicia, I don't

8    mean to interrupt, but I think Ms. Berti wasn't through.

9    BY MS. DOWNEY:

10       Q    Why don't you finish up your answer, go ahead.

11       A    And an inventory planner would have access to

12    what was available in inventory.  They would help to set

13    the production schedule for that inventory, most often.

14    They would determine when a product would be produced at

15    a particular plant.  If it was short, in short supply,
                        Page 91

100104wa1.txt

19    would have a dual reporting.

20        Q    Let's pick up where we left off in the order

21    process, in which I believe that the inventory planner

22    has weighed in and the customer service representative

23    in Texas has accepted the order on behalf of Union

24    Carbide, or UCC.  What happens next?

25            MR. KELLY:  Objection as to form.

Brandon Smith Reporting Service

99

1             THE WITNESS:  The next, once the order

2    leaves the customer service rep in Houston, it is

3    received by the shipping location, the plant or

4    warehouse or terminal that is going to fill the order.

5    If it's going to go on a ship, if it's a package order,

6    it's going to go to the booking department to make

7    vessel space for the container.  The booking department

8    is in Danbury, Connecticut.  They book the vessel space

9    based on the availability of the product and the

10   customer's requested delivery date.

11            If product is available, it's in the

12   system, it's ready to ship.  Each plant or warehouse for

13   the chemicals that we handled had a certain amount of

14   lead time that we needed to give them for export orders,

15   so we would bill that in to the available date that we

16   would place on the order, and then we would send that

17   order to booking, to the plant.

18            The plant would get the order ready, the

19   product ready to ship according to the booking

Page 94

100104wa1.txt
20   instructions that the booking department would send down

21   to the plant or warehouse that was doing the physical

22   shipping.  The plant then would arrange for

23   transportation.  If it was a package shipment, they

24   would arrange for transportation in a truck, or someone

25   to come in, pick it up, and take it to the pier or port

Brandon Smith Reporting Service


100

1    where it was going to be delivered for shipment on the

2    vessel.

3              When it was finished being booked and

4    after it had been shipped by the plant or warehouse, the

5    order then was given to the freight forwarder who would

6    input the final quantity shipped and the freight charges

7    for invoice purposes, and prepare any other documents

8    like ocean bills of lading, various certificates that

9    customers might require, or whatever, and that would

10   basically complete the export order process.

11   BY MS. DOWNEY:

12      Q    Do you have any knowledge about the payment

13   process for these orders?

14      A    You mean how Union Carbide Customer Services

15   remitted payment to Union Carbide Corporation?

16      Q    Yes.

17      A    I don't have any firsthand knowledge on that,

18   but I believe that they remitted via monthly statements,

19   and it was a wire transfer of some sort.

20      Q    Did the customer service representatives in

21   Houston have any direct contact with the booking

Page 95

100104wa1.txt

22    department in Danbury, Connecticut?

23        A    Yes.

24        Q    What sort of contact?

25        A    Well, every order that was packaged or bulk

Brandon Smith Reporting Service

101

1    had to go to a booking person.  So if it was going to be

2    booked on a vessel, it had to go to -- if we were doing

3    the shipping and the booking, it would go through the

4    booking department in Danbury.

5        Q    Now, with reference to the invoices that we

6    saw in Exhibit 17, which are addressed to Dow Singapore,

7    are you able to tell me whether orders such as these

8    from Dow Singapore to Union Carbide followed the same

9    procedure that you just outlined for me?

10        A    These orders I don't believe follow the same

11    procedure that I just outlined.

12        Q    Do you know whether any orders placed by Dow

13    Singapore to Union Carbide followed the procedure that

14    you just described?

15        A    From Dow Singapore to Union Carbide.  No, I

16    don't recall seeing Dow Singapore orders to Union

17    Carbide.

18        Q    Is that just something you don't know anything

19    about?

20            MR. KELLY:  Objection to the form.

21            THE WITNESS:  Well, at this point in time

22    of these invoices from January 14th, 2002, to February

Page 96