UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 3:02 CV 1107 (AVC) |
| v. | ) ) | |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, AND UNION CARBIDE ASIA PACIFIC, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY**

The parties to the above-captioned matter jointly move this Court, pursuant to Local Civil Rule 7 (b), to extend to May 23, 2005, plaintiffs' time to file their Reply to defendants' Oppositions to Plaintiffs' Motion to Vacate the Order Granting Rule 12(B)(2) Motions to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction. This extension is required because defendants have indicated that they will be serving supplemental answers to personal jurisdiction interrogatories later this week,

and because of the professional schedules of counsel responsible for drafting and reviewing the Reply. This is the parties' first request for an extension of this deadline.

Dated: May 4, 2005

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD. | THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, AND UNION CARBIDE ASIA PACIFIC, INC., |
| By: /s/ Robert M. Langer (ct 06305) | By: /s/ Elizabeth A. Fowler (ct23584) |
| WIGGIN AND DANA LLP<br>One CityPlace<br>185 Asylum Street<br>Hartford, CT 06103<br>(860) 297-3724 (tel)<br>(860) 525-9380 (fax) | ROBINSON & COLE LLP<br>280 Trumbull Street, 28th Floor<br>Hartford, CT 06103<br>(860) 275-8200 (tel)<br>(860) 275-8299 (fax) |

## CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of May, 2005, a copy of the foregoing has sent, via facsimile and U.S. mail, to the following:

Nathan P. Eimer
Andrew Klevorn
Ryan S. Hedges
Eimer Stahl Klevorn & Sold berg LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604

Andrew S. Marovitz
Britt M. Miller
Dana S. Douglas
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603

Christopher J. Kelly
Mayer, Brown, Rowe & Maw LLP
1909 K Street
Washington, DC 20006-1157

_____
Robert M. Langer

\15726\1\49876.1