293

FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2005 MAY -5 A 10: 36

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, AND UNION CARBIDE ASIA PACIFIC, INC., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY

The parties to the above-captioned matter jointly move this Court, pursuant to Local Civil Rule 7 (b), to extend to May 23, 2005, plaintiffs' time to file their Reply to defendants' Oppositions to Plaintiffs' Motion to Vacate the Order Granting Rule 12(B)(2) Motions to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction. This extension is required because defendants have indicated that they will be serving supplemental answers to personal jurisdiction interrogatories later this week,

May 6, 2005.
SO ORDERED.
GRANTED.
Alfred V. Covello, U.S.D.J.

FILED 2005 MAY -6 P 1:00
DISTRICT COURT
HARTFORD, CT.