UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., ) ) ) ) Plaintiffs, ) ) v. ) ) THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. ) ) ) ) Defendants. ) ) | Civil No. 3:02 CV 1107 (AVC)<br><br>May 6, 2005 |

### WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Stephen M. Deane requests leave to withdraw his appearance for all defendants in this action. Attorneys Craig A. Raabe, Elizabeth A. Fowler and Marion B. Manzo will continue to serve as counsel for all defendants.

May 6, 2005. GRANTED, SO ORDERED.
Alfred V. Covello, U.S.D.J.

DEFENDANTS
THE DOW CHEMICAL COMPANY,
UNION CARBIDE CORPORATION, and
UNION CARBIDE ASIA PACIFIC, INC.

By: _____
Marion B. Manzo (ct 22068)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 05103-3497
Tel.: (860) 275-8200
Fax: (860) 275-8299
E-mail: mmanzo@rc.com

HART1-1248948-1