UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., | : <br> : <br> : <br> : |
| Plaintiffs, | : Civil No. 302 CV 1107 (AVC) |
| v. | : |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., | : June 21, 2005 <br> : <br> : |
| Defendants. | : |

## DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

Defendants The Dow Chemical Company, Union Carbide Corporation, and Union Carbide Asia Pacific, Inc. hereby jointly move for a Protective Order regarding the documents and other information sought by certain of Plaintiffs' requests in Plaintiffs' Third Set of Interrogatories and Fourth Request to Defendants for Production of Documents ("Current Requests"). In support of this Motion, Defendants submit their Combined Memorandum in Support filed concurrently herewith.

Pursuant to Local Rule 37(a)(2), Defendants' counsel has conferred with Plaintiffs' counsel in a good faith effort to resolve by agreement the issues raised by this Motion without the intervention of the Court, but no agreement was reached.

WHEREFORE, for the reasons stated herein and in the Defendants' Combined Memorandum in Support filed concurrently herewith, Defendants respectfully request that this

Court grant their Motion for a Protective Order in its entirety and issue an Order barring the discovery of the information sought by those of Plaintiffs' Current Requests that are the subject of this Motion, and such other relief as this Court may deem just and appropriate.

Dated: June 21, 2005

Respectfully submitted,

Craig A. Raabe (ct 04116)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 05103-3497
(860) 275-8304

Nathan P. Eimer (ct 23693)
Scott Solberg (phv 0234)
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7600

Andrew S. Marovitz (ct 25409)
Dana S. Douglas (ct 25412)
MAYER, BROWN, ROWE & MAW LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600

Christopher J. Kelly (ct 25410)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, DC 20006-1157
(202) 263-3000

*Counsel for Defendants The Dow Chemical Company,
Union Carbide Corporation and Union Carbide Asia Pacific, Inc.*

## CERTIFICATE OF SERVICE

    This is to certify that that a copy of the Motion for Protective Order was hand delivered on this 21st day of June, 2005, as follows:

    Richard S. Taffet, Esquire
    Bingham McCutchen LLP
    399 Park Avenue
    New York, NY  10022-4689

    Suzanne Wachsstock, Esquire
    Wiggin & Dana LLP
    400 Atlantic Street
    P.O. Box 110325
    Stamford, CT  06911-0325

    Robert M. Langer, Esq.
    Wiggin & Dana LLLP
    CityPlace
    185 Asylum Street
    Hartford, CT  06103

_____
Craig A. Raabe