UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. <br><br> Defendants. | Civil No. 3:02 CV 1107 (AVC) <br><br><br> June 21, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc. have has manually filed the following documents:

Defendants' Motion For A Protective Order

and

Defendants' Combined Memorandum In Support Of Their Motion For A Protective Order

These documents have not been electronically filed because of the large number of exhibits attached thereto.

_____
Craig A. Raabe
Federal Bar No. ct 04116
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8200

## CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered to the following counsel of record, on this 21st day of June, 2005.

      Richard S. Taffet, Esquire
      Bingham McCutchen LLP
      399 Park Avenue
      New York, NY 10022-4689

      Suzanne Wachsstock, Esquire
      Wiggin & Dana LLP
      400 Atlantic Street
      P.O. Box 110325
      Stamford, CT 06911-0325

      Robert M. Langer, Esq.
      Wiggin & Dana LLLP
      CityPlace
      185 Asylum Street
      Hartford, CT 06103

 

_____
Craig A. Raabe