UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, AND UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE, LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE, LTD., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) |

**MOTION ON CONSENT FOR EXTENSIONS OF TIME**

Plaintiffs in the above-captioned matter move this Court, pursuant to Local Civil Rule 7 (b), to extend their respective deadlines in connection with defendants' pending Motion for Protective Order, filed on June 21, 2005 ("Defendants' Motion"). Defendants consent to this motion. Specifically, the parties request that plaintiffs' time to file their Opposition to Defendants' Motion be moved to August 5, 2005, and that defendants' time to file their Reply to Plaintiffs' Opposition be moved to September 12, 2005.

In addition, plaintiffs have informed defendants that they intend to file a Cross-Motion to Compel Defendants' Response to Plaintiffs' Third Set of Interrogatories and Fourth Request to Defendants for Production of Documents and for other relief concurrently with their Opposition

LITDOCS/602476.1

to Defendants' Motion ("Plaintiffs' Cross-Motion"). While defendants do not agree that such a cross-motion is warranted, the parties agree that the briefing on such a motion should track the briefing on Defendants' Motion. Thus, the parties request that defendants' deadline to file an Opposition to Plaintiffs' Cross-Motion and any Reply in Further Support of Their Motion for Protective Order be set for September 12, 2005, and that plaintiffs' Reply to Defendants' Opposition will be due on October 3, 2005.

These extensions are warranted because numerous depositions in this matter are scheduled for the month of July, and because of the professional and personal schedules of counsel responsible for drafting and reviewing the briefs. This is the parties' first request for an extension of these deadlines.

Dated:   July 7, 2005

Attorneys for Plaintiffs

MM GLOBAL SERVICES, INC., MM
GLOBAL SERVICES PTE., LTD., AND
MEGAVISA SOLUTIONS (S) PTE,
LTD.

By: _____
      Robert M. Langer (ct 06305)

WIGGIN AND DANA LLP
One CityPlace
185 Asylum Street
Hartford, CT  06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of July, 2005, a copy of the foregoing has been hand-delivered to the following:

Craig A. Raabe
Elizabeth A. Fowler
Stephen M. Deane
Marion B. Manzo
Robinson & Cole LLP
280 Trumbull Street, 28th Floor
Hartford, CT 06103

and sent via FedEx to the following:

Andrew S. Marovitz
Britt M. Miller
Dana S. Douglas
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603-3441

Christopher J. Kelly
Mayer Brown Rowe & Maw LLP
1909 K. Street, N.W.
Washington, DC 20006

Nathan P. Eimer
Andrew G. Klevorn
Scott C. Solberg
Ryan S. Hedges
Vanessa G. Jacobsen
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604

Robert M. Langer

cc:   The Honorable Alfred V. Covello (via hand delivery)
      United States District Court
      450 Main Street
      Hartford, CT 06103