UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, AND UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE, LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE, LTD., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) |

**MOTION ON CONSENT FOR EXTENSIONS OF TIME**

Plaintiffs in the above-captioned matter move this Court, pursuant to Local Civil Rule 7(b), to extend their respective deadlines in connection with defendants' pending Motion for Protective Order, filed on June 21, 2005 ("Defendants' Motion"). Defendants consent to this motion. Specifically, the parties request that plaintiffs' time to file their Opposition to Defendants' Motion be moved to August 5, 2005, and that defendants' time to file their Reply to Plaintiffs' Opposition be moved to September 12, 2005.

In addition, plaintiffs have informed defendants that they intend to file a Cross-Motion to Compel Defendants' Response to Plaintiffs' Third Set of Interrogatories and Fourth Request to Defendants for Production of Documents and for other relief concurrently with their Opposition

*GRANTED.*
*Alfred V. Covello, U.S.D.J.*
*July 8, 2005.*
*SO ORDERED.*

LITDOCS/602476.1