UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., <br><br> Defendants. | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC)<br><br>August 5, 2005 |

**MOTION FOR PERMISSION TO EXCEED PAGE LIMITATIONS**

Plaintiffs MM Global Services, Inc., MM Global Services Pte., Ltd., and Megavisa Solutions (S) Pte., Ltd. (collectively, "plaintiffs"), respectfully request that the Court grant plaintiffs permission to file herewith a 43-page memorandum of law in support of its combined Memorandum of Law in Opposition to Defendants' Motion for Protective Order and in Support of Plaintiffs' Cross-Motion to Compel Further Responses to Discovery, to Remove "Counsel Only" Designations, and for Sanctions.

Plaintiffs submit that additional pages are required for this brief above the 40-page limit set by Local Rule 9(b) in order to present the detailed factual background to the issues addressed in the brief. Counsel for plaintiffs has worked diligently to reduce the brief from longer drafts, and believes that what remains is necessary to assist the Court's understanding of plaintiffs' arguments.

Counsel for plaintiffs has contacted counsel for defendants, and defendants have no objection to plaintiffs' filing of an overlength brief.

Respectfully submitted,

**BINGHAM McCUTCHEN LLP,**

*/s/ Alicia L. Downey/*

Richard S. Taffet (ct 10201)
Alicia L. Downey (ct 22066)
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000 (tel)
(212) 752-5378 (fax)

-and-

WIGGIN AND DANA LLP
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct 17627)
One City Place
185 Asylum Street
Hartford, CT 06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of August, 2005, a copy of the foregoing has been hand-delivered to the following:

Craig A. Raabe
Elizabeth A. Fowler
Stephen M. Deane
Robinson & Cole LLP
280 Trumbull Street, 28th Floor
Hartford, CT 06103

and sent via FedEx to the following:

Andrew S. Marovitz
Britt M. Miller
Dana S. Douglas
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Christopher J. Kelly
Mayer Brown Rowe & Maw LLP
1909 K. Street, N.W.
Washington, DC 20006

Nathan P. Eimer
Andrew G. Klevorn
Scott C. Solberg
Ryan S. Hedges
Vanessa G. Jacobsen
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604

/s/ Suzanne E. Wachsstock
Suzanne E. Wachsstock

cc:   The Honorable Alfred V. Covello (via hand delivery)
      United States District Court
      450 Main Street
      Hartford, CT 06103