

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 AUG -5 P 4: 46
US DISTRICT COURT
HARTFORD CT

|  |  |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., <br><br> Defendants. | CIVIL ACTION <br> NO. 3-02 CV 1107 (AVC) <br><br> August 5, 2005 |

## MOTION FOR PERMISSION TO EXCEED PAGE LIMITATIONS

Plaintiffs MM Global Services, Inc., MM Global Services Pte., Ltd., and Megavisa Solutions (S) Pte., Ltd. (collectively, "plaintiffs"), respectfully request that the Court grant plaintiffs permission to file herewith a 43-page memorandum of law in support of its combined Memorandum of Law in Opposition to Defendants' Motion for Protective Order and in Support of Plaintiffs' Cross-Motion to Compel Further Responses to Discovery, to Remove "Counsel Only" Designations, and for Sanctions.

Plaintiffs submit that additional pages are required for this brief above the 40-page limit set by Local Rule 9(b) in order to present the detailed factual background to the issues addressed in the brief. Counsel for plaintiffs has worked diligently to reduce the brief from longer drafts, and believes that what remains is necessary to assist the Court's understanding of plaintiffs' arguments.

GRANTED.
August 8, 2005.
SO ORDERED.