UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 SEP -1 A 11: 52

| | | |
|---|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., | : | |
| Plaintiffs, | : | Civil No. 3:02 CV 1107 (AVC) |
| v. | : | |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION and UNION CARBIDE ASIA PACIFIC, INC., | : | |
| Defendants. | : | August 30, 2005 |

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Elizabeth A. Fowler requests leave to withdraw her appearance for defendants Union Carbide Corporation and Union Carbide Asia Pacific, Inc. in this action. Attorneys Craig A. Raabe and Marion B. Manzo will continue to serve as counsel for these defendants.

DEFENDANTS,
Union Carbide Corporation and
Union Carbide Asia Pacific, Inc.

By _____
Elizabeth A. Fowler (ct 23584)
efowler@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

September 2, 2005. GRANTED. SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED 2005 SEP -2 A 11:19 DISTRICT COURT HARTFORD, CT