## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MM GLOBAL SERVICES, INC.,<br>MM GLOBAL SERVICES PTE. LTD.,<br>And MEGA VISA SOLUTIONS (S)<br>PTE. LTD.<br>　　　　　　　Plaintiffs<br><br>　　　v.<br><br>THE DOW CHEMICAL COMPANY and<br>UNION CARBIDE CORPORATION<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 3:02 CV 1107 (AVC)<br><br><br><br><br>SEPTEMBER 12, 2005 |

### APPEARANCE

Please enter the appearances of the undersigned for all the defendants.

DEFENDANTS

Jason M. Kuselias
Federal Bar No. ct 20293
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT  06103
Tel.:  (860) 275-8200
Fax::  (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance was mailed via first-class mail,

postage prepaid, on this 12th day of September, 2005, to the following counsel of record:

Richard S. Taffet, Esquire
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

Suzanne Wachsstock, Esquire
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325

Robert M. Langer, Esq.
Wiggin & Dana LLLP
CityPlace
185 Asylum Street
Hartford, CT  06103

Jason M. Kuselias