UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., ) ) ) ) ) | Civil No. 3:02 CV 1107 (AVC) |
| Plaintiffs, ) ) ) | |
| v. ) ) | September 12, 2005 |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF MANUAL FILING

Please take notice that defendants, The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc. have manually filed the following documents:

> Exhibits 1 through 54 to Defendants' Combined Reply in Support of Motion for Protective Order and Opposition to Cross-Motion to Compel Further Responses to Discovery, to Remove "Counsel Only" Designations, and for Sanctions

These documents have not been electronically filed because of the large number of exhibits attached thereto.

Jason M. Kuslias
Federal Bar No. ct20293
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8200

## CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered to the following counsel of record, on this 12th day of September, 2005.

>Richard S. Taffet, Esquire
>Bingham McCutchen LLP
>399 Park Avenue
>New York, NY 10022-4689
>
>Suzanne Wachsstock, Esquire
>Wiggin & Dana LLP
>400 Atlantic Street
>P.O. Box 110325
>Stamford, CT 06911-0325
>
>Robert M. Langer, Esq.
>Wiggin & Dana LLLP
>CityPlace
>185 Asylum Street
>Hartford, CT 06103

Jason M. Kuselias