**MM Global Services, et al. v. The Dow Chemical Company, et al., Civil No. 3:02 CV 1107 (AVC)**
**Defendants' Privilege and Redaction Log (July 22, 2005)**

| Date | Bates Begin | Bates End | From | To | CC | Type | Privilege | Basis | Subject |
|---|---|---|---|---|---|---|---|---|---|
| 11/20/2001 | D00000008 | D00000008 | Citibank | Dow Chemical Pacific (s) P / L | | Correspondence | Work Product | Prepared by Counsel | Current Business involving End User(s) |
| 10/23/2001 | D00000009 | D00000010 | Citibank N A | Dow Treasury Sin; [Illegible] | | Correspondence | Work Product | Prepared by Counsel | Current Business involving End User(s) |
| 9/20/2001 | D00000011 | D00000011 | Citibank | Dow Treasury Sin; [Illegible] | | Correspondence | Work Product | Prepared by Counsel | Current Business involving End User(s) |
| 9/7/2001 | D00000012 | D00000013 | Citibank | Union Carbide Customer Service Pte Ltd | Dow Treasury Sin | Correspondence | Work Product | Prepared by Counsel | Current Business involving End User(s) |
| 4/24/1997 | D00000014 | D00000014 | Citibank | Dow Treasury Sin; [Illegible]; Union Carbide [Illegible] | | Correspondence | Work Product | Prepared by Counsel | Current Business involving End User(s) |
| 4/24/1997 | D00000015 | D00000016 | Citibank | Union Carbide Customer Service Pte Ltd | Dow Treasury Sin | Correspondence | Work Product | Prepared by Counsel | Current Business involving End User(s) |
| 3/15/2001 | D00000017 | D00000017 | Padmanabhan, T A (State Bank of India); [Illegible]; Thomas (State Bank of India) | Dow Treasury Sin; Lim, Carolyn | | Correspondence | Work Product | Prepared by Counsel | Current Business involving End User(s) |
| 03/00/2001 | D00000019 | D00000021 | State Bank of India; SBI Commercial and Intl Bank Ltd | Union Carbide Customer Services [Illegible] | | Correspondence | Work Product | Prepared by Counsel | Current Business involving End User(s) |
| 3/11/2000 | D00000022 | D00000023 | State Bank of India; SBI Commercial and Intl Bank Ltd | Dow Treasury Sin; Kwan, Siew, [Illegible] | | Correspondence | Work Product | Prepared by Counsel | Current Business involving End User(s) |
| 09/00/2001 | D00000025 | D00000025 | State Bank of India; SBI Commercial and Intl Bank Ltd | Dow Treasury Sin | | Financial | Work Product | Prepared by Counsel | Current Business involving End User(s) |
| 5/2/2002 | D00000205 | D00000206 | Wildi, Markus; Karnani, Ramolla; Vipul, Babu (Dow) | Dow Treasury Sin; [Illegible] | | Financial | Work Product | Prepared by Counsel | Current Business involving End User(s) |
| 4/23/2002 | D00000207 | D00000210 | Fifield, David (Dow Chemical Pacific Ltd); Tan, Horace; Cheung, Lawrence; Schefsky, Lynn (Dow Chemical Co); Karnani, Ramolla; Wildi, Markus; Ravi, Muthukrishnan | Karnani, Ramolla; Cheung, Lawrence; Fitzpatrick, Ken,; Jennings, Peter; Wildi, Markus; Ravi, Muthukrishnan; Fox, Graham; Percossi, Horacio | Fitzpatrick, Ken; Jennings, Peter; Cheung, Lawrence; Ravi, Muthukrishnan; Fox, Graham; Percossi, Horacio; Yimoyines, John; Arons, Sara | Email | Attorney-Client | Providing Legal Advice | Current Claim involving Megavisa and/or related entities |
| 4/23/2002 | D00000211 | D00000213 | Cheung, Lawrence; Schefsky, Lynn (Dow Chemical Co); Karnani, Ramolla; Wildi, Markus; Ravi, Muthukrishnan | Schefsky, Lynn; Karnani, Ramolla; Cheung, Lawrence; Babu, Vipul; Fox, Graham; Fitzpatrick, Ken; Poli, Luciano; Wildi, Markus; Vora, Anand | Tan, Horace; Babu, Vipul; Schefsky, Lynn; Wildi, Markus; Yimoyines, John; Ungerleider, Howard; Fox, Graham; Ravi, Muthukrishnan; Jennings, Peter; Fitzpatrick, Ken; Cheung, Lawrence | Email | Attorney-Client | Providing Legal Advice | Current Claim involving Megavisa and/or related entities |
| 10/1/2002 | D00000214 | D00000214 | Wildi, Markus; Ravi, Muthukrishnan (Dow) | Yimoyines, John; Fox, Graham; Fitzpatrick, Ken; Poli, Luciano; Percossi, Horacio; Wildi, Markus; Cheung, Lawrence; Voelker, Juergen; Jewsbury, Kenneth | Babu, Vipul; Fitzpatrick, Ken; Wildi, Markus; Yimoyines, John; Ungerleider, Howard; Tan, Horace; Fox, Graham; Ravi, Muthukrishnan; Cheung, Lawrence | Email | Attorney-Client | Providing Legal Advice | Current Claim involving Megavisa and/or related entities |
| | | | | Vora, Anand; Karnani, Ramolla | | | | | |

**MM Global Services, et al. v. The Dow Chemical Company, et al., Civil No. 3:02 CV 1107 (AVC)**
**Defendants' Privilege and Redaction Log (July 22, 2005)**

| Date | Bates Begin | Bates End | Author | Recipients | CC | Type | Privilege | Description |
|---|---|---|---|---|---|---|---|---|
| 4/23/2002 | D00000407 | D00000410 | Fifield, David H (Dow Chemical Pacific Ltd); Tan, Horace; Cheung, Lawrence; Schefsky, Lynn (Dow Chemical Co); Karnani, Ramolla; Wildi, Markus; Ravi, Muthukrishnan | Cheung, Lawrence; Fitzpatrick, Ken; Karnani, Ramolla; Fifield, David; Schefsky, Lynn; Wildi, Markus; Fox, Graham; Poli, Luciano; Vora, Anand; Babu, Vipul | Tan, Horace; Babu, Vipul; Schefsky, Lynn; Wildi, Markus; Yimoyines, John; Ungerleider, Howard; Fox, Graham; Ravi, Muthukrishnan; Jennings, Peter; Cheung, Lawrence | Email | Attorney-Client | Requesting/Providing Legal Advice | Current Claim involving Megavisa and/or related entities |
| 4/11/2002 | D00000413 | D00000413A | Dow Export S A | Mittal, Ajay (Mega Visa Marketing & Solutions Ltd) | | Correspondence | | | Current Business involving Megavisa and/or related entities |
| 4/4/2002 | D00000415 | D00000416 | Karnani, Ramolla; Ravi, Muthukrishnan | Fox, Graham; Fitzpatrick, Ken; Poli, Luciano; Wildi, Markus; Cheung, Lawrence; Vora, Anand; Babu, Vipul; Karnani, Ramolla | Raui, Anand; Ramolla; Poli, Luciano; Fitzpatrick, Ken; C, Lawrence; W, Marcus | Email | Attorney-Client | Providing Legal Advice | Current Claim involving Megavisa and/or related entities |
| 3/18/2002 | D00000440 | D00000440A | Mittal, Ajay (Megavisa); Ravi, Muthukrishnan (Dow) | Ravi, Muthukrishnan (Dow); Mittal, Ajay (Megavisa) | Email:gfox@dow.com; Ramolla | Email | Attorney-Client | Redacted Information Requesting Legal Advice | Current Claim involving Megavisa and/or related entities |
| 3/18/2002 | D00000440A | D00000440A | Mittal, Ajay (Megavisa); Ravi, Muthukrishnan (Dow) | Ravi, Muthukrishnan (Dow); Mittal, Ajay (Megavisa) | Email:gfox@dow.com | Email | Attorney-Client | Redacted Information Requesting Legal Advice | Current Claim involving Megavisa and/or related entities |
| 3/5/2002 | D00000447 | D00000448 | Ravi, Muthukrishnan | Percossi, Horacio; Scherrer, Walter; Fox, Graham; Wildi, Markus; Cheung, Lawrence; Poli, Luciano; Ong, Sam; Fitzpatrick, Ken | | Email | Attorney-Client | Requesting Legal Advice | Current Claim involving Megavisa and/or related entities |
| 1/21/2002 | D00000485 | D00000487 | Neunuebel, Edward (Dow Pacific Legal); Ravi, Muthukrishnan; Mittal, Ajay (Megavisa) | Ravi, Muthukrishnan (Dow); Fox, Graham; Voelker, Juergen; Percossi, Horacio; Poli, Luciano; Scherrer, Walter; Neunuebel, Edward; Mittal, Ajay (Megavisa) | Vora, Anand; Karnani, Ramolla | Email | Attorney-Client | Redacted Information Requesting/Providing Legal Advice | Current Claim involving Megavisa and/or related entities |
| 1/9/2002 | D00000491 | D00000491 | Karnani, Ramolla; Neunuebel, Edward RJ (Dow Pacific Legal) | Neunuebel, Edward; Karnani, Ramolla | Ravi, Muthukrishnan | Email | Attorney-Client | Requesting/Providing Legal Advice | Current Claim involving Megavisa and/or related entities |
| 9/15/2000 | D00000604 | D00000605 | Butler, Robert A (Union Carbide Corp); RKR | Fitzgerald, Bruce D | LaForge, T J; Savage, P | Correspondence | Attorney-Client; Work Product | Providing/Relaying Legal Advice | Potential Claim involving Megavisa and/or related entities |
| 12/20/2001 | D00001370 | D00001373 | Dillan, Kevin W (Dow); Freisler, Linda S; Brayshaw, Roger | Dawson, Pat D; Dillan, Kevin W; Brayshaw, Roger; Garnn, Sonja | Chow, Michael Y; Kiattipong, Techavachara; Brayshaw, Roger; Withrow, Pat A; Rodanmer, Fred A; Freisler, Linda S | Email | Attorney-Client | Requesting/Providing Legal Advice | Current Claim involving Megavisa and/or related entities |

**MM Global Services, et al. v. The Dow Chemical Company, et al., Civil No. 3:02 CV 1107 (AVC)**
**Defendants' Privilege and Redaction Log (July 22, 2005)**

| Date | Bates Start | Bates End | Author/Recipient | | | | Category | Basis | Description |
|---|---|---|---|---|---|---|---|---|---|
| 11/15/1996 | D00380256 | D00380260 | Russo, Leilani (Dow Chemical Co) | | | | Financial | Protective Order | Redacted personal and irrelevant information Listing of Field Seller Phone Numbers |
| 11/15/1996 | D00380261 | D00380268 | Russo, Leilani (Dow Chemical Co) | | | | | Protective Order | Redacted personal and irrelevant information Listing of Field Seller Phone Numbers |
| 11/15/1996 | D00380269 | D00380274 | Russo, Leilani (Dow Chemical Co) | | | | Financial | Protective Order | Redacted personal and irrelevant information Listing of Field Seller Phone Numbers |
| 11/15/1996 | D00380275 | D00380278 | Russo, Leilani (Dow Chemical Co) | | | | | Protective Order | Redacted personal and irrelevant information Listing of Field Seller Phone Numbers |
| 11/15/1996 | D00380279 | D00380283 | Russo, Leilani (Dow Chemical Co) | | | | Financial | Protective Order | Redacted personal and irrelevant information Listing of Field Seller Phone Numbers |
| 11/15/1996 | D00380284 | D00380287 | Russo, Leilani (Dow Chemical Co) | | | | Financial | Protective Order | Redacted personal and irrelevant information Listing of Field Seller Phone Numbers |
| 11/15/1996 | D00380288 | D00380291 | Russo, Leilani (Dow Chemical Co) | | | | Financial | Protective Order | Redacted personal and irrelevant information Listing of Field Seller Phone Numbers |
| 11/18/1996 | D00380292 | D00380295 | Russo, Leilani (Dow Chemical Co) | | | | Financial | Protective Order | Redacted personal and irrelevant information Listing of Field Seller Phone Numbers |
| 9/6/1996 | D00380297 | D00380300 | Russo, Leilani (Dow Chemical Co) | | | | Financial | Protective Order | Redacted personal and irrelevant information Listing of Field Seller Phone Numbers |
| 9/6/1996 | D00380302 | D00380306 | Russo, Leilani (Dow Chemical Co) | | | | Financial | Protective Order | Redacted personal and irrelevant information Listing of Field Seller Phone Numbers |
| 9/6/1996 | D00380308 | D00380311 | Russo, Leilani (Dow Chemical Co) | | | | Financial | Protective Order | Redacted personal and irrelevant information Listing of Field Seller Phone Numbers |
| 9/6/1996 | D00380313 | D00380316 | Russo, Leilani (Dow Chemical Co) | | | | Financial | Protective Order | Redacted personal and irrelevant information Listing of Field Seller Phone Numbers |
| 12/5/1996 | D00380318 | D00380325 | Russo, Leilani (Dow Chemical Co) | | | | Financial | Protective Order | Redacted personal and irrelevant information Listing of Field Seller Phone Numbers |
| 12/5/1996 | D00380326 | D00380330 | Russo, Leilani (Dow Chemical Co) | | | | Financial | Protective Order | Redacted personal and irrelevant information Listing of Field Seller Phone Numbers |
| 12/5/1996 | D00380331 | D00380334 | Russo, Leilani (Dow Chemical Co) | | | | Financial | Protective Order | Redacted personal and irrelevant information Listing of Field Seller Phone Numbers |

*MM Global Services, et al. v. The Dow Chemical Company, et al., Civil No. 3:02 CV 1107 (AVC)*
*Defendants' Privilege and Redaction Log (July 22, 2005)*

| Date | Bates Begin | Bates End | Author/Source | | | | | | Type | Reason | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/5/1996 | D00380335 | D00380337 | Russo, Leilani (Dow Chemical Co) | | | | | | Financial | Protective Order | Redacted personal and irrelevant information | Listing of Field Seller Phone Numbers |
| 12/5/1996 | D00380338 | | Russo, Leilani (Dow Chemical Co) | | | | | | Financial | Protective Order | Redacted personal and irrelevant information | Listing of Field Seller Phone Numbers |
| 12/5/1996 | D00380341 | | Russo, Leilani (Dow Chemical Co) | | | | | | Financial | Protective Order | Redacted personal and irrelevant information | Listing of Field Seller Phone Numbers |
| 12/5/1996 | D00380342 | D00380344 | Russo, Leilani (Dow Chemical Co) | | | | | | Financial | Protective Order | Redacted personal and irrelevant information | Listing of Field Seller Phone Numbers |
| 12/5/1996 | D00380345 | D00380347 | Russo, Leilani (Dow Chemical Co) | | | | | | Financial | Protective Order | Redacted personal and irrelevant information | Listing of Field Seller Phone Numbers |
| 12/5/1996 | D00380348 | D00380350 | Russo, Leilani (Dow Chemical Co) | | | | | | Financial | Protective Order | Redacted personal and irrelevant information | Listing of Field Seller Phone Numbers |
| 3/3/2000 | D00417254 | D00417276 | Union Carbide Corp | | | | | | Report | Protective Order re: proprietary info | Redacted proprietary info re: products and end users | Product Lists |
| 3/5/2000 | D00417277 | D00417287 | Union Carbide Corp | | | | | | Report | Protective Order re: proprietary info | Redacted proprietary info re: products and end users | Product Lists |
| 3/3/2000 | D00417288 | D00417300 | Union Carbide Corp | | | | | | Report | Protective Order re: proprietary info | Redacted proprietary info re: non-responsive info re: products and end users | Product Lists |
| 00/00/0000 | D00417301 | D00417304 | Union Carbide Corp | | | | | | Report | Protective Order re: proprietary info | Redacted proprietary info re: non-responsive info re: products and end users | Product Lists |
| 3/1/2000 | D00417305 | D00417314 | Union Carbide Corp | | | | | | Report | Protective Order re: proprietary info | Redacted proprietary info re: non-responsive info re: products and end users | Product Lists |
| 00/00/0000 | D00417326 | D00417333 | | | | | | | Report | Protective Order re: proprietary info | Redacted proprietary info re: sales data and forecasts | Competitvie Analysis Report |

*MM Global Services, et al. v. The Dow Chemical Company, et al., Civil No. 3:02 CV 1107 (AVC)*
Defendants' Privilege and Redaction Log (July 22, 2005)

| Date | Bates Begin | Bates End | Author/From | | | | | | Type | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/3/2000 | D00417334 | D00417337 | Union Carbide Corp | | | | | | Report | Protective Order re: proprietary info | Redacted proprietary info re: non-responsive products and end users | Product Lists |
| 3/5/2000 | D00417361 | D00417373 | Union Carbide Corp | | | | | | Report | Protective Order re: proprietary info | Redacted proprietary info re: non-responsive products and end users | Product Lists |
| 3/4/2000 | D00417374 | D00417385 | Union Carbide [Illegible] | | | | | | Report | Protective Order re: proprietary info | Redacted proprietary info re: non-responsive products and end users | Product Lists |
| 3/5/2000 | D00417433 | D00417442 | Union Carbide Corp | | | | | | Report | Protective Order re: proprietary info | Redacted proprietary info re: non-responsive products and end users | Product Lists |
| 00/00/0000 | D00417446 | D00417448 | | | | | | | Report | Protective Order re: proprietary info | Redacted proprietary info re: non-responsive products and end users | Product Lists |
| 00/00/0000 | D00417458 | D00417501 | | | | | | | Report | Protective Order re: proprietary info | Redacted proprietary info re: non-responsive products and end users | Product Lists |
| 00/00/0000 | D00417508 | D00417511 | | | | | | | Financial | Protective Order re: proprietary info | Redacted proprietary info re: non-responsive products and end users | Product Lists |
| 00/00/0000 | D00418100 | D00418100 | | | | | | | Report | Protective Order re: proprietary info | Redacted proprietary info re: non-responsive products and end users | Product Lists |
| 00/00/0000 | D00418660 | D00418677 | | | | | | | Presentation | Attorney-Client; Work Product | Relaying Legal Advice; Prepared for or at the direction of counsel | Current Business involving Product(s) |

**MM Global Services, et al. v. The Dow Chemical Company, et al., Civil No. 3:02 CV 1107 (AVC)**
**Defendants' Privilege and Redaction Log (July 22, 2005)**

| Date | Bates Start | Bates End | From | To | CC | Description | File Type | Privilege | Redaction Reason |
|---|---|---|---|---|---|---|---|---|---|
| 9/30/1999 | D0041 9230 | D0041 9295 | Dow Chemical Co | | | | Financial | Protective Order re: proprietary info | Redacted financial and proprietary info |
| 3/31/2002 | D0041 9296 | D0041 9366 | Dow Chemical Co | | | Allemang, A A; Anderson, D J; Arguello, I; Bader, K M; Barquero, G A; Bergtold, N M; Berner, P J; Berrett, W H; Block, T J; Bredehoeft, B; Brock, R M; Brod, F H; Carbone, A J; Cook, P H; Cosse, T; Costa, M J; Cox, R H (Deloitte & Touche LLP); Dann, G; Dem | | Financial | Protective Order re: proprietary info | Redacted financial and proprietary info |
| 9/30/2002 | D0041 9367 | D0041 9439 | Dow Chemical Co | | | Ahrns, R R; Allemang, A A; Allemang, J E; Ames, B J; Anderson, D J; Arguello, I; Azzaro, L; Bader, K M; Baker, D A; Berrett, W H; Bliltz, G J; Block, T J; Bovd, S D; Brock, R M; Brod, F H; Burke, D J; Butcher, P R; Carbone, A J; Cavanagh, J; Charlton, R W | | Financial | Protective Order re: proprietary info | Redacted financial and proprietary info |
| 12/21/2004 | D0043 9122 | D0043 9124 | Dale Harley | William Herr | | | Microsoft Word Document | Protective Order re: proprietary info | Redacted personal and irrelevant information |
| 12/21/2004 | D0043 9125 | D0043 9125 | Dale Harley | William Herr | | | ZIP File | Protective Order re: proprietary info | Redacted personal and irrelevant information |
| 12/17/2004 | D0043 9197 | D0043 9199 | Dale Harley | William Herr | | | Microsoft Word Document | Protective Order re: proprietary info | Redacted personal and irrelevant information |
| 12/17/2004 | D0043 9200 | D0043 9200 | Dale Harley | William Herr | | | ZIP File | Protective Order re: proprietary info | Redacted personal and irrelevant information |
| 12/21/2004 | D0043 9272 | D0043 9274 | Dale Harley | William Herr | | | Microsoft Word Document | Protective Order re: proprietary info | Redacted personal and irrelevant information |
| 12/17/2004 | D0043 9275 | D0043 9277 | Dale Harley | William Herr | | | Microsoft Word Document | Protective Order re: proprietary info | Redacted personal and irrelevant information |

*MM Global Services, et al. v. The Dow Chemical Company, et al., Civil No. 3:02 CV 1107 (AVC)*
**Defendants' Privilege and Redaction Log (July 22, 2005)**

| Date | Bates Begin | Bates End | Author | Recipients | Type | Privilege | Description | Subject |
|---|---|---|---|---|---|---|---|---|
| 11/5/2004 | DP0003327 | DP0003328 | Golab; Tony (AP) | May, Doug (D); "Behnke, Jan"; "Cosse; Ted (T)"; "King; Tim (TO)"; "Lafko; George (G)"; "Looby; Lynn (LS)" | | Work Product | Prepared by Counsel | Current Business involving User(s) |
| 10/1/2004 | DP0003329 | DP0003333 | Heath; Eunice (EH) | Zier; Stephen (SM); Cosmi; Frank (D); "Kollmeyer; Marty (MJ)" | Email | Attorney - Client | Providing Legal Advice | Current Claim involving MegaVisa |
| 10/18/2004 | DP0003334 | DP0003341 | Heath; Eunice (EH) | Casazza; Jennifer (JL); "Gonzales; Ray (RWy)"; "Sato; Akihiko (A)"; "Furukawa; Hirotsugu (N)"; "Mann; Karen (KM)" | | Attorney - Client | Providing Legal Advice | Current Claim involving MegaVisa and/or related entities |
| 3/5/2003 | DP0003342 | DP0003344 | Yimoyines; John (JP) | Cosmi; Frank (D); Davies; Peter (PH); "Pfeiffer, Kay (N)" | Email | Attorney - Client | Requesting Legal Advice | Potential Business involving Products(s) |
| 3/10/2003 | DP0003345 | DP0003365 | Ungerleider; Howard (HI) | Ungerleider; Howard (HI); "Looby; Lawrence (LA)"; Michels; Stefanie (SM) | Email | Attorney - Client | Requesting Legal Advice | Current Business involving Product(s) |
| 3/22/2003 | DP0003366 | DP0003368 | new-Ungerleider; Howard (HI) | Bartlett; Thorne (TM); "Burton; Jim" | Email | Attorney - Client | Requesting Legal Advice | Current Claim involving Product(s) |
| 4/14/2003 | DP0003369 | DP0003370 | Ungerleider; Howard (HI) | Bartlett; Thorne (TM); "Yimoyines; John"; "Burton; Jim"; "McCraw; Kathy" | Email | Attorney - Client; Work Product | Requesting Legal Advice; Prepared for or at the direction of counsel | |
| 6/28/2001 | DP0003371 | DP0003372 | Farrell; Daniel (DR) | Ungerleider; Howard (HI) | Email | Work Product | Prepared by Counsel | Current Business involving User(s) |
| 8/8/2001 | DP0003373 | DP0003397 | Garrett Jr.; Gus (HJ) | Nielsen; Carlos (CW); "Rutherford; Daniel (DC)"; Heibling; John (JJ); "Dearborn; John (JR)"; "Dickerson; James (JH)"; "Ellebracht, Steve (SR)"; "Mendelsohn; Alfred (A)" | Email | Attorney - Client | Providing Legal Advice | Potential Business involving User(s) |
| 2/25/2003 | DP0003398 | DP0003402 | Cheung; Lawrence (L) | Ungerleider; Howard (HI) | Email | Attorney - Client | Providing Legal Advice | Potential Business involving User(s) |
| 12/24/2002 | DP0003403 | DP0003420 | Toledo; Deborah (DA) | Du; Luke (LCy); "Reed; Bob (RA)"; "Ramachandran; Ram - WCC (S)"; "Bartlett; Thorne (TM)"; "Wasserman; Scott (SH)"; "Caronia; Paul (PJ)"; "Schetsky; Lynn (LA)"; "Heydasch; Peter (PH)"; "Rutherford; Daniel (DC)" | Email | Attorney - Client | Requesting Legal Advice | Current Claim involving MegaVisa |
| 1/10/2003 | DP0003421 | DP0003424 | Yimoyines; John (JP) | Wagner; Shanna (SK); "Yimoyines; John (JP)"; "Ungerleider; Howard (HI)"; "Dain Clark" | Email | Attorney - Client | Requesting Legal Advice | Merger Transaction |
| 1/13/2003 | DP0003425 | DP0003430 | Arons; Sara (SA) | Cheung; Lawrence (L); Rutherford; Daniel (DC); "Ungerleider; Howard (HI)"; "Wildi; Markus (M)"; "Arons; Sara (SA)" | Email | Attorney - Client | Providing Legal Advice | Current Claim involving MegaVisa |
| 10/13/2004 | DP0003431 | DP0003434 | Siebert; Mark (MA) | Cheung; Lawrence (L); "Yimoyines; John (JP)"; Rutherford; Daniel (DC); "Ungerleider; Howard (HI)"; "Wildi; Markus (M)"; "Tan; Yvonne (Y)" | Email | Attorney - Client | Providing Legal Advice | Current Claim involving MegaVisa |
| | | | | Mongeluzi; Julie (JA) | Email | Attorney - Client | Providing Legal Advice | Current Business involving End User(s) |

*MM Global Services, et al. v. The Dow Chemical Company, et al., Civil No. 3:02 CV 1107 (AVC)*
*Defendants' Privilege and Redaction Log (July 22, 2005)*

| Date | Bates Begin | Bates End | From | To | Type | Privilege | Description |
|---|---|---|---|---|---|---|---|
| 4/12/1999 | DP0007468 | DP0007473 | Phaneuf RO (Bob) | Foo YM (Yan Ming) | Email | Work Product | Prepared for or at the direction of counsel Potential Claim involving Potential Claim involving Product(s) |
| 4/12/1999 | DP0007474 | DP0007479 | Foo YM (Yan Ming) | Neri RG (Ron) | | | |
| 4/12/1999 | DP0007480 | DP0007482 | Sternberg H (Harriet) | Wan PR (Patricia); "Phaneuf RO (Bob)" | Email | Work Product | Prepared for or at the direction of counsel Potential Claim involving Product(s) |
| 4/12/1999 | DP0007483 | DP0007488 | Neri RG (Ron) | Cheung L (Lawrence) | Email | Work Product | Prepared for or at the direction of counsel Potential Claim involving Product(s) |
| 4/16/1999 | DP0007489 | DP0007494 | Sternberg H (Harriet) | Kmiec CJ (Chester); "Close CA (Charlie)"; "Ho J (John)"; "Smith CM (Carol)" | Email | Work Product | Prepared for or at the direction of counsel Potential Claim involving Product(s) |
| 4/19/1999 | DP0007495 | DP0007501 | Sternberg H (Harriet) | Leo HJ (Harry) | Email | Work Product | Prepared for or at the direction of counsel Potential Claim involving Product(s) |
| 4/19/1999 | DP0007502 | DP0007509 | Phaneuf RO (Bob) | Leo HJ (Harry); "Sternberg H (Harriet)" | Email | Work Product | Prepared for or at the direction of counsel Potential Claim involving Product(s) |
| 4/22/1999 | DP0007510 | DP0007518 | CCMAIL/UCAP/HO J (JOHN) | Sternberg H (Harriet); "Close CA (Charlie)"; "Cheung L (Lawrence)"; "Close CA (Charlie)"; "Kmiec CJ (Chester)"; "Foo FS (Foot Siong)"; "Waag GG (Grace)" | Email | Work Product | Prepared for or at the direction of counsel Potential Claim involving Product(s) |