UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., AND MEGAVISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) <br><br> October 7, 2005 |

## MOTION FOR SUBSTITUTION AS PLAINTIFF

Pursuant to Fed. R. Civ. P. 25(c), Plaintiffs MM Global Services, Inc. ("MMGS"), MM Global Services Pte., Ltd. ("MMGS-S"), and MegaVisa Solutions (S) Pte., Ltd. ("MVS") (collectively, "plaintiffs") move the Court for an Order substituting Advent Manage Limited ("Advent"), 80 Raffles Place, 16-20 UOB Plaza 2, Singapore 049624, for plaintiffs in this action. In support of this motion, plaintiffs state that they are no longer actively engaged in business and as the result of the transfer, for good and valuable consideration, by way of assignment dated August 30, 2005, of certain of their assets, including all rights, claims, causes of action and obligations in the above-captioned proceeding, Advent, as transferee/assignee, should be recognized as the real plaintiff party in interest. Advent is represented by the undersigned counsel of record for plaintiffs. Substitution as requested herein will cause no delays or alterations to the case calendar.

For all the foregoing reasons, plaintiffs respectfully request that their Motion for Substitution be granted forthwith.

LITDOCS/617503.1

By: /s/ Alicia L. Downey *RML*
Richard S. Taffet (ct 10201)
Alicia L. Downey (ct 22066)
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000 (tel)
(212) 752-5378 (fax)

WIGGIN AND DANA LLP
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct 17627)
One City Place
185 Asylum Street
Hartford, CT 06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via telecopier and first-class mail on this 7th of October 2005 to the following counsel of record:

Craig A. Raabe, Esq.
ROBINSON & COLE LLP
280 Trumbell Street
Hartford, CT 06103-3597

Andrew S. Marovitz
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606

Scott C. Solberg, Esq.
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604

Christopher J. Kelly, Esq.
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

