UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., AND MEGAVISA SOLUTIONS (S) PTE. LTD.,<br><br>          Plaintiffs,<br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>          Defendants. | CIVIL ACTION<br>NO. 3:02 CV 1107 (AVC) |

## DECLARATION OF ALICIA L. DOWNEY

Alicia L. Downey, declares as follows:

1. I am a partner in the firm of Bingham McCutchen LLP, co-counsel for plaintiffs in the above-captioned action. I submit this Declaration to put before the Court certain documents and facts in support of plaintiffs' Motion to Compel Production of Improperly Withheld and Redacted Documents. Unless otherwise stated, I make this Declaration on personal knowledge.

**Relevant Documents**

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of Plaintiffs' Exhibit 92, which was introduced at the deposition of Lawrence Cheung on August 5, 2005 (the "March 2002 Cheung Report").

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of a document produced by defendants on or about September 30, 2005, in response to plaintiffs' objections to the

redaction of the March 2002 Cheung Report.

4. Attached hereto as Exhibits C through P are true and correct copies of documents produced by defendants on or about September 30, 2005, which are related to and incorporate the contents of the March 2002 Cheung Report.

5. Attached hereto as Exhibit Q is a true and correct copy of a three-page document, newly redacted by defendants, which contains various internal emails regarding "India Orders."

6. Attached hereto as Exhibit R is a true and correct copy of the relevant portion of a letter from Dana S. Douglas to Richard S. Taffet dated May 4, 2005.

7. Attached hereto as Exhibit S is a true and correct copy of the relevant portion of a letter from Dana S. Douglas to Richard S. Taffet dated May 16, 2005.

8. Submitted herewith and separately bound as Exhibit T is a true and correct copy of Defendants' July 22, 2005 Privilege Log.

9. Attached hereto as Exhibit U is a true and correct copy of a letter from Dana S. Douglas to Alicia L. Downey dated August 31, 2005.

10. Attached hereto as Exhibit V is a true and correct copy of a letter from Dana Douglas to Alicia L. Downey dated September 29, 2005.

11. Attached hereto as Exhibit W is a true and correct copy of relevant excerpts from the transcript of the deposition of Lawrence Cheung on August 5, 2005.

**Relevant Facts**

12. Under the Stipulated Scheduling Order dated February 7, 2005, defendants were required, on or before March 1, 2005, to complete their production of certain documents responsive to plaintiffs' outstanding requests for production. After March 1, 2005, as plaintiffs' counsel began discovering an enormous quantity of redacted documents in defendants' electronic

production, defendants were repeatedly asked, in meet and confer conferences and in correspondence, when they would be supplying a privilege log providing the basis for these redactions and identifying any responsive documents withheld entirely.

13. On May 4 and again on May 16, 2005, defendants' counsel sent letters identifying the Bates numbers of documents that defendants asserted were "privileged" documents that had been "inadvertently produced" and, on that basis, were being "removed" from the defendants' production. *See supra* ¶¶ 6-7, Ex. Q and R. In anticipation of receiving defendants' updated Privilege Log, we did not challenge the re-designation of these documents, but for the time being accepted at face value defendants' representations that they were privileged.

14. Defendants produced a privilege log on July 1, 2005. Shortly thereafter, however, defendants indicated they would be producing additional documents and supplementing their privilege log. Anticipating receipt of the supplemented privilege log, we continued to accept defendants' re-designations at face value.

I declare, under the penalty of perjury, that the foregoing is true and correct.

Signed this 10th day of October 2005.

_____
Alicia L. Downey