UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**
2005 OCT 11 P 4: 38
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., <br> Defendants. | CIVIL ACTION <br> NO. 3-02 CV 1107 (AVC) <br><br> October 11, 2005 |

**NOTICE OF MANUAL FILING**

Please take notice that plaintiffs MM Global Services, Inc., MM Global Services Pte., Ltd., and Megavisa Solutions (S) Pte., Ltd. (collectively, "plaintiffs"), have manually filed the exhibits to the Declaration of Alicia L. Downey Submitted in Support of Plaintiffs' Motion to Compel Production of Improperly Withheld and Redacted Documents. Attached are an Appendix of Exhibits that includes Exhibits A-W and Exhibit T that has been submitted separately. This document has not been filed electronically because the electronic file size of the document exceeds 1.5mb. The document has been manually served on all parties.

Respectfully submitted,

BINGHAM McCUTCHEN LLP,

/s/ Richard S. Taffet

Richard S. Taffet (ct 10201)
Alicia L. Downey (ct 22066)
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000 (tel)

WIGGIN AND DANA LLP
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct 17627)
One City Place
185 Asylum Street
Hartford, CT 06103
(860) 297-3724 (tel)

\15726\1\50646.1