UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., AND MEGAVISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., <br><br> Defendants. | CIVIL ACTION NO. 3:02 CV 1107 (AVC) <br><br> October 12, 2005 |

**PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AGAINST
PRODUCING ANIL MITTAL FOR DEPOSITION**

Pursuant to Fed. R. Civ. P. 26(b)(2), 26(c) and Local Rule 37, Plaintiffs MM Global Services, Inc. ("MMGS"), MM Global Services Pte. Ltd. ("MMGS-S"), and MegaVisa Solutions (S) Pte. Ltd. ("MVS") (collectively, "plaintiffs") move the Court for an Order relieving them from producing Anil Mittal for deposition pursuant to a Notice of Deposition served by defendants on August 31, 2005. Plaintiffs seek relief that will prevent the needless harassment of Mr. Mittal as well as the undue burden and expense of producing him for deposition in India or London, as proposed by defendants. In support of this Motion, plaintiffs respectfully refer the Court to the accompanying Memorandum of Law, Declaration of Alicia L. Downey, and Declaration of Anil Mittal. As set forth therein, the proposed deposition is duplicative and unnecessary, and any benefit that defendants claim they may derive from taking his deposition is far outweighed by the harassment, burden and expense that would be incurred if the Notice is not vacated.

WHEREFORE, the Court should therefore grant the instant Motion for Protective Order and vacate the Notice of Deposition.

## CERTIFICATE UNDER LOCAL RULE 37

Before filing the above motion, counsel met and conferred, by telephone and in writing, concerning the issues raised herein, but other than as indicated herein, the parties were unable to resolve their dispute.

MM Global Services, Inc., MM Global Services Pte. Ltd., and MegaVisa Solutions (S) Pte. Ltd.

By /s/ Richard S. Taffet
Richard S. Taffet
Alicia L. Downey
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689
Tel. (212) 705-7000
Fax. (212) 752-5378

and

WIGGIN AND DANA LLP
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct 17627)
One City Place
185 Asylum Street
Hartford, CT 06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via telecopier and first-class mail on this 12th of October 2005 to the following counsel of record:

Craig A. Raabe, Esq.
ROBINSON & COLE LLP
280 Trumbell Street
Hartford, CT  06103-3597

Andrew S. Marovitz
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL  60606

Scott C. Solberg, Esq.
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604

Christopher J. Kelly, Esq.
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101