UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., AND MEGAVISA SOLUTIONS (S) PTE. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>Defendants. | CIVIL ACTION<br>NO. 3:02 CV 1107 (AVC) |

## DECLARATION OF ANIL MITTAL

ANIL MITTAL, declares as follows:

1. I am a resident of Mumbai, India, where I am occupied full-time with the management of a real estate business that has no connection with the plaintiffs.

2. I have a chronic health condition that requires me to follow very strict dietary restrictions and prevents me from traveling from Mumbai, except to London 2-3 times per year, mainly to see my son who is studying there and to consult doctors. It would therefore cause me considerable personal hardship and inconvenience to travel from Mumbai to prepare for and attend a deposition.

3. I am not currently an officer or employee of any of the plaintiffs or their agent, Megavisa Marketing Solutions ("MVMS").

4. I oversaw the operations of plaintiff MM Global Services Pte. Ltd. ("MMGS-S") in Singapore for approximately six months in 1993.

LITDOCS/617841.1

5. My only present link to plaintiffs is in my capacity as a non-executive member of the board of directors of MMGS-S, which I am told has been substantially inactive since 2000.

6. I do not have any specific recollection of my experience in 1993 in MMGS-S's offices. As best as I can recall, I held the position of non-executive director and my role was limited to acting under the instructions of my brother, Ajay S. Mittal.

7. Any relevant personal knowledge I may have about MMGS-S's operations in 1993 or the Mittal Family Finance Committee is equally available from my brother Ajay S. Mittal. In all events, although I was a member of the Mittal Family Finance Committee, I did not participate in any discussions or decisions relating to MVS's credit situation with Dow.

8. I possess no unique personal knowledge about plaintiffs' business that is not also known to Ajay S. Mittal.

9. Under the penalty of perjury under the laws of the United States of America, I declare the foregoing to be true and correct.

Signed this 10th day of October 2005,

_____
ANIL MITTAL