UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., AND MEGAVISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) <br><br> October 13, 2005 |

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF
WITNESSES FOR DEPOSITION PURSUANT TO RULE 30**

Pursuant to Fed. R. Civ. P. 30 and Local Rule 37, Plaintiffs MM Global Services, Inc. ("MMGS"), MM Global Services Pte. Ltd. ("MMGS-S"), and MegaVisa Solutions (S) Pte. Ltd. ("MVS") (collectively, "plaintiffs") move the Court for an Order compelling defendants to produce the following witnesses for deposition, as called for by a Notice of Deposition pursuant to Rule 30, dated September 9, 2005: Andrew Liveris, Michael Marinaccio, Graham Fox, Ravi Muthukrishnan, Marcus Wildi, and Ashish Mitra. In support of this motion, plaintiffs respectfully refer the Court to the accompanying Memorandum of Law and Declaration of Alicia L. Downey and the exhibits attached thereto. As set forth therein, the witnesses whose depositions plaintiffs seek to take are all "officers, directors, or managing agents" of defendant The Dow Chemical Company ("Dow") within the meaning of Rule 30. As such, they may be compelled to appear without resort to the procedures set forth in Rule 45.

Plaintiffs further request an Order directing the witnesses in question to be produced in Hartford, Connecticut.

WHEREFORE, the Court should enter an Order directing defendants to produce Andrew Liveris, Michael Marinaccio, Graham Fox, Ravi Muthukrishnan, Marcus Wildi, and Ashish Mitra for deposition in Hartford, Connecticut, and granting such other relief as the Court may deem appropriate.

## CERTIFICATE UNDER LOCAL RULE 37

Before filing the above motion, counsel met and conferred, by telephone and in writing, concerning the issues raised herein, but other than as indicated above, the parties were unable to resolve their dispute.

MM Global Services, Inc., MM Global Services Pte. Ltd., and MegaVisa Solutions (S) Pte. Ltd.

By: _____
Richard S. Taffet
Alicia L. Downey
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689
Tel. (212) 705-7000
Fax. (212) 752-5378

-and-

WIGGIN AND DANA LLP
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct 17627)
One City Place
185 Asylum Street
Hartford, CT 06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)

## CERTIFICATION

      I hereby certify that a copy of the foregoing was sent via telecopier and first-class mail on this 13th of October 2005 to the following counsel of record:

Craig A. Raabe, Esq.  
ROBINSON & COLE LLP  
280 Trumbell Street  
Hartford, CT  06103-3597

Andrew S. Marovitz  
MAYER, BROWN, ROWE & MAW LLP  
71 South Wacker Drive  
Chicago, IL  60606

Scott C. Solberg, Esq.  
EIMER STAHL KLEVORN & SOLBERG LLP  
224 South Michigan Avenue, Suite 1100  
Chicago, IL 60604

Christopher J. Kelly, Esq.  
MAYER, BROWN, ROWE & MAW LLP  
1909 K Street, N.W.  
Washington, D.C. 20006-1101

*/s/ Cynthia M. Guizzetti/*