UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br>　　　　　　　　　　　　Defendants. | CIVIL ACTION<br>NO.  3-02 CV 1107 (AVC)<br><br><br>October 13, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that plaintiffs MM Global Services, Inc., MM Global Services

Pte., Ltd., and Megavisa Solutions (S) Pte., Ltd. (collectively, "plaintiffs"), have

manually filed the Appendix of Exhibits to the Declaration of Alicia L. Downey.  This

document has not been filed electronically because the electronic file size of the

document exceeds 1.5mb.  The document has been manually served on all parties.

Respectfully submitted,

**BINGHAM McCUTCHEN LLP,**

/s/ Alicia L. Downey

Richard S. Taffet (ct 10201)
Alicia L. Downey (ct 22066)
399 Park Avenue
New York, NY  10022-4689
(212) 705-7000 (tel)

WIGGIN AND DANA LLP
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct 17627)
One City Place
185 Asylum Street
Hartford, CT  06103
(860) 297-3724 (tel)