UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD. & MEGA VISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION & UNION CARBIDE ASIA PACIFIC, INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Civil No. 3:02 CV 1107 (AVC) <br> : <br> : <br> : <br> : <br> : <br> : <br> : October 28, 2005 |

**MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER AND IN OPPOSITION TO CROSS-MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY, TO REMOVE "COUNSEL ONLY" DESIGNATIONS, AND FOR SANCTIONS**

Defendants The Dow Chemical Company, Union Carbide Corporation, and Union Carbide Asia Pacific, Inc., respectfully move for permission to file the Surreply Memorandum and supporting Exhibits attached hereto as Exhibit A. In support thereof, Defendants state as follows:

1.  On June 21, 2005, Defendants moved for the entry of a Protective Order regarding the documents and other information sought by certain of Plaintiffs' requests in Plaintiffs' Third Set of Interrogatories and Fourth Request to Defendants for Production of Documents.

2. Plaintiffs filed an opposition to Defendants' Motion for a Protective Order and filed a Cross-Motion to Compel Further Responses to Discovery, to Remove "Counsel Only" Designations, and for Sanctions on August 5, 2005.

3. Defendants filed their Combined Reply in Support of Motion for Protective Order and Opposition to Cross-Motion to Compel Further Responses to Discovery, to Remove "Counsel Only" Designations, and for Sanctions on September 12, 2005.

4. Plaintiffs filed a Reply in Further Support of Their Cross-Motion to Compel Further Responses to Discovery, to Remove "Counsel Only" Designations, and for Sanctions on October 3, 2005.

5. Plaintiffs' October 3rd Reply Brief raises numerous new issues that were not presented in either party's opening or opposition briefs, and thus Defendants have not had an opportunity to respond to these issues.

6. Courts generally grant motions to file a surreply in the interests of fairness. *See e.g. Tuchman v. State of Conn.*, 185 F. Supp. 2d 169, 170 n.1 (D. Conn. 2002). Here, it would be manifestly unfair for the Court to consider the issues presented for the first time by Plaintiffs' October 3rd Reply Brief without affording Defendants an opportunity to respond to the same. The necessity of a surreply is further magnified in light of the fact that Plaintiffs raised many of the newly-presented issues in support of their request for sanctions.

WHEREFORE, Defendants respectfully request that this Court grant Defendants leave to file the Surreply Memorandum in support of Defendants' Motion for a Protective Order and in Opposition to Plaintiffs' Cross-Motion to Compel Further Responses to Discovery, to Remove "Counsel Only" Designations, and for Sanctions..

Dated: October 28, 2005

Respectfully submitted,

*Jason M. Kuselias*
Andrew S. Marovitz (ct 25409)
Dana S. Douglas (ct 25412)
MAYER, BROWN, ROWE & MAW LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600

Craig A. Raabe (ct 04116)
Jason M. Kuselias (ct20293)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 05103-3497
(860) 275-8304

Nathan P. Eimer (ct 23693)
Scott Solberg (phv 0234)
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7600

Christopher J. Kelly (ct 25410)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, DC 20006-1157
(202) 263-3000

*Counsel for Defendants The Dow Chemical Company,
Union Carbide Corporation and Union Carbide Asia Pacific, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of this Motion For Leave To File Surreply Memorandum In Support Of Defendants' Motion For A Protective Order And In Opposition To Cross-Motion To Compel Further Responses To Discovery, To Remove "Counsel Only" Designations, And For Sanctions was forwarded this 28th day of October, 2005, by first-class mail, postage prepaid, to the following counsel as follows:

Alicia L. Downey, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA  02110

Robert M. Langer, Esq.
Steven Bruce Malech, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT  06103

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

Michael S. Elkin, Esq.
Susan B. McInerney, Esq.
Alyson L. Redman, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY  10022-6225

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325

Nathan P. Eimer, Esq.
Scott C. Solberg, Esq.
Andrew G. Klevorn, Esq.
Ryan S. Hedges, Esq.
Vanessa G. Jacobsen, Esq.
Eimer Stahl Klevorn & Solberg, LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL  60604

Jason M. Kuselias

4