## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., | )<br>)<br>)<br>)<br>) Civil No. 3:02 CV 1107 (AVC) |
| Plaintiffs, | )<br>) |
| v. | ) November 1, 2005<br>) |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. | )<br>)<br>) |
| Defendants. | ) |

### NOTICE OF MANUAL FILING

Please take notice that defendants, The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc. have manually filed the following documents:

> Exhibits 1 through 13 to Memorandum of Law in Response to Plaintiffs' Motion to Compel and in Support of its Motion for a Protective Order Precluding the Deposition of Andrew N. Liveris

These documents have not been electronically filed because of the large number of exhibits attached thereto.

_____
Craig A. Raabe
Federal Bar No. ct20293
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8200

## CERTIFICATION

This is to certify that a copy of the foregoing was forwarded, via first-class mail, to the following counsel of record, on this 1st day of November, 2005.

Alicia L. Downey, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110-1726

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

Robert M. Langer, Esq.
Steven Bruce Malech, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103

Christopher J. Kelly, Esq.
Mayer Brown Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

Nathan P. Eimer, Esq.
Andrew G. Klevorn, Esq.
Ryan S. Hedges, Esq.
Eimer Stahl Klevorn & Solberg, LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604

Paul A. Winick, Esq.
Michael S. Elkin, Esq.
Susan B. McInerney, Esq.
Alyson L. Redman, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022-6225

_____
Craig A. Raabe