# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. <br><br> Defendants. | Civil No. 3:02 CV 1107 (AVC) <br><br> November 1, 2005 |

## DEFENDANT THE DOW CHEMICAL COMPANY'S MOTION FOR A PROTECTIVE ORDER PRECLUDING THE DEPOSITION OF ANDREW N. LIVERIS

Defendant The Dow Chemical Company ("TDCC") hereby moves for a protective order precluding the deposition of Andrew N. Liveris, President and Chief Executive Officer of TDCC. In support of this Motion, Defendant submits its Memorandum of Law in Response to Plaintiffs' Motion to Compel and in Support of its Motion for a Protective Order Precluding the Deposition of Andrew N. Liveris filed concurrently herewith.

WHEREFORE, for the reasons stated in the Memorandum of Law in Response to Plaintiffs' Motion to Compel and in Support of its Motion for a Protective Order Precluding the Deposition of Andrew N. Liveris filed concurrently herewith, TDCC respectfully requests that this Court grant its Motion for a Protective Order Precluding the Deposition of Andrew N.

Liveris and deny Plaintiffs' Motion to Compel the Deposition of Andrew N. Liveris.

Dated: November 1, 2005

Respectfully submitted,

Craig A. Raabe

Craig A. Raabe (ct 04116)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 05103-3497
(860) 275-8304

Andrew S. Marovitz (ct 25409)
Dana S. Douglas (ct 25412)
MAYER, BROWN, ROWE & MAW LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600

Christopher J. Kelly (ct 25410)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, DC 20006-1157
(202) 263-3000

*Counsel for Defendant The Dow Chemical Company,*

## CERTIFICATE OF SERVICE

This is to certify that a copy of Motion for Protective Order Precluding the Deposition of Andrew N. Liveris was forwarded this 1st day of November, 2005, by first-class mail, postage prepaid, to the following counsel:

Alicia L. Downey, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA  02110-1726

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325

Robert M. Langer, Esq.
Steven Bruce Malech, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT  06103

Christopher J. Kelly, Esq.
Mayer Brown Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

Nathan P. Eimer, Esq.
Andrew G. Klevorn, Esq.
Ryan S. Hedges, Esq.
Eimer Stahl Klevorn & Solberg, LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL  60604

Paul A. Winick, Esq.
Michael S. Elkin, Esq.
Susan B. McInerney, Esq.
Alyson L. Redman, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY  10022-6225

_____
Craig A. Raabe