## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., <br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC.<br><br>Defendants. | Civil No. 3:02 CV 1107 (AVC)<br><br><br>November 1, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that defendants, The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc. have manually filed the following documents:

> Exhibits 1 through 31 to Memorandum in Support of Defendants' Cross-Motion to Compel Return of Privileged Documents and Opposition to Plaintiffs' Motion to Compel Production of Improperly Withheld and Redacted Documents

These documents have not been electronically filed because of the large number of exhibits attached thereto.

Craig A. Raabe
Federal Bar No. ct20293
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8200

## CERTIFICATION

This is to certify that a copy of the foregoing was forwarded, via first-class mail, to the following counsel of record, on this 1st day of November, 2005.

Alicia L. Downey, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110-1726

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

Robert M. Langer, Esq.
Steven Bruce Malech, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103

Christopher J. Kelly, Esq.
Mayer Brown Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

Nathan P. Eimer, Esq.
Andrew G. Klevorn, Esq.
Ryan S. Hedges, Esq.
Eimer Stahl Klevorn & Solberg, LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604

Paul A. Winick, Esq.
Michael S. Elkin, Esq.
Susan B. McInerney, Esq.
Alyson L. Redman, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022-6225

_____
Craig A. Raabe