|  |  |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., <br><br>Plaintiffs, <br><br>v. <br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. <br><br>Defendants. | Civil No. 3:02 CV 1107 (AVC) <br><br><br>November 2, 2005 |

## NOTICE OF FILING UNDER SEAL

Defendant The Dow Chemical Company hereby provides notice that it is filing Defendant's Combined Motion to Compel and Opposition to Motion for Protective Order and Memorandum in Support of Their Combined Motion to Compel and Opposition to Motion for Protective Order are filed under seal pursuant to this Court's December 18, 2002 Stipulated Protective Order.

Dated: November 2, 2005

Respectfully submitted,

_/s/ Craig A. Raabe_
Craig A. Raabe

Craig A. Raabe (ct 04116)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  05103-3497

Christopher J. Kelly (ct 25410)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, DC  20006-1157

Andrew S. Marovitz (ct 25409)
Dana S. Douglas (ct 25412)
MAYER, BROWN, ROWE & MAW LLP
71 S. Wacker Drive
Chicago, IL  60606

*Counsel for The Dow Chemical Company,*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the Notice of Filing Under Seal was hand-delivered on this 2nd day of November, 2005, to:

Robert M. Langer
WIGGIN & DANA LLP
One City Place
185 Asylum Street
Hartford, CT 06103-3402

and via overnight delivery on the following:

Richard S. Taffet
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689

Nathan P. Eimer
Scott C. Solberg
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604

Alicia L. Downey
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

Craig A. Raabe