UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., <br><br> Defendants. | CIVIL ACTION <br> NO. 3-02 CV 1107 (AVC) <br><br> November 4, 2005 |

### NOTICE OF FILING UNDER SEAL

Plaintiffs MM Global Services, Inc., MM Global Services Pte., Ltd., and Megavisa Solutions (S) Pte., Ltd., hereby provide notice that the Declaration of Sunil Mittal is filed under seal pursuant to this Court's December 18, 2002, Stipulated Protective Order.

MM GLOBAL SERVICES, INC.,
MM GLOBAL SERVICES PTE., LTD.,
AND MEGAVISA SOLUTIONS (S) PTE, LTD.

_____
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct17627)
WIGGIN AND DANA LLP
One City Place
185 Asylum Street
Hartford, CT 06103
(860) 297-3724 (tel)

Richard S. Taffet (ct 10201)
Alicia L. Downey (ct 22055)
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000 (tel)

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of November, 2005, a copy of the foregoing was sent via telecopier and first-class mail to the following counsel of record:

Craig A. Raabe
Robinson & Cole LLP
280 Trumbull Street, 28th Floor
Hartford, CT 06103

Andrew S. Marovitz
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603-3441

Christopher J. Kelly
Mayer Brown Rowe & Maw LLP
1909 K. Street, N.W.
Washington, DC 20006

Scott C. Solberg
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604



Robert M. Langer

cc:   The Honorable Alfred V. Covello (via hand delivery)
      United States District Court
      450 Main Street
      Hartford, CT 06103

- 2 -