UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., <br><br> Defendants. | CIVIL ACTION <br> NO. 3-02 CV 1107 (AVC) |

## DECLARATION OF AJAY MITTAL

Ajay Mittal declares as follows:

1. My name is Ajay Mittal and I am chairman of plaintiff Megavisa Solutions (S) Pte., Ltd., as well as the principal managing agent of the other plaintiffs. I make this Declaration on personal knowledge in support of Plaintiffs' Motion for Substitution as Plaintiff and to address certain points raised in Defendants' Response thereto dated October 27, 2005.

2. Plaintiffs are no longer actively engaged in business. By way of assignment dated August 30, 2005, and for good and valuable consideration, all of their rights, claims, causes of action and obligations in this case were transferred to a British Virgin Island corporation, Advent Manage Limited ("Advent").* Under the terms of the assignment, Advent has agreed to assume the cost of litigating this case in return for a percentage of any recovery. That assignment was legally valid and binding.

3. There will be no prejudice to defendants if the Motion for Substitution is granted. I retain control over the plaintiffs and their activities. Whether plaintiffs are substituted or joined

---

*Exhibit A hereto is a true copy of Advent's Certificate of Incorporation.

LITDOCS/620502.1

by Advent, plaintiffs will proceed under my direction as if they are still parties to this case with respect to their discovery rights and obligations, and defendants will continue to be afforded full discovery of the original plaintiffs, subject only to the same objections as have been and as are appropriate to continue to put forth as if the original plaintiffs remain. Plaintiffs likewise have no intention of bringing any action in a foreign court that they could not otherwise have commenced if they remain as named parties.

3. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 2nd day of November 2005,

_____
Ajay Mittal



**TERRITORY OF THE BRITISH VIRGIN ISLANDS**

**THE INTERNATIONAL BUSINESS COMPANIES ACT**
(CAP. 291)

**CERTIFICATE OF INCORPORATION**
(SECTIONS 14 AND 15)

No. 661880

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of incorporation having been satisfied,

**ADVENT MANAGE LIMITED**

is incorporated in the British Virgin Islands as an International Business Company this 15th day of June, 2005.

Given under my hand and seal at
Road Town in the Territory of the
British Virgin Islands

REGISTRAR OF CORPORATE AFFAIRS

CRTI.0018

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via telecopier and first-class mail on this ___th of November 2005 to the following counsel of record:

Craig A. Raabe, Esq.  
ROBINSON & COLE LLP  
280 Trumbell Street  
Hartford, CT 06103-3597

Andrew S. Marovitz  
MAYER, BROWN, ROWE & MAW LLP  
71 South Wacker Drive  
Chicago, IL 60606

Scott C. Solberg, Esq.  
EIMER STAHL KLEVORN & SOLBERG LLP  
224 South Michigan Avenue, Suite 1100  
Chicago, IL 60604

Christopher J. Kelly, Esq.  
MAYER, BROWN, ROWE & MAW LLP  
1909 K Street, N.W.  
Washington, D.C. 20006-1101

/s/ Alicia Downey