| | |
|---|---|
| **From:** | M D Kripalani |
| **Sent:** | Friday, April 06, 2001 10:21 AM |
| **To:** | 'Muthukrishnan Ravi' |
| **Subject:** | Wire & Cable Compounds Market Scenario In India |
| **Attachments:** | Report.doc |



Report.doc (73 KB)

To : Mr. Ravi Muthukrishnan

Dear Ravi,

As per our discussions and as desired by you, I am giving you a brief scenario of Wire and Cable compounds market in India as per attached doc.

Best Regards,
Moti Kripalani
Megavisa Marketing & Solutions ltd.
kripalani@megavisa.com
Direct   Phone # 852 8658
Board Phone  # 852 7770 / 71/ 72



1

Confidential

DECO00002100

Sub : **Wire & Cable Compounds Market scenario in India**

1. **Total Market**

   Total Wire & Cable market in India for 2001 = 100,000 MT

   Telecom – 90,000 MT
   Power    -  10,000 MT

   Overall market growth rate is approx. 10% per year.
   (Power : 2 – 4%;    Telecom : 10 – 12%)

2. **Competitive Prices;**

| Grades | Competitors Prices | UCC Average Prevailing Prices CIF USD/MT | Active Suppliers |
|---|---|---|---|
| 3364 Telecom Insulation | Rs.49.20/kg (converted effective price USD700/MT) | 1000 | Reliance |
| 6059 Telecom Jacketing | Rs.50 to Rs.54/kg (converted effective price USD710/MT) | 1000 | 5 – 6 Local Compounders |
| 3479 OFC Jacketing | Rs.65 to Rs.68/kg (converted effective price USD950 to 1000/MT) USD1100/MT | 1100 | Local Compounders Hind and Polylink Borealis |
| 4201 Power Insulation | USD920 to 925/MT USD1000 to 1025/MT | 1100 | Hanva Borealis |
| 0586 Power Semicon | USD1725 to 1750/MT USD1800/MT | 1950 | Hanva Borealis |
| Redilink Power – Low Voltage | Rs.67 to Rs.68/kg (converted effective price USD1000/MT) | 1200 | Kalpana Polylink |

Note : Converted effective price means Base Price + Import Duties + Misc. exp.

Confidential

### 3. Import duties

Import duties on W/C Compounds is 41%.

### 4. Our Strategic Customers

Finolex, Sterlite, Birla Group, UBL

### 5. Historical Sales of Megavisa

| Year | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|
| Sales in MT | 2159 | 4158 | 14240 | 11969 | 21841 | 1461 |

In the year 1999, we achieved sales of 22,000 tons from January to Sept '99.

We could not execute firm orders of about 12,000 tons due to spiraling high prices of oil and gas in the World Market, which resulted in steep increase for W/C compounds and we defaulted with few customers, who had placed confirmed orders on us.

Inspite of this set back, we have been able to keep customers with us and still enjoy good reputation in the market.

### 6. Work done with DoT and Utilities

- Megavisa has given presentation to Power Utilities MSEB & BSES On "Upgradation of specification IS 7098", where in we are emphasing on purity of Polymer Compounds. Similar presentation will be given to BEST and TATA shortly.

- Megavisa is working with DoT to improve OIT test in the specification. (We have proposed that OIT has to be carried out in an aluminium pan after conditioning the sample in Chamber at 70 deg.C for 14 days, instead of present practice of using a copper pan after conditioning the sample for 8 hours).

Once the cable specification are upgraded we will have an edge over local competitors as it will be difficult for their compounds to satisfy these tests and only few quality compound manufacturers and international players will remain in the market.

We need technical support from DOW to push DoT and Utilities for upgradation of specifications.

The next Technical Meeting of DoT is scheduled for 23rd April for further follow up on OIT tests. MegaVisa will attend the meeting.

Confidential

7. **MegaVisa's suggestions:**

   To improve Sales, we suggest:

   a) We should concentrate and get price support for Compounds such as:

   1. Foam Skin
   2. HV/EHV Cable Compounds
   3. CATV/Lan Cables
   4. OFC Sheathing Compounds

   The market for above Compounds is small say 8,000 to 10000 MT and even if we get 60% market share we could achieve sales of 5000 to 6000 MT/year.

   b) Telecom Jacketing/Sheathing Compounds Market is to the tune of 55,000 tons/year. We feel, that we should get price support at least for about 500 – 600 tons/month so as to work with two/three strategic customers who can help us in upgrading specifications with DoT and in other developmental work. These two/three strategic customers are market leaders and trend setters, such as; Finolex, Sterlite and Vindhya Telelinks.

   c) With a lot of ground work we have been able to convince DoT to float Tender for Foam Skin Cables but unfortunately this tender has been delayed for the time being.

   If we implement/ suggestions as per a) and b) above, our average sales can be 800-1000 tons per month or about 10,000 tons per year to start with.

   Wire and Cable Compounds market in India is a big and increasing market. We therefore feel that if you could give a thought to our suggestions, we can definitely work out some strategy of mutual benefit.

   Look forward to hear from you.

   *Thanks & Best Regards,*
   *Moti Kripalani*

Confidential
DECO0002103

| | |
|---|---|
| To: | Percossi, Horacio; Mitra, Ashish (P) |
| From: | Ravi, Muthukrishnan |
| Cc | Fox, Graham (G); Voelker, Juergen (J); Wildi, Markus (M); Scherrer, Walter (W); Jin, Sheyenne |
| Bcc: | |
| Date: | 2001-02-13 02:23:44 |
| Subject: | RE: UCC Agent/ Distributor - India / MEGAVISA |

All,

Pl find attached a summary of my discussions with MegaVisa this morning.

Regards,

Ravi
Country Manager-India
Tel:: 91-22-5245830

-----Original Message-----
From: Percossi, Horacio
Sent: Saturday, February 10, 2001 2:21 PM
To: Ravi, Muthukrishnan; Mitra, Ashish (P)
Cc: Fox, Graham (G); Voelker, Juergen (J); Wildi, Markus (M); Scherrer, Walter (W); Jin, Sheyenne
Subject: RE: UCC Agent/ Distributor - India / MEGAVISA

Ravi: I support that you continue as focal point. Make sure you involve legal advice as well. From our end here it would be Sheyenne Jin. With the feedback of your first contact with them, and the results from our phone meetg with Ashish we shld be able to decide the next steps.
best rgds
horacio

-----Original Message-----
From: Ravi, Muthukrishnan
Sent: Mittwoch, 07 Februar, 2001 08:54
To: Percossi, Horacio
Cc: Mitra, Ashish (P); Fox, Graham (G); Voelker, Juergen (J); Wildi, Markus (M); Scherrer, Walter (W)
Subject: RE: UCC Agent/ Distributor - India / MEGAVISA

I propose to talk to MegaVisa tomorrow (day 1 for us). I am open to Horacio's suggestion on how to handle it further. one option is to get the business involved right away. Another option as suggested in the note below is for me to continue as focal point and collect the relevant information until we are ready for multiple business exposure. Pl advice your preferred route

Regards,

Ravi
Country Manager-India
Tel:: 91-22-5245830

-----Original Message-----
From: Mitra, Ashish (P)
Sent: Wednesday, February 07, 2001 12:24 PM
To: Fox, Graham (G); Ravi, Muthukrishnan
Cc: Voelker, Juergen (J); Wildi, Markus (M); Scherrer, Walter (W)
Subject: RE: UCC Agent/ Distributor - India / MEGAVISA
Importance: High



PLAINTIFF'S EXHIBIT

DI4000900

Gentlemen, you need to inform me when it would be OK to begin interactions with Megavisa so that I am ready for the "Lockdown" sessions next week. For the Chemicals & Performance Chemicals Businesses we request "very early contact" to realise the business objectives some of which are outlined below. Thanks.

Best Regards,
Ashish P. Mitra
Chemicals & Performance Chemicals, Dow India,
E-Mail : mitra@dow.com   Tel : 91-22-5245830   Fax : 91-22-5231407   Mob : (91) 982 0000 332

-----Original Message-----
From:    Fox, Graham (G)
Sent:    Friday, February 02, 2001 2:19 PM
To:      Percossi, Horacio
Cc:      Mitra, Ashish (P); Voelker, Juergen (J); Ravi, Muthukrishnan; Wildi, Markus (M); Scherrer, Walter (W)
Subject:    RE: UCC Agent/ Distributor - India

Thanks, Horacio. Very clear. Agreed.

-----Original Message-----
From:    Percossi, Horacio
Sent:    Friday, February 02, 2001 9:30 AM
To:      Fox, Graham (G)
Cc:      Mitra, Ashish (P); Voelker, Juergen (J); Ravi, Muthukrishnan; Wildi, Markus (M); Scherrer, Walter (W)
Subject:    RE: UCC Agent/ Distributor - India

Graham: we have discussed this situation with Ashish, and I also received some input from UCC, both in Geneva as well as through J. Sakaan. I agree with you that we will be respectful of contracts, that goes without saying. However, this is not a distribution in the usual sense, but rather an exclusive type representation arrangement, the terms of which we will find out at day one.

From a strategy point of view, for me there is no question that we want our affairs in India to be handled directly by our own people, the market being too important and too promising to want anything else. UCC seem to understand this, as they hv only hinted that we shld take over one particular person involved in 'chemicals' in Mega Visa.

We in the Performance Chemicals business intend to discuss distribution and channels on the second day of our 'lock-down' session, which will take place on the Tuesday following the closing. We will discuss India as well, and I hv arranged with Ashish to be able to do this by phone.

I agree with you, Graham, that we need to show one face in front of Mega Visa, and that face shld be you or Ravi. Please let me know if you agree with the policy stated above. If any business disagrees, and want to continue to do business through Mega Visa, then that is their choice, but we need a plan to get out of them for the remaining businesses. I wld recommend very early contact with Mega Visa, to establish the policy above and to minimise the cost to Dow of making the change.

best rgds
horacio

-----Original Message-----
From:    Fox, Graham (G)
Sent:    Mittwoch, 31 Januar, 2001 08:29
To:      Percossi, Horacio; Voelker, Juergen; Wildi, Markus
Cc:      Ravi, Muthukrishnan
Subject:    UCC Agent/ Distributor - India

As you will be aware, UCC have not sold directly to India since Bhopal and have used Mega Visa to handle

DI4000901

many of their sales of specialty chemicals, some bulk chemicals and wire & cable products. They work across our Dow businesses and have some several million $ sales revenue as I understand it.

The businesses will obviously want to address the issue of whether we want to continue with Mega Visa once the 'merger' is complete, prefer to deal with accounts direct, want to rationalize distributors. In doing this, I think that we need to act as one company as far as possible and ensure that we honour contractual and ethical stds of Dow in respecting tenure etc.

The local team led by Ravi, can provide business support and facilitation if you would like to use it in this instance. I would suggest that as soon as we are allowed, we obtain a copy of any contratual agreement, discuss the businesses first pass view and agree how to proceed in the first instance.

If you want, Ravi can organize a phone conference shortly after close to address this or other points you may make. We may then want to respond to the many requests for contact recieved in Mumbai from Mega Visa. I hope that my list of CD's above is complete but if not, please pass this on to anyone I have omitted.

Graham Fox
Regional General Manager - Middle East & Indian subcontinent

Mobile 0097150 5522874
Phone 009714 5092611 Direct Line, Dubai
Direct Fax 009714 332 8162
Phone 971.4.332.8866 Dubai Office Line
E mail gfox@dow.com

Attachments:

MegaVisa.doc

DI4000902

## MEETING WITH MEGAVISA MARKETING & SOLUTIONS LTD ON TUESDAY, 13TH FEBRUARY 2001

I met up with Mr. Ajay Mittal, Chairman and Mr. Moti Kripalani, Senior Vice President this morning.

### BACKGROUND

For two years after Bhopal Union Carbide was still continuing to trade in India. In 1987 –1988 the Government advised them to exit totally out of India. The group that was in international trading of UCC formed MegaVisa with major equity by the Apte group and a considerable shareholding by the employees. In April 1994, the Mittal Group bought over Apte's shareholding in addition to that of the employees. They now hold 90% of the equity.

### MITTAL GROUP

This is a fairly established group in Bombay. They started out in the construction industry and own over 3000 buildings in Bombay. They also own a travel agency (Trade Wings). In addition they also manage a few hotels. They are into manufacturing ship containers (20 and 40 feet). The group is financially sound.

### MEGAVISA SOLUTIONS PTE LTD

The MegaVisa in India acts as an extended arm of Union Carbide. Union Carbide sells to MegaVisa Solutions Pte Ltd on a FOB basis, which in turn enters into a CIF arrangement with the Indian customers. This company has over 1200 customers in India and bears the financial risk on behalf of Union Carbide. They have a flat 45 days credit with union Carbide and in turn have varied credit period with the local customers. The Singapore Company, which is MegaVisa Pte Ltd, deals in Carbide products and also the products of a few other companies. This company basically started out and is still dependent on Union Carbide for most of its business.

It also has commission agent relationship with two other companies namely Crompton and UOP. (This relationship also started out as Carbide relationship). The company deals in Molecular Sieves and Alumina on behalf of UOP.

They also started and Internet Solution company which has started active trading in major chemical products.

DI4000903

## UCC/MEGAVISA RELATIONSHIP IN INDIA

The business plan of Carbide is passed on to MegaVisa some time in October every year and is frozen by November. MegaVisa then goes about making commitments to its customers for the coming year. In 2000, MegaVisa handled $11 MM of Carbide products in India. $2 MM of this was from Wire & Cables and the balance was from Speciality Chemicals. In the Speciality Chemicals area, MegaVisa handles all the 3 major product head of Carbide.

1. SIM (Solvents, Intermediates & Monomers) : Major products under this category are VAM and n-butanol.

2. IPDC (Industrial Performance Chemicals ) : Major products being Ethanol amines and Ethylene amines.

3. SP & P (Speciality Products & Polymers) : SVR and Cellosize are major products here.

The story was very different in 1999 when there wasn't a supply constraint for Wire & Cable products. MegaVisa sold $24 MM of carbide products. MegaVisa gets a benchmark price for the different products from Carbide on a monthly basis and based on this they negotiate with the customers. The price settled is then passed on to Carbide and Carbide gets a net back based on the same. A percentage commission is paid to MegaVisa. MegaVisa uses BDP who are the freight forwarders for Union Carbide. MegaVisa is pretty much organized along the business lines of Carbide and deals with 4 business Directors within Carbide (SIM, IPDC, SP &P and W&C). There is also a small stock and sell business for some specific IPDC and SP&P products. In 1999 this business was about a $1 MM.

Not counting the back office staff, MegaVisa has 20 dedicated people to handle carbide business.

SUMMARY

My impressions : -

1.  They are professional and a transparent organisation.
2.  Staff well trained in Carbide ways.
3.  Group clearly does not have a commission agent /seller relationship with Carbide and is more intimate with Carbide management. As an example – e-mails of cost cutting that Bill Joy sends out are also sent to MegaVisa.
4.  For obvious reasons, Carbide lacks control on MegaVisa's operation that one would typically expect in this kind of relationship.
5.  I have taken a look at the latest contract (it is more of a letter) and it is clearly a non-exclusive arrangement where Carbide can exit out of the relationship by giving 90 days notice.
6.  MegaVisa has taken efforts to make it known to Carbide its customers for every single transaction. Hence, if the decision is to move into a direct sales approach, there is a good starting point here.
7.  MegaVisa sees Wire & Cables business a core rather than that of Specialties. Hence, it may not be too difficult to exit the relationship on Speciality Chemicals at a point not too distant in the future, while at the same time retaining their Wire & Cable relationship.

I have passed on the contract to our local legal person whose feedback will be given to you shortly. I will also pass on copies of all that I have to Sheyenne Jin. My suggestion would be to communicate to Mega Visa about the respective businesses plan in the next 6 months to a year. I would be happy to continue to co-ordinate if you so desire. As always, please feel free to ask for any further clarification that you may require.