UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:02 CV 1107 (AVC) |
| v. | ) ) | |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. | ) ) ) ) | |
| Defendants. | ) ) | November 22, 2005 |

**WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Stephen M. Deane requests leave to withdraw his appearance for all defendants in this action. Attorney Jason Kuselias is signing this withdrawal on behalf of Attorney Deane, as Attorney Deane is no longer practicing at the firm of Robinson & Cole, LLP. Attorneys Craig A. Raabe and Jason Kuselias will continue to serve as counsel for all defendants.

DEFENDANTS
THE DOW CHEMICAL COMPANY,
UNION CARBIDE CORPORATION, and
UNION CARBIDE ASIA PACIFIC, INC.

By: /s/ _____
Craig A. Raabe (ct 04116)
Jason Marc Kuselias (ct 20293)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  05103-3497
Tel.: (860) 275-8200
Fax: (860) 275-8299
E-mail:  jkuselias@rc.com

HART1-1248948-1

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Withdrawal of Appearance was forwarded this 22nd day of November, 2005, by first-class mail, postage prepaid, to the following counsel as follows:

| | |
|---|---|
| Alicia L. Downey, Esq.<br>Bingham McCutchen, LLP<br>150 Federal Street<br>Boston, MA  02110 | Richard S. Taffet, Esq.<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY  10022-4689 |
| Suzanne Wachsstock, Esq.<br>Wiggin & Dana LLP<br>400 Atlantic Street<br>P.O. Box 110325<br>Stamford, CT  06911-0325 | Robert M. Langer, Esq.<br>Steven Bruce Malech, Esq.<br>Wiggin & Dana LLP<br>One CityPlace<br>185 Asylum Street<br>Hartford, CT  06103 |
| Andrew Marovitz, Esq.<br>Britt M. Miller, Esq.<br>Dana S. Douglas, Esq.<br>Mayer Brown Rowe & Maw LLP<br>190 South LaSalle Street<br>Chicago, IL 60603-3441 | Christopher J. Kelly, Esq.<br>Mayer Brown Rowe & Maw LLP<br>1909 K Street, N.W.<br>Washington, DC 20006 |
| Nathan P. Eimer, Esq.<br>Andrew G. Klevorn, Esq.<br>Scott C. Solberg, Esq.<br>Ryan S. Hedges, Esq.<br>Vanessa G. Jacobsen, Esq.<br>Eimer Stahl Klevorn & Solberg, LLP<br>224 South Michigan Avenue - Suite 1100<br>Chicago, IL  60604 | |

/s/ _____
Jason M. Kuselias