UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:02 CV 1107 (AVC) |
| v. | ) ) | |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. | ) ) ) ) | |
| Defendants. | ) ) | November 22, 2005 |

**WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Elizabeth A. Fowler requests leave to withdraw her appearance for The Dow Chemical Company in this action. Attorney Jason Kuselias is signing this withdrawal on behalf of Attorney Fowler, as Attorney Fowler is no longer practicing at the firm of Robinson & Cole, LLP. Attorney Fowler previously filed a Withdrawal of Appearance for the defendants Union Carbide Corporation and Union Carbide Asia Pacific, Inc., but inadvertently did not include The Dow Chemical Company. Attorney Fowler did not file an appearance on behalf of The Dow Chemical Company nor did she file a notice of change of address when she joined her new employer Brown, Rudnick, Berlack, Israels.

HART1-1295747-1

Attorneys Craig A. Raabe and Jason Kuselias will continue to serve as counsel for all defendants.

DEFENDANTS
THE DOW CHEMICAL COMPANY,
UNION CARBIDE CORPORATION, and
UNION CARBIDE ASIA PACIFIC, INC.

By: /s/
    Craig A. Raabe (ct 04116)
    Jason Marc Kuselias (ct 20293)
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT  05103-3497
    Tel.:  (860) 275-8200
    Fax:  (860) 275-8299
    E-mail:   jkuselias@rc.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Withdrawal of Appearance was forwarded this 22nd day of November, 2005, by first-class mail, postage prepaid, to the following counsel as follows:

Alicia L. Downey, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA  02110

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022-4689

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT  06911-0325

Robert M. Langer, Esq.
Steven Bruce Malech, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT  06103

Andrew Marovitz, Esq.
Britt M. Miller, Esq.
Dana S. Douglas, Esq.
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603-3441

Christopher J. Kelly, Esq.
Mayer Brown Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

Nathan P. Eimer, Esq.
Andrew G. Klevorn, Esq.
Scott C. Solberg, Esq.
Ryan S. Hedges, Esq.
Vanessa G. Jacobsen, Esq.
Eimer Stahl Klevorn & Solberg, LLP
224 South Michigan Avenue - Suite 1100
Chicago, IL  60604

/s/
Jason M. Kuselias