369 Do not Docket

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. )<br><br>Defendants. ) | Civil No. 3:02 CV 1107 (AVC)<br><br><br><br>November 23, 2005 |

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Stephen M. Deane requests leave to withdraw his appearance for all defendants in this action. Attorney Jason Kuselias is signing this withdrawal on behalf of Attorney Deane, as Attorney Deane is no longer practicing at the firm of Robinson & Cole, LLP. Attorneys Craig A. Raabe and Jason Kuselias will continue to serve as counsel for all defendants.

DEFENDANTS
THE DOW CHEMICAL COMPANY,
UNION CARBIDE CORPORATION, and
UNION CARBIDE ASIA PACIFIC, INC.

By: _____
Craig A. Raabe (ct 04116)
Jason Marc Kuselias (ct 20293)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 05103-3497
Tel.: (860) 275-8200
Fax: (860) 275-8299
E-mail: jkuselias@rc.com

November 28, 2005. GRANTED. SO ORDERED.
Alfred V. Covello, U.S.D.J.

HART1-1248948-1