370 Do not Docket

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil No. 3:02 CV 1107 (AVC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   November 23, 2005<br>) |

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Elizabeth A. Fowler requests leave to withdraw her appearance for The Dow Chemical Company in this action. Attorney Jason Kuselias is signing this withdrawal on behalf of Attorney Fowler, as Attorney Fowler is no longer practicing at the firm of Robinson & Cole, LLP. Attorney Fowler previously filed a Withdrawal of Appearance for the defendants Union Carbide Corporation and Union Carbide Asia Pacific, Inc., but inadvertently did not include The Dow Chemical Company. Attorney Fowler did not file an appearance on behalf of The Dow Chemical Company nor did she file a notice of change of address when she joined her new employer Brown, Rudnick, Berlack, Israels.

November 28, 2005.   GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

HART1-1295747-1