UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD. & MEGA VISA SOLUTIONS (S) PTE. LTD., :<br><br>**Plaintiffs** :<br><br>v. :<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION & UNION CARBIDE ASIA PACIFIC, INC., :<br><br>**Defendants.** : | Civil No. 3:02 CV 1107 (AVC)<br><br><br><br>November 30, 2005 |

### DEFENDANTS' MOTION FOR A ONE-DAY ENLARGEMENT OF TIME, *NUNC PRO TUNC*, TO FILE A REPLY MEMORANDUM

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendants move for a one-day enlargement of time, *nunc pro tunc*, within which to file their Reply Memorandum in Support of the Defendants' Motion to Compel the Production of Anil Mittal. In support of this Motion, the defendants state the following:

1. It appears that the defendants' Reply Memorandum was due to be filed on November 29, 2005.

2. Undersigned local counsel, through a miscalculation, concluded that the reply memorandum should be filed on November 30, 2005.

3. The Reply Memorandum is complete and the defendants are filing the Reply Memorandum on this date to avoid delay in the event that this one-day, *nunc pro tunc*,

enlargement is granted.

4.  The defendants submit that the plaintiffs will suffer no prejudice as a result of the defendants filing the Reply Memorandum within twenty-four hours of its due date, especially since there will be no response to the Reply Memorandum.

5.  The plaintiffs have no objection to this one-day enlargement of time.

6.  This is the defendants' first Motion for Enlargement on this issue.

WHEREFORE, the defendants move for a one-day enlargement of time within which to file their Reply Memorandum in Support of the Motion to Compel the Production of Anil Mittel.

Respectfully submitted,

_____
Craig A. Raabe

Andrew S. Marovitz (ct 25409)
Dana S. Douglas (ct 25412)
Jeffrey A. Berger
MAYER, BROWN, ROWE & MAW LLP
71 S. Wacker Drive
Chicago, IL 60606-3441

Christopher J. Kelly (ct 25410)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street
Washington, DC 20006-1157

Craig A. Raabe (ct 04116)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8304

Nathan P. Eimer (ct 23693)
Scott C. Solberg (phv 0234)
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7600

*Attorneys for Defendants The Dow Chemical Company, Union Carbide Corporation & Union Carbide Asia Pacific, Inc.*

## CERTIFICATE OF SERVICE

I, Craig A. Raabe, do hereby certify that I caused a true and correct copy of Defendants' Motion For A One-Day Enlargement Of Time, Nunc Pro Tunc, To File A Reply Brief Reply in Support of Its Motion to Compel the Production of Anil Mittal to be served this date via courier on the following:

Robert M. Langer
WIGGIN & DANA LLP
One City Place
185 Asylum Street
Hartford, CT 06103-3402


and via overnight delivery on the following:

Richard S. Taffet
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689

Alicia L. Downey
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726


Dated: November 30, 2005

_____
Craig A. Raabe