D

376

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD. & MEGA VISA SOLUTIONS (S) PTE. LTD., | : <br> : <br> : <br> : |
| Plaintiffs | : <br> : |
| v. | : Civil No. 3:02 CV 1107 (AVC) <br> : |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION & UNION CARBIDE ASIA PACIFIC, INC., | : <br> : <br> : <br> : |
| Defendants. | : November 30, 2005 |

### DEFENDANTS' MOTION FOR A ONE-DAY ENLARGEMENT OF TIME, *NUNC PRO TUNC*, TO FILE A REPLY MEMORANDUM

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendants move for a one-day enlargement of time, *nunc pro tunc*, within which to file their Reply Memorandum in Support of the Defendants' Motion to Compel the Production of Anil Mittal. In support of this Motion, the defendants state the following:

1. It appears that the defendants' Reply Memorandum was due to be filed on November 29, 2005.

2. Undersigned local counsel, through a miscalculation, concluded that the reply memorandum should be filed on November 30, 2005.

3. The Reply Memorandum is complete and the defendants are filing the Reply Memorandum on this date to avoid delay in the event that this one-day, *nunc pro tunc*,

*[Margin annotation:]* December 7, 2005. GRANTED. SO ORDERED. Alfred V. Covello, U.S.D.J.