|   |   |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD. and MEGA VISA SOLUTIONS (S) PTE. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil No. 3:02 CV 1107 (AVC)<br>)<br>)<br>)  December 8, 2005<br>)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE

Please enter the appearances of the undersigned for defendants The Dow Chemical Company and Union Carbide Corporation.

DEFENDANTS

*/s/ Elizabeth R. Leong*

Elizabeth R. Leong
Federal Bar No. ct24453
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax:: (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was hand-delivered on this 8th day of December, 2005, to:

>Robert M. Langer
>WIGGIN & DANA LLP
>One City Place
>185 Asylum Street
>Hartford, CT 06103-3402

and via overnight delivery on the following:

>Richard S. Taffet
>BINGHAM MCCUTCHEN LLP
>399 Park Avenue
>New York, NY 10022-4689

>Alicia L. Downey
>BINGHAM MCCUTCHEN LLP
>150 Federal Street
>Boston, MA 02110-1726

>Suzanne Wachsstock, Esq.
>Wiggin & Dana LLP
>400 Atlantic Street
>P.O. Box 110325
>Stamford, CT 06911-0325

_____
Elizabeth R. Leong