Case 3:02-cv-01107-AVC    Document 384-3    Filed 12/08/2005    Page 1 of 2

| MAYER |
| BROWN |
| ROWE |
| & MAW |

July 25, 2005

**BY FACSIMILE**

Alicia L. Downey, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726

Re:   *MM Global Services, et al. v. The Dow Chemical Company, et al.*, Civil No. 3:02 CV 1107 (AVC)

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

**Dana S. Douglas**
Direct Tel (312) 701-7093
Direct Fax (312) 706-8662
dsdouglas@mayerbrownrowe.com

Dear Alicia:

Our review of Plaintiffs' production reveals that a number of financial statements for Plaintiffs or Plaintiffs' parents or affiliates have not been produced. Defendants first requested these documents nearly two years ago. *See* Defendant The Dow Chemical Company and Union Carbide Corporation's First Set of Document Requests on Merits Discovery, October 9, 2003 ("First Request"). First Request No. 5 sought production of:

> All of your annual, quarterly, monthly, and other periodic financial statements, including, but not limited to, all balance sheets, income statements, accounting trial balances, and cash flow analyses, including all charts of accounts relating to such financial statements, from January 1, 1993 to the present.

*Id.* at 2-3. As you know, "your" is defined to refer to "Plaintiffs MM Global Services, Inc., MM Global Services Pte. Ltd., and Mega Visa Solutions (S) Pte. Ltd., both collectively and individually, including their officers, directors, employees, corporate parents, subsidiaries, affiliates, agents, and other persons acting or purporting to act on their behalf." *Id.* at 1 (Definition 2). At a minimum, this definition takes in MegaVisa Marketing Solutions Ltd. (f/k/a Visa Petrochemicals Pvt Ltd.).

Defendants renew this request and seek production of the following documents heretofore missing from Plaintiffs' production:

1. Audited Monthly and Annual Financial Statements, including each monthly Audited Balance Sheet, monthly Audited Income Statement, monthly Audited Cash Flow Statements, annual Audited Balance Sheet, annual Audited Income Statement, and annual Audited Cash Flow Statement, for MegaVisa Marketing Solutions Ltd. that falls within the Relevant Period as defined by the Court's June

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

Mayer, Brown, Rowe & Maw LLP

Alicia L. Downey, Esq.
July 25, 2005
Page 2

      29, 2004 Order. To date, Plaintiffs have not produced to Defendants any such documents for MegaVisa Marketing Solutions Ltd.

2. Audited Monthly Balance Sheets for Mega Global Services/MM Global Services, Inc. for the months of January 1994; February 1994; July 1994; March 1995; April 1995; January 1997; October 1998; and November 1998.

3. Audited Monthly Income Statements for Mega Global Services/MM Global Services, Inc. for the months of January 1994; February 1994; March 1994; April 1994; July 1994; January 1997; October 1998; and November 1998.

4. Audited Cash Flow Statements for Mega Global Services/MM Global Services, Inc. that fall within the Relevant Period as defined by the Court's June 29, 2004 Order. To date, Plaintiffs have not produced to Defendants any such documents for either Mega Global Services or MM Global Services, Inc.

5. Audited Annual Cash Flow Statements for MegaVisa Solutions (S) Pte. Ltd. and MM Global Services Pte. Ltd. for the years 1993 and 1994.

6. Audited Monthly Financial Statements, including each monthly Audited Balance Sheet, monthly Audited Income Statement, and monthly Audited Cash Flow Statement for MegaVisa Solutions (S) Pte. Ltd. and MM Global Services Pte. Ltd. that falls within the Relevant Period as defined by the Court's June 29, 2004 Order. To date, Plaintiffs have not produced to Defendants any such documents for either MegaVisa Solutions (S) Pte. Ltd. or MM Global Services Pte. Ltd.

Please send us copies of these documents as soon as possible or provide an explanation for your failure to include these documents in your production. Thank you for your attention to this matter.

Sincerely,

*[signature: Dana A. Douglas]*

Dana S. Douglas

cc: Robert M. Langer, Esq.
    Richard Taffet, Esq.
    Craig A. Raabe, Esq.
    Nathan P. Eimer, Esq.
    Christopher J. Kelly, Esq.
    Andrew S. Marovitz, Esq.