|  |  |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD. and MEGA VISA SOLUTIONS (S) PTE. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil No. 3:02 CV 1107 (AVC)<br>)<br>)<br>)  December 15, 2005<br>)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE

Please enter the appearances of the undersigned for defendant Union Carbide Asia Pacific, Inc.

DEFENDANT

_____
Elizabeth R. Leong
Federal Bar No. ct24453
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT  06103
Tel.:  (860) 275-8200
Fax::  (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first-class mail on this 15th day of December, 2005, to:

Robert M. Langer
WIGGIN & DANA LLP
One City Place
185 Asylum Street
Hartford, CT 06103-3402

Richard S. Taffet
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689

Alicia L. Downey
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

_____
Elizabeth R. Leong