UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD. & MEGA VISA SOLUTIONS (S) PTE. LTD., | : : : : |
| Plaintiffs | : : |
| v. | :   Civil No. 3:02 CV 1107 (AVC) |
| | : |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION & UNION CARBIDE ASIA PACIFIC, INC., | : : : : |
| Defendants. | :   December 23, 2005 |

**MOTION OF DOW CHEMICAL PACIFIC (SINGAPORE) PRIVATE LTD. AND UNION CARBIDE CUSTOMER SERVICES PTE. LTD. FOR A FOURTEEN-DAY <u>ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT</u>**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendants, Dow Chemical Pacific (Singapore) Private Ltd. ("Dow Singapore") and Union Carbide Customer Services Pte. Ltd. ("UCCS"), move for a fourteen-day enlargement of time within which to respond to the complaint. In support of this Motion, the moving defendants state the following:

1. On December 12, 2005, the Court filed a Memorandum of Decision vacating the dismissal of Dow Singapore and UCCS.

2. Dow Singapore and UCCS's responsive pleadings, therefore, would be due on December 26, 2005, without an enlargement of time.

3. In light of the holidays and the relatively short period between the entry of the

decision and the due date for a responsive pleadings, Dow Singapore and UCCS request a fourteen-day enlargement of time. Dow Singapore and UCCS will be filing responsive pleadings and not motions attacking the operative complaint.

4.   The plaintiffs have no objection to this enlargement of time.

5.   This is the first motion for enlargement on this issue.

WHEREFORE, Dow Singapore and UCCS move for a fourteen-day enlargement of time within which to file their responsive pleadings.

Respectfully submitted,

/s/ Craig A. Raabe

| | |
|---|---|
| Craig A. Raabe (ct 04116) | Andrew S. Marovitz (ct 25409) |
| Jason M. Kuselias (ct20293) | Dana S. Douglas (ct 25412) |
| Elizabeth R. Leong (ct24453( | MAYER, BROWN, ROWE & MAW LLP |
| ROBINSON & COLE LLP | 71 S. Wacker Drive |
| 280 Trumbull Street | Chicago, Illinois 60606 |
| Hartford, CT 05103-3497 | (312) 782-0600 |
| (860) 275-8304 | |
| | Christopher J. Kelly (ct 25410) |
| Nathan P. Eimer (ct 23693) | MAYER, BROWN, ROWE & MAW LLP |
| Scott C. Solberg (phv 0234) | 1909 K Street, N.W. |
| EIMER STAHL KLEVORN & SOLBERG LLP | Washington, D.C. 20006-1157 |
| 224 South Michigan Avenue, Suite 1100 | (202) 263-3000 |
| Chicago, IL 60604 | |
| (312) 660-7600 | |

*Counsel for Defendants The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was hand-delivered on this 23rd day of December, 2005, to:

> Robert M. Langer
> WIGGIN & DANA LLP
> One City Place
> 185 Asylum Street
> Hartford, CT 06103-3402

and via overnight delivery on the following:

> Richard S. Taffet
> BINGHAM MCCUTCHEN LLP
> 399 Park Avenue
> New York, NY 10022-4689
>
> Alicia L. Downey
> BINGHAM MCCUTCHEN LLP
> 150 Federal Street
> Boston, MA 02110-1726
>
> Suzanne Wachsstock, Esq.
> Wiggin & Dana LLP
> 400 Atlantic Street
> P.O. Box 110325
> Stamford, CT 06911-0325

_____
Craig A. Raabe