$25 pd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC., MM GLOBAL : 
SERVICES PTE. LTD. & MEGA VISA :
SOLUTIONS (S) PTE. LTD., :
:
        Plaintiffs :
:
        v. : Civil No. 3:02 CV 1107 (AVC)
:
THE DOW CHEMICAL COMPANY, UNION :
CARBIDE CORPORATION & UNION CARBIDE :
ASIA PACIFIC, INC., :
:
        Defendants. : December 27, 2005

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn L. Civ. R. 83.1(d), the undersigned counsel hereby moves for the admission *pro hac vice* of Jill M. Brady to represent the defendant Union Carbide Corporation, Union Carbide Asia Pacific, Inc. and Union Carbide Customer Services Ptd. Ltd. in this action. Ms. Brady is an associate in the firm of Eimer Stahl Klevorn & Solberg LLP, 224 S. Michigan Ave., Suite 1100, Chicago, Illinois 60604, and telephone 312-660-7600.

    1.    Ms. Brady is admitted to practice in the State of Illinois and the State of Michigan as well as the United States Court for the Northern District of Illinois and the United States District Court for the Eastern District of Michigan. Neither Ms. Brady nor anyone of the Eimer Stahl firm has been denied admission or disciplined in accordance with D. Conn. L. Civ. R. 83.2, or has been denied admission or disciplined by any other court.

-2-

2. Ms. Brady's Affidavit in Support of this Motion for Admission *Pro Hac Vice* is annexed hereto as Exhibit A.

3. This Motion is accompanied by payment to Clerk of this Court of a fee of Twenty-five Dollars ($25.00) in accordance with D. Conn. L. Civ. R. 83.1(d)(2).

*[signature]*
Elizabeth A. Leong

| | |
|---|---|
| Craig A. Raabe (ct 04116)<br>Jason M. Kuselias (ct20293)<br>Elizabeth R. Leong (ct24453(<br>ROBINSON & COLE LLP<br>280 Trumbull Street<br>Hartford, CT 05103-3497<br>(860) 275-8304 | Andrew S. Marovitz (ct 25409)<br>Dana S. Douglas (ct 25412)<br>MAYER, BROWN, ROWE & MAW LLP<br>71 S. Wacker Drive<br>Chicago, Illinois 60606<br>(312) 782-0600 |
| Nathan P. Eimer (ct 23693)<br>Scott C. Solberg (phv 0234)<br>EIMER STAHL KLEVORN & SOLBERG LLP<br>224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604<br>(312) 660-7600 | Christopher J. Kelly (ct 25410)<br>MAYER, BROWN, ROWE & MAW LLP<br>1909 K Street, N.W.<br>Washington, D.C. 20006-1157<br>(202) 263-3000 |

*Counsel for Defendants The Dow Chemical Company,*
*Union Carbide Corporation and Union Carbide Asia Pacific, Inc.*

-3-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was hand-delivered on this 27th day of December, 2005, to:

>Robert M. Langer
>WIGGIN & DANA LLP
>One City Place
>185 Asylum Street
>Hartford, CT 06103-3402

and via overnight delivery on the following:

>Richard S. Taffet
>BINGHAM MCCUTCHEN LLP
>399 Park Avenue
>New York, NY 10022-4689

>Alicia L. Downey
>BINGHAM MCCUTCHEN LLP
>150 Federal Street
>Boston, MA 02110-1726

>Suzanne Wachsstock, Esq.
>Wiggin & Dana LLP
>400 Atlantic Street
>P.O. Box 110325
>Stamford, CT  06911-0325

_____
Craig A. Raabe

Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., : <br><br> Plaintiffs, : <br><br> v. : <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., : <br><br> Defendants. : | Civil No. 302 CV 1107 (AVC) <br><br><br> December 22, 2005 |

STATE OF ILLINOIS      )
                       ) ss      Chicago, Illinois
COUNTY OF COOK         )

**AFFIDAVIT OF JILL M. BRADY**

JILL M. BRADY, being duly sworn, deposes and states as follows:

2. I am over the age of eighteen and understand the obligation of an oath.

3. I am an associate in the firm of Eimer Stahl Klevorn & Solberg LLP, 224 S. Michigan Ave., Suite 1100, Chicago, Illinois 60604, telephone 312-660-7600, fax 312-692-1718, email address jbrady@eimerstahl.com.

4. I am a member in good standing of the bar of the State of Illinois (admitted 2004).

5. I am admitted to practice in the courts of the State of Illinois and the State of Michigan as well as the United States District Court for the Northern District of Illinois and the United States District Court for the Eastern District of Michigan.

74260_1

6. Neither I nor anyone at the Eimer Stahl firm has been denied admission or disciplined in accordance with D. Conn. L. Civ. R. 83.2, or has been denied admission or disciplined by any other court.

7. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I swear that the foregoing is true and correct.

December 22, 2005

                                             Jill M. Brady
                                             Illinois Bar No. 6281656

Subscribed and sworn to
before me this 23 day
of Dec., 2005.

Margot Weaver
Notary Public

OFFICIAL SEAL
MARGOT WEAVER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/16/09

74260_1