UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, AND UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE, LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE, LTD., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) |

**MOTION ON CONSENT FOR EXTENSIONS OF TIME**

Plaintiffs in the above-captioned matter move this Court, pursuant to Local Civil Rule 7(b), to extend their deadline to respond to Defendants' Motion Pursuant to Fed. R. Civ. P. 37(a)(2)(B) to Compel Production of Plaintiffs' Financial Statements (document # 383) with supporting Memorandum (document # 384), filed on December 8, 2005 ("Defendants' Motion"). Plaintiffs plan to file a consolidated Opposition to Defendants' Motion and Defendants' Amended Motion Pursuant to Fed. R. Civ. P. 37(a)(2)(B) to Compel Production of Plaintiffs' Financial Statements, dated December 27, 2005, with supporting Memorandum, filed on or about December 28, 2005 ("Defendants' Amended Motion"). Defendants consent to this motion for extension.

LITDOCS/602476.1

Specifically, plaintiffs request that their time to file a consolidated Opposition to the Motion and Amended Motion be moved to January 9, 2006, and that defendants' time to file their Reply to plaintiffs' consolidated response be adjusted accordingly.

This extension is warranted because of the intervening holidays and the professional and personal schedules of counsel responsible for drafting and reviewing the briefs. In addition, in view of the very recent filing of amended papers, plaintiffs seek a short extension of time to prepare a single consolidated responsive brief, which they believe will be most efficient and convenient for the Court. This is plaintiffs' first request for an extension of this deadline.

Dated:   December 29, 2005

Attorneys for Plaintiffs

MM GLOBAL SERVICES, INC., MM
GLOBAL SERVICES PTE., LTD., AND
MEGAVISA SOLUTIONS (S) PTE,
LTD.

By: _____
Robert M. Langer (ct 06305)

WIGGIN AND DANA LLP
One CityPlace
185 Asylum Street
Hartford, CT  06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)

## **CERTIFICATE OF SERVICE**

This is to certify that on this 29th day of December, 2005, a copy of the foregoing was sent by telecopier and first-class mail to the following:

Craig A. Raabe
Robinson & Cole LLP
280 Trumbull Street, 28th Floor
Hartford, CT 06103

Andrew S. Marovitz
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Christopher J. Kelly
Mayer Brown Rowe & Maw LLP
1909 K. Street, N.W.
Washington, DC 20006

Scott C. Solberg
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604

_____
Robert M. Langer

cc:    The Honorable Alfred V. Covello (via hand delivery)
       United States District Court
       450 Main Street
       Hartford, CT 06103

\15726\1\51812.1