**FILED**

2005 JAN 23 P 3: 58

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD. & MEGA VISA SOLUTIONS (S) PTE. LTD., | : <br> : <br> : <br> : |
| Plaintiffs | : <br> : |
| v. | :     Civil No. 3:02 CV 1107 (AVC) |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION & UNION CARBIDE ASIA PACIFIC, INC., | : <br> : <br> : <br> : |
| Defendants. | :     December 23, 2005 |

**MOTION OF DOW CHEMICAL PACIFIC (SINGAPORE) PRIVATE LTD. AND UNION CARBIDE CUSTOMER SERVICES PTE. LTD. FOR A FOURTEEN-DAY <u>ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT</u>**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendants, Dow Chemical Pacific (Singapore) Private Ltd. ("Dow Singapore") and Union Carbide Customer Services Pte. Ltd. ("UCCS"), move for a fourteen-day enlargement of time within which to respond to the complaint. In support of this Motion, the moving defendants state the following:

1. On December 12, 2005, the Court filed a Memorandum of Decision vacating the dismissal of Dow Singapore and UCCS.

2. Dow Singapore and UCCS's responsive pleadings, therefore, would be due on December 26, 2005, without an enlargement of time.

3. In light of the holidays and the relatively short period between the entry of the

*[handwritten margin notations: "386", "02cv1107pend #386", "GRANTED. Alfred V. Covello, U.S.D.J.", "January 3, 2006. SO ORDERED."]*