# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

MM Global Services, Inc., MM Global Services PTE. LTD, and Mega Visa Solutions (S). PTE. LTD.,
                    Plaintiffs,

v.                      CASE NUMBER: 3:02-CV-01107 (AVC)

The Dow Chemical Company, Union Carbide Corporation, Union Carbide Asia Pacific, Inc., Union Carbide Customer Services PTE. LTD., and Dow Chemical Pacific (Singapore) PTE. LTD.,
                    Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

    Union Carbide Corporation,
    Union Carbide Asia Pacific, Inc., and
    Union Carbide Customer Services Pte. Ltd

| | |
|---|---|
| January 5, 2005 | /s/ Jill M. Brady |
| **Date** | **Signature** |
| phv0793 | Jill M. Brady |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (312) 660-7600 | Eimer Stahl Klevorn & Solberg LLP |
| **Telephone Number** | **Address** |
| (312) 692-1718 | 224 S. Michigan Avenue, Suite 1100 |
| **Fax Number** | Chicago, IL 60604 |
| jbrady@eimerstahl.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached Service List.

/s/ Jill M. Brady
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATE OF SERVICE

This is to certify that a copy of this Appearance was forwarded this 5th day of January 2005, by first-class mail, postage prepaid, to the following counsel as follows:

Alicia L. Downey, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02100

Richard S. Taffet, Esq.
Bingham McCutchen LLP
349 Park Avenue
New York, NY 10022-4G89

Robert M. Langer, Esq.
Steven Bruce Malech Esq.
Wiggin & Dana LLP
One City Place
185 Asylum Street
Hartford, CT 06103

Craig A. Raabe, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Andrew Marovitz, Esq.
Britt M. Miller, Esq.
Dana S. Douglas, Esq.
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Christopher J. Kelly, Esq.
Mayer Brown Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006

_____
Jill M. Brady