UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD. & MEGA VISA SOLUTIONS (S) PTE. LTD., | : : : : |
| Plaintiffs | : : |
| v. | :   Civil No. 3:02 CV 1107 (AVC) : |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION & UNION CARBIDE ASIA PACIFIC, INC., | : : : : |
| Defendants. | :   January 9, 2006 |

**MOTION OF DOW CHEMICAL PACIFIC (SINGAPORE) PRIVATE LTD. AND UNION CARBIDE CUSTOMER SERVICES PTE. LTD. FOR A TWO-DAY ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendants, Dow Chemical Pacific (Singapore) Private Ltd. ("Dow Singapore") and Union Carbide Customer Services Pte. Ltd. ("UCCS"), move for a two-day enlargement of time within which to respond to the complaint. In support of this Motion, the moving defendants state the following:

1. On December 12, 2005, the Court filed a Memorandum of Decision vacating the dismissal of Dow Singapore and UCCS.

2. Dow Singapore and UCCS's responsive pleadings currently are due on January 9, 2006.

3. The moving defendants are in the process of finalizing responsive pleadings and

need an additional two days to complete the responses.

4. The plaintiffs have no objection to this enlargement of time.

5. This is the second motion for enlargement on this issue.

WHEREFORE, Dow Singapore and UCCS move for a two-day enlargement of time within which to file their responsive pleadings up to and including January 11, 2006.

Respectfully submitted,

_____
Craig A. Raabe

| | |
|---|---|
| Craig A. Raabe (ct 04116) | Andrew S. Marovitz (ct 25409) |
| Jason M. Kuselias (ct20293) | Dana S. Douglas (ct 25412) |
| Elizabeth R. Leong (ct24453( | MAYER, BROWN, ROWE & MAW LLP |
| ROBINSON & COLE LLP | 71 S. Wacker Drive |
| 280 Trumbull Street | Chicago, Illinois 60606 |
| Hartford, CT 05103-3497 | (312) 782-0600 |
| (860) 275-8304 | |
| | Christopher J. Kelly (ct 25410) |
| Nathan P. Eimer (ct 23693) | MAYER, BROWN, ROWE & MAW LLP |
| Scott C. Solberg (phv 0234) | 1909 K Street, N.W. |
| EIMER STAHL KLEVORN & SOLBERG LLP | Washington, D.C. 20006-1157 |
| 224 South Michigan Avenue, Suite 1100 | (202) 263-3000 |
| Chicago, IL 60604 | |
| (312) 660-7600 | |

*Counsel for Defendants The Dow Chemical Company,*

*Union Carbide Corporation and Union Carbide Asia Pacific, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was hand-delivered on this 9th day of January, 2006, to:

>   Robert M. Langer
>   WIGGIN & DANA LLP
>   One City Place
>   185 Asylum Street
>   Hartford, CT 06103-3402

and via overnight delivery on the following:

>   Richard S. Taffet
>   BINGHAM MCCUTCHEN LLP
>   399 Park Avenue
>   New York, NY 10022-4689

>   Alicia L. Downey
>   BINGHAM MCCUTCHEN LLP
>   150 Federal Street
>   Boston, MA 02110-1726

>   Suzanne Wachsstock, Esq.
>   Wiggin & Dana LLP
>   400 Atlantic Street
>   P.O. Box 110325
>   Stamford, CT 06911-0325

_____
Craig A. Raabe