*Exhibit A*

**From:** Ajay Mittal [mittal@megavisa.com]
**Sent:** Thursday, May 04, 2000 10:16 PM
**To:** John Yimo
**Cc:** lawrence cheung; Ron Neri
**Subject:** Overview of W/C business in India

Dear John,

I hope this is about the last correspondence we are having on entire issue of non supply of about 14000 MT of Wire& Cable compounds to Indian customers against confirmed orders due to oil price rise and other factors. Over last six months we have worked tirelessly to placate the Indian customers& to reestablish one of the fastest growing market for cable compounds for Union Carbide. Along the way we had to take many insults & abuses from our customers and some unfortunate incidents like letter by CMI& notice from Finolex Cables, but we have persisted in our endeavors& hopefully we will be able to fully regain the lost market share over next few months.

I am also glad to inform you that with settlement between MM Global& Finolex in place, I can confirm that there will be no more issue of any liability on part of Union Carbide, any future claim in this issue of Finolex will be handled by MM Global independently.

I would also like to briefly touch upon the financial consequences of the fall out. Union Carbide would obviously would have gained by huge margin on subsequent sales and thanks to all the hard work in India by Megavisa team the compensation for UCC would only be $ 280,000. As against MM Global/Megavisa having gone as per the business plan agreed upon will be loser by $ 360,000 (cost of lost commission income + settlement cost). However, we never raised this issue in any of the forum is because we know you understand& appreciate this. We see this issue beyond financials, lot of what has happened has to do with relationship built over the years between Megavisa/MMG and Union Carbide. We immensely value this relationship& I am confident you& your team feels likewise and we will continue to work closely in future to make your products most sought after in Indian market.

I would also like to take this opportunity to look ahead in working out joint strategy for making UCC Wire& Cable compounds again market leader, even in this time of extreme turmoil& hostile environment for our team we have continued to work with DoT to upgrade the specification to drive out smaller players and we are hoping to give you some good news there. We have also won over many of the customers& sold 850 MT at an average price of $ 1005/MT(for both ie.power& telecom) from Jan. 2000 to April 2000. As we go ahead we are confident of achieving better volumes and better net backs for UCC.

May I complete this by putting on record my appreciation for close co-operation extended to us by your team? We appreciate this& look forward to better& brighter future.

Thanks& Regards,
Ajay Mittal
mittal@megavisa.com



DEFENDANT'S
EXHIBIT
106