09/15/00  12:05  ☎203 ⁻⁻4 4423        UC CT. LAW DEPT.                    ☒031/03

## MM Global Services Pte Ltd

34/31

5 June, 2000

Mr. Lawrence Cheung
Area Director
Wire & Cable Polymer Business
Union Carbide Asia Pacific

Sub: Settlement of Claim with Finolex Cables Ltd.

Dear Mr. Lawrence Cheung,

I refer to claim and legal notice by Finolex Cables Ltd. for about USD 1.5 million for non-shipment of 5304 MT of Wire & Cable compounds against their confirmed order to MM Global Services Pte. Ltd., against which order we had placed our order with Union Carbide. We have agreed to settle the case for USD 400000 with Finolex Cables Ltd.

As per terms of agreement Union Carbide will pay MM Global total of USD 280000 and in spirit of partnership balance USD 120000 will be borne by MM Global Services. MM global will further agree that this will be full & final settlement against this claim by Finolex Cable Ltd. and that Finolex Cable will drop all its legal action and undertake not to take any further action.

In an unlikely event of Finolex Cable not abiding by its commitment, we confirm that MM Global will handle any further action and consequences there of independently without any further recourse to or claim against Union Carbide. MM Global Services Pte. Ltd. further assures Union Carbide of its commitment to handle any other action/s instituted by any other Indian W & C customers to the satisfaction of Union Carbide.

We sincerely hope settlement will put an end to the whole saga with Finolex Cables Ltd. and we can look forward to working closely to re-establish market leadership in India for Union Carbide W&C compounds.

Regards

For MM Global Services Pte. Ltd.

Paresh Zaveri
Vice President

DEFENDANT'S
EXHIBIT
107

3 Shenton Way • #07-04 Shenton House • Singapore 068805
Tel: (65) 221 1329 / 221 0521 • Fax: (65) 227 8101
E-mail: petro@singnet.com.sg

D00640