*Exhibit C*

# MM Global Services Pte Ltd

4th October, 2000

Mr. Lawrence Cheung
Area Director
Wire & Cable Polymer Business
Union Carbide Asia Pacific

Sub: Settlement of Claim with Sterlite Industries (India) Limited

Dear Mr. Lawrence Cheung,

I refer to claim and legal notice by Sterlite Industries (India) Limited for about USD 1.7 million for non-shipment of Wire & Cable compounds against their order to MM Global Services Pte. Ltd., against which order we had placed our order with Union Carbide. We have agreed to settle the case for USD 1.0 Million with Sterlite Industries (India) Limited.

MM global will agree that this will be full & final settlement against this claim by Sterlite Industries (India) Limited and that Sterlite Industries will drop all its legal action and undertake not to take any further action.

In an unlikely event of Sterlite Industries not abiding by its commitment, we confirm that MM Global will handle any further action and consequences there of independently without any further recourse to or claim against Union Carbide.

We can look forward to working closely to re-establish market leadership in India for Union Carbide W&C compounds.

Regards

For MM Global Services Pte. Ltd.

(SANJIV SANGHVI) -
Director

w/p'd by
OCT 6' 2000

DEFENDANT'S EXHIBIT 109

2 of 4

3 Shenton Way • #07-04 Shenton House • Singapore 068805
Tel: (65) 221 1329 / 221 0521 • Fax: (65) 227 8101
E-mail: petro@singnet.com.sg

D00538