02CV1107 mtn ext

396

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD. & MEGA VISA SOLUTIONS (S) PTE. LTD., | : : : : : |
| Plaintiffs | : : |
| v. | :   Civil No. 3:02 CV 1107 (AVC) |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION & UNION CARBIDE ASIA PACIFIC, INC., | : : : : |
| Defendants. | :   January 9, 2006 |

### MOTION OF DOW CHEMICAL PACIFIC (SINGAPORE) PRIVATE LTD. AND UNION CARBIDE CUSTOMER SERVICES PTE. LTD. FOR A TWO-DAY ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendants, Dow Chemical Pacific (Singapore) Private Ltd. ("Dow Singapore") and Union Carbide Customer Services Pte. Ltd. ("UCCS"), move for a two-day enlargement of time within which to respond to the complaint. In support of this Motion, the moving defendants state the following:

1. On December 12, 2005, the Court filed a Memorandum of Decision vacating the dismissal of Dow Singapore and UCCS.

2. Dow Singapore and UCCS's responsive pleadings currently are due on January 9, 2006.

3. The moving defendants are in the process of finalizing responsive pleadings and

January 12, 2006.   GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.