IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC., MM
GLOBAL SERVICES PTE. LTD., and MEGA
VISA SOLUTIONS (S) PTE. LTD.,

        Plaintiffs,        3:02 CV 1107 (AVC)

v.

THE DOW CHEMICAL COMPANY, UNION
CARBIDE CORPORATION, UNION        January 13, 2006
CARBIDE ASIA PACIFIC, INC., UNION
CARBIDE CUSTOMER SERVICES PTE.
LTD., and DOW CHEMICAL PACIFIC
(SINGAPORE) PTE. LTD.,

        Defendants.

### APPEARANCE

Please enter the appearance of the undersigned for defendants Union Carbide Services Pte. Ltd and Dow Chemical Pacific (Singapore) Pte. Ltd.

_____
Elizabeth R. Leong
Federal Bar No. ct24453
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax: (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance was mailed via first-class mail, postage prepaid, on this 13th day of January, 2006, to the following counsel of record:

Robert M. Langer, Esq.
Wiggin & Dana LLLP
CityPlace
185 Asylum Street
Hartford, CT 06103

Richard S. Taffet
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689

Alicia L. Downey
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

_____
Elizabeth R. Leong