391

FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2005 DEC 29 P 12:00

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, AND UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE, LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE, LTD., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) |

2006 JAN 13 P [U.S. DISTRICT HARTFORD]

**MOTION ON CONSENT FOR EXTENSIONS OF TIME**

Plaintiffs in the above-captioned matter move this Court, pursuant to Local Civil Rule 7(b), to extend their deadline to respond to Defendants' Motion Pursuant to Fed. R. Civ. P. 37(a)(2)(B) to Compel Production of Plaintiffs' Financial Statements (document # 383) with supporting Memorandum (document # 384), filed on December 8, 2005 ("Defendants' Motion"). Plaintiffs plan to file a consolidated Opposition to Defendants' Motion and Defendants' Amended Motion Pursuant to Fed. R. Civ. P. 37(a)(2)(B) to Compel Production of Plaintiffs' Financial Statements, dated December 27, 2005, with supporting Memorandum, filed on or about December 28, 2005 ("Defendants' Amended Motion"). Defendants consent to this motion for extension.

January 13, 2006. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

LITDOCS/602476.1