UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., DOW CHEMICAL COMPANY PACIFIC (SINGAPORE) PTE. LTD., and UNION CARBIDE CUSTOMER SERVICE PTE. LTD. <br><br> Defendants. | Civil No. 3:02 CV 1107 (AVC) <br><br> January 23, 2006 |

### DEFENDANTS' MOTION
### FOR SUMMARY JUDGMENT

Defendants The Dow Chemical Company, Union Carbide Corporation, Union Carbide Asia Pacific, Inc., Union Carbide Customer Service Pte. Ltd, and Dow Chemical Pacific (Singapore) Pte. Ltd. ("Defendants") respectfully move the Court under Fed.R.Civ.P. 56 for an order entering summary judgment in their favor on Count I of the First Amended Complaint and dismissing the remaining counts under the doctrine of forum non conveniens. In support of their motion, Defendants submit their Brief In Support of Their Motion For Summary Judgment,

Local Rule 56(a)(1) Statement and Appendix of Evidence in Support of Their Motion For Summary Judgment, filed contemporaneously herewith.

Respectfully submitted,

Craig A. Raabe (ct 04116)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 05103-3497
(860) 275-8304

*Counsel for all Defendants*

Andrew S. Marovitz (ct 25409)
Dana S. Douglas (ct 25412)
MAYER, BROWN, ROWE
 & MAW LLP
71 S. Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

Christopher J. Kelly (ct 25410)
MAYER, BROWN, ROWE
& MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1157
(202) 263-3000

*Counsel for Defendant
The Dow Chemical Company and Dow
Chemical Pacific (Singapore) Pte. Ltd.*

Nathan P. Eimer (ct 23693)
Scott C. Solberg (phv 0234)
EIMER STAHL KLEVORN
 & SOLBERG LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600

*Counsel for Defendants
Union Carbide Corporation,
Union Carbide Asia Pacific, Inc., and
Union Carbide Customer Service Pte. Ltd.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of this DEFENDANTS' MOTION FOR SUMMARY JUDGMENT was forwarded this 23rd day of January, 2006, by first-class mail, postage prepaid, to the following counsel:

Alicia L. Downey, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110-1726

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

Robert M. Langer, Esq.   (By - hand)
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103

_____
Craig A. Raabe