UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., )<br><br>Plaintiffs, )<br><br>v. )<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, and UNION CARBIDE ASIA PACIFIC, INC. )<br><br>Defendants. ) | Civil No. 3:02 CV 1107 (AVC)<br><br>January 23, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, The Dow Chemical Company, Union Carbide Corporation and Union Carbide Asia Pacific, Inc. have manually filed the following documents:

> Defendants' Appendix of Evidence in Support of Their Motion For Summary Judgment

These documents have not been electronically filed because of the large number of exhibits attached thereto.

Craig A. Raabe (ct04116)
Jason M. Kuselis (ct20293)
Elizabeth R. Leong (ct24453)
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8200

## **CERTIFICATE OF SERVICE**

I, Craig A. Raabe, do hereby certify that I caused a true and correct copy of Defendants' Notice of Manual Filing to be served this 23rd day of January, 2006 via courier on the following:

Robert M. Langer
WIGGIN & DANA LLP
One City Place
185 Asylum Street
Hartford, CT 06103-3402

and via overnight delivery on the following:

Richard S. Taffet
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689

Alicia L. Downey
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726

Nathan P. Eimer
Scott C. Solberg
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

_____
Craig A. Raabe