EXHIBIT 1



**JAIN & JAIN** | CERTIFIED PUBLIC ACCOUNTANTS
A PROFESSIONAL CORPORATION

13111 WESTHEIMER, SUITE 120
HOUSTON, TEXAS 77077
713-596-7010



To the Board of Directors
Mega Global Services, Inc.
Houston, Texas

We have compiled the accompanying balance sheet of Mega Global Services, Inc. (a corporation) as of March 31, 1994 and the related statement of income for the period from inception (March 10, 1993) to March 31, 1994, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of financial statements information that is the representation of management. We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or any other form of assurance on them.

Management has elected to omit substantially all of the disclosures and the statement of cash flows required by generally accepted accounting principles. If the omitted disclosures and statement of cash flows were included in the financial statements, they might influence the user's conclusions about company's financial position, results of operations, and cash flows. Accordingly, these financial statements are not designed for those who are not informed about such matters.

*Jain & Jain, P.C.*

Jain and Jain, P.C., CPAs

June 2, 1994

1

MEGA GLOBAL SERVICES, INC.
BALANCE SHEET
MARCH 31, 1994

|  | Original | Adjustments | Final |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **CURRENT ASSETS** | | | |
| Petty cash | $ 2,700 | -2,692 | 8 |
| Cash in bank | 46,731 |  | 46,731 |
| Accounts receivable- | | | |
| --trade | 532,633 | -125,026 | 407,607 |
| --Mega Meditex | 5,000 |  | 5,000 |
|  | 587,064 | -127,718 | 459,346 |
| **PROPERTY & EQUIPMENT** | | | |
| Office equipment | 3,118 |  | 3,118 |
| Furniture | 454 |  | 454 |
| Acc. depreciation |  | -357 | -357 |
|  | 3,572 | -357 | 3,215 |
| **OTHER ASSETS** | | | |
| Organization cost |  | 875 | 875 |
| Acc. amortization |  | -175 | -175 |
| Deposit | 1,232 |  | 1,232 |
|  | 1,232 | 700 | 1,932 |
| **TOTAL ASSETS** | $ 591,868 | -127,375 | 464,493 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| **CURRENT LIABILITIES** | | | |
| Accounts payable | 442,973 | -103,306 | 339,667 |
| Accrued payable |  | 58,418 | 58,418 |
| Commissions payable |  | 25,079 | 25,079 |
| Payroll taxes | 1,670 | 1,279 | 2,949 |
| Note payable-parent |  | 25,100 | 25,100 |
|  | 444,643 | 6,570 | 451,213 |
| **STOCKHOLDERS' EQUITY** | | | |
| Common stock | 50,300 | -25,100 | 25,200 |
| Retained earnings | 96,925 | -108,845 | -11,920 |
|  | 147,225 | -133,945 | 13,280 |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ 591,868 | -127,375 | 464,493 |

See accountants' compilation letter                                   2

M 10194

MEGA GLOBAL SERVICES, INC.
INCOME STATEMENT FROM INCEPTION
(MARCH 10, 1993) TO MARCH 31, 1994

|  | Original | Adjust-ments | Final |
|---|---|---|---|
| **REVENUES** | | | |
| Sales | $ 1,654,227 | -125,026 | 1,529,201 |
| Shipping & handling | 61,595 | | 61,595 |
| Insurance charges | 9,026 | | 9,026 |
| Commissions | 11,982 | | 11,982 |
| Discount | -2,342 | | -2,342 |
| Total revenues | 1,734,488 | -125,026 | 1,609,462 |
| **COST OF REVENUES** | | | |
| Materials | 1,540,243 | -103,306 | 1,436,937 |
| Freight | 7,100 | 50,996 | 58,096 |
| Total cost of revenues | 1,547,343 | -52,310 | 1,495,033 |
| Gross profit | 187,145 | -72,716 | 114,429 |
| **COST OF OPERATIONS** | | | |
| Advertising | 843 | 245 | 1,088 |
| Amort.-Org. cost | | 175 | 175 |
| Bank charges | 5,702 | | 5,702 |
| Commissions-Visa | 32,136 | 25,079 | 57,215 |
| Depreciation | | 357 | 357 |
| Head office rep. | 2,250 | | 2,250 |
| Insurance-health | 877 | | 877 |
| Office expenses | 4,565 | 755 | 5,320 |
| Payroll | 16,715 | 2,100 | 18,815 |
| Payroll taxes | 193 | 1,638 | 1,831 |
| Petty cash expenses | | 2,692 | 2,692 |
| Postage | 1,259 | 1,854 | 3,113 |
| Professional fee | 3,237 | 617 | 3,854 |
| Rent | 5,633 | | 5,633 |
| Telephone | 7,172 | 221 | 7,393 |
| Travel/entertainment | 8,994 | | 8,994 |
| Utility | 482 | | 482 |
| Vehicle expense | 162 | 396 | 558 |
| Total cost of operations | 90,220 | 36,129 | 126,349 |
| **NET INCOME** | $ 96,925 | -108,845 | -11,920 |

See accountants' compilation letter                                      3

M 10195