EXHIBIT 3

**JAIN & JAIN** | CERTIFIED PUBLIC ACCOUNTANTS
A PROFESSIONAL CORPORATION

13111 WESTHEIMER, SUITE 120
HOUSTON, TEXAS 77077
713-596-7010



To the Board of Directors
Mega Global, Inc.
Houston, Texas

We have compiled the accompanying balance sheet of Mega Global, Inc. (a corporation) as of April 30, 1995 and the related statement of income and retained earnings for one month and four months then ended, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.

A compilation is limited to presenting in the form of financial statements information that is the representation of management. We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or any other form of assurance on them.

Management has elected to omit substantially all of the disclosures and the statement of cash flows required by generally accepted accounting principles. If the omitted disclosures and statement of cash flows were included in the financial statements, they might influence the user's conclusions about company's financial position, results of operations, and cash flows. Accordingly, these financial statements are not designed for those who are not informed about such matters.

These financial statements do not reflect any income tax liability (benefit).

*Jain & Jain, P.C.*
Jain and Jain, P.C., CPAs

*May 17, 1995*

M 09617