EXHIBIT 4

MM GLOBAL SERVICES, INC.
Balance Sheet
October 31, 1998

## ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Petty Cash | $ 50.00 | |
| Cash in Savings | 11,160.15 | |
| Cash in Checking | -18,117.50 | |
| MMGlobal Sing - TIS Ins. A/C | <2,777.92> | |
| Accounts Receivable | 205,913.18 | |
| Misc. Accounts Recievables | -50,857.39 | |
| Prepaid Income Tax | 2,002.00 | |
| Total Current Assets | | 285,322.30 |
| **Property and Equipment** | | |
| Furniture & Fixtures | 4,026.78 | |
| Machinery & Equipment | 11,604.42 | |
| Accumulated Depreciation | <13,971.00> | |
| Total Property and Equipment | | 1,660.20 |
| **Other Assets** | | |
| Total Other Assets | | 0.00 |
| **Total Assets** | | $ 286,982.50 |

## LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Accounts Payable | $ 123,340.03 | |
| Accounts payable - Others | 75,591.57 | |
| Due to Visa - Commissions | 78,394.58 | |
| Sales Tax Payable | 0.00 | |
| Payroll Taxes Due (Summary) | 1,813.39 | |
| Total Current Liabilities | | 279,139.57 |
| **Long-Term Liabilities** | | |
| Total Long-Term Liabilities | | 0.00 |
| Total Liabilities | | 279,139.57 |
| **Capital** | | |
| Capital Stock | 500.00 | |
| Paid in Capital | 24,500.00 | |
| Treasury Stock | <10,500.00> | |
| Retained Earnings | 64,238.09 | |
| Net Income | <70,895.16> | |
| Total Capital | | 7,842.93 |
| **Total Liabilities & Capital** | | $ 286,982.50 |

Unaudited - For Management Purposes Only

M 09375