BINGHAM McCUTCHEN

Alicia L. Downey
Direct Phone: (617) 951-8187
alicia.downey@bingham.com

December 13, 2005

**BY TELECOPIER**
**& FEDERAL EXPRESS**

Andrew S. Marovitz, Esq. (via facsimile at 312-706-8651)
Dana S. Douglas, Esq. (via facsimile at 312-706-8662)
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Nathan P. Eimer, Esq. (via facsimile at 312-692-1718)
Scott C. Solberg, Esq.
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604

Re:  *MM Global Services Inc. v. The Dow Chemical Co.*

Dear Counsel:

Enclosed please find documents numbered MM 512-1082 responsive to defendants' renewed request for financial records. We believe these documents were made available to defendants at least once, but out of an abundance of caution, we are producing them herewith.

Also enclosed is an errata list of corrections to Ajay Mittal's previous deposition testimony.

Very truly yours,

Alicia L. Downey

ALD/mmp
Enclosures

cc:    Christopher J. Kelly, Esq.
       Richard S. Taffet, Esq.
       Craig A. Raabe, Esq.
       Robert M. Langer, Esq.
              (all by facsimile)

Bingham McCutchen LLP
One State Street
Hartford, CT
06103-3178

860.240.2700
860.240.2800 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington