**BINGHAM McCUTCHEN**

Cynthia M. Guizzetti
Direct Phone: (617) 951-8753
Cynthia.Guizzetti@bingham.com

December 23, 2005

<u>**BY TELECOPIER & FEDERAL EXPRESS**</u>

Andrew S. Marovitz, Esq.
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Scott C. Solberg, Esq.
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604

Re: *MM Global Services et als. v. The Dow Chemical Co. et als.*,
No. 3:02 CV 1107 (AVC)

Dear Counsel:

Enclosed please find additional documents responsive to defendants' request for annual financial statements, numbered MM 000100A, MM000112A, and MM001083-1115.

Sincerely,

*Cynthia Guizzetti/mmg*

Cynthia M. Guizzetti

Enclosure
cc:  Craig A. Raabe, Esq.
     Dana S. Douglas, Esq.
     Nathan P. Eimer, Esq.
     Christopher J. Kelly, Esq.
     Robert M. Langer, Esq.
     Richard S. Taffet, Esq.
     Alicia L. Downey, Esq.
           (all by telecopier w/o enclosure)

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

LITDOCS/625852.1

** TOTAL PAGE.02 **
DEC 23 2005 11:00 FR BINGHAM MCCUTCHEN LLP7 951 8736 TO 912025635285    P.02/02