```
[680] From: E Q JIMENEZ at UCPFE 8/13/98 11:26AM (1641 bytes: 1 ln)
To: Wong SM (Yvonne) at UCCS
cc: ROZIE at UCCS, FSFOO (FOO.FS) at UCAP, MMGLOBAL at UCAP, VISACORP at UCA!
    ROMERO.M, Y.M.FOO at UCCS
Subject: Requesting your UA for W/C 77
------------------------------- Forwarded with Changes -------------------------
From: MMGLOBAL at UCAP 8/11/98 12:30PM (895 bytes: 1 ln)
To: E Q JIMENEZ at UCPFE
cc: Y.M.FOO (FOO.YM) at UCCS, ROZIE at UCCS, VISACORP at UCAP
Subject: Requesting your UA for W/C 77
------------------------------- Message Contents -------------------------------
```

cc: paresh z
    a arora/sushant p

dear yvonne,

confirm u/a to order entry for below order.

thanks/regards

noli

_____ Forward Header _____
Subject: Requesting your UA for W/C 77
Author:  MMGLOBAL at UCAP
Date:    8/11/98 12:30 PM

Dear Noli,

As per our telecon i am sending you the deatils of pricing for W/C 77, Nicco Telelink for 255 MT of DHDA 8880 & 357 MT of DFDD 0588.

```
CIF Price  : usd 698
Insurence  : usd   2
Freight    : usd 100
---------------------
Nett Price : usd 596
Less C3    : usd  18
---------------------
FAS Price  : usd 578
```

I look forward to your U/A.

Thanks & Regards

Paresh Zaveri

PLAINTIFF'S EXHIBIT

M 3899