UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., AND MEGAVISA SOLUTIONS (S) PTE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, AND UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE, LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE, LTD., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) <br><br><br><br> JANUARY 26, 2006 |

**MOTION FOR EXTENSION OF TIME**

Plaintiffs in the above-captioned matter move this Court, pursuant to Local Civil Rule 7(b), to extend their deadline to February 28, 2006, to answer, move or otherwise respond to the Counterclaims contained in the Answer, Affirmative Defenses and Counterclaims of Defendant Union Carbide Customer Service PTE. Ltd. to the First Amended Complaint (document # 397), filed on January 11, 2006. Defendants consent to this motion for extension.

This is plaintiffs' first request for an extension of this deadline.

PLAINTIFFS MM GLOBAL SERVICES,
INC., MM GLOBAL SERVICES PTE.,
LTD., AND MEGAVISA SOLUTIONS (S)
PTE, LTD.

By: _____
Robert M. Langer (ct 06305)
WIGGIN AND DANA LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)
rlanger@wiggin.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 26th day of January, 2006, a copy of the foregoing was sent by telecopier and first-class mail to the following:

Craig A. Raabe
Robinson & Cole LLP
280 Trumbull Street, 28th Floor
Hartford, CT  06103

Andrew S. Marovitz
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606-4637

Christopher J. Kelly
Mayer Brown Rowe & Maw LLP
1909 K. Street, N.W.
Washington, DC  20006

Scott C. Solberg
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604

_____
Robert M. Langer

cc:   The Honorable Alfred V. Covello (via hand delivery)
      United States District Court
      450 Main Street
      Hartford, CT  06103

\15726\1\52040.1