Case 3:02-cv-01107-AVC   Document 411   Filed 01/30/06   Page 1 of 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., AND MEGAVISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD., <br><br> Defendants. | CIVIL ACTION <br> NO. 3:02 CV 1107 (AVC) <br><br> October 7, 2005 |

## MOTION FOR SUBSTITUTION AS PLAINTIFF

Pursuant to Fed. R. Civ. P. 25(c), Plaintiffs MM Global Services, Inc. ("MMGS"), MM Global Services Pte., Ltd. ("MMGS-S"), and MegaVisa Solutions (S) Pte., Ltd. ("MVS") (collectively, "plaintiffs") move the Court for an Order substituting Advent Manage Limited ("Advent"), 80 Raffles Place, 16-20 UOB Plaza 2, Singapore 049624, for plaintiffs in this action. In support of this motion, plaintiffs state that they are no longer actively engaged in business and as the result of the transfer, for good and valuable consideration, by way of assignment dated August 30, 2005, of certain of their assets, including all rights, claims, causes of action and obligations in the above-captioned proceeding, Advent, as transferee/assignee, should be recognized as the real plaintiff party in interest. Advent is represented by the undersigned counsel of record for plaintiffs. Substitution as requested herein will cause no delays or alterations to the case calendar.

For all the foregoing reasons, plaintiffs respectfully request that their Motion for Substitution be granted forthwith.

*Handwritten margin note:* January 30, 2006. Motion is granted to the extent only that Advent is hereby ordered to be added as an additional party-plaintiff. SO ORDERED. Alfred V. Covello

LITDOCS/617503.1