UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MM GLOBAL SVC INC, et al

V.

CASE NO. 3:02 CV 1107(AVC)

DOW CHEMICAL CO, et al

ORDER OF REFERRAL

The above-identified case is hereby referred to the Honorable Thomas P. Smith, United States Magistrate Judge, for purposes of status and settlement discussions. SO ORDERED.

Dated at Hartford, Connecticut, this 30th day of January, 2006.

Alfred V. Covello
United States District Judge