UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., ET AL., <br>     Plaintiffs, <br><br> VS. <br><br> THE DOW CHEMICAL COMPANY ET AL., <br>     Defendants. | Civil No. 3:02cv 1107 (AVC) |

## ORDER STAYING DISCOVERY

As the court has referred this matter to U.S. Magistrate-Judge Thomas P. Smith for a settlement conference, the court hereby orders discovery in this matter stayed pending that conference. The parties, however, may go forward with discovery in aid of the settlement conference, and with any projects related to the merits of this case of which counsel have already prepared and expended resources. In addition, all deadlines set forth in the scheduling order are hereby set aside. The court will reset all relevant deadlines in the event the parties are unable to reach a settlement.

It is so ordered this 8th day of February, 2006 at Hartford, Connecticut.

                                    Alfred V. Covello
                                    United States District Judge