423

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., MEGA VISA SOLUTIONS (S) PTE. LTD., and ADVENT MANAGE LIMITED | ) ) ) ) ) | Civil No. 3:02 CV 1107 (AVC) |
| Plaintiffs, | ) ) | |
| v. | ) ) | March 29, 2006 |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., DOW CHEMICAL COMPANY PACIFIC (SINGAPORE) PTE. LTD., and UNION CARBIDE CUSTOMER SERVICE PTE. LTD. | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Alfred V. Covello, U.S.D.J.

March 31, 2006. GRANTED.
SO ORDERED.

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME BY 90 DAYS TO RESPOND TO JOINT MOTION BY COUNSEL FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF MEGAVISA SOLUTIONS (SINGAPORE) PTE LTD**

Having chastised Defendants for trying to understand the purported assignment of claims and having assured this Court that MegaVisa Solutions (Singapore) Pte. Ltd. ("MegaVisa") and Advent Manage Limited ("Advent") have the same interest—i.e., receiving lots of money from Defendants—Attorneys Richard S. Taffet and Alicia L. Downey and their Connecticut co-counsel ("Taffet and Downey") now admit that actual conflicts prevent them from continuing to represent both MegaVisa and Advent. Attorneys Taffet and Downey seek permission to withdraw from their representation of their original client MegaVisa, while continuing their

