UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES INC. ET AL., :
   Plaintiffs. :
 :
VS. :  Civil No.  3:02CV1107(AVC)
 :
THE DOW CHEMICAL COMPANY ET AL., :
   Defendants. :

## ORDER VACATING STAY OF DISCOVERY AND GRANTING ORAL ARGUMENT WITH RESPECT TO THE PENDING DISCOVERY MOTIONS

On February 8, 2006, the court ordered a stay of discovery pending a settlement conference with U.S. Magistrate Judge Thomas Smith. As that conference has been continued indefinitely, the court hereby VACATES the stay of discovery and orders the parties to kindly submit on or before April 14, 2006 a proposed scheduling order for completing discovery and motion practice with a view toward jury selection in August 2006.

With respect to the pending discovery motions, the court orders the parties to appear on May 16, 2006 at 10:00 am. The parties must be prepared to argue all pending discovery motions at this time. The proceedings will be in the customary conference format.

It is so ordered this 31st day of March 2006, at Hartford, Connecticut.

                                       Alfred V. Covello
                                       United States District Judge