UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2006 APR 17 A 10: 21

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>Defendants. | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC) |

## ORDER

Having granted, by Order dated March 31, 2006, defendants' motion for a 90-day enlargement of time to respond to the Joint Motion by Counsel for Leave to Withdraw as Counsel for Plaintiff Megavisa Solutions (Singapore) Pte Ltd. (the "Joint Motion to Withdraw," Docket # 419), and the parties, through counsel, having indicated to the Court their mutual desire to await the decision on the Joint Motion to Withdraw before proceeding further, the Court hereby vacates its March 31, 2006 Order directing the parties to submit a proposed discovery schedule and setting May 16, 2006 as the date for hearing on the pending discovery motions, and, further, the Court orders that this matter shall be stayed in all respects, except for completion of the briefing on the Joint Motion to Withdraw and on defendants' Sealed Motion (Docket # 422), pending the Court's decision on the Joint Motion to Withdraw.

It is so ordered this 17th day of April, 2006 at Hartford, Connecticut.

Alfred V. Covello
United States District Judge

LITDOCS/637336.1