422a

2006 MAR 20 P 4:06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., MEGA VISA SOLUTIONS (S) PTE. LTD., and ADVENT MANAGEMENT LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>Defendants. | Civil No. 3:02 CV 1107 (AVC)<br><br><br>March 20, 2006<br><br><br><br><br>FILED UNDER SEAL |

## MOTION TO PROVIDE
## ADVENT MANAGE LIMIT DOCUMENTS TO THE LIQUIDATORS

In accordance with the Court's Protective Order dated December 18, 2002, the defendants hereby move for permission to provide certain documents concerning Advent Manage Limited to the Liquidators of MegaVisa Solutions Pte. Ltd. A supporting Memorandum of Law is filed herewith, under seal.

MAY 4, 2006.
DENIED.