UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., MEGA VISA SOLUTIONS (S) PTE. LTD., and ADVENT MANAGE LIMITED <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., DOW CHEMICAL COMPANY PACIFIC (SINGAPORE) PTE. LTD., and UNION CARBIDE CUSTOMER SERVICE PTE. LTD. <br><br> Defendants. | Civil No. 3:02 CV 1107 (AVC) <br><br><br><br> JUNE 26, 2006 |

**DEFENDANTS' MOTION FOR A 60-DAY ENLARGEMENT OF TIME TO RESPOND TO MOTION BY COUNSEL FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF MEGAVISA SOLUTIONS (SINGAPORE) PTE LTD**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendants move for a sixty-day enlargement of time within which to respond to counsel's motion to withdraw from their representation of Megavisa Solutions (Singapore) Pte Ltd ("Megavisa Singapore"). In support of this Motion, the defendants state the following:

1. The parties currently are in the process of scheduling a conference with Magistrate Judge Smith, during which conference the parties expect to address settlement of this matter. Due to scheduling conflicts, that conference will not occur until early August.

2. In an effort to avoid expense in light of the potential for settlement, the defendants seek to postpone the briefing on Megavisa Singapore's counsel's motion to withdraw.

3. There will be no prejudice to any party or counsel as a result of this enlargement. Indeed, the briefing on this issue already has been extended while the parties have awaited developments in liquidation proceedings in Singapore.

4. This is the second request for an enlargement on this issue.

5. At the time of filing, the defendants had begun to discuss but had not yet obtained the plaintiffs' consent to this motion.

WHEREFORE, the defendants move for a sixty-day enlargement of time to August 25, 2006 within which to respond to the motion of Megavisa Singapore's counsel to withdraw.

Respectfully submitted,

Craig A. Raabe (ct 04116)
Jason M. Kuselias (ct 20293)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 05103-3497
Tel: (860) 275-8200
Fax: (860) 275-8299

Attorney for all Defendants

2

Andrew S. Marovitz (ct 25409)
Dana S. Douglas (ct 25412)
MAYER, BROWN, ROWE & MAW LLP
71 S. Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

Christopher J. Kelly (ct 25410)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1157
(202) 263-3000

*Counsel for Defendants
The Dow Chemical Company and Dow
Chemical Pacific (Singapore) Pte. Ltd.*

Nathan P. Eimer (ct 23693)
Scott C. Solberg (phv 0234)
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue - Suite 1100
Chicago, IL 60604
(312) 660-7600

*Counsel for Defendants
Union Carbide Corporation,
Union Carbide Asia Pacific, Inc.
and Union Carbide Customer Service Pte. Ltd.*

CERTIFICATE OF SERVICE

This is to certify that a copy of this MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO JOINT MOTION BY COUNSEL FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF MEGAVISA SOLUTIONS (SINGAPORE) PTE LTD was forwarded this 26th day of June, 2006, via hand-delivery to:

Robert M. Langer, Esq.
Wiggin & Dana LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103

and via Federal Express to:

Alicia L. Downey, Esq.
Bingham McCutchen, LLP
150 Federal Street
Boston, MA 02110-1726

Suzanne Wachsstock, Esq.
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-0325

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

_____
Jason M. Kuselias