UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>Defendants. | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC)<br><br>July 6, 2006 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance for the plaintiffs, MM Global Services, Inc., MM Global Services Pte., Ltd., and Megavisa Solutions (S) Pte., Ltd. in the above-captioned matter.

Plaintiffs continue to be represented by Robert M. Langer and Suzanne E. Wachsstock of this firm and Richard S. Taffet and Alicia M. Downey of Bingham McCutchen LLP.

MM GLOBAL SERVICES, INC.,
MM GLOBAL SERVICES PTE., LTD., AND
MEGAVISA SOLUTIONS (S) PTE, LTD.

*Steven B. Malech*
Steven B. Malech (ct16314)
WIGGIN AND DANA LLP
Their Attorneys
One City Place
185 Asylum Street
Hartford, CT 06103-3402
Tel: (860) 297-3700
Fax: (860) 525-9380
smalech@wiggin.com

## CERTIFICATE OF SERVICE

This is to certify that on this 6th day of July, 2006, a copy of the foregoing has been mailed, by certified mail, to the following:

MM Global Services, Inc.
MM Global Services Pte, Ltd.
MegaVisa Solutions(S) Pte, Ltd.
Advent Manage Limited
c/o Richard S. Taffet
Alicia L. Downey
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689


and has been mailed, by first class mail, to the following:

Craig A. Raabe
Robinson & Cole LLP
280 Trumbull Street, 28th Floor
Hartford, CT 06103

Andrew S. Marovitz
Mayer Brown Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603-3441

Christopher J. Kelly
Mayer Brown Rowe & Maw LLP
1909 K. Street, N.W.
Washington, DC 20006

Scott C. Solberg
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604

                                    _____
                                    Steven B. Malech

\15726\1\53281.1