437

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2006 JUL -6 P 3: 13

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC)<br><br>July 6, 2006 |

### MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance for the plaintiffs, MM Global Services, Inc., MM Global Services Pte., Ltd., and Megavisa Solutions (S) Pte., Ltd. in the above-captioned matter.

Plaintiffs continue to be represented by Robert M. Langer and Suzanne E. Wachsstock of this firm and Richard S. Taffet and Alicia M. Downey of Bingham McCutchen LLP.

　　　　　　　　　　MM GLOBAL SERVICES, INC.,
　　　　　　　　　　MM GLOBAL SERVICES PTE., LTD., AND
　　　　　　　　　　MEGAVISA SOLUTIONS (S) PTE, LTD.

　　　　　　　　　　_Steven B. Malech_
　　　　　　　　　　Steven B. Malech (ct16314)
　　　　　　　　　　WIGGIN AND DANA LLP
　　　　　　　　　　Their Attorneys
　　　　　　　　　　One City Place
　　　　　　　　　　185 Asylum Street
　　　　　　　　　　Hartford, CT 06103-3402
　　　　　　　　　　Tel: (860) 297-3700
　　　　　　　　　　Fax: (860) 525-9380
　　　　　　　　　　smalech@wiggin.com

Alfred/V. Covello, U.S.D.J.

2006 JUL 18 P 2: 41
U.S. DISTRICT COURT
HARTFORD, CT.

July 14, 2006. GRANTED.
SO ORDERED.