**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MM GLOBAL SERVICES INC., : | |
| MM GLOBAL SERVICES PTE. LTD., : | |
| MEGAVISA SOLUTIONS (S) PTE. LTD. : | |
| and ADVENT MANAGE LIMITED, : | |
|   Plaintiffs. : | |
| : | |
| VS. : | Civil No.  3:02CV1107(AVC) |
| : | |
| THE DOW CHEMICAL COMPANY, : | |
| UNION CARBIDE CORPORATION, : | |
| UNION CARBIDE ASIA PACIFIC, INC., : | |
| UNION CARBIDE CUSTOMER : | |
| SERVICES PTE. LTD., and DOW : | |
| CHEMICAL PACIFIC (SINGAPORE) : | |
| PTE. LTD., : | |
|   Defendants. : | |

**ORDER TO APPOINT COUNSEL**

On August 16, 2006 the court granted attorneys Richard Taffet, Alicia Downey, Robert Langer and Suzanne Wachsstock's motion to withdraw as counsel for the plaintiff Megavisa Solutions (Singapore) Pte. Ltd. ("Megavisa"). As a consequence, Megavisa is currently without representation is this matter.

However, "[a] corporation cannot appear pro se . . . ." SEC v. Prater, 2005 U.S. Dist. LEXIS 23358 (D. Conn. 2005); Eagle Associates v. Bank of Montreal, 926 F.2d 1308 (2d Cir. 1991)("[W]e long have required corporations to appear through a special agent, the licensed attorney."); Grace v. Bank Leumi Trust Co., 443 F.3d 180, 192 (2d Cir. 2006)("[I]t is settled law that a corporation may not appear in a lawsuit against it except through an attorney, and that, where a corporation repeatedly fails to appear by counsel, a default judgment may be entered

against it pursuant to Rule 55, F[ed]. R. Civ. P.").

Megavisa is therefore ordered to appoint a licensed attorney to represent itself and said attorney shall file an appearance in this matter on or before October 2, 2006. A failure to comply with this order will lead to a removal of Megavisa as a plaintiff in this action.

It is so ordered this 16th day of August, 2006, at Hartford, Connecticut.

_____/s/_____
Alfred V. Covello, U.S.D.J.