403

FILED

2006 JAN 23 P 4: 31

US DISTRICT COURT
HARTFORD CT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., and MEGA VISA SOLUTIONS (S) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., DOW CHEMICAL COMPANY PACIFIC (SINGAPORE) PTE. LTD., and UNION CARBIDE CUSTOMER SERVICE PTE. LTD. <br><br> Defendants. | Civil No. 3:02 CV 1107 (AVC) <br><br><br> January 23, 2006 |

**DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

Defendants The Dow Chemical Company, Union Carbide Corporation, Union Carbide Asia Pacific, Inc., Union Carbide Customer Service Pte. Ltd, and Dow Chemical Pacific (Singapore) Pte. Ltd. ("Defendants") respectfully move the Court under Fed.R.Civ.P. 56 for an order entering summary judgment in their favor on Count I of the First Amended Complaint and dismissing the remaining counts under the doctrine of forum non conveniens. In support of their motion, Defendants submit their Brief In Support of Their Motion For Summary Judgment,

*(left margin, rotated text)* 3:02CV1107(AVC) September 28, 2006. The motion is DENIED without prejudice to its refiling at the completion of discovery. SO ORDERED. Alfred V. Covello, U.S.D.J.