UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>Defendants. | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC)<br><br>October 6, 2006 |

## MOTION TO DISMISS
## MEGAVISA SOLUTIONS (S) PTE, LTD.

Plaintiffs Advent Manage Limited; MM Global Services, Inc.; and MM Global Services Pte Ltd. (collectively, "Advent") hereby move for an order dismissing Megavisa Solutions (S) Pte. Ltd ("Megavisa") as a party plaintiff in this case. Pursuant to an *Order to Appoint Counsel* issued August 16, 2006 (the "August 16 Order"), the Court directed Megavisa "to appoint a licensed attorney to represent itself and . . . file an appearance . . . on or before October 2, 2006." The August 16 Order specifically stated that "[a] failure to comply with this order will lead to a removal of Megavisa as a plaintiff in this action." No such appearance by counsel has been filed, and, indeed, representatives of Megavisa have affirmatively represented that Megavisa will not retain counsel to appear in this case. See Exhibit A. Based on the August 16 Order, the authorities cited therein, and the applicable Rules of this Court, therefore, the Court should forthwith enter an order dismissing Megavisa as a plaintiff.

The undersigned have conferred with defendants' counsel regarding their position on the relief requested herein and were advised that defendants would not consent to this Motion as

LITDOCS/655172.1

- 2 -

written.

WHEREFORE, it is respectfully requested that Megavisa be dismissed as a party to this case.

        Respectfully submitted,

        BINGHAM McCUTCHEN LLP


        /s/ Richard S. Taffet
            Richard S. Taffet (ct 10201)
            Alicia Downey (ct 22066)

        399 Park Avenue
        New York, NY 10022-4689
        (212) 705-7000 (tel)
        (212) 752-5378 (fax)

        WIGGIN AND DANA LLP
        Robert M. Langer (ct 06305)
        Suzanne E. Wachsstock (ct 17627)
        One City Place
        185 Asylum Street
        Hartford, CT 06103
        (860) 297-3724 (tel)
        (860) 525-9380 (fax)

*Attorneys for Plaintiffs Advent Manage Limited; MM Global Services, Inc.; and MM Global Services Pte Ltd.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>Defendants. | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC)<br><br>October 6, 2006 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2006, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Respectfully submitted,

BINGHAM McCUTCHEN LLP

/s/ Richard S. Taffet
    Richard S. Taffet (ct 10201)
    Alicia Downey (ct 22066)

399 Park Avenue
New York, NY 10022-4689
(212) 705-7000 (tel)
(212) 752-5378 (fax)

- 4 -

        WIGGIN AND DANA LLP
        Robert M. Langer (ct 06305)
        Suzanne E. Wachsstock (ct 17627)
        One City Place
        185 Asylum Street
        Hartford, CT 06103
        (860) 297-3724 (tel)
        (860) 525-9380 (fax)

        *Attorneys for Plaintiffs Advent Manage Limited; MM Global Services, Inc.; and MM Global Services Pte Ltd.*

\15726\1\54012.1

# EXHIBIT A

**Downey, Alicia L.**

Subject: FW: Case 3:02-CV-01107 (AVC): Megavisa Solutions (S) Pte Ltd et al v Dow et al.

**From:** Vinodh Coomaraswamy [mailto:vinodh@shooklin.com.sg]
**Sent:** Tuesday, October 03, 2006 12:01 AM
**To:** neimer@EimerStahl.com; Taffet, Richard S.
**Cc:** edwin.lee@rajahtann.com
**Subject:** Case 3:02-CV-01107 (AVC): Megavisa Solutions (S) Pte Ltd et al v Dow et al.

Gentlemen:

As you know, we represent Megavisa Solutions (S) Pte Ltd ("Megavisa") and its liquidators.

We understand that the Honourable Judge Alfred V Covello by an order dated 16 August 2006 ordered Megavisa to appoint counsel by 2 October 2006 failing which it would be removed as a party to this litigation.

As you know, Megavisa has been placed in insolvent liquidation by the High Court of Singapore upon the petition of one of Megavisa's creditors.

Megavisa, being insolvent, does not have the means to appoint counsel in Connecticut to represent its interests in these proceedings. It is therefore compelled by force of circumstance to allow the deadline imposed on 16 August 2006 to pass without appointing counsel to file an appearance on its behalf and to represent it in this litigation.

This should not be taken to indicate that Megavisa does not intend to assert any interest in the subject-matter of this litigation or in the fruits of this litigation.

On the contrary, Megavisa continues to reserve each and every one of its rights, both procedural and substantive, under every system of law and under every branch of the law against all parties to this litigation, both plaintiffs and defendants, including the Dow Chemical Company and Advent Manage Ltd and their respective shareholders, officers, agents and representatives.

Yours faithfully,
Vinodh Coomaraswamy, SC
Partner

Shook Lin & Bok

1 Robinson Road
#18-00 AIA Tower
Singapore 048542

Tel: (65) 6535 1944
DID: (65) 6439 0609
Fax: (65) 6535 8577
E-mail: vinodh@shooklin.com.sg

Website: www.shooklin.com

Allen & Overy Shook Lin & Bok Joint Law Venture
A partnership between Allen & Overy LLP and Shook Lin & Bok

E-mail: vinodh.coomaraswamy@allenovery.com

Website: www.allenovery.com

10/6/2006

==========================================
Notice

The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited and may be unlawful. Please immediately contact the sender if you have received this message in error. Thank you.

10/6/2006