UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., MEGAVISA SOLUTIONS (S) PTE. LTD. and ADVENT MANAGE LTD.<br>　　　Plaintiffs<br><br>　　　v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION & UNION CARBIDE ASIA PACIFIC, INC.,<br><br>　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil No. 3:02 CV 1107 (AVC)<br>:<br>:<br>:<br>:<br>:<br>: October 6, 2006 |

### OBJECTION TO PLAINTIFFS' MOTION TO DISMISS MEGAVISA SOLUTIONS(S) PTE. LTD.

The defendants hereby object to the plaintiffs' Motion to Dismiss MegaVisa Solutions(S) Pte., Ltd. ("MegaVisa"). The defendants have no objection to a dismissal with prejudice of MegaVisa's claims against the defendants. The defendants do object, however, to MegaVisa's complete dismissal from the case because it is essential that this Court retain jurisdiction over MegaVisa for purposes of discovery and for purposes of MegaVisa's potential counterclaim and/or successor liability to the defendants. Because the defendants have not yet had full access to the materials related to the assignment of the plaintiffs' claims, the defendants are unable to determine at this time whether MegaVisa has liability in relation to the counterclaims that the defendants filed against MM Global Services Pte., Ltd. and Ajay Mittal. Furthermore, because

MegaVisa is a Singaporean entity, this court should retain jurisdiction over MegaVisa for purposes of discovery, especially because the defendants are unaware of the current location and authenticity of MegaVisa's documents and materials.

WHEREFORE, the defendants object to the plaintiffs' Motion to Dismiss MegaVisa unless such dismissal is restricted to a dismissal with prejudice only of MegaVisa's claims against the defendants and unless the Court retains jurisdiction over MegaVisa for purposes of discovery and potential counterclaim and/or successor liability.

Respectfully submitted,

\s\
Craig A. Raabe

| | |
|---|---|
| Craig A. Raabe (ct 04116) | Andrew S. Marovitz (ct 25409) |
| Jason M. Kuselias (ct20293) | Dana S. Douglas (ct 25412) |
| Elizabeth R. Leong (ct24453) | MAYER, BROWN, ROWE & MAW LLP |
| ROBINSON & COLE LLP | 71 S. Wacker Drive |
| 280 Trumbull Street | Chicago, Illinois 60606 |
| Hartford, CT 05103-3497 | (312) 782-0600 |
| (860) 275-8304 | |
| | Christopher J. Kelly (ct 25410) |
| Nathan P. Eimer (ct 23693) | MAYER, BROWN, ROWE & MAW LLP |
| Scott C. Solberg (phv 0234) | 1909 K Street, N.W. |
| EIMER STAHL KLEVORN & SOLBERG LLP | Washington, D.C. 20006-1157 |
| 224 South Michigan Avenue, Suite 1100 | (202) 263-3000 |
| Chicago, IL 60604 | |
| (312) 660-7600 | |

## CERTIFICATE OF SERVICE

This is to certify that a copy of DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION TO DISMISS MEGAVISA SOLUTIONS(S) PTE., LTD. was filed electronically and served by mail on anyone unable to accept electronic filing.. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

\s\
Craig A. Raabe – CT04116
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Phone: (860) 275-8304
Fax: (860) 275-8299
E-mail: craabe@rc.com