UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., MEGAVISA SOLUTIONS (S) PTE. LTD. and ADVENT MANAGE LTD. | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil No. 3:02 CV 1107 (AVC) |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE, LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE., LTD. | : : : : : : : : | |
| Defendants. | : | October 16, 2006 |

**DEFENDANTS' MOTION FOR PARTIAL RECONSIDERATION
OF RULING AND ORDER RE: DISCOVERY MOTIONS**

Defendant The Dow Chemical Company ("TDCC") hereby moves the Court for reconsideration of its September 29, 2006 Order to the extent it grants Plaintiffs' motion to compel the deposition of Andrew Liveris and denies TDCC's motion for a protective order with respect to Mr. Liveris' deposition. Defendants TDCC, Union Carbide Corporation, and Union Carbide Asia Pacific, Inc. jointly move the Court for reconsideration of its September 29, 2006 Order to the extent it grants Plaintiffs' motion to compel responses to Interrogatories 11 and 12 in Plaintiffs' Third Set of Interrogatories and denies Defendants' motion for a protective order

with respect to those two interrogatories.  In support of this Motion, Defendants submit their Memorandum in Support of Defendants' Motion for Partial Reconsideration of Ruling and Order re: Discovery Motions, filed concurrently herewith.

WHEREFORE, for the reasons stated in the Memorandum in Support of Defendants' Motion for Partial Reconsideration of Ruling and Order re: Discovery Motions filed concurrently herewith, Defendants respectfully request that this Court (a) grant their Motion for Partial Reconsideration of Ruling and Order Regarding Discovery Motions in its entirety, (b) grant their motions for protective orders with respect to Mr. Liveris' deposition and Interrogatories 11 and 12, and (c) grant such other relief as this Court may deem just and appropriate.

Respectfully submitted,

___\S_____

| | |
|---|---|
| Craig A. Raabe (ct 04116) | Andrew S. Marovitz (ct 25409) |
| Jason M. Kuselias (ct20293) | Dana S. Douglas (ct 25412) |
| Elizabeth R. Leong (ct24453) | MAYER, BROWN, ROWE & MAW LLP |
| ROBINSON & COLE LLP | 71 S. Wacker Drive |
| 280 Trumbull Street | Chicago, Illinois  60606 |
| Hartford, CT  05103-3497 | |
| *Counsel for all Defendants* | Christopher J. Kelly (ct 25410) |
| | MAYER, BROWN, ROWE & MAW LLP |
| Nathan P. Eimer (ct 23693) | 1909 K Street, N.W. |
| Scott C. Solberg (phv 0234) | Washington, D.C.  20006-1157 |
| EIMER STAHL KLEVORN & SOLBERG LLP | *Counsel for Defendants The Dow Chemical Company and Dow Chemical Pacific (Singapore) Pte., Ltd.* |
| 224 South Michigan Avenue, Suite 1100 | |
| Chicago, IL  60604 | |
| *Counsel for Defendants Union Carbide Corporation, Union Carbide Asia Pacific, Inc. and Union Carbide Customer Services Pte, Ltd.* | |

CERTIFICATE OF SERVICE

This is to certify that a copy of DEFENDANTS' MOTION FOR PARTIAL RECONSIDERATION OF RULING AND ORDER RE: DISCOVERY MOTIONS was filed electronically and served by mail on anyone unable to accept electronic filing.. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

\s\
Craig A. Raabe – CT04116
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Phone: (860) 275-8304
Fax: (860) 275-8299
E-mail: craabe@rc.com