```
1                UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT
2

3   MM GLOBAL SERVICES, INC.,
    MM GLOBAL SERVICES PTE., LTD.,
4   AND MEGAVISA SOLUTIONS (S) PTE.,
    LTD.,
5
            Plaintiffs,
6
    vs.                                CIVIL ACTION NO.
7                                      3:02 CV 1107 (AVC)

    THE DOW CHEMICAL COMPANY,
8   UNION CARBIDE CORPORATION,
    UNION CARBIDE ASIA PACIFIC, INC.,
9   UNION CARBIDE CUSTOMER SERVICES
    PTE. LTD., AND DOW CHEMICAL
10  PACIFIC (SINGAPORE) PTE., LTD.,
11          Defendants.
    _____/
12
13
14                  VOLUME 1 OF 2
15           DEPOSITION OF RONALD G. NERI
16
17
18
19
20
21
22
23        Stenographically Reported by:
              Donna L. Peterson
24         Registered Diplomate Reporter
           Certified Realtime Reporter
25              August 23, 2005
```

1  Q. Within the integration program team.
2  A. Oh. No. I don't know -- I don't know Drake.
3  I know Burke. Burke was on the financial side of our
4  business.
5  Q. Do you know what the program management office
6  was?
7  A. No, I do not.
8  Q. And then there is -- below the integration
9  team, there are business teams and functional teams.
10 A. Uh-huh.
11 Q. Do you know what they refer to?
12 A. I assume these were the teams that were put
13 together in these clean rooms to deal with confidential
14 information that couldn't be shared anywhere else. I
15 assume. I'm not sure.
16 Q. Okay. And as you --
17 A. About the only one I know of is the supply
18 chain.
19 Q. Yes.
20 A. And that's what Marshall Sprigg was in.
21 Q. Okay. You anticipated my next question in some
22 respects; that would it be accurate that you're not
23 familiar with who has populated each of these business
24 teams or functional teams?
25 A. Not at all. My understanding is, most of them

```
 1   were retired people, recently retired, that weren't
 2   directly involved with the business.
 3           MR. TAFFET:  Let's mark this next.
 4           (Plaintiffs' Exhibit No. 102 was marked for
 5   identification.)
 6      Q.   I've handed you a document we've marked as
 7   Exhibit 102.  And it's a three-page document marked
 8   M 45710 through 45712.  The top page is an e-mail from
 9   Katherine Seah, S-e-a-h, to a number of people.  Subject
10   is FTC filing.
11           Have you ever seen this document before?
12      A.   Not this particular one, no.
13      Q.   When you say you have not seen this particular
14   document, why did you qualify your answer in such a
15   manner?
16      A.   I'm trying to remember if I saw -- if this was
17   done with other businesses on prior --
18           I can't recall seeing it, no.  And --
19      Q.   Well -- go ahead.  I'm sorry.
20      A.   That's all.
21      Q.   Were you aware of efforts to gather information
22   for the Federal Trade Commission?
23      A.   Yes.
24      Q.   What are you aware of in that regard?
25      A.   Only that they were asking for specific
```