UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>Defendants. | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC)<br><br>October 18, 2006 |

**REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS
MEGAVISA SOLUTIONS (S) PTE, LTD.**

Plaintiffs Advent Manage Limited; MM Global Services, Inc.; and MM Global Services Pte Ltd. (collectively, "Advent") hereby respond to defendants' Objection to Plaintiffs' Motion to Dismiss Megavisa Solutions (S) Pte Ltd ("Megavisa"). Defendants' objection seeks to rewrite the Court's August 16, 2006 Order and cause continued delay and further confusion and complication of this case. It should be given no weight.

The Court's August 16 Order directed Megavisa "to appoint a licensed attorney to represent itself and . . . file an appearance . . . on or before October 2, 2006," and stated that "[a] failure to comply with this order will lead to removal of Megavisa as a plaintiff in this action." Megavisa failed to comply with the Order, and pursuant to the terms of the Order Megavisa should now be dismissed as a plaintiff in this case.

Defendants object to such a step by arguing that it is also necessary to dismiss Megavisa's claims with prejudice and necessary to retain jurisdiction over Megavisa, notwithstanding that it will no longer be a party. Neither position is appropriate. Any claims

- 2 -

Megavisa might have had at one time in connection with this case have all been assigned to Advent pursuant to an Assignment Agreement that remains uncontested and in force. Defendants' objection, therefore, can only be seen as a strategy to in some way avoid these claims by challenging the Assignment. This is not a new argument by defendants, but as repeatedly submitted to the Court, defendants are not in a position to challenge the Assignment. For this reason, this aspect of defendants' objection is inappropriate.

There is also no reason or basis for the Court to retain jurisdiction over Megavisa. Indeed, defendants cite no authority that would allow the Court to order such relief. Megavisa is not a counterclaim defendant and defendants suggest no basis upon which they could even assert a counterclaim against Megavisa. Nor is there any argument that it is necessary or permissible under federal law for this Court to retain jurisdiction over a dismissed party to permit discovery. Defendants assert they lack information about the location and authenticity of Megavisa's documents, but in fact this was the subject of hours of deposition testimony by Mr. Ajay Mittal. Their shopworn complaint that they need more information about the assignment of claims to Advent—information to which they are not entitled and which is irrelevant in any case—is likewise invalid to at least the same extent it was when previously asserted to, and rejected by, the Court.

Accordingly, consistent with the August 16, 2006 Order, Megavisa should simply be "remov[ed] as a plaintiff in this action," so this case can proceed forthwith.

- 3 -

Respectfully submitted,

BINGHAM McCUTCHEN LLP

By: /s/ Richard S. Taffet
Richard S. Taffet (ct 10201)
Alicia Downey (ct 22066)
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000 (tel)
(212) 752-5378 (fax)

WIGGIN AND DANA LLP
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct 17627)
One City Place
185 Asylum Street
Hartford, CT 06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)

*Attorneys for Plaintiffs Advent Manage Limited; MM Global Services, Inc.; and MM Global Services Pte Ltd.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>Defendants. | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC)<br><br>October 18, 2006 |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2006, a copy of the foregoing Reply in Further Support of Motion to Dismiss Megavisa Solutions (S) Pte, Ltd. was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully submitted,

BINGHAM McCUTCHEN LLP

By: /s/ Richard S. Taffet
Richard S. Taffet (ct 10201)
Alicia Downey (ct 22066)
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000 (tel)
(212) 752-5378 (fax)

- 4 -
LITDOCS/656442.1

- 5 -

        WIGGIN AND DANA LLP
        Robert M. Langer (ct 06305)
        Suzanne E. Wachsstock (ct 17627)
        One City Place
        185 Asylum Street
        Hartford, CT  06103
        (860) 297-3724 (tel)
        (860) 525-9380 (fax)

        *Attorneys for Plaintiffs Advent Manage Limited;*
        *MM Global Services, Inc.; and MM Global Services*
        *Pte Ltd.*