EXHIBIT A

# BINGHAM McCUTCHEN

Richard S. Taffet
Direct Phone: (212) 705-7729
Direct Fax:   (212) 702-3603
richard.taffet@bingham.com
Our File No.: 307574

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689

212.705.7000
212.752.5378 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

October 8, 2004

**Via Facsimile**

Andrew S. Marovitz, Esq.
Mayer, Brown, Rowe & Maw LLP
190 South La Salle Street
Chicago, Ill. 60603-3441

Re: **MM Global v. The Dow Chemical Company**

Dear Andy:

This letter is further to our conference with the Court on October 6, 2004.

We agreed that on or before Friday, October 15 you would provide us with a letter outlining defendants' plan for proceeding with document discovery. We will then have our conference call at 3:00 p.m. (eastern time) on October 18th.

The subject matters we discussed at the conference to be included in your plan was, without limitation, competition and marketing strategy documents (including documents reflecting analyses by what Judge Covello characterized as the "planning department," and documents concerning or arising in connection with the UCC/Dow merger), communications between Dow and UCC (including during the period from when the merger was announced and before it closed relating to competitive issues and the relationships with plaintiffs), and communications by the defendants to plaintiffs' customers in India. We also discussed that the search for documents on these and other relevant subjects would include emails and other electronically maintained or stored documents (for example searchable Word documents, Excel spreadsheets, PowerPoints and the like).

We discussed as well that the plan would specify the files, offices, locations, servers, etc. that would be searched, and a schedule for the production of documents. Once documents are produced, we discussed that defendants would indicate the requests to which defendants believe them to be responsive. We think such an approach will go a long way to addressing the issues and concerns raised by Judge Covello during the conference.

NYDOCS/1172793.1

EXHIBIT A

OCT. 8. 2004 10:40AM    BINGHAM MCCUTCHEN                    NO. 882    P. 3

# BINGHAM McCUTCHEN

Andrew S. Marovitz, Esq.
October 8, 2004
Page 2

To avoid any misunderstandings, we confirm that the procedures we are now discussing are without prejudice to or waiver of any party's rights concerning discovery. In addition, this first step is not intended to require defendants to address all of the outstanding discovery requests, but rather to allow for a systematic approach to eventually getting to that point.

We look forward to receiving your letter next week and to our telephone call on October 18.

Very truly yours,

Richard S. Taffet

cc:   Christopher J. Kelly, Esq.
      Craig A. Raabe, Esq.
      Robert M. Langer, Esq.
      Alicia L. Downey, Esq.

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689

212.705.7000
212.752.5378 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

NYDOCS/1172793.1