UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., MEGAVISA SOLUTIONS (S) PTE. LTD. and ADVENT MANAGE LTD.<br><br>  Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE, LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE., LTD.<br><br>  Defendants. | Civil No. 3:02 CV 1107 (AVC)<br><br><br><br>October 16, 2006 |

## DEFENDANTS' MOTION FOR PARTIAL RECONSIDERATION OF RULING AND ORDER RE: DISCOVERY MOTIONS

12/ 8 /06. 3:02CV1107(AVC). The defendant's motion for reconsideration of the court's September 29, 2006 order is DENIED. The defendant cites several cases standing for the proposition that depositions of high ranking executives may be postponed or barred when lower level employees have the same or greater knowledge of the facts. These cases, however informative, are not determinative nor mandatory authority here. Despite counsel's assertion, the court did analyze these cases in ruling on the defendants' motion for protective order. The court concludes that Andrew Liveris' positions during the relevant time period indicate that he may have knowledge concerning the distribution of certain specialty chemicals that is relevant to the plaintiffs' claims. With respect to interrogatories numbered 11 and 12 concerning the distribution of products by third parties, the court has fully addressed and considered this issue and the September 29, 2006 ruling shall remain unchanged.

_____
Alfred V. Covello
U.S.D.J.