UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>    Defendants.<br><br>UNION CARBIDE CUSTOMER SERVICES PTD. LTD.,<br><br>    Plaintiff-in-Counterclaim,<br><br>    v.<br><br>MM GLOBAL SERVICES PTE. LTD. AND AJAY MITTAL,<br><br>    Defendants-in-Counterclaim | CIVIL ACTION<br>NO.  3-02 CV 1107 (AVC)<br><br>January 5, 2007 |

**MM GLOBAL SERVICES PTE. LTD. AND AJAY MITTAL'S JOINT MOTION TO DISMISS THE COUNTERCLAIMS OF UNION CARBIDE CUSTOMER SERVICES PTE. LTD. PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(6) AND 9(b)**

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 9(b), defendants-in-counterclaim MM Global Services Pte. Ltd. and Ajay Mittal (collectively, the "Counterclaim Defendants") jointly move the Court for an order dismissing the counterclaims against them in their entirety. Dismissal pursuant to Fed. R. Civ. P. 12(b)(1) is required because the Court lacks subject matter jurisdiction over claims for which plaintiff-in-counterclaim Union Carbide Customer Services Pte. Ltd. ("UCCS"), having suffered no injury-in-fact, lacks standing to seek any relief.

2

Alternatively, dismissal under Rule 12(b)(6) is warranted because UCCS's pleading fails to state any claim upon which relief may be granted. Among other defects, the allegations do not establish that UCCS was a party to the alleged written and oral contracts at issue or that the alleged contract terms are sufficiently definite to be enforceable. UCCS's tort claims are time-barred, and, independently of this, the counterclaim allegations omit essential elements of one or more claims and purport to state affirmative claims that do not exist under applicable law. Moreover, in violation of Fed. R. Civ. P. 9(b), the fraud and misrepresentation claims are not pleaded with the requisite particularity.

To the extent that the Court is willing to consider matters outside the pleading when assessing the sufficiency of UCCS's counterclaims, see Fed. R. Civ. P. 12(b), it should rule that the Counterclaim Defendants are entitled to summary judgment in their favor. The undisputed record facts submitted with this Joint Motion preclude UCCS, as a matter of law, from proving one or more essential elements of its counterclaims, including damages, the breach of at least one of its alleged contracts, and reasonable reliance.

In support of this Joint Motion, the Counterclaim Defendants respectfully refer the Court to the accompanying Memorandum of Law in Support of MM Global Services Pte. Ltd. and Ajay Mittal's Joint Motion to Dismiss the Counterclaims of Union Carbide Customer Services Pte. Ltd. Pursuant to Fed. R. Civ. P. 12(b)(1),12(b)(6), and 9(b), the Declaration of Alicia L. Downey and exhibits appended thereto, and the Legal Compendium filed herewith.

WHEREFORE, MM Global Services Pte. Ltd. and Ajay Mittal respectfully request that their Joint Motion to Dismiss be granted, that UCCS's counterclaims be dismissed in their entirety, and that the Court grant such other relief as it deems proper.

Respectfully submitted,

BINGHAM McCUTCHEN LLP


By:  /s/ Alicia L. Downey

Richard S. Taffet (ct 10201)
Alicia Downey (ct 22066)
399 Park Avenue
New York, NY  10022-4689
(212) 705-7000 (tel)
(212) 752-5378 (fax)

WIGGIN AND DANA LLP
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct 17627)
One City Place
185 Asylum Street
Hartford, CT  06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)

*Attorneys for Defendants-in-Counterclaim MM Global Services Pte. Ltd. and Ajay Mittal*

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>Defendants. | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC)<br><br>January 5, 2007 |
| UNION CARBIDE CUSTOMER SERVICES PTD. LTD.,<br><br>Plaintiff-in-Counterclaim,<br><br>v.<br><br>MM GLOBAL SERVICES PTE. LTD. AND AJAY MITTAL,<br><br>Defendants-in-Counterclaim | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2007, a copy of the foregoing MM Global Services Pte. Ltd. And Ajay Mittal's Joint Motion to Dismiss the Counterclaims of Union Carbide Customer Services Pte. Ltd. was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Alicia Downey