UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>PLAINTIFFS,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>DEFENDANTS.<br><br>UNION CARBIDE CUSTOMER SERVICES PTD. LTD.,<br><br>PLAINTIFF-IN-COUNTERCLAIM,<br><br>v.<br><br>MM GLOBAL SERVICES PTE. LTD. AND AJAY MITTAL,<br><br>DEFENDANTS-IN-COUNTERCLAIM. | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC)<br><br>January 5, 2007 |

**DECLARATION OF ALICIA L. DOWNEY**

Alicia L. Downey, declares as follows:

1. I am a partner in the firm of Bingham McCutchen LLP, co-counsel for plaintiffs in the above-captioned action. I submit this Declaration to put before the Court certain documents in support of MM Global Services Pte. Ltd. ("Global Singapore") and Ajay Mittal's (collectively, the "Counterclaim Defendants") Joint Motion to Dismiss the Counterclaims of

LITDOCS/666188.1

Union Carbide Customer Services Pte. Ltd. ("UCCS") pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 9(b). Unless otherwise stated, I make this Declaration on personal knowledge.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of a document produced by defendants and marked as Deposition Exhibit 114 in the deposition of Ronald Neri.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of relevant pages from the transcript of the deposition of Lawrence Cheung on August 5, 2005.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of relevant pages from the transcript of the deposition of Ronald Neri on August 23, 2005.

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of a document produced by defendants and numbered D00361.

6. Attached hereto as <u>Exhibit E</u> is a true and correct copy of relevant pages from the transcript of the deposition of John Yimoyines on November 10, 2005.

7. Attached hereto as <u>Exhibit F</u> is a true and correct copy of relevant pages from the transcript of the deposition of Christine Berti on October 1, 2004.

8. Attached hereto as <u>Exhibit G</u> is a true and correct copy of a document produced by defendants and numbered DS252804-823.

9. Attached hereto as <u>Exhibit H</u> is a true and correct copy of a document produced by defendants and numbered DS252824-845.

10. Attached hereto as <u>Exhibit I</u> is a true and correct copy of a document produced by plaintiffs and marked as Deposition Exhibit 150 in the deposition of John Yimoyines.

11. Attached hereto as <u>Exhibit J</u> is a true and correct copy of the Declaration of William Herr dated June 21, 2005.

12. Attached hereto as <u>Exhibit K</u> is a true and correct copy of relevant pages from the transcript of the deposition of William Herr on October 13, 2004.

13. Attached hereto as <u>Exhibit L</u> is a true and correct copy of a document produced by defendants and marked as Deposition Exhibit 164 in the deposition of John Yimoyines.

14. Attached hereto as <u>Exhibit M</u> is a true and correct copy of a document produced by defendants and marked as Deposition Exhibit 155 in the deposition of John Yimoyines.

15. Attached hereto as <u>Exhibit N</u> is a true and correct copy of a document produced by defendants and marked as Deposition Exhibit 116 in the deposition of Ronald Neri.

16. Attached hereto as <u>Exhibit O</u> is a true and correct copy of a document produced by defendants and marked as Deposition Exhibit 108 in the deposition of Ajay Mittal.

17. Attached hereto as <u>Exhibit P</u> is a true and correct copy of a document produced by defendants and numbered D00663.

18. Attached hereto as <u>Exhibit Q</u> is a true and correct copy of a document produced by defendants and numbered DECO0013165-167.

19. Attached hereto as <u>Exhibit R</u> is a true and correct copy of a document produced by plaintiffs and marked as Deposition Exhibit 114 at the deposition of Ajay Mittal.

20. Attached hereto as <u>Exhibit S</u> is a true and correct copy of a document produced by plaintiffs and marked as Deposition Exhibit 111 at the deposition of Ajay Mittal.

21. Attached hereto as <u>Exhibit T</u> is a true and correct copy of a document produced by plaintiffs and marked as Deposition Exhibit 112 at the deposition of Ajay Mittal.

22. Attached hereto as <u>Exhibit</u> <u>U</u> is a true and correct copy of a document produced by plaintiffs and marked as Deposition Exhibit 110 at the deposition of Ajay Mittal.

I declare, under the penalty of perjury, that the foregoing is true and correct.

Signed this 5th day of January 2007.

/s/ Alicia L. Downey
Alicia L. Downey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>PLAINTIFFS,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>DEFENDANTS. | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC)<br><br>January 5, 2007 |
| UNION CARBIDE CUSTOMER SERVICES PTD. LTD.,<br><br>PLAINTIFF-IN-COUNTERCLAIM,<br><br>v.<br><br>MM GLOBAL SERVICES PTE. LTD. AND AJAY MITTAL,<br><br>DEFENDANTS-IN-COUNTERCLAIM. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2007, a copy of the foregoing Declaration of Alicia Downey was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Alicia Downey
Alicia Downey

LITDOCS/666188.1