10/10/00 08:12 FAX 2037 [LAW DEPT] ☐002/010

10/10/00 TUE 01:49 [TX/RX NO 5116]



**UNION CARBIDE CUSTOMER SERVICES PTE LTD**
12 GUL LEE ROAD, SINGAPORE 629078
MAILING ADDRESS: P.O. BOX 115, JURONG POINT POST OFFICE, SINGAPORE 916404
TEL: (65) 265 2626  FAX: (65) 265 6234

REDACTED

Exhibit A

To: [REDACTED]
Subject: FW: Sterlite

Bob,

SUBJECT : STERLITE

Please refer to your email dated October 10, 2000 on subject customer claim.

Do let us know if you need any further information.

Regards
Kamal Jain

From: Butler RA (Robert)
Sent: Tuesday, October 10, 2000 3:39 AM
To: Jain K (Kamal)
Cc: Lloyd RA (Keith), Cheung L (Lawrence), LaForge TJ (Thomas)
Subject: Sterlite

EXHIBIT
114
Neri  8-23-05

1 of 9

D00537a

# MM Global Services Pte Ltd

4th October, 2000

Mr. Lawrence Cheung
Area Director
Wire & Cable Polymer Business
Union Carbide Asia Pacific

Sub: Settlement of Claim with Sterlite Industries (India) Limited

Dear Mr. Lawrence Cheung,

I refer to claim and legal notice by Sterlite Industries (India) Limited for about USD 1.7 million for non-shipment of Wire & Cable compounds against their order to MM Global Services Pte. Ltd., against which order we had placed our order with Union Carbide. We have agreed to settle the case for USD 1.0 Million with Sterlite Industries (India) Limited.

MM global will agree that this will be full & final settlement against this claim by Sterlite Industries (India) Limited and that Sterlite Industries will drop all its legal action and undertake not to take any further action.

In an unlikely event of Sterlite Industries not abiding by its commitment, we confirm that MM Global will handle any further action and consequences there of independently without any further recourse to or claim against Union Carbide.

We can look forward to working closely to re-establish market leadership in India for Union Carbide W&C compounds.

Regards

For MM Global Services Pte. Ltd.

(SANJIV SANGHVI)
Director

w/p'd by

OCT 6' 2000

3 Shenton Way • #07-04 Shenton House • Singapore 068805
Tel: (65) 221 1329 / 221 0821 • Fax: (65) 227 8101
E-mail: petro@singnet.com.sg

2 of 4

D00538



**UNION CARBIDE CUSTOMER SERVICES PTE LTD**
12 SOON LEE ROAD, SINGAPORE 628076
MAILING ADDRESS: P.O. BOX 115, JURONG POINT POST OFFICE, SINGAPORE 916404
TEL: (65) 265 2666  FAX: (65) 265 6224

10th October 2000

Bank Of America NA
9 Raffles Place
Republic Plaza
Tower 1
Singapore 048619
Attention: Ms. Joy Tan

Dear Madam

Please transfer USD1,000,000.00 (US dollars: One Million Only), to Standard Chartered Bank, 6 Battery Road, Singapore, favouring MM Global Services Pte Ltd, Account No. 0170030199.

This transfer is for value date 10th October 2000, please debit from our Current Account No. 6212-44955-023.

Yours faithfully,
For & On behalf of
Union Carbide Customer Services Pte Ltd

Authorised Signatories

3 of 9

D00539

# MM Global Services Pte Ltd

**DEBIT NOTE**

DN NO.: MMG/DN/18/2000            DATE: OCTOBER 5, 2000

UNION CARBIDE CUSTOMER SERVICES PTE LTD
12, SOON LEE ROAD
SINGAPORE

| PARTICULARS | AMOUNT |
|---|---|
| BEING COMPENSATION TOWARDS NON SUPPLY OF WIRE AND CABLE COMPOUNDS TO STERLITE INDUSTRIES (I) LIMITED | USD 1,000,000.00 |

AMOUNT IN WORDS : US DOLLARS ONE MILLION ONLY.

KINDLY WIRE TRANSFER FUNDS TO THE UNDERMENTIONED BANK :

STANDARD CHARTERED BANK
6, BATTERY ROAD
SINGAPORE
USD A/C 0170030199

MM GLOBAL SERVICES PTE LTD
_____
GENERAL MANAGER

OCT 6' 2000

3 Shenton Way • #07-04 Shenton House • Singapore 068805
Tel: (65) 221 1329 / 221 0521 • Fax: (65) 227 8101
E-mail: petro@singnet.com.sg

D00540

October 2, 2000

Sterlite Industries (India) Limited (SIIL) had instituted a civil suit in the court of the Civil Judge at Silvassa on Union Carbide Corporation, USA (UCC) and its allies for non-fulfillment of various contracts of supplies of Black Sheathing & Jacketing Compound, running into several thousand MT of material.

Now, the said UCC and its allies (named as defendants in the aforesaid civil suit) have expressed their desire to settle the said dispute, out of court, and the following understanding has been arrived at:-

UCC (through MM GLOBAL SERVICES PTE LTD and MEGAVISA MARKETING & SOLUTIONS LTD. (Formerly, MEGAVISA ENGINEERING & PETROCHEMICALS LTD.)) shall pay to SIIL a sum of USD .1 Million to compensate the damages in full and final settlement of the losses suffered by SIIL. UCC further undertakes to pay the said sum to SIIL on or before 15th October, 2000.

SIIL, as a good business gesture has agreed to aforesaid terms of settlement. However, SIIL makes it abundantly clear that unless UCC actually performs the above agreed terms of settlement, within the given time frame, SIIL shall be free to pursue their full claim as filed by them in the court of the civil judge at Silvassa and this will be without prejudice to their other rights to enforce their claim.

The above MOU will be kept confidential by all. This MOU has been signed by all concerned in the true business spirit and with a view to settle the old outstanding dispute so as to pave the way to the future business relations.

PARTIES CONCERNED

MM Global Services Pte. Ltd
(SANJIV SANGHVI)

MegaVisa Marketing and Solutions Ltd
(Formerly- MegaVisa Engineering and Petrochemicals Ltd)
(AJAY MITTAL)

(R. K. PANSARI)

D00541

ATTN. Mr Kamal Jain - 2688177

## MM Global Services Pte Ltd

October 6, 2000

Standard Chartered Bank
6, Battery Road
Remittance Department
Singapore

Dear Sir / Madam

Kindly arrange to Telegraphic Transfer USD1,000,000.00 from our USD Dollar account no. 0170030199 to the undermentioned beneficiary valued 10th October 2000.

| | | |
|---|---|---|
| Amount | : | USD1,000,000.00 |
| Beneficiary | : | Sterlite Industries (I) Limited<br>A/C No. 12540-01-65 |
| Beneficiary's Bankers | : | Bank Nationale de Paris<br>French Bank Building<br>Homji Street<br>Mumbai 400 001 |
| Message | : | Full and Final Settlement towards compensation on non-supply of Wire & Cable orders |

Thanks and regards

MM GLOBAL SERVICES PTE LTD

GENERAL MANAGER

3 Shenton Way • #07-04 Shenton House • Singapore 068805
Tel: (65) 221 1329 / 221 0521 - Fax: (65) 227 5101
E-mail: petro@singnet.com.sg

6 of 9

D00542

| | |
|---|---|
| From: | Ibarra M (Manny) |
| Sent: | Tuesday, October 10, 2000 11:11 AM |
| To: | Jain K (Kamal) |
| Subject: | FW: Sterlite Settlement |

| | |
|---|---|
| From: | Irby NE (Lendy) |
| Sent: | Sunday, October 08, 2000 10:22 PM |
| To: | Ibarra M (Manny) |
| Subject: | FW: Sterlite Settlement |

Manny,
Attached is the cm from UCC to support the 1mm us/pr nontrade ar entry.
Lendy

| | |
|---|---|
| From: | Lowe JS (John) |
| Sent: | Saturday, October 07, 2000 2:43 AM |
| To: | Irby NE (Lendy) |
| Cc: | Leikhim WF (Bill); Clark AD (Audrey) |
| Subject: | Sterlite Settlement |

Lendy - attached is a credit memo for the costs associated with the Sterlite Settlement. The business impact was recorded on domestic books in September - the actual credit memo will be recorded in October business. Transaction details that I have are somewhat sketchy however, I believe Kamal will have the appropriate info to support this. Please let me know if you need more information.

Regards

*John S. Lowe*
*Financial Service Center*
*Phone 304-747-2804*
*Fax 304-747-7751*

| | |
|---|---|
| From: | Cartwright CA (Christy) |
| Sent: | Friday, October 06, 2000 1:57 PM |
| To: | Lowe JS (John) |
| Subject: | RE: sterlite - settling |

John,

Attached is the Sterlite credit memo.

sterlite.xls

| | |
|---|---|
| From: | Lowe JS (John) |
| Sent: | Thursday, October 05, 2000 3:27 PM |
| To: | Cartwright CA (Christy) |

Subject: FW: sterlite - settling
Importance: High

Christy - please issue a credit memo to UC Customer Service (an entity located in the Far East - trading partner 55013) for the $1MM accrual. Description on it should be Sterlite Settlement and it should be directed to Lendy Irby. I'll send Lendy a note that it is coming - tell me a day or so before you have it ready to go.

John S. Lowe
Financial Service Center
Phone 304-747-2804
Fax 304-747-7751

---

From: Clark AD (Audrey)
Sent: Wednesday, October 04, 2000 11:40 AM
To: Lowe JS (John)
Subject: FW: sterlite - settling
Importance: High

John,
Please see Kamal's note in red below. You are correct in that they plan to settle with US by netting of firm orders.

Audrey D. Clark
Phone: 203-794-2307
Fax: 203-794-2964

---

From: Jain K (Kamal)
Sent: Wednesday, October 04, 2000 2:27 AM
To: Clark AD (Audrey)
Cc: Cheung L (Lawrence); Sin W (William); Chester KB (Kenneth)
Subject: RE: LAWRENCE'S FLIGHT TO USA
Importance: High

Audrey,
This has reference to below email. Please arrange to make necessary provision in UCC books for US$ 1MM before third quarter closing under SPD SPU. We will request for credit note from UCC once all documentation's are finalized.
This is related to claims against cancellation of numbers of W&C firm orders. For details, please refer to John Yimoyines, who has got full details in the matter.
Thanks & regards
Kamal

---

From: Cheung L (Lawrence)
Sent: Wednesday, October 04, 2000 9:36 AM
To: Neri RG (Ron); Sin W (William); Jain K (Kamal)
Subject: FW: LAWRENCE'S FLIGHT TO USA
Importance: High

Gentlemen,

Fyi.

Best regards,
Lawrence Cheung

D00544

INVOICE

# UNION CARBIDE CORPORATION
FINANCIAL SERVICE CENTER
PO BOX 8361
SOUTH CHARLESTON, WV 25303

Mail remittance to:

UNION CARBIDE CORPORATION

UNION CARBIDE CUSTOMER SERVICE
ATTN: LENDY IRBY

INVOICE DATE: 6-Oct-00
INVOICE NO.: 01-1000-10
TERMS: NET 30 DAYS
CUSTOMER CODE 11000180
COMPANY CODE 55013

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | Sterlite Settlement | ($1,000,000.00) |

Please refer any questions to:
C. Cartwright    304-747-2935

TOTAL USD ($1,000,000.00)

9 of 9

D00545