UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC., MM            )
GLOBAL SERVICES PTE., LTD., AND         )
MEGAVISA SOLUTIONS(S)PTE.,LTD.,         )
          Plaintiffs                    )
                                        )   CIVIL ACTION NO:
Vs.                                     )   3:02CV 1107 (AVC)
                                        )
THE DOW CHEMICAL COMPANY, UNION         )
CARBIDE CORPORATION, UNION CARBIDE      )
ASIA PACIFIC, INC., UNION CARBIDE       )
CUSTOMER SERVICES PTE., LTD., AND       )
DOW CHEMICAL PACIFIC (SINGAPORE)        )
PTE., LTD.,                             )
          Defendants                    )
                                        )

VOLUME III

        Deposition of LAWRENCE M.S. CHEUNG, taken before Judith L. Kline, Certified Shorthand Reporter/Notary Public in and for the State of Connecticut, pursuant to notice, at the law offices of Bingham McCutchen, LLP, One State Street, Hartford, Connecticut, on August 5, 2005 at approximately 9:00 a.m.

Page 462

LAWRENCE M.S. CHEUNG
was recalled as a witness by the Plaintiffs, and
already being under oath, testified as follows:

DIRECT EXAMINATION CONTINUED
BY MR. TAFFET:
Q   Mr. Cheung, good morning.
A   Good morning.
Q   Just as we resume, I'd remind you again that you remain under oath, and that the testimony you give must be truthful and accurate?
A   Yes.

(Plaintiff's Exhibit No. 81-- 5-29-98 Letter, marked for identification.)

Q   (By Mr. Taffet) I've handed you Exhibit 81. It's a communication dated May 29, 1999, to whomever it may concern. And it does not appear to have a Bates number on it, but we'll try to rectify that.
    It appears to be from Mr. Jimenez. My question is do you recognize this document?
A   I don't recall I saw this one before.
Q   Do you recall what it concerned -- the subject matter concerned, or what its purpose was?
A   It seems to me that Noli representing Union

Page 463

Carbide Philippines, to authorize Megavisa to participate on the tender business.
Q   Okay. I would just like to know if you know. We can all read the document.
A   Yeah.
Q   But my question to you is whether you recall the circumstances of this communication in 1998, from Mr. Jimenez, and why it was provided?
A   I don't recall.
Q   Thank you.
A   But this is a common practice for our sales managers to authorize our agent or customers to attend government tenders.
Q   Okay. Thank you. Now, yesterday we talked about settlements that were reached with Finolex and Sterlite?
A   Uh-huh.
Q   Concerning the Finolex settlement, am I correct that discussions of that settlement occurred at the trade fair in Germany, that you testified to earlier, with representatives of Megavisa?
A   I remember there were one meeting in Germany, that I met with the Finolex management.
Q   And Mr. Yimoyines also attended that meeting; do you recall that?

Page 464

A   I don't recall John Yimoyines was there.
Q   Do you recall any meetings at the German trade fair, where Mr. Yimoyines was in attendance, on the subject of the Finolex settlement was discussed?
A   I don't recall it.
Q   Do you recall who made the final decision to settle the matter with Finolex?
    MR. SOLBERG:  Object to form.
    THE WITNESS:  The final decision was made in Singapore, when Ajay came in to meet with me.
Q   (By Mr. Taffet) Yes. And who made the final decision?
A   I represent Union Carbide Asia Pacific, to conclude the final settlement with Ajay Mittal.
Q   Was that pursuant to the authority granted to you by Mr. Yimoyines?
    MR. SOLBERG:  Object to the form.
    THE WITNESS:  The problem is between UCAP and Megavisa. I believe I have the authority to represent Union Carbide Asia Pacific to settle.
Q   (By Mr. Taffet) Regardless of your belief, sir, did you conclude that settlement based upon the authority granted to you by Mr. Yimoyines?
    MR. SOLBERG:  Object to the form; asked and answered.

Page 465

    THE WITNESS:  For this type of claim number, we go back to the manufacturing site to get their consensus.
Q   (By Mr. Taffet) And Mr. Yimoyines gave you his consensus to conclude the settlement at the four hundred thousand dollar level?
A   He did.
Q   And from who's budget was that amount paid?
A   This is an exceptional claim. I don't think it's in any budgets.
Q   Well, for this exceptional claim, who actually made the payment?
A   Whatever manufacturing sites are liable for this type of situation, those manufacturing sites need to pay for it.
Q   So in this instance it was Union Carbide Corporation?
    MR. SOLBERG:  Object to the form.
    THE WITNESS:  North America operation.
Q   (By Mr. Taffet) Okay. And for the Sterlite settlement, did you obtain consensus from someone at the Union Carbide North America operations for that settlement?
A   Of course.
Q   Who was that?

Page 466

1  A  Keith Lloyd was involved and John Yimoyines was
2  involved.
3  Q  And was a payment made for that settlement from
4  Union Carbide's North American operations?
5  A  No.
6  Q  Who made that?
7  A  Union Carbide Asia Pacific make the payment to
8  Mega.
9  Q  And were there reimbursement or other
10 contribution to Union -- I withdraw that.
11     You say there was a payment made to Megavisa,
12 as part of the Sterlite settlement?
13 A  Made to Megavisa, yeah, if my memory is
14 correct.
15 Q  So your understanding is to settle the Sterlite
16 matter, you paid one million dollars to Megavisa?
17 A  I don't recall exactly the details of how much
18 is the cash payment, and how much is the pricing
19 discounts, or how much.
20     Anyway, the total amount we are responsible
21 and agree to pay out from UCAP, through either
22 discount -- pricing discount, through either cash, at
23 about a million dollars.
24 Q  My question though, sir, is: Is it your
25 recollection that you actually made a payment of that

Page 467

1  value, however it was made, to Megavisa as distinct
2  from Sterlite?
3  A  To Mega. Not to Sterlite.
4  Q  So Megavisa obtained a million dollars of
5  value?
6  A  May not be a million dollars of value, but it
7  could be through either pricing discount or --
8  Q  I understand.
9  A  Yeah.
10 Q  But your recollection is just that it went to
11 Megavisa, not to Sterlite?
12 A  It went to Megavisa.
13 Q  Were they to provide it to Sterlite?
14 A  I don't know.
15 Q  You don't know?
16 A  Yeah.
17 Q  Who actually made those arrangements? Who
18 concluded the settlement?
19 A  I think I concluded the settlement, and then
20 UCCS is responsible.
21 Q  So who would know actually what the terms of
22 the settlement were?
23     MR. SOLBERG: Object to the form.
24     THE WITNESS: I was the one involved also,
25 but I don't recall the exact details.

Page 468

1  Q  (By Mr. Taffet) Well, Mr. Lloyd was involved;
2  correct?
3  A  Mr. Lloyd was there to help us as a middle
4  party.
5  Q  Okay. Do you have any documentation showing
6  payments made to Megavisa, in the amount of one
7  million dollars, whether in terms of cash, or credits,
8  or discounts, or any other terms?
9  A  For the claim situation like that, normally
10 after the business folks like me in Union Carbide Asia
11 Pacific conclude the deal, we will pass onto UCCS --
12 people like Arjun Samtani, Kamal Jain. They will
13 process for us.
14 Q  Okay. I'm not interested in what you would
15 normally do, sir. I'm asking you a very specific
16 question concerning what you claim to be compensation
17 paid to Megavisa, which I must tell you is absolutely
18 news to us.
19     Whether there was any documentation that you
20 can recall, that reflects what you claim to have been
21 the settlements?
22     MR. SOLBERG: Object to the form.
23 Q  (By Mr. Taffet) I remind you, you're under
24 oath, sir.
25 A  Yes. Yeah, I know. I am sharing all the

Page 469

1  truth, but I'm trying to recall what I can recall.
2  Whatever I cannot recall, I can cannot imagine and
3  give you an answer that I imagine.
4  Q  Okay.
5  A  Yeah. That's the reason I'm telling you that
6  my memory telling me now, is we conclude a deal with
7  Megavisa on Sterlite about a million dollars.
8     And after that we passed the direction to
9  UCCS to process. And I don't recall -- I don't recall
10 the specific details.
11 Q  Okay. Let me ask you this: Is it your
12 testimony that the settlement involving Sterlite did
13 not provide Sterlite with any payments or value; that
14 all of payments and value only went to Megavisa?
15     MR. SOLBERG: Object to the form.
16 Q  (By Mr. Taffet) Is that your testimony, sir?
17 A  My memory at that time was like that.
18 Q  So Sterlite got no benefit from the settlement;
19 is that your testimony?
20     MR. SOLBERG: Object to the form.
21     THE WITNESS: My assumption is Sterlite
22 will get the settlement from Megavisa.
23 Q  (By Mr. Taffet) That's your assumption?
24 A  Yeah.
25 Q  Well, let me ask you this: Did you actually

4 (Pages 466 to 469)