1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC.,
MM GLOBAL SERVICES PTE., LTD.,
AND MEGAVISA SOLUTIONS (S) PTE.,
LTD.,

    Plaintiffs,

vs.

CIVIL ACTION NO.
3:02 CV 1107 (AVC)

THE DOW CHEMICAL COMPANY,
UNION CARBIDE CORPORATION,
UNION CARBIDE ASIA PACIFIC, INC.,
UNION CARBIDE CUSTOMER SERVICES
PTE. LTD., AND DOW CHEMICAL
PACIFIC (SINGAPORE) PTE., LTD.,

    Defendants.

_____/

VOLUME 1 OF 2
DEPOSITION OF RONALD G. NERI

Stenographically Reported by:
Donna L. Peterson
Registered Diplomate Reporter
Certified Realtime Reporter
August 23, 2005

261

1 Q. — in this?
2    Secondly —
3 A. It wasn't material.
4 Q. Do you recall receiving Exhibit 114 from your
5 lawyers — I'm not sure I asked you that — or just
6 those pages that you saw?
7 A. I think I received the — I don't remember all
8 of it, but I know I received this.
9 Q. "This" being the page —
10 A. Five of nine.
11 Q. Yes.
12 A. And I received this back section here that I
13 mentioned, eight of nine.
14 Q. Okay. And nine of nine?
15 A. I don't believe — I don't know if I have
16 received that.
17    Yes, nine of nine. Eight of nine and nine of
18 nine.
19 Q. Okay. After reviewing this document now in its
20 entirety, is it fair to conclude that actually the
21 payment was made by UCAP to MegaVisa, which in turn
22 remitted the $1 million to Sterlite in the first
23 instance, and that Union Carbide then remitted back to
24 UCAP the $1 million?
25    MR. SOLBERG: Object to form.

262

1 A. Yes, that's correct.
2 Q. Now, previously you talked about a settlement
3 in the range of approximately $400,000. Do you recall
4 that?
5 A. Yes.
6 Q. Do you recall that had to do with Finolex?
7 A. Yes.
8 Q. Now that we sit here?
9 A. Yes.
10 Q. Do you know when that occurred, whether it was
11 before or after the Sterlite settlement?
12 A. I believe it was before.
13 Q. And is it your testimony that of the $400,000,
14 Union Carbide was responsible for 70 percent and
15 MegaVisa 30 percent?
16 A. That's correct.
17 Q. And was the reason or the only reason that UCAP
18 actually made the payment to Finolex because of the
19 accounting issues we discussed earlier, that the amount
20 would have otherwise been remitted back to Union Carbide
21 as above the minimum profit amount required by Singapore
22 law?
23 A. That's correct.
24 Q. Now, did you play any greater role in the
25 Finolex settlement as compared to the Sterlite

263

1 settlement?
2 A. Not in the settlement, but in the payment. I
3 had to get approval. They had to ask my approval for
4 it, to pay it, the $280,000.
5 Q. And do you have any knowledge, whether based
6 upon documents you reviewed over the last several weeks
7 or from actual contemporaneous involvement, regarding
8 how the settlement was reached?
9 A. The total $400,000, you mean?
10 Q. Whatever the terms were of the settlement.
11 A. No, I don't.
12 Q. And do you have any idea of what efforts were
13 undertaken by MegaVisa to effectuate this settlement?
14 A. No.
15 Q. Just so I'm clear on William Sin's name, it's
16 S-i-n, correct, not Sim?
17 A. No. S-i-n, Sin. Like in sin, like in cardinal
18 sin. From the Philippines.
19 Q. Is it accurate, then, that the actual moneys
20 that were paid for the Sterlite and Finolex settlements
21 from the Union Carbide side were funded by Union Carbide
22 Corporation rather than UCAP at the end of the day?
23 A. That's correct.
24 Q. Why was it that those amounts were funded by
25 the corporation, Union Carbide Corporation, rather than

264

1 UCAP, which was its — which operated the region in
2 which customers were located?
3    MR. SOLBERG: Object to form.
4 A. Well, the real issue is the way we did our
5 accounting. It was the deemed commission that we
6 carried to cover our costs plus a profitability. And if
7 we ever fell below that, it was the corporation's
8 obligation to offset that cost in the divisions to do
9 that. I mean, that's how we funded the business.
10 Q. So in some respects, the money was fungible as
11 it applied to the overall budgeting for UCAP?
12    MR. SOLBERG: Object to form.
13 A. I guess, yeah.
14    MR. TAFFET: Let's mark this as 115.
15    (Plaintiffs' Exhibit No. 115 was marked for
16 identification.)
17 Q. I've handed you a document that we've marked as
18 Exhibit 115. And it's stamped D 00368A, D 00369A, and
19 D 00370.
20    Have you ever seen this document before?
21 A. Yes.
22 Q. When?
23 A. I think — I believe I saw it in Singapore.
24 And then I also saw it as part of the information that
25 was sent to me.