**Yimoyines, John (JP)**

| | |
|---|---|
| From: | Cheung L (Lawrence) |
| Sent: | Thursday, May 04, 2000 10:01 PM |
| To: | Yimoyines JP (John) |
| Cc: | Neri RG (Ron); Lloyd KA (Keith) |
| Subject: | Finolex and Indian Claims |

Dear John,

The other big customer is Sterlite Industries and according to Ajay, the father of the present Chairman, Mr Agarwal, verbally promised him not to take any action although Sterlite may not buy from MMGS/UCC for a while. Smaller customers like Nicco and RPg have already placed orders to MMGS again at market price (>US$900/MT). UCAP will also try to get Ajay to send us a letter to release UCC for all future liabilities on the previous Indian W&C deals. We will keep you posted on the development.

Best regards
Lawrence Cheung

----------

| | |
|---|---|
| From: | Yimoyines JP (John) |
| Sent: | Thursday, May 04, 2000 7:12 PM |
| To: | Cheung L (Lawrence) |
| Cc: | Neri RG (Ron); Lloyd KA (Keith) |
| Subject: | RE: Resolution to the Finolex Claims |
| Importance: | High |

Lawrence,

Although none of us like to pay $280K in a claim, you have done an excellent job of controlling the cash outlay from UCC. Thank you for your efforts.

I am a little concerned that MM Global's liquidation may not effectively protect us from other claims. Are we aware of others who may push as hard as Finolex did?

John

----------

| | |
|---|---|
| From: | Cheung L (Lawrence) |
| Sent: | Tuesday, May 02, 2000 5:28 AM |
| To: | Lloyd KA (Keith); Yimoyines JP (John) |
| Cc: | Neri RG (Ron); Jimenez EO (Noli); Jain K (Kamal); Foo FS (Foot Siong); Sin W (William) |
| Subject: | Resolution to the Finolex Claims |

Dear John and Keith,

For your attention, attached is an update on the resolution to the Finolex Claims.

<<File: LC - MEMO TEMPLATE.doc>>

Best regards
Lawrence Cheung