Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

----------------------------------)
MM GLOBAL SERVICES INC., MM GLOBAL )
GLOBAL SERVICES PTE. LTD., and    )
MEGAVISA SOLUTIONS (S) PTE. LTD., )
     Plaintiffs                  ) Civil Action No.
VS                                ) 302 CV 1107 (AVC)
THE DOW CHEMICAL COMPANY, UNION   )
CARBIDE CORPORATION, UNION CARBIDE)
ASIA PACIFIC, INC., UNION CARBIDE )
CUSTOMER SERVICES PTE. LTD., and  )
DOW CHEMICAL PACIFIC (SINGAPORE)  )
PTE. LTD.,                        )
     Defendants                  )
----------------------------------)

DEPOSITION OF: CHRISTINE BERTI
DATE: OCTOBER 1, 2004
HELD AT: BINGHAM McCUTCHEN LLP
ONE STATE STREET
HARTFORD, CONNECTICUT

Reporter: WENDY J. ALLEN, RPR, CRR, LSR #00221
BRANDON SMITH REPORTING SERVICE
44 Capitol Avenue
Hartford, CT 06106
Tel (860) 549-1850

Page 101

1    had to go to a booking person. So if it was going to be
2    booked on a vessel, it had to go to -- if we were doing
3    the shipping and the booking, it would go through the
4    booking department in Danbury.
5        Q    Now, with reference to the invoices that we
6    saw in Exhibit 17, which are addressed to Dow Singapore,
7    are you able to tell me whether orders such as these
8    from Dow Singapore to Union Carbide followed the same
9    procedure that you just outlined for me?
10       A    These orders I don't believe follow the same
11   procedure that I just outlined.
12       Q    Do you know whether any orders placed by Dow
13   Singapore to Union Carbide followed the procedure that
14   you just described?
15       A    From Dow Singapore to Union Carbide. No, I
16   don't recall seeing Dow Singapore orders to Union
17   Carbide.
18       Q    Is that just something you don't know anything
19   about?
20            MR. KELLY:  Objection to the form.
21            THE WITNESS:  Well, at this point in time
22   of these invoices from January 14th, 2002, to February
23   9th, 2004, this was after the Houston Customer Center
24   was closed. This was after, I believe, the Weston Canal
25   customer center was closed, so there was no hand-off of

Page 102

```
 1   orders to anyone in a customer service job in either
 2   Houston or Weston Canal at that point in time because
 3   all of the customer service that was -- I may be wrong
 4   about the January 2002, but certainly by the end of,
 5   when I left the company in September 30th of 2002, there
 6   was nobody doing Union Carbide customer service in
 7   Danbury or Houston or Weston Canal at all.  Everything
 8   was being done out of Midland, Michigan.
 9        Q    Was there still a booking department in
10   Danbury, Connecticut?
11        A    No.
12        Q    Do you have any understanding of when the
13   booking department in Danbury, Connecticut closed?
14        A    I don't know exactly when they closed.  It was
15   likely sometime in 2001, but it could have been early
16   2002.
17        Q    Can you tell with respect to transactions
18   between Dow Singapore and Union Carbide, UCC, whether
19   the business managers and marketing managers were still
20   involved in the way you've earlier described?
21        A    This was such a transitional time that the
22   business managers and marketing managers would likely
23   have all changed or been doing different things.  There
24   were many different work processes once we were under
25   the Dow subsidiary of Dow Chemical.  Many work processes
```