# Deloitte.

UNION CARBIDE CUSTOMER
SERVICES PTE LTD

REPORT OF THE DIRECTORS
AND FINANCIAL STATEMENTS

YEAR ENDED DECEMBER 31, 2003

Audit · Tax · Consulting · Financial Advisory

Confidential - Counsel Only

DS252804

**UNION CARBIDE CUSTOMER SERVICES PTE LTD**

**REPORT OF THE DIRECTORS AND FINANCIAL STATEMENTS**

C O N T E N T S

| | PAGE |
|---|---|
| Report of the directors | 1 - 2 |
| Auditors' report | 3 |
| Balance sheet | 4 |
| Profit and loss statement | 5 |
| Statement of changes in equity | 6 |
| Cash flow statement | 7 |
| Notes to financial statements | 8 - 16 |
| Statement of directors | 17 |

MGR.NF2/2082RA.132/RBY/KLCY/MTSJ/MC

Confidential - Counsel Only

DS252805

**UNION CARBIDE CUSTOMER SERVICES PTE LTD**

**REPORT OF THE DIRECTORS**

The directors present their report together with the audited financial statements of the company for the financial year ended December 31, 2003.

1   **DIRECTORS**

The directors of the company in office at the date of this report are:

Ong Eng Keang
Loy Boon Huat
Peter M. Jennings

2   **ARRANGEMENTS TO ENABLE DIRECTORS TO ACQUIRE BENEFITS BY MEANS OF THE ACQUISITION OF SHARES AND DEBENTURES**

Neither at the end of the financial year nor at any time during the financial year did there subsist any arrangement whose object is to enable the directors to acquire benefits by means of the acquisition of shares or debentures in the company or any other body corporate.

3   **DIRECTORS' INTERESTS IN SHARES AND DEBENTURES**

The directors holding office at the end of the financial year had no interests in the share capital of the company and related corporations as recorded in the register of directors' shareholdings kept by the company under Section 164 of the Singapore Companies Act.

4   **DIRECTORS' RECEIPT AND ENTITLEMENT TO CONTRACTUAL BENEFITS**

Since the beginning of the financial year, no director has received or become entitled to receive a benefit which is required to be disclosed under Section 201(8) of the Singapore Companies Act, by reason of a contract made by the company or a related corporation with the director or with a firm of which he is a member, or with a company in which he has a substantial financial interest.   The directors have received remuneration from related corporations in their capacity as directors and/or executives of those related corporations.

1

Confidential - Counsel Only                                    DS252806

5     OPTION TO TAKE UP UNISSUED SHARES

During the financial year, no option to take up unissued shares of the company was granted.

6     OPTION EXERCISED

During the financial year, there were no shares of the company issued by virtue of the exercise of an option to take up unissued shares.

7     UNISSUED SHARES UNDER OPTION

At the end of the financial year, there were no unissued shares of the company under option.

8     AUDITORS

The auditors, Deloitte & Touche, have expressed their willingness to accept re-appointment.


ON BEHALF OF THE DIRECTORS


.............................................
Loy Book Huat


.............................................
Ong Eng Keang


March 31, 2004


2

Confidential - Counsel Only

DS252807

# Deloitte.

Deloitte & Touche
Certified Public Accountants
6 Shenton Way #32-00
DBS Building Tower Two
Singapore 068809

Tel: +65 6224 8288
Fax: +65 6538 6166
www.deloitte.com

## AUDITORS' REPORT TO THE MEMBER OF

## UNION CARBIDE CUSTOMER SERVICES PTE LTD

We have audited the accompanying financial statements of Union Carbide Customer Services Pte Ltd set out on pages 4 to 16 for the financial year ended December 31, 2003. These financial statements are the responsibility of the company's directors. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with Singapore Standards on Auditing. Those Standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by the directors, as well as evaluating the overall financial statements presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion,

a)  the accompanying financial statements are properly drawn up in accordance with the provisions of the Singapore Companies Act, Cap. 50 (the "Act") and Singapore Financial Reporting Standards so as to give a true and fair view of the state of affairs of the company as at December 31, 2003 and the results, changes in equity and cash flows of the company for the financial year ended on that date; and

b)  the accounting and other records required by the Act to be kept by the company have been properly kept in accordance with the provisions of the Act.

*Deloitte & Touche*

Certified Public Accountants

Singapore
March 31, 2004

Audit . Tax . Consulting . Financial Advisory .

3

A member firm of
Deloitte Touche Tohmatsu

Confidential - Counsel Only

DS252808

UNION CARBIDE CUSTOMER SERVICES PTE LTD

BALANCE SHEET
December 31, 2003

|  | Note | 2003 US$ | 2002 US$ |
|---|---|---|---|
| **ASSETS** | | | |
| Current assets: | | | |
| Cash | | 50,988 | 16,866 |
| Trade receivables | 5 | 12,944,639 | 18,733,152 |
| Other receivables and prepayments | 6 | 2,485,276 | 4,755 |
| Inventories | 7 | - | 207,959 |
| Total current assets | | 15,480,903 | 18,962,732 |
| Total assets | | 15,480,903 | 18,962,732 |
| **LIABILITIES AND EQUITY** | | | |
| Current liabilities: | | | |
| Trade payables | 8 | 203,044 | 1,720,020 |
| Other payables | 9 | 12,542 | 2,127,328 |
| Income tax payable | | 40,106 | 197,597 |
| Total current liabilities | | 255,692 | 4,044,945 |
| Capital and reserves: | | | |
| Issued capital | 10 | 7,041,318 | 7,041,318 |
| Accumulated profits | | 8,183,893 | 7,876,469 |
| Total equity | | 15,225,211 | 14,917,787 |
| Total liabilities and equity | | 15,480,903 | 18,962,732 |

See accompanying notes to financial statements.

4

DS252809

UNION CARBIDE CUSTOMER SERVICES PTE LTD

PROFIT AND LOSS STATEMENT
Year ended December 31, 2003

| | Note | 2003 US$ | 2002 US$ |
|---|---|---|---|
| Revenue | 11 | 15,071 | 4,617,962 |
| Other operating income | 12 | 368,006 | 91,542 |
| Change in inventories of finished goods | | (207,960) | (1,921,116) |
| Purchases | | - | (1,179,916) |
| Bank charges | | (9,916) | (81,213) |
| Commission expense | | - | (124,884) |
| Other operating expenses | | (108,915) | (846,120) |
| Profit from operations | 13 | 56,286 | 556,255 |
| Finance costs | 14 | (9,388) | (74,961) |
| Profit before income tax | | 46,898 | 481,294 |
| Income tax | 15 | 260,526 | 233,889 |
| Net profit for the year | | 307,424 | 715,183 |

See accompanying notes to financial statements.

5

DS252810

UNION CARBIDE CUSTOMER SERVICES PTE LTD

STATEMENT OF CHANGES IN EQUITY
Year ended December 31, 2003

|  | Issued capital US$ | Accumulated profits US$ | Total US$ |
|---|---|---|---|
| Balance at January 1, 2002 | 7,041,318 | 7,161,286 | 14,202,604 |
| Net profit for the year | - | 715,183 | 715,183 |
| Balance at December 31, 2002 | 7,041,318 | 7,876,469 | 14,917,787 |
| Net profit for the year | - | 307,424 | 307,424 |
| Balance at December 31, 2003 | 7,041,318 | 8,183,893 | 15,225,211 |

See accompanying notes to financial statements.

6

Confidential - Counsel Only

DS252811

UNION CARBIDE CUSTOMER SERVICES PTE LTD

CASH FLOW STATEMENT
Year ended December 31, 2003

|  | 2003 US$ | 2002 US$ |
|---|---|---|
| **Cash flows from operating activities:** | | |
| Profit before income tax | 46,898 | 481,294 |
| Adjustments for: | | |
| Interest income | (11,167) | (4,287) |
| Interest expense | 9,388 | 74,961 |
| Operating profit before working capital changes | 45,119 | 551,968 |
| | | |
| Trade receivables | 5,788,513 | 13,336,973 |
| Other receivables and prepayments | (2,480,521) | 2,025,633 |
| Inventories | 207,959 | 1,921,116 |
| Trade payables | (1,516,976) | (15,799,747) |
| Other payables | (2,114,786) | 663,369 |
| Cash (used in) generated from operations | (70,692) | 2,699,312 |
| | | |
| Income tax refunded (paid) | 103,035 | (229,461) |
| Interest paid | (9,388) | (74,961) |
| Interest received | 11,167 | 4,287 |
| Net cash from operating activities | 34,122 | 2,399,177 |
| | | |
| Net increase in cash | 34,122 | 2,399,177 |
| Cash (Overdrawn) at beginning of year | 16,866 | (2,382,311) |
| Cash at end of year | 50,988 | 16,866 |

See accompanying notes to financial statements.

7

Confidential - Counsel Only

DS252812

UNION CARBIDE CUSTOMER SERVICES PTE LTD

NOTES TO FINANCIAL STATEMENTS
December 31, 2003

1     GENERAL

The company is incorporated in the Republic of Singapore with its registered office and principal place of business at 260 Orchard Road, #18-01 The Heeren, Singapore 238855. The financial statements are expressed in United States dollars. The measurement currency is United States dollars as majority of the company's transactions are denominated in United States dollars.

The principal activities of the company were those relating to the import/export and distribution in various types of chemicals, petro-chemical products, by-products and derivatives. The majority of the company's operations were transferred to a related company in 2001.

The financial statements of the company for the year ended December 31, 2003 were authorised for issue by the Board of Directors on March 31, 2004.

2     SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

BASIS OF ACCOUNTING - The financial statements are prepared in accordance with the historical cost convention.

Pursuant to the Singapore Companies (Amendment) Act 2002, with effect from the financial year commencing on or after January 1, 2003, Singapore incorporated companies are required to prepare and present their financial statements in accordance with the Singapore Financial Reporting Standards ("FRS") including related interpretations ("INT FRS") promulgated by the Council on Corporate Disclosure and Governance ("CCDG").

Previously, the company prepared its financial statements in accordance with Singapore Statements of Accounting Standard ("SAS"). The adoption of FRS does not have any material impact on the accounting polices and figures presented in the financial statements for the financial year ended December 31, 2002 except as disclosed in Note 17 to the financial statements.

FINANCIAL ASSETS - The company's principal financial assets are cash, trade and other receivables. Trade and other receivables are stated at their nominal values as reduced by appropriate allowances for estimated irrecoverable amounts.

8

**FINANCIAL LIABILITIES AND EQUITY** - Financial liabilities and equity instruments are classified according to the substance of the contractual arrangements entered into. Significant financial liabilities include trade and other payables. Trade and other payables are stated at their nominal values. Finance costs are accounted for on an accrual basis and are added to the carrying amount of the instrument to the extent that they are not settled in the period in which they arise.

**FINANCIAL INSTRUMENTS** - The carrying amounts of forward foreign exchange contracts are adjusted for changes in fair value at each balance sheet date. All forward foreign exchange contracts are marked-to-market at the end of each accounting period. Resulting gains or losses are included in the profit and loss statement.

The company calculates the fair value of financial instruments using quoted market prices whenever available. When quoted market prices are not available for various types of financial instruments, the company uses standard pricing models, which takes into account the present value of estimated future cash flows.

**INVENTORIES** - Inventories are measured at the lower of cost (weighted average method) and net realisable value. Cost includes all costs of purchase, costs of conversion and other costs incurred in bringing the inventories to their present location and condition. Net realisable value represents the estimated selling price less all estimated costs to completion and costs to be incurred in marketing, selling and distribution.

**IMPAIRMENT OF ASSETS** - At each balance sheet date, the company reviews the carrying amounts of its assets to determine whether there is any indication that those assets have suffered an impairment loss. If any such indication exists, the recoverable amount of the asset is estimated in order to determine the extent of the impairment loss (if any). When it is not possible to estimate the recoverable amount of an individual asset, the company estimates the recoverable amount of the cash-generating unit to which the asset belongs. If the recoverable amount of an asset is estimated to be less than its carrying amount, the carrying amount of the asset is reduced to its recoverable amount. Impairment losses are recognised as an expense immediately.

When an impairment loss subsequently reverses, the carrying amount of the asset is increased to the revised estimate of its recoverable amount, but only to the extent that the increased carrying amount does not exceed the carrying amount that would have been determined had no impairment loss been recognised for the asset in prior years. A reversal of an impairment loss is recognised as income immediately.

**PROVISIONS** - Provisions are recognised when the company has a present obligation as a result of a past event where it is probable that it will result in an outflow of economic benefits that can be reasonably estimated.

**REVENUE RECOGNITION** - Revenue from sale of goods is recognised when significant risks and rewards of ownership are transferred to the buyer and the amount of revenue and the costs of the transaction (including future costs) can be measured reliably.

Interest income is accrued on a time proportionate basis, by reference to the principal outstanding and at the interest rate applicable, on an effective yield basis.

9

Confidential - Counsel Only                                                    DS252814

INCOME TAX - Tax expense is determined on the basis of tax effect accounting, using the liability method, and it is applied to all significant temporary differences arising between the carrying amount of assets and liabilities in the financial statements and the corresponding tax bases used in the computation of taxable profit, except that a debit to the deferred tax balance is not carried forward unless there is a reasonable expectation of realisation in the foreseeable future.

FOREIGN CURRENCY TRANSACTIONS - Transactions in foreign currencies are recorded using the rates ruling on the dates of the transactions. At each balance sheet date, recorded monetary balances that are denominated in foreign currencies are reported at the rates ruling at the balance sheet date. All realised and unrealised exchange adjustment profits and losses are dealt with in the profit and loss statement.

3   FINANCIAL RISKS AND MANAGEMENT

The company's overall risk management programme seeks to minimise potential adverse effects on the financial performance of the company.

Foreign exchange risk

The company does not have significant exposure to foreign exchange risk as its transactions and balances are denominated mainly in United States dollars. The company has entered into forward foreign exchange contracts which are disclosed in Note 16 to the financial statements to hedge its foreign currency risks.

Interest rate risk

The company has no significant interest rate risk.

Credit risk

The company is exposed to credit risk mainly on trade receivable from its customers. In order to manage its credit risk, the company has adopted credit policies, which include an assessment of customers financial stability and the establishment of proper credit limits. Management believes that the credit risk is mitigated by the fact that the company maintains good banking relationships with reputable institutions. However, as a result of past credit policies, one third party customer represents approximately 95% of the company's outstanding trade receivable balance.

Liquidity risk

The company obtains adequate financial support from a related company to meet its financial obligations at all times.

Fair values of financial assets and financial liabilities

The carrying amounts of financial assets and financial liabilities reported in the balance sheet approximate their fair values.

10

4    HOLDING COMPANY AND RELATED COMPANY TRANSACTIONS

The company is a subsidiary of Union Carbide Corporation, incorporated in the United States of America. The company's ultimate holding company is The Dow Chemical Company, incorporated in the United States of America. Related companies in these financial statements refer to members of the ultimate holding company's group of companies.

Many of the company's transactions and arrangements are between members of the group and the effect of these on the basis determined between the parties is reflected in these financial statements. The intercompany balances are unsecured and without fixed repayment terms unless stated otherwise.

Significant intercompany transactions:

|  | 2003 US$ | 2002 US$ |
|---|---|---|
| Sales: | | |
| Related companies | (207,460) | (942,138) |
| Sales returns: | | |
| Related companies | 257,659 | 1,011,156 |
| Commission income: | | |
| Related companies | (2,449) | (36,175) |
| Interest income: | | |
| Related companies | (11,049) | (1,481) |
| Purchases: | | |
| Immediate holding company | - | 970,683 |
| Ultimate holding company | - | 77,763 |
| Commission expense: | | |
| Related companies | - | 124,884 |
| Interest expense: | | |
| Related companies | 9,378 | 69,847 |
| Administrative charges: | | |
| Related companies | 53,063 | 141,845 |

5    TRADE RECEIVABLES

|  | 2003 US$ | 2002 US$ |
|---|---|---|
| Outside parties | 14,826,712 | 17,918,898 |
| Less allowance for doubtful debts | (2,275,215) | (2,276,374) |
|  | 12,551,497 | 15,642,524 |
| Immediate holding company (Note 4) | 27,626 | 2,478,312 |
| Ultimate holding company (Note 4) | - | 67,676 |
| Related companies (Note 4) | 365,516 | 544,640 |
| Total | 12,944,639 | 18,733,152 |

11

Confidential - Counsel Only

DS252816

6    OTHER RECEIVABLES AND PREPAYMENTS

|  | 2003 US$ | 2002 US$ |
|---|---|---|
| Prepayments | - | 3,490 |
| Unrealised gain on forward foreign exchange contracts (Note 16) | 341 | 901 |
| Related companies (Note 4) | 2,484,935 | 364 |
| Total | 2,485,276 | 4,755 |

Other receivables from related companies bear interest at rates ranging between 0.85% and 1.59% (2002 : 1.60% to 2.15%) per annum.

7    INVENTORIES

|  | 2003 US$ | 2002 US$ |
|---|---|---|
| Finished goods carried at net realisable value | - | 207,959 |

8    TRADE PAYABLES

|  | 2003 US$ | 2002 US$ |
|---|---|---|
| Related companies (Note 4) | 21,233 | 1,115,026 |
| Outside parties | 179,797 | 519,822 |
| Ultimate holding company (Note 4) | - | 67,676 |
| Immediate holding company (Note 4) | 2,014 | 17,496 |
| Total | 203,044 | 1,720,020 |

9    OTHER PAYABLES

|  | 2003 US$ | 2002 US$ |
|---|---|---|
| Related companies (Note 4) | - | 2,076,796 |
| Outside parties | 3,113 | 49,719 |
| Unrealised loss on forward foreign exchange contracts (Note 16) | 9,429 | 813 |
| Total | 12,542 | 2,127,328 |

Other payables to related companies were interest-bearing at rates ranging between 1.58% and 2.15% per annum.

12

Confidential – Counsel Only                                    DS252817

10   ISSUED CAPITAL

| | 2003 | 2002 | 2003 | 2002 |
|---|---|---|---|---|
| | Number of ordinary shares of S$1 each | | US$ | US$ |
| Authorised | 10,226,590 | 10,226,590 | 7,041,318 | 7,041,318 |
| Issued and paid-up: At beginning and end of year | 10,226,590 | 10,226,590 | 7,041,318 | 7,041,318 |

11   REVENUE

Revenue represents the invoiced value of finished goods sold to related companies and external customers, net of returns.

12   OTHER OPERATING INCOME

| | 2003 US$ | 2002 US$ |
|---|---|---|
| Interest income from non-related companies | 118 | 2,806 |
| Interest income from related companies (Note 4) | 11,049 | 1,481 |
| Adjustment to trade payables to related companies | 351,972 | – |
| Commission income from related companies (Note 4) | 2,449 | 36,175 |
| Others | 2,418 | 51,080 |
| Total | 368,006 | 91,542 |

13   PROFIT FROM OPERATIONS

| | 2003 US$ | 2002 US$ |
|---|---|---|
| Write back of allowance for inventories | – | (827,130) |
| Foreign currency exchange adjustment (gain) loss | (16,257) | 41,749 |

The company did not engage any employee for the financial year ended December 31, 2003 and 2002. The administrative support was provided by a related company.

13

DS252818

14  FINANCE COSTS

|  | 2003 US$ | 2002 US$ |
|---|---|---|
| Interest expense to outside parties | 10 | 5,114 |
| Interest expense to related companies (Note 4) | 9,378 | 69,847 |
|  | 9,388 | 74,961 |

15  INCOME TAX

|  | 2003 US$ | 2002 US$ |
|---|---|---|
| Current | - | 40,105 |
| Overprovision in prior years | (260,526) | (287,448) |
| Overseas withholding tax | - | 13,454 |
| Total | (260,526) | (233,889) |

The income tax amount varied from the amount of income tax expense determined by applying the Singapore income tax rate of 22% (2002 : 22%) to profit before income tax as a result of the following differences:

|  | 2003 US$ | 2002 US$ |
|---|---|---|
| Income tax expense at statutory rate | 10,318 | 105,885 |
| Non-(taxable) allowable items | (2,464) | 13,950 |
| Prior years' tax loss carryforwards utilised | (3,194) | - |
| Utilisation of deferred tax benefits previously not recognised | (834) | (50,482) |
| Overprovision in prior years | (260,526) | (287,448) |
| Tax exemption and rebates | (3,826) | (29,248) |
| Overseas withholding tax | - | 13,454 |
|  | (260,526) | (233,889) |

The company has tax loss carryforwards available for offsetting against future taxable income as follows:

|  | 2003 US$ | 2002 US$ |
|---|---|---|
| Amount at beginning of year | 76,199 | - |
| Amount in current year | - | 76,199 |
| Amount utilised in current year | (14,518) | - |
| Amount at end of year | 61,681 | 76,199 |
| Deferred tax benefit on above not recognised | 13,570 | 16,764 |

14

The company has unrecorded deferred tax benefits arising from provisions as follows:

|  | 2003 US$ | 2002 US$ |
|---|---|---|
| At beginning of year | 496,027 | 310,023 |
| Utilised during the year | (834) | (50,482) |
| Exchange differences | 4,520 | (129,553) |
| Effect of change in tax rate due to discontinuation of AIT tax status | - | 366,039 |
| At end of year | 499,713 | 496,027 |

No deferred tax asset has been recognised due to the uncertainty of future taxable profits.

## 16    FINANCIAL INSTRUMENTS

The table below sets out the principal/notional amount and fair value of the company's outstanding forward foreign exchange contracts:

|  | Principal/ Notional amount US$ | Gross positive fair value US$ | Gross negative fair value US$ |
|---|---|---|---|
| **2003** | | | |
| Forward foreign exchange contracts | 2,001,175 | 341 | 9,429 |
| **2002** | | | |
| Forward foreign exchange contracts | 308,572 | 901 | 813 |

## 17    EFFECTS OF ADOPTING FRS

The accounting records are maintained in United States dollars and Singapore dollars and for the purposes of statutory reporting prior to January 1, 2003, the accounting records in Singapore dollars were used to measure and present the statutory financial statements. During the financial year, the company adopted INT FRS 19 *Reporting Currency – Measurement and Presentation of Financial Statements under FRS 21 and FRS 29* and used the accounting records in United States dollars, the company's measurement currency in accordance with those standards, to measure and present its financial statements. For the purpose of restating the prior year's balances and transactions, the accounting records maintained in United States dollars were used.

15

The effects of the adoption are summarised as follows:

| | United States dollars | As previously reported in Singapore dollars |
|---|---|---|
| **Profit and loss items:** | | |
| Revenue | 4,617,962 | 8,289,241 |
| Other operating income | 91,542 | 164,317 |
| Change in inventories of finished goods | (1,921,116) | (3,577,555) |
| Purchases | (1,179,916) | (1,988,796) |
| Bank charges | (81,213) | (145,777) |
| Commission expense | (124,884) | (224,166) |
| Other operating expenses | (846,120) | (1,518,786) |
| Profit from operations | 556,255 | 998,478 |
| Finance costs | (74,961) | (134,556) |
| Profit before income tax | 481,294 | 863,922 |
| Income tax | 233,889 | 419,830 |
| Net profit for the year | 715,183 | 1,283,752 |
| | | |
| **Balance sheet items:** | | |
| Current assets | 18,962,732 | 32,900,342 |
| Total assets | 18,962,732 | 32,900,342 |
| | | |
| Current liabilities | 4,044,945 | 7,017,980 |
| Total equity | 14,917,787 | 25,882,362 |
| Total liabilities and equity | 18,962,732 | 32,900,342 |

16

Confidential - Counsel Only                                                      DS252821

UNION CARBIDE CUSTOMER SERVICES PTE LTD

STATEMENT OF DIRECTORS

In the opinion of the directors, the accompanying financial statements set out on pages 4 to 16 are drawn up so as to give a true and fair view of the state of affairs of the company as at December 31, 2003 and of the results, changes in equity and cash flows of the company for the financial year then ended and at the date of this statement there are reasonable grounds to believe that the company will be able to pay its debts as and when they fall due.

ON BEHALF OF THE DIRECTORS

.....................................
Loy Boon Huat

.....................................
Ong Eng Keang

March 31, 2004

17

Confidential - Counsel Only                                              DS252822

Deloitte & Touche
Certified Public Accountants
6 Shenton Way #32-00
DBS Building Tower Two
Singapore 068809

Tel: +65 6224 8288
Fax: +65 6538 6166
www.deloitte.com

A member firm of
Deloitte Touche Tohmatsu