Exhibit H

**Deloitte**
**&Touche**

UNION CARBIDE CUSTOMER
SERVICES PTE LTD

REPORT OF THE DIRECTORS
AND FINANCIAL STATEMENTS

YEAR ENDED DECEMBER 31, 2002

Confidential – Counsel Only

DS252824

**UNION CARBIDE CUSTOMER SERVICES PTE LTD**

**REPORT OF THE DIRECTORS AND FINANCIAL STATEMENTS**

CONTENTS

|  | PAGE |
|---|---|
| Report of the directors | 1 - 4 |
| Auditors' report | 5 |
| Balance sheet | 6 |
| Profit and loss statement | 7 |
| Statement of changes in equity | 8 |
| Cash flow statement | 9 |
| Notes to financial statements | 10 - 18 |
| Statement of directors | 19 |

MGR.NF2/2082RA.119/RBY/KLCY/AWLL/FY

DS252825

**UNION CARBIDE CUSTOMER SERVICES PTE LTD**

**REPORT OF THE DIRECTORS**

The directors present their report together with the audited financial statements of the company for the financial year ended December 31, 2002.

1    DIRECTORS

The directors of the company in office at the date of this report are:

Ong Eng Keang
Loy Boon Huat
Peter M. Jennings

2    PRINCIPAL ACTIVITIES

The principal activities of the company were those relating to the import/export and distribution in various types of chemicals, petro-chemical products, by-products and derivatives.

The majority of the company's operations were transferred to a related company in 2001.

3    ACQUISITIONS AND DISPOSALS OF SUBSIDIARIES

There were no acquisitions or disposals of subsidiaries during the financial year.

4    RESULTS FOR THE FINANCIAL YEAR

|  | $ |
|---|---|
| Profit after income tax | 1,283,752 |
| Accumulated profits at beginning of year | 8,880,530 |
| Accumulated profits at end of year | 10,164,282 |

5    MATERIAL TRANSFERS TO/FROM RESERVES AND PROVISIONS

There were no material transfers to or from reserves and provisions during the financial year other than disclosed in the attached financial statements.

1

Confidential - Counsel Only                                                                DS252826

6    ISSUE OF SHARES AND DEBENTURES

During the financial year, the company did not issue any shares or debentures.

7    ARRANGEMENTS TO ENABLE DIRECTORS TO ACQUIRE BENEFITS
     BY MEANS OF THE ACQUISITION OF SHARES AND DEBENTURES

Neither at the end of the financial year nor at any time during the financial year did there subsist any arrangement whose object is to enable the directors to acquire benefits by means of the acquisition of shares or debentures in the company or any other body corporate.

8    DIRECTORS' INTERESTS IN SHARES AND DEBENTURES

The directors holding office at the end of the financial year had no interests in the share capital of the company and related corporations as recorded in the register of directors' shareholdings kept by the company under Section 164 of the Singapore Companies Act.

9    DIVIDENDS

No dividend has been paid, declared or recommended by the company since the end of the previous financial year.

10   DIRECTORS' ACTIONS RELATING TO BAD AND DOUBTFUL DEBTS

Before the profit and loss statement and the balance sheet were made out, the directors of the company took reasonable steps to ascertain that proper action had been taken in relation to the writing off and providing for bad and doubtful debts and have satisfied themselves that all known bad debts, if any, have been written off and that where necessary adequate provision has been made for doubtful debts.

At the date of this report, the directors of the company are not aware of any circumstances which would render any amounts written off or provided for bad and doubtful debts in the financial statements of the company inadequate to any substantial extent.

11   DIRECTORS' ACTIONS RELATING TO CURRENT ASSETS

Before the profit and loss statement and the balance sheet were made out, the directors took reasonable steps to ascertain that any current assets which were unlikely to realise their book values in the ordinary course of business have been written down to their estimated realisable values or were adequately provided for.

At the date of this report, the directors are not aware of any circumstances which would render the values attributable to current assets in the financial statements of the company misleading.

2

12    CHARGES ON ASSETS AND EXISTENCE OF
      CONTINGENT LIABILITIES AFTER YEAR END DATE

      At the date of this report:

      a)    there does not exist any charge on the assets of the company which has arisen since the end of
            the financial year which secures the liability of any other person; and

      b)    there does not exist any contingent liability of the company which has arisen since the end of
            the financial year.

13    ABILITY TO MEET OBLIGATIONS

      No contingent or other liability of the company has become enforceable or is likely to become
      enforceable within the period of twelve months after the end of the financial year which, in the
      opinion of the directors, will or may affect the ability of the company to meet its obligations as and
      when they fall due.

14    OTHER CIRCUMSTANCES AFFECTING FINANCIAL STATEMENTS

      At the date of this report, the directors are not aware of any circumstances not otherwise dealt with in
      this report or financial statements which would render any amount stated in the financial statements
      misleading.

15    UNUSUAL ITEMS

      In the opinion of the directors, the results of the operations of the company have not been
      substantially affected by any item, transaction or event of a material and unusual nature during the
      financial year.

16    UNUSUAL ITEMS AFTER YEAR END DATE

      In the opinion of the directors, no item, transaction or event of a material and unusual nature has
      arisen in the interval between the end of the financial year and the date of this report which would
      affect substantially the results of the operations of the company for the financial year in which this
      report is made.

17    DIRECTORS' RECEIPT AND ENTITLEMENT TO CONTRACTUAL BENEFITS

      Since the beginning of the financial year, no director has received or become entitled to receive a
      benefit which is required to be disclosed under Section 201(8) of the Singapore Companies Act, by
      reason of a contract made by the company or a related corporation with the director or with a firm of
      which he is a member, or with a company in which he has a substantial financial interest.  Certain
      directors have received remuneration from related corporations in their capacity as directors and/or
      executives of those related corporations.

3

18    OPTIONS TO TAKE UP UNISSUED SHARES

During the financial year, no option to take up unissued shares of the company was granted.


19    OPTIONS EXERCISED

During the financial year, there were no shares of the company issued by virtue of the exercise of an option to take up unissued shares.


20    UNISSUED SHARES UNDER OPTION

At the end of the financial year, there were no unissued shares of the company under option.


21    AUDITORS

The auditors, Deloitte & Touche, have expressed their willingness to accept re-appointment.


ON BEHALF OF THE DIRECTORS


Ong Eng Keang


Peter M. Jennings


April 11, 2003


4

Confidential - Counsel Only                                                                                 DS252829

Certified Public Accountants
6 Shenton Way #32-00
DBS Building Tower Two
Singapore 068809

Tel:(65) 6224 8288
Fax:(65) 6538 6166

# Deloitte & Touche

**AUDITORS' REPORT TO THE MEMBER OF**

**UNION CARBIDE CUSTOMER SERVICES PTE LTD**

We have audited the accompanying financial statements of Union Carbide Customer Services Pte Ltd for the financial year ended December 31, 2002. These financial statements are the responsibility of the company's directors. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with Singapore Standards on Auditing. Those Standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by the directors, as well as evaluating the overall financial statements presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion,

a)   the accompanying financial statements are properly drawn up in accordance with the provisions of the Singapore Companies Act ("Act") and Singapore Statements of Accounting Standard and so as to give a true and fair view of:

   i)   the state of affairs of the company as at December 31, 2002 and of the results, equity changes and cash flows of the company for the financial year then ended; and

   ii)  the other matters required by Section 201 of the Act to be dealt with in the financial statements;

b)   the accounting and other records and the registers required by the Act to be kept by the company have been properly kept in accordance with the provisions of the Act.

*Deloitte & Touche*

Certified Public Accountants

Singapore
April 11, 2003

5

Deloitte
Touche
Tohmatsu

Confidential - Counsel Only                                                                    DS252830

UNION CARBIDE CUSTOMER SERVICES PTE LTD

BALANCE SHEET
December 31, 2002

| | Note | 2002 $ | 2001 $ |
|---|---|---|---|
| **ASSETS** | | | |
| | | | |
| **Current assets:** | | | |
| Cash | | 29,263 | 55,120 |
| Trade receivables | 5 | 32,502,020 | 59,323,319 |
| Other receivables and prepayments | 6 | 8,251 | 3,755,808 |
| Inventories | 7 | 360,808 | 3,938,363 |
| Total current assets | | 32,900,342 | 67,072,610 |
| | | | |
| **Total assets** | | 32,900,342 | 67,072,610 |
| | | | |
| **LIABILITIES AND EQUITY** | | | |
| | | | |
| **Current liabilities:** | | | |
| Bank overdrafts | 8 | - | 4,461,920 |
| Trade payables | 9 | 2,984,235 | 32,408,066 |
| Other payables | 10 | 3,690,914 | 2,708,030 |
| Income tax payable | | 342,831 | 1,222,618 |
| Total current liabilities | | 7,017,980 | 40,800,634 |
| | | | |
| **Capital and reserves:** | | | |
| Issued capital | 11 | 10,226,590 | 10,226,590 |
| Currency translation reserve | | 5,491,490 | 7,164,856 |
| Accumulated profits | | 10,164,282 | 8,880,530 |
| Total equity | | 25,882,362 | 26,271,976 |
| | | | |
| **Total liabilities and equity** | | 32,900,342 | 67,072,610 |

See accompanying notes to financial statements.

6

Confidential - Counsel Only                                                    DS252831

**UNION CARBIDE CUSTOMER SERVICES PTE LTD**

**PROFIT AND LOSS STATEMENT**
Year ended December 31, 2002

| | Note | 2002 $ | 2001 $ |
|---|---|---|---|
| Revenue | 12 | 8,289,241 | 460,164,145 |
| Other operating income | 13 | 164,317 | 2,397,641 |
| Change in inventories of finished goods | | (3,577,555) | (24,377,637) |
| Purchases | | (1,988,796) | (419,876,608) |
| Bank charges | | (145,777) | (932,612) |
| Commission expense | | (224,166) | (9,696,068) |
| Depreciation expense | | - | (115,877) |
| Staff costs | 14 | - | (3,278,093) |
| Other operating expenses | | (1,518,786) | (6,824,920) |
| Profit (Loss) from operations | | 998,478 | (2,540,029) |
| Finance costs | 15 | (134,556) | (992,662) |
| Profit (Loss) before income tax | 16 | 863,922 | (3,532,691) |
| Income tax | 17 | 419,830 | (460,578) |
| Net profit (loss) for the year | | 1,283,752 | (3,993,269) |

See accompanying notes to financial statements.

7

Confidential - Counsel Only                                      DS252832

**UNION CARBIDE CUSTOMER SERVICES PTE LTD**

STATEMENT OF CHANGES IN EQUITY
Year ended December 31, 2002

| | Issued capital $ | Asset revaluation reserve $ | Currency translation reserve $ | Accumulated profits $ | Total $ |
|---|---|---|---|---|---|
| Balance at January 1, 2001 | 10,226,590 | - | 5,527,976 | 10,723,799 | 26,478,365 |
| Currency translation differences | - | - | 1,636,880 | - | 1,636,880 |
| Surplus on revaluation of property, plant and equipment | - | 2,150,000 | - | - | 2,150,000 |
| Transfer to accumulated profits on disposal of property, plant and equipment | - | (2,150,000) | - | 2,150,000 | - |
| Net loss for the year | - | - | - | (3,993,269) | (3,993,269) |
| Balance at December 31, 2001 | 10,226,590 | - | 7,164,856 | 8,880,530 | 26,271,976 |
| Currency translation differences | - | - | (1,673,366) | - | (1,673,366) |
| Net profit for the year | - | - | - | 1,283,752 | 1,283,752 |
| Balance at December 31, 2002 | 10,226,590 | - | 5,491,490 | 10,164,282 | 25,882,362 |

See accompanying notes to financial statements.

8

DS252833

**UNION CARBIDE CUSTOMER SERVICES PTE LTD**

**CASH FLOW STATEMENT**
Year ended December 31, 2002

| | Note | 2002 $ | 2001 $ |
|---|---|---|---|
| **Cash flows from operating activities:** | | | |
| Profit (Loss) before income tax | | 863,922 | (3,532,691) |
| Adjustments for: | | | |
| Depreciation expense | | - | 115,877 |
| Interest income | | (7,695) | (1,817,334) |
| Interest expense | | 134,556 | 992,662 |
| Operating profit (loss) before working capital changes | | 990,783 | (4,241,486) |
| | | | |
| Trade receivables | | 26,821,299 | 171,175,085 |
| Other receivables and prepayments | | 3,747,557 | (1,600,757) |
| Inventories | | 3,577,555 | 24,377,637 |
| Trade payables | | (29,423,831) | (177,103,326) |
| Other payables | | 982,884 | 1,349,020 |
| Cash generated from operations | | 6,696,247 | 13,956,173 |
| | | | |
| Income tax paid | | (459,957) | (1,318,595) |
| Interest paid | | (134,556) | (1,510,215) |
| Interest received | | 7,695 | 1,817,334 |
| Net cash from operating activities | | 6,109,429 | 12,944,697 |
| | | | |
| **Cash flows from investing activity:** | | | |
| Proceeds on disposal of property, plant and equipment | | - | 3,509,142 |
| Net cash from investing activity | | - | 3,509,142 |
| | | | |
| **Cash flows from financing activity:** | | | |
| Repayment of borrowings | | - | (24,361,609) |
| Net cash used in financing activity | | - | (24,361,609) |
| | | | |
| **Net effect of exchange rate changes** | | (1,673,366) | 1,636,880 |
| | | | |
| Net increase (decrease) in cash | | 4,436,063 | (6,270,890) |
| (Overdrawn) Cash at beginning of year | | (4,406,800) | 1,864,090 |
| **Cash (Overdrawn) at end of year** | 18 | 29,263 | (4,406,800) |

See accompanying notes to financial statements.

9

Confidential - Counsel Only                    DS252834

**UNION CARBIDE CUSTOMER SERVICES PTE LTD**

**NOTES TO FINANCIAL STATEMENTS**
December 31, 2002

1    GENERAL

The company is incorporated in the Republic of Singapore with its registered office and principal place of business at 260 Orchard Road, #18-01 The Heeren, Singapore 238855. The financial statements are expressed in Singapore dollars.

The principal activities of the company were those relating to the import/export and distribution in various types of chemicals, petro-chemical products, by-products and derivatives. The majority of the company's operations were transferred to a related company in 2001.

The financial statements of the company for the year ended December 31, 2002 were authorised for issue by the Board of Directors on April 11, 2003.

2    SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

BASIS OF ACCOUNTING - The financial statements are prepared in accordance with the historical cost convention, modified to include the revaluation of certain properties and are drawn up in accordance with the provisions of the Singapore Companies Act and Singapore Statements of Accounting Standard ("SAS").

The company has adopted all the applicable new/revised SAS which became effective during the year. The adoption of the new/revised SAS does not affect the results of current or prior periods.

FINANCIAL ASSETS - Financial assets include cash and bank balances, trade and other receivables and prepayments. Trade and other receivables and prepayments are stated at their nominal values as reduced by appropriate allowances for estimated irrecoverable amounts.

FINANCIAL LIABILITIES AND EQUITY - Financial liabilities and equity instruments are classified according to the substance of the contractual arrangements entered into. Financial liabilities include trade and other payables and bank overdrafts. Trade and other payables are stated at their nominal values. Bank overdrafts are recorded at the proceeds received, net of transaction costs. Finance costs are accounted for on an accrual basis and are added to the carrying amount of the instrument to the extent that they are not settled in the period in which they arise.

10

Confidential - Counsel Only                                                          DS252835

**FINANCIAL INSTRUMENTS** - The carrying amounts of forward foreign exchange contracts are adjusted for changes in fair value at each balance sheet date. All forward foreign exchange contracts are marked-to-market at the end of each accounting period. Resulting gains or losses are included in the profit and loss statement.

The company calculates the fair value of financial instruments using quoted market prices whenever available. When quoted market prices are not available for various types of financial instruments, the company uses standard pricing models, which takes into account the present value of estimated future cash flows.

**INVENTORIES** - Inventories are measured at the lower of cost (weighted average method) and net realisable value. Cost includes all costs of purchase, costs of conversion and other costs incurred in bringing the inventories to their present location and condition. Net realisable value represents the estimated selling price less all estimated costs to completion and costs to be incurred in marketing, selling and distribution.

**IMPAIRMENT OF ASSETS** - At each balance sheet date, the company reviews the carrying amounts of its tangible assets to determine whether there is any indication that those assets have suffered an impairment loss. If any such indication exists, the recoverable amount of the asset is estimated in order to determine the extent of the impairment loss (if any). When it is not possible to estimate the recoverable amount of an individual asset, the company estimates the recoverable amount of the cash-generating unit to which the asset belongs. If the recoverable amount of an asset (or cash-generating unit) is estimated to be less than its carrying amount, the carrying amount of the asset (cash-generating unit) is reduced to its recoverable amount. Impairment losses are recognised as an expense immediately, unless the relevant asset is land or buildings at a revalued amount, in which case the impairment loss is treated as a revaluation decrease.

When an impairment loss subsequently reverses, the carrying amount of the asset (cash-generating unit) is increased to the revised estimate of its recoverable amount, but so that the increased carrying amount does not exceed the carrying amount that would have been determined had no impairment loss been recognised for the asset (cash-generating unit) in prior years. A reversal of an impairment loss is recognised as income immediately, unless the relevant asset is carried at a revalued amount, in which case the reversal of the impairment loss is treated as a revaluation increase.

**PROVISIONS** - Provisions are recognised when the company has a present obligation as a result of a past event where it is probable that it will result in an outflow of economic benefits that can be reasonably estimated.

**FOREIGN CURRENCY TRANSACTIONS** - Transactions in foreign currencies are recorded in the functional currency namely, U.S. dollars at the rates ruling at the dates of the transactions. At each balance sheet date, recorded monetary balances that are denominated in foreign currencies are reported at the rates ruling at the balance sheet date. All realised and unrealised exchange adjustment gains and losses are dealt with in the profit and loss statement.

11

DS252836

**FOREIGN CURRENCY FINANCIAL STATEMENTS** - The financial statements of the company are maintained in the functional currency namely, U.S. dollars. The financial statements in U.S. dollars are translated into Singapore dollars at the closing rate of exchange and the difference arising from the translation of the opening net investment at the closing rate is taken directly to reserves. Other exchange differences are dealt with in the profit and loss statement.

**REVENUE RECOGNITION** - Revenue from sale of goods is recognised when significant risks and rewards of ownership are transferred to the buyer and the amount of revenue and the costs of the transaction (including future costs) can be measured reliably.

Interest income is accrued on a time proportionate basis, by reference to the principal outstanding and at the interest rate applicable, on an effective yield basis.

**RETIREMENT BENEFIT COSTS** - Payments to defined contribution retirement benefit plans (including state-managed retirement benefit schemes) are charged as an expense when incurred.

**INCOME TAX** - Tax expense is determined on the basis of tax effect accounting, using the liability method, and it is applied to all significant temporary differences arising between the carrying amount of assets and liabilities in the financial statements and the corresponding tax bases used in the computation of taxable profit, except that a debit to the deferred tax balance is not carried forward unless there is a reasonable expectation of realisation in the foreseeable future.

**CASH** - Cash for the cash flow statement includes cash and cash equivalents less bank overdrafts.

3    **FINANCIAL RISKS AND MANAGEMENT**

Details of the significant accounting policies and methods adopted in respect of each category of financial assets and financial liabilities are disclosed in Note 2 to the financial statements.

i)    <u>Credit risk</u>

The company is exposed to credit risk mainly on trade receivable from its customers. In order to manage its credit risk, the company has adopted credit policies, which include an assessment of customers financial stability and the establishment of proper credit limits. Management believes that the credit risk is mitigated by the fact that the company maintains good banking relationships with reputable institutions. However, as a result of past credit policies, one third party customer represents approximately 96% of the company's outstanding trade receivable balance.

12

Confidential - Counsel Only                                                        DS252837

ii)    <u>Interest rate risk</u>

The company is exposed to interest rate risk on bank overdrafts and from the outstanding loans due to related companies.  As at December 31, 2002, management believes the risk is minimised due to the limited amount of external financing activities.

The company does not use derivative instruments to manage its interest rate risk.

iii)    <u>Foreign currency risk</u>

The company is exposed to foreign exchange rate risk as certain of the trade and non-trade transactions are denominated in currencies other than U.S. dollars.  The company has entered into forward foreign exchange contracts which are disclosed in Note 19 to the financial statements to hedge its foreign currency risks.

iv)    <u>Liquidity risk</u>

The company obtains adequate financial support from a related company to meet its financial obligations at all times.

v)    <u>Fair values of financial assets and financial liabilities</u>

The carrying amounts of financial assets and financial liabilities reported in the balance sheet approximate their fair values.

4    HOLDING COMPANY AND RELATED COMPANY TRANSACTIONS

The company is a subsidiary of Union Carbide Corporation, incorporated in the United States of America.  The company's ultimate holding company is The Dow Chemical Company, incorporated in the United States of America.  Related companies in these financial statements refer to members of the ultimate holding company's group of companies.

Many of the company's transactions and arrangements are between members of the group and the effect of these on the basis determined between the parties are reflected in these financial statements.  The intercompany balances are unsecured and without fixed repayment terms unless stated otherwise.

13

Confidential - Counsel Only                                    DS252838

Significant intercompany transactions:

| | 2002 $ | 2001 $ |
|---|---|---|
| Sales: | | |
| Related companies | (123,887) | (154,950,166) |
| Commission income: | | |
| Related companies | (64,934) | (42,025) |
| Interest income: | | |
| Related companies | (2,659) | (110,107) |
| Sale of property, plant and equipment: | | |
| Related company | - | (3,509,142) |
| Purchases: | | |
| Immediate holding company | 1,742,376 | 178,052,674 |
| Ultimate holding company | 139,584 | - |
| Related companies | - | 39,295,660 |
| Commission expense: | | |
| Related companies | 224,166 | 9,388,211 |
| Interest expense: | | |
| Related companies | 125,375 | 318,940 |

5   TRADE RECEIVABLES

| | 2002 $ | 2001 $ |
|---|---|---|
| Outside parties | 31,089,289 | 46,127,723 |
| Less allowance for doubtful debts | (3,949,509) | (5,229,104) |
| | 27,139,780 | 40,898,619 |
| Immediate holding company (Note 4) | 4,299,871 | - |
| Ultimate holding company (Note 4) | 117,418 | - |
| Related companies (Note 4) | 944,951 | 18,424,700 |
| | 32,502,020 | 59,323,319 |

Movements in allowance:

| | | |
|---|---|---|
| Balance at beginning of year | 5,229,104 | 2,504,414 |
| (Reversal) Charge to profit and loss (Note 16) | (1,042,827) | 2,464,430 |
| Foreign exchange realignment adjustment | (236,768) | 260,260 |
| Balance at end of year | 3,949,509 | 5,229,104 |

14

DS252839

6    OTHER RECEIVABLES AND PREPAYMENTS

|  | 2002 $ | 2001 $ |
|---|---|---|
| Prepayments | 6,055 | 224,271 |
| Unrealised gain on forward foreign exchange contracts (Note 19) | 1,565 | - |
| Related companies (Note 4) | 631 | 3,531,537 |
|  | 8,251 | 3,755,808 |

7    INVENTORIES

|  | 2002 $ | 2001 $ |
|---|---|---|
| Finished goods carried at net realisable value after the following allowance | 360,808 | 3,938,363 |

| Movements in allowance: |  |  |
|---|---|---|
| Balance at beginning of year | 1,920,000 | 576,686 |
| (Reversal) Charge during the year (Note 16) | (1,484,699) | 1,343,314 |
| Balance at end of the year | 435,301 | 1,920,000 |

8    BANK OVERDRAFTS

|  | 2002 $ | 2001 $ |
|---|---|---|
| Bank overdrafts (unsecured) | - | 4,461,920 |

In 2001, bank overdrafts bear interest at rates between 0.65% to 5.83% per annum.

9    TRADE PAYABLES

|  | 2002 $ | 2001 $ |
|---|---|---|
| Related companies (Note 4) | 1,934,571 | 21,706,695 |
| Outside parties | 901,890 | 10,701,371 |
| Ultimate holding company (Note 4) | 117,418 | - |
| Immediate holding company (Note 4) | 30,356 | - |
|  | 2,984,235 | 32,408,066 |

15

Confidential - Counsel Only

DS252840

10   OTHER PAYABLES

|  | 2002<br>$ | 2001<br>$ |
|---|---|---|
| Related companies (Note 4) | 3,603,241 | 1,413,902 |
| Outside parties | 86,262 | 1,248,579 |
| Unrealised loss on forward foreign exchange contracts (Note 19) | 1,411 | 45,549 |
|  | 3,690,914 | 2,708,030 |

Other payables to related companies bear interest at rates ranging between 1.58% and 2.15% (2001 : 1.3% and 2.6%) per annum.

11   ISSUED CAPITAL

|  | 2002<br>$ | 2001<br>$ |
|---|---|---|
| Authorised, issued and fully paid: | | |
| 10,226,590 ordinary shares of $1 each | 10,226,590 | 10,226,590 |

12   REVENUE

Revenue represents the invoiced value of finished goods sold to related companies and external customers.

13   OTHER OPERATING INCOME

|  | 2002<br>$ | 2001<br>$ |
|---|---|---|
| Interest income from non-related companies | 5,037 | 1,707,228 |
| Interest income from related companies (Note 4) | 2,658 | 110,106 |
| Commission income from related companies (Note 4) | 64,934 | 42,024 |
| Others | 91,688 | 538,283 |
|  | 164,317 | 2,397,641 |

14   STAFF COSTS

|  | 2002<br>$ | 2001<br>$ |
|---|---|---|
| Staff costs | - | 3,278,093 |
| Cost of defined contribution plans included in staff costs | - | 311,997 |

In 2001, the company transferred all its employees to a related company. The company did not engage any employees for the financial year ended December 31, 2002. The administrative support was provided by a related company.

16

Confidential - Counsel Only

DS252841

15   FINANCE COSTS

|  | 2002<br>$ | 2001<br>$ |
|---|---|---|
| Interest expense to outside parties | 9,181 | 673,722 |
| Interest expense to related companies (Note 4) | 125,375 | 318,940 |
|  | 134,556 | 992,662 |

16   PROFIT (LOSS) BEFORE INCOME TAX

In addition to the charges and credits disclosed elsewhere in the notes, this item includes the following charges (credits):

|  | 2002<br>$ | 2001<br>$ |
|---|---|---|
| Auditors' remuneration | 24,979 | 20,000 |
| Depreciation expense | - | 115,877 |
| (Write back) Allowance for doubtful trade receivables | (1,042,827) | 2,464,430 |
| Foreign exchange adjustment loss | 74,939 | 352,083 |
| (Write back) Allowance for inventories | (1,484,699) | 1,343,314 |

17   INCOME TAX

|  | 2002<br>$ | 2001<br>$ |
|---|---|---|
| Current | 71,990 | 557,640 |
| Overprovision in prior years | (515,970) | (109,863) |
| Overseas withholding tax | 24,150 | 12,801 |
|  | (419,830) | 460,578 |

In 2001, the company discontinued its Approved International Trade ("AIT") tax status.

The income tax amount varied from the amount of income tax expense (benefit) determined by applying the Singapore income tax rate of 22% (2001 : 24.5%) to profit (loss) before income tax as a result of the following differences:

|  | 2002<br>$ | 2001<br>$ |
|---|---|---|
| Income tax expense (benefit) at statutory rate | 190,063 | (865,509) |
| Non-allowable items | 25,043 | 468,853 |
| Utilisation of deferred tax benefits previously not recognised | (90,616) | - |
| Effect of different tax rates of tax incentive | - | 1,054,049 |
| Overprovision in prior years | (515,970) | (109,863) |
| Tax exemption and rebates | (52,500) | (99,753) |
| Overseas withholding tax | 24,150 | 12,801 |
|  | (419,830) | 460,578 |

17

Confidential - Counsel Only                                                                DS252842

The company has unrecorded deferred tax benefits arising from provisions as follows:

|  | 2002 $ | 2001 $ |
|---|---|---|
| At beginning of year | 537,890 | 250,441 |
| (Utilised) Arising during the year | (90,616) | 196,671 |
| Exchange differences | (221,984) | 90,778 |
| Effect of change in tax rate due to discontinuation of AIT tax status | 635,078 | - |
| At end of year | 860,368 | 537,890 |

No deferred tax asset has been recognised due to the uncertainty of future taxable profits.

18    CASH AND CASH EQUIVALENTS

Cash and cash equivalents in the cash flow statement consist of the following:

|  | 2002 $ | 2001 $ |
|---|---|---|
| Cash | 29,263 | 55,120 |
| Bank overdrafts | - | (4,461,920) |
|  | 29,263 | (4,406,800) |

19    FINANCIAL INSTRUMENTS

The table below sets out the principal/notional amount and fair value of the company's outstanding forward foreign exchange contracts:

|  | Principal/ Notional amount $ | Gross positive fair value $ | Gross negative fair value $ |
|---|---|---|---|
| **2002** |  |  |  |
| Forward foreign exchange contracts | 535,372 | 1,565 | 1,411 |
| **2001** |  |  |  |
| Forward foreign exchange contracts | 10,689,950 | - | 45,549 |

20    OPERATING LEASE COMMITMENTS

|  | 2002 $ | 2001 $ |
|---|---|---|
| Minimum lease payments under operating leases | - | 95,453 |

At the balance sheet date, the company has no commitments in respect of operating leases.

18

    DS252843

UNION CARBIDE CUSTOMER SERVICES PTE LTD

STATEMENT OF DIRECTORS

In the opinion of the directors, the accompanying financial statements are drawn up so as to give a true and fair view of the state of affairs of the company as at December 31, 2002 and of the results, equity changes and cash flows of the company for the financial year then ended and at the date of this statement there are reasonable grounds to believe that the company will be able to pay its debts as and when they fall due.

ON BEHALF OF THE DIRECTORS

.........................................................
Ong Eng Keang

.........................................................
Peter M. Jennings

April 11, 2003

19

Confidential - Counsel Only

DS252844

