Exhibit I

From: "Shyam Pednekar" <shyam@megavisa.com>
To: "Ajay Mittal" <mittal@megavisa.com>
Sent: Thursday, July 19, 2001 11:30 AM
Subject: Fw: India Orders

----- Original Message -----
From: "Samtani, Arjun (AP)" <samtana@dow.com>
To: "Ajay Mittal" <mittal@megavisa.com>
Sent: Thursday, July 19, 2001 11:01 AM
Subject: FW: India Orders

> Ajay
>
> As per our discussion, it will be status quo for now. FYI, please.
>
> Rgds
> Arjun
> Tel : 65-7700-260
> Fax : 65-777-1269
> email  samtana@dow.com
>
> > -----Original Message-----
> > From: Serizawa, Atsuko
> > Sent  Sunday, July 15, 2001 11:30 PM
> > To: Wildi, Markus (M); Kaminaga, Takashi; Jewsbury, Kenneth
> > Cc: Neunuebel, Edward; Ho, Patrick (PP); Samtani, Arjun (AP); Leong,
> > Julinda (J); Chia, Weng-Lock (WL)
> > Subject: RE: India Orders
> >
> > Currently in India, UCC products are being sold through Megavisa under
> > distributor agreement.  Actually Megavisa India, who has customers in
> > India and negotiates price, supply, etc, sends the orders to Megavisa
> > Singapore.  Then Megavisa Singapore places orders to Dow Singapore under
> > FOB term.
> >
> > Some question was asked if Dow India can now sell to Megavisa India
> > directly or not, which is the standard practice for Dow.
> >
> > However, upon consultation with legal, it was recommended not to change
> > the current practice / order process in India for UCC products.
> >
> > Kaminaga-san, I have already discussed with Arjun who is aware of this
> > decision.
> >
> > Ako
> > Ako Serizawa
> > Pacific Customer Interface
> > TEL  81-3-5460-2230
> > FAX : 81-3-5460-6249
> > E-mail: aserizawa@dow.com
> >
> >
> > -----Original Message-----
> > From: Neunuebel, Edward
> > Sent  Friday, July 06, 2001 11:58 PM
> > To: Serizawa, Atsuko

M 5308

09-Jul-02

>> Subject: RE: India Orders
>>
>> Country management and I are against this idea at the
>> present time due to the threat of litigation and the protest incident of a
>> couple of months ago.
>> Best regards,
>> Ed
>>
>> Edward R.J. Neunuebel       Dow Pacific Legal   -   Hong
>> Kong
>> Telephone: 852-2879-7385
>> E-mail: eneunuebel@dow.com
>> Fax: 852-2827-1007
>> Mail: 47th Floor, Sun Hung Kai Centre, Wanchai, Hong Kong,
>> Peoples Republic of China
>>
>> -----Original Message-----
>> From: Serizawa, Atsuko
>> Sent: Friday, July 06, 2001 10:16 PM
>> To: Neunuebel, Edward
>> Subject: RE: India Orders
>>
>> Ed, thank you very much for such a speedy reply.
>> Then how about this question?
>>
>> * Actually Megavisa India has customers in India and negotiates price,
>> supply, etc
>> * Then Megavisa India will send that to Megavisa Singapore
>> * Megavisa Singapore is placing orders to Dow Singapore
>>
>> Then let me ask you this.
>> * Since Megavisa Singapore is a dummy company who negotiates nothing
>> and owns nothing, Dow India now would like to do the business with
>> Megavisa India direct. Assuming they get Dow India credit approval (and I
>> think they do), can Dow India supply UCC NA products to Megavisa India?
>>
>>
>> Ako
>> Ako Serizawa
>> Pacific Customer Interface
>> TEL: 81-3-5460-2230
>> FAX: 81-3-5460-6249
>> E-mail: aserizawa@dow.com
>>
>>
>> -----Original Message-----
>> From: Neunuebel, Edward
>> Sent: Friday, July 06, 2001 8:50 PM
>> To: Serizawa, Atsuko
>> Subject: RE: India Orders
>>
>> Ako  UCC products are to be sold to Megavisa per a
>> distribution agreement. Megavisa resells into India.
>>
>> Best regards,
>> Ed
>>
>> Edward R.J. Neunuebel       Dow Pacific Legal   -

M 5313

09-Jul-02

```
>> Hong Kong
>> Telephone: 852-2879-7385
>> E-mail: eneunuebel@dow.com
>> Fax: 852-2827-1007
>> Mail: 47th Floor, Sun Hung Kai Centre, Wanchai,
>> Hong Kong, Peoples Republic of China
>>
>> -----Original Message-----
>> From: Serizawa, Atsuko
>> Sent: Friday, July 06, 2001 6:01 PM
>> To: Neunuebel, Edward
>> Subject: India Orders
>>
>>
>> Ed, please see the attached. Since you are an
>> expert on India, may I seek your legal advice on what was UCC's position
>> on material sent to India from UCC NA and whether Dow would continue with
>> that position. In other words, UCC could not sell "UCC" products into
>> India, now Dow India (Actually DCPL) can sell UCC labeled products to
>> India?
>>
>> UCC's position is:
>> "It really does not matter which is the Selling
>> Company, whether Dow or Carbide, but as long as the Shipper on record is
>> UCC NA or any UCC legal entities, shipment showing port of discharge as
>> "India" is not allowed. Thus CIF delivery terms to India ports is
>> disallowed. Shipper must be any Company other than UCC. If title
>> transfer has taken place between UCC NA to Dow NA & shipped out under
>> shipper "Dow". CIF terms is not an issue."
>>
>> Appreciate your advise.
>>
>>
>> Ako
>> Ako Serizawa
>> Pacific Customer Interface
>> TEL: 81-3-5460-2230
>> FAX: 81-3-5460-6249
>> E-mail: aserizawa@dow.com
>>
>> -----Original Message-----
>> From: Samtani, Arjun (AP)
>> Sent: Tuesday, July 03, 2001 4:06 PM
>> To: Serizawa, Atsuko
>> Subject: India Orders
>>
>> Ako san
>>
>> Re our talk yesterday. Here is the background and
>> future plans in which legal issues may play a part. This will also help
>> me to confirm my understanding. You may choose to get clarifications from
>> legal (and other groups if required) as you think fit.
>>
>> Background
>> In the old UCC, all sales to India were made on a
>> FAS basis with the title transfer taking place out of India. Invoicing
>> was done by UCCS to MM Global Singapore (Megavisa Singapore) on a FAS
>> basis. MMG would then sell the product into India taking the credit
```

M 5312

09-Jul-02

```
risk
>> and also arranging for logistics. The physical flow of the product was
>> always from UCC plant/stocking point to customer in India. All
commercial
>> negotiations was done on a CIF basis and freight and commission was
backed
>> out to arrive at FAS basis. Currently, Dow Chemical Pacific S'pore is
>> doing the same thing for UCC products.
>>
>> Proposed Plan
>> The plan by Q4, 2001 is to have Dow India take the
>> order from the customer (could be end user or Megavisa India) and enter
>> into Dow Europe (Benelux or other company) irrespective of the source,
>> i.e. ex-UCC plant, Singapore tank etc. Credit approval would then be by
>> Dow India overseen by Dow Europe. All orders would be on a CIF basis.
>> Possible legal issue here is that if the product is shipped out of UCC
>> plan which still operates under UCC legal entity, shipper on record
would
>> be UCC although the invoicing would be done by Dow India. Also,
believe
>> UCC is still on R3 and will change to R2 in Q4 2001 to Q1 2002, so there
>> could be system disconnect as
>> both systems are on different platform.
>>
>> Rgd
>> Arjun
>> Tel   65-7700-260
>> Fax   65-777-1269
>> email : samtana@dow.com
>>
>>
>>
>>
>
```

M 5309

09-Jul-02