Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------)
MM GLOBAL SERVICES, INC.,       )
MM GLOBAL SERVICES PTE. LTD.,   )
and MEGAVISA SOLUTIONS (S)      )
PTE. LTD.,                      )
                                )
        Plaintiffs,             ) Civil Action No.
                                )
        vs.                     ) 302 CV 1107 (AVC)
                                )
THE DOW CHEMICAL COMPANY,       )
UNION CARBIDE CORPORATION,      )
UNION CARBIDE ASIA PACIFIC,     )
INC., UNION CARBIDE CUSTOMER    )
SERVICES, PTE, LTD. and DOW     )
CHEMICAL PACIFIC (SINGAPORE)    )
PTE. LTD.,                      )
                                )
        Defendants.             )
-------------------------------)
```

DEPOSITION OF: WILLIAM H. HERR
DATE: October 13, 2004
HELD AT:
Bingham McCutchen, LLP
One State Street
Hartford, Connecticut
- - -

Reporter:

Sandra V. Semevolos, RMR, CRR, LSR #74

BRANDON SMITH REPORTING SERVICE
44 Capitol Avenue
Hartford, Connecticut 06106
(860) 549-1850

Page 14

1    A.  Yes, it does.
2    Q.  Another preliminary matter that I want to get
3  squared away is our shorthand names for the different
4  corporations.
5    A.  Okay.
6    Q.  So that we are all talking about the same
7  corporation, as in Ms. Berti's deposition, I will refer
8  to The Dow Chemical Company as Dow.  I'll refer to
9  Union Carbide as UCC or Union Carbide.  Union Carbide
10 Asia Pacific I will call UCAP or U-C-A-P, but UCAP.
11 Dow Chemical Pacific we will call Dow Singapore.
12   A.  Okay.
13   Q.  And Union Carbide Customer Services I'll call
14 UCCS.
15   A.  Okay.
16   Q.  If I'm ever unclear about which corporation
17 I'm talking about, will you agree to ask me to clarify?
18   A.  Absolutely.
19   Q.  Have you ever provided services to either Dow
20 Singapore or UCCS?
21   A.  No, not to my knowledge.
22   Q.  Do you know whether anyone in the Legal
23 Department has done so under a service agreement?
24       MR. KELLY:  I'm going to object to the
25   relevance of the question.  But go ahead, you

Page 15

1   can answer.
2    A.  I believe so.  It would be the normal
3  practice.
4  BY MS. DOWNEY:
5    Q.  Mr. Herr, I'm going to place before you what
6  was previously marked as Plaintiff's Exhibit 1, and I'm
7  also going to place before you what we've premarked as
8  Plaintiff's Exhibit 2, and Exhibit 3.  Have you seen
9  Exhibits 1, 2 and 3 before?
10   A.  Are these the same document?
11   Q.  Well, they are not.  I'll represent to you
12 they are notices of deposition directed to -- there is
13 a separate one directed to UCCS, one directed to Dow
14 Singapore, and one directed to all three of the
15 domestic companies, UCC, Dow and UCAP.
16   A.  I have seen one of them.  I do not recall
17 which one.
18   Q.  And when were you first contacted about
19 appearing at this deposition?
20   A.  It was a few weeks ago.
21   Q.  In August or September?
22   A.  I believe it was early September.
23   Q.  Now, whether this will move things along or
24 only confuse everybody more, we will find out in a
25 minute, but here is Plaintiff's Exhibit 8, which is a

Page 16

1  chart we received from Defendant's counsel, indicating
2  the topics on which various 30(b)(6) designees are
3  going to testify, and your name is indicated in the top
4  row.
5    A.  Yes, I see it.
6    Q.  Can you verify for me that that is something
7  on which you are prepared to testify?
8    A.  Actually, I see my name in four rows.
9    Q.  Looking at the top row.
10   A.  Oh, a row at a time?
11   Q.  Yes.
12   A.  Okay.
13       MR. KELLY:  Alicia, maybe I can lessen
14   some of the confusion, I appreciate your
15   putting this out.  I was mistaken when I told
16   you that there was only one topic on which
17   Mr. Herr was prepared to testify for Dow
18   Singapore and UCCS.  Obviously from the face
19   of this there are three, and this is correct.
20   A.  I am familiar with the subject matters that
21 were described or that were shown to me in the Notice
22 of Deposition without the number.
23 BY MS. DOWNEY:
24   Q.  Why don't you take a look then at the Notices
25 of Deposition again, Exhibits 1, 2 and 3, and direct me

Page 17

1  to the topic list with which you believe you are most
2  familiar.
3    A.  Subject areas of examination 4.
4    Q.  And are you looking at Exhibit --
5    A.  I am looking at Exhibit 1.
6    Q.  Exhibit 1, all right, on page 6?
7    A.  Correct.  Five, six, and seven.
8    Q.  If you could just take another look at topic
9  number 1 on the topics list, in Exhibit 1, and I'd just
10 like to ask whether, as you look at it, do you recall
11 whether you are here to testify on that topic or not?
12   A.  I don't believe so unless I've misunderstood
13 something in discussions with the Defendant's counsel.
14       MR. KELLY:  Should we go off the record
15   for a second?
16       MS. DOWNEY:  If you like.
17       MR. KELLY:  Why don't we then.
18   (Off the record discussion.)
19       MS. DOWNEY:  Back on the record.
20       MR. KELLY:  Should we go back on the
21   record now?
22       MS. DOWNEY:  Yes.
23 BY MS. DOWNEY:
24   Q.  Did you want do clarify your answer?
25   A.  Yes.  It should also include subject 1, so in