**From:** Yimoyines, John (JP)
**Sent:** Tuesday, January 28, 2003 4:55 PM
**To:** Nielsen, Carlos (CW); Ungerleider, Howard (HI)
**Cc:** Lam, Banita
**Subject:** RE: UCC Sales to Megavisa

Yes. In 1999 Mega-Visa worked closely with UCC-Singapore to increase our sales in India.

Best regards,

John

-----Original Message-----
**From:** Nielsen, Carlos (CW)
**Sent:** Tuesday, January 28, 2003 7:39 AM
**To:** Yimoyines, John (JP); Ungerleider, Howard (HI)
**Cc:** Lam, Banita
**Subject:** UCC Sales to Megavisa

John,
Please find attached UCC sales to Megavisa (in Metric Tons) for your review.

**I'm surprised about the data in 1999. Is that reasonable ?**

<< OLE Object: Picture (Metafile) >>

Best regards, Carlos

-----Original Message-----
**From:** Wildi, Markus (M)
**Sent:** Tuesday, January 28, 2003 1:00 AM
**To:** Cheung, Lawrence (L); Nielsen, Carlos (CW); Tan, Horace (H); Ungerleider, Howard (HI)
**Cc:** Lam, Banita; Mosley, Craig (CR)
**Subject:** FW: UCC Sales to Megavisa

I believe it will be very difficult to convince Perf. Chemicals to take 90%. If you start to communicate with Performance Chemicals you will need to do this in Europe not Asia.

Rgds
Markus

-----Original Message-----
**From:** Lam, Banita
**Sent:** Tuesday, January 28, 2003 2:49 PM
**To:** Cheung, Lawrence (L); Nielsen, Carlos (CW); Tan, Horace (H)
**Cc:** Mosley, Craig (CR); Tay, Cecilia (C); Wildi, Markus (M)
**Subject:** RE: UCC Sales to Megavisa

Dear Lawrence,

Thanks for the background information. Should we communicate with Other Business (the majority should be Performance Chemicals) to take up at least 90% of the cost?

Carlos, please comment so we can start the communication & negotiation with the commercial director for Perf Chemical to get the agreement.

Thanks.



1

Confidential

DECK0004175

Best Regards

*Banita Lam*

Controllers - Hong Kong
Polyolefins
Pacific Area

☎: Tel : 852- 2879-7596
📠 Fax: 852- 2494-7280
mailto:Lam3@dow.com

-----Original Message-----
**From:** Cheung, Lawrence (L)
**Sent:** Tuesday, January 28, 2003 1:16 PM
**To:** Lam, Banita; Nielsen, Carlos (CW); Tan, Horace (H)
**Cc:** Mosley, Craig (CR); Tay, Cecilia (C); Wildi, Markus (M)
**Subject:** RE: UCC Sales to Megavisa

Dear Banita,
W&C should bear a lot less cost because of the following reasons:
1) The legal problem was created mainly by the non W&C businesses as they were the ones proposed the changes of distributors in India w/o understandings of the MV's background. W&C has never been part of the effort to the subject changes.
2) W&C business was very small in India from mid '80 up to 1998 & the legal case covers the whole period since MV was formed. The average ratio of W&C business in the whole period could be lower than 10%. FYI, MV handled all ex UCC businesses in India.
Regards,
Lawrence

-----Original Message-----
**From:** Lam, Banita
**Sent:** Tuesday, January 28, 2003 11:50 AM
**To:** Nielsen, Carlos (CW); Cheung, Lawrence (L); Tan, Horace (H)
**Cc:** Mosley, Craig (CR); Tay, Cecilia (C); Wildi, Markus (M)
**Subject:** RE: UCC Sales to Megavisa

<< File: Megavisa.xls >>
Dear Carlos, with help from Cecilia, we have extracted the UCC sales to Megavisa from 1998 - 2001. I've included the current Dow Global Business & Business name for easy reference.

W&C has material sales to Megavisa in 1999.

You may consider to take the total to-dated sales percentage (from 98 - 01) to split the cost. Then Wire & Cable should take up around 62.3%.

Please advise if it should be a good base for split.

Dear Lawrence & CC, any opinion?

Thanks.

Best Regards

*Banita Lam*

Controllers - Hong Kong
Polyolefins
Pacific Area

☎: Tel : 852- 2879-7596

2

Confidential

DECK0004176

📠 Fax: 852- 2494-7280
mailto:Lam3@dow.com

-----Original Message-----
**From:** Tay, Cecilia (C)
**Sent:** Tuesday, January 28, 2003 9:17 AM
**To:** Lam, Banita
**Cc:** Nielsen, Carlos (CW); Mosley, Craig (CR); Ibarra, Manny (M)
**Subject:** RE: UCC Sales to Megavisa

Banita,

Hope this helps.

<< File: Megavisa.xls >>

Regards,

*Cecilia Tay*
ASC Singapore
📞 65-62383565
📠 65-62354972
email : tayc@dow.com


-----Original Message-----
**From:** Lam, Banita
**Sent:** Tuesday, January 28, 2003 8:20 AM
**To:** Ibarra, Manny (M); Tay, Cecilia (C)
**Cc:** Nielsen, Carlos (CW); Mosley, Craig (CR)
**Subject:** UCC Sales to Megavisa

Manny, Cecilia.

I need to have your help to access the old UCC sales.

Recently there is a law case in US regarding Megavisa, the distributor in India. It should handle multiple businesses and Wire & Cable is one of them. Do you have any chance to get 2000 or 2001 UCC sales to Megavisa by businesses so we can establish the split for the legal fee in US? ]

Thanks for your help in advance.

Best Regards

*Banita Lam*

Controllers - Hong Kong
Polyolefins
Pacific Area

📞: Tel : 852- 2879-7596
📠 Fax: 852- 2494-7280
mailto:Lam3@dow.com

3

Confidential

DECK0004177