| | |
|---|---|
| **From:** | Petsalis, Spyro (SP) |
| **Sent:** | Monday, February 11, 2002 2:47 PM |
| **To:** | Yimoyines, John (JP) |
| **Subject:** | RE: Megavisa's settlement |

You may want to call Keith if needed to get some answers to this. I was not involved as product manager and keith and I never exchanged notes as it was believed that the issue was closed. His home number is 860-491-3708 and his email is keithllo@msn.com

Best Regards

*Spyro Petsalis*

Global Market Manager
Telecommunications Materials
☎ 203 794 2102
📠 203 794 2984
✉ petsalsp@dow.com

-----Original Message-----
| | |
|---|---|
| **From:** | Yimoyines, John (JP) |
| **Sent:** | Monday, February 11, 2002 9:35 AM |
| **To:** | Wildi, Markus (M) |
| **Cc:** | Cheung, Lawrence (L); Ungerleider, Howard (HI); Petsalis, Spyro (SP); Tan, Horace (H) |
| **Subject:** | RE: Megavisa's settlement |

Markus,

The original attachment did not open, so I can't see Mega-Visa's position. As far as I am concerned W&C settled all issues related to the situation that Lawrence described. We paid two very large settlements (not claims) to the two largest customers who threatened and one who actually took court action against UCC in India at a sensitive time of the merger. The first settlement was supposed to end it, (MV negotiated on our part and took a share of the burden), but somehow ( and there was a certain smell to this) the second one cropped up late in the 3rd quarter of 2000. Lawrence is correct-the business felt that there was no basis for the complaints and wanted to fight the second one out in Indian court-we were over-ruled by the UCC legal department who escalated it to the UCC CEO. Although MV was present UCC personally negotiated and settled a grievance for almost $3MM for about $1MM. UCC bore the total cost and the customer dropped the court action. Mega-Visa assured us that there would be no further issues-they would handle them-it would be important to find out if we have this in writing. Keith Lloyd (business manager-retired) and Tom Laforge(attorney retired) handled the details of the settlement. The legal files must have transferred to Midland at closing-there is no one left in the legal department in Danbury to consult.

Again- not having seen the attachment-there should be no further issues, but Mega-Visa could make trouble by encouraging the small customers to start legal proceeding against Dow in India. During this time period (actually in mid- 1999, when it became obvious that we could make money in India) W&C withdrew from all business in India.

Regards,

*John Yimoyines*
*Business Vice President*
*Wire & Cable Compounds*



-----Original Message-----
| | |
|---|---|
| **From:** | Wildi, Markus (M) |
| **Sent:** | Monday, February 11, 2002 12:45 AM |
| **To:** | Cheung, Lawrence (L) |
| **Cc:** | Ravi, Muthukrishnan; Fox, Graham (G); Yimoyines, John (JP) |
| **Subject:** | RE: Megavisa's settlement |

I take it from your below note that you are not aware of MV's claim that we owe them money ( over 2 million USD

1

) because they claim that you do and we will have to negotiate with them or at least take a position. I agree with you that they are using this because we are canceling some of the products from their distributorship. Nevertheless, this will not go away on its own so we really need to get on top of this and have a position that the lawyers also agree upon . In line with this please read their claims carefully and put something on paper on the history , the communication that has been done with MV, any agreements or positions that we took to settle the dispute, in details what we have done to resolve this and at what customers, open issues, etc... We need to make that we have a position and that Ravi is up to date with all the information as he is the person communicating with them on the termination of the various products. We also want to make sure that we get our receivables ( not just the W&C ). It may be a good idea to have a phone conference between yourself, Ravi and myself to go over the details. Also, you should probably spend some time with Ravi and perhaps make a joint call at MV during your next visit which I believe is later this month. In summary, lets make sure that we are very active on this issue, that we funnel the info via or together with Ravi back to MV, and that we have all the past and present info and a position. Since you have the history on this case you will need to be the focal point for our business. We need to make sure that we do not give MV any excuse not to pay their total receivables to Dow. Thanks for taking the lead on this.

Regards,

*M. Wildi*

-----Original Message-----
**From:** Cheung, Lawrence (L)
**Sent:** Monday, February 11, 2002 8:46 AM
**To:** Wildi, Markus (M)
**Cc:** Tan, Horace (H); Ungerleider, Howard (HI); Yimoyines, John (JP); Ungerleider, Howard (HI); Babu, Vipul (VH); Cheung, Lawrence (L)
**Subject:** RE: Megavisa's settlement

Dear Markus,
The W&C cases were caused by the change of the inventory position (17,000 MT to almost zero) in USA & the sudden increase of market prices (C4 at US$430 to US$700). Asia was also suffered the financial crisis & the UCC Team had decided to move the volume to India but subsequently UCC regretted the decision & decided not to honor the contracts. The customers bought UCC to court & the Danbury legal dept. advised that we could not afford any risk in India & suggested we paid the claims. UCC decided to negotiate directly with customers instead of going via MegaVisa. UCC managed to settle some of the claims at a big discounts & some of them were small that UCC decided not to take care of them. No action or follow up from MegaVisa since then.
I was not aware of the termination of the negotiation of their distributorship of W&C business. The attached communication seems related more to the termination of other chemical business but they used W&C as the excuse as our business used to have bigger impact. Our business with them in the last two years was very small & the calculation was based on the income on the two peak years.
By copy to Vipul, pls advice our A/C receivables with MV & I believe that the amount is very small.
Regards
Lawrence

-----Original Message-----
**From:** Wildi, Markus (M)
**Sent:** Monday, February 11, 2002 2:02 AM
**To:** Cheung, Lawrence
**Cc:** Tan, Horace; Ungerleider, Howard; Yimoyines, John; Ungerleider, Howard
**Subject:** FW: Megavisa's settlement

Can you give me your position on the W&C claims. They are substantial. We should also limit our outstanding with MV until all claims are agreed upon. I do not want to be stuck with receivables that we cannot collect.

Regards,

*M. Wildi*

-----Original Message-----
**From:** Ravi, Muthukrishnan

2

Confidential

DECE0006464

| | |
|---|---|
| Sent: | Wednesday, February 06, 2002 12:08 PM |
| To: | Wildi, Markus (M) |
| Cc: | Percossi, Horacio; Fox, Graham (G) |
| Subject: | FW: Megavisa's settlement |

Markus,
attached is a note from megavisa. As you are aware we have communicated to them of our intent to discontinue using them as a channel for the perf chem & Chem business. This is a very sensitive stage for the transition as our credit exposure is still high. I am acting as a single point interface. Megavisa highlights three issues in the attached note pertaining to yet to be settled claims. All these reference to prior to merger period. They indicated to me that Lawrence Cheung is on top of these issues. If you agree we could adopt the following approach:
1. you take a business stand on these issues
2. I communicate to MV
3. We remain flexible on the timing of the communication
4. Suggest we avoid dialogue with MV. Singapore on this.

Appreciate your comments. I am replying to MV independently on the issue of notice period and compensation

-----Original Message-----

| | |
|---|---|
| From: | Ajay Mittal [mailto:mittal@megavisa.com] |
| Sent: | Tuesday, February 05, 2002 7:24 PM |
| To: | Ravi, Muthukrishnan |
| Subject: | Megavisa's settlement |

<< Message: Untitled Attachment >>   << File: Dow_OTS.doc >>   << File: loss of profit.xls >>

3

Confidential

DECE0006465