| | |
|---|---|
| From: | Cheung L (Lawrence) |
| Sent: | Tuesday, May 02, 2000 4:28 AM |
| To: | Lloyd KA (Keith); Yimoyines JP (John) |
| Cc: | Neri RG (Ron); Jimenez EQ (Noli); Jain K (Kamal); Foo FS (Foot Siong); Sin W (William) |
| Subject: | Resolution to the Finolex Claims |

Dear John and Keith,

For your attention, attached is an update on the resolution to the Finolex Claims.



LC - MEMO TEMPLATE.doc

Best regards
Lawrence Cheung



EXHIBIT 116 Neri 8-23-05

1

D00366

UNION CARBIDE ASIA PACIFIC INC.,
8, Shenton Way, #22-01 Temasek Tower, Singapore 068811
Lawrence Cheung
Product Director
Specialty Polymer Business
Tel : (65) 322-9936
email: mailto:cheungl@ucarb.com ••cheungl@ucarb.com•

FACSIMILE TRANSMISSION

| | | | | |
|---|---|---|---|---|
| Date | : | May 2nd, 2000 | | |
| To | : | KA Lloyd / JP Yimoyines | Fax No : | UCC Danbury |
| Cc | : | RG Neri / FS Foo / William Sin | Fax No : | UCAP |
| | | EQ Jimenez | : | UC Philippines |
| | | Kamal Jain | : | CEBA |
| From | : | Lawrence Cheung | Fax No : | (65) 221-0591 |
| Re | : | Resolution to the Finolex Claims | | |

Total No. of Pages Including This Page : 1

Dear John & Keith

I am pleased to advise that all claims from Finolex have been amicably resolved after a lengthy telephone discussion among Ajay, Finolex and myself in the presence of FS Foo and Parish as witnesses to the entire process. We met with RG Neri thereafter to provide him with the outcome.

The final compensation settlement is USD400,000 with MegaVisa co-sharing the pain on a 30:70 percent basis. This final settlement represents 28.17% of the original claim of USD1.42 MM. Finolex was convinced to forego the full claim as both parties were keen that the matter should be quickly put to rest and to look forward to a renewed partnership whereby Union Carbide Corporation will provide the leading edge telecommunication technology to help Finolex maintain her leadership position as the number one telecommunication cable maker in India. We also agreed to consider more favourable pricing to Finolex. This could come in a sales incentive agreement. We believe Finolex took a long term perspective and saw the long term gains and opportunities by working with UCC through MegaVisa. There was mutual agreement that Finolex and Carbide should meet to discuss the longer term business support and commitment.

MegaVisa and Finolex will finalize, at the latest the following week, the settlement by entering into a binding agreement that the compensation will be maintained strictly confidential between the two parties. MM Global in turn will also issue a letter to CEBA finalizing the Finolex claim. Ajay verbally informed us that MM Global Singapore will, within the next two to three months, be voluntarily liquidated and a new company formed. The intent of this is to eliminate any further claims from any other customers.

Regards
Lawrence Cheung

D00367