From: Butler RA (Robert) [butlerra@ucarb.com]
Sent: Friday, September 15, 2000 9:14 AM
To: 'wkrohley@kelleydrye.com'
Subject: FW: Sterlite

> ---------
> From: Foo FS (Foot Siong)
> Sent: Friday, September 15, 2000 5:11 AM
> To: Yimoyines JP (John)
> Cc: Lloyd KA (Keith); Petsalis SP (Spyro); Butler RA (Robert); LaForge
> TJ (Thomas)
> Subject: Sterlite
> Importance: High
>
> Dear John
>
> Ajay, Foo and I met this morning to discuss on the status of the Sterlite
> case and seek ways to reach an amicable resolution. The highlights of our
> discussions were:
>
> 1)   Ajay will wait for further instructions from LC after the latter's
> discussion with both Bob Butler and Tom LaForge this evening, our local
> time, prior to arranging another meeting with Sterlite on Monday,
> September 18th. Ajay will initiate the meeting.
>
> 2)   The gap between our offer of compensation of USD100,000 against
> Sterlite's claim of approximately USD1.8 million is too wide. The
> personal judgement of Ajay is that a compensation of about 50% of their
> claim may have a chance.
>
> 3)   Ajay affirmed that MMGS is not financially prepared to share in the
> pain as MMGS has incurred losses in running the W&C business for year
> 2000.
>
> 4)   Ajay still maintains that Sterlite has no case against Carbide.
> Nonetheless, he is willing to meet up with the newly appointed MD of
> Sterlite on Monday, September 18th and seek ways to mutually reach an
> amicable out of court settlement. His approach is to put it across to
> Sterlite that the case against UCC and MMGS has no legal standing. It
> would be in the interest of the parties to quickly resolve the matter and
> to continue with their renewed relationship. He will not mention UCC in
> name but simply state that he is there, on behalf of MMGS, to seek full
> and final settlement of the case. To lower expectation, he will inform
> Sterlite that he is a small business player and cannot afford to pay too
> much.
>
> 5)   In a recent development, Sterlite has commenced negotiating through
> MegaVisa Marketing & Solution for 300 MT of the UCC K-3479 (HD BJ).
> Negotiations started with an asking price of USD930 per MT CIF, rising to
> USD1,000 against out indicative offer of USD1,200. With the tight supply
> of BJ and especially to cater for the export markets on finished cables
> demanding quality BJ compound, we suggested to Ajay to dangle the carrot
> to appease Sterlite that MegaVisa will convince UCC to accept the order
> contingent to an early and mutually acceptable out of court settlement.
> If this is acceptable, Foo will work with Spyro on the supply logistics.

1

DEFENDANT'S EXHIBIT 108

D00597a

```
> 6)    Ajay also proposed that to shut-up the other customers, it would be
> prudent for UCC to provide minimum support by way of shipping out 10 X
> 20-fooler FCLs (loose load) each of G-6059 and K-3364 at the local
> competitive price of USD900 to USD925 per MT CIF to be allocated among
> CMI, Usha Beltron, Nicco, Paramount and the Vindhya Group of Companies.
>
> We look forward to your valued guidance.
>
> With best regards
> Lawrence & FS
>
>
```