Wakhariya, Shabbir

| | |
|---|---|
| From: | Wakhariya, Shabbir (NY) |
| Sent: | Wednesday, September 13, 2000 9:07 PM |
| To: | 'sddp@vsnl.com' |
| Subject: | PRIVILEGED AND CONFIDENTIAL-URGENT |
| Importance: | High |
| Sensitivity: | Confidential |

Message for Mr. S.N. Phatarphekar

Re: Civil Suit Nos. 40 and 41 of 2000 Sterlite Industries vs. Union Carbide, MM Global & MegaVisa

Dear Mr. Phatarphekar:

I am attorney from New York and my firm represents Union Carbide in the United States. I understand that you may have been informed by your client MegaVisa Engineering to expect me to call you concerning the above referenced matter.

Mr. Bob Butler from the Law Department of Union Carbide in Danbury, USA and I would like to discuss this matter with you on phone. Given out time differences, we propose to call you at 6:00 pm India time (8:30 am New York time) on Thursday Sept 14th. I would appreciate if you can let me know by return fax (00-1-212-808-7897) or by reply to this email, if this date and time is convenient for you to speak with us. In case this is not convenient to you, we can call you at the same time on Friday Sept. 15th.

If you prefer your clients to also remain present during the call, you may please advise them accordingly.

Regards
Shabbir S. Wakhariya

**Kelley Drye Warren LLP**
101 Park Avenue, 30th Floor
New York, NY 10178 USA

Tel: (212) 808 7997
Fax: (212) 808 7897

The information contained in this email is privileged, confidential and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think you have received this email message in error, please reply to the sender.

This email message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Wakhariya & Wakhariya for any loss or damage arising in any way from its use.

1

D00663