11-MAY-2000 15:51   FINOLEX ESSEX PUNE   91 20 7470200   P.01

Attn : Mr Kurlani


A.N IS/ISO 9002 COMPANY


**Finolex Cables Limited**

*confidential*

| | | | |
|---|---|---|---|
| To: | MM Global Services Pte Ltd., Singapore | From: | P.J.SHANBHOG |
| Fax: | 0065 227 8101 | Ref.: | PJSkg7912 |
| Attn: | Mr. Paresh Zaveri | Date: | May 11, 2000 |
| CC: | Mr.Ajay Mittal (Fax 022 852 7774) | | |

Re : Settlement of claim for non-shipment of W & C Compounds

Ref.: Your letter dt. 11.5.2000.

We refer to your above letter on the captioned subject.

We agree that a settlement scheme was mutually agreed upon between Mr.Ajay Mittal and Mr.Deepak Chhabria on the Legal Notice issued through our Lawyers on the above issue, as per which MM Global has agreed to pay to Finolex Cables Ltd. a lumpsum amount of US$ 4,00,000.

We concur with you that the above settlement will be full and final and on receipt of the agreed sum of US$ 4,00,000, Finolex will withdraw the legal action initiated against MM Global, Union Carbide Asia Pacific Inc., Singapore and Megavisa Marketing, Mumbai and we will not take any further action in this connection in future. It was also agreed by all parties concerned that the issue will be kept CONFIDENTIAL including the settlement agreed upon.

We hereby agree that Finolex will sign necessary documents to give effect to the above settlement terms when once the money is transferred to our account. In view of the above, we request you to transfer US$ 4,00,000 to our Bank account as per details below.

To the credit of Finolex Cables Limited
In account with ANZ Grindlays Bank at Mumbai
In Current Account No. 11471081
Swift Code is GRNDINBB
Amount US$ 4,00,000

It is hereby further clarified that the entire above understanding and mutual settlement shall be valid subject to the condition that the agreed amount of US$ 4,00,000 is credited to our account on or before 25.05.2000.

Assuring you our co-operation always.

Regards,

P.J.SHANBHOG
PRESIDENT (COMMERCIAL)

M 27111

REGD OFFICE : 26-27 MUMBAI-PUNE ROAD, PIMPRI, PUNE 411 018, INDIA. TEL.: 778985. FAX : (91) (020) 772238
Internet: http://www.finolex.com E-Mail: sales@nissan.gripun.globalnet.ems.vsnl.net.in

Finolex gets people together
TOTAL P.01


DEFENDANT'S EXHIBIT 114