ATTN: Mr. Kamal Jain.

Exhibit S

DEED OF COMPROMISE & SETTLEMENT

Agreement made on this 14th day of June 2000.

Between

i. MM Global Services Pte Ltd., a company incorporated in the Republic of Singapore and having its registered office at 3 Shenton Way #07-04 Shenton House Singapore (hereinafter referred to as "MMG") of the first part.

and

ii. Finolex Cables Ltd. a company registered in India and having its registered office at 26-27 Mumbai Pune Road, Pimpri, Pune 411 018, India (hereinafter referred to as "Finolex") of the 2nd part.

and

iii. Megavisa Engineering & Petrochemicals Ltd. a company incorporated in India and having its office at 5th floor, Twin Arcade, "C" wing, Military Road, Marol Maroshi, Andheri(E), Mumbai 400059, India (hereinafter referred to as "MEPL") of the 3rd part.

WHEREAS

A. In or around March 1999, Finolex have placed some orders with MEPL and MMG for purchase of 3281 MT of High Density Polyethylene (HDPE) and 4216 MT of Low Density Polyethylene (LDPE) for shipment from April 1999 to January 2000.

B. The orders were to be supplied by Union Carbide Asia Pacific Inc. of 8 Shenton Way, 2201 Temasek Tower, Singapore ("Carbide")



DEFENDANT'S EXHIBIT 111

M 27088

Exhibit S

C. MMG have placed the requisite back-to-back orders with Carbide and 1128 MT of HDPE and 1071 MT of LDPE were shipped by MMG to Finolex as part of the Orders.

D. Carbide was unable to ship the balance 2256 MT. of HDPE and 3145 MT of LDPE due to a worldwide shortage.

E. The parties value their long-term business relationship and wish to settle the matter amicably without resorting to litigation.

NOW THIS AGREEMENT WITNESSTH AS FOLLOWS. :

1. MMG agreed to pay a sum of US$400,000 (United States Dollars Four Hundred Thousand) to Finolex, in full final and complete settlement of all claims, losses, damages suffered, directly or indirectly by Finolex relating to the orders.

   MMG has remitted this sum of US$400,000 to Finolex on 13 June 2000 and Finolex hereby acknowledge having received the said sum through their Account with ANZ Grindlays Bank, Mumbai (India).

2. Finolex through themselves, their servants, agents, directors and subsidiaries undertake not to make any claim against MMG and/or MEPL and/or Union Carbide and/or all their servants, agents, directors or subsidiaries, relating to the said orders.

3. The aforesaid payment by MMKG is made without admission of liabilities by MMG or MEPL and is made purely on a goodwill basis for an amicable and expeditious settlement.

4. The parties hereto agree to keep the terms of this Agreement private and confidential, and will not disclose the same to any other third parties.

5. This agreement shall inure to the benefit of and shall be binding upon each of the parties hereto and their successors and/or assignees.

M 27089

IN WITNESS WHEREOF the parties have hereto affirmed their hands and seals on the date set out above.

| | | |
|---|---|---|
| Signed sealed and delivered by<br>MM Global Services Pte Ltd.<br><br>_[signature]_<br><br>In the presence of | ) ) ) ) ) ) | MM GLOBAL SERVICES PTE LTD<br><br>_[signature]_<br>............................................<br>Authorised Signatory |
| Signed sealed and delivered by<br>Finolex Cables Ltd.<br><br>_[signature] Raghavan_<br><br>In the presence of | ) ) ) ) ) ) | For FINOLEX CABLES LIMITED<br><br>_[signature]_<br>............................................<br>Authorised Signatory |
| Signed sealed and delivered by<br>Megavisa Engineering & Petrochemicals Ltd.<br><br>_[signature]_<br><br>In the presence of | ) ) ) ) ) ) | For MegaVisa Marketing & Solutions Ltd.<br><br>_[signature]_<br>............................................<br>Authorised Signatory |

M 27090