October 2, 2000

Sterlite Industries (India) Limited (SIIL) had instituted a civil suit in the court of the Civil Judge at Silvassa on Union Carbide Corporation, USA (UCC) and its allies for non-fulfillment of various contracts of supplies of Black Sheathing & Jacketing Compound, running into several thousand MT of material.

Now, the said UCC and its allies (named as defendants in the aforesaid civil suit) have expressed their desire to settle the said dispute, out of court, and the following understanding has been arrived at:-

UCC (through MM GLOBAL SERVICES PTE LTD and MEGAVISA MARKETING & SOLUTIONS LTD. (Formerly, MEGAVISA ENGINEERING & PETROCHEMICALS LTD.)) shall pay to SIIL a sum of USD 1 Million to compensate the damages in full and final settlement of the losses suffered by SIIL. UCC further undertakes to pay the said sum to SIIL on or before 15th October, 2000.

SIIL, as a good business gesture has agreed to aforesaid terms of settlement. However, SIIL makes it abundantly clear that unless UCC actually performs the above agreed terms of settlement, within the given time frame, SIIL shall be free to pursue their full claim as filed by them in the court of the civil judge at Silvassa and this will be without prejudice to their other rights to enforce their claim.

The above MOU will be kept confidential by all. This MOU has been signed by all concerned in the true business spirit and with a view to settle the old outstanding dispute so as to pave the way to the future business relations

PARTIES CONCERNED

MM Global Services Pte Ltd
(SANJIV SANGHVI)

Megavisa Marketing and Solutions Ltd
(formerly - Megavisa Engineering and Petrochemicals Ltd)

(AJAY MITTAL)     M 27087

(B.K Parikh)
Sterlite Industries (I) Ltd.

DEFENDANT'S EXHIBIT 112