## DEED OF COMPROMISE & SETTLEMENT

Agreement made on this 12th day of October, 2000

Between

i. MM Global Services Pte. Ltd., a company incorporated in the Republic of Singapore and having its registered office at 3 Shenton Way #07-04 Shenton House, Singapore (hereinafter referred to as "MMG") of the first part.

And

ii. Megavisa Marketing and Solutions Limited (formerly known as Megavisa Engineering & Petrochemicals Ltd) a company incorporated in India and having its office at 5th floor, Twin Arcade, 'C' Wing, Military Road, Marol Maroshi, Andheri (E), Mumbai 400 059, India (hereinafter referred to as "MEPL") of the 2nd part.

And

iii. Sterlite Industries (India) Limited., a company registered in India and having its registered office at B-10/4, Waluj MIDC Industrial Area, Waluj, Dist. Aurangabad 431133

Whereas

A. Sterlite had placed confirmed orders with MMG and Megavisa for purchase of Low Density Polyethylene (LDPE) and Linear Low Density Polyethylene (LLDPE) The said Sterlite have filed case nos. 40 of 2000 and 41 of 2000 in court of Civil Judge, Dadra & Nagar Haveli, at Silvassa, in respect of non supply of part quantity of said compounds to them by MMG Singapore and whereas the said Sterlite have jointly made UCC USA, UCAP, Singapore and MEPL (MMSL) as defendants in the aforesaid suits

B. The orders were to be supplied by Union Carbide Asia Pacific Inc., of 8 Shenton Way, 2201, Temasek Tower, Singapore ("Carbide") at the instance of MMG & MEPL

C. MMG had placed the requisite back to back orders with Carbide and partial quantity was shipped to Sterlite.

D. Carbide was unable to ship the major part of the quantity due to several reasons.

E. The parties value their long-term business relationship and wish to settle the matter amicably without resorting to litigation.

NOW THIS AGREEMENT WITNESSETH AS FOLLOWS :

1. MMG agreed to pay a sum of USD 1,000,000 (United States Dollars One Million) to Sterlite, in full and final settlement of all claims, losses, damages suffered directly by Sterlite relating to the subject orders, which the said Sterlite have agreed to accept in full and final settlement of all claims. MMG has remitted this sum of USD 1,000,000 (US Dollars One Million) to Sterlite and Sterlite hereby acknowledge having received the said sum through their Account with BNP (Banque Nationale De Paris) Mumbai on 11.10.2000.

DEFENDANT'S EXHIBIT 110

M 27085

2. Sterlite through themselves, their servants, agents, directors and subsidiaries undertake not to make any further claim against MMG and/or Megavisa and/or Union Carbide and / or all their servants, agents, directors or subsidiaries, relating to the above suits

3. The aforesaid payment by MMG is made for an amicable and expeditious settlement and to improve business relations

4. Sterlite agrees and confirms to withdraw the suit nos. 40/2000 and 41/2000 filed in the Court of Civil Judge, Dadra, Nagar & Haveli, Silvassa

5. The parties hereto agree to keep the terms of this Agreement private and confidential

6. This agreement shall inure to the benefit of and shall be binding upon each of the parties hereto and their successors and/or assignees

IN WITNESS WHEREOF the parties have hereto affirmed their hands and seals on the date set out above

Signed sealed and delivered by ) MM GLOBAL SERVICES PTE LTD
MM Global Services Pte Ltd. )
) Authorised Signatory

In presence of

Signed sealed and delivered by ) For MegaVisa Marketing & Solutions Ltd.
Megavisa Marketing & Solutions Ltd. )
) AJAY MITTAL
) Chairman

In presence of

Signed sealed and delivered by ) FOR STERLITE INDUSTRIES (INDIA) LTD.
Sterlite Industries (India) Ltd )
) B.K. Pansari   Authorised Signatory.

In presence of

Vinod Bhandawat

M 27086