UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>PLAINTIFFS,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>DEFENDANTS.<br><br>UNION CARBIDE CUSTOMER SERVICES PTD. LTD.,<br><br>PLAINTIFF-IN-COUNTERCLAIM,<br><br>v.<br><br>MM GLOBAL SERVICES PTE. LTD. AND AJAY MITTAL,<br><br>DEFENDANTS-IN-COUNTERCLAIM | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC)<br><br>January 5, 2007 |

**LEGAL COMPENDIUM FOR
MM GLOBAL SERVICES PTE. LTD. AND AJAY MITTAL'S JOINT MOTION TO
DISMISS THE COUNTERCLAIMS OF UNION CARBIDE CUSTOMER SERVICES
PTE. LTD. PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)**

WIGGIN AND DANA LLP
Robert M. Langer (ct 06305)
Suzanne E. Wachsstock (ct 17627)
One City Place
185 Asylum Street
Hartford, CT 06103
(860) 297-3724 (tel)
(860) 525-9380 (fax)

BINGHAM McCUTCHEN LLP
Richard S. Taffet (ct 10201)
Alicia L. Downey (ct 22066)
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000 (tel)
(212) 752-5378 (fax)

*Attorneys for Defendants-in-Counterclaim MM Global Services Pte. Ltd. and Ajay Mittal*

LITDOCS/665185.1

# **CONTENTS**

Tab No.

7 HALSBURY'S LAWS OF SINGAPORE (CONTRACTS) (LexisNexis Singapore 2005)
§§ 80.080, 80.421..................................................................................................1

Singapore Civil Law Act, ch. 43............................................................................2

Singapore Limitation Act, ch. 163.........................................................................3

*The "Pacific Vigorous,"* 3 SLR 374 (High Court 2006).........................................4

*Sea-land Service, Inc. v. Cheong Fook Chee Vincent*, 3 SLR 631 (Court of Appeal 1994).....5

J.D. Davies, *Promises in Equity*, 2000 Sing. J. Legal Stud. 162 (2000)..................6

Lee Pey Woan, Pearlie Koh, Tham Chee Ho, *Commercial Laws of Singapore*
(Singapore Academy of Law 2006).......................................................................7

*Trans-World (Aluminum) Ltd. v. Cornelder China,* 3 SLR 501 (2000) ..................8

9(2) HALSBURY'S LAWS OF SINGAPORE (EQUITY AND TRUSTS)
(LexisNexis Singapore 2003) §§ 110.182, 110.401 ..............................................9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>PLAINTIFFS,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>DEFENDANTS.<br><br>UNION CARBIDE CUSTOMER SERVICES PTD. LTD.,<br><br>PLAINTIFF-IN-COUNTERCLAIM,<br><br>v.<br><br>MM GLOBAL SERVICES PTE. LTD. AND AJAY MITTAL,<br><br>DEFENDANTS-IN-COUNTERCLAIM | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC)<br><br>January 5, 2007 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2007, a copy of the foregoing Legal Compendium for MM Global Services Pte. Ltd. And Ajay Mittal's Joint Motion to Dismiss the Counterclaims of Union Carbide Customer Services Pte. Ltd. was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Alicia L. Downey

LITDOCS/666552.1