# EXHIBIT 1

8-31-05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES INC., MM GLOBAL SERVICES PTE. LTD., and MEGAVISA SOLUTIONS (S) PTE. LTD., | : <br> : <br> : <br> : |
| Plaintiffs, | : Civil No. 302 CV 1107 (AVC) |
| v. | : |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., | : August 31, 2005 <br> : <br> : |
| Defendants. | : <br> : |

To:   Robert M. Langer                    Richard S. Taffet
      WIGGIN AND DANA LLP                 BINGHAM McCUTCHEN LLP
      One City Place                      399 Park Avenue
      185 Asylum Street                   New York, NY 10022-4689
      Hartford, CT 06103

      Alicia L. Downey
      BINGHAM McCUTCHEN LLP
      150 Federal Street
      Boston, MA 02110-1726

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Defendants The Dow Chemical Company, Union Carbide Corporation, and Union Carbide Asia Pacific, Inc. (collectively, "Defendants") will take the deposition upon oral examination of Anil Mittal. The deposition will take place before a notary public or other competent authority on October 4, 2005 at 9:30 a.m. at the offices of ROBINSON & COLE LLP, 280

Trumbull Street, Hartford, CT 06103-3597. The deposition will be recorded by sound and visual means.

Dated: August 31, 2005

Respectfully submitted,

*[signature: Dana S. Douglas]*

Craig A. Raabe (ct 04116)
Edward J. Heath (ct 20992)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 05103-3497
(860) 275-8304

Nathan P. Eimer (ct 23693)
Scott Solberg (phv 0234)
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7600

Andrew S. Marovitz (ct 25409)
Dana S. Douglas (ct 25412)
MAYER, BROWN, ROWE & MAW LLP
71 S. Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

Christopher J. Kelly (ct 25410)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1157
(202) 263-3000

*Counsel for Defendants The Dow Chemical Company,
Union Carbide Corporation and Union Carbide Asia Pacific, Inc.*

2

## CERTIFICATE OF SERVICE

I, Dana S. Douglas, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION to be served on August 31, 2005 by facsimile and overnight mail on the following attorneys of record:

Robert M. Langer
WIGGIN AND DANA LLP
One City Place
185 Asylum Street
Hartford CT 06103

Richard S. Taffet
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689

Alicia L. Downey
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726

*Dana A. Douglas* (signature)