**EXHIBIT 6**

**Grundy, Donald E.**

**From:** CMECF@ctd.uscourts.gov
**Sent:** Friday, September 29, 2006 1:30 PM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Activity in Case 3:02-cv-01107-AVC MM Global Svc Inc, et al v. Dow Chemical Co, et al "Order on Motion for Protective Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Gothers, M. entered on 9/29/2006 at 2:29 PM EDT and filed on 9/29/2006
**Case Name:** MM Global Svc Inc, et al v. Dow Chemical Co, et al
**Case Number:** 3:02-cv-1107
**Filer:**
**Document Number:** 447

**Docket Text:**
RULING & ORDER granting in part and denying in part [301] Motion for Protective Order, granting in part and denying in part [308] Motion to Compel, granting in part and denying in part [308] Motion for Sanctions, granting in part and denying in part [323] Motion to Compel, denying [328] Motion for Protective Order, granting in part and denying in part [332] Motion to Compel, denying without prejudice [336] Sealed Motion, granting [338] Motion for Leave to File, granting in part and denying in part [339] Motion to Compel, denying [342] Motion for Protective Order, granting [347] Sealed Motion, denying as moot [383] Motion to Compel, denying as moot [389] Motion to Compel . Signed by Judge Alfred V. Covello on 9/29/06. (Gothers, M.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
STAMP dcecfStamp_ID=1034868047 [Date=9/29/2006] [FileNumber=1013387-0
 [a22c9510d7157fccfd803a274b7913623cbb3b3ea4c6cf51cd4ff6575502afeded1
 97e9f80f885befc9857b313710031a5d29718b3e56d6b626315a3a3d0c4f3]]

3:02-cv-1107 Notice will be electronically mailed to:

Jill M. Brady    jbrady@eimerstahl.com

Dana S. Douglas    dsdouglas@mayerbrownrowe.com,

Nathan P. Eimer    neimer@eimerstahl.com,

Ryan S. Hedges    rhedges@eimerstahl.com,

Vanessa G. Jacobsen    vjacobsen@eimerstahl.com,

Christopher J. Kelly    cjkelly@mayerbrownrowe.com,

Andrew G. Klevorn     aklevorn@eimerstahl.com,

Jason Marc Kuselias     jkuselias@rc.com, kthompson@rc.com

Elizabeth R. Leong     eleong@rc.com, alarussa@rc.com

Andrew S. Marovitz     amarovitz@mayerbrownrowe.com, courtnotification@mayerbrownrowe.com

Britt M. Miller     bmiller@mayerbrownrowe.com, courtnotification@mayerbrownrowe.com

Craig A. Raabe     craabe@rc.com, cgudauskas@rc.com

Scott C. Solberg     ssolberg@eimerstahl.com

**3:02-cv-1107 Notice will be delivered by other means to:**

MM Global Svc Inc

MM Global Svc PTE Ltd

Megavisa Solutions (S) PTE Ltd