# EXHIBIT 7

# EimerStahl

Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604-2516
Tel 312 660 7600  Fax 312 692 1718

Scott C. Solberg

(312) 660-7666
ssolberg@eimerstahl.com

November 2, 2006

**Via Facsimile and U.S. Mail**

Alicia L. Downey, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

**Via Facsimile and U.S. Mail**

Richard S. Taffet, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Re: *MM Global Services, Inc. et al. v. The Dow Chemical Company et al.*

Dear Alicia and Richard:

We have received Alicia's letter of October 24, 2006 and look forward to discussing with you the various matters that she has identified. Now that the discovery stay has expired, there are a number of outstanding discovery issues for each side to address. In addition to the matters raised in Alicia's letter, we would like to discuss the following with respect to discovery directed to plaintiffs.

*First*, Alicia's letter indicates that you are in the process of deleting inadvertently produced privileged documents from your electronic database in accordance with the Court's September 28, 2006 Order. Please confirm that you also have destroyed all hardcopies of such documents and any other documents containing information derived from the privileged documents.

*Second*, please produce the financial statements referenced in Section VI of the Court's Order or confirm that all such documents have been produced.

*Third*, we continue to deem Anil Mittal's testimony relevant and necessary. Please provide dates for him to be deposed in London.

*Fourth*, please provide the names of the Mittal Group Finance Committee members as directed in Section V of the Court's Order. In addition to identifying the relevant committee members, please advise whether they will make themselves available for deposition without the need for a formal letter of request under F.R.C.P. 28(b)(2).

Alicia L. Downey, Esq.
Richard S. Taffet, Esq.
November 2, 2006
Page 2

**EimerStahl**

*Fifth*, please provide dates for the resumption of defendants' Rule 30(b)(6) deposition of plaintiffs.

*Sixth*, on January 25, 2006, we sent the enclosed letter requesting production of various documents and raising certain additional discovery issues. It appears, given the intervening stay of discovery, that you never responded to that letter or otherwise supplemented plaintiffs' production. Now that the stay has expired, please do so.

*Finally*, once we have had a chance to complete the Rule 30(b)(6) deposition of plaintiffs and review any additional documents that may be produced, we will want to schedule depositions of various individuals, including the representative of Advent Manage Limited whose illegible signature appears on page 4 of the August 30, 2005 "agreement cum assignment" between Megavisa Solutions (Singapore) Pte. Ltd. and Advent Manage Limited. Can you please identify that person for us?

Sincerely,

Scott C. Solberg

cc: Robert M. Langer, Esq.
Craig A. Raabe, Esq.
Andrew S. Marovitz, Esq.
Christopher J. Kelly, Esq.