UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>PLAINTIFFS,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>DEFENDANTS. | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC)<br><br>January __, 2007 |
| UNION CARBIDE CUSTOMER SERVICES PTD. LTD.,<br><br>PLAINTIFF-IN-COUNTERCLAIM,<br><br>v.<br><br>MM GLOBAL SERVICES PTE. LTD. AND AJAY MITTAL,<br><br>DEFENDANTS-IN-COUNTERCLAIM. | |

## ORDER TO SHOW CAUSE

Upon the Order to Appoint Counsel dated August 16, 2006, and the Motion to Dismiss Megavisa Solutions (S) Pte Ltd ("Megavisa Singapore") filed in this Court on October 6, 2006, it appears that an Order should enter directing Megavisa Singapore to appear, through licensed counsel, before the Court to show cause why orders should not issue:

    a.    Dismissing Megavisa Singapore as a party plaintiff in this case;

    b.    Adjudging that plaintiff Advent Manage Limited ("Advent") shall be entitled to any amounts recovered from defendants in this action by way of settlement or final judgment,

without recourse or setoff against it by Megavisa Singapore or any other party, except as agreed to by Advent; and

     c.   Retaining jurisdiction over Megavisa Singapore for the limited purpose of adjudicating any claims brought against it by another party, provided that any right to seek recovery on such claims shall be solely against Megavisa Singapore.

Now, therefore, it is ORDERED that Megavisa Singapore be summoned to appear through licensed counsel before the United States District Court for the District of Connecticut, Hartford, Connecticut, Courtroom _____, on January ___, 2007 at _____ am/pm, then and there to show cause why the above-described Orders should not be issued.

It is further ordered that counsel for Advent give notice to Megavisa Singapore of the pendency of this Order to Show Cause and of the date of the aforementioned hearing by causing a true and correct copy of the Motion to Dismiss Megavisa Solutions (S) Pte Ltd and this Order to be served, no later than January __, 2007, by hand upon the Liquidators of Megavisa Singapore, Mr. Peter Chay Fook Yuen, Mr. Bob Yap Cheng Ghee, Mr. Yeap Lam Keung, c/o KPMG Singapore, 16 Raffles Quay, #22-00 Hong Leong Building, Singapore 048581, and by hand and email upon their Singapore counsel, Vinodh Coomaraswamy, SC, Shook Lin & Bok, 1 Robinson Road, #18-00-AIA Tower, Singapore 048542.

Dated this _____ day of January, 2007.

**BY THE COURT**

 

_____
Thomas P. Smith, U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>Defendants.<br><br>UNION CARBIDE CUSTOMER SERVICES PTD. LTD.,<br><br>Plaintiff-in-Counterclaim,<br><br>v.<br><br>MM GLOBAL SERVICES PTE. LTD. AND AJAY MITTAL,<br><br>Defendants-in-Counterclaim | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC)<br><br>January 16, 2007 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Alicia L. Downey
Alicia L. Downey

LITDOCS/667544.1