UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>PLAINTIFFS,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>DEFENDANTS.<br><br>UNION CARBIDE CUSTOMER SERVICES PTD. LTD.,<br><br>PLAINTIFF-IN-COUNTERCLAIM,<br><br>v.<br><br>MM GLOBAL SERVICES PTE. LTD. AND AJAY MITTAL,<br><br>DEFENDANTS-IN-COUNTERCLAIM. | CIVIL ACTION<br>NO.  3-02 CV 1107 (AVC)<br><br>January 18, 2007 |

**NOTICE OF FILING
PROPOSED ORDER TO SHOW CAUSE**

    The Defendants hereby provide notice of filing the attached Proposed Order To Show Cause.

HART1-1377469-1

Respectfully submitted,

\S\
Craig A. Raabe (ct 04116)
Jason M. Kuselias (ct 20293)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  05103-3497
Tel:  860-275-8200
Fax:  860-275-8299
*Attorneys for all Defendants*

Andrew S. Marovitz (ct 25409)
Dana S. Douglas (ct 25412)
MAYER, BROWN, ROWE & MAW LLP
71 S. Wacker Drive
Chicago, Illinois  60606
(312) 782-0600

Christopher J. Kelly (ct 25410)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C.  20006-1157
(202) 263-3000

*Counsel for Defendants*
*The Dow Chemical Company and Dow Chemical Pacific (Singapore) Pte. Ltd.*

Nathan P. Eimer (ct 23693)
Scott C. Solberg (phv 0234)
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL  60604
(312) 660-7600

*Counsel for Defendants*
*Union Carbide Corporation,*
*Union Carbide Asia Pacific, Inc., and*
*Union Carbide Customer Service Pte. Ltd.*

- 3 -

CERTIFICATE OF SERVICE

    This is to certify that a copy of Notice of Filing Proposed Order To Show Cause was filed electronically and served by mail on anyone unable to accept electronic filing.. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

\S\
Jason M. Kuselias (ct 20293)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  05103-3497
Tel:  860-275-8200
Fax:  860-275-8299
Attorneys for all Defendants