UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>PLAINTIFFS,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>DEFENDANTS.<br><br>UNION CARBIDE CUSTOMER SERVICES PTD. LTD.,<br><br>PLAINTIFF-IN-COUNTERCLAIM,<br><br>v.<br><br>MM GLOBAL SERVICES PTE. LTD. AND AJAY MITTAL,<br><br>DEFENDANTS-IN-COUNTERCLAIM. | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC)<br><br>January __, 2007 |

**PROPOSED ORDER TO SHOW CAUSE**

Upon the Order to Appoint Counsel dated August 16, 2006, and the Motion to Dismiss Megavisa Solutions (S) Pte Ltd ("Megavisa Singapore") filed in this Court on October 6, 2006, it appears that an Order should enter directing Megavisa Singapore to appear, through licensed counsel, before the Court to show cause why orders should not issue:

    a.    Dismissing all claims asserted by or which could have been asserted by Megavisa Singapore in this case; and

- 2 -

b.      Retaining jurisdiction over Megavisa Singapore for purposes of discovery and adjudicating any claims brought against it by another party.

Now, therefore, it is ORDERED that Megavisa Singapore be summoned to appear through licensed counsel before the United States District Court for the District of Connecticut, Hartford, Connecticut, Courtroom _____, on January ___, 2007 at _____ am/pm, then and there to show cause why the above-described Orders should not be issued.

It is further ordered that counsel for Advent give notice to Megavisa Singapore of the pendency of this Order to Show Cause and of the date of the aforementioned hearing by causing a true and correct copy of the Motion to Dismiss Megavisa Solutions (S) Pte Ltd and this Order to be served, no later than January __, 2007, by hand upon the Liquidators of Megavisa Singapore, Mr. Peter Chay Fook Yuen, Mr. Bob Yap Cheng Ghee, Mr. Yeap Lam Keung, c/o KPMG Singapore, 16 Raffles Quay, #22-00 Hong Leong Building, Singapore 048581, and by hand and email upon their Singapore counsel, Vinodh Coomaraswamy, SC, Shook Lin & Bok, 1 Robinson Road, #18-00-AIA Tower, Singapore 048542.

Dated this _____ day of January, 2007.

**BY THE COURT**

_____
Thomas P. Smith, U.S. Magistrate Judge