IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD. & MEGA VISA SOLUTIONS (S) PTE. LTD., and ADVENT MANAGE LTD. | : <br> : <br> : <br> : |
| Plaintiffs | : <br> : Civil No. 3:02 CV 1107 (AVC) |
| v. | : |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE, LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE., LTD. | : <br> : <br> : <br> : <br> : |
| | : |
| Defendants. | : January 26, 2007 |

**APPEARANCE**

Please enter the appearance of the undersigned for all defendants

\s\
Andrea Donovan Napp
Federal Bar No. ct26637
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax: (860) 275-8299

## CERTIFICATE OF SERVICE

I do hereby certify that on this 26th day of January, 2007, the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

\s\
Andrea Donovan Napp