UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD. & MEGA VISA SOLUTIONS (S) PTE. LTD., and ADVENT MANAGE LTD.<br>　　　　Plaintiffs<br><br>　　　　v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE, LTD., and DOW CHEMICAL PACIFIC (SINGAPORE) PTE., LTD.<br><br>　　　　Defendants. | Civil No. 3:02 CV 1107 (AVC)<br><br><br><br>January 26, 2007 |

**MOTION OF UNION CARBIDE CUSTOMER SERVICES PTE. LTD. FOR AN
ENLARGEMENT OF TIME TO RESPOND TO
PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, the defendant, Union Carbide Customer Services Pte. Ltd. ("UCCS"), moves for a one week enlargement of time within which to respond to the plaintiffs' motion to dismiss the counterclaims filed by UCCS, up to and including February 2, 2007.  In support of this Motion, the moving defendant states the following:

1.　　On January 5, 2007, the plaintiffs moved to dismiss counterclaims filed by UCCS.

2.　　UCCS's response to the plaintiffs' motion to dismiss is currently due on January 26, 2007.

-2-

3. UCCS requires additional time to prepare its response due to illness and pressing demands on lead counsel for UCCS.

4. The plaintiffs have consented to this enlargement of time.

5. This is the first motion for enlargement on this issue.

WHEREFORE, UCCS moves for a one week enlargement of time within which to file its response to the plaintiffs' motion to dismiss counterclaims, up to and including February 2, 2007.

                                        Respectfully submitted,

                                        ___\s_____
                                        Andrea Donovan Napp

| | |
|---|---|
| Craig A. Raabe (ct 04116) | Andrew S. Marovitz (ct 25409) |
| Jason M. Kuselias (ct20293) | Dana S. Douglas (ct 25412) |
| Elizabeth R. Leong (ct24453) | MAYER, BROWN, ROWE & MAW LLP |
| Andrea Donovan Napp (ct26637) | 71 S. Wacker Drive |
| ROBINSON & COLE LLP | Chicago, Illinois 60606 |
| 280 Trumbull Street | (312) 782-0600 |
| Hartford, CT 05103-3497 | |
| (860) 275-8304 | Christopher J. Kelly (ct 25410) |
| | MAYER, BROWN, ROWE & MAW LLP |
| Nathan P. Eimer (ct 23693) | 1909 K Street, N.W. |
| Scott C. Solberg (phv 0234) | Washington, D.C. 20006-1157 |
| EIMER STAHL KLEVORN & SOLBERG LLP | (202) 263-3000 |
| 224 South Michigan Avenue, Suite 1100 | |
| Chicago, IL 60604 | |
| (312) 660-7600 | |

*Counsel for Defendants The Dow Chemical Company,*

*Union Carbide Corporation and Union Carbide Asia Pacific, Inc.*

-3-

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 26th day of January, 2007, the foregoing Motion for Enlargement of Time to Respond to Plaintiffs' Motion to Dismiss Counterclaims was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

\s\
Andrea Donovan Napp