# EXHIBIT A

Page 1

1  Job No. 10725
2
               UNITED STATES DISTRICT COURT
3             FOR THE DISTRICT OF CONNECTICUT
4
   MM GLOBAL SERVICES, INC.,    )
5  MM GLOBAL SERVICES PTE. LTD.,)
   and MEGA VISA SOLUTIONS (S)  )
6  PTE. LTD.,                   )
        Plaintiffs,             )
7                               )
   vs.                          )CIVIL NO.
8                               )3:02 CV 1107 (AVC)
   THE DOW CHEMICAL COMPANY,    )
9  UNION CARBIDE CORPORATION,   )
   and UNION CARBIDE ASIA       )
10 PACIFIC, INC.,               )   ORIGINAL
        Defendants.             )
11
   *******************************************************
12
              ORAL AND VIDEOTAPED DEPOSITION OF
13
                      SANJIV SANGHVI
14
                     JANUARY 12, 2006
15
   *******************************************************
16          ORAL AND VIDEOTAPED DEPOSITION OF SANJIV
17 SANGHVI, produced as a witness at the instance of the
18 defendants The Dow Chemical Company and Dow Singapore
19 and duly sworn, was taken in the above-styled and
20 numbered cause on JANUARY 12, 2006, from 9:02 a.m. to
21 6:00 p.m., before Suzann M. Sanchez, CSR, RMR in and
22 for the State of Texas, reported at the offices of
23 Mayer, Brown, Rowe & Maw LLP, 700 Louisiana, Suite
24 3600, Houston, Texas 77002, pursuant to notice,
25 subpoena, and the Federal Rules of Civil Procedure.

Page 43

1 affidavit were true?

2   A.  Sure.

3   Q.  Just so I can get the language right, if you
4 turn to page 6, paragraph 17, you wrote, "During the
5 course of the foregoing business relationship between
6 UCC and MMGS and MMGS-S, respectively, and certainly
7 before 2000, the Defendant in the Singapore
8 proceeding" -- let me stop there. You understand that
9 the defendant in the Singapore proceeding is Visa
10 Singapore.

11  A.  Uh-huh.

12  Q.  Correct?

13  A.  Correct.

14  Q.  Okay. Succeeded MMGS-S, which was Global
15 Singapore?

16  A.  Uh-huh.

17  Q.  Correct?

18  A.  Yes.

19  Q.  And took over Global Singapore's business
20 activities.

21  A.  Right.

22  Q.  And that's a true and accurate statement?

23  A.  Yes.

24  Q.  When -- when did this succession occur?

25  A.  Meaning Megavisa?

Page 44

1   Q.   Global Singapore to Visa Singapore.
2   A.   Right. Around 2000.
3   Q.   If I told you that it occurred sometime
4 around June or July of 2000, does that sound right to
5 you?
6   A.   I'm not sure. But in and around that time,
7 yeah.
8   Q.   Was the succession from Global Singapore to
9 Visa Singapore a name change?
10  A.   Yeah, it was a name change.
11  Q.   How many employees did Visa Singapore have?
12  A.   2000? About three people.
13  Q.   And who were they?
14  A.   I think Paresh was there, I was there, and
15 Vasanthi.
16  Q.   And were there any other employees of whom
17 you were aware at any time of either Visa Singapore or
18 Global Singapore?
19  A.   There were couple of -- I think one more
20 receptionist we got. I don't remember her name and
21 all that stuff, but there was one helper.
22  Q.   Okay. And for which -- which of the
23 companies did she get employed?
24  A.   Megavisa Singapore.
25  Q.   And I gather that Mr. Zaveri performed the

Page 45

1 same function for Visa Singapore that he had for
2 Global Singapore?
3    A.   Right.
4    Q.   And you performed roughly the same function?
5    A.   That's right.
6    Q.   And Ms. Vasanthi did, too.
7    A.   Right.
8    Q.   Mr. Sanghvi, are you familiar with a company
9 called Advent?
10   A.   I'm sorry?
11   Q.   Are you familiar with a company called
12 Advent?
13   A.   No, I'm not aware of that.
14   Q.   Never heard of it?
15   A.   No, sir.
16   Q.   Are you aware -- you're currently the -- the
17 president of Global Houston.  Correct?
18   A.   Uh-huh.
19   Q.   Yes?
20   A.   Yes.
21   Q.   Are you aware that certain of your -- of
22 Global Houston's interest in this lawsuit has been
23 assigned to Advent?
24   A.   I'm not aware of that.
25   Q.   Nobody has -- nobody's notified you as

Page 46

1 president of that assignment?
2   A.  No.
3   Q.  Is that correct?
4   A.  Yes.
5   Q.  You're not aware of the terms of any such
6 assignment?
7   A.  No, I'm not aware.
8   Q.  And you're not aware of any money that may or
9 may not have been paid to consummate that assignment.
10 Correct?
11  A.  I'm not aware of that.
12  Q.  Is there anybody currently who has a superior
13 position to you at Global Houston?
14  A.  No.
15  Q.  You are the -- you're the leader at Global
16 Houston.
17  A.  Well, yeah. I'm the president. Yes.
18  Q.  Did you inform Global Houston's accountants
19 of the assignment to Advent?
20          MS. DOWNEY:  Objection.
21  A.  I'm sorry?
22  Q.  (BY MR. MAROVITZ)  It's fair to say you --
23 you are not aware -- let me restate the question. Did
24 you -- are you aware whether Global Houston's
25 accountants are aware of the assignment to Advent?

Page 47

1   A.   No, I am not at all aware of that.

2        MR. MAROVITZ:  Let's mark this as
3 Defense Exhibit 124.

4        (An instrument was marked Exhibit No.
5 124 for identification.)

6   Q.   (BY MR. MAROVITZ)  Mr. Sanghvi, I'm showing
7 you a one-page document that we've identified and
8 marked as DX 124.  First of all, do you -- do you
9 recall having received this document or recognize it?

10  A.   Yeah.  If it's marked a copy to MM Global,
11 sure, I should have received it.

12  Q.   Okay.  I'll be honest with you.  What I --
13 what I want to do here with this document is to use
14 this as a springboard to have you explain to me the
15 way that some of the transactions worked.  So, I'll
16 ask you to do that throughout.

17       But let's -- let's talk for a minute
18 about what this document is.  What did you understand
19 this document -- what do you understand this document
20 to be?

21  A.   About a business conclusion done by one of
22 the representative in India.

23  Q.   Okay.

24  A.   Informing the guy, the product manager, that
25 this business has been concluded.

Page 48

```
 1     Q.   So, at the top, "Visa" refers to Visa India
 2  in the "From" column?
 3     A.   Right.
 4     Q.   Okay.  And the product manager you're
 5  referring to is whom?
 6     A.   Jimenez.
 7     Q.   Is that Noli Jimenez?
 8     A.   Yeah, Noli.
 9     Q.   Okay.  And, so, Visa is informing Noli of
10  what?
11     A.   That this is the order which we have
12  concluded, and we need to get the product for that.
13     Q.   Okay.  And do you know what specific
14  responsibilities Noli Jimenez had?
15     A.   I think he was the product manager for a
16  particular product, wire and cable, also.
17     Q.   Okay.  And do you know by whom he was
18  employed?
19     A.   I think Union Carbide.
20     Q.   Do you know which Union Carbide entity he was
21  employed by?
22     A.   No, sir, I'm not aware of that.  Maybe
23  Philippines or Manila.  I don't -- he was based in
24  Philippines, Manila.
25     Q.   Did it matter to you by which Union Carbide
```

Page 49

1 entity he was employed?

2  A.  No.

3  Q.  At the -- in the third to last line -- oh, by
4 the way, I'm sorry. Who is Sushant P.?

5  A.  He was one of the marketing guy in India.

6  Q.  For Visa India?

7  A.  Correct.

8  Q.  Okay. Who is -- who would have received --
9 who was on the cc line where it says MM Global at the
10 end? Who's e-mail account would that be?

11  A.  That's one account where we used to get mail.

12  Q.  Okay. So, while you --

13  A.  Anybody can retrieve and print that.

14  Q.  Any of the three employees --

15  A.  Right.

16  Q.  -- at Global Houston --

17  A.  Right.

18  Q.  -- could have gotten that. I've forgotten to
19 ask you this. How many computers did Global Houston
20 have?

21  A.  About four of them.

22  Q.  And were those computers networked in any
23 way?

24  A.  I think so, yeah.

25  Q.  And did Visa Singapore also have four

Page 50

1 computers?

2   A.   Yeah.

3   Q.   And were they networked as well?

4   A.   I think so.

5   Q.   Same computers, weren't they?

6   A.   Sure.

7   Q.   What was the -- if you know, what was the
8 system on which those computers operated?

9   A.   I'm not aware of that, sir.

10           THE VIDEOGRAPHER:  Sir, you have four
11 minutes left on this tape.

12           MR. MAROVITZ:  Why don't we change the
13 tape.

14           THE VIDEOGRAPHER:  We are off the record
15 at 9:58 a.m.

16           (Brief recess.)

17           THE VIDEOGRAPHER:  We are back on the
18 record at 10:04 a.m.

19   Q.   (BY MR. MAROVITZ)  Mr. Sanghvi, you
20 understand that even after breaks or lunch, you're
21 still under oath.

22   A.   Yes, sir.

23   Q.   Are you still a director of Visa Singapore?

24   A.   Yes, I am.

25   Q.   And are you receiving any compensation for

Page 51

1 being a director of Visa Singapore?

2   A.   No, sir.

3   Q.   Do you know who the other directors of Visa
4 Singapore are?

5   A.   Paresh Zaveri, he's one of them. I'm not
6 certain about others.

7   Q.   Do you know what the current financial status
8 of Visa Singapore is?

9   A.   No, sir.

10   Q.   Do you know whether or not Visa Singapore is
11 currently in liquidation proceedings?

12   A.   I'm not sure.

13   Q.   As a director of Visa Singapore, would you
14 expect to know that?

15   A.   Well, it doesn't matter to me. It doesn't
16 matter to me.

17   Q.   Okay. Let's go back to -- I'm sorry. One
18 other question. Why doesn't it matter to you?

19   A.   Because I guess being a director is one of
20 the friendship relationship I'm taking care of.
21 Business relationship I'm no longer with them.

22   Q.   What do you do as a director?

23   A.   In Singapore?

24   Q.   Currently, yes.

25   A.   Currently, nothing.

Page 52

1  Q.  You simply have the title.

2  A.  That's it.

3  Q.  And you're not apprised of the financial
4  goings on of Visa Singapore.

5  A.  No, sir.

6  Q.  If I had questions about that, I would ask
7  either Mr. Mittal or Mr. Zaveri.

8  A.  I guess so.

9  Q.  Let's go back to DX 124.

10  A.  Yes, sir.

11  Q.  And you had just explained to me that Visa
12  refers to Visa India, and MM Global in the cc line is
13  an account that anyone at Global Singapore could
14  review.

15  A.  Correct.

16  Q.  Was there a protocol as to whose
17  responsibility it was to review e-mails coming into MM
18  Global?

19  A.  If it's a copy in my name, it has to be
20  reviewed by me.

21  Q.  Okay. And otherwise?

22  A.  If it's copied to Paresh, it has to be
23  reviewed by him.

24  Q.  Would it ever be reviewed in the first
25  instance by Ms. Vasanthi?