**EXHIBIT B**

```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT


---------------------------------------)
MM GLOBAL SERVICES, INC., MM GLOBAL    ) 3:02 DV 1107
SERVICES PTE. LTD., and MEGAVISA       )       (AVC)
SOLUTIONS (S) PTE. LTD.,               )
         Plaintiffs                    )
VS                                     )
THE DOW CHEMICAL COMPANY, UNION        )
CARBIDE CORPORATION, UNION CARBIDE     )
ASIA PACIFIC, INC., UNION CARBIDE      )
CUSTOMER SERVICE PTE. LTD., and DOW    )
CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.)
         Defendant                     )
---------------------------------------)




         CONTINUED DEPOSITION OF:  AJAY MITTAL
               DATE:  DECEMBER 14, 2005
             HELD AT:  ROBINSON & COLE
                 280 TRUMBULL STREET
                HARTFORD, CONNECTICUT








    Reporter: WENDY J. ALLEN, RPR, CRR, LSR #00221
          BRANDON SMITH REPORTING SERVICE
                 44 Capitol Avenue
                 Hartford, CT 06106
                 Tel (860) 549-1850
```

```
                                                              Page 372
 1   the videotape.
 2              THE VIDEOGRAPHER:  Going off the record
 3   at 11:39 a.m.
 4                     (Off record.)
 5              THE VIDEOGRAPHER:  Back on the record at
 6   11:43 a.m.
 7   BY MR. EIMER:
 8     Q    Mr. Mittal, we were talking about Exhibit 57,
 9   the first amended complaint, and I think we were on
10   page 10 when he we took a break for the videographer.
11   On paragraph 25 we were talking about how in 1998
12   Union Carbide directed that all purchasing of products
13   for resale to end users in India be assumed by Visa
14   Singapore.  Do you see that?
15     A    Yes, sir.
16              MS. DOWNEY:  I believe it's MM Global
17   Singapore.
18              MR. EIMER:  Sorry, Global Singapore,
19   thank you for the correction.
20   BY MR. EIMER:
21     Q    Is that true?
22              MS. DOWNEY:  Objection.  The question
23   began with "I believe we were just talking about."
24              MR. EIMER:  I'm reading a sentence to
25   him.  Let me start again if there's an objection.
```

Page 373

BY MR. EIMER:

Q   I'd like you to look at the first sentence of paragraph 25 of the complaint, Exhibit 57, and ask you if the statement there, that "In 1998 at UCC's direction all purchasing of the products for resale to end users in India was assumed by Global Singapore," was that true?

A   That's true.

Q   Then it goes on in the next sentence to say, "In 2000," and I believe that's now Visa Singapore, "succeeded Global Singapore as respects all of Global Singapore's business activities." Do you see that?

A   Yes, sir.

Q   Was that directed by Union Carbide?

A   No, sir.

Q   That was at your direction?

A   Yes, sir.

Q   And why is it, sir, that Visa Singapore succeeded Global Singapore as respects all Global Singapore's business activities?

A   There's internal family restructuring.

Q   Did it also have to do with the 1999 contracts that there was a dispute about?

A   Nothing to do with that.

Q   Did you ever tell anybody at Union Carbide, or

1    any of the Union Carbide corporations, that you were
2    going to liquidate Global Singapore to avoid any
3    potential future liability arising out of the 1999
4    contracts?
5        A    That was not the reason why we started
6    MegaVisa Singapore.  It was a family restructuring.
7    That was the main reason for which we started MegaVisa
8    Singapore, and I think I've testified this in my
9    previous deposition, also.
10       Q    Let me go back to my question, sir.  My
11   question was, did you ever tell anybody at Union
12   Carbide, or any of the Union Carbide companies, that
13   you were going to liquidate Global Singapore
14   because -- to avoid potential liabilities arising out
15   of the 1999 contract disputes?
16       A    I don't remember, but to some extent I said if
17   this company becomes dormant, and it's still, it's not
18   been liquidated, MM Global Singapore still exists as a
19   corporation, I said probably we would be able to avoid
20   some of the legal issues that could be raised by
21   customers who are not supplied products in 1999, but
22   this was not the reason why we started MegaVisa
23   Singapore.
24       Q    Were you successful in the dormancy of Global
25   Singapore in avoiding additional liability arising out

```
 1   of the 1999 contract disputes?
 2       A    No, sir.
 3       Q    And the liability that you're thinking of
 4   comes from Finolex and Sterlite, correct?
 5       A    So far, yes.
 6       Q    And any others, so far?
 7       A    So far none others.  We've been trying to keep
 8   them under control.
 9       Q    And you've been successful so far?
10       A    We've done a good job.
11       Q    Now, you said there was another reason for the
12   succession of Visa Singapore to Global Singapore's
13   business, and that was a family decision, correct?
14       A    Correct.
15       Q    Can you tell me the family decision that
16   resulted in the succession of Visa Singapore for
17   Global Singapore?
18       A    Just internal family restructuring.  It's a
19   joint family business, and that's how they wanted to
20   restructure.  I was not a part of the decision-making
21   of the restructuring.  The family wanted it that way,
22   so we --
23       Q    So the family decided to do that?
24       A    That's right.
25       Q    And in the restructuring, sir, if I'm not
```

1  mistaken, Visa Singapore is a wholly owned subsidiary
2  of Visa India, is that correct?
3      A    Absolutely correct.
4      Q    And so all of -- from 2000 on, all of the
5  Union Carbide and ultimately Dow related business was
6  controlled by Visa India, was that not true?
7      A    That's not true, it was controlled by MegaVisa
8  Singapore.
9      Q    And MegaVisa Singapore was controlled by Visa
10 India, was it not?
11          MS. DOWNEY:  Objection.
12          THE WITNESS:  It was just a shareholder.
13 It was a hundred percent subsidiary.
14 BY MR. EIMER:
15     Q    It was a hundred percent subsidiary?
16     A    Yes.
17     Q    So Visa India had total control of Visa
18 Singapore, did it not?
19          MS. DOWNEY:  Objection.
20          THE WITNESS:  Ownership has got nothing
21 to do with control of the company in the sense it had
22 its own board, MegaVisa Singapore, had its own
23 employees, and they would decide what kind of business
24 they need to do.
25 BY MR. EIMER:

1    Q    And tell me, sir, who elected the board of
2    Visa Singapore?
3    A    The shareholders of MegaVisa India, and the
4    family.
5    Q    And the votes themselves were cast by Visa
6    India, correct?
7    A    No, they just recommended a few names, but it
8    was more of the family decision that we would be part
9    of the board of MegaVisa Singapore.
10   Q    And those family decisions -- and we're
11   talking about Mittal family still, yes, sir?
12   A    Yes.
13   Q    The Mittal family decisions about how to run
14   Visa Singapore had to be implemented through Visa
15   India as the shareholder, the controlling shareholder
16   of Visa Singapore, is that not true?
17              MS. DOWNEY:  Objection.
18              THE WITNESS:  That's not true.  It's the
19   same, it was the same directors and the same employees
20   of MM Global Singapore, which became the directors and
21   employees of MegaVisa Singapore.
22   BY MR. EIMER:
23   Q    Visa Singapore is a Singaporean corporation?
24   A    That's right, sir.
25   Q    And are you familiar with how directors are

Page 378

```
 1   elected in Singapore?
 2      A    I'm not familiar.
 3      Q    Do you know that whether or not the
 4   shareholders elect the directors?
 5      A    Well, that's not -- I don't know, but -- I
 6   cannot answer that question, because I don't know.
 7      Q    So how these corporations are technically run
 8   is not of interest to you?
 9           MS. DOWNEY:  Objection.  That's not his
10   testimony.
11           THE WITNESS:  It's an interest to me, but
12   as I said, it's the same employees and the same
13   directors of MM Global Singapore, which became the
14   employees and the directors of MegaVisa Singapore.
15   BY MR. EIMER:
16      Q    And they were made the directors of Visa
17   Singapore by vote of Visa Singapore shareholders, Visa
18   India, correct?
19           MS. DOWNEY:  Objection.
20           THE WITNESS:  Possible.  I don't know the
21   way these administrative or the register of company
22   function.  I really have no idea about these things.
23   BY MR. EIMER:
24      Q    Well, you've elected directors before in other
25   corporations, haven't you, sir?
```