# Exhibit 1

```
 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF CONNECTICUT
 2


 3

 4     --------------------------------------)
       MM GLOBAL SERVICES, INC., MM GLOBAL   ) 3:02 DV 1107
 5     SERVICES PTE. LTD., and MEGAVISA      )       (AVC)
       SOLUTIONS (S) PTE. LTD.,              )
 6           Plaintiffs                      )
       VS                                    )
 7     THE DOW CHEMICAL COMPANY, UNION       )
       CARBIDE CORPORATION, UNION CARBIDE    )
 8     ASIA PACIFIC, INC., UNION CARBIDE     )
       CUSTOMER SERVICE PTE. LTD., and DOW   )
 9     CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.)
             Defendant                       )
10     --------------------------------------)

11

12

13

              CONTINUED DEPOSITION OF:  AJAY MITTAL
14                 DATE:  DECEMBER 14, 2005
                  HELD AT:  ROBINSON & COLE
15                  280 TRUMBULL STREET
                   HARTFORD, CONNECTICUT
16

17

18

19

20

21

22
          Reporter: WENDY J. ALLEN, RPR, CRR, LSR #00221
23             BRANDON SMITH REPORTING SERVICE
                   44 Capitol Avenue
24                 Hartford, CT 06106
                  Tel (860) 549-1850
25
```

Page 280

1          THE VIDEOGRAPHER:  We are now on the

2    record.  This marks the beginning of volume 4,

3    videotape number 1, in the deposition of MM Global, et

4    al, which was suspended on December 14th, 2005.

5    Today's date is December 15th, 2005.  Time on video

6    tape record is 9:33 a.m.  My name is Jason Hamilton

7    representing Esquire Corporate Services.  Would

8    counsel please introduce yourselves for the record.

9          MR. KELLY:  Good morning.  My name is

10   Christopher Kelly.  I'm here on behalf of Dow Chemical

11   Company and Dow Chemical Pacific Singapore.

12         MR. EIMER:  Good morning.  My name is

13   Nate Eimer.  I'm here this morning on behalf of Union

14   Carbide Corporation and Union Carbide Asia Pacific.

15         MR. DOELLINGER:  Good morning.  I'm Chad

16   Doellinger on behalf of Union Carbide and Union

17   Carbide Pacific.

18         MS. DOWNEY:  Alicia Downey.  I'm

19   representing the plaintiffs.

20

21      AJAY MITTAL, Deponent, having first

22      been duly sworn, deposes and states as follows:

23

24

25

Page 340

1    Corporation did business in India between Union

2    Carbide India Limited and Union Carbide Corporation?

3        A    Can you repeat that question?

4        Q    I guess I'm wondering, do you have the same

5    view of Union Carbide as you just previously testified

6    about Dow, that there's one Union Carbide and it

7    doesn't make any difference to you which company name

8    we're talking about, so that if Union Carbide India

9    Limited is doing business in India, to you it's the

10   same as Union Carbide Corporation doing business in

11   India?

12       A    Yes, sir.

13       Q    And that's the basis of your saying that Union

14   Carbide Corporation was doing business in India?

15       A    Yes, sir.

16       Q    Mr. Mittal, you've done international trading

17   for a long time, haven't you?

18       A    Yes, sir.

19       Q    And you've worked in the corporate world for

20   many years?

21       A    Yes, sir.

22       Q    And do you understand that business is often

23   done in the corporate form, in the form of a

24   corporation?

25       A    Yes, sir.

```
 1                  UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF CONNECTICUT
 2


 3

 4   ---------------------------------------)
     MM GLOBAL SERVICES, INC., MM GLOBAL  ) 3:02 DV 1107
 5   SERVICES PTE. LTD., and MEGAVISA      )        (AVC)
     SOLUTIONS (S) PTE. LTD.,              )
 6           Plaintiffs                    )
     VS                                    )
 7   THE DOW CHEMICAL COMPANY, UNION       )
     CARBIDE CORPORATION, UNION CARBIDE    )
 8   ASIA PACIFIC, INC., UNION CARBIDE     )
     CUSTOMER SERVICE PTE. LTD., and DOW   )
 9   CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.)
             Defendant                     )
10   ---------------------------------------)

11

12

13

14           CONTINUED DEPOSITION OF:  AJAY MITTAL
                 DATE:  DECEMBER 16, 2005
                 HELD AT:  ROBINSON & COLE
15                  280 TRUMBULL STREET
                  HARTFORD, CONNECTICUT
16

17

18

19

20

21

22

          Reporter: WENDY J. ALLEN, RPR, CRR, LSR #00221
23              BRANDON SMITH REPORTING SERVICE
                    44 Capitol Avenue
24                  Hartford, CT 06106
                   Tel (860) 549-1850
25
```

1   created a great deal of concern at the time you made

2   it within Union Carbide, and in particular with John

3   Yimoyines?

4              MS. DOWNEY:   Objection.

5              THE WITNESS:   I think that is absolutely

6   wrong.

7   BY MR. EIMER:

8      Q     There was no concern regarding the statements

9   you made?

10     A     I think that is absolutely absurd and wrong.

11     Q     Do you recall that you wrote an e-mail to John

12  Yimoyines to assure him that the Global Singapore

13  company would not sue Union Carbide over this dispute?

14     A     I must have been on the phone with John

15  Yimoyines every day during that period.

16     Q     Right.

17     A     And I tried to help Union Carbide with each

18  and every customer.  I would be on the phone with him

19  every day.  I would also go to the extent of saying

20  don't worry, I'm here, I'll take care of things,

21  relax.  There was no question of me telling him that

22  I'm suing you, and I don't think he had any concern on

23  those issues.  If he had any concerns he would not

24  have asked me to compensate some amount as, you know,

25  because I -- in the Finolex one they asked me to pay

Page 700

1    30 percent, and if he had concerns that I would be

2    suing him, then it would be tremendous veracity on his

3    part to have asked me to pay 30 percent of the amount.

4    I don't think he ever had that concern.  We were on

5    the phone every day trying to talk about each and

6    every customer, how we should go, what I'm doing, whom

7    I'm meeting.  I spent a considerable amount of time

8    with John Yimoyines on the phone, and on the other

9    side talking to customers, meeting with customers.

10       Q    Right.  And Mr. Yimoyines wasn't concerned

11   about your suing him or your company suing him,

12   because you made it clear that you weren't going to do

13   that, isn't that true?

14       A    At that point of time.

15            MS. DOWNEY:  Objection.

16            THE WITNESS:  At that point of time.

17   BY MR. EIMER:

18       Q    And you made it clear what you wanted to do

19   was to cooperatively work out these disputes together

20   and continue the relationship with Union Carbide?

21       A    That's what I told him, but I also warned him

22   that if -- two things.  If we do not get this thing

23   sorted out, we would lose out on the market totally.

24       Q    Right.

25       A    Number one, and number two, that they should

Page 727

1    Q    And you refused to pay anything, correct?

2    A    I said I'm not going to pay because you were

3    the one who's the defaulter and I'm telling you also

4    not to pay anything.

5    Q    And to the best of your knowledge, Global

6    Singapore did not resolve that lawsuit to the

7    satisfaction of Union Carbide, it required Union

8    Carbide to pay a million dollars, correct?

9              MS. DOWNEY:  Objection.

10             THE WITNESS:  I did not ask Union Carbide

11   to pay a million dollars.  Union Carbide asked me to

12   bring the president of Sterlite to Singapore, and then

13   they both negotiated, that is, Mr. Keith Lloyd and Mr.

14   Pansari, P-A-N-S-A-R-I, the president of Sterlite

15   Industries, they both decided on the million dollars

16   number, but that million dollars was routed through MM

17   Global Singapore, so Union Carbide paid to MM Global

18   Singapore and MM Global Singapore paid the million

19   dollars to Sterlite.

20   Q    I'd like to show you what's been marked as

21   Defendants' Exhibit 108, and see if you can identify

22   it.  I'm sorry, you can't identify this.  I would like

23   you to read it, though.

24   A    Yes, sir.

25   Q    Do you recall a meeting with FS Foo and

Page 728

1    Lawrence Cheung on or around September 15th, 2000?

2        A    I don't recall this meeting, actually.

3        Q    You don't recall any meeting regarding the

4    Sterlite claim?

5        A    There were many meetings, but I don't recall

6    this particular meeting.

7        Q    Do you recall that Sterlite was claiming about

8    1.8 million U.S. dollars in damages?

9        A    Yes, sir.

10       Q    Do you recall that your personal judgment was

11   that compensation of about 50 percent of the claim

12   might have a chance of working in a settlement?

13       A    That was my personal judgment.

14       Q    Yes, sir.  And that did you tell either Mr.

15   Foo or Mr. Cheung or anybody else from any of the

16   Union Carbide companies that MM Global Singapore was

17   not financially prepared to share in the pain, in

18   other words, in the settlement, because you had

19   incurred losses in the wire and cable business in

20   2000?

21       A    Yes, sir.

22       Q    And so you refused to contribute to any

23   settlement?

24       A    I think it was unfair from the beginning for

25   me to contribute.