# Exhibit 2

*[handwritten: illegible]*

## MM Global Services Pte Ltd

DEBIT NOTE

DN NO.: MMG/DN//17/99                                        DATE : MAY 29, 2000

UNION CARBIDE CUSTOMER SERVICES PTE LTD
12, SOON LEE ROAD
SINGAPORE

| PARTICULARS | AMOUNT |
|---|---|
| BEING SHARE OF UNION CARBIDE AGAINST AMOUNT PAYABLE OF USD400,000.00 FOR SETTLEMENT WITH FINOLEX CABLES LTD FOR NON SUPPLY OF W&C COMPOUNDS AGAINST CONFIRMED ORDERS. | USD280,000.00 |

AMOUNT IN WORDS : US DOLLARS TWO HUNDRED EIGHTY THOUSAND ONLY.

KINDLY WIRE FUNDS TO THE UNDERMENTIONED BANK :

STANDARD CHARTERED BANK
6, BATTERY ROAD
SINGAPORE
USD A/C 0170030199

MM GLOBAL SERVICES PTE LTD.

*[signature]*
GENERAL MANAGER

3 Shenton Way • #07-04 Shenton House • Singapore 068805
Tel: (65) 221 1329 / 221 0521 • Fax: (65) 227 8101
E-mail: petro@singnet.com.sg

M 27611

10/10/00  08:13  ☎203 794 4423    UC CT. LAW DEPT.    @005/010

10/10/00 TUE 01:48 [TX/RX NO 5116]

00 FRI 10:00 FAX    @002/00

# /M/M Global Services Pte Ltd

DEBIT NOTE

DN NO.: MMG/DN/18/2000                    DATE: OCTOBER 5, 2000

UNION CARBIDE CUSTOMER SERVICES PTE LTD
12, SOON LEE ROAD
SINGAPORE

| PARTICULARS | AMOUNT |
|---|---|
| BEING COMPENSATION TOWARDS NON SUPPLY OF WIRE AND CABLE COMPOUNDS TO STERLITE INDUSTRIES (I) LIMITED | USD 1,000,000.00 |

AMOUNT IN WORDS : US DOLLARS ONE MILLION ONLY.

KINDLY WIRE TRANSFER FUNDS TO THE UNDERMENTIONED BANK :

STANDARD CHARTERED BANK
6, BATTERY ROAD
SINGAPORE
USD A/C 0170090199

MM GLOBAL SERVICES PTE LTD

GENERAL MANAGER

OCT 6' 2000

3 Shenton Way • #07-04 Shenton House • Singapore 068805
Tel: (65) 221 1329 / 221 0521 • Fax: (65) 227 8101
E-mail: petro@singnet.com.sg

4 of 9

D00540

ATTN. Mr Kamal Jain - 2688177

## MM Global Services Pte Ltd

October 6, 2000

Standard Chartered Bank
6, Battery Road
Remittance Department
Singapore

Dear Sir / Madam

Kindly arrange to Telegraphic Transfer USD1,000,000.00 from our USD Dollar account no. 0170030199 to the undermentioned beneficiary valued 10th October 2000

| | | |
|---|---|---|
| Amount | : | USD1,000,000.00 |
| Beneficiary | : | Sterlite Industries (I) Limited<br>A/C No. 12540-01-65 |
| Beneficiary's Bankers | : | Bank Nationale de Paris<br>French Bank Building<br>Homji Street<br>Mumbai 400 001 |
| Message | : | Full and Final Settlement towards compensation on non-supply of Wire & Cable orders |

Thanks and regards

MM GLOBAL SERVICES PTE LTD

...................................
GENERAL MANAGER

3 Shenton Way • #07-04 Shenton House • Singapore 068805
Tel: (65) 221 1329 / 221 0521 • Fax: (65) 227 8101
E-mail: pelio@singnet.com.sg

6 of 9

D00532

10/10/00  08:13  ☎203 794 4423          UC CT.LAW DEPT.                    ☒004/010

10/10/00 TUE 01:49 [TX/RX NO 5116]



**UNION CARBIDE CUSTOMER SERVICES PTE LTD**
12 SOON LEE ROAD, SINGAPORE 628078
MAILING ADDRESS: P.O. BOX 115, JURONG POINT POST OFFICE, SINGAPORE 916404
TEL: (65) 268 2866  FAX: (65) 265 6224

10th October 2000

*Bank Of America NA*
*9 Raffles Place*
*Republic Plaza*
*Tower 1*
*Singapore 048619*
<u>*Attention: Ms. Joy Tan*</u>

*Dear Madam*

*Please transfer USD1,000,000.00 (US dollars: One Million Only), to Standard Chartered Bank, 6 Battery Road, Singapore, favouring MM Global Services Pte Ltd, Account No. 0170030199.*

*This transfer is for value date 10th October 2000, please debit from our Current Account No. 6212-44955-023.*

*Yours faithfully,*
*For & On behalf of*
*Union Carbide Customer Services Pte Ltd*

**Authorised Signatories**

3 of 9

D00539