UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., MEGA VISA SOLUTIONS (S) PTE. LTD., and ADVENT MANAGE LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., DOW CHEMICAL COMPANY PACIFIC (SINGAPORE) PTE. LTD., and UNION CARBIDE CUSTOMER SERVICES PTE. LTD.<br><br>    Defendants. | Civil No. 3:02 CV 1107 (AVC)<br><br><br><br><br><br>February 13, 2007 |

**MOTION TO STAY THE DEPOSITION OF ANDREW N. LIVERIS**

In light of the requirements of Fed. R. App. P. 8(a)(1) and pursuant to Fed. R. Civ. P. 62(c), Defendant The Dow Chemical Company ("TDCC") moves the Court for an Order staying the deposition of Andrew N. Liveris (President, CEO and Chairman of the Board of TDCC) until such time as TDCC's petition for a writ of mandamus ("the Petition") has been adjudicated by the United States Court of Appeals for the Second Circuit. In support of this motion, TDCC states that the aforementioned Petition, filed on January 8, 2007, seeks the issuance of a protective order shielding Mr. Liveris from this Court's order of September 29, 2006, granting plaintiffs' motion to compel Mr. Liveris' deposition. In an order entered on January 10, 2007,

-2-

this Court directed that Mr. Liveris' deposition, along with those of numerous others, be completed by March 30, 2007. As of the time of this filing, the Petition remains pending before the Second Circuit Court of Appeals. The sole subject of this Petition, which, defendant respectfully submits, presents a substantial legal issue for decision, would be mooted if Mr. Liveris is required to appear for deposition while the petition remains under consideration. This prospect puts TDCC at risk of irreparable harm in the absence of a stay and creates a compelling public interest in the issuance of a stay. TDCC further submits that any burden that a temporary stay would impose on the defendants would be *de minimis*, and that the Petition is likely to succeed on the merits.

On February 8, 2007, counsel for TDCC spoke with counsel for plaintiffs MM Global Services, Inc., MM Global Services Pte. Ltd. and Advent Manage Limited and requested those plaintiffs' consent to this motion.[1] Counsel for those plaintiffs declined the request. For the foregoing reasons, TDCC respectfully requests that the Court grant its Motion to Stay the Deposition of Andrew N. Liveris without delay.

---

[1] As the Court is aware, plaintiff Mega Visa Pte Ltd. is unrepresented, its original counsel having withdrawn from representing it after filing an appearance for plaintiff Advent Manage Limited.

-3-

Respectfully submitted,

\S\ _____
Craig A. Raabe (ct 04116)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  05103-3497
*Attorney for all Defendants*

Andrew S. Marovitz (ct 25409)
Dana S. Douglas (ct 25412)
MAYER, BROWN, ROWE & MAW LLP
71 S. Wacker Drive
Chicago, Illinois  60606

Christopher J. Kelly (ct 25410)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C.  20006-1157

*Counsel for Defendants*
*The Dow Chemical Company and Dow Chemical*
*Pacific (Singapore) Pte. Ltd.*

Nathan P. Eimer (ct 23693)
Scott C. Solberg (phv 0234)
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL  60604

*Counsel for Defendants*
*Union Carbide Corporation,*
*Union Carbide Asia Pacific, Inc., and Union*
*Carbide Customer Service Pte. Ltd.*

-4-

CERTIFICATE OF SERVICE

This is to certify that a copy of MOTION TO STAY THE DEPOSITION OF ANDREW N. LIVERIS was filed electronically and served by mail on anyone unable to accept electronic filing.. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

\s\
Craig A. Raabe – CT04116
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Phone: (860) 275-8304
Fax: (860) 275-8299
E-mail: craabe@rc.com