## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., MEGA VISA SOLUTIONS (S) PTE. LTD., and ADVENT MANAGE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., DOW CHEMICAL COMPANY PACIFIC (SINGAPORE) PTE. LTD., and UNION CARBIDE CUSTOMER SERVICES PTE. LTD.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 3:02 CV 1107 (AVC)<br><br><br><br><br><br><br><br><br><br><br><br>February 14, 2007 |

### MOTION TO WITHDRAW MOTION TO STAY THE DEPOSITION
### OF ANDREW N. LIVERIS

The Dow Chemical Company ("TDCC") hereby withdraws its motion to stay the deposition of Andrew N. Liveris, which motion was filed on February 13, 2007. The United States Court of Appeals for the Second Circuit has denied TDCC's Petition for a Writ of Mandamus and, therefore, the motion to stay is now moot.

Respectfully submitted,

\S\
Craig A. Raabe (ct 04116)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  05103-3497
*Attorney for all Defendants*

Andrew S. Marovitz (ct 25409)
Dana S. Douglas (ct 25412)
MAYER, BROWN, ROWE & MAW LLP
71 S. Wacker Drive
Chicago, Illinois  60606

Christopher J. Kelly (ct 25410)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C.  20006-1157

*Counsel for Defendants*
*The Dow Chemical Company and Dow Chemical Pacific (Singapore) Pte. Ltd.*

Nathan P. Eimer (ct 23693)
Scott C. Solberg (phv 0234)
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL  60604

*Counsel for Defendants*
*Union Carbide Corporation,*
*Union Carbide Asia Pacific, Inc., and Union Carbide Customer Service Pte. Ltd.*

CERTIFICATE OF SERVICE

    This is to certify that a copy of WITHDRAWAL OF MOTION TO STAY THE DEPOSITION OF ANDREW N. LIVERIS was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

\s\
Craig A. Raabe – CT04116
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
Phone: (860) 275-8304
Fax: (860) 275-8299
E-mail: craabe@rc.com