

D.Conn.
02-cv-1107
Covello, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13th day of February, two thousand seven,

Present:

    Hon. Barrington D. Parker,
    Hon. Richard C. Wesley,
    Hon. Peter W. Hall,
        *Circuit Judges*.



In Re Dow Chemical Company,

    Petitioner.           07-0072-op

Petitioner, through counsel, petitions this Court for a writ of mandamus directing the United States District Court for the District of Connecticut to vacate its order compelling the deposition of Andrew N. Liveris, and to grant a protective order barring his deposition. Upon due consideration, it is ORDERED that the petition is DENIED, because petitioner has failed to demonstrate its entitlement to the extraordinary remedy of a writ of mandamus. *See In re S.E.C. ex rel. Glotzer*, 374 F.3d 184, 187 (2d Cir. 2004).

FOR THE COURT:
Thomas Asreen, Acting Clerk

By: *Lucille Carr*

SAO-KFW

A TRUE COPY
Thomas Asreen, Acting Clerk
By: _____ Deputy Clerk

2/13/07