UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE. LTD., MEGA VISA SOLUTIONS (S) PTE. LTD., and ADVENT MANAGEMENT LTD. | ) ) ) ) ) | Civil No. 3:02 CV 1107 (AVC) |
| Plaintiffs, | ) |  |
| v. | ) ) |  |
| THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD, AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD. | ) ) ) ) ) ) |  |
| Defendants. | ) |  |
| UNION CARBIDE CUSTOMER SERVICES PTE. LTD., | ) ) |  |
| Counterclaim-Plaintiff, | ) ) |  |
| v. | ) ) |  |
| MM GLOBAL SERVICES PTE. LTD. AND AJAY MITTAL | ) ) |  |
| Counterclaim-Defendants, | ) | FEBRUARY 27, 2007 |

MOTION TO WITHDRAW APPEARANCE

The undersigned, Attorney Jason M. Kuselias, respectfully moves to withdraw his appearance as counsel for all defendants, The Dow Chemical Company, Union Carbide Corporation, Union Carbide Asia Pacific, Inc., Union Carbide Customer Services PTE. Ltd., And Dow Chemical Pacific (Singapore) PTE. Ltd., in the above-captioned action.

The undersigned moves to withdraw his appearance because he is leaving the law firm of Robinson & Cole LLP and private legal practice to accept a corporate position with a client of

HART1-1382530-1

-2-

his law firm.  His withdrawal will not in any way slow or affect the forward momentum of this litigation.  The interests of all defendants, The Dow Chemical Company, Union Carbide Corporation, Union Carbide Asia Pacific, Inc., Union Carbide Customer Services PTE. Ltd., And Dow Chemical Pacific (Singapore) PTE. Ltd., will be well represented by the following Robinson & Cole lawyers, who also have appearances in this case:  Craig A. Raabe, Elizabeth R. Leong and Andrea Donovan Napp.

Respectfully submitted,

\s\
Craig A. Raabe (ct 04116)
Jason M. Kuselias (ct20293)
Elizabeth R. Leong (ct24453)
Andrea Donovan Napp (ct26637)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  05103-3497
*Attorneys for all Defendants*

-3-

**CERTIFICATE OF SERVICE**

This is to certify that on the 27th day of February, 2007, a copy of Motion To Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

\S\
Jason M. Kuselias (ct 20293)
jkuselias@rc.com
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  05103-3497
Tel:  860-275-8200
Fax:  860-275-8299

-3-