UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 APR -4  P 1:01

MM GLOBAL SERVICES, INC.,
MM GLOBAL SERVICES PTE., LTD,
MEGA VISTA SOLUTIONS (S)
PTE., LTD., and MEGA VISA
MARKETING SOLUTIONS LTD.,
    Plaintiffs,

VS.

THE DOW CHEMICAL COMPANY,
UNION CARBIDE CORPORATION,
UNION CARBIDE ASIA PACIFIC,
INC., UNION CARBIDE CUSTOMER
SERVICES PTE., LTD, and DOW
CHEMICAL PACIFIC (SINGAPORE)
PTE., LTD.,
    Defendants.

Civil No. 3:02cv 1107 (AVC)

### ORDER RE: DEADLINES

The remaining deadlines in this case shall be extended by thirty days. The parties have agreed to abide by all agreements that they have entered into with respect to discovery and the production of witnesses.

It is so ordered this 4th day of April, 2007 at Hartford, Connecticut.

Alfred V. Covello, U.S.D.J.