```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT

MM GLOBAL SERVICES, INC.,        :
MM GLOBAL SERVICES PTE., LTD,    :
MEGA VISTA SOLUTIONS (S)         :
PTE., LTD., and MEGA VISA        :
MARKETING SOLUTIONS LTD.,        :
     Plaintiffs,                 :
                                 :
VS.                              :    Civil No. 3:02cv 1107 (AVC)
                                 :
THE DOW CHEMICAL COMPANY,        :
UNION CARBIDE CORPORATION,       :
UNION CARBIDE ASIA PACIFIC,      :
INC., UNION CARBIDE CUSTOMER     :
SERVICES PTE., LTD, and DOW      :
CHEMICAL PACIFIC (SINGAPORE)     :
PTE., LTD.,                      :
     Defendants.                 :
```

**ORDER RE: DEADLINES**

The remaining deadlines in this case shall be extended by an additional thirty days. The parties have agreed to abide by all agreements that they have entered into with respect to discovery and the production of witnesses.

It is so ordered this 9th day of May , 2007 at Hartford, Connecticut.

　　　　　　　　　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　　__ Alfred V. Covello,
　　　　　　　　　　　　　　　　　　United States District Judge