UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MM GLOBAL SERVICES, INC., MM GLOBAL SERVICES PTE., LTD., MEGAVISA SOLUTIONS (S) PTE, LTD., AND ADVENT MANAGE LIMITED,<br><br>                 Plaintiffs,<br>    v.<br><br>THE DOW CHEMICAL COMPANY, UNION CARBIDE CORPORATION, UNION CARBIDE ASIA PACIFIC, INC., UNION CARBIDE CUSTOMER SERVICES PTE. LTD., AND DOW CHEMICAL PACIFIC (SINGAPORE) PTE. LTD.,<br><br>                 Defendants.<br><br>UNION CARBIDE CUSTOMER SERVICES PTE. LTD.,<br><br>                 Plaintiff-in-Counterclaim,<br>    v.<br><br>MM GLOBAL SERVICES PTE. LTD. AND AJAY MITTAL,<br><br>                 Defendants-in-Counterclaim | CIVIL ACTION<br>NO. 3-02 CV 1107 (AVC)<br><br>November 6, 2007 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

       Pursuant to Fed. R. Civ. P. 41(a)(1) and their Settlement Agreement, the above-named parties, through their undersigned counsel, hereby stipulate to dismissal with prejudice of the Amended Complaint and Counterclaim in their entirety, with no right of appeal, all parties to bear their own costs.

| | |
|---|---|
| BINGHAM McCUTCHEN LLP | ROBINSON & COLE LLP |
| /s/ Alicia L. Downey | /s/ Craig A. Raabe |
| Richard S. Taffet (ct 10201) | Craig A. Raabe (ct 04116) |
| Alicia L. Downey (ct 22066) | 280 Trumbell Street |
| 399 Park Avenue | Hartford, CT 05103-3497 |
| New York, NY 10022-4689 | (860) 275-8304 |
| (212) 705-7000 | |

A/72289898.1

| | |
|---|---|
| -and- | -and- |
| WIGGIN AND DANA LLP<br>Robert M. Langer (ct 06305)<br>One City Place<br>185 Asylum Street<br>Hartford, CT  06103<br>(860) 297-3724 | EIMER STAHL, KLEVORN &<br>SOLBERG LLP<br>Nathan P. Eimer (ct 23693)<br>Scott C. Solberg (phv 0234)<br>224 South Michgan Avenue<br>Suite 1100<br>Chicago, IL  60604<br>(312) 660-7600<br><br>MAYER BROWN LLP<br>Andrew S. Marovitz (ct 25409)<br>Dana S. Douglas (ct 25412)<br>71 S. Wacker Drive<br>Chicago, IL  60606<br>(312) 782-0600<br><br>MAYER BROWN LLP<br>Christopher J. Kelly (ct. 25410)<br>1909 K. Street NW<br>Washington, D.C.  20006-1157 |

2

A/72289898.1